## Exhibit C

**Diagram of Cash Management System**

1

# Account Schematic



1