# Exhibit C

## Intercompany Agreements

| Agreement Title | Date | Parties |
|---|---|---|
| Shared Services Agreement | April 25, 2011, as amended December 6, 2016 | FESC and FES, FG, and NG |
| Shared Services Agreement | June 1, 2003 | FESC and FENOC |
| Tax Allocation Agreement | February 26, 2011, as amended December 6, 2016 and January 31, 2017 | FE Corp., FES and its subsidiaries, and FENOC |
| Nuclear Power Supply Agreement | August 10, 2006 | FES and NG |
| GENCO Power Supply Agreement | January 1, 2007 | FES and FG |
| POLR Agreements | Various | FES, OE, TE, and other non-Debtor affiliates |
| Nuclear Support Agreement | May 2, 2016 | FES and NG |
| Bruce Mansfield Units 1, 2, and 3 Operating Agreement | June 1, 1976, as amended on January 1, 2001 and July 1, 2007 | FG, First Energy Generation Mansfield Unit 1, Bruce Mansfield |
| Mansfield Unit 1 Power Supply Agreement | December 17, 2007 | FGMUC and FG |
| Bay Shore Operating Agreement | March 1, 1998 as amended on April 2000, January 1, 2003, April 26, 2004, and November 19, 2004 | FG and non-Debtor Bay Shore Power Company |
| Bay Shore Steam Purchase Agreement | March 1, 1998 | FG and non-Debtor Bay Shore Power Company |
| American Transmission Systems, Inc. Ground Lease | February 1, 2013 | FG and non-Debtor American Transmission Systems, Inc. |
| Master Nuclear Operating Agreement | December 16, 2005 | FENOC and NG |
| Aircraft Dry Lease Agreement | February 19, 2016 | FEALC and FESC |
| Aircraft Dry Lease Agreement | October 21, 2011 | FES and FESC |

1