# EXHIBIT B

**Power Purchase Agreements**

    a. Wind Power Purchase Agreements between FES and Allegheny Ridge Wind Farm, LLC (Phase 1 and Phase 2)

    b. Power Purchase Agreement between FES and Blue Creek Wind Farm LLC

    c. Wholesale Purchase and Sale Agreement for Wind Energy between FES and Casselman Windpower LLC

    d. Renewable Resource Power Purchase Agreement between FES and High Trail Wind Farm, LLC

    e. Power Purchase Agreement between FES and Krayn Wind LLC

    f. Power Purchase Agreement between FES and Maryland Solar LLC

    g. Master Power Purchase and Sale Agreement between FES and Meyersdale Windpower LLC

    h. Wind Power Purchase Agreements between FES and North Allegheny Wind LLC (Phase 3 and Phase 4)

    i. Master Power Purchase & Sale Agreement between FES and Forked River Power, LLC