This document was signed electronically on April 2, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 2, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) | Case No. 18-50757 |
| | ) | (Request for Joint Administration Pending) |
| Debtors. | ) | |
| | ) | Hon. Judge Alan M. Koschik |
| | ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the Motion for Admission *Pro Hac Vice* of David M. Zensky, pursuant to Local Bankruptcy Rule 2090-1(b), and David M. Zensky having represented that he is a member in good standing of the bar in the State of New York; the Court having considered the Motion and determining just cause shown,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

**IT IS HEREBY ORDERED THAT:**

David M. Zensky is admitted to practice *pro hac vice* in the above-captioned case, in the United States Bankruptcy Court, Northern District of Ohio.

# # #

SUBMITTED BY:

/s/ *Bridget A. Franklin*
BROUSE McDOWELL LPA
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

*Proposed Co-Counsel for Debtors
and Debtors in Possession*
992930