## Exhibit B

**Charles Moore Declaration**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Hon. Judge Alan M. Koschik |
|  | ) |

## DECLARATION OF CHARLES MOORE
## IN SUPPORT OF APPLICATION OF THE DEBTORS
## PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) TO (I) RETAIN
## ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE
## THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND
## CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATE
## CHARLES MOORE AS CHIEF RESTRUCTURING OFFICER
## FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

I, Charles Moore, hereby declare under penalty of perjury:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country. I submit this declaration on behalf of A&M (the "Declaration") in support of the Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), and Norton Energy Storage L.L.C. (6928), case no. 18-50763. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

Personnel and (II) Designate Charles Moore as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date (the "Application")[2] on the terms and conditions set forth in the Application and the engagement letter, dated March 31, 2018, entered into between the Debtors and A&M and attached to the Application as Exhibit A (the "Engagement Letter"), *nunc pro tunc* to the Petition Date. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

## DISINTERESTEDNESS AND ELIGIBILITY

2.      A&M together with its professional service provider affiliates (the "Firm") utilizes certain procedures (the "Firm Procedures") to determine its relationships, if any, to parties that may have a connection to any of the Debtors in the Chapter 11 Cases.  In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors and to determine the Firm's relationship with such parties:

>   (a)     A&M requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "Potential Parties in Interest").[4]   The list of Potential Parties in Interest which A&M reviewed is annexed hereto as Schedule A.  The Potential Parties in Interest reviewed include, without limitation: (i) the Debtors and their affiliates; (ii) the Debtors' and their affiliates' former and current officers and directors; (iii) the Debtors' banks, lenders, lien parties and administrative agents; (iv) the Debtors' top 75 customers by projected 2018 receipts;[5] (v) unions associated with the Debtors; (vi) the Debtors' bondholders and indenture trustees; (vii) parties to sale leaseback agreements with the Debtors; (viii) third party sales agents used by the Debtors; (ix);the Debtors' utility providers; (x) the Debtors' insurance providers, surety

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.
[3] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by such professionals.
[4] As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or would otherwise require disclosure.
[5] Due to the sensitive and proprietary nature of this information, the Schedule of Customers as well as connections to such Customers will be provided solely to the office of the United States Trustee and counsel to the Statutory Creditors' Committee, once appointed.

2

bond issuers, and surety bond obligees; (xi) the Debtors' landlords; (xii) potential and active litigation counterparties; (xiii) the Debtors' professionals; (xiv) the known 5% equity holders and certain other equity holders of FE Corp.; (xv) the Debtors' vendors, representing the top 80% based on payments from 2017 and the top 80% of current open payables as of 3/21/2018; (xvi) the Debtors' non-affiliate energy distribution companies; (xvii) taxing authorities; (xviii) regulatory agencies and governmental municipalities; (xix) contract counterparties representing the top 50 open purchase order amounts; (xx) relevant bankruptcy professionals, including those professionals proposed to be retained in the chapter 11 cases; (xxi) the Debtors' top 50 unsecured creditors; and (xxii) United States Trustee for the Northern District of Ohio, judges and court personnel for the District of Ohio.

(b)      A&M then compared the names of each of the Potential Parties in Interest to the names in the master electronic database of the Firm's current and former clients (the "<u>Client Database</u>"). The Client Database generally includes the name of each client of A&M, the name of each party who is or was known to be adverse to such client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or has had, a substantial role with regard to the subject matter of the Firm's retention, and the names of Engagement Personnel who are or were primarily responsible for matters for such clients.

(c)      An email was issued to all Firm professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Firm on the one hand, and certain significant Potential Parties in Interest or the Debtors, on the other hand;[6] (ii) any known connection or representation by the respondent and/or the Firm of any of those significant Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why the Firm may be unable to represent the Debtors.

(d)      Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration. These connections are listed in <u>Schedule B</u> annexed hereto.

---

[6] In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any Firm personnel or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M personnel have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest, or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates. It is also noted that in the course of our review it came to A&M's attention that A&M personnel hold de minimis investments, representing not more than 0.01% of the equity interests in the related entity, in various parties in interest, including but not limited to AT&T Mobility, AllianceBernstein, Bank of America Citibank NA and Travelers Casualty & Surety Insurance Company of America, Comcast, Deutsche Bank, GE Capital, JPMorgan Chase, Santander, Siemens Energy Incorporated, Time Warner Cable Enterprises LLC, UBS Financial Services Inc., Verizon and Wells Fargo.

3

3.      As a result of the Firm Procedures, I have thus far ascertained that, except as may

be set forth herein, upon information and belief, if retained, A&M:

   (a)   is not a creditor of the Debtors (including by reason of unpaid fees for
         prepetition services) or an equity security holder of the Debtors (except
         certain Firm employees may own de minimis amounts representing not
         more than 0.01% of the equity interests in the related entity);

   (b)   is not and has not been, within 2 years before the date of the filing of the
         petition, a director, officer (other than by virtue of A&M employees
         serving in the roles as Engagement Personnel (pre- and postpetition) as
         described in the Application), or an employee of the Debtors; and

   (c)   does not have any interest materially adverse to the interests of the
         Debtors' estates, or of any class of creditors or equity security holders, by
         reason of any direct or indirect relationship to, connection with, or interest
         in, the Debtors, or for any other reason.

4.      As can be expected with respect to any international professional services firm

such as the Firm, the Firm provides services to many clients with interests in the Debtors'

Chapter 11 Cases.  To the best of my knowledge, except as indicated below, the Firm's services

for such clients do not relate to the Debtors' Chapter 11 Cases.

5.      In addition to the relationships disclosed on Schedule B, I note that:

   (a)   Alvarez & Marsal Inc. ("A&M Inc."), the majority owner of A&M's
         parent company, Alvarez & Marsal Holdings, LLC ("A&M Holdings"),
         holds a significant ownership interest in Alvarez & Marsal Capital, LLC
         ("A&M Capital").  A&M Capital is an investment vehicle that indirectly
         serves as the general partner of A&M Capital Partners, LP (the "A&M
         Fund") that makes private equity investments in companies (all of whom
         are wholly unrelated to these proceedings).  Certain A&M employees have
         invested in limited partnership interests in A&M Capital and the A&M
         Fund.

   (b)   As set forth on Schedule B, Kirkland & Ellis LLP ("K&E") currently
         represents A&M and/or its affiliates in matters unrelated to the Debtors
         and these chapter 11 cases.  In addition to Kirkland & Ellis's
         representations of certain A&M affiliates (including A&M Inc., A&M
         Capital and the A&M Fund) certain partners or other persons or entities
         associated with K&E ("K&E Persons") have invested in the A&M Fund.
         Each K&E Person that has invested in the A&M Fund holds less than one
         percent of the A&M Fund.

4

(c)     JPMorgan Chase Bank, N.A. ("JPMC") together with certain of its affiliates (collectively, "JPM") and Wells Fargo Bank, National Association ("WFBNA") together with certain of its affiliates (collectively, "Wells Fargo") are Potential Parties in Interest.  Under a credit facility (the "Credit Facility") to A&M Holdings: WFBNA is administrative agent, swingline lender and issuing lender, JPMC is a syndication agent and participating lender and Wells Fargo Securities, LLC and J.P. Morgan Securities LLC are joint lead arrangers and joint book runners and TD Bank and HSBC are participating lenders.  In addition to the receipt of interest in their capacity as a lender under the Credit Facility, Wells Fargo and JPM have received certain customary and negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facility.

(d)     A&M is currently the financial advisor to the Official Committee of Unsecured Creditors of Westinghouse Electric Company, LLC.  Westinghouse is a utility supplier to the Debtors supplying energy to certain Debtor facilities.

(e)     In addition to the restructuring and financial advisory services provided by A&M leading under the Engagement Letter, prior to the Petition Date, various A&M affiliates have provided consulting services as follows: (i) Alvarez & Marsal Disputes and Investigations, LLC ("A&M DI") provided certain expert witness and litigation consulting services to the Debtors and their non-debtor affiliates (ii) as more fully described in the Application, A&M DI continues to provide certain investigatory and litigation support services and (iii) Alvarez & Marsal Taxand, LLC provided tax advisory services to the Debtors and non-debtor affiliate FirstEnergy Corp.

6.     Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 cases.  Further, A&M has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of which may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which the Firm is to be employed, and none are in connection with these cases.

5

7.      If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration.

## COMPENSATION

8.      Subject to Court approval of the Application and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, and the Local Rules for the United States Bankruptcy Court for the Northern District of Ohio, A&M will seek from the Debtors payment for compensation through a Monthly Fee for the CRO and on an hourly basis for all Additional Personnel and reimbursement of actual and necessary expenses incurred by A&M.  A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

9.      In addition to the compensation described above, A&M will be entitled to a completion fee of $3,000,000  payable upon the earlier of (a) the consummation of a Chapter 11 plan of reorganization or (b) the sale, transfer, or other disposition of all or a substantial portion of the assets or equity of the Debtors in one or more transactions.

10.      To the best of my knowledge, (i) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with these chapter 11 cases. By reason of the foregoing, I believe A&M is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: April 5, 2018

Charles M. Moore
Managing Director

**Schedule A** [List of Potential Parties in Interest]

## Affiliates

AE Supply Renaissance Southwest, LLC
AET Path Company, LLC
Allegheny Energy Service Corporation
Allegheny Energy Supply Company, LLC
Allegheny Energy Supply Renaissance, LLC
Allegheny Generating Company
Allegheny Pittsburgh Coal Company
Allegheny Ventures, Inc.
American Transmission Systems, Incorporated
APS Constellation, LLC
Aye Series
Bay Shore Power Company
Beaver Valley II Funding Corp
Buchanan Energy Company of Virginia, LLC
Buchanan Generation, LLC
BVPS II Funding Corp.
CEI Funding LLC
CTC Beaver Valley Corp
CTC Mansfield Funding Corp
FE Aircraft Leasing Corp
FELHC, Inc.
FirstEnergy Corp.
FirstEnergy Engineering, Incorporated
FirstEnergy Fiber Holdings Corp.
FirstEnergy Generation Mansfield Unit 1 Corp.
FirstEnergy Generation, LLC
FirstEnergy Nuclear Generation, LLC
FirstEnergy Nuclear Operating Company
FirstEnergy Properties, Inc.
FirstEnergy Service FELHC, Inc. Company
FirstEnergy Services Corporation
FirstEnergy Solutions Corp.
FirstEnergy Transmission, LLC
FirstEnergy Ventures Corp.
GPU Nuclear, Inc.
GPU, Inc.
Green Valley Hydro, LLC
JCP&L Capital LP
JCP&L Transition Funding II, LLC
JCP&L Transition Funding, LLC
Jersey Central Power & Light Company
Met-Ed Capital LP
Metropolitan Edison Company
Mid-Atlantic Interstate Transmission, LLC
Monongahela Power Company

MP Environmental Funding LLC
MP Renaissance Funding, LLC
Nautica2 Limited Partnership
Norton Energy Storage LLC
OE Funding LLC
OES Ventures, Incorporated
Ohio Edison Company
Ohio Edison Financing Trust
Ohio Edison Financing Trust II
Path – Allegheny Land Acquisition Company
Path Allegheny Maryland Transmission
Company, LLC
Path Allegheny Transmission Company, LLC
Path Allegheny Virginia Transmission
Corporation
Path West Virginia Transmission Company, LLC
PE Environmental Funding, LLC
PE Renaissance Funding, LLC
Penelec Capital
Pennsylvania Electric Company
Pennsylvania Power Company
PNP II Funding Corp
Potomac-Appalachian Transmission Highline,
LLC
Suvon, LLC
TE Funding, LLC
The Cleveland Electric Illuminating Company
The Potomac Edison Company
The Toledo Edison Capital Corporation
The Toledo Edison Company
The Waverly Electric Light and Power Company
The West Virginia Power and Transmission
Company
Trans-Allegheny Interstate Line Company
Warrenton River Terminal, LTD.
West Penn Power Company
West Penn Southwest, LLC
West Virginia Series

## Bankruptcy Judges

Gustafson, John P.
Harris, Arthur I.
Kendig, Russ
Koschik, Alan M.
Morgenstern-Clarren, Pat E.
Price Smith, Jessica E.
Whipple, Mary Ann

Woods, Kay

**Bankruptcy Professionals**

Akin, Gump, Strauss, Hauer & Feld LLP
Alix Partners
Brouse McDowell LPA
GLC Advisors & Co., LLC
Guggenheim
Hogan Lovells
ICF Resources, LLC
Jones Day
KPMG LLP
Kramer, Levin, Naftalis & Fankel
Lazard
Metlife
Moelis & Company
O'Melveney & Meyers LLP
Opportune (Dacarba LLC An Opportune
Company)
Prime Clerk
PWC
Quinn Emanuel
Sidley Austin LLP
Squire Patton Boggs
Willkie Farr & Gallagher LLP

**Banks, Lenders, UCC Lien**

Ameren Services Company
Bachner, Kerri Ann
Bailes, Anthony
Banco Bilbao Vizcaya Argentaria, S.A., New York
Bank of America
Bank of New York Mellon
Bank of Nova Scotia
Barclays Bank
Barclays Bank PLC
BBVA
BNP Paribas
BNP Paribas Securities Corp.
Cantwell, Thomas
CIBC
Citibank
Citibank NA
Citicorp Railmark, Inc.
Citizens Bank
CoBank

CoBank ACB
Credit Agricole
Credit Agricole Corp And Investment Bank/Ny
Credit Suisse
De Lage Landen Financial Services, Inc.
Deutsche Bank Ag New York Branch
Fifth Third Bank
First National Bank
First National Bank of Pennsylvania
Firstmerit
Ge Capital Commercial Inc.
Goldman Sachs
Goldman Sachs Bank Usa
Gorchock, Alisa M.
Gorchock, Michael
Ham, Alfred Neal
Huntington National Bank
Industrial & Commercial Bank of China
J. Andrew Associates; Ryan Rubin
JP Morgan Chase
JP Morgan Chase Bank, NA
JP Morgan Securities
Key Equipment Finance Inc.
Keybank
Merrill Lynch Pierce Fenner & Smith Inc.
Mizuho
Mizuho Bank LTD.
Morgan Stanley
Morgan Stanley Senior Funding
National Cooperative Services
National Cooperative Services Corp.
Northeast Ohio Public Energy Council
Ohio Department of Taxation
Ohio Schools Council (OSC)
PNC
PNC Bank
PNC Capital Markets
Power 4 Schools
RBS Securities
Regions Bank
Regions Equipment Finance, LTD.
Royal Bank of Canada
Royal Bank of Scotland
Santander
Santander Bank, N.A.
Schwebel Banking Company
Sumitomo Mitsui
Sumitomo Mitsui Banking Corp.

TD Bank
TD Bank NA
Teresa A Miller Administratrix
The Bank Of New York
The Bank Of New York Mellon, Trust Company,
N.A.
UMB Bank, National Association
Union Bank NA
Union Bank/Bank of Tokyo Mitsubishi
Us Bank
Us Bank Na
VMAC Energy I, LLC
Wells Fargo
Wells Fargo Vendor Financial Services, LLC
Yeager, Lee W.

**Bondholder/Indenture Trustee**

Alliancebernstein
Allstate
American Enterprise Investment Services Inc.
Apex Clearing Corporation
Avenue Capital Group
Bank Of America Na/Client Assets
Barclays
Barclays Capital Inc./Le
BB&T Securities, LLC
Beaver County Industrial Development
Authority
Blackrock
BMO Harris Bank Na/Trust
BNP Paribas, New York Branch/Custody/Client
Assets
Bnymellon/Wfb.Na Wells Fargo Bank Na Pi
Brown Brothers Harriman & Co.
Capital Group
Cetera Investment Services LLC
Charles Schwab & Co., Inc.
Citadel
Citibank, N.A.
Citigroup Global Markets Inc.
Citigroup Global Markets, Inc./Correspondent
Clearing
Comerica Bank
Cor Clearing LLC
Cove Key Management
Credit Suisse Securities (Usa) LLC
Crews and Associates, Inc.

D. A. Davidson & Co.
E*Trade Securities LLC
Edward D. Jones & Co.
Fidelity
Fiduciary Ssb
Fifth Third Bank
Goldman Sachs & Co. LLC
Hilltop Securities Inc.
Ingalls And Snyder, LLC
Interactive Brokers Retail Equity Clearing
Intl Fcstone Financial Inc.
J.P. Morgan Securities LLC
J.P. Morgan Securities LLC/Jpmc
Janney Montgomery Scott LLC
Jefferies LLC
Jpmorgan Chase Bank, National Association
Keybank National Association
Legal & General Investment Management
America
Loomis, Sayles & Company
Lord Abbett
LPL Financial Corporation
Manufacturers And Traders Trust Company
Merrill Lynch
Merrill Lynch Pierce Fenner & Smith/Fixed
Income
Merrill Lynch, Pierce, Fenner & Smith
Incorporated
MFS Investment Management
Morgan Stanley & Co. LLC/Ii
Morgan Stanley Smith Barney LLC
Mufg Union Bank, N.A.
National Bank Financial Inc./Cds**
National Financial Services LLC
Northwestern Mutual Investment Management
Company, LLC
Nuveen
Ohio Air Quality Development Authority
Ohio Water Development Authority
Oppenheimer & Co. Inc.
Pennsylvania Economic Development Financing
Authority
Pershing LLC
Peter Schoenfeld Asset Management
Raymond James & Associates, Inc.
RBC Capital Markets, LLC
Robert W. Baird & Co. Incorporated
Scotia Capital Inc./Cds**

SEI Private Trust Company
SSB - Blackrock Institutional Trust
SSB&T Co/Client Custody Services
State Street Bank and Trust Company
State Street Bank and Trust Company/State
Street Total ETF
Stephens Inc.
Stifel, Nicolaus & Company, Incorporated
Stockcross Financial Services, Inc.
SVP
Td Ameritrade Clearing, Inc.
The Bank Of New York Mellon Trust Company, N.A.
The Bank Of New York Mellon/Mellon Trust Of New England, National Association
The Bank Of New York Mellon/WFC Holdings Corporation
The Northern Trust Company
U.S. Bancorp Investments, Inc.
U.S. Bank N.A.
UBS Financial Services Inc.
UBS Securities LLC
UMB Bank, National Association
USAA
Vanguard
Wedbush Securities Inc.
Wells Capital
Wells Fargo Bank
Wells Fargo Bank, National Association
Wells Fargo Clearing Services, LLC

**Contract Counterparties**

Appendix R Solutions
Areva Incorporated
Avalotis Corporation
Avantech Incorporated
BCG Resources LLC
Brand Energy Svcs LLC A Div Of Bran
Civil & Environmental Consultants
Clean Harbors Environmental
Commerzbank Ag
Curtiss Wright Flow Control Svc Cor
Data Systems & Solutions LLC
Day & Zimmermann NPS
Devonway Incorporated

Enerfab Power & Industrial Inc
Energysolutions LLC
Engineering Planning &
Ge-Hitachi Nuclear Energy
Global Nuclear Fuel
Hyperspring LLC
Infrashield Incorporated
J W Didado Electric LLC
JSC Tenex
Liquidmetal Coating Solutions LLC
Louisiana Energy Services LLC
Magesco Incorporated
Mascaro Construction Company Lp
Mccarl's Incorporated
Mike Pusateri Excavating Inc
MPW Industrial Services Group Inc
Nalco Company LLC
PKMJ Technical Services Inc
Pontoon Solutions Incorporated
R E Yates Electric Incorporated
Sargent & Lundy LLC
Securitas Critical Infrast Svcs Inc
Siemens Energy Incorporated
Steag Scr-Tech Incorporated
The Atlantic Group Incorporated
The Westwind Group Incorporated
TN Americas LLC
United Rentals North America Inc
United States Enrichment Corp
Univar USA Incorporated
Universal Protection Service Lp
Urenco Limited
URS Corporation
Wectec Global Project Services Inc
Westinghouse Electric Company LLC
Westinghouse Electric Corp
Zempleo Incorporated

**Current / Former Directors and Officers**

Addison, Paul T.
Ahern, Anthony J.
Aikens, Nicholas K.
Anderson, Michael J.
Bailey, Joel D.
Baker, Eric D.
Barton, Lisa M.
Belcher, Samuel L.

Benyak, Darin M.
Benz, Gary D.
Bezilla, Mark B.
Blickle, John
Boland, Jim
Boles, Brian D.
Bologna, Richard D.
Boyd, William J.
Bridenbaugh, Carl J.
Brown, Terry J.
Chack, Dennis M.
Cottle, William T.
Dargie, John C.
Davis, Ted M.
Demetriou, Steven J.
Donohue, Robert W.
Doty, William S.
Dowling, Michael J.
Dunlap, Daniel M.
English, Carl L.
Eppes, Kristine W.
Evans, Raymond L.
Fakult, James V.
Farah, George J.
Farley, Brian A.
Fatusha, Ermal
Gaines, Bennett L.
Garanich, James G.
Gingo, Joseph M.
Grant, Gary W.
Hall, Martin L.
Hamilton, David B.
Haney, James R.
Harden, Paul A.
Heisler, Robert B Jr.
Johnson, Julia L.
Jones, Charles E.
Judge, John W.
Julian, Mark A.
Karafa, David J.
Kauffman, Holly C.
Kleisner, Ted J.
Kotsenas, Peter J.
Lash, James H.
Lasky, Charles D.
Lese, William
Lieb, Raymond A.
Lisowski, Jason J.

Lowery, Dolores J.
Maley, Ernest N.
Mavrinac, Wendy
Mckeeman, Robert S.
Mellody, James G.
Mendenhall, Kelley E.
Mendenhall, Kelley E.
Mikkelsen, Eileen M.
Misheff, Donald T.
Mitchell, Thomas N.
Moss, Linda L.
Moul, Don A.
Nelson, Steven K.
Novak, Ernest J Jr.
O'Loughlin, Patrick W.
O'Neil, James F. Iii
Pappas, Christopher D.
Patel, Ketan K.
Pearson, James F.
Petrik, Jason S.
Prezelj, Irene M.
Reffner, Robert P.
Reyes, Luis A.
Reynolds, Brett W.
Richey, Marty
Rossero, Daniel T.
Schneider, Donald R.
Sears, James A.
Sekulich, Gretchan E.
Sestak, Kevin A.
Smart, George M.
Smith, Trent A.
Smyth, Antonio
Staub, Steven R.
Stawikey, Mary S.
Stephenson, Gary G.
Strah, Steven E.
Taylor, K. Jon
Thompson, Paul W.
Thornton, Jerry Sue
Vespoli, Leila L.
Voyles, John N. Jr.
Warvell, Kevin T.
Whitlock, Charles
Yeboah-Amankwah, Ebony L.

## Governmental / Regulatory Agencies

Ashtabula County Commissioners
Ashtabula County Treasurer
Beaver County Airport Authority
Beaver County Emergency Mngmt
Beaver County Treasurer
Beaver Local School District
Beaver Volunteer Fire Department
Belmont County Treasurer
Berkheimer Tax Admin
Big Beaver Borough
Borough of Ohioville VFD
Borough of Shippingport
Brooke County Ema
Bureau of Business Trust Fund Taxes
Carroll Township
Carroll Water & Sewer Dist
Central Collection Agency - Division of Taxation,
City Of Cleveland
Chippewa Township Tax Collector
City of Akron
City of Chester Police Department
City of Detroit Finance Department/Income Tax
Division
City of East Liverpool Water Works
City of Green, Ohio
City of Lorain
City of Painesville
City of Painesville Utilities
City of Philadelphia Department of Revenue
City of Philadelphia Dept. Of Revenue
City of Steubenville
City of Toledo
City of Weirton Fire Department
Clean Air Fund
Columbiana County Commissioners
Comdata Network Inc
Commodity Futures Trading Commission
Commonwealth of Pennsylvania
Commonwealth of Pennsylvania, Dept of
Transportation, Bureau of Motor Vehicles
County of Lake
Cuyahoga County Treasurer
Darlington Twp Tax Collector

Delaware Division of Revenue
Delaware Division of Revenue, Gross Receipts
Tax Department
Department of Environmental Protection
Department of Labor & Industry
Department of Taxation
Dept of Environmental Protection
Division of Taxation
Division of Water City of Cleveland
East Liverpool City School District
East Palestine Amateur Radio Club
Erie County Board of Commissioners
Federal Energy Regulatory Commission (FERC)
Franklin Township Tax Collector
Geauga County Board of Commissioners
Georgetwn Boro & SS District
Green Twp Tax Collector
Greene County Treasurer
Hancock Co Office of Emergency Svcs
Hancock County Schools Public Sch
Hancock County Sheriff Reserve
Hookstown Volunteer Fire Department
Hookstown Volunteer Fire Dept
Illinois Commerce Commission
Illinois Department of Revenue
Industry Boro Tax Collector
Industry Volunteer Fire Department
Industry Volunteer Fire Dept
Internal Revenue Service
Internal Revenue Service Centralized Insolvency
Operations
Jefferson County Auditor
Jefferson County Health Department
Jefferson County Health Dept
Jefferson County Ohio Treasurer
Jefferson County Treasurer
Koppel Boro Tax Collector
Lake County Auditor
Lake County Board of Commissioners
Lake County Department of Utilities
Lake County General Health District
Lake County Health District
Lake County Treasurer
Lawrenceville Volunteer Lawrenceville Volunteer

Lisbon Area Amature Radio Association
Lorain County Auditor
Lorain County Treasurer
Lucas County Auditor
Lucas County Bd of Commission
Lucas County Treasurer
Marion Twp Tax Collector
Maryland Department of Transportation
Maryland Department of Transportation Motor
Vehicle Administration
Maryland Public Service Commission
Md Motor Vehicle Admin
Michigan Department of Treasury
Midland 4Th Of July Organization
Midland Volunteer Fire Department
Midland Volunteer Fire Dept
Midland Water Authority
Monongahela Twp Tax Collector
Montana Department of Revenue
National Labor Relations Board
Negley Volunteer Fire Department Association
Incorporated
New Cumberland Volunteer Fire Department
New Jersey Divison of Taxation
New Manchester Volunteer Fire Department
Nicholson Twp Tax Collector
NJ Division of Motor Vehicles
North Sewickley Twp Tax Collector
Northeast Ohio Regional
Oakland District Volunteer Fire Department
Occupational Safety and Health Administration
(Osha)
Office of Tax and Revenue
Office of The Ohio Consumers' Counsel
Ohio Attorney General
Ohio Board of Pharmacy
Ohio Bureau of Workers' Compensation
Ohio Department of Agriculture
Ohio Department of Commerce
Ohio Department of Health
Ohio Department of Job and Family Services
Ohio Department of Taxation
Ohio Emergency Management Agency
Ohio EPA
Ottawa County Auditor's Office

Ottawa County Commissioners
Ottawa County Emergency Management Agency
Ottawa County Emergency Mgmt Agency
Ottawa County Treasurer
Pa Department of Environmental Protection
Pa Department of Revenue
Pennsylvania Department of Revenue
Pennsylvania Emergency Management
Pennsylvania Public Utility Commission
Pension Benefit Guaranty Corporation
Public Utilities Commission of Ohio
Raccoon Fire Department
Raccoon Twp Tax Collector
Regional Income Tax Agency
Regional Income Taxing Agency
Revenue Administration Division
Revenue Administration Divisiontaxpayer
Service Section
Salam Area Amateur Radio Association
Incorporated
Sandusky County Commisioners
Sc Dhec - Bureau of Financial Management
Securities and Exchange Commission
Sheriff of Hancock County
Sheriff of Marshall County
Sheriff of Ohio County
Shippingport Boro Tax Collector
Shippingport Volunteer Fire Company
South Beaver Twp Tax Collector
South Carolina Department of Health
South Carolina Dept Of Health
State of New Jersey Department of The Treasury
State of New Jersey Division of Taxation
State of Ohio – Irp
State of Ohio Treasurer
State of Pennsylvania
State of Tennessee Treasurer
Steubenville Weirton Amateur Radio Club
Summit County Auditor
Summit County Treasurer
Tennessee Department of Environment
Tennessee Dept of Environment
The National Board
Three Rivers Pollution Response

Treasurer of State Fund 5C2
Treasurer State of Ohio
Triangle Amateur Radio Club
U S Dept Of Homeland Security
Us Department of Energy
Us Department of Homeland Security
(Fema - Federal Emergency Management)
Us Department of Labor
Us Environmental Protection Agency
Us Nuclear Regulatory Commission
Village of Lisbon Fire Department
Village of Oak Harbor
Virginia Department of Taxation
Washington Dc Office of Tax and Revenue
Weir High School Hancock Co Board of Education
West Point Volunteer Fire Department Station 1
West Point Volunteer Fire Dept Station 1
West Va Dept Health and Human Svcs - Bureau
For Public Health
West Virginia Bureau for Public Health
West Virginia Department Health and Human
Services - Bureau For Public Health
West Virginia Div/Natural Resources
West Virginia Division of Homeland - Security &
Emergency Management
West Virginia Division of Homeland - Security &
Emergency Mgmnt
West Virginia Division of Motor Vehicles
West Virginia Division of Motor Vehicles Motor
Carrier Services Office Wv Irp Section
West Virginia State Fire Commission
West Virginia State Tax Department
West Virginia State Tax Department Ifta Unit
WV Department of Tax and Revenue

**Governmental Municipalities**

Allen County
Ashland County
Auglaize County
Center Township
City of Akron
City of Ashland
City of Aurora
City of Barberton
City of Bay Village

City of Bellevue
City of Canal Fulton
City of Canfield
City of Cleveland Heights
City of Cortland
City of Crestline
City of Defiance
City of East Palestine
City of Euclid
City of Fairlawn
City of Girard
City of Green
City of Huron
City of Lancaster
City of London
City of Mansfield
City of Marietta
City of Marion
City of Massillon
City of Maumee
City of Medina
City of Munroe Falls
City of North Canton
City of Northwood
City of Norton
City of Ontario
City of Oregon
City of Parma
City of Perrysburg
City of Ravenna
City of Richmond Heights
City of Rossford
City of Salem
City of Sandusky
City of Seven Hills
City of Springfield
City of Stow
City of Streetsboro
City of Struthers
City of Sylvania
City of Tallmadge
City of Toledo
City of Toronto
City of Tremont
City of Troy
City of Vermilion
City of Washington Court House
City of Waterville

City of Wauseon
City of Westlake
City of Xenia
City of Youngstown
Defiance County
Erie County
Fulton County
Henry County
Huron County
Lucas County
Madison County
Mahoning County
Medina County
Muskingum County
Ottawa County
Preble County
Putnam County (Dupont)
Richland County
Sandusky County
Summit County
Township of Austintown
Township of Ballville
Township of Baughman
Township of Bethlehem
Township of Blooming Grove
Township of Boardman
Township of Buck
Township of Burton
Township of Butler
Township of Canaan
Township of Canfield
Township of Cardington
Township of Center
Township of Cessna
Township of Chippewa
Township of Darby
Township of Elkrun
Township of Fairfield
Township of Franklin
Township of German
Township of Gilead
Township of Goshen
Township of Grafton
Township of Grand Prairie
Township of Green Camp
Township of Hale
Township of Hanover
Township of Jackson

Township of Jefferson
Township of Knox
Township of Lake
Township of Lawrence
Township of Lexington
Township of Liverpool
Township of Lynn
Township of Mad River
Township of Madison
Township of Marion
Township of Marlboro
Township of Middleton
Township of Milton
Township of Paris
Township of Perry
Township of Perrysburg
Township of Pike
Township of Plain
Township of Pleasant
Township of Poland
Township of Radnor
Township of Richland
Township of Salem
Township of Sandusky
Township of Smith
Township of Springfield
Township of St. Clair
Township of Sugar Creek
Township of Sugarcreek
Township of Troy
Township of Tuscarawas
Township of Unity
Township of Walnut
Township of Washington
Township of West
Township of Yellow Creek
Trumbull County
Village of Baltimore
Village of Bluffton, Allen County
Village of Delta
Village of Fredericktown
Village of Millersport
Village of Rushville
Village of Spencerville
Village of Swanton
Wayne County
Williams County
Wood County

**Insurance**

Ace Bermuda Insurance LTD.. / Aon Bermuda
Aegis Security Insurance Company/ Aegis
Insurance Services Inc.
Allied World Assurance Company LTD.. / Aon
Bermuda
American Nuclear Insurers
Aon Risk Services Northeast, Inc.
Arch Ins. Bermuda LTD.. / Aon Bermuda
Arch Insurance Company
Aspen Specialty Insurance Company
Associated Electric & Gas Ins Services LTD.
Axis Insurance Company
Berkshire Hathaway Specialty Insurance
Company
Continental Insurance Company
Endurance American Insurance Company
Energy Insurance Mutual LTD.
Energy Insurance Services Inc.
Federal Insurance Company
Global Aerospace, Inc.
Illinois National Insurance Company
Lloyds Of London
Marsh LLC
National Union Fire Insurance Company of
Pittsburgh, Pa
Navigators Insurance Company
Neil Specialty Insurance Company
Nuclear Electric Insurance Limited
Princeton Excess & Surplus Lines Insurance Co
Qbe Insurance Corporation
Talbot Underwriting Services (Us) LTD..
U.S. Specialty Insurance Company
Water Quality Insurance Syndicate
Westport Insurance Company
Xl Insurance Bermuda LTD.. / Aon Bermuda
Xl Specialty Insurance Company
Zurich American Insurance Company

**Known 5% Equity Holders**

FirstEnergy Corp.
FirstEnergy Generation, LLC
FirstEnergy Solutions Corp.

**Landlords**

Beaver County Airport Authority
Cleveland Electric Illuminating Company
Greylock L.P.
John's Towing Service, Inc.
Norfolk Southern Corporation
Ohio Department of Natural Resources
Ohio Edison Tower LLC
The Elmhurst Group
The Toledo Edison Company

**Litigation**

3M Company
A.W. Chesterton Company
Adams, Doris
Adams, Sharon
Addair, Mary
Adkins, Nora
Air & Liquid Systems Corporation
Air Products and Chemicals, Inc.
Alberts, Helena
Allegheny Ludlum LLC
American Arbitration Association
Ammon, Barbara
Anderson, Annes
Anzevino, Dominic
Applegarth, Dorothy
Arcaro, Barbara
Arcidiacono, Carol J
Arter, Doris
Ashton, Bernice
Associated Wholesalers, Inc.
Auer, Maxine
Austin, Brenda
Aveni, Clara
Awi Delaware, Inc.
Bachner, Kerri Ann
Bailey, Donna
Balden, Ebell
Baron, Peter J
Bayer Cropscience, Inc., F/K/A Benjamin Foster
Company
Bays, Ronald
Bennett, Lee
Blystone, Frank
BNSF Railway Company

Boardwine, Mary
Bowen, Melvin
Bringman, Harry Pete
Brown, Robert L
Bryant, James
Burgdorf, William
Burkiewicz, Thomas
Burnette, Elizabeth F
Bwxt Canada, LTD..
Byler, Bobby Lynn
Cantwell, Thomas
Cartwright, George
Caruloff, Thomas
Chaffin, Nathaniel
Chapman, Mary Lou (Robert)
Chitwood, Donnie
Commonwealth Of PA, Department Of
Transportation
Conger, Pauline
Copen, William
Crooks, Guinda
Csx Transportation Incorporated
Csx Transportation, Inc.
Cuevas, Juan
Dalnoky, Joseph
Davies, Regina
Davis, John W
Dean, D Mark
Demase Trucking Co., Inc.
Dempsey, Brian
Dennis, Harvie
Denson, Howard (Executor of Estate)
Devin, Cecil
Dlz Ohio, Inc.
Drake, Dan
Duckro, Mary Jo
Dulin, Mary
Dunham, Nancy
Dunmire, Thomas
Dunn, Clarabelle
Earley, Cindy
Edwards, Dorothy
Edwards, Joseph
Eeoc - Cleveland
Eldred, David A
Elliot, Lola
Emery, Harry
Empire Die Casting Company

Eno, Waunnetta
Executor of The Estate Of, Joyce Ellis
Farais, John & Helen
Farkas, Frank (Executor of Estate)
Farnsworth, Harry
Ferris-Dukovich, Theresa
Finney, Juanita
Firman, Mary
Fite, Bonnie
Fitzpatrick, Randy
Flowers, Twatha
Fluker, Thommy
Forman, Ernest
Francis, Michael S.
Franklin, Douglas
George, John
Gerson, Barry
Gibson, Charles (Executor of Estate)
Gongora, Luz
Goodyear Tire & Rubber Company
Gorchock, Alisa M
Gorchock, Michael
Gray, Ivan
Ham, Alfred Neal
Hambry, Alva
Hamm, Tracy
Hamm, William Murray
Hampton, Marvin
Hannigan, John M
Hansen, Stephanie M.
Harp, Billy
Harris, George Larry
Harrison, Ronald D
Harwood, Gene
Haseleu, Mark S
Hawks, Buford
Hawthorne, Howard
Hayes, Ronnie
Henderson, Curtis
Hendrix, Phillip H
Henry, Terry M. And Sandy L. Henry
Higgins, John
Hill, Charles E
Hill, Travis
Hobor, Chuck
Hodges, John
Holbrook, Carma
Holt, Joe

| | |
|---|---|
| Hoover, Jackie D | Little, Howard H |
| Hopkins, Douglas C. | Locker, Guy L |
| Houston, Larry C | Lockhart, Murl L |
| Hovis, Homer J | Long, Frederick & Peggy |
| Howard, Johnny O | Longshaw, John |
| Howard, Mary Jo | Loughery, Darlene |
| Howell, Mike | Love, William A |
| Hower, Raymond D | Loveless, Elton B |
| Hronek, Robert L | Lowery, Robert W |
| Hulsey, Charles E | Lucius, Peggy |
| Humphries, Charlue | Malanowski, Michael |
| Husman, Richard | Mangano, Barbara And Anthony |
| Hutchinson, Benjamin | Marcotte, Gary Duane |
| IBEW Local 272 | Marshman Jr, Herman |
| Illinois Commerce Commission | Martin, Bobby Joe |
| Indorf, Frederick | Matrix Pdm Engineering |
| J. Anderw Associates | May, Thomas Wayne |
| Jackson, Alfred | Mcbrayer, Otis |
| James, Herbert | Mccaa, Frank |
| Jenkins, James | Mcelroy, Linda |
| Jensen, Ferdinand | Mcfarren, Jerry |
| Johnsey, Thomas Larry | Mcghee, Eddie |
| Johnson, Alexander A | Mcghee, Pauline |
| Johnson, Billy R | Mcintosh, Paul |
| Johnson, Dale | Mcintyre, Dana |
| Jones, Charles Claud | Mckinney, Randy |
| Jones, Priscilla J | Mclain, Elmer |
| Jones, William W | Meincke, Mark |
| Julian, William | Melnor Graphics |
| Kaylor, Thomas O | Merrill, Jerome (Executor of Estate) |
| Kearns, Elizabeth | Miles, Donald |
| Kelley, Madgie | Miller, Franklin W |
| Kelley, William E | Miller, Mary Lee |
| King, Cecil | Miller, Teresa A. |
| Klinger, Alvin | Mills, Steven D |
| Kosonovich, Melia | Milner, Gena |
| Kramer, Michelle | Miner, Norval M |
| Kuhar, Mark | Monongahela Power Company |
| Kuhl, Frederick | Moody, Walt |
| Kuhn, Paul | Moore, Judy |
| Lahetta, James | Mount, Ii, Dale (Executor of Estate) |
| Lane, Jimmy M | Mowery, Jack |
| Larsen, Robert D | Moyer, Kerri S. |
| Lay, Dale | Muniz, Jorgie |
| Lebold, Dennis | Myers, Judy Ann |
| Legg, Douglas | Myers, Kenneth |
| Lewis, Ruby Mae | Myers, Lawrence |
| Lewis-Goetz & Company, Inc. | National Union Fire Insurance Company |

Needham, Robert P
Newsome, William
Nicols, Gary Lee
Nixon, Dan
Nlrb - Region 6
Norfolk Southern Railway Company
North Toledo Graphics, LLC
Ocrc - Toledo
Ollison, Grant
Ottawa County Csea
Pacific Sunwear Of California, Inc.
Pagano, Richard
Parker, Harold
Parrish, Cheryl
Pastor, Varlee
Peabody Energy
Peguero, Jose
Peterman, Dean A
Plott, Gregg
Plucinski, Anthony
Pocmont Properties, LLC
Potomac Edison Comapny
Potter, John H
Purvis, Claudia
Raymond, Cynthia
Rebok, David
Republic Powdered Metals, Inc.
Rhoades, John L
Richardson, Billy D
Rico, Edward
Ritzler, Joseph G.
Rodriguez, Jose
Rogers, Ron
Rush, Peter (Executor Of Estate)
Santiago, Francisco
Scalise, Kristen M.
Schmitt, Michele L.
Sheret, William L.
Shildwachter, Richard
Shirley, Mildred
Shores, Eugene
Shropshire, Joseph
Shuler, Brenda L
Shuler, George M
Simonds, Mary
Simonovich, William
Smith, Charles S
Sommer, Elaine

Stanko, George
Steading, Robert E
Steading, Ronald B
Steele, Robert F
Steigers, Robert Frank
Stottlemire, Harry
Struchen, Norman
Suggs, Rosa
Swann, Harold
Swenson, Dennis
Talley, William D
Tapley, S.J.
Tarpley, Dea
Taylor, Jackie
Taylor, John H
Terretto, Nick
Terry, Bluitt W
Terry, Donald A
Terry, Franklin D
Terry, Jack H
The Standard Register Company
The State Of West Virginia Division of Highways
Thornock, Leroy
Timberlake, Herbert A
Tindall, Gary And Charlotte
Torres, Miguel
Trail-Trans Allegheny Interstate Line Company
Trousdale, Raymond D
Tunnel Ridge, LLC
Turner, Carl William
UWUA Local 270
UWUA Local 304
UWUA Local 457
Vanwave, Jeffrey
Vidal Jr, Jose A
Vires, David
Wagner, Kenneth
Walker, Cole R
Warren, Billy Joe
Watson, Charlie I
Watson, Louise
Webster, Vernon Jackson
Weldon, John David
Wells, Marvin E
Westech
Whaley, Brenda
White, Donald Lee
White, Edwin Ray

White, Elbert
Williams, Walter
Williamson, Robert E
Willingham, Dorothy
Wilson, Edward J
Wilson, Robert Ernest And Joan Catherine
Wilson, W. David
Wolfe, Paul E.
Wood, Wayne
Wright, Billy M
Wright, Johnnie L
Yeater, Phillip M
Yengich, Ronald S
Young, Larry Eugene
Yozwiak, William
Yukovich, Elizabeth
Zsigo, James
Zuch, Robert

## Non-Affiliate Energy Distribution Companies

Aep-Ohio
Ameren Illinois Company
"American Electic Power (Ohio Power and
Columbus Southern)"
Atlantic City Electric (Conectiv) (Phi - Exelon)
Baltimore Gas & Electric Company
ComEd (Exelon)
Consumers Energy Company
Dayton Power and Light Company
Delmarva Power & Light Company
Detroit Edison Company
Duke Energy Ohio, Inc.
Duquesne Light Company
Jersey Central Power & Light (FirstEnergy)
Metropolitan Edison Company and Pennlyvania
Electric Company (FirstEnergy)
Ohio Edison, Toledo Edison, Cleveland
Illuminating (FirstEnergy)
PECO Energy Company
Pennsylvania Power Company/PennPower (First
Energy)
Pepco (Phi - Exelon)
Potomac Edison Company Allegheny
(FirstEnergy)
PPL Electric Utilities Corporation
Public Service Electric and Gas Company
West Penn Power (FirstEnergy)

## Other Professionals

Alston & Bird LLP
American Arbitration Association
Babst, Calland, Clements And Zomnir, P.C.
Benesch, Friedlander, Coplan & Aronoff LLP
Black McCuskey
Brouse McDowell
Brown Williams Moorhead & Quinn Inc
Calfee Halter & Griswold LLP
Carpenter McCadden & Lane LLP
Civil & Environmental Consultants
CRA International Incorporated
Ct Corporation
D4 LLC
Davis Wright Tremaine LLP
Deloitte & Touche
Economists Incorporated
Gibson Dunn & Crutcher LLP
Giffen & Kaminski LLC
Greenberg Traurig LLP
Harrington Hoppe & Mitchell LTD.
Hbr Consulting LLC
Hepler Broom LLC
Hunton & Williams LLP
ICF Resources LLC
J E Cichanowicz Incorporated
Jackson Kelly PLLC
Jeffrey S Levine (Energy Data, LLC)
Jones Day
Latham & Watkins LLP
Law Firm of Russell R Johnson Iii
Law Office of Kathy Kolich
Marnen Mioduszewski Bordonaro Wagner &
Sinnott, LLC
McDermott Will & Emery LLP
Mololamken LLP
Morgan Lewis & Bockius LLP
Navigant Consulting Incorporated
Penny Legal Group, LLC.
Penny Legal LLC
Persun & Hamlin Pc
Philip Elwell Troy, Esq.
Porter Wright Morris & Arthur LLP
Post & Schell Pc

Powergem LLC
Quanta Technology LLC
Quinn Emanuel Urquhart & Sullivan L
Rawle & Henderson LLP
Roetzel & Andress
Ross Brittain & Schonberg Co LPA
Scanlon Howley & Doherty Pc
Skadden Arps Slate Meagher & Flom LLP
Squire Patton Boggs Us LLP
Sustainability Funding Alliance
The Levicoff Law Firm
Tucker Arensberg PC
Van Ness Feldman LLP
Wilkinson Barker Knauer LLP

**Sale Leaseback Agreements**

Alexander Hamilton Life Insurance
Bank of America Corp.
Bank of New York
Barclays PLC
Beaver Valley Inc.
Beaver Valley Two Pi L.P.
Beaver Valley Two Rho
Beaver Valley Two Sigma L.P.
Chrysler
Chrysler Consortium Corporation
Citigroup Inc.
Daimlerchrysler Ag
Edison International
Ford Motor Credit
Ge Capital
Hsbc Holdings Plc
JP Morgan Chase & Co
Mansfield 2007 Trust A
Mansfield 2007 Trust B
Mansfield 2007 Trust C
Mansfield 2007 Trust D
Mansfield 2007 Trust E
Mansfield 2007 Trust F
Met Life
Mission Funding Alpha
Mission Funding Beta
Perry One Alpha L.P.
Perry One Delta (Trust A)
Perry One Delta (Trust B)
Perry One Delta L.P. (Trust I)
Perry One Delta L.P. (Trust Ii)

Perry One Gamma
PNBV Capital Trust
PNC Commercial
Security Pacific
State Street Corp.
The Bank Of New York Trust Company, N.A.
The Marmon Group
The PNC Commercial Services Group
Union Bank of California, N.A.
Us Bank Trust National Association
Wilmington Savings Fund Society, FSB

**Significant Competitors**

AEP Energy
Aspen Energy
Calpine Corporation
Constellation Newenergy
Crius Energy LLC
Direct Energy
Dynegy
Dynegy Inc.
EDF Energy Services, LLC
Energy Capital Partners III LLC
Engie
Exelon Generating Company, LLC
Green Mountain Energy
Integrys
Interstate Gas Supply, Inc.
Ls Power Equity Advisors, LLC
Nextera Energy Resources Acquisitions LLC
PSEG Services Corporation
Riverstone Investment Group LLC
Spark Energy, Inc.
Vistra Energy Corp

**Surety Bonds**

Ace Ina Group
Borough of Shippingport
Commonwealth of PA, Department of
Environmental Protection
Commonwealth of Pennsylvania
Commonwealth of Pennsylvania Public Utility
Commission
Commonwealth of Pennsylvania, Department of
Environmental Protection
District of Columbia

Liberty Mutual Insurance Company
New Jersey Board of Public Utilities
Ohio Department of Natural Resources
Pennsylvania Department of Environmental
Protection, PA
Pennsylvania Public Utility Commission
The People of The State of Illinois
Travelers Property Casualty Group
U.S, Army Corp Of Engineers
United States District Court Northern District of
Ohio
Us Department of Labor
West Virginia Department of Transportation

### Third Party Sales Agents

Acclaim Energy Advisors
Achieve Energy Solutions, LLC
Adl High Voltage Inc.
Advantage Services Inc
Affiliated Power Purchase Intl.
Agency Marketing Center Corporation Dba Buy
Commercial Energy, Inc
Alliance for Competitive Energy Services
Alternative Utility Services, Inc
Alternative-Esco LLC
Ameresco, Inc
Amerex Brokers LLC
Americaapproved.Com
American Municipal Power, Inc.
American Municiple Power-Ohio Inc
American Powernet Services
Amgp Inc.
Aspen Energy Corporation
Asset Energy LLC
Atlas Commodities
Belden Energy Solutions Inc. Services Company
Bidurenergy, Inc.
Blue & Silver Energy Consulting, D/B/A Pro-Star
Energy Services
Blue Flame Energy Services
Bmark Energy, Inc.
Buckeye Energy Brokers, Inc.
Ccaosc Energy Solutions, LLC
Chamber Energy Solutions, LLC
Choice Energy Resources, Inc.
Choose Energy, Inc.
Chrislynn Energy Services

City of Cincinnati
City of Cleveland
Commercial Utility Consultants, Inc.
Community Energy Advisors
Consumer Energy Solutions Inc.
Cost Reduction Services
Council of Small Enterprises (Cose)
Creativenergy Options
Cuc Global Inc
Demand Response Partners, Inc
Dillon Energy Services
Diversified Energy Associates, Inc
DJ Energy Consulting, LLC
Eagle Energy LLC
Ecova, Inc
Edge Insights, Inc.
Efficient Energy Solutions
Electric Choice, Inc.
Emerald Energy, Inc
Emuna Energy, LLC
Enercom Inc.
Energy Auction Exchange Dba Energy
Energy Consultants LLC
Energy Enablement LLC
Energy Management Solutions, Inc.
Energy Market Exchange
Energy Resources Group LLC
Energy Savers, Inc.
Energy Trust, LLC
Energysolve LLC
Enernoc, Inc.
Executive Energy Services, LLC
Flex Energy Management, LLC
Gabel Associates
Gandolfo Resources LLC
Gem Energy, LLC
Glenview Consulting Group, Nimec
Global Energy Market Services LLC
Goldstar Energy Group, Inc.
Good Energy, Lp
Great Lakes Energy
Hb Hayes & Associates LLC Dba Alternative
Energy Source
Healthtrust Purchasing Group, L.P.
Hospital Energy, LLC
HP Technologies
Ieu
Illinois Energy Aggregation LLC

Incite Energy LLC
Independent Energy Consultants
Integrity Energy LTD..
International Marketing Business Gr
J. Andrew Associates
Keytex Energy Solutions, LLC
Lincoln Energy Group LLC
Live Energy Inc
Mid American Natural Resources, LLC
Midwest Utility Consultants Inc
Mobilenet Inc.
MSI Utilities, Inc.
Muirfield Energy Inc.
MWV Consulting
North Shore Energy Consulting, LLC
Northeast Energy Advisors LLC
Ohio Manufacturer'S Association
Ohio School Pool: Buckeye Assoc of School
Administration (Basa)
Ohio School Pool: Ohio Association of School
Business officials(Oasbo)
Ohio School Pool: Ohio School Boards
Association (Osba)
Ohio School Pool: Ohio School Council (Osc)
OML Energy Solutions
Ondemand Energy, L.P.
Onyx Power & Gas Consulting, LLC
Option Energy LLC
Palmer Energy Co. Inc.
Palmer Energy Company
Patriot Energy Group, Inc.
Precept Energy LLC
Premier Energy Group, LLC
Premiere Marketing LLC
Progressive Energy Group LLC
Quifidence Energy
Reflective Energy Solutions, LLC
Rock River Energy Services
Satori Energy
Schneider Electric
Scioto Energy, LLC
Search Energy LLC
Shipley Energy Company
Simec Energy
SJ Cobb & Associates Inc.
Sprague Energy Solutions, Inc
Star Energy Partners LLC
Step Resources Consulting LLC

Strategic Aggregation Consultants,
Summit Energy Services, Inc.
Telco Pros. Inc.
Telecom Consulting Inc.
The Eastern Energy Procurement
The Eric Ryan Corporation
The Legacy Energy Group, LLC
The Utilities Group Inc.
Titan Energy - New England Inc
Total Energy Resources
TPI Efficiency
Trebel LLC
Unified Energy Services
Unified Foodservice Purchasing Co-Op
Usource, LLC
Utilichoice International LLC
Watts Marketing
World Energy Solutions, Inc.
Xencom Green Energy, LLC
Your Choice Energy, LLC
Zenergy

**Top 50 Unsecured Creditors**

Areva Incorporated
Babcock & Brown Wind Portfolio LLC
BNSF Railway Company
BP Energy Company
Brand Energy Svcs LLC A Div Of Bran
Commerzbank AG
CSX Transportation, Inc
Day & Zimmermann NPS
Enerfab Power & Industrial Inc
Energysolutions LLC
General Electric International Inc
Grabnar, John J.
High Trail Wind Farm LLC
Manoleras, Mark A.
Midcontinent Independent System
NAES Corporation
Norfolk Southern Corporation
PKMJ Technical Services Inc
Rinckel, Jeannie M.
The Atlantic Group
The Bank of New York Mellon Trust Company,
N.A.
U S Nuclear Regulatory Commission
Westech Engineering Incorporated

Westinghouse Electric Corp
Wilmington Savings Fund Society, FSB

## Unions

International Brotherhood of Electrical Workers
Local 0245
International Brotherhood of Electrical Workers
Local 0272
International Brotherhood of Electrical Workers
Local 029A
International Brotherhood of Electrical Workers
Local 029B
International Brotherhood of Electrical Workers
Local 1289
International Brotherhood of Electrical Workers
Local 1413
International Brotherhood of Electrical Workers
Local 2357
International Brotherhood of Electrical Workers
Local 29Mp
Office & Professional Employees International
Union Local 0019
Utility Workers Union of America Local 0102
Utility Workers Union of America Local 0270
Utility Workers Union of America Local 0270Pt
Utility Workers Union of America Local 0350
Utility Workers Union of America Local 0351
Utility Workers Union of America Local 0457
Utility Workers Union of America Local 304

## United States Trustee Office

Belhorn, Scott
Brosko, Marion
Brulia, Elizabeth
Cutwright, P. Elaine
Donald, Monique
Dugic, Tim
Giannirakis, Maria D.
Good, Amy
Loeb, Helayne
Lowe, Sharon V.
Lowman, Catherine
Mcdermott, Daniel M.
Montanez, Lizette
Patton, Tiiara
Rippy, Derrick

Saenz, Anita
Simmons, Patrick
Skowron, Sharon
Thayer, Cynthia
Thompson, Sherri
Vara, Andy
Weaver, John

## Utilities

American Electric Power Company
American Waste Management
AT&T
Borough of Shippingport
Carroll Water & Sewer Dist
City of Ashtabula
City of Chester
City of Lorain Utilities Dept
City of Oregon
City of Painesville Utilities
Comcast
Division of Water City of Cleveland
Dominion East Ohio Gas Company
Duquesne Light Company
First Communications LLC
Frontier North Incorporated
Hancock County Psd
Hess Corporation
Joseph J Brunner Incorporated
Lake County Dept Of Utilities
LDC Funding LLC Dba
Manhattan Telecommunications Corp
Metropolitan Edison Company
Midland Water Authority
Monongahela Power Company
Northeast Ohio Natural Gas
Northeast Ohio Regional
Ohio Edison Company
Pennsylvania Power Company
Republic Waste Services Inc
The Cleveland Electric Illuminating Company
The Ohio Bell Telephone Company
The Toledo Edison Company
Time Warner Cable Enterprises LLC
Verizon
Village of Stratton
Waste Management Strategic Accounts, Inc.
Windstream Corporation

**Vendors**

ABB Incorporated
Akin Gump Strauss Hauer & Feld LLP
American Electric Power Company
Ameren Services Company
Anthony J Pirc DBA Pirc Company
Areva Incorporated
Areva Nuclear Materials LLC
Areva/Framatome
Audio Visual Innovations Inc
Avantech Incorporated
Babcock & Brown Wind Portfolio LLC
BCG Resources LLC
BP Energy Company
Brand Energy Svcs LLC A Div Of Bran
Brand Scaffold Services LLC
Burlington Northern & Santa Fe
BWXT Nuclear Energy Incorporated
Campbell Transportation Co Inc
Cargill Power Markets LLC
Carmeuse Lime Incorporated
Casselman Windpower LLC
CF Industries Sales LLC
Chase Manhattan Realty Leasing
Citigroup Energy Inc
Civil & Environmental Consultants
Coltec Industries Incorporated
Commerzbank Ag
Consolidation Coal Company
Contura Energy Inc
Dayton Power & Light Company
Day & Zimmermann Nps
Devonway Incorporated
Duke Energy Ohio Incorporated
Duke Energy Renewable Incorporated
Duquesne Light Company
Enerfab
Enerfab Power & Industrial Inc
Energy Solutions LLC
Energysolutions LLC
Energy USA Incorporated
Engineering Planning &
Ethosenergy Power Plant Svcs LLC
FCX Performance Incorporated

First Quality Solutions
Firstmerit Bank
Flowserve
Framatome Incorporated
Ge-Hitachi Nuclear Energy
Gem Industrial Incorporated
General Electric International Inc
Global Nuclear Fuel
Goldman Sachs & Co
Goldman Sachs & Company LLC
Grant Thornton LLP
Guttman Energy Incorporated
High Trail Wind Farm LLC
Iberdrola Renewables LLC
Infrashield Incorporated
Institute of Nuclear Power Ops
Jefferson County Treasurer
JSC Tenex
Krayn Wind LLC Tas# 550308
Lake County Treasurer
Liquidmetal Coating Solutions LLC
Louisiana Energy Services LLC
Lucas County Treasurer
Macquarie Energy LLC
Macquarie Energy N America Trading
Magesco Incorporated
Maryland Solar Holdings Inc
Marathon Petroleum Company LP
Mascaro Construction Company LP
Maxim Power (USA) Inc
McCarl's Incorporated
Metlife
Meyersdale Windpower LLC
Midcontinent Independent System Operator
Incorporated
Mike Pusateri Excavating Inc
Morgan Stanley Capital Group Inc
Morgan Staley Domestic Holdings In
MPR Associates Incorporated
MPW Industrial Services Group Inc
Murray American River Towing Inc
Naes Corporation
Nalco Company LLC
National Gypsum
Nextera Energy Capital Holdings Inc
Norfolk Southern Railway Co
Nuclear Energy Institute
Nuclear Power Outfitters LLC

Nuclear Regulatory Commission
Ohio Edison
Ohio Epa
Ohio Power Company
Ohio Valley Electric Corporation
Opportune LLP
Pall Corporation
Pennsylvania Department of Revenue
Petroleum Traders Corporation
Pjm Settlement Inc
Pkmj Inc
Pkmj Technical Services Inc
Pontoon Solutions Incorporated
Securitas Critical Infrast Svcs Inc
Siemens Demag Delaval
Siemens Energy Incorporated
Solvay Chemicals Incorporated
State of Ohio Treasurer
Structural Preservation Systems LLC
Terraform Power LLC
The Atlantic Group Incorporated
The Babcox & Wilcox Company
The Bank Of New York Mellon
The Beaver Excavating Company
Tn Americas LLC
Traxys North America LLC
Treasurer of Ottawa County
Treasurer State of Ohio
Triple Tech Incorporated
U S Nuclear Regulatory Commission
United States Enrichment Corp
Univar USA Incorporated
Urenco Limited
Wageworks Incorporated
Waste Management National Services
Wectec Global Project Services Inc
Wells Fargo Rail Corporation
Westech
Westinghouse Electric Company
Westinghouse Electric Company LLC
Westinghouse Electric Corp
Willkie Farr & Gallagher LLP
Wilmington Savings Fund Society FSB
Zempleo Incorporated

**Schedule B** [Potential connections or related parties]

**FirstEnergy Solutions**

3M Company
ABB Power T&D Company Inc.
ACE Bermuda Insurance Ltd.
AllianceBernstein
Allstate
Ameren Services Company
Ameresco, Inc.
American Electric Power Company
American Transmission Systems, Inc.
AON Bermuda
Arch Insurance Company
Areva Incorporated
AT&T
Audio Visual Innovations Inc.
AXIS Insurance Company
Babcock & Brown Wind Portfolio LLC
Babcock & Wilcox Company
Baltimore Gas & Electric Company
Banco Bilbao Vizcaya Argentina SA
Bank of America
Bank of New York Mellon
Bank of Nova Scotia
Barclays Bank
Bayer Cropscience, Inc.
BB&T Securities, LLC
Beaver Valley Two Sigma LP
Berkshire Hathaway Specialty Insurance Co.
Blackrock, Inc.
BMO Harris Bank NA
BNP Paribas
BNSF Railway Company
Brown Brothers Harriman & Co.
Buchanan Energy Company of Virginia,
LLC
Calpine Corporation
Cargill Power Markets, LLC
Carmuse Lime Incorporated

Cetera Investment Services LLC
Charles Schwab & Co., Inc.
Chrysler Consortium Corporation
CIBC
Citibank
Citizens Bank
CoBank
Commerzbank AG
Commonwealth of Pennsylvania, DEP
Comcast
Comdata Network Inc.
Comerica Bank
COR Clearing LLC
Credit Agricole
Credit Suisse
CSX Transportation Incorporated
Curtiss Wright Flow Control SVC Corp.
D.A. Davidson & Co.
De Lage Landen Financial Services, Inc.
Deloitte & Touche
Deutsche Bank AG
Direct Energy
District of Columbia
Duke Energy Ohio, Inc.
Dynegy
Eagle Energy LLC
EDF Energy
Edward D. Jones & Co.
Elliott Associates, LP
Energy Capital Partners
Engie
Ernst & Young
Exelon
FCX Performance Incorporated
Fidelity
Fifth Third Bank
First National Bank
GE Energy Parts Incorporated
GE-Hitachi Nuclear Energy
GIC Pte Ltd.
Global Aerospace, Inc.
Goldman Sachs
Goodyear Tire & Rubber Company
Grant Thornton LLP
Greenberg Traurig LLP
Guggenheim
Hess Corporationf

---

[1] A&M and/ or an affiliate is currently providing or
has previously provided certain consulting or interim
management services to these parties or their
affiliates (or, with respect to those parties that are
investment funds or trusts, to their portfolio or asset
managers or their affiliates) in wholly unrelated
matters.

HSBC Holdings PLC
Huntington National Bank
Iberdrola Renewables LLC
IGS Energy
Illinois National Insurance Company
Integrys
Internal Revenue Service
Jefferies
JM Steel Group
JPMorgan Chase
Just Energy
KeyBank
KPMG LLP
Lanier Consulting LLC
Latham & Watkins LLP
Lazard
Liberty Mutual Insurance Company
Lloyd's of London
Louisiana Energy Services LLC
LS Power Equity Associates, LLC
Macquarie Energy N America Trading
Manufacturers & Traders Trust Company
Marathon Petroleum Company LP
Marsh LLC
Merrill Lynch Pierce Fenner & Smith
Metlife
Milbank Tweed Hadley & McCloy LLP
Mizuho
Moelis & Company
Morgan Stanley
NALCO Company LLC
National Union Fire Ins Co of Pittsburgh
Navigant Consulting Incorporated
Navigators Insurance Company
NextEra Energy Resources Acquisitions
North Shore Energy Consulting, LLC
Northern Trust Company
Pershing LLC
Peter Schoenfeld Asset Management
PNC
Premier Power Solutions
Prime Clerk LLC
PWC
QBE Insurance Corporation
Raymond James & Associates, Inc.
Regions Bank

Riverside Energy Inc.
Riverstone Investment Group LLC
Robert W. Baird & Co. Inc.
Royal Bank of Canada
Royal Bank of Scotland
Santander
Schneider Electric
Siemens Energy Incorporated
Skadden Arps Slate Meagher & Flom LLP
Solvay Chemicals Incorporated
Sprague Energy Solutions, Inc.
State of Illinois
State of Maryland, Dept. of Transportation
State of Ohio, Treasurer
State Street Corp.
Stephens Inc.
Stifel Nicolaus & Co., Inc.
Sumitomo Mitsui
SVP
T. Rowe Price Associates, Inc.
Talbot Underwriting Services (US) Ltd.
TD Bank
Terraform Power LLC
Time Warner Cable Enterprises LLC
Titan Energy
Total Energy Resources
Travelers Casualty & Surety Co. of America
U.S. Department of Energy
U.S. Department of Labor
U.S. Environmental Protection Agency
U.S. Nuclear Regulatory Commission
U.S. Securities & Exchange Commission
U.S. Specialty Insurance Company
U.S. Steel
UBS Financial Services Inc.
USAA
Union Bank/Bank of Tokyo Mitsubishi
Univar USA Inc.
URS Corporation
US Bank
Vanguard Group, Inc.
Verizon
Waste Management Strategic
Wells Fargo
Westinghouse Electric Company
XL Insurance Bermuda Ltd.

Zurich American Insurance Company

**Significant Equity Holders of Current and Former A&M Clients**[2]

3M Company
ABB Power T&D Company Inc.
AllianceBernstein
Allstate
Ameren Services Company
Areva Incorporated
AT&T
Bank of America
Bank of New York Mellon
Bank of Nova Scotia
Barclays Bank
Bayer Cropscience, Inc.
BB&T Securities, LLC
Berkshire Hathaway Specialty Insurance Co.
Blackrock, Inc.
BMO Harris Bank NA
BNP Paribas
Capital Group
Cargill Power Markets LLC
Charles Schwab & Co., Inc.
Chrysler Consortium Corporation
CIBC
Cintas Corporation
Citibank
Citizens Bank
Coltec Industries Incorporated
Comcast
Comerica Bank
Commerzbank AG
Constellation NewEnergy
Credit Agricole
Credit Suisse
CSX Transportation, Inc.
Detroit Edison Company
Deutsche Bank AG
Duke Energy Ohio, Inc.

EDF Energy
Edison International
Elliott Associates, LP
Energy Capital Partners
Enernoc, Inc.
Exelon
Fidelity
Fifth Third Bank
First National Bank
FirstEnergy Corp.
GE Energy Incorporated
GIC Pte Ltd.
Goldman Sachs
Greylock LP
Guggenheim
Hess Corporation
HSBC Holdings PLC
Industrial & Commercial Bank of China
Ingalls
Integrys
Interstate Gas Supply, Inc.
Iron Mountain Information Management
Jefferies
JPMorgan Chase
Kelley, William E.
Lazard
Leibert North America, Inc.
Liberty Mutual Insurance Company
Lord Abbett
LS Power Equity Associates, LLC
Macquarie Energy N America Trading
Marathon Petroleum Company LP
Marsh LLC
Merrill Lynch Pierce Fenner & Smith
Metlife
Mizuho
Moelis & Company
Morgan Stanley
Northern Trust Company
Nuveen
Oppenheimer & Co. Inc.
Pension Benefit Guaranty Corporation
Pershing LLC
PTTGC America LLC
Raymond James & Associates, Inc.
Regions Bank

---

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

Richardson, Billy D.
Riverstone Investment Group LLC
Robert W. Baird & Co. Inc.
Royal Bank of Canada
Royal Bank of Scotland
Santander
Siemens Energy Incorporated
Standard Register Company
State Street Corp.
Sumitomo Mitsui
T. Rowe Price Associates, Inc.
Taylor, John H.
TD Bank
Terraform Power LLC
Toledo Edison Company
Total Energy Resources
Travelers Casualty & Surety Co. of America
U.S. Environmental Protection Agency
UBS Financial Services Inc.
Union Bank/Bank of Tokyo Mitsubishi
Universal Protection Service LP
Urenco Limited
URS Corporation
US Bank
Vanguard Group, Inc.
Verizon
Vistra Energy
Waste Management Strategic
Wells Fargo
Westinghouse Electric Company
Zurich American Insurance Company


**Creditors/Noteholders in A&M Engagements**[3]
3M Company
Akin Gump Strauss Hauer & Feld LLP

AllianceBernstein
Allstate
AON Bermuda
AT&T
Baltimore Gas & Electric Company
Banco Bilbao Vizcaya Argentina SA
Bank of America
Bank of New York Mellon
Bank of Nova Scotia
Barclays Bank
Blackrock, Inc.
BMO Harris Bank NA
BNP Paribas
Brown Brothers Harriman & Co.
Capital Group
Cargill Power Markets LLC
CIBC
Citibank
Citizens Bank
CoBank
Comerica Bank
Commerzbank AG
Credit Agricole
Credit Suisse
CSX Transportation Incorporated
Deutsche Bank AG
EDF Energy
Elliott Associates, LP
Ernst & Young
Exelon
Fidelity
Goldman Sachs
GE Energy Parts Incorporated
HSBC Holdings PLC
Huntington National Bank
Industrial & Commercial Bank of China
Integrys
Internal Revenue Service
Iron Mountain Information Management
JPMorgan Chase
KeyBank
Konica Minolta Business Solutions
Lord Abbett
Merrill Lynch Pierce Fenner & Smith
Metlife
Mizuho

---

[3] A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as noteholders or creditors or various creditors' or noteholders' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

Morgan Stanley
Northern Trust Company
Nuveen
Oppenheimer & Co. Inc.
Pension Benefit Guaranty Corporation
Pershing LLC
Philips Medical Systems Ultrasound
PNC
PTTGC America LLC
Regions Bank
Royal Bank of Canada
Royal Bank of Scotland
Siemens Energy Incorporated
State Street Corp.
Sumitomo Mitsui
T. Rowe Price Associates, Inc.
TD Bank
Team Industrial Services
Toledo Edison Company
UBS Financial Services Inc.
Union Bank/Bank of Tokyo Mitsubishi
US Bank
Vanguard
Verizon
Waste Management Strategic
Wells Fargo
Windstream Corporation

**Professionals & Advisors**[4]
Akin Gump Strauss Hauer & Feld LLP
Alix Partners
Alston & Bird LLP
AON Bermuda
Babcock & Wilcox Company
Babst Calland Clemtns & Zomnir
Benesch Friedlander Coplan
Brouse McDowell
Calfee Halter & Griswold LLP
Charles Schwab & Co., Inc.
Cozen O'Connor

Crowell & Moring LLP
CT Corporation
Davis Wright Tremaine LLP
Deloitte & Touche
Duane Morris LLP
Ernst & Young
GAI Consultants Incorporated
Gibson Dunn & Crutcher LLP
GLC Advisors & Co., LLC
Grant Thornton LLP
Greenberg Traurig LLP
Guggenheim
Haynes & Boone LLP
Hepler Broom LLC
Hogan Lovells
Hunton & Williams
Jackson Kelly PLLC
Jackson Lewis LLP
Jefferies
Jones Day
Kirkland & Ellis LLP
KPMG LLP
Kramer Levin Naftalis & Frankel
Lanier Consulting LLC
Latham & Watkins LLP
Lazard
Levicoff Law Firm
Lewis Brisbois Bisgaard & Smith LLP
Litchfield Cavo LLP
Locke Lord Bissell & Liddell LLP
Loomis Ewert Parsley Davis
Marsh LLC
McDermott Will & Emery LLP
Milbank Tweed Hadley & McCloy LLP
Moelis & Company
Morgan Lewis & Bockius LLP
Navigant Consulting Incorporated
O'Melveney & Meyers LLP
Ohio Bureau of Workers' Compensation
Opportune Company
Pension Benefit Guaranty Corporation
Porter Wright Morris & Arthur LLP
Post & Schell PC
Prime Clerk LLC
PWC
Quinn Emanuel Urquhart & Sullivan

---

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

Reed Smith LLP
Sargent & Lundy LLC
Sidley Austin LLP
Simpson Thatcher & Bartlett
Skadden Arps Slate Meagher
Squire Patton Boggs US LLP
Steptoe & Johnson PLLC
Stifel Nicolaus & Co., Inc.
Tucker Ellis LLP
URS Corporation
Van Ness Feldman LLP
Venable LLP
Wilkie Farr & Gallagher LLP
Windels Marx Lane
Winston & Strawn

**Significant Joint Venture Partners[5]**
3M Company
Allstate
AT&T
Bank of America
Barclays
Cargill Power Markets LLC
Ford Motor Credit
GE Energy Parts Inc.
Goldman Sachs
JPMorgan
Macquarie Energy N America Trading
Metlife
Siemens Energy Incorporated
State of Ohio, Treasurer
State Street Corp.
Sumitomo Mitsui
Toulon Development Corporation
Vanguard Group, Inc.

**Board Members[6]**
Anderson, Michael J.
Brown, Robert L.

Demetriou Steven J.
George, John
Higgins, John
Jenkins, James
Lash, James H.
Levine, Jeffrey S.
Novak, Ernest J. Jr.
O'Neill, James F. III
Rogers, Ron
Steele, Robert F.
Taylor, John
Watson, Charlie I.

**A&M Vendors[7]**
3M Company
Acclaim Energy Advisors
Akin Gump Strauss Hauer & Feld LLP
Alix Partners
Alston & Bird LLP
American Arbitration Association
Associated Electric & Gas Ins Services Ltd.
AT&T
Atlantic Group Incorporated
Audio Visual Innovations Inc.
Bank of America
Bank of New York Mellon
BMO Harris Bank NA
BNP Paribas
Cintas Corporation
Citibank
Clerac LLC dba Enterprise Rent-A-Car
Comcast
ComEd
Cornerstone Records Management LLC
Cozen O'Connor
CT Corporation
De Lage Landen Financial Services, Inc.
Deloitte & Touche
Deutsche Bank AG
EDF Energy
Ernst & Young

---

[5] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.
[6] These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[7] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

# FirstEnergy Solutions

Federal Insurance Company
Fidelity
GE Energy Parts Incorporated
Goldman Sachs
Grant Thornton LLP
Greenberg Traurig LLP
Haynes & Boone LLP
Hogan Lovells
HSBC Holdings PLC
Hunton & Williams
Iron Mountain Information Management
Jackson Kelly PLLC
Jackson Lewis LLP
Jones Day
JPMorgan Chase
Kirkland & Ellis LLP
Konica Minolta Business Solutions
KPMG
Kramer Levin Naftalis & Frankel
Lanier Consulting LLC
Latham & Watkins LLP
Lloyds of London
Locke Lord Bissell & Liddell LLP
Marsh LLC
McDermott Will & Emery LLP
Merrill Lynch Pierce Fenner & Smith Inc.
Metlife
Meyer Unkovic & Scott LLP
Moelis & Company
Morgan Lewis & Bockius LLP
National Union Fire Ins Co of Pittsburgh
Navigant Consulting Incorporated
Platts
PNC
PWC
Quinn Emanuel Urquhart & Sullivan
Reed Smith LLP
Royal Bank of Scotland
Santander
Schneider Electric
Sidley Austin LLP
Simpson Thatcher & Bartlett
Skadden Arps Slate Meagher
Squire Patton Boggs US LLP
Steptoe & Johnson PLLC
Summit Energy Services, Inc.

Time Warner Cable Enterprises LLC
Travelers Casualty & Surety Co. of America
US Bank
USAA
Vanguard Group, Inc.
Venable LLP
Verizon
Vistra Energy
Wells Fargo
Wilkie Farr & Gallagher LLP
Winston & Strawn
XL Insurance Bermuda Ltd.
Zurich American Insurance Company