| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FIRSTENERGY SOLUTIONS CORP, *et al.*,[1] | : | Case No. 18-50757 (AMK) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

FirstEnergy Solutions Corp. ("FirstEnergy") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and together with the Schedules, (the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 1007-1 and 1007-2 of the of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Kevin T. Warvell, the Debtors' Chief Financial Officer[2], has signed each of the Schedules and Statements. Mr. Warvell is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Warvell has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Warvell has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.     **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, objections to Claims, substantive consolidation, defenses, equitable subordination, characterization or recharacterization of contracts, assumption or rejection of contracts or leases under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

---

[2] Norton Energy Storage L.L.C. is an LLC managed by its sole member, FirstEnergy Generation, LLC.

2. **Description of Cases and "As Of" Information Date**. On March 31, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On April 3, 2018, the Bankruptcy Court entered the *Order Directing The Joint Administration of The Debtors' Chapter 11 Cases* [Docket No. 126]. On April 12, 2018, the United States Trustee for the Northern District of Ohio, Eastern Division filed the *Notice of Appointment of Committee of Unsecured Creditors* pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 279].

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the close of business on March 31, 2018, except as otherwise noted.

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of March 31, 2018. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

4. **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued taxes. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

7. **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of  such individual ; (c) the decision making or corporate authority of  such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Executory Contracts and Leases**.  Although the Debtors made diligent attempts to attribute an executory contract  or lease to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and leases, including the right to amend Schedule G.

10. **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims,as appropriate.

11. **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, amount, liability, validity, priority or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors and the Debtors reserved the right to amend the Schedules and Statements accordingly.

12. **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or

4

unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different than the listed total.

- Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  To reflect the fact that such payments have been made postpetition, and accordingly the amount due as of the Petition Date has been reduced, the Debtors have indicated the amount due as of the Petition Date for such Claims but marked them as contingent and unliquidated as it relates to trade payable obligations.  The Debtors have listed all employees with a claim for "employee liabilities" in an undetermined amount and marked them as contingent and unliquidated. Since the Debtors received authority from the Bankruptcy Court to pay all prepetition employee wages and benefits and to continue to participate in various employee benefit and pension plans, including with respect to frozen and banked vacation, deferred compensation, supplemental pension and other non-qualified pension plans, it is uncertain as to whether there will be any unpaid prepetition amounts due and owing to employees. In addition, FE Corp. has guaranteed payment of certain employee liabilities.  The Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  Please see notes to Schedule E/F for additional information.

- Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Intercompany Payables and Receivables**.  Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  Because of the ongoing investigation of claims that may exist relating to prepetition transactions between and among Debtors and/or non-debtor affiliates, certain intercompany payables and receivables have been marked as "disputed" to preserve potential claims that may exist regarding such intercompany payables and receivables.

5

The Debtors take no position in these Schedules and Statements as to whether such accounts or notes would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16. **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' data as of the close of business on the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

In January 2018, the assets for FirstEnergy Nuclear Generation, LLC and FirstEnergy Nuclear Operating Company were impaired under applicable GAAP rules. As such, all asset values for these entities have been listed as zero.

**Schedule A/B.15**. Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests.

**Schedule A/B.77**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books

6

and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**. The Debtors have not included parties that may believe their Claims are secured through setoff rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.

In response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or their priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules, any amendments and exhibits to the preceding and any documents evidencing perfection of such lien. The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

In response to "Describe the lien", see statement above regarding property subject to lien.

First Mortgage Bonds-Certain of the pollution control revenue notes issued by FirstEnergy Generation, LLC and FirstEnergy Nuclear Generation, LLC and the credit facility with FirstEnergy Corp. are secured by first mortgage bonds issued by FirstEnergy Generation, LLC and /or FirstEnergy Nuclear Generation, LLC, as applicable. The Debtors have listed the secured pollution control revenue notes, the credit facility with FirstEnergy Corp. and the first mortgage bonds as secured claims on the applicable Schedule D but have not listed an amount in the entry for the indenture trustee for the first mortgage bonds in order to avoid double counting the amount of the secured Claims.

**Schedule E/F**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

Certain of the Claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured Claims pursuant to state or local laws.

Certain of the Claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether Claims owing to various taxing authorities are entitled to priority, and the listing of any Claim on Schedule E/F does not constitute an admission that such Claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

To reflect the fact that postpetition payments related to trade payables have been made pursuant to court orders, the Debtors have indicated the amount due as of the Petition Date for trade payable Claims but marked them as contingent and unliquidated.

Pursuant to the *Final Order Authorizing The Debtors To (A) Pay Certain Prepetition Compensation And Reimbursable Employee Expenses, (B) Pay And Honor Employee And Retiree Medical And Other Benefits, (C) Continue To Participate In Fe Corp.'s Employee Compensation, Welfare, Retiree Benefit And Pension Plans And Programs, And (D) Continue To Participate In Fe Corp.'s Workers' Compensation Program And Modify The Automatic Stay With Respect Thereto* [Docket No. 491] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have listed all employee liabilities on Schedule E/F with an undetermined amount and have marked them as contingent and unliquidated. The listed employee liabilities may also include various non-qualified pension liabilities, liabilities related to deferred compensation, and liabilities related to frozen / banked vacation. Certain of these employee liabilities are guaranteed FirstEnergy Corp.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule F does not contain credits owed to customers. In the ordinary course of their business the Debtors may accrue credits owed to their customers which may be offset during the next billing cycle. Pursuant to the *Order Authorizing the Debtors to (I)Maintain and Administer Customer Programs and to Perform Under Customer Agreements, (II) Honor Obligations Relating Thereto and (III)Establish Procedures for Notifying Customers in the Debtors' Chapter 11 Cases* [Docket No. 161] (the "Customer Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations under various customer programs. As such, all such amounts will be paid in the ordinary course.

Liabilities related to a contract settlement between FirstEnergy Generation, LLC, BNSF Railway Company and CSX Transportation, Inc. are listed as $72 million for each creditor. This liability is the total amount owed to these creditors. The Debtors are not able to identify amounts that each creditor will receive from the settlement. As such, the entries on Schedule F have marked as Contingent and Unliquidated.

Schedule F does not include entries related to Workers Compensation Claims. The disclosure of which may be a violation of HIPAA laws. These creditors have been included in the creditor matrix and will receive proofs of claim forms to be filed if they believe they have a Claim against a Debtor.

Creditors Mansfield 2007 Trust A, Mansfield 2007 Trust B, Mansfield 2007 Trust C, Mansfield 2007 Trust D, Mansfield 2007 Trust E, Mansfield 2007 Trust F, are included on Schedule F as the owner of certain interest related to sale leaseback of the Mansfield facility. The rights in the Owner Trusts' interests in the various leases have been pledged as collateral to Wilmington Savings Fund Society FSB ("WSFS"). To the extent WSFS exercises its rights to foreclose on its security interests, the holder of these Claims will be WSFS.

BM1,LLC- BM1, LLC is listed as a creditor relating to certain tax indemnification Claims as the Owner Participant in the Mansfield 2007 Trust F. On May 11, 2018, FirstEnergy Generation, LLC received written notice that BM1, LLC had transferred its right, title and interest as Owner Participant in the Mansfield 2007 Trust F to FirstEnergy Corp.

Pursuant to written guarantees issued by FirstEnergy Solutions Corp. to FirstEnergy Generation, LLC , by FirstEnergy Solutions Corp. to FirstEnergy Nuclear Generation, LLC, by FirstEnergy Nuclear Generation,

8

LLC to FirstEnergy Solutions Corp., and by FirstEnergy Generation, LLC to FirstEnergy Solutions Corp. , all of the funded indebtedness issued by FirstEnergy Solutions Corp., FirstEnergy Generation, LLC or FirstEnergy Nuclear Generation, LLC is directly or indirectly guaranteed by the other two entities. For purposes of scheduling the amounts of these intercompany guarantees, the Debtors have scheduled the written guarantees on the applicable Schedule F in an unliquidated amount and as contingent Claims which takes into account the direct and indirect nature of these intercompany guarantees.

**Schedule G**. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain confidentiality, customer and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Insurance policies are not listed on Schedule G. Refer to the *Order (I) Authorizing the Debtors to Continue their Prepetition Insurance Program and (II) Authorizing the Debtors to Pay Any Prepetition Premiums and Related Obligations* [Docket No. 168] for a complete list of the Debtors insurance policies.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement 3**. As described more fully in the *Motion Of Debtors For Entry Of Interim And Final Orders(A) Authorizing Debtors To (I) Continue Using Their Existing Cash Management System And (II) Maintain Existing Business Accounts And Business Forms; (B) Authorizing Continued Intercompany Transactions; (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; And (D) Granting Related Relief* [Docket No. 10] (the "Cash Management Motion"), all disbursements made on behalf of the Debtors go through Non-Debtor affiliate FirstEnergy Service Company. As such all disbursements can be found on Statement question 4.

**Statement 4** . Directors and officers listed as transferees in Statement 4 may be (i) , directors or officers

of one or more Debtors or (ii) former directors or officers no longer employed by the Debtors.

Payments to insiders related to Salary, Benefits and Employee Expenses are also contained within the disbursements shown to Non-Debtor affiliate FirstEnergy Services Company.

Payments made to independent Directors are shown on Statement question 4 for FirstEnergy Solutions Corp., but the payments may be to the benefit of other Debtors.

**Statement 7**.  This response does not include any potential litigation claims that any Debtor may have against any other Debtor or any non-debtor affiliate relating to the period prior to the Petition Date.

**Statement 11**.  Disbursements to bankruptcy professionals are listed on each debtor as the payments were for the benefit of all Debtors.

**Statement 13.**  The Debtors did not have any transfers within the prior two years outside the ordinary course and accordingly have reported none with respect to this Statement.

**Fill in this information to identify the case:**

Debtor name  FirstEnergy Solutions Corp.

United States Bankruptcy Court for the: Northern _____ District of Ohio, Eastern Division

Case number (If known):  18-50757 (AMK)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................................................................
   $ _____ 0.00
   + undetermined amounts

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................................................................
   $ __6,857,066,063.89__
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................................................................
   $ __6,857,066,063.89__
   + undetermined amounts

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............
   $ _____ 0.00
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................................
   $ _____ 0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..............................
   **+** $ __7,204,913,808.37__
   + undetermined amounts

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b
   $ __7,204,913,808.37__
   + undetermined amounts

---

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ 556,595,934.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. None | | $ 0.00 |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 556,595,934.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See Attached Rider | $ 123,991,132.24 |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1.  See Attached Rider                                                            $          27,105,841.30
   8.2.                                                                                 $

9. **Total of Part 2.**                                                                $         151,096,973.52

   Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    192,715,748.54      –      1,586,338.15      = ......➔    $       191,129,410.39
                                 face amount                 doubtful or uncollectible accounts

    11b. Over 90 days old:          831,586.26      –        798,769.90      = ......➔    $          32,816.36
                                 face amount                 doubtful or uncollectible accounts

12. **Total of Part 3**                                                                 $         191,162,226.75

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:  Investments

13. **Does the debtor own any investments?**
    ☐ No. Go to Part 5.
    ☒ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1.  None                                                                                            $                    0.00
    14.2.                                                                                                   $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:
    15.1.  See Attached Rider                                    %                                         $               3,534.60
    15.2.                                                         %                                         $         + undetermined amounts

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1.  None                                                                                            $                    0.00
    16.2.                                                                                                   $

17. **Total of Part 4**                                                                 $               3,534.60
                                                                                        + undetermined amounts

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

19. **Raw materials**

_____ _____ $_____ _____ $_____
                          MM / DD / YYYY

20. **Work in progress**

_____ _____ $_____ _____ $_____
                          MM / DD / YYYY

21. **Finished goods, including goods held for resale**

_____ _____ $_____ _____ $_____
                          MM / DD / YYYY

22. **Other inventory or supplies**

_____ _____ $_____ _____ $_____
                          MM / DD / YYYY

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | $_____0.00 |

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

28. **Crops—either planted or harvested**

_____ $_____ _____ $_____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____ $_____ _____ $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____ $_____ _____ $_____

31. **Farm and fishing supplies, chemicals, and feed**

_____ $_____ _____ $_____

32. **Other farming and fishing-related property not already listed in Part 6**

_____ $_____ _____ $_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office Furniture | $        229,244.62 | Net Book Value | $        229,244.62 |
| 40. **Office fixtures** | | | |
| None | $_____ | _____ | $        0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment & Software | $     Undetermined | Net Book Value | $     Undetermined |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $        0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$        229,244.62
+ undetermined amounts

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor     FirstEnergy Solutions Corp.                                    Case number (*if known*)   18-50757 (AMK)
           Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $                0.00 |
| 47.2 _____ | $ | | $ |
| 47.3 _____ | $ | | $ |
| 47.4 _____ | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $                0.00 |
| 48.2 _____ | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 Cessna - N52FE | $        5,600,000.00 | Appraisal Value | $        5,600,000.00 |
| 49.2 _____ | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Machinery & Equipment | $        57,428.11 | Net Book Value | $        57,428.11 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$        5,657,428.11

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor     FirstEnergy Solutions Corp.                                  Case number *(if known)*   18-50757 (AMK)

Name

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 0.00 | | $ 0.00 |
| | | | | + undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $ 0.00 |
| + undetermined amounts |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See Attached Rider | $ 0.00 | | $ 0.00 |
| | | | + undetermined amounts |
| 61. **Internet domain names and websites** None | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties** None | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** Customer List | $ Undetermined | Net Book Value | $ Undetermined |
| 64. **Other intangibles, or intellectual property** None | $ | | $ 0.00 |
| 65. **Goodwill** None | $ | | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $ 0.00 |
| + undetermined amounts |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See Attached Rider    407,338,640.92 — 0.00 = ➡    $        407,338,640.92
                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| See Attached Rider | Tax year _____ | $    5,445,573,690.66 |
| | Tax year _____ | $ |
| | Tax year _____ | $ |

73. **Interests in insurance policies or annuities**

See Attached Rider    $        0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Attached Rider    $        0.00
                        + undetermined amounts

Nature of claim

Amount requested    $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Attached Rider    $        0.00
                        + undetermined amounts

Nature of claim

Amount requested    $

76. **Trusts, equitable or future interests in property**

None    $        0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See Attached Rider    $        99,408,390.71
                        + undetermined amounts
                       $

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    5,952,320,722.29
                                                          + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $   556,595,934.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $   151,096,973.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $   191,162,226.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $   3,534.60<br>+ undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $   0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $   0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $   229,244.62<br>+ undetermined amounts | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $   5,657,428.11 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $   0.00<br>+ undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $   0.00<br>+ undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $   5,952,320,722.29<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $   6,857,066,063.89<br>+ undetermined amounts | + 91b. $   0.00<br>+ undetermined amounts |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .........................................................   $   6,857,066,063.89
+ undetermined amounts

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| JPMORGAN BANK | Checking | 7460 | $0.00 |
| JPMORGAN BANK | Checking | 5604 | $554,399,276.00 |
| JPMORGAN BANK | Checking | 8799 | $2,196,658.00 |
| | | **TOTAL** | **$556,595,934.00** |

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Retainer | Calfee, Halter & Griswold LLP | $11,773.51 |
| Retainer | Law Office of Kathy Kolich | $4,739.80 |
| Retainer | Black, McCuskey, Souers & Arbaugh, LPA | $13,132.00 |
| Retainer | Alvarez & Marsal North America LLC | $2,500,000.00 |
| Retainer | Akin Gump Strauss Hauer & Feld LLP | $6,000,000.00 |
| Retainer | Willkie Farr & Gallagher | $875,000.00 |
| Retainer | Opportune LLP | $150,000.00 |
| Retainer | Prime Clerk | $80,000.00 |
| Retainer | Brouse McDowell | $200,000.00 |
| Retainer | ICF | $410,053.43 |
| Retainer | Hogan Lovells | $130,000.00 |
| Retainer | KPMG | $50,000.00 |
| Retainer | Sitrick and Company | $110,000.00 |
| Retainer | Kramer Levin Naftalis & Frankel LLP | $2,000,000.00 |
| Retainer | Latham & Watkins LLP | $600,000.00 |
| Retainer | GLC LLC | $350,000.00 |
| Retainer | BakerHostetler | $350,000.00 |
| Retainer | O'Melveny & Myers LLP | $825,000.00 |
| Retainer | McDonald Hopkins LLC | $75,000.00 |
| Retainer | Guggenheim Partners | $300,000.00 |
| Retainer | Sidley Austin LLP | $350,000.00 |
| Retainer | Kilpatrick Townsend & Stockton LLP | $25,000.00 |
| Adequate Assurance | New Jersey Natural Gas | $100,000.00 |
| Collateral Posting To Cover Credit Requirements | AEP - Ohio Power Company | $4,409,000.00 |
| Collateral Posting To Cover Credit Requirements | AEP - Ohio Power SSO (ICR) | $11,700,000.00 |
| Collateral Posting To Cover Credit Requirements | Allegheny Ridge Wind | $10,481,250.00 |
| Collateral Posting To Cover Credit Requirements | Atlantic City Electric | $25,000.00 |
| Collateral Posting To Cover Credit Requirements | Austintown Township | $158,061.00 |
| Collateral Posting To Cover Credit Requirements | Blue Creek Wind Farm | $3,500,000.00 |
| Collateral Posting To Cover Credit Requirements | Boardman Township | $176,676.00 |
| Collateral Posting To Cover Credit Requirements | Casselman Windpower | $6,500,000.00 |
| Collateral Posting To Cover Credit Requirements | City of Euclid | $139,550.00 |
| Collateral Posting To Cover Credit Requirements | City of Hagerstown | $3,543,561.00 |
| Collateral Posting To Cover Credit Requirements | City of Parma | $750,000.00 |
| Collateral Posting To Cover Credit Requirements | City of Stow | $164,979.00 |
| Collateral Posting To Cover Credit Requirements | Dayton Power & Light | $3,000,000.00 |
| Collateral Posting To Cover Credit Requirements | Dayton Power & Light (ICR) | $2,020,000.00 |
| Collateral Posting To Cover MTM Exposure | DTE Energy Trading | $200,000.00 |
| Collateral Posting To Cover Credit Requirements | Duke Energy Ohio SSO (ICR) | $700,000.00 |
| Collateral Posting To Cover Credit Requirements | Duke Energy Ohio, Inc. | $1,000,000.00 |
| Collateral Posting To Cover Credit Requirements | Duquesne Light Co. | $250,000.00 |
| Collateral Posting To Cover Credit Requirements | FirstEnergy Utilities | $1,737,000.00 |
| Collateral Posting To Cover Credit Requirements | Government Aggregation Program | $360,733.00 |

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Collateral Posting To Cover Credit Requirements | High Trail Wind Farm | $15,000,000.00 |
| Collateral Posting To Cover MTM Exposure | Macquarie Energy LLC | $1,500,000.00 |
| Collateral Posting To Cover Credit Requirements | Maryland Solar | $1,500,000.00 |
| Collateral Posting To Cover Credit Requirements | Midwest ISO | $12,210,000.00 |
| Collateral Posting To Cover MTM Exposure | Morgan Stanley Capital Group | $1,500,000.00 |
| Collateral Posting To Cover Credit Requirements | North Allegheny Phase III | $2,015,676.00 |
| Collateral Posting To Cover Credit Requirements | North Allegheny Phase IV | $6,802,906.50 |
| Collateral Posting To Cover Credit Requirements | Northwest Ohio Aggregation Coalition (NOAC) | $2,343,041.00 |
| Collateral Posting To Cover Credit Requirements | PJM Interconnection | $12,750,000.00 |
| Collateral Posting To Cover Credit Requirements | Potomac Electric Power Co. | $25,000.00 |
| Collateral Posting To Cover Credit Requirements | Public Service Electric and Gas | $15,000.00 |
| Collateral Posting for PA Auction Pre-Bid Security | FE PA Utilities (WPP,PN,ME,PP) | $1,500,000.00 |
| Collateral Posting to Cover Affiliated Transaction Requirements | Allegheny Energy Supply | $504,000.00 |
| | **TOTAL** | **$123,991,132.24** |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Nexant maintenance renewal 2017 | Systems & Software Incorporated | $26,751.00 |
| 2018 CCH DPC Tax Renewal | CCH Incorporated | $11,970.00 |
| Prefunded retail gift card program | Wirecard North America Inc | $6,310.00 |
| Capacity reservation fee | Nextera Energy Capital Holding | $1,096,000.00 |
| Prepaid capacity | Talen Energy Supply LLC | $3,879,600.00 |
| Prepaid capacity | Chief Power JV LLC | $4,380,000.00 |
| Prepaid capacity | Chief Power JV LLC | $4,380,000.00 |
| Prepaid capacity | Voltus Inc | $3,272,225.00 |
| Prepaid capacity | Gridiron Holdings LLC | $594,220.00 |
| Prepaid capacity | LS Power Equity Partners III LP | $1,198,478.00 |
| Prepaid capacity | Harbor Hydro LLC | $519,943.00 |
| Prepaid capacity | CEF-L Holding LLC | $783,290.00 |
| Prepaid capacity | Lightstone Marketing LLC | $1,825,000.00 |
| Prepaid capacity | Gridiron Holdings LLC | $341,275.00 |
| Prepaid capacity | LS Power Equity Partners III LP | $357,335.00 |
| P-Card Prepayment | Firstenergy Service Company | $700,000.00 |
| Prepaid agency fees | Moody's Investors Service Inc | $6,642.82 |
| Prepaid agency fees | Fitch Incorporated | $2,267.44 |
| Prepaid agency fees | Standard & Poor's Global Rating | $1,125.00 |
| OCC Annual assessment | Office of Ohio Consumers' Council | $65,205.05 |
| PUCO Annual assessment | Treasurer State of Ohio | $408,843.82 |
| Quarterly assessments | North American Electric Reliability Corporation | $15,984.90 |
| Community Grants - Powering Our Communities Program | Chesterfield Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Canaan Township | $3,645.83 |
| Community Grants - Powering Our Communities Program | Silver Lake | $1,041.67 |
| Community Grants - Powering Our Communities Program | Dover Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Village of New Middletown | $11,666.67 |
| Community Grants - Powering Our Communities Program | Rittman (AMPO) | $1,388.89 |
| Community Grants - Powering Our Communities Program | Fulton Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Stryker (AMPO) | $5,833.33 |
| Community Grants - Powering Our Communities Program | Pike Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Village of Leetonia | $7,500.00 |
| Community Grants - Powering Our Communities Program | Munroe Falls | $1,388.89 |
| Community Grants - Powering Our Communities Program | Clinton Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | City of Vermilion | $52,560.00 |
| Community Grants - Powering Our Communities Program | Norton | $1,880.83 |
| Community Grants - Powering Our Communities Program | German Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Perry Township | $2,484.17 |
| Community Grants - Powering Our Communities Program | Aurora | $2,886.25 |
| Community Grants - Powering Our Communities Program | York Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Green Camp Township | $4,583.33 |
| Community Grants - Powering Our Communities Program | Alliance (AMPO) | $3,276.67 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Swancreek Township | $9,027.78 |
| Community Grants - Powering Our Communities Program | Perry Twsp, Ohio | $4,583.33 |
| Community Grants - Powering Our Communities Program | Stow | $5,852.78 |
| Community Grants - Powering Our Communities Program | Wood County | $12,788.93 |
| Community Grants - Powering Our Communities Program | Grand Rapids Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Grand Prairie | $4,583.33 |
| Community Grants - Powering Our Communities Program | Vlg of Hayesville | $1,504.75 |
| Community Grants - Powering Our Communities Program | Village of Castalia, Ohio | $9,166.67 |
| Community Grants - Powering Our Communities Program | Boardman Township | $7,864.17 |
| Community Grants - Powering Our Communities Program | Vlg of Polk | $1,504.75 |
| Community Grants - Powering Our Communities Program | Knox Township | $27,500.00 |
| Community Grants - Powering Our Communities Program | Cleveland Heights | $557.31 |
| Community Grants - Powering Our Communities Program | Mohican Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Village of Hanoverton | $4,722.22 |
| Community Grants - Powering Our Communities Program | Cleveland Heights | $6,493.44 |
| Community Grants - Powering Our Communities Program | Vermillion Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Grafton Township | $9,444.44 |
| Community Grants - Powering Our Communities Program | Clay Center | $173.61 |
| Community Grants - Powering Our Communities Program | Vlg of Jeromesville | $3,009.32 |
| Community Grants - Powering Our Communities Program | Village of Lyons | $4,722.22 |
| Community Grants - Powering Our Communities Program | Limaville | $173.61 |
| Community Grants - Powering Our Communities Program | Webster Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Village of Weston | $9,444.44 |
| Community Grants - Powering Our Communities Program | Rocky Ridge | $173.61 |
| Community Grants - Powering Our Communities Program | Weller Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Ney Village, Ohio | $4,722.22 |
| Community Grants - Powering Our Communities Program | Rogers | $173.61 |
| Community Grants - Powering Our Communities Program | Weston Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Village of Grand Rapids, Ohio | $9,444.44 |
| Community Grants - Powering Our Communities Program | Yankee Lake | $173.61 |
| Community Grants - Powering Our Communities Program | Mifflin Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | West Township | $19,444.44 |
| Community Grants - Powering Our Communities Program | Andover | $347.22 |
| Community Grants - Powering Our Communities Program | Montgomery Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Radnor Township | $347.22 |
| Community Grants - Powering Our Communities Program | Village of Orangeville, Ohio | $2,430.56 |
| Community Grants - Powering Our Communities Program | Boston Heights | $694.44 |
| Community Grants - Powering Our Communities Program | Creston | $694.44 |
| Community Grants - Powering Our Communities Program | Baughman Township | $694.44 |
| Community Grants - Powering Our Communities Program | Village of Beloit, Ohio | $9,722.22 |
| Community Grants - Powering Our Communities Program | Jackson Township Trustees | $3,240.81 |
| Community Grants - Powering Our Communities Program | Madison Township Board of Trustees | $3,240.81 |
| Community Grants - Powering Our Communities Program | Dalton | $694.44 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Scott Township | $3,240.81 |
| Community Grants - Powering Our Communities Program | Mantua | $694.44 |
| Community Grants - Powering Our Communities Program | Ballville Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Marblehead | $694.44 |
| Community Grants - Powering Our Communities Program | Smith Twsp, Ohio | $29,166.67 |
| Community Grants - Powering Our Communities Program | Rice Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | New Waterford Village | $694.44 |
| Community Grants - Powering Our Communities Program | Village of Loudonville | $19,444.44 |
| Community Grants - Powering Our Communities Program | Riley Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Westfield Center | $694.44 |
| Community Grants - Powering Our Communities Program | Village of Edon, Ohio | $9,722.22 |
| Community Grants - Powering Our Communities Program | Sandusky Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Lisbon | $1,041.67 |
| Community Grants - Powering Our Communities Program | St. Clair  Twsp. | $5,000.00 |
| Community Grants - Powering Our Communities Program | Townsend Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Bethlehem Township | $1,041.67 |
| Community Grants - Powering Our Communities Program | Vlg of Gibsonburg | $6,481.61 |
| Community Grants - Powering Our Communities Program | Madison Twsp., Ohio | $6,250.00 |
| Community Grants - Powering Our Communities Program | Sugarcreek Township | $1,041.67 |
| Community Grants - Powering Our Communities Program | Washington Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Paris Township | $27,520.00 |
| Community Grants - Powering Our Communities Program | City of Canfield | $1,388.89 |
| Community Grants - Powering Our Communities Program | Woodville Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Madison Twsp., Ohio | $63,000.00 |
| Community Grants - Powering Our Communities Program | Fairlawn | $1,538.33 |
| Community Grants - Powering Our Communities Program | York Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | City of Westlake | $199,152.50 |
| Community Grants - Powering Our Communities Program | Rossford | $1,388.89 |
| Community Grants - Powering Our Communities Program | Sandusky County Commissioners | $38,887.53 |
| Community Grants - Powering Our Communities Program | Village of Metamora | $5,138.89 |
| Community Grants - Powering Our Communities Program | Lyme Township | $2,522.65 |
| Community Grants - Powering Our Communities Program | Burton Township | $1,388.89 |
| Community Grants - Powering Our Communities Program | Village of West Unity | $10,555.56 |
| Community Grants - Powering Our Communities Program | Monroeville/Ridgefield Township | $3,240.81 |
| Community Grants - Powering Our Communities Program | Harrison Township | $1,814.58 |
| Community Grants - Powering Our Communities Program | Troy Township | $1,388.89 |
| Community Grants - Powering Our Communities Program | Liberty Township | $1,814.58 |
| Community Grants - Powering Our Communities Program | Sherman Township | $3,240.81 |
| Community Grants - Powering Our Communities Program | Parma | $28,130.50 |
| Community Grants - Powering Our Communities Program | Wakeman Village | $4,861.11 |
| Community Grants - Powering Our Communities Program | Marion Township | $1,814.58 |
| Community Grants - Powering Our Communities Program | Shawnee Hills | $694.44 |
| Community Grants - Powering Our Communities Program | Salem Township | $6,481.61 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Monroe Township | $1,814.58 |
| Community Grants - Powering Our Communities Program | Fairfield Township | $1,388.89 |
| Community Grants - Powering Our Communities Program | Lordstown | $1,388.89 |
| Community Grants - Powering Our Communities Program | New Bavary Township | $1,814.58 |
| Community Grants - Powering Our Communities Program | Lagrange (AMPO) | $1,388.89 |
| Community Grants - Powering Our Communities Program | Richfield Township | $1,814.58 |
| Community Grants - Powering Our Communities Program | Doylestown | $2,083.33 |
| Community Grants - Powering Our Communities Program | Damascas Township | $3,629.17 |
| Community Grants - Powering Our Communities Program | Townsend Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Mogadore | $2,083.33 |
| Community Grants - Powering Our Communities Program | Flatrock Township | $3,629.17 |
| Community Grants - Powering Our Communities Program | Norwalk Township | $9,722.22 |
| Community Grants - Powering Our Communities Program | Freedon Township | $3,629.17 |
| Community Grants - Powering Our Communities Program | McClure Township | $3,629.17 |
| Community Grants - Powering Our Communities Program | Poland Village | $2,777.78 |
| Community Grants - Powering Our Communities Program | Canal Fulton | $2,777.78 |
| Community Grants - Powering Our Communities Program | Huron County | $12,962.64 |
| Community Grants - Powering Our Communities Program | Navarre | $2,777.78 |
| Community Grants - Powering Our Communities Program | Port Clinton | $19,444.44 |
| Community Grants - Powering Our Communities Program | Campbell | $2,820.89 |
| Community Grants - Powering Our Communities Program | Napolean Township | $3,629.17 |
| Community Grants - Powering Our Communities Program | Medina Co Townships | $167,708.32 |
| Community Grants - Powering Our Communities Program | Poland Township | $3,573.67 |
| Community Grants - Powering Our Communities Program | Washington Township | $3,629.17 |
| Community Grants - Powering Our Communities Program | Allen Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Canfield Township | $5,166.67 |
| Community Grants - Powering Our Communities Program | Holgate Village | $7,258.33 |
| Community Grants - Powering Our Communities Program | Bay Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Tallmadge | $5,694.50 |
| Community Grants - Powering Our Communities Program | Liberty Center Village | $7,258.33 |
| Community Grants - Powering Our Communities Program | Benton Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Ashland | $6,510.00 |
| Community Grants - Powering Our Communities Program | Pleasant Township | $7,258.33 |
| Community Grants - Powering Our Communities Program | Erie Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Green | $7,114.14 |
| Community Grants - Powering Our Communities Program | Ridgeville Township | $7,258.33 |
| Community Grants - Powering Our Communities Program | Harris Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Barberton | $8,720.56 |
| Community Grants - Powering Our Communities Program | Henry County | $30,387.50 |
| Community Grants - Powering Our Communities Program | Portage Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Pike Township | $1,851.67 |
| Community Grants - Powering Our Communities Program | Marion | $9,685.33 |
| Community Grants - Powering Our Communities Program | Put-In-Bay Township | $6,481.61 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Oak Run Township | $3,703.89 |
| Community Grants - Powering Our Communities Program | Massillon | $11,666.67 |
| Community Grants - Powering Our Communities Program | Farmer Township | $1,620.50 |
| Community Grants - Powering Our Communities Program | Paint Township | $3,703.89 |
| Community Grants - Powering Our Communities Program | Austintown Township | $12,715.75 |
| Community Grants - Powering Our Communities Program | Adams Township | $3,240.81 |
| Community Grants - Powering Our Communities Program | Range Township | $3,703.89 |
| Community Grants - Powering Our Communities Program | Summit County | $31,363.11 |
| Community Grants - Powering Our Communities Program | Canaan Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Tiffin Township | $3,240.81 |
| Community Grants - Powering Our Communities Program | Akron | $62,479.00 |
| Community Grants - Powering Our Communities Program | Darby Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Highland Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | City of Richmond Hts. | $12,876.67 |
| Community Grants - Powering Our Communities Program | Noble Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Elkrun Township | $5,555.56 |
| Community Grants - Powering Our Communities Program | Deer Creek Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Butler Township | $8,333.33 |
| Community Grants - Powering Our Communities Program | Richland Township | $6,481.61 |
| Community Grants - Powering Our Communities Program | Fairfield Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Defiance County | $13,772.50 |
| Community Grants - Powering Our Communities Program | Middleton Township | $8,333.33 |
| Community Grants - Powering Our Communities Program | Monroe Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Fulton County | $25,114.64 |
| Community Grants - Powering Our Communities Program | Sebring | $11,111.11 |
| Community Grants - Powering Our Communities Program | Pleasant Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Ottawa County | $49,486.50 |
| Community Grants - Powering Our Communities Program | Sommerford Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | Bronson Township | $5,185.25 |
| Community Grants - Powering Our Communities Program | Union Township | $7,407.22 |
| Community Grants - Powering Our Communities Program | City of London | $11,233.33 |
| Community Grants - Powering Our Communities Program | Jefferson Township | $27,777.78 |
| Community Grants - Powering Our Communities Program | Salem | $16,333.33 |
| Community Grants - Powering Our Communities Program | City of Medina | $34,016.67 |
| Community Grants - Powering Our Communities Program | Carroll Township | $9,722.22 |
| Community Grants - Powering Our Communities Program | Millbury | $2,777.78 |
| Community Grants - Powering Our Communities Program | Clay Township | $9,722.22 |
| Community Grants - Powering Our Communities Program | Madison County | $50,001.11 |
| Community Grants - Powering Our Communities Program | Green Creek Township | $9,722.22 |
| Community Grants - Powering Our Communities Program | Springfield Township | $5,908.33 |
| Community Grants - Powering Our Communities Program | Catawba Island Township | $12,962.83 |
| Community Grants - Powering Our Communities Program | Gloria Glens | $6,250.00 |
| Community Grants - Powering Our Communities Program | Williams County | $5,820.83 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Danbury Township | $14,715.56 |
| Community Grants - Powering Our Communities Program | Center Township | $9,375.00 |
| Community Grants - Powering Our Communities Program | Center Township | $5,908.33 |
| Community Grants - Powering Our Communities Program | Tremont Vlg | $2,604.17 |
| Community Grants - Powering Our Communities Program | Springfield | $107,500.00 |
| Community Grants - Powering Our Communities Program | Pleasant Township- Marion County - ADPOP | $752.49 |
| Community Grants - Powering Our Communities Program | Wakeman Township | $3,472.29 |
| Community Grants - Powering Our Communities Program | Plain Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Township of Pleasant - Madison - ADP CS | $59.16 |
| Community Grants - Powering Our Communities Program | Springfield Township | $12,036.92 |
| Community Grants - Powering Our Communities Program | Marion Township | $15,625.00 |
| Community Grants - Powering Our Communities Program | Jackson Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Ontario | $20,833.33 |
| Community Grants - Powering Our Communities Program | Township of Canaan | $107.49 |
| Community Grants - Powering Our Communities Program | Sugarcreek Township | $9,027.78 |
| Community Grants - Powering Our Communities Program | Mansfield | $135,000.00 |
| Community Grants - Powering Our Communities Program | Township of Darby | $31.65 |
| Community Grants - Powering Our Communities Program | Milton Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Fayette Vlg | $10,416.67 |
| Community Grants - Powering Our Communities Program | Blooming Grove Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Township of Jefferson | $161.64 |
| Community Grants - Powering Our Communities Program | Vlg of Walbridge | $10,416.67 |
| Community Grants - Powering Our Communities Program | Sandusky Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | Township of Bethlehem | $1,648.91 |
| Community Grants - Powering Our Communities Program | Wauseon | $20,833.33 |
| Community Grants - Powering Our Communities Program | Franklin Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Township of Milton | $303.33 |
| Community Grants - Powering Our Communities Program | Catawba Vlg | $2,777.78 |
| Community Grants - Powering Our Communities Program | Troy Township | $9,027.78 |
| Community Grants - Powering Our Communities Program | Township of Sugarcreek | $443.33 |
| Community Grants - Powering Our Communities Program | Orange Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Caledonia | $5,555.56 |
| Community Grants - Powering Our Communities Program | Township of Sugar Creek (Wayne County) | $645.56 |
| Community Grants - Powering Our Communities Program | Jackson Township | $6,018.64 |
| Community Grants - Powering Our Communities Program | Richwood | $5,555.56 |
| Community Grants - Powering Our Communities Program | Township of Elkrun | $116.67 |
| Community Grants - Powering Our Communities Program | Chippewa Lake | $9,027.78 |
| Community Grants - Powering Our Communities Program | Cardington Vlg | $11,111.11 |
| Community Grants - Powering Our Communities Program | Township of Washington (Stark County) | $85.56 |
| Community Grants - Powering Our Communities Program | Mt. Gilead | $16,666.67 |
| Community Grants - Powering Our Communities Program | Beaver Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Township of Jackson (Stark County) | $36,827.78 |
| Community Grants - Powering Our Communities Program | Archbold | $16,666.67 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Township of Lake (Stark County) | $1,462.22 |
| Community Grants - Powering Our Communities Program | Erie County Commissioners | $100,000.00 |
| Community Grants - Powering Our Communities Program | Ashland County | $46.67 |
| Community Grants - Powering Our Communities Program | Township of Jackson (Sandusky County) | $458.89 |
| Community Grants - Powering Our Communities Program | Berlin Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Township of Ballville (Sandusky County) | $6,587.78 |
| Community Grants - Powering Our Communities Program | Coitsville Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Ellsworth Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Goshen Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Green Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Milton Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Springfield Township | $12,037.04 |
| Community Grants - Powering Our Communities Program | Cardington Township | $11,805.56 |
| Community Grants - Powering Our Communities Program | Marlboro Township | $13,541.67 |
| Community Grants - Powering Our Communities Program | Perry Township | $55,590.00 |
| Community Grants - Powering Our Communities Program | Lawrence Township | $18,055.56 |
| Community Grants - Powering Our Communities Program | Township of Sandusky (Sandusky County) | $2,807.78 |
| Community Grants - Powering Our Communities Program | Perry Township | $3,935.26 |
| Community Grants - Powering Our Communities Program | Tuscarawas Township | $18,055.56 |
| Community Grants - Powering Our Communities Program | Township of Blooming Grove (Richland County) | $93.33 |
| Community Grants - Powering Our Communities Program | Washington Township | $5,902.78 |
| Community Grants - Powering Our Communities Program | Chippewa Township Trustees | $18,055.56 |
| Community Grants - Powering Our Communities Program | Township of Butler (Richland County) | $85.56 |
| Community Grants - Powering Our Communities Program | Ashland Townships | $19,559.22 |
| Community Grants - Powering Our Communities Program | Hartville | $11,805.56 |
| Community Grants - Powering Our Communities Program | Township of Franklin (Richland County) | $93.33 |
| Community Grants - Powering Our Communities Program | Richland County | $22,568.90 |
| Community Grants - Powering Our Communities Program | Lexington Township | $17,708.33 |
| Community Grants - Powering Our Communities Program | Township of Springfield (Richland County) | $427.78 |
| Community Grants - Powering Our Communities Program | Franklin Township | $1,504.75 |
| Community Grants - Powering Our Communities Program | Lake Township | $53,967.92 |
| Community Grants - Powering Our Communities Program | Township of Marion | $995.56 |
| Community Grants - Powering Our Communities Program | Milton Township | $1,504.75 |
| Community Grants - Powering Our Communities Program | Bay Village | $45,907.50 |
| Community Grants - Powering Our Communities Program | Butler Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | City of Huron | $29,250.00 |
| Community Grants - Powering Our Communities Program | Green Township | $3,009.32 |
| Community Grants - Powering Our Communities Program | West Farmington Vlg | $3,472.22 |
| Community Grants - Powering Our Communities Program | Gorham Township | $1,504.75 |
| Community Grants - Powering Our Communities Program | Washington Township | $13,888.89 |
| Community Grants - Powering Our Communities Program | Royalton Township | $1,504.75 |
| Community Grants - Powering Our Communities Program | Gilead Township | $13,888.89 |
| Community Grants - Powering Our Communities Program | Amboy Township | $3,009.32 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Community Grants - Powering Our Communities Program | Milton Township | $13,888.89 |
| Community Grants - Powering Our Communities Program | Vlg of Lowellville | $13,888.89 |
| Community Grants - Powering Our Communities Program | Hanover Township | $20,833.33 |
| Community Grants - Powering Our Communities Program | Salem Township | $20,833.33 |
| Community Grants - Powering Our Communities Program | Unity Township | $20,833.33 |
| Community Grants - Powering Our Communities Program | Jackson Township | $69,444.44 |
| Community Grants - Powering Our Communities Program | City of Bellevue | $27,777.78 |
| Community Grants - Powering Our Communities Program | West Chester Township | $47,040.00 |
|  | **TOTAL** | **$27,105,841.30** |

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| FE Aircraft Leasing Corp. | 100 | Net Book Value | Undetermined |
| FirstEnergy Generation, LLC | 100 | Net Book Value | Undetermined |
| FirstEnergy Nuclear Generation, LLC | 100 | Net Book Value | Undetermined |
| Core Mark | 0 | Market Value | $3,534.60 |
| Ormet Corp | 0 | Market Value | $0.00 |
| | | **TOTAL** | **$3,534.60**<br>**+ undetermined amounts** |

Debtor Name:     FirstEnergy Solutions Corp.                    Case Number:        18-50757 (AMK)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 76 S. Main St., Akron, OH  44308 | Leased Office | Undetermined | Net Book Value | Undetermined |
| 76 S. Main St., Akron, OH  44308 | Subleased Office | Undetermined | Net Book Value | Undetermined |
| | | | **TOTAL** | **$0.00** **+ undetermined amounts** |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademarks - 3862724 - FIRSTGREENS - 10/19/2010 | Undetermined | Net Book Value | Undetermined |
| Registered Trademarks - 3651876 - MIXEDGREENS - 07/07/2009 | Undetermined | Net Book Value | Undetermined |
| Registered Trademarks - 3477321 - SmartWind - 07/29/2008 | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

**Assets - Real and Personal Property**

**Part 11, Question 71:** Notes receivable

| Description | Face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| Intercompany Notes Receivables - FE Aircraft Leasing Corp. | $240,323.58 | | $240,323.58 |
| Intercompany Notes Receivables - FirstEnergy Generation Mansfield Unit 1 Corp. | $365,764,249.21 | | $365,764,249.21 |
| Intercompany Notes Receivables - FirstEnergy Nuclear Operating Company | $40,000,000.00 | | $40,000,000.00 |
| Intercompany Notes Receivables - FirstEnergy Service Company | $1,334,068.13 | | $1,334,068.13 |
| | | **TOTAL** | **$407,338,640.92** |

A portion of the intercompany notes receivable with FirstEnergy Service Company is cash that sits in a deposit account owned by FirstEnergy Service Company, which is further described in the Cash Management Motion.

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| New Jersey State Income Tax Refund | 2009 | $78,878.00 |
| Pennsylvania State Income Tax Refund - (carried forward from tax year 2009) | 2017 | $368,381.00 |
| Pennsylvania State Franchise Tax Refund - (carried forward from tax year 2009) | 2017 | $28,011.00 |
| Ohio Municipal Income Tax - Various Jurisdictions Refund - Tax Years 2008-2012 | Various | $1,563,969.37 |
| Philadelphia Local Income/Gross Receipts Tax Refund | 2013 | $15,508.00 |
| Philadelphia Local Income/Gross Receipts Tax Refund | 2014 | $7,123.00 |
| Philadelphia Local Income/Gross Receipts Tax Refund | 2015 | $12,990.00 |
| Michigan Sales & Use Tax  Refund | 2014 | $46,752.72 |
| Michigan Sales & Use Tax  Refund | 2016 | $43,125.92 |
| Ohio Sales and Use Tax Refund - 10-1-2013 thru 8-31-2017 | Various | $274,258.46 |
| Federal NOL | 2011 | $160,578,698.00 |
| Federal NOL | 2012 | $532,425,935.00 |
| Federal NOL | 2013 | $46,297,056.64 |
| Federal NOL | 2014 | $784,462,824.55 |
| Federal NOL | 2016 | $414,697,488.00 |
| New Jersey NOL | 2013 | $339,211,023.00 |
| New Jersey NOL | 2014 | $536,119,671.00 |
| New Jersey NOL | 2015 | $451,410,872.00 |
| New Jersey NOL | 2016 | $392,119,975.00 |
| Ohio Municipal Income Tax NOL - Various Jurisdictions | 2013 | $236,333,442.00 |
| Ohio Municipal Income Tax NOL - Various Jurisdictions | 2014 | $409,628,807.00 |
| Ohio Municipal Income Tax NOL - Various Jurisdictions | 2015 | $249,938,091.00 |
| Ohio Municipal Income Tax NOL - Various Jurisdictions | 2016 | $255,661,321.00 |
| Pennsylvania State Income Tax NOL | 2010 | $85,950,993.00 |
| Pennsylvania State Income Tax NOL | 2011 | $23,558,683.00 |
| Pennsylvania State Income Tax NOL | 2013 | $97,896,949.00 |
| Pennsylvania State Income Tax NOL | 2014 | $96,003,745.00 |
| Pennsylvania State Income Tax NOL | 2015 | $90,874,694.00 |
| Pennsylvania State Income Tax NOL | 2016 | $59,786,722.00 |
| West Virginia Unitary Income Tax - 2000-2016 | Various | $180,177,703.00 |
| | **TOTAL** | **$5,445,573,690.66** |

Listing of NOLs is through 12/31/2017.  Additional amounts may be available through the petition date, 3/31/2018.

Page 1 of 1

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Limits of Liability Per Occurrence $65M, Per Occurrence Retention $210M Minimum Per Occurrence Retention $2M | Limits of Liability Per Occurrence $65M, Per Occurrence Retention $210M Minimum Per Occurrence Retention $2M | FE1957/AE03 | Undetermined |
| Punitive Damages Insurance | Punitive Damages Insurance | XP5125606P | Undetermined |
| Directors and Officers Liability Insurance Policy | Directors and Officers Liability Insurance Policy | DP5024617P | Undetermined |
| Excess Follow Form Policy | Excess Follow Form Policy | FX5025917P | Undetermined |
| Liability Limits of $25M and Underlying Limit of $185M | Liability Limits of $25M and Underlying Limit of $185M | C014839/007 | Undetermined |
| Excess Liability Insurance Policy | Excess Liability Insurance Policy | UFC0034299-08 | Undetermined |
| Arch Insurance Company Directors and Officers Liability | Arch Insurance Company Directors and Officers Liability | DOX9300382-03 | Undetermined |
| Aspen Energy & Construction Policy | Aspen Energy & Construction Policy | PWADC1K17 | Undetermined |
| Excess Liability Insurance Policy | Excess Liability Insurance Policy | XL5128306P | Undetermined |
| Excess Workers Compensation | Excess Workers Compensation | WC5126406P | Undetermined |
| Property Insurance | Property Insurance | PO5343804P | Undetermined |
| Excess Cyber Liability Indemnity Policy | Excess Cyber Liability Indemnity Policy | CP5641503P | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | MCN776142/01/2017 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 47-EPC-304097-01 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 47-EPC-304965-01 | Undetermined |
| Marine Policy | Marine Policy | H864772 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 596819900 | Undetermined |
| Excess Management Liability Insurance | Excess Management Liability Insurance | ADX1001663000 | Undetermined |
| Excess General Liability Indemnity Policy | Excess General Liability Indemnity Policy | 253735-17GL | Undetermined |
| Excess Directors and Officers Liability Indemnity Policy | Excess Directors and Officers Liability Indemnity Policy | 293500-17DO | Undetermined |
| Excess Fiduciary | Excess Fiduciary | 273499-17FL | Undetermined |
| Property Insurance | Property Insurance | 310924-16GP | Undetermined |
| Property Insurance | Property Insurance | 310924-16GP | Undetermined |
| Excess Cyber Liability Indemnity Policy | Excess Cyber Liability Indemnity Policy | 440098-18CY | Undetermined |
| Terrorism and/or Sabotage and Sabotage Liability | Terrorism and/or Sabotage and Sabotage Liability | CMCTR1700131 | Undetermined |
| Directors and Officers Liability Excess Chubb Policy | Directors and Officers Liability Excess Chubb Policy | 6801-2342 | Undetermined |
| Executive Protection Portfolio Policy | Executive Protection Portfolio Policy | 8159-0329 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Excess Property Damage | Excess Property Damage | 3604-31-67 | Undetermined |
| Crime Excess Policy | Crime Excess Policy | 8208-1521 | Undetermined |
| Aviation Insurance Policy | Aviation Insurance Policy | 13000553 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 01-833-52-78 | Undetermined |
| Excess Edge Policy | Excess Edge Policy | 01-857-55-15 | Undetermined |
| All Risks Property (Incl. Boiler & Machinery) Insurance | All Risks Property (Incl. Boiler & Machinery) Insurance | B0509B0WUI1600301 | Undetermined |
| All Risks Property (Incl. Boiler & Machinery) Insurance | All Risks Property (Incl. Boiler & Machinery) Insurance | B0509B0WUI1600301 | Undetermined |
| All Risks of Direct Physical Loss or Damage Including Boiler Explosion and Machinery Breakdown | All Risks of Direct Physical Loss or Damage Including Boiler Explosion and Machinery Breakdown | B0509B0WUI1600421 | Undetermined |
| Crisis Insurance | Crisis Insurance | 88-086-181 | Undetermined |
| Marine Policy | Marine Policy | NY17LIA15222801 | Undetermined |
| Excess Non-Nuclear Property Insurance Policy | Excess Non-Nuclear Property Insurance Policy | NSIC18-059 | Undetermined |
| Excess Non-Nuclear Property Insurance Policy | Excess Non-Nuclear Property Insurance Policy | NSIC18-067 | Undetermined |
| Excess Non-Nuclear Property Insurance Policy | Excess Non-Nuclear Property Insurance Policy | NSIC18-071 | Undetermined |
| Commercial Excess Property Policy | Commercial Excess Property Policy | 58A3XP000009600 | Undetermined |
| Commercial Excess Property Policy | Commercial Excess Property Policy | 58A3XP000009600 | Undetermined |
| Directors & Officers Liability Policy | Directors & Officers Liability Policy | QPL0759084 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 1000620812181 | Undetermined |
| Evidence of Cover | Evidence of Cover | AJD148912F17 | Undetermined |
| Evidence of Cover | Evidence of Cover | AJD148912F17 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 14-MGU-17-A41555 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | 14-MGU-18-A43471 | Undetermined |
| Worldwide Vessel Pollution Policy | Worldwide Vessel Pollution Policy | 51-23418 | Undetermined |
| Property Insurance | Property Insurance | 58A3XP000009600 | Undetermined |
| Liability Limit of $50M Per Occurrence, $2M Minimum Occurrence Retention Except $35M Pollution, Employment Practices and Wildfire Liability | Liability Limit of $50M Per Occurrence, $2M Minimum Occurrence Retention Except $35M Pollution, Employment Practices and Wildfire Liability | BM0031116LI17A | Undetermined |
| Excess Insurance Policy | Excess Insurance Policy | ELU146056-17 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | ELU146056-17 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | ELU154859-18 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Owner Controlled Workers Compensation | Owner Controlled Workers Compensation | WC 4353403-04 | Undetermined |
| Directors and Officers Liability Policy | Directors and Officers Liability Policy | DOC6724244-07 | Undetermined |
| Xsprop | Xsprop | PWG836507920c | Undetermined |
| Commercial Crime Policy | Commercial Crime Policy | FID457888107 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| FirstEnergy Solutions Corp. v. Lehigh Cement Company, LLC and Paul R. Williams | Potential Litigation Claim | Undetermined | Undetermined |
| FirstEnergy Solutions Corp. v. Bluestone Energy Sales Corporation | Potential Litigation Claim | Undetermined | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of every nature

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| $400,000 Letter of Credit issued by Union Bank of California, N.A. for the benefit of FirstEnergy Solutions Corp. | Letter of Credit for the benefit of Debtor | Undetermined | Undetermined |
| $1,600,000 Letter of Credit issued by Union Bank of California, N.A. for the benefit of FirstEnergy Solutions Corp. | Letter of Credit for the benefit of Debtor | Undetermined | Undetermined |
| $6,000,000 Letter of Credit issued by JP Morgan Chase Bank, N.A. for the benefit of FirstEnergy Solutions Corp. | Letter of Credit for the benefit of Debtor | Undetermined | Undetermined |
| $10 Letter of Credit issued by Scotiabank (The Bank of Nova Scotia) for the benefit of FirstEnergy Solutions Corp. | Letter of Credit for the benefit of Debtor | Undetermined | Undetermined |
| $400,000 Letter of Credit issued by Wachovia Bank National Association for the benefit of FirstEnergy Solutions Corp. | Letter of Credit for the benefit of Debtor | Undetermined | Undetermined |
| $1,350,000 Letter of Credit issued by Wachovia Bank National Association for the benefit of FirstEnergy Solutions Corp. | Letter of Credit for the benefit of Debtor | Undetermined | Undetermined |
| FirstEnergy Solutions Corp. v. Allegheny Ludlum, LLC | Potential Litigation Claim | Undetermined | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Accounts Receivables - FirstEnergy Nuclear Operating Company | $81,237.57 |
| Intercompany Accounts Receivables - The Cleveland Electric Illuminating Company | $2,787,206.79 |
| Intercompany Accounts Receivables - Jersey Central Power & Light Company | $8,939.52 |
| Intercompany Accounts Receivables - Metropolitan Edison Company | $6,399,723.77 |
| Intercompany Accounts Receivables - Ohio Edison Company | $4,789,145.47 |
| Intercompany Accounts Receivables - The Potomac Edison Company | $13,350,017.81 |
| Intercompany Accounts Receivables - Pennsylvania Electric Company | $4,350,308.41 |
| Intercompany Accounts Receivables - Pennsylvania Power Company | $2,336,729.87 |
| Intercompany Accounts Receivables - The Toledo Edison Company | $1,318,680.90 |
| Intercompany Accounts Receivables - West Penn Power Company | $8,833,431.74 |
| Assets Under Construction | Undetermined |
| Renewable Energy Credits | $30,121,945.65 |
| Derivatives | $25,031,023.21 |
| **TOTAL** | **$99,408,390.71**<br>**+ undetermined amounts** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**
Creditor's name
AMEREN SERVICES COMPANY, AS DESIGNATED AGENT

Creditor's mailing address
ONE AMEREN PLAZA
1901 CHOUTEAU
ST. LOUIS, MO 63103

Creditor's email address, if known

Date debt was incurred    Undetermined

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in UCC File Number OH00158033331

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Undetermined     $_____ Undetermined

**2.2**
Creditor's name
AMEREN SERVICES COMPANY, AS DESIGNATED AGENT

Creditor's mailing address
ONE AMEREN PLAZA
1901 CHOUTEAU
ST. LOUIS, MO 63103

Creditor's email address, if known

Date debt was incurred    Undetermined

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in UCC File Number OH00158033553

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Undetermined     $_____ Undetermined

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____ 0.00
+ undetermined amounts

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
DE LAGE LANDEN FINANCIAL SERVICES, INC.

**Describe debtor's property that is subject to a lien**

$ Undetermined    $ Undetermined

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Describe the lien**
As provided in UCC File Number OH00197337998

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.4** **Creditor's name**
DEUTSCHE BANK AG NEW YORK BRANCH

**Describe debtor's property that is subject to a lien**

$ Undetermined    $ Undetermined

**Creditor's mailing address**
60 WALL STREET
MAILSTOP NYC60-4405
NEW YORK, NY 10286

**Describe the lien**
As provided in UCC File Number OH00106030777

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**
THE BANK OF NEW YORK, AS COLLATERAL AGENT, FOR THE BENEFIT OF THE SECURED PARTIES

**Creditor's mailing address**
101 BARCLAY STREET
8TH FLOOR
NEW YORK, NY 10286

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in UCC File Number OH00106031123 for the Benefit of VMAC Energy I, LLC, VMAC LLC, Deutsche Bank AG New York Branch, The Bank of New York, Deutsche Bank Trust Company Americas and each pledgor thereto

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

**2.6**

**Creditor's name**
VMAC ENERGY I, LLC

**Creditor's mailing address**
55 FIFTH AVENUE
NEW YORK, NY 10003

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
As provided in UCC File Number OH00106031345

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7317

**As of the petition filing date, the claim is:**    $ ___ Undetermined    $ ___ Undetermined
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 ___ )

**2.2**   **Priority creditor's name and mailing address**
MICHIGAN DEPARTMENT OF TREASURY
CITY OF DETROIT INCOME TAX DIVISION
LANSING, MI 48922

**As of the petition filing date, the claim is:**    $ ___ Undetermined    $ ___ Undetermined
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 ___ )

**2.3**   **Priority creditor's name and mailing address**
MICHIGAN DEPARTMENT OF TREASURY
CITY OF DETROIT INCOME TAX DIVISION
LANSING, MI 48922

**As of the petition filing date, the claim is:**    $ ___ Undetermined    $ ___ Undetermined
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 ___ )

| Part 1. | Additional Page | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.4 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |
|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 E. BROAD ST., 21ST FLOOR
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.5 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |
|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
OFFICE OF CHIEF COUNSEL
BANKRUPTCY / COLLECTIONS UNIT
10TH FLOOR STRAWBERRY SQUARE
4TH & WALNUT STREETS
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.6 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |
|---|---|---|---|

REVENUE ADMINISTRATION DIVISION -
COMPTROLLER OF MARYLAND
TAXPAYER SERVICE SECTION
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address
ACE BOND SERVICES
WA10G
436 WALNUT STREET
PHILADELPHIA, PA 19106-3703

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #K08329904 in the amount of $9,169,388 for the benefit of Pennsylvania Public Utility Commission

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.2 Nonpriority creditor's name and mailing address
ADL HIGH VOLTAGE INCORPORATED
629 DEERWOOD LANE
KELLER, TX 76248

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 50.13

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.3 Nonpriority creditor's name and mailing address
AEP PRO SERV INCORPORATED
PO BOX 24424
CANTON, OH 44701-4424

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 360.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.4 Nonpriority creditor's name and mailing address
AFFILIATED POWER PURCHASERS
INTERNATIONAL LLC
2013 NORTHWOOD DRIVE  SUITE ONE
SALISBURY, MD 21801

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 4,811.45

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.5 Nonpriority creditor's name and mailing address
ALBRECO INCORPORATED
DBA PROFORMA ALBRECHT & COMPANY
PO BOX 640814
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 101.41

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.6 Nonpriority creditor's name and mailing address
ALL DAMS GENERATION LLC
C/O CUBE HYDRO PARTNERS, LLC, ATTENTION: GENERAL
COUNSEL
TWO BETHESDA METRO CENTER
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 64,568.71

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7    Nonpriority creditor's name and mailing address**                                    $101,916,579.09

ALLEGHENY ENERGY SUPPLY COMPANY, LLC
800 CABIN HILL DRIVE
GREENSBURG, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payables - Allegheny Energy Supply Company, LLC

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8    Nonpriority creditor's name and mailing address**                                    $520,892.23

ALLEGHENY ENERGY SUPPLY COMPANY, LLC
800 CABIN HILL DRIVE
GREENSBURG, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Accounts Payables - Allegheny Energy Supply Company, LLC

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9    Nonpriority creditor's name and mailing address**                                    $718,964.78

AMEREN SERVICES COMPANY
MAIL CODE 1037
PO BOX 66149
ST LOUIS, MO 63166-6149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10    Nonpriority creditor's name and mailing address**                                   $13,921.71

AMERICAN BUREAU OF COLLECTIONS INC
DBA ABC-AMEGA INCORPORATED
500 SENECA STREET  SUITE 400
BUFFALO, NY 14204-1963

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11    Nonpriority creditor's name and mailing address**                                   $ Undetermined

AMERICAN MUNICIPAL POWER-OHIO (AMP-
ATTN: CONTRACT ADMINISTRATION
2600 AIRPORT DRIVE
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.12 | **Nonpriority creditor's name and mailing address** | | $190,979.60 |
|---|---|---|---|

AMERICAN PRINTING INCORPORATED
1121 TOWER DRIVE
AKRON, OH 44305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | | $24.21 |
|---|---|---|---|

AMERICAN TRANSMISSION SYSTEMS, INCORPORATED
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Accounts Payables - American Transmission Systems, Incorporated

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | | $8,256.33 |
|---|---|---|---|

AMPO INCORPORATED
1111 SCHROCK ROAD SUITE 100
COLUMBUS, OH 43229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ANTHONY BAILES, INC.
491 CRANBURY ROAD
EAST BRUNSWICK, NJ

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | | $121.60 |
|---|---|---|---|

ARDMORE POWER LOGISTICS LLC
24610 DETROIT ROAD  SUITE 1200
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

ARTISTS INCORPORATED
150 NORTH MILLER ROAD  SUITE 300A
FAIRLAWN, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | | $43.11 |
|---|---|---|---|

ASPEN ENERGY CORPORATION
ATTN  JONATHAN PEELE
4789 RINGS ROAD  SUITE 100
DUBLIN, OH 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | | $22,191.78 |
|---|---|---|---|

ASSEF ZOBIAN
CAMBRIDGE ENERGY SOLUTIONS LLC
50 CHURCH STREET
CAMBRIDGE, MA 02138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | | $5,084.30 |
|---|---|---|---|

AT&T
208 S. AKARD ST.
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | $111.33 |
|---|---|---|---|

AT&T MOBILITY
PO BOX 9004
CAROL STREAM, IL 60197-9004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.22 | **Nonpriority creditor's name and mailing address** | | $1,459.06 |

AUDIO VISUAL INNOVATIONS INC
335 KEN-MAR INDUSTRIAL PARKWAY
BROADVIEW HEIGHTS, OH 44147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $1,643,972.80 |

BABCOCK & BROWN WIND PORTFOLIO LLC
ALLEGHENY RIDGE WIND FARM LLC
6688 N CENTRAL EXPRESSWAY STE 500
DALLAS, TX 75206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $48,712.50 |

BACA STEIN WHITE & ASSOCIATES INC
PO BOX 1466
ROSENBERG, TX 77471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

BACIU, ALIN C
2100 NOTTINGHILL DR
HINCKLEY, OH 44233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $66.50 |

BALTIMORE GAS AND ELECTRIC COMPANY
ATTN  REVENUE PROCESSING
PO BOX 13070
PHILADELPHIA, PA 19101-3070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** |

$ Undetermined

BARNES, DARLA A
1693 BROOKWOOD DRIVE
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28**    **Nonpriority creditor's name and mailing address**

$ Undetermined

BARNES, THOMAS W
1693 BROOKWOOD DRIVE
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29**    **Nonpriority creditor's name and mailing address**

$ Undetermined

BELLITT, GERARD J
449 COKESBURY DR
THE VILLAGES, FL 32162

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30**    **Nonpriority creditor's name and mailing address**

$ Undetermined

BM1, LLC
ATTN: JOHN K. SMITH
C/O LEASING & ASSET FINANCE
MUFG / INVESTMENT BANKING
445 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Tax Indemnity Agreement Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.31**    **Nonpriority creditor's name and mailing address**

$823.11

BMARK ENERGY INCORPORATED
791 PRICE STREET #177
PISMO BEACH, CA 93449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.32 | **Nonpriority creditor's name and mailing address** | | $1,208.02 |
|------|-----|-----|-----|

BOARDVANTAGE INCORPORATED
DBA NASDAQ INC
LOCKBOX 70700 PO BOX 780700
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|------|-----|-----|-----|

BOLENDER, LANCE R
773 TIMBERLINE DRIVE
AKRON, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|------|-----|-----|-----|

BORDEA, DARIUS B
149 NORMANDY DR
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|------|-----|-----|-----|

BP ENERGY COMPANY
ATTN: CHIEF CREDIT OFFICER
201 HELIOS WAY
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $3,420.46 |
|------|-----|-----|-----|

BRENDA S MCLEOD-FARGO
STRATEGIC AGGREGATION CONSULTANTS L
3700 MASSILLON ROAD  SUITE 341
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

BROCKSIEKER, TY A
260 GRAND AVE
WELLINGTON, OH 44090

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

BROWN, ROBERT D
11210 BRENTWOOD LANE
CHARDON, OH 44024

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $35,600.06 |
|---|---|---|---|

BUCKEYE ASSOC OF SCHOOL ADMIN
8050 NORTH HIGH STREET SUITE 150
COLUMBUS, OH 43235

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $93,609.72 |
|---|---|---|---|

BUCKEYE ENERGY BROKERS
8870 DARROW ROAD
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CARMEAN, JEFFREY J
6365 MACKENZIE DR.
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.42 **Nonpriority creditor's name and mailing address** | $753,097.77 |

CASSELMAN WINDPOWER LLC
1125 NW COUCH STREET  STE 700
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.43 **Nonpriority creditor's name and mailing address** | $61,250.63 |

CCAOSC ENERGY SOLUTIONS LLC
241 N SUPERIOR STREET  SUITE 250
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.44 **Nonpriority creditor's name and mailing address** | $2,155.90 |

CELLCO PARTNERSHIP
DBA VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.45 **Nonpriority creditor's name and mailing address** | $8,719.25 |

CHICAGO TITLE INSURANCE COMPANY
NATIONAL BUSINESS UNIT
711 THIRD AVENUE  SUITE 500
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.46 **Nonpriority creditor's name and mailing address** | $1,058.63 |

CHRISLYNN ENERGY SERVICES INC
301 APPLERIDGE COURT
GIBSONIA, PA 15044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CICERO, NICHOLAS
10 FRENCH MILL RUN
APT 154
CUYAHOGA FALLS, OH 44223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.48** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CITIGROUP ENERGY INC
ATTN: LEGAL DEPARTMENT
2800 POST OAK BLVD
SUITE 500
HOUSTON, TX 77056

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.49** | **Nonpriority creditor's name and mailing address** | $540.00

CITY OF AKRON
ATTN ROBERT WHITE DEPT OF FINANCE
505 MUNICIPAL BLDG
AKRON, OH 44308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.50** | **Nonpriority creditor's name and mailing address** | $4.36

CITY OF CINCINNATI
801 PLUM STREET  ROOM 246
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.51** | **Nonpriority creditor's name and mailing address** | $3.70

CITY OF CLEVELAND-DIV OF FISCAL CON
ATTN CATHERINE TROY
1201 LAKESIDE AVE  2ND FLOOR
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** | | $7,142.84 |
|---|---|---|---|

CITY OF CORTLAND
ATTN  FRANCE MOYER  FINANCIAL DIR
400 NORTH HIGH STREET
CORTLAND, OH 44410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | | $305.00 |
|---|---|---|---|

CITY OF GIRARD
ATTN  SAMUEL ZIRAFI  AUDITOR
100 WEST MAIN STREET SUITE 4
GIRARD, OH 44420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | | $11,250.00 |
|---|---|---|---|

CITY OF PARMA OHIO
6611 RIDGE ROAD
PARMA, OH 44129-5593

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | | $872.98 |
|---|---|---|---|

CITY OF STREETSBORO
ATTN: GLENN BROSKA
CITY HALL
9184 SR 43
STREETSBORO, OH 44241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | | $2,375.00 |
|---|---|---|---|

CITY OF STRUTHERS
ATTN  TERRY P STOCKER  MAYOR
6 ELM STREET
STRUTHERS, OH 44471-1972

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address** | $320.54

CITY OF TORONTO
416 CLARK STREET
TORONTO, OH 43964

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | $255,000.00

CITY OF YOUNGSTOWN
26 SOUTH PHELPS STREEET
YOUNGSTOWN, OH 44503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | $1,161.61

COMMONWEALTH OF PENNSYLVANIA
UNCLAIMED PROPERTY-LOCKBOX 53473
101 NORTH INDEPENDENCE MALL EAST
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | $5,405.19

COMMUNITY ENERGY ADVISORS LLC
3725 MEDINA ROAD  SUITE 112
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CONLEY, DAVID
3041 LODGE DRIVE
NORTH ROYALTON, OH 44133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** | **Nonpriority creditor's name and mailing address** | $ Undertermined

CONLEY, LAWRENCE M
822 CLEARDALE DR
GREENSBURG, PA 15601

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.63** | **Nonpriority creditor's name and mailing address** | $2,167.11

CONSOLIDATED GRAPHICS GROUP INC
1614 EAST 40TH STREET
CLEVELAND, OH 44103-2319

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.64** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CREWSON, KEVIN
1201 E. MARKET ST
APT 419
AKRON, OH 44305

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.65** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CUMMINGS, SUSAN M
5685 BONNIE LOU DRIVE
AKRON, OH 44319

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.66** | **Nonpriority creditor's name and mailing address** | $1,880.00

CV KINSMAN LLC
PO BOX 13051
TUCSON, AZ 85732

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** | **Nonpriority creditor's name and mailing address** | | $1.87

DACOTT ENERGY SERVICES LTD
ATTN  SCOTT CHILDS
3 SUGAR CREEK CENTER BLVD STE 450
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | | $8,934.28

DAVIS WRIGHT TREMAINE LLP
1201 3RD AVENUE
SUITE 2200
SEATTLE, WA 98101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | | $3,823.31

DAYTON POWER AND LIGHT COMPANY
ATTN  GENERAL ACCOUNTING
1900 DRYDEN ROAD
DAYTON, OH 45439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | | $184.32

DILLON ENERGY SERVICES
23409 JEFFERSON AVENUE  SUITE 110
ST CLAIR SHORES, MI 48080-2330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | | $1,423.33

DON BRODIES THOMAS LIMOUSINE SVC IN
DBA T L WORLDWIDE TRANSPORTATION SV
PO BOX 6250
AKRON, OH 44312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72**

**Nonpriority creditor's name and mailing address**                                                    $9,632.96

DONNELLEY FINANCIAL LLC
DBA DONNELLEY FINANCIAL SOLUTIONS
PO BOX 842282
BOSTON, MA 02284-2282

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.73**

**Nonpriority creditor's name and mailing address**                                              $ Undetermined

DTE ENERGY TRADING
ATTN: LARRY STORK
414 SOUTH MAIN STREET
SUITE 200
ANN ARBOR, MI 48104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.74**

**Nonpriority creditor's name and mailing address**                                                   $20,806.12

DTN LLC
9110 WEST DODGE ROAD SUITE 100
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75**

**Nonpriority creditor's name and mailing address**                                                    $1,254.81

DUKE ENERGY OHIO INCORPORATED
PO BOX 603083
CHARLOTTE, NC 28260-3083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.76**

**Nonpriority creditor's name and mailing address**                                                $1,352,105.99

DUKE ENERGY RENEWABLE INCORPORATED
DUKE ENERGY RENEWABLE SERVICES LLC
555 SOUTH TRYON STREET
CHARLOTTE, NC 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | | $11,000.00 |
|---|---|---|---|

DYNEGY GASCO HOLDINGS LLC
DYNEGY MARKETING & TRADE LLC
601 TRAVIS STREET SUITE 1400
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | | $41.57 |
|---|---|---|---|

EAGLE ENERGY LLC
ATTN DON MARSHALL
4465 BRIDGETOWN ROAD SUITE 1
CINCINNATI, OH 45211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.79 | **Nonpriority creditor's name and mailing address** | | $5,483.42 |
|---|---|---|---|

ECOVA INCORPORATED
1313 NORTH ATLANTIC SUITE 5000
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.80 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ENERGY AMERICA LLC
ATTN: VP, HEAD OF CREDIT
12 GREENWAY PLAZA
SUITE 250
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.81 | **Nonpriority creditor's name and mailing address** | | $181.17 |
|---|---|---|---|

ENERGY MANAGEMENT SOLUTIONS INC
PO BOX 255
684 EXCELSIOR BOULEVARD SUITE 200
EXCELSIOR, MN 55331-0255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.82 | **Nonpriority creditor's name and mailing address** | | $185.40 |
|------|---|---|---|

ENERGY RESOURCES GROUP LLC
ATTN PAMELA K APGAR
1983 HATFIELD ROAD
LEBANON, OH 45036

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.83 | **Nonpriority creditor's name and mailing address** | | $28.47 |
|------|---|---|---|

ENERGYSOLVE LLC
350 NORTH ORLEANS STREET STE 6666
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.84 | **Nonpriority creditor's name and mailing address** | | $42,385.04 |
|------|---|---|---|

ENERNOC INCORPORATED
DEPT CH #16381
PALATINE, IL 60055-6381

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.85 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|------|---|---|---|

ENGELHARDT, CHARLES E
13578 INVERNESS AVENUE
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.86 | **Nonpriority creditor's name and mailing address** | | $2,484.30 |
|------|---|---|---|

EVOLUTION MARKETS INCORPORATED
PO BOX 10129
UNIONDALE, NY 11555

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87**

**Nonpriority creditor's name and mailing address**                                      $2,229.06

EXECUTIVE ENERGY SERVICES LLC
PO BOX 230757
FAIR HAVEN, MI 48023

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**                                      $ Undetermined

EYSSEN, JON W
241 MARLEE COURT
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**                                      $ Undetermined

FARGO, BRENDA S
3538 SADDLEBORO DRIVE
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**                                      $2,562,405.54

FE AIRCRAFT LEASING CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payable - MP Frozen Note - FE Aircraft Lease Corp.

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**                                      $ Undetermined

FELTNER, DAVID L
564 DELAWARE AVE
AKRON, OH 44303

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

FERNANDEZ, TREVOR J
2235 HEIGHTS DR
WADSWORTH, OH 44281

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | $256,265.97 |
|---|---|---|

FES RETAIL OPERATION REFUNDS
2800 POTTSVILLE PIKE
READING, PA 19605

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

FEUCHT, RANDY G
5030 HIGHSADDLE AVENUE NW
MASSILLON, OH 44646

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | $283.75 |
|---|---|---|

FEUCHT,RANDY G
LOC. - AK34
POTTSVILLE PIKE
READING, PA 19605

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | $345.15 |
|---|---|---|

FIRST COMMUNICATIONS LLC
3340 WEST MARKET STREET
AKRON, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** | **Nonpriority creditor's name and mailing address** | $273,665.00

FIRST SOLAR INCORPORATED
350 W WASHINGTON ST STE 600
TEMPE, AZ 85281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | $500,000,000.00

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Revolving Credit Facility - Drawn

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Qualified Pension

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | $200,000,000.00

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Revolving Credit Facility - Surety Support

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter Of Credit PF-S01281A, In The Amount Of $307,056.00 For The Benefit Of Power 4 Schools

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.102 **Nonpriority creditor's name and mailing address** | $ Undetermined |

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter Of Credit PF-S01281A, In The Amount Of $1,568,443.00 For The Benefit Of Power 4 Schools

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.103 **Nonpriority creditor's name and mailing address** | $3,812,189.62 |

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payables - FirstEnergy Corp.

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.104 **Nonpriority creditor's name and mailing address** | $2,245,901.82 |

FIRSTENERGY CORP.
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Accounts Payables - FirstEnergy Corp.

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.105 **Nonpriority creditor's name and mailing address** | $743,566,635.86 |

FIRSTENERGY GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payable - MP Frozen Note - FirstEnergy Generation, LLC

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.106 **Nonpriority creditor's name and mailing address** | $76,078,792.30 |

FIRSTENERGY GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Accounts Payables - FirstEnergy Generation, LLC

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** | **Nonpriority creditor's name and mailing address** | $928,562,534.42

FIRSTENERGY GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payables - FirstEnergy Generation, LLC

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | $1,016,713,517.23

FIRSTENERGY GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Inter-Company Debt Guarantee

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | $286,156,371.45

FIRSTENERGY NUCLEAR GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payable - MP Frozen Note - FirstEnergy Nuclear Generation, LLC

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | $136,656,826.00

FIRSTENERGY NUCLEAR GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Accounts Payables - FirstEnergy Nuclear Generation, LLC

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | $1,331,523,314.21

FIRSTENERGY NUCLEAR GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payables - FirstEnergy Nuclear Generation, LLC

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | $1,140,493,939.58 |

FIRSTENERGY NUCLEAR GENERATION, LLC
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Inter-Company Debt Guarantee

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | $7,478,021.32 |

FIRSTENERGY NUCLEAR OPERATING COMPANY
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Notes Payables - FirstEnergy Nuclear Operating Company

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | $5,993,162.70 |

FIRSTENERGY SERVICE COMPANY
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Accounts Payables - FirstEnergy Service Company

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

FIRSTENERGY SERVICE COMPANY
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Retiree Benefits

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

FLEISHOUR, COLE
9109 HIGHLAND CREEK AVE
NW
N. CANTON, OH 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.117** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FORD, ERIN
270 PONTIUS ST NW
MOGADORE, OH 44260-9221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FOUT, MICHAEL W
13067 MARK PATH
DOYLESTOWN, OH 44230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GASKELL, JENNIFER A
3907 SHAWNEE ST NW
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GIANNANTONIO, RICK C
19465 KENSINGTON COURT
STRONGSVILLE, OH 44136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GILBERT, YING W
525 BUTTERCUP WAY
FT MILL, SC 29715-8773

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address** | | $19,095.00 |
|---|---|---|---|

GLAXOSMITHKLINE CONSUMER HEALTHCARE
ATTN SHERRI BRANHAM
1000 GSK DRIVE
MOON TOWNSHIP, PA 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.123 | **Nonpriority creditor's name and mailing address** | | $1,778.08 |
|---|---|---|---|

GLENVIEW CONSULTING GROUP LTD
417 CHERRY CREEK
PROSPECT HEIGHTS, IL 60070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.124 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

GONZALEZ, JUAN A
6710 HURON AVE
MADISON, OH 44057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.125 | **Nonpriority creditor's name and mailing address** | | $135,200.96 |
|---|---|---|---|

GRANT THORNTON LLP
FIRSTENERGY SUT ESCROW ACCOUNT
1901 SOUTH MEYERS ROAD  SUITE 455
OAKBROOK TERRACE, IL 60181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.126 | **Nonpriority creditor's name and mailing address** | | $13,434.69 |
|---|---|---|---|

GREENBERG TRAURIG LLP
54 STATE STREET
6TH FLOOR
ALBANY, NY 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.127 **Nonpriority creditor's name and mailing address**                                    $ Undetermined

GRIFFING, DAVID L
2850 LIMINGTON ST NW
NORTH CANTON, OH 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.128 **Nonpriority creditor's name and mailing address**                                          $49.12

GROUP SERVICES INCORPORATED
FORMERLY COSE GROUP SERVICES INC
1240 HURON ROAD SUITE 300
CLEVELAND, OH 44115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.129 **Nonpriority creditor's name and mailing address**                                          $29.07

HB HAYES & ASSOCIATES LLC
DBA ALTERNATIVE ENERGY SOURCE
8225 FARNSWORTH RD  STE A 10
WATERVILLE, OH 43566

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.130 **Nonpriority creditor's name and mailing address**                                     $2,178,932.00

HIGH TRAIL WIND FARM LLC
808 TRAVIS  SUITE 700
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.131 **Nonpriority creditor's name and mailing address**                                    $ Undetermined

HOLDER, DAVID A
12186 CARMICHAEL CIRCLE
NORTH HUNTINGDON, PA 15642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.132 | **Nonpriority creditor's name and mailing address** | | $177.80 |
|---|---|---|---|

HOLDER,DAVID A
LOC. - GR09
POTTSVILLE PIKE
READING, PA 19605

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | | $126.36 |
|---|---|---|---|

HP INC
DBA HP COMPUTING & PRINTING INC
13207 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-3207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HRACH, R JOSEPH
5734 ENNISHANNON PLACE
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HUFF JR, GERALD H
P O BOX 262
2918 ALDA PARKWAY
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | | $1,749,554.18 |
|---|---|---|---|

IBERDROLA RENEWABLES LLC
DBA BLUE CREEK WIND FARM LLC
1125 NW COUCH STREET  SUITE 700
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137** | **Nonpriority creditor's name and mailing address** | $3,500.00

ICE DATA LP ICE DATA
5660 NEW NORTHSIDE DRIVE 3RD FL
ATLANTA, GA 31193-3269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.138** | **Nonpriority creditor's name and mailing address** | $43,166.07

IEU-OHIO ADMINISTRATION COMPANY
21 EAST STATE STREET 17TH FLOOR
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.139** | **Nonpriority creditor's name and mailing address** | $308.54

ILLINOIS OFFICE - STATE TREASURER
UNCLAIMED PROPERTY DIVISION
1 W OLD STATE CAPITOL PLZ STE 400
SPRINGFIELD, IL 62701-1390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.140** | **Nonpriority creditor's name and mailing address** | $134,889.45

INDEPENDENT ENERGY CONSULTANTS INC
ATTN MARK BURNS
215 W GARFIELD ST SUITE 210
AURORA, OH 44202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.141** | **Nonpriority creditor's name and mailing address** | $138,390.00

INDU SOLAR HOLDINGS LLC
SEC BESD SOLAR ONE
PO BOX 19001
700 NORTH ADAMS STREET
GREEN BAY, WI 54307-9001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.142 | **Nonpriority creditor's name and mailing address** | | $75.58 |

INTEGRITY ENERGY LTD
5711 GRANT AVE
CLEVELAND, OH 44140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | | $16,787.00 |

INTERCONTINENTAL EXCHANGE INC
ICE US OTC COMMODITY MARKETS LLC
PO BOX 935278
ATLANTA, GA 31193-5278

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | | $375.00 |

INTERCONTINENTAL EXCHANGE INC
ICE TRADE VAULT LLC
PO BOX 935281
ATLANTA, GA 31193-5281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

J. ANDREW ASSOCIATES
123 DUNDEE CT., STE. 215
CYPRESS, TX 77429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

JAMSHIDI, ALI
6377 HIGHLAND GREEN DR
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.147 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

JODOIN, JONATHAN
6294 SEVILLE ROAD
SEVILLE, OH 44273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | | $937.75 |
| --- | --- | --- | --- |

JP MORGAN CHASE BANK
NATIONAL ASSOCIATION
270 PARK AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

KAISER, ROBERT A
620 W GREENVIEW PLACE
GREEN VALLEY, AZ 85614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

KELBACH, JEFFREY A
4890 PERSIMMON LANE
NORTH ROYALTON, OH 44133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

KELLY, BENJAMIN L
3157 RIDGEWOOD RD.
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152** | **Nonpriority creditor's name and mailing address** | $9,745.41

KEYTEX ENERGY SOLUTIONS LLC
200 BRUSH RUN ROAD  SUITE C
GREENSBURG, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KILBANE, BRENDAN M
1308 WELLINGSHIRE CIRCLE
CUYAHOGA FALLS, OH 44221

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KORMUSHOFF, MICHAEL W
955 MAYFAIR RD
AKRON, OH 44303

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KRAMER, MICHELLE
C/O ROMANO LAW OFFICE
ATTN: DAVID J. ROMANO, ESQ.
363 WASHINGTON AVE.
CLARKSBURG, WV 26301

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KRAUSE, RICHARD E
1004 COUNTY RD 601
ASHLAND, OH 44805

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** | **Nonpriority creditor's name and mailing address** | $1,519,286.30

KRAYN WIND LLC TAS# 550308
C/O BLACKROCK, INC.
40 EAST 52ND STREET
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.158** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KUSUMA, RAYMOND D
316 KENRIDGE RD
FAIRLAWN, OH 44333

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.159** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LAFLAME, GREGORY F
9023 KENNEMER CIRCLE NW
N CANTON, OH 44720

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.160** | **Nonpriority creditor's name and mailing address** | $25,765.38

LAKE LYNN GENERATION LLC
C/O CUBE HYDRO PARTNERS, LLC, ATTENTION: GENERAL COUNSEL
2 BETHESDA METRO CENTER
BETHESDA, MD 20815

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.161** | **Nonpriority creditor's name and mailing address** | $4,217.05

LATHAM & WATKINS LLP
555 11TH STREET  NW  SUITE 1000
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

LAYMON, ANGELITA M
3444 MARQUETTE STREET NW
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

LEMPNER, KATHLEEN
446 CARLIN RD
SAGAMORE HILLS, OH 44067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

LEPP, ALEXANDRA C
1402 WELLINGSHIRE
CUYAHOGA FALLS, OH 44221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**                                    $7,771.69

LEVEL ONE LLC
PO BOX 2093
SOUTHEASTERN, PA 19399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

LIBERTY MUTUAL SURETY
2200 RENAISSANCE BLVD.
SUITE 400
KING OF PRUSSIA, PA 19406-2755

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #285037849 in the amount of $45,000 for the benefit of United States District Court Northern District of Ohio

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |

| 3.167 | **Nonpriority creditor's name and mailing address** | | $286.66 |
|---|---|---|---|

LIVERPOOL TOWNSHIP
353 ADA STREET
EAST LIVERPOOL, OH 43920

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MACQUARIE ENERGY LLC
ATTN: LEGAL RISK MANAGEMENT
ONE ALLEN CENTER
500 DALLAS STREET
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MADDEN, THOMAS J
166 FAIRWAY DR
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MANSFIELD 2007 TRUST A
C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST
SVC
300 DELAWARE AVE
9TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Mansfield Sale Leaseback Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MANSFIELD 2007 TRUST B
C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST
SVC
300 DELAWARE AVE
9TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Mansfield Sale Leaseback Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MANSFIELD 2007 TRUST C
C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC
300 DELAWARE AVE
9TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Mansfield Sale Leaseback Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MANSFIELD 2007 TRUST D
C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC
300 DELAWARE AVE
9TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Mansfield Sale Leaseback Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MANSFIELD 2007 TRUST E
C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC
300 DELAWARE AVE
9TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Mansfield Sale Leaseback Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MANSFIELD 2007 TRUST F
C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC
300 DELAWARE AVE
9TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Mansfield Sale Leaseback Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | $649,866.15

MARYLAND SOLAR HOLDINGS INC
C/O FIRST SOLAR DEVELOPMENT LLC
11757 KATY FWY  SUITE 400
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.177 | **Nonpriority creditor's name and mailing address** | | $163.77 |
|---|---|---|---|

MAXCOM INCORPORATED
10358 WILBERT DRIVE
KIRTLAND, OH 44094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MAYNARD, CHRISTINE
937 HERON SPRINGS PKWY #307
STOW, OH 44224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MCCANN II, JAMES H
10430 PRICE ST
ALLIANCE, OH 44601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MCCARTNEY, MONICA
1265 NEPTUNE AVE.
AKRON, OH 44301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MCGOVERN, ROBERT F
4753 DOYLE ROAD
PITTSBURGH, PA 15227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

MCKINNEY, RANDY
4846 CLIMAS ROAD
NEW FLORENCE, PA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.183 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

MEDAS, LISA A
12195 PARK CLIFF
STRONGSVILLE, OH 44136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.184 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

METLIFE CAPITAL, LIMITED PARTNERSHIP
ATTN: MARK BISCI
ONE METLIFE WAY
WHIPPANY, NJ 07981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guarantor of Tax Indemnity Agreement Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.185 | **Nonpriority creditor's name and mailing address** | $355,914.70 |

MEYERSDALE WINDPOWER LLC
700 UNIVERSE BOULEVARD
JUNO BEACH, FL 33408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.186 | **Nonpriority creditor's name and mailing address** | $1,360,777.30 |

MIDCONTINENT INDEPENDENT SYSTEM
OPERATOR INCORPORATED
701 CITY CENTER DRIVE
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.187**  **Nonpriority creditor's name and mailing address**                                          $773,652.04

MIDCONTINENT INDEPENDENT SYSTEM
OPERATOR INCORPORATED
701 CITY CENTER DRIVE
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**                                          $267,972.02

MIDCONTINENT INDEPENDENT SYSTEM
OPERATOR INCORPORATED
PO BOX 4202
CARMEL, IN 46082-4202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.189**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

MIZER, KEVIN R
3800 NORTH SHORE DRIVE
AKRON, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**                                          $8,569.99

MIZUHO BANK LTD
HARBORSIDE FINANCIAL CENTER
1800 PLAZA TEN
JERSEY CITY, NJ 07311-4098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**                                          $791.10

MOBILNET INCORPORATED
DBA SMITH COMMUNICATIONS GROUP
1119 SANDSTONE ROAD
GREENSBURG, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192**   **Nonpriority creditor's name and mailing address**      $465.00

MONONGAHELA POWER COMPANY
5001 NASA BOULEVARD
FAIRMONT, WV 26554

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Accounts Payables - Monongahela Power Company

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.193**   **Nonpriority creditor's name and mailing address**      $ Undetermined

NATIONAL UNION FIRE INSURANCE COMPANY
C/O PINO & ASSOCIATES, LLP
ATTN: MATTHEW D. KENNEDY, ESQ.
WESTCHESTER FINANCIAL CENTER50 MAIN STREET16TH FLOOR
WHITE PLAINS, NY 10606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.194**   **Nonpriority creditor's name and mailing address**      $17.72

NEW RIVER GROUP LLC
DBA SCIOTO ENERGY
4041 NORTH HIGH STREET  SUITE 202
COLUMBUS, OH 43214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.195**   **Nonpriority creditor's name and mailing address**      $ Undetermined

NEXTERA ENERGY POWER MARKETING LLC
ATTN: CONTRACTS/LEGAL DEPARTMENT
700 UNIVERSE BLVD
JUNO NEACH, FL 33408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.196**   **Nonpriority creditor's name and mailing address**      $5,798.55

NORTH SHORE ENERGY CONSULTING LLC
18843 WHITE OAK DRIVE
CHAGRIN FALLS, OH 44023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.197 | **Nonpriority creditor's name and mailing address** | | $4,418.50 |
|---|---|---|---|

NORTHEAST ENERGY ADVISORS LLC
10900 PERRY HIGHWAY  #210
WEXFORD, PA 15090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | | $35,600.06 |
|---|---|---|---|

OHIO ASSOCIATION OF SCHOOL
8050 NORTH HIGH STREET SUITE 170
COLUMBUS, OH 43235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | | $35,600.06 |
|---|---|---|---|

OHIO SCHOOL BOARDS ASSOCIATION
8050 NORTH HIGH STREET SUITE 100
COLUMBUS, OH 43235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | | $26,357.44 |
|---|---|---|---|

OHIO SCHOOLS COUNCIL
6393 OAK TREE BOULEVARD  STE 377
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | | $2,602,183.17 |
|---|---|---|---|

OHIO VALLEY ELECTRIC CORPORATION
PO BOX 7247
PHILADELPHIA, PA 19170-8683

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.202 | **Nonpriority creditor's name and mailing address** | | $799.06 |
|---|---|---|---|

OML ENERGY SOLUTIONS LLC
5577 AIRPORT HIGHWAY  SUITE 101
TOLEDO, OH 43615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | | $22,713.70 |
|---|---|---|---|

ONDEMAND ENERGY LP
PO BOX 869
MOON TOWNSHIP, PA 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | | $130.70 |
|---|---|---|---|

PACER SERVICE CENTER
PO BOX 71364
PHILADELPHIA, PA 19176-1364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | | $57,975.68 |
|---|---|---|---|

PALMER ENERGY COMPANY INCORPORATED
5577 AIRPORT HIGHWAY SUITE 101
TOLEDO, OH 43615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | | $57.23 |
|---|---|---|---|

PATRIOT ENERGY GROUP INCORPORATED
1 ROUNDER WAY  SUITE 200
BURLINGTON, MA 01801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.207 | **Nonpriority creditor's name and mailing address** | | $84,293.98 |
|---|---|---|---|

PE HYDRO GENERATION
C/O CUBE HYDRO PARTNERS, LLC, ATTENTION: GENERAL COUNSEL
2 BETHESDA METRO CENTER
BETHESDA, MD 20815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION TAXES
PO BOX 280701
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** 2014 Pennsylvania Gross Receipts Tax Audit

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION TAXES
PO BOX 280701
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** 2015 Pennsylvania Gross Receipts Tax Audit

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION TAXES
PO BOX 280701
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** 2012 Pennsylvania Gross Receipts Tax Audit

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION TAXES
PO BOX 280701
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** 2013 Pennsylvania Gross Receipts Tax Audit

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212**    **Nonpriority creditor's name and mailing address**

PEPCO
SPECIAL BILLING
PO BOX 96288
WASHINGTON, DC 20090-6288

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$8.04

---

**3.213**    **Nonpriority creditor's name and mailing address**

PESTOTNIK, ERIKA
18301 MARCELLA ROAD
CLEVELAND, OH 44119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.214**    **Nonpriority creditor's name and mailing address**

PETERMAN, DEAN A
C/O ROMANO LAW OFFICE
ATTN: DAVID J. ROMANO, ESQ.
363 WASHINGTON AVE.
CLARKSBURG, WV 26301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.215**    **Nonpriority creditor's name and mailing address**

PJM ENVIRONMENTAL INFORMATION SERV
2750 MONROE BOULEVARD
AUDUBON, PA 19403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,585.84

---

**3.216**    **Nonpriority creditor's name and mailing address**

PJM SETTLEMENT INC
2750 MONROE BOULEVARD
AUDUBON, PA 19403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217** | **Nonpriority creditor's name and mailing address** | $1,390.00

PLEASANT TOWNSHIP
1035 OWENS ROAD WEST
MARION, OH 43302

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.218** | **Nonpriority creditor's name and mailing address** | $32,053.77

PONTOON SOLUTIONS INCORPORATED
10151 DEERWOOD PARK BLVD BLD 200 ST
JACKSONVILLE, FL 32256

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.219** | **Nonpriority creditor's name and mailing address** | $1,466.51

PREMIER ENERGY CORPORATION
417 CHERRY CREEK LANE  STE 250
PROSPECT HEIGHTS, IL 60070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.220** | **Nonpriority creditor's name and mailing address** | $422.49

PREMIER POWER SOLUTIONS LLC
107 BRECKENRIDGE STREET  SUITE 4
GROVE CITY, PA 16127

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.221** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PRICE, DENNIS E
32118 CYPRESS VALLEY DR
WESLEY CHAPEL, FL 33545

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PRYOR, ERIC J
917 MULL AVENUE
SUITE PH3
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RADER, LORRAINE M
8587 NORTHWOOD DRIVE
BROADVIEW HTS, OH 44147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $705.00

RC ENERGY JCP1 LLC
225 WEST HUBBARD ST  STE 200
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RERICHA, CHARLENE M
564 JESSICA LN
WADSWORTH, OH 44281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RICH, BENJAMIN T
11260 QUAIL HOLLOW DRIVE
PAINESVILLE, OH 44077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RINEHART, STEVEN T
871 TARTAN DRIVE
VENICE, FL 34293

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ROBINSON, ERNEST D
8970 W. CALLA ROAD
CANFIELD, OH 44406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ROSE, ROBERT A
3078 STONEBROOKE LANE
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ROTH, ALFRED G
4516 REGAL DR.
COPLEY, OH 44321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SARKIS, BENJAMIN R
466 ELY RD
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SCHMUHL, THOMAS R
134 S LINWOOD AVENUE
NORWALK, OH 44857

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SCHNEIDER, DONALD R
PO BOX 72011
AKRON, OH 44372

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SCHWEBEL BAKING COMPANY
965 E MIDLOTHIAN BLVD
YOUNGSTOWN, OH 44502

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | $34.00

SHI INTERNATIONAL CORPORATION
PO BOX 952121
DALLAS, TX 75395

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHUTTLEWORTH, TAMARA
97 37TH ST SW
BARBERTON, OH 44203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SKUPINSKI, ROBERT C
3261 EDGERTON ROAD
NORTH ROYALTON, OH 44133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STEIN, LINDA L
137 N HAMETOWN ROAD
AKRON, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | $51,775.00

SUMMIT ADVANTAGE LLC
3340 WEST MARKET STREET
AKRON, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | $4,037.21

SUMMIT ENERGY SERVICES INCORPORATED
ATTN  KIM PUCKETT
10350 ORMSBY PARK PLACE  STE 400
LOUISVILLE, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SUPER, PAUL B
655 LAKESIDE DRIVE
AVON LAKE, OH 44012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

| 3.242 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SWAGELOK COMPANY
29500 SOLON RD
SOLON, OH 44139

**As of the petition filing date, the claim is:**
_Check all that apply._

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SWINTEK, TIMOTHY T
3938 MARS DRIVE
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
_Check all that apply._

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

TACKETT, DAVID L
479 HICKORY HOLLOW DR
CANFIELD, OH 44406

**As of the petition filing date, the claim is:**
_Check all that apply._

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | | $10,011.87 |
|---|---|---|---|

TANGENT ENERGY SOLUTIONS INC
PO BOX 1140
204 GALE LANE
KENNETT SQUARE, PA 19348

**As of the petition filing date, the claim is:**
_Check all that apply._

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | | $434.46 |
|---|---|---|---|

TELCO PROS INCORPORATED
2020 CENTER STREET
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:**
_Check all that apply._

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247** | **Nonpriority creditor's name and mailing address** | | $139.08

TELELANGUAGE INC
PO BOX 12059
OLYMPIA, WA 98508-2059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | | $76,860.00

TERRAFORM POWER LLC
ENFINITY BNB NAPOLEON SOLAR LLC
7550 WISCONSIN AVE 9TH FLOOR
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | | $6,570.00

TFS ENERGY FUTURES LLC
32 OLD SLIP   34TH FLOOR
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | | $334,818,056.56

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
ATTN: EARL HUNT, VICE PRESIDENT
GLOBAL CORPORATE TRUST SERVICES
1660 WEST 2ND STREET
SUITE 830
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Notes  6.05%  due August 15, 2021 - CUSIP 33766JAD5

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | | $366,368,888.50

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
ATTN: EARL HUNT, VICE PRESIDENT
GLOBAL CORPORATE TRUST SERVICES
1660 WEST 2ND STREET
SUITE 830
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Notes  6.8%  due August 15, 2039 - CUSIP 33766JAF0

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | $5,662.36 |

THE RECEIVABLE MANAGEMENT SVC CORP
DBA RECEIVABLE MANAGEMENT SERVICES
4836 BRECKSVILLE ROAD
RICHFIELD, OH 44286

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

THE STATE OF WEST VIRGINIA DIVISION OF HIGHWAYS
ATTN: THOMAS J SMITH, P.E.
BUILDING 5, 1900 KANAWHA BLVD E
CHARLESTON, WV 25305

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | $777.59 |

THE UTILITIES GROUP INCORPORATED
ATTN  JENNIFER KIST
11260 CHESTER ROAD  SUITE 540
CINCINNATI, OH 45246

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

TIAN, SHUHAN
35360 SADDLE CREEK DRIVE
AVON, OH 44011

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | $7,432.02 |

TITAN ENERGY NEW ENGLAND INC
ATTN  JERRY HAWKINS
2317 SILAS DEANE HWY
ROCKY HILL, CT 06067

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257**    **Nonpriority creditor's name and mailing address**                                     $ Undetermined

TOLLESON III, VICTO
3419 COLUMBUS AVE
SANDUSKY, OH 44870

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258**    **Nonpriority creditor's name and mailing address**                                     $ Undetermined

TRAVAGLIONE, FRANK
3942 RAINTREE CIRCLE
UNIONTOWN, OH 44685

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259**    **Nonpriority creditor's name and mailing address**                                     $ Undetermined

TRAVELERS BOND & FINANCIAL PRODUCTS
ATTENTION: SENIOR VICE PRESIDENT COMMERCIAL SURETY
ONE TOWN SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #103767738 in the amount of $250,000 for the benefit of New Jersey Board of Public Utilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.260**    **Nonpriority creditor's name and mailing address**                                     $ Undetermined

TRAVELERS BOND & FINANCIAL PRODUCTS
ATTENTION: SENIOR VICE PRESIDENT COMMERCIAL SURETY
ONE TOWN SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #105742840 in the amount of $9,169,388 for the benefit of Commonwealth of Pennsylvania Public Utility Commission

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.261**    **Nonpriority creditor's name and mailing address**                                     $ Undetermined

TRAVELERS BOND & FINANCIAL PRODUCTS
ATTENTION: SENIOR VICE PRESIDENT COMMERCIAL SURETY
ONE TOWN SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #103773834 in the amount of $50,000 for the benefit of District of Columbia

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TRAVELERS BOND & FINANCIAL PRODUCTS
ATTENTION: SENIOR VICE PRESIDENT COMMERCIAL SURETY
ONE TOWN SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #104967804 in the amount of $300,000 for the benefit of The People of The State of Illinois

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.263** | **Nonpriority creditor's name and mailing address** | $814,051.21

TREASURER STATE OF OHIO
ATTN  ELECTRONIC PAYMENTS UNIT
30 EAST BROAD STREET  9TH FLOOR
COLUMBUS, OH 43215-3461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.264** | **Nonpriority creditor's name and mailing address** | $15,439.05

TREBEL LLC
4067 TREELINE COURT
WESTERVILLE, OH 43082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.265** | **Nonpriority creditor's name and mailing address** | $720.00

UMB BANK NA
1010 GRAND BOULEVARD
KANSAS CITY, MO 64106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.266** | **Nonpriority creditor's name and mailing address** | $2,080.00

URBAN RENEWABLES
6397 EMERALD PARKWAY  SUITE 200
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.267 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

VICTOR, BRADFORD E
92 WOLCOTT RD
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | $40,725.00 |
|---|---|---|

WALGREEN COMPANY
106 WILMOT ROAD  MS 1630
DEERFIELD, IL 60015-5123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WARVELL, KEVIN T
10 MOCCASIN TRAIL
NEW CASTLE, PA 16105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WATKINS, CHAD
4049 TIMBER RUN
RAVENNA, OH 44266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | $3,780.00 |
|---|---|---|

WELLTOWER INCORPORATED
4500 DORR STREET
TOLEDO, OH 43615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.272** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

WILHITE, CHAD R
750 MULL AVE
6G
AKRON, OH 44313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | $84,405.00

WIRECARD NORTH AMERICA INC
555 NORTH LANE
SUITE 5040
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WOLVERINE POWER SUPPLY COOPERATIVE
ATTN: OPERATIONS SUPERVISOR - ENERGY
10125 W WATERGATE ROAD
PO BOX 229
CADILLAC, MI 49601-0229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Derivative Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | $131.66

YELLOW CREEK TOWNSHIP
PO BOX 584
WELLSVILLE, OH 43968-0584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | $ Undetermined

YUAN, ARTHUR W
8588 MAJORCA LANE
NAPLES, FL 34114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.277 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ZALTSBERG, RITA
269 SHIAWASSEE AVE
FAIRLAWN, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.278 | **Nonpriority creditor's name and mailing address** | $13,967.31 |
|---|---|---|

ZEMPLEO INCORPORATED
4000 EXECUTIVE PARKWAY  SUITE 240
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.279 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ZINNO, ALFRED D
6570 ETHEL STREET NW
CANTON, OH 44718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Liabilities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1 ANTHONY BAILES, INC.<br>C/O SHAMY, SHIPPERS & LONSKI, P.C.<br>911 LIVINGSTON AVE<br>NORTH BRUNSWICK, NJ 08902 | Line 15<br>☐Not listed. Explain _____ | |
| 2 BLUESTONE ENERGY SALES CORPORATION<br>302 S. JEFFERSON STREET<br>28601 CHAGRIN BLVD., STE 500<br>ROANOKE, VA 24011 | Line 234<br>☐Not listed. Explain _____ | |
| 3 J. ANDREW ASSOCIATES<br>C/O MCBRAYER, MCGINNIS, LESLIE & KIRKLAND, PLLC<br>ATTN: JASON S. MORGAN<br>201 EAST MAIN STREETSUITE 900<br>LEXINGTON, KY 40507 | Line 145<br>☐Not listed. Explain _____ | |
| 4 KRAMER, MICHELLE<br>C/O ROMANO LAW OFFICE<br>ATTN: DAVID J. ROMANO, ESQ.<br>363 WASHINGTON AVE.<br>CLARKSBURG, WV 26301 | Line 155<br>☐Not listed. Explain _____ | |
| 5 MCKINNEY, RANDY<br>C/O EDGAR SNYDER & ASSOCIATES, LLC<br>ATTN: TODD BERKEY, ESQ.<br>US STEEL TOWER, 10TH FLOOR, 600 GRANT ST.<br>PITTSBURGH, PA 15219 | Line 182<br>☐Not listed. Explain _____ | |
| 6 NATIONAL UNION FIRE INSURANCE COMPANY<br>C/O PINO & ASSOCIATES, LLP<br>ATTN: MATTHEW D. KENNEDY, ESQ.<br>WESTCHESTER FINANCIAL CENTER50 MAIN STREET16TH FLOOR<br>WHITE PLAINS, NY 10606 | Line 193<br>☐Not listed. Explain _____ | |
| 7 PETERMAN, DEAN A<br>C/O ROMANO LAW OFFICE<br>ATTN: DAVID J. ROMANO, ESQ.<br>363 WASHINGTON AVE.<br>CLARKSBURG, WV 26301 | Line 214<br>☐Not listed. Explain _____ | |

18-50757-amk    Doc 547    FILED 05/15/18    ENTERED 05/15/18 22:52:35    Page 104 of 162

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 8 REED SMITH LLP<br>ATTN: EMILY DEVAN<br>1201 N. MARKET STREET<br>SUITE 150<br>WILMINGTON, DE 19801 | Line 250<br><br>☐ Not listed. Explain _____ | |
| 9 REED SMITH LLP<br>ATTN: EMILY DEVAN<br>1201 N. MARKET STREET<br>SUITE 150<br>WILMINGTON, DE 19801 | Line 251<br><br>☐ Not listed. Explain _____ | |
| 10 REED SMITH LLP<br>ATTN: KURT GWYNNE<br>1201 N. MARKET STREET<br>SUITE 150<br>WILMINGTON, DE 19801 | Line 250<br><br>☐ Not listed. Explain _____ | |
| 11 REED SMITH LLP<br>ATTN: KURT GWYNNE<br>1201 N. MARKET STREET<br>SUITE 150<br>WILMINGTON, DE 19801 | Line 251<br><br>☐ Not listed. Explain _____ | |
| 12 SCHWEBEL BAKING COMPANY<br>C/O SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>ATTN: GEOFFREY M. JOHNSON<br>12434 CEDAR ROAD, STE. 12<br>CLEVELAND HEIGHTS, OH 44106 | Line 234<br><br>☐ Not listed. Explain _____ | |
| 13 SWAGELOK COMPANY<br>C/O MANSOUR GAVIN LPA<br>ATTN: JEFFREY M. EMBLETON<br>NORTH POINT TOWER1001 LAKESIDE AVENUE, SUITE 1400<br>CLEVELAND, OH 44114 | Line 242<br><br>☐ Not listed. Explain _____ | |
| 14 THE BANK OF NEW YORK MELLON TRUST COMPANY<br>GOVERNMENT - DAG<br>ATTN: JENNIFER J. PROVENZANO, VICE PRESIDENT<br>500 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | Line 251<br><br>☐ Not listed. Explain _____ | |
| 15 THE BANK OF NEW YORK MELLON TRUST COMPANY<br>GOVERNMENT - DAG<br>ATTN: JENNIFER J. PROVENZANO, VICE PRESIDENT<br>500 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | Line 250<br><br>☐ Not listed. Explain _____ | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $                    0.00 <br> + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $         7,204,913,808.37 <br> + undetermined amounts |
| 5c.  **Total of Parts 1 and 2** <br>      Lines 5a + 5b = 5c. | 5c. | $         7,204,913,808.37 <br> + undetermined amounts |

18-50757-amk    Doc 547    FILED 05/15/18    ENTERED 05/15/18 22:52:35    Page 106 of 162

Fill in this information to identify the case:

Debtor name __FirstEnergy Solutions Corp.__

United States Bankruptcy Court for the: __Northern__  District of  Ohio, Eastern Division

Case number (If known): __18-50757 (AMK)__  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Power Supply Agreement, Dated: 05/21/2010 | 4500 DORR STREET HOLDINGS, LLC<br>4500 DORR STREET<br>TOLEDO, OH 43615 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55124236, Applicable Terms and Conditions and All Associated Agreements | 8760 INCORPORATED<br>PO BOX 59546<br>BIRMINGHAM, AL 35259 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55120028, Applicable Terms and Conditions and All Associated Agreements | AA BLUEPRINT COMPANY INCORPORATED<br>2757 GILCHRIST ROAD<br>AKRON, OH 44305-4400 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55125225, Applicable Terms and Conditions and All Associated Agreements | ABB ENTERPRISE SOFTWARE INC<br>400 PERIMETER CNTR TERRACE STE 500<br>ATLANTA, GA 30346 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnity Agreement, Dated: 12/17/2014 | ACE GROUP HOLDINGS INC.<br>436 WALNUT STREET<br>PHILADELPHIA, PA 19106 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

18-50757-amk    Doc 547    FILED 05/15/18    ENTERED 05/15/18 22:52:35    Page 107 of 162



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 3/3/2014 | AEP-OHIO<br>ATTN: DIANA LOVE<br>303 MARCONI BLVD<br>COLUMBUS, OH 43215 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 02/12/2014 | ALL DAMS GENERATION, LLC<br>C/O CUBE HYDRO PARTNERS, LLC, ATTENTION: GENERAL COUNSEL<br>2 BETHESDA METRO CENTER<br>BETHESDA, MD 20814 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 05/09/2013 | ALLEGHENY ELECTRIC COOPERATIVE INC<br>ATTN: VICE PRESIDENT POWER SUPPLY & ENGINEERING<br>212 LOCUST STREET<br>P.O. BOX 1266<br>HARRISBURG, PA 17108-1266 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 05/19/2013 | ALLEGHENY ELECTRIC COOPERATIVE INC<br>ATTN: VICE PRESIDENT POWER SUPPLY & ENGINEERING<br>212 LOCUST STREET<br>P.O. BOX 1266<br>HARRISBURG, PA 17108-1266 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract/Trade Agreement, Dated: 08/01/2011 | ALLEGHENY ENERGY SUPPLY COMPANY, LLC<br>800 CABIN HILL DRIVE<br>GREENSBURG, PA 15601 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 03/21/2006 | ALLEGHENY RIDGE WIND FARM, LLC<br>C/O MANAGER<br>ONE SOUTH BROAD STREET, FLOOR 20<br>PHILADEPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 45512547, Applicable Terms and Conditions and All Associated Agreements | ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVENUE 8TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

18-50757-amk    Doc 547    FILED 05/15/18    ENTERED 05/15/18 22:52:35    Page 108 of 162

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 08/22/2007 | AMEREN ENERGY MARKETING COMPANY ATTN: DIRECTOR OF CREDIT 1901 CHOUTEAU AVE., MC960 ST. LOUIS, MO 63103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124292, Applicable Terms and Conditions and All Associated Agreements | AMERICAN BUREAU OF COLLECTIONS INC DBA ABC-AMEGA INCORPORATED 500 SENECA STREET  SUITE 400 BUFFALO, NY 14204-1963 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 06/01/2006 | AMERICAN ELECTRIC POWER SERVICE CORPORATION AS AGENT FOR AEP OPERATING COMPANIES ATTN: CREDIT RISK MANAGEMENT 155 W NATIONWIDE BLVD, STE 500 COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract/Trade Agreement, Dated: 12/31/2000 | AMERICAN MUNICIPAL POWER - OHIO, INC 2600 AIRPORT DRIVE ATTN: CONTRACT ADMINISTRATION COLUMBUS, OH 43219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124301, Applicable Terms and Conditions and All Associated Agreements | AMERICAN PRINTING INCORPORATED 1121 TOWER DRIVE AKRON, OH 44305 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 46103615, Applicable Terms and Conditions and All Associated Agreements | ARDMORE POWER LOGISTICS LLC 24610 DETROIT ROAD  SUITE 1200 WESTLAKE, OH 44145 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 47818463, Applicable Terms and Conditions and All Associated Agreements | ARDMORE POWER LOGISTICS LLC 24610 DETROIT ROAD  SUITE 1200 WESTLAKE, OH 44145 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124595, Applicable Terms and Conditions and All Associated Agreements | ARTISTS INCORPORATED<br>150 NORTH MILLER ROAD  SUITE 300A<br>FAIRLAWN, OH 44333 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124030, Applicable Terms and Conditions and All Associated Agreements | ASSEF ZOBIAN<br>CAMBRIDGE ENERGY SOLUTIONS LLC<br>50 CHURCH STREET<br>CAMBRIDGE, MA 02138 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124243, Applicable Terms and Conditions and All Associated Agreements | AUDIO VISUAL INNOVATIONS INC<br>335 KEN-MAR INDUSTRIAL PARKWAY<br>BROADVIEW HEIGHTS, OH 44147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124023, Applicable Terms and Conditions and All Associated Agreements | BACA STEIN WHITE & ASSOCIATES INC<br>PO BOX 1466<br>ROSENBERG, TX 77471 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 05/15/2007 | BARCLAY'S BANK PLC<br>10 THE SOUTH COLONNADE<br>CANARY WHARF<br>LONDON E14 4PU<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | BARCLAYS CAPITAL INC.<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55123978, Applicable Terms and Conditions and All Associated Agreements | BCG RESOURCES LLC<br>41 SOUTH HIGH STREET  STE 3750 S<br>COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

18-50757-amk    Doc 547    FILED 05/15/18    ENTERED 05/15/18 22:52:35    Page 110 of 162



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124024, Applicable Terms and Conditions and All Associated Agreements | BEACON HEALTH OPTIONS INCORPORATED 240 COPORATED BOULEVARD NORFOLK, VA 23502 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/10/2009 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/01/2008 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/17/2009 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 10/01/2010 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/05/2008 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 04/02/2012 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 07/01/2015 | BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY 250 INSURANCE STREET SUITE 300 BEAVER, PA 15009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 12/19/2016 | BELCHER, SAMUEL L. 3848 EGRET DRIVE AKRON, OH 44319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Employee Benefit Plans, Dated: 12/19/2016 | BLICKLE, JOHN C. 4701 ST. ANDREWS AKRON, OH 44303 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 02/08/2011 | BLUE CREEK WIND FARM LLC C/O CONTRACT ADMINISTRATION 1125 NW COUCH SUITE 700 PORTLAND, OR 97209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 10/10/2016 | BLUESTONE ENERGY SALES CORPORATION 302 SOUTH JEFFERSON STREET ROANOKE, VA 24011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Participation Agreement, Dated: 6/26/2007 | BM1, LLC MUFG / INVESTMENT BANKING 445 SOUTH FIGUEROA STREET LOS ANGELES, CA 90071 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 01/28/2011 | BNB NAPOLEON SOLAR, LLC 325 HUDSON STREET, 9TH FLOOR NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/25/2000 | BNP PARIBAS ATTN: CREDIT RISK MANAGEMENT 525 WASHINGTON BLVD JERSEY CITY, NJ 07310 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 05/01/2006 | BNP PARIBAS ENERGY TRADING GP ATTN: CONMMODITY INDEXED TRANSACTIONS 787 SEVENTH AVENUE 30TH FLOOR NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 12/14/2007 | BNP PARIBAS ENERGY TRADING GP ATTN: CONMMODITY INDEXED TRANSACTIONS 787 SEVENTH AVENUE 30TH FLOOR NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 12/19/2016 | BOLAND, JAMES C. 3877-4 LANDER ROAD CHAGRIN FALLS, OH 44022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/25/2011 | BP ENERGY COMPANY 201 HELIOS WAY HOUSTON, TX 77079 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124638, Applicable Terms and Conditions and All Associated Agreements | BRILLIANT ELECTRIC SIGN COMPANY LTD 4811 VAN EPPS ROAD CLEVELAND, OH 44131-1082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 05/17/2013 | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: GENERAL MANAGER, TRADING DOCUMENTATION, CAPITAL RISKS MANAGEMENT 161 BAY STREET BROOKFIELD PLACE, 10TH FLOOR TORONTO, ON MFJ 2S8 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

18-50757-amk    Doc 547    FILED 05/15/18    ENTERED 05/15/18 22:52:35    Page 113 of 162



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 04/15/2013 | CARBON VISION, LLC<br>20600 CHAGRIN BLVD., STE. 1100<br>SHAKER HEIGHTS, OH 44122 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 08/03/2005 | CARGILL POWER MARKETS, LLC<br>12700 WHITEWATER DRIVE<br>ATTENTION: CREDIT/ENERGY ADMINISTRATION<br>MINNETONKA, MN 55343-9439 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 11/30/2006 | CASSELMAN WINDPOWER, LLC<br>1125 NW COUCH SUITE 700<br>PORTLAND, OR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 11/30/2016 | CASSELMAN WINDPOWER, LLC<br>1125 NW COUCH SUITE 700<br>PORTLAND, OR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125303, Applicable Terms and Conditions and All Associated Agreements | CCH INCORPORATED<br>C/O WOLTERS KLUWER<br>2700 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/10/2009 | CITIBANK, N.A.<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/01/2011 | CITIGROUP ENERGY, INC<br>2800 POST OAK BLVD<br>SUTIE 500<br>ATTEN: COMMODITY OPERATIONS GROUP<br>HOUSTON, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124056, Applicable Terms and Conditions and All Associated Agreements | CITY OF LORAIN 200 WEST ERIE AVENUE 6TH FLOOR LORAIN, OH 44052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125544, Applicable Terms and Conditions and All Associated Agreements | CITY OF LORAIN 200 WEST ERIE AVENUE 6TH FLOOR LORAIN, OH 44052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Professional Service Contract (& Temps), Dated: 12/23/2011 | CITY OF LORAIN, INC. 200 WEST ERIE AVENUE LORAINE, OH 44052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124579, Applicable Terms and Conditions and All Associated Agreements | CONSOLIDATED GRAPHICS GROUP INC 1614 EAST 40TH STREET CLEVELAND, OH 44103-2319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124320, Applicable Terms and Conditions and All Associated Agreements | CONSOLIDATED GRAPHICS GROUP INC 1614 EAST 40TH STREET CLEVELAND, OH 44103-2319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125954, Applicable Terms and Conditions and All Associated Agreements | CORPORATE SCREENING SERVICES INC 16530 COMMERCE STREET CLEVELAND, OH 44130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 10/30/2013 | DAYTON POWER & LIGHT ATTN: BRIAN HYLANDER 1065 WOODMAN DRIVE DAYTON, OH 45432 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 07/08/2015 | DIRECT ENERGY BUSINESS MARKETING, LLC<br>ONE HESS PLAZA, 11TH FLOOR<br>WOODBRIDGE, NJ 07095 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 02/25/2015 | DIRECT ENERGY BUSINESS MARKETING, LLC<br>ONE HESS PLAZA, 11TH FLOOR<br>WOODBRIDGE, NJ 07095 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Lease: Equipment, Dated: 01/18/2016 | DLL FINANCIAL SOLUTIONS PARTNER<br>ATTN:MICHELLE VOKERT<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYME, PA 19087 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124646, Applicable Terms and Conditions and All Associated Agreements | DOWNING ENTERPRISES INCORPORATED<br>DBA DOWNING EXHIBITS<br>1287 CENTERVIEW CIRCLE<br>COPLEY, OH 44321-1632 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 12/07/2015 | DTE ENERGY TRADING<br>414 S. MAIN STREET<br>SUITE 200<br>ANN ARBOR, MI 48104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 02/13/2009 | DTE ENERGY TRADING INC.<br>414 S. MAIN STREET<br>SUITE 200<br>ATTN: CONTRACT ADMINISTRATION<br>ANN ARBOR, MI 48104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 02/13/2009 | DTE ENERGY TRADING, INC.<br>414 S. MAIN STREET<br>SUITE 200<br>ANN ARBOR, MI 48104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125478, Applicable Terms and Conditions and All Associated Agreements | DTN LLC<br>9110 WEST DODGE ROAD SUITE 100<br>OMAHA, NE 68114 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 11/28/2007 | DUKE ENERGY KENTUCKY, INC.<br>ATTN: STEPHEN HERRERA<br>526 S CHURCH ST<br>CHARLOTTE, NC 28202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 12/16/2011 | DUKE ENERGY OHIO<br>ATTN: LEWIS CAMP<br>550 SOUTH TRYON STREET<br>CHARLOTTE, NC 28202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 02/04/2010 | DUQUESNE LIGHT COMPANY<br>ATTN: CONTRACT ADMINISTRATION<br>411 SEVENTH AVENUE, MD 15-2<br>PITTSBURGH, PA 15219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 02/04/2010 | DUQUESNE LIGHT COMPANY<br>ATTN: CONTRACT ADMINISTRATION<br>411 SEVENTH AVENUE, MD 15-2<br>PITTSBURGH, PA 15219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 09/28/2010 | DUQUESNE POWER LLC<br>ATTN: LEGAL DEPARTMENT<br>411 SEVENTH AVENUE MD 16-4<br>PITTSBURGH, PA 15219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 04/19/2011 | EDF TRADING<br>4700 WEST SAM HOUSTON PKWY N<br>HOUSTON, TX 77041 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest — Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 08/14/2015 | ENERGY AMERICA, LLC 12 GREENWAY PLAZA SUITE 250 HOUSTON, TX 77046 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest — Power Supply Agreement, Dated: 12/11/2012 | ENERGY AMERICAN LLC 12 GREENWAY PLAZA SUITE 250 HOUSTON, TX 77046 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order - 55124639, Applicable Terms and Conditions and All Associated Agreements | ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE INC - ESRI INC 380 NEW YORK STREET REDLANDS, CA 92373-8100 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest — Power Supply Agreement, Dated: 09/15/2015 | EXELON GENERATION COMPANY, LLC 111 MARKET PLACE, SUITE 500 BALTIMORE, MD 21202 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order - 55124302, Applicable Terms and Conditions and All Associated Agreements | EXPERIS US INCORPORATED 6000 LOMBARDO CENTER STE 400 CLEVELAND, OH 44131 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest — Revolving Credit Note, Dated: 09/29/2011 | FE AIRCRAFT LEASING CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest — Finance Agreement, Dated: 06/23/2014 | FIFTH THIRD SECURITIES, INC. 34 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45202 |
| State the term remaining — Undetermined<br>List the contract number of any government contract | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/6/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Allocation Agreement, Dated: 1/1/2002 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Partnership Agreement, Dated: 12/19/2013 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY CORP. 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 01/01/2007 | FIRSTENERGY GENERATION, LLC 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY GENERATION, LLC 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Guarantees, Dated: 03/26/2007 | FIRSTENERGY GENERATION, LLC 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract/Trade Agreement, Dated: 01/01/2007 | FIRSTENERGY GENERATION, LLC 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreement, Dated: 12/17/2007 | FIRSTENERGY GENERATION, LLC 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | Revolving Credit Note, Dated: 01/31/2013 | FIRSTENERGY GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | Revolving Credit Note, Dated: 09/29/2011 | FIRSTENERGY GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/26/2007 | FIRSTENERGY GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreement, Dated: 02/28/2014 | FIRSTENERGY GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | Guarantees, Dated: 03/26/2007 | FIRSTENERGY GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | Guarantees, Dated: 3/26/2007 | FIRSTENERGY GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/26/2007 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Guarantees, Dated: 03/26/2007 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Revolving Credit Note, Dated: 03/29/2013 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 03/26/2007 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 03/26/2007 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Contract/Trade Agreement, Dated: 01/01/2006 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Guarantee, Dated: 05/02/2016 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/06/2016 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 3/26/2007 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.112** | **State what the contract or lease is for and the nature of the debtor's interest** | Revolving Credit Note, Dated: 09/29/2011 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.113** | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 05/02/2016 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.114** | **State what the contract or lease is for and the nature of the debtor's interest** | Power Supply Agreement, Dated: 8/10/2006 | FIRSTENERGY NUCLEAR GENERATION, LLC<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.115** | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Agreement, Dated: 06/30/2014 | FIRSTENERGY NUCLEAR OPERATING COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.116** | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Agreement, Dated: 06/29/2015 | FIRSTENERGY NUCLEAR OPERATING COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.117** | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Dry Lease Agreement, Dated: 10/21/2011 | FIRSTENERGY SERVICE COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Shared Service Agreement, Dated: 04/25/2011 | FIRSTENERGY SERVICE COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Money Pool Agreement, Dated: 3/16/2018 | FIRSTENERGY SERVICE COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125168, Applicable Terms and Conditions and All Associated Agreements | FIS ENERGY SYSTEMS INCORPORATED<br>FKA SUNGARD ENERGY SYSTEMS INC<br>1331 LAMAR STREET<br>HOUSTON, TX 77010 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 04/17/2008 | FORKED RIVER POWER LLC<br>ATTN EAGLE KWOK<br>SUITE 1210, 715 - 5 AVENUE SW<br>CALGARY, AB<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125368, Applicable Terms and Conditions and All Associated Agreements | GENESYS TELECOMMUNICATIONS LABS<br>PO BOX 201005<br>DALLAS, TX 75320-1005 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract, Dated: 01/02/2015 | GENSCAPE INC.<br>445 MARKET ST., SUITE 200<br>LOUISVILLE, KY 40202 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/11/2012 | GOLDMAN, SACHS & CO.<br>200 WEST STREET<br>NEW YORK, NY 10282 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/23/2014 | GOLDMAN, SACHS & CO. 200 WEST STREET NEW YORK, NY 10282 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract, Dated: 01/18/2012 | GOLDMAN, SACHS & CO. 200 WEST STREET NEW YORK, NY 10282 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125829, Applicable Terms and Conditions and All Associated Agreements | GUARD-IT CORPORATION 1250 S CAPITAL OF TEXAS HWY AUSTIN, TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124655, Applicable Terms and Conditions and All Associated Agreements | HERIP DESIGN ASSOCIATES INC 5995 CENTER STREET PENINSULA, OH 44264-9588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 9/14/2007 | HIGH TRAIL WIND FARM, LLC HIGH TRAIL WIND FARM, LLC C/O HORIZON WIND ENERGY LLC 808 TRAVIS SUITE 700 ATTN: CHIEF OPERATING OFFICER HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 09/14/2009 | HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE 7398 N. STATE ROAD 37 BLOOMINGTON, IN 47404 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 09/14/2009 | HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE, INC. 7398 N. STATE ROADE 37 BLOOMINGTON, IN 74704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124469, Applicable Terms and Conditions and All Associated Agreements | HP INC<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55126068, Applicable Terms and Conditions and All Associated Agreements | HP INC<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124690, Applicable Terms and Conditions and All Associated Agreements | HUDSON INCENTIVES INCORPORATED<br>PO BOX 396<br>5211 HUDSON DRIVE UNIT B<br>HUDSON, OH 44236 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 04/09/2010 | HULL & ASSOCIATES, INC.<br>6397 EMERALD PARKWAY<br>DUBLIN, OH 43016 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124614, Applicable Terms and Conditions and All Associated Agreements | ICE DATA LP ICE DATA<br>5660 NEW NORTHSIDE DRIVE 3RD FL<br>ATLANTA, GA 31193-3269 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement, Dated: 11/13/2015 | INDUSTRIAL INFO RESOURCES, INC.<br>BRIAN LYNCH<br>2277 PLAZA DRIVE, SUITE 300<br>SUGAR LAND, TX 77479 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 46103618, Applicable Terms and Conditions and All Associated Agreements | INTEGRITY PRINT SOLUTIONS INC<br>567 EAST TURKEYFOOT LAKE ROAD<br>AKRON, OH 44319 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 47819447, Applicable Terms and Conditions and All Associated Agreements | INTEGRITY PRINT SOLUTIONS INC 567 EAST TURKEYFOOT LAKE ROAD AKRON, OH 44319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125127, Applicable Terms and Conditions and All Associated Agreements | INTELLECTUAL PROPERTY ENTERPRISES L DBA NEURALWARE 409 ELK STREET SUITE 200 CARNEGIE, PA 15106-2627 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124678, Applicable Terms and Conditions and All Associated Agreements | INTERACTIVE MARKETING SERVICES INC DBA IMR INCORPORATED 15275 COLLIER BOULEVARD STE 201-337 NAPLES, FL 34119-6750 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 01/25/2012 | J. ARON & COMPANY 200 WEST STREET NEW YORK, NY 10282 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/15/2016 | J.P. MORGAN SECURITIES LLC 383 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/02/2016 | J.P. MORGAN SECURITIES LLC 383 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/02/2016 | J.P. MORGAN SECURITIES LLC 383 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | J.P. MORGAN SECURITIES LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/23/2014 | J.P. MORGAN SECURITIES LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/15/2016 | J.P. MORGAN SECURITIES LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/13/2014 | J.P. MORGAN SECURITIES, LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/23/2014 | J.P. MORGAN SECURITIES, LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/02/2016 | J.P. MORGAN SECURITIES, LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/13/2014 | J.P. MORGAN SECURITIES, LLC<br>383 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 10/24/2006 | J.P. MORGAN VENTURES ENERGY CORPORATION<br>277 PARK AVENUE, 11TH FLOOR<br>ATTENTION: COMMODITY OPERATIONS<br>NEW YORK, NY 10172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract/Trade Agreement, Dated: 02/01/2007 | J.P. MORGAN VENTURES ENERGY CORPORATION<br>277 PARK AVENUE<br>ATTENTION COMMODITY OPERATIONS<br>NEW YORK, NY 10172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 03/19/2013 | JERSEY CENTRAL POWER & LIGHT COMPANY<br>300 MADISON AVENUE<br>MORRISTOWN, NJ 07962-1911 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 10/24/2006 | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION<br>125 LONDON WALL<br>13TH FLOOR<br>ATTENTION: LEGAL DEPARTMENT-FX AND DERIVAIVES GROUP<br>LONDON EC2Y 5AJ<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/02/2016 | JP MORGAN SECURITIES<br>383 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/15/2010 | KEYBANC CAPITAL MARKETS<br>KEYBANC CAPITAL MARKETS INC.<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/23/2014 | KEYBANC CAPITAL MARKETS, INC.<br>227 W. MONROE ST.<br>SUITE 1800<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 08/20/2008 | KRAYN WIND, LLC<br>C/O BLACKROCK, INC.<br>40 EAST 52ND STREET<br>NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 02/12/2014 | LAKE LYNN GENERATION, LLC<br>C/O CUBE HYDRO PARTNERS, LLC, ATTENTION: GENERAL COUNSEL<br>2 BETHESDA METRO CENTER<br>BETHESDA, MD 20815 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Lease: Building and Land, Dated: 1/1/2016 | LAUREN MARIE WARD<br>76 SOUTH MAIN ST.<br>SUITE 140<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract, Dated: 11/10/2014 | LEVEL ONE GLOBAL SOLUTIONS, INC.<br>3 GREAT VALLEY PARKWAY<br>SUITE 100<br>MALVERN, PA 19355 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract, Dated: 11/30/2012 | LEVEL ONE LLC<br>3 GREAT VALLEY PARKWAY<br>SUITE 100<br>MALVERN, PA 19355 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract, Dated: 05/07/2013 | LEVEL ONE LLC<br>3 GREAT VALLEY PARKWAY<br>SUITE 100<br>MALVERN, PA 19355 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124853, Applicable Terms and Conditions and All Associated Agreements | LEVEL ONE LLC<br>3 GREAT VALLEY PARKWAY  SUITE 100<br>MALVERN, PA 19355-1416 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   FirstEnergy Solutions Corp.
Name

Case number *(if known)* 18-50757 (AMK)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124026, Applicable Terms and Conditions and All Associated Agreements | LEVEL ONE LLC<br>3 GREAT VALLEY PARKWAY  SUITE 100<br>MALVERN, PA 19355-1416 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124846, Applicable Terms and Conditions and All Associated Agreements | LEVEL ONE LLC<br>3 GREAT VALLEY PARKWAY  SUITE 100<br>MALVERN, PA 19355-1416 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 01/01/2016 | LIBERTY MUTUAL<br>1001 4TH AVENUE SUITE 1700<br>SEATTLE, WA 98154 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 09/27/2011 | MACQUARIE ENERGY LLC<br>500 DALLAS STREET<br>SUITE 3300<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/27/2011 | MACQUARIE GROUP OF COMPANIES<br>ONE ALLEN CENTER 500 DALLAS STREET<br>LEVEL 31<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Guarantees, Dated: 10/12/2016 | MACQUARIER PHYSICAL COMMODITIES UK LIMITED<br>28 ROPEMAKER PLACE<br>LONDON EC2Y 9HD<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 7/1/2007 | MANSFIELD 2007 TRUST A<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

18-50757-amk   Doc 547   FILED 05/15/18   ENTERED 05/15/18 22:52:35   Page 131 of 162

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 6/26/2007 | MANSFIELD 2007 TRUST A<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 7/1/2007 | MANSFIELD 2007 TRUST B<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 6/26/2007 | MANSFIELD 2007 TRUST B<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 7/1/2007 | MANSFIELD 2007 TRUST C<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 6/26/2007 | MANSFIELD 2007 TRUST C<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 7/1/2007 | MANSFIELD 2007 TRUST D<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 6/26/2007 | MANSFIELD 2007 TRUST D<br>C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC<br>300 DELAWARE AVE<br>9TH FLOOR<br>WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 7/1/2007 | MANSFIELD 2007 TRUST E C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC 300 DELAWARE AVE 9TH FLOOR WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 6/26/2007 | MANSFIELD 2007 TRUST E C/O U.S. BANK NATIONAL TRUST ASSOCIATION, CORPORATE TRUST SVC 300 DELAWARE AVE 9TH FLOOR WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 6/26/2007 | MANSFIELD 2007 TRUST F 300 DELAWARE AVE 9TH FLOOR WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee, Dated: 7/1/2007 | MANSFIELD 2007 TRUST F 300 DELAWARE AVE 9TH FLOOR WILMINGTON, DE 19801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124749, Applicable Terms and Conditions and All Associated Agreements | MANUFACTURERS EDUCATION COUNCIL INC BLENDONVIEW OFFICE PARK 5050 PINE CREEK DRIVE  SUITE A WESTERVILLE, OH 43081-4852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 10/14/2011 | MARYLAND SOLAR LLC 46-48 MARYLAND AVENUE, SUITE 400 ANNAPOLIS, MD 21401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55126082, Applicable Terms and Conditions and All Associated Agreements | MAXCOM INCORPORATED 10358 WILBERT DRIVE KIRTLAND, OH 44094 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract, Dated: 07/01/2015 | MCKINLEY INC<br>320 NORTH MAIN<br>SUITE 200<br>ANN ARBOR, MI 48104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 02/19/2013 | MERRILL LYNCH COMMODITIES INC<br>ATTN: CONTRACT ADMINISTRATION<br>20 EAST GREENWAY PLAZA<br>7TH FLOOR<br>HOUSTON, TX 77046 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 02/19/2013 | MERRILL LYNCH COMMODITIES INC<br>ATTN: CONTRACT ADMINISTRATION<br>20 EAST GREENWAY PLAZA<br>7TH FLOOR<br>HOUSTON, TX 77046 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 02/19/2013 | MERRILL LYNCH COMMODITIES INC<br>ATTN: CONTRACT ADMINISTRATION<br>20 EAST GREENWAY PLAZA<br>7TH FLOOR<br>HOUSTON, TX 77046 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 09/11/2012 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED<br>ONE BRYANT PARK<br>12TH FLOOR<br>NEW YORK, NY 10036 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 11/30/2010 | MERRILL LYNCH, PIERCE, FENNER, & SMITH INCORPORATED<br>4 WORLD FINANCIAL CENTER<br>11TH FLOOR<br>NEW YORK, NY 10080 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Benefit Plans, Dated: 01/01/2016 | METLIFE LIFE INSURANCE COMPANY<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 10/30/2014 | METROPOLITAN EDISON COMPANY 2800 POTTSVILLE PIKE READING , PA 19605-2459 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 01/17/2013 | METROPOLITAN EDISON COMPANY 2800 POTTSVILLE PIKE READING , PA 19605-2459 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 04/21/2003 | MEYERSDALE WINDPOWER, LLC 1001 MCKINNEY, SUITE 1740 HUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 04/21/2003 | MEYERSDALE WINDPOWER, LLC 1001 MCKINNEY, SUITE 1740 HUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/05/2008 | MORGAN STANLEY & CO. INCORPORATED 1221 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/05/2009 | MORGAN STANLEY & CO. INCORPORATED 1221 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/11/2009 | MORGAN STANLEY & CO. INCORPORATED 1221 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | MORGAN STANLEY & CO. LLC 1221 AVENUE OF THE AMERICAS 30TH FLOOR NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 04/02/2012 | MORGAN STANLEY & CO. LLC 1221 AVENUE OF THE AMERICAS 30TH FLOOR NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 01/18/2002 | MORGAN STANLEY CAPITAL GROUP INC. ATTN: COMMODITIES 2000 WESTCHESTER AVENUE PURCHASE, NY 10577-2530 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Employee Benefit Plans, Dated: 12/19/2016 | MOUL, DONALD 7757 FORST CREEK COURT MAUMEE, OH 43537 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/17/2009 | NEXTERA ENERGY POWER MARKETING, INC 700 UNIVERSE BLVD JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 6/1/2019 | NEXTERA ENERGY POWER MARKETING, LLC 700 UNLVERSE BLVD. JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 11/17/2009 | NEXTERA ENERGY POWER MARKETING, LLC 700 UNLVERSE BLVD. JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 6/1/2019 | NEXTERA ENERGY POWER MARKETING, LLC 700 UNLVERSE BLVD. JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 04/23/2015 | NEXTERA ENERGY POWER MARKETING, LLC 700 UNLVERSE BLVD. JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreement, Dated: 12/12/2013 | NEXTERA ENERGY POWER MARKETING, LLC 700 UNLVERSE BLVD. JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 6/1/2019 | NEXTERA ENERGY POWER MARKETING, LLC 700 UNLVERSE BLVD. JUNO BEACH, FL 33408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/01/2011 | NOBLE AMERICAS GAS & POWER CORP ATTN: LEGAL DEPARTMENT FOUR STAMFORD PLAZA 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/01/2011 | NOBLE AMERICAS GAS & POWER CORP. FOUR STAMFORD PLAZA 107 ELM STREET, 7TH FLOOR ATTN: LEGAL DEPARTMENT STAMFORD, CT 06901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract, Dated: 09/01/2009 | NORTH ALLEGHENY WIND, LLC ONE SOUTH BROAD STREET, FLOOR 20 PHILADELPHIA, PA 19107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 09/18/2006 | NORTH ALLEGHENY WIND, LLC ONE SOUTH BROAD STREET, FLOOR 20 PHILADELPHIA, PA 19107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 09/18/2006 | NORTH ALLEGHENY WIND, LLC. ONE SOUTH BROAD STREET FLOOR 20 ATTN: MANAGER PHILADELPHIA, PA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124714, Applicable Terms and Conditions and All Associated Agreements | NORTHEAST PROJECTIONS INCORPORATED 8600 SWEET VALLEY DRIVE CLEVELAND, OH 44125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 10/01/2010 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/13/2014 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 04/02/2012 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/11/2009 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/13/2014 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/30/2010 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/05/2008 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/01/2009 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/15/2010 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/01/2008 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/09/2009 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/30/2010 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/05/2009 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/17/2009 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 07/01/2015 | OHIO AIR QUALITY DEVELOPMENT AUTHORITY 1718 LEVEQUE TOWER 50 WEST BROAD ST. COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 04/18/2016 | OHIO EDISON COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 02/28/2014 | OHIO EDISON COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Lease: Building and Land, Dated: 05/18/2015 | OHIO EDISON TOWER LLC<br>ATTN: CEO<br>320 NORTH MAIN SUITE 200<br>ANN ARBOR, MI 48104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | OHIO WATER DEVELOPMENT AUTHORITY<br>480 SOUTH HIGH STREET<br>COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 07/01/2015 | OHIO WATER DEVELOPMENT AUTHORITY<br>480 SOUTH HIGH STREET<br>COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/11/2014 | OHIO WATER DEVELOPMENT AUTHORITY<br>480 SOUTH HIGH STREET<br>COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/01/2008 | OHIO WATER DEVELOPMENT AUTHORITY<br>480 SOUTH HIGH STREET<br>COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 08/13/2014 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 11/17/2009 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 11/30/2010 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 12/01/2006 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 10/01/2010 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 08/21/2014 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Agreement, Dated: 08/21/2014 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/05/2008 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 04/02/2012 | OHIO WATER DEVELOPMENT AUTHORITY 480 SOUTH HIGH STREET COLUMBUS, OH 43215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125194, Applicable Terms and Conditions and All Associated Agreements | OPEN ACCESS TECHNOLOGY INT (OATI) INCORPORATED 3660 TECHNOLOGY DRIVE NE MINNEAPOLIS, MN 55418 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 45520992, Applicable Terms and Conditions and All Associated Agreements | OPEN SYSTEMS INTERNATIONAL INC 4101 ARROWHEAD DRIVE MEDINA, MN 55340 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124178, Applicable Terms and Conditions and All Associated Agreements | PALISADE CORPORATION 798 CASCADILLA STREET ITHACA, NY 14850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 02/12/2014 | PE HYDRO GENERATION, LLC C/O CUBE HYDRO PARTNERS, LLC, ATTENTION: GENERAL COUNSEL 2 BETHESDA METRO CENTER BETHESDA, MD 20815 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/22/2010 | PENNSYLVANIA ECONOMIC DEVELOPMENT FINANCING AUTHORITY COMMONWEALTH KEYSTONE BUILDING 400 NORTH ST. 4TH FLOOR HARRISBURG, PA 17120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/15/2016 | PENNSYLVANIA ECONOMIC DEVELOPMENT FINANCING AUTHORITY COMMONWEALTH KEYSTONE BUILDING 400 NORTH ST. 4TH FLOOR HARRISBURG, PA 17120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/02/2016 | PENNSYLVANIA ECONOMIC DEVELOPMENT FINANCING AUTHORITY COMMONWEALTH KEYSTONE BUILDING 400 NORTH ST. 4TH FLOOR HARRISBURG, PA 17120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 01/17/2013 | PENNSYLVANIA ELECTRIC COMPANY 5404 EVANS ROAD ERIE , PA 16509 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 01/17/2013 | PENNSYLVANIA POWER COMPANY 233 FRENZ DRIVE NEW CASTLE, PA 16101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 10/30/2014 | PENNSYLVANIA POWER COMPANY 233 FRENZ DRIVE NEW CASTLE, PA 16101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 01/15/2014 | PENNSYLVANIA POWER COMPANY 233 FRENZ DRIVE NEW CASTLE, PA 16101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 02/28/2014 | PENNSYLVANIA POWER COMPANY 233 FRENZ DRIVE NEW CASTLE, PA 16101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | PNC CAPITAL MARKETS LLC<br>THREE PNC PLAZA<br>225 FIFTH AVENUE, 5TH FLOOR<br>PITTSBURGH, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/04/2014 | PNC CAPITAL MARKETS LLC<br>THREE PNC PLAZA<br>225 FIFTH AVENUE, 5TH FLOOR<br>PITTSBURGH, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124255, Applicable Terms and Conditions and All Associated Agreements | PONTOON SOLUTIONS INCORPORATED<br>10151 DEERWOOD PARK BLVD BLD 200 ST<br>JACKSONVILLE, FL 32256 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124256, Applicable Terms and Conditions and All Associated Agreements | PONTOON SOLUTIONS INCORPORATED<br>10151 DEERWOOD PARK BLVD BLD 200 ST<br>JACKSONVILLE, FL 32256 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124036, Applicable Terms and Conditions and All Associated Agreements | POWER COSTS INCORPORATED<br>301 DAVID L BOREN BLVD SUITE 2000<br>NORMAN, OK 73072 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 07/01/2007 | PPL ENERGY PLUS, LLC<br>ATTN: CONTRACT ADMINISTRATION (GENPL7)<br>TWO NORTH NINTH STREET<br>ALLENTOWN, PA 18101-1179 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 07/01/2007 | PPL ENERGYPLUS, LLC<br>ATTN: CONTRACT ADMINISTRATION (GENPL7)<br>TWO NORTH NINTH STREET<br>ALLENTOWN, PA 18101-1179 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.272** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124759, Applicable Terms and Conditions and All Associated Agreements | PRODUCERS ASSOCIATES INCORPORATED 330 CRYSTAL LAKE ROAD AKRON, OH 44333 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.273** | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 07/13/2007 | PSEG ENERGY RESOURCES & TRADE LLC ATTN: MANAGER-WHOLESALE CONTRACTS 80 PARK PLAZA, T19 NEWARK, NJ 07102-4194 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.274** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | RBC CAPITAL MARKETS, LLC 200 VESEY STREET 9TH FLOOR NEW YORK, NY 10281 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.275** | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 09/10/2010 | RC ENERGY JCP1, LLC 233 NORTH MICHIGAN AVE, SUITE 2330 CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.276** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 45512551, Applicable Terms and Conditions and All Associated Agreements | ROBERT HALF INTERNATIONAL INC DBA RH LEGAL 2613 CAMINO RAMON BISHOP RANCH #3 SAN RAMON, CA 94583 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.277** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124562, Applicable Terms and Conditions and All Associated Agreements | S GROUP INCORPORATED 1942 NEWTON STREET AKRON, OH 44305 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.278** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125052, Applicable Terms and Conditions and All Associated Agreements | S&P GLOBAL/FKA MCGRAW HILL FINANCIA DBA PLATTS TWO PENN PLAZA 25TH FLOOR NEW YORK, NY 10121-2298 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124875, Applicable Terms and Conditions and All Associated Agreements | SANDRA REVEE KELLY<br>1101 MEADOW SPUR<br>AKRON, OH 44333 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124806, Applicable Terms and Conditions and All Associated Agreements | SAS INSTITUTE INCORPORATED<br>PUBLICATIONS SALES DEPT<br>SAS CAMPUS DRIVE<br>CARY, NC 27513 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 08/17/2010 | SEC BELLEFONTE SD SOLAR ONE, LLC<br>C/O DUKE ENERGY GENERATION SERVICES, ATTENTION BRIAN K STALLMAN, VICE PRESIDENT OF BUSINESS DEVELOPMENT<br>139 EAST 4TH STREET<br>CINCINNATI, OH 45202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 08/17/2010 | SEC BESD SOLAR ONE, LLC<br>C/O PRESIDENT OF BUSINESS DEVELOPMENT , DUKE ENERGY GENERATION SERVICES<br>139 EAST 4TH STREET<br>CINCINNATI, OH 45202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 02/12/2014 | SENECA GENERATION, LLC<br>C/O LS POWER DEVELOPMENT, LLC, ATTENTION: DAVID HADEN<br>ONE TOWER CENTER, 21ST FLOOR<br>EAST BRUNSWICK, NJ 08816 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 04/01/2013 | SHELL ENERGY NORTH AMERICA (US) L.P.<br>ATTN: CONTRACTS NORTH AMERICA<br>1000 MAIN STREET, LEVEL 12<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 04/01/2013 | SHELL ENERGY NORTH AMERICA (US), L.P<br>1000 MAIN STREET<br>LEVEL 12<br>ATTN: CONTRACTS NORTH AMERICA<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55126118, Applicable Terms and Conditions and All Associated Agreements | SHI INTERNATIONAL CORPORATION<br>290 DAVIDSON AVENUE<br>SOMERSET, NJ 08873 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124466, Applicable Terms and Conditions and All Associated Agreements | SPEAKERBUS INCORPORATED<br>45 BROADWAY SUITE 2430<br>NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125927, Applicable Terms and Conditions and All Associated Agreements | SPECIAL RESPONSE CORPORATION<br>14804 YORK ROAD<br>SPARKS, MD 21152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 10/14/2016 | ST. PAUL FIRE AND MARINE INSURANCE.<br>385 WASHINGTON STREET<br>SAINT PAUL, MN 55102-1309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124925, Applicable Terms and Conditions and All Associated Agreements | STERLING INFOSYSTEMS INCORPORATED<br>ONE STATE STREET 24TH FLOOR<br>NEW YORK, NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/21/2017 | SUEZ ENERGY MARKETING NA INC<br>ATTN: VP CREDIT<br>1990 POST OAK BOULEVARD<br>SUITE 1900<br>HOUSTON, TX 77056-4499 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124016, Applicable Terms and Conditions and All Associated Agreements | SUMMIT ADVANTAGE LLC<br>3340 WEST MARKET STREET<br>AKRON, OH 44333 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55124468, Applicable Terms and Conditions and All Associated Agreements | SYSTEMS & SOFTWARE INCORPORATED DBA EXCELERGY 100 QUANNAPOWITT PARKWAY SUITE 405 WAKEFIELD, MA 01880 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55125511, Applicable Terms and Conditions and All Associated Agreements | SYSTEMS & SOFTWARE INCORPORATED DBA EXCELERGY 100 QUANNAPOWITT PARKWAY SUITE 405 WAKEFIELD, MA 01880 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55123993, Applicable Terms and Conditions and All Associated Agreements | TANGENT ENERGY SOLUTIONS INC PO BOX 1140 204 GALE LANE KENNETT SQUARE, PA 19348 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55124597, Applicable Terms and Conditions and All Associated Agreements | TELELANGUAGE INC 514 SW 6TH AVENUE 4TH FLOOR PORTLAND, OR 97204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55124866, Applicable Terms and Conditions and All Associated Agreements | TELELANGUAGE INC 514 SW 6TH AVENUE 4TH FLOOR PORTLAND, OR 97204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55124215, Applicable Terms and Conditions and All Associated Agreements | TELVENT USA HOLDINGS LLC DBA TELVENT DTN LLC 9110 WEST DODGE ROAD OMAHA, NE 68114-3324 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55125289, Applicable Terms and Conditions and All Associated Agreements | TELVENT USA HOLDINGS LLC DBA TELVENT DTN LLC 9110 WEST DODGE ROAD OMAHA, NE 68114-3324 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 12/01/2012 | TENASKA POWER SERVICES CO ATTN: DIRECTOR, CONTRACT ADMINISTRATION 1701 E. LAMAR BOULEVARD, SUITE 100 ARLINGTON, TX 76006 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124233, Applicable Terms and Conditions and All Associated Agreements | TETRA TECH INCORPORATED 661 ANDERSON DRIVE PITTSBURGH, PA 15220-2700 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 12/01/2010 | THE BAI{K OF NEW YORK MELLON TRUST COMPANY, N.A 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/04/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/07/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/05/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/17/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/27/2006 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/22/2010 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 09/18/2012 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 04/02/2012 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 06/26/2014 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/01/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/01/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.314** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 12/21/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.315** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/07/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.316** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.317** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/02/2016 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.318** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/20/2010 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.319** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 11/30/2010 | THE BANK OF NEW YORK MELLON TRUST COMPANY, NA 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.320** | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/01/2009 | THE BANK OF NEW YORK MELLON TRUST COMPANY. N.A. ATTN: CORPORATE TRUST DEPARTMENT THE BANK OF NEW YORK MELLON TRUST COMPANY. N.A. 1660 WEST 2ND STREET SUITE 830 CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 12/01/2006 | THE BANK OF NEW YORK TRUST COMPANY<br>1660 WEST 2ND STREET<br>SUITE 830<br>CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Guarantor - Pass Through Trust Agreement, Dated: 6/26/2007 | THE BANK OF NEW YORK TRUST COMPANY<br>1660 WEST 2ND STREET<br>SUITE 830<br>CLEVELAND, OH 44113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 01/10/2014 | THE BANK OF NOVA SCOTIA<br>ATTN: GLOBAL CAPITAL MARKETS DOCUMENTATION<br>40 KING STREET WEST<br>SCOTIA PLAZA, 55TH FLOOR<br>TORONTO, ON M5H 1H1<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 01/10/2014 | THE BANK OF NOVA SCOTIA<br>ATTN: GLOBAL CAPITAL MARKETS DOCUMENTATION<br>40 KING STREET WEST<br>SCOTIA PLAZA, 55TH FLOOR<br>TORONTO, ON M5H 1H1<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 04/02/2012 | THE BANK OF NOVA SCOTIA<br>ATTN: GLOBAL CAPITAL MARKETS DOCUMENTATION<br>40 KING STREET WEST<br>SCOTIA PLAZA, 55TH FLOOR<br>TORONTO, ON M5H 1H1<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement, Dated: 01/01/2013 | THE CENTER FOR RESOURCE SOLUTIONS<br>P.O. BOX 29512<br>SAN FRANCISKO, CA 94129 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 12/28/2005 | THE CINCINNATI GAS AND ELECTRIC COMPANY<br>139 EAST FOURTH STREET<br>CINCINNATI, OH 45202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 04/18/2016 | THE CLEVELAND ELECTRIC ILLUMINATING COMPANY 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 01/28/2015 | THE POTOMAC EDISON COMPANY 10802 BOWER AVENUE WILLIAMSPORT, MD 21795 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124028, Applicable Terms and Conditions and All Associated Agreements | THE RECEIVABLE MANAGEMENT SVC CORP DBA RECEIVABLE MANAGEMENT SERVICES 4836 BRECKSVILLE ROAD RICHFIELD, OH 44286 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/13/2014 | THE REMARKETING AGENTS 9 C/O J.P. MORGAN SECURITIES LLC, ACTING AS REPRESENTATIVE 383 MADISON AVENUE 8TH FLOOR NY, NY 10179 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 04/18/2016 | THE TOLEDO EDISON COMPANY 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort,  Dated: 02/28/2014 | THE TOLEDO EDISON COMPANY 76 SOUTH MAIN STREET AKRON, OH 44308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 11/28/2007 | THE UNION LIGHT, HEAT AND POWER COMPANY MANAGER, CONTRACT ADMINISTRATION 139 EAST FOURTH STREET, EA 503 CINCINNATI, OH 45201-0960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124231, Applicable Terms and Conditions and All Associated Agreements | TKM PRINT SOLUTIONS INCORPORATED 760 KILLIAN ROAD AKRON, OH 44319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 10/14/2016 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD, CT 06183 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 08/21/2014 | U.S. BANCORP INVESTMENTS, INC. 60 LIVINGSTON AVENUE EP-MN-WN3C SAINT PAUL, MN 55107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement, Dated: 03/27/2006 | UBS AG, STAMFORD BRANCH ATTN: BANKING PRODUCTS/DENISE BUSHEE UBS AG STAMFORD BRANCH 677 WASHINGTON BLVD STAMFORD, CT 06912 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 11/26/2007 | UNION ELECTRIC COMPANY C/O AMEREN SERVICES COMPANY ATTN:, DIRECTOR OF CREDIT 1901 CHOUTEAU AVE., MC 960 ST. LOUIS, MO 63101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Guarantees, Dated: 08/11/2015 | URENCO, INC. SUITE 300 1560 WILSON BOULEVARD ARLINGTON, VA 22209-2463 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55121034, Applicable Terms and Conditions and All Associated Agreements | VALUEOPTIONS INCORPORATED 240 CORPORATE BOULEVARD NORFOLK, VA 23502 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/19/2007 | VIRGINIA ELECTRIC AND POWER COMPANY 120 TREDEGAR STREET RICHMOND, VA 23219 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 10/19/2007 | VIRGININA ELECTRIC AND POWER COMPANY ATTN: CONTRACT ADMINISTRATION P.O. BOX 24773 RICHMOND, VA 23260 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Power Supply Agreement, Dated: 05/28/2015 | VIRIDIAN ENERGY, LLC 1055 WASHINGTON BLVD., 7TH FLOOR, SUITE 700 STAMFORD, CT 06901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Benefit Plans, Dated: 01/01/2011 | VISION SERVICE PLAN 3333 QUALITY DRIVE RANCHO CORDOVA, CA 95670 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | Power Supply Agreement, Dated: 02/27/2014 | VITOL INC. 1100 LOUSIANA ST. , SUITE 5500 HUSTON, TX 77002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Power Supply Agreement, Dated: 09/11/2015 | VXI GLOBAL SOLUTIONS 401 CLEVELAND AVE CANTON, OH 44702 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order - 55124021, Applicable Terms and Conditions and All Associated Agreements | VXI GLOBAL SOLUTIONS INCORPORATED 220 WEST 1ST STREET 3RD FLOOW LOS ANGELES, CA 90012 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124668, Applicable Terms and Conditions and All Associated Agreements | VXI GLOBAL SOLUTIONS INCORPORATED 220 WEST 1ST STREET 3RD FLOOW LOS ANGELES, CA 90012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Derivatives/Swaps/Foreign Exchange/Hedging Agreement, Dated: 05/05/2011 | WABASH VALLEY POWER ASSOCIATION, INC ATTN: CONTRACT ADMINISTRATION 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS, IN 46214-3756 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55124033, Applicable Terms and Conditions and All Associated Agreements | WAGEWORKS INCORPORATED PO BOX 8363 PASADENA, CA 91109-8363 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 06/16/2011 | WALGREEN CO. 106 WILMOT ROAD, MS 1630 DEERFIELD, IL 60015 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55111069, Applicable Terms and Conditions and All Associated Agreements | WEICHERT WORKFORCE MOBILITY INC 1625 STATE ROUTE 10 MORRIS PLAINS, NJ 7950 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 10/30/2014 | WEST PENN POWER COMPANY 800 CABIN HILL DRIVE GREENSBURG, PA 15601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Provider of Last Resort, Dated: 01/17/2013 | WEST PENN POWER COMPANY 800 CABIN HILL DRIVE GREENSBURG, PA 15601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 12/17/2014 | WESTCHESTER FIRE INSURANCE COMPANY<br>436 WALNUT STREET<br>PO BOX 1000<br>PHILADELPHIA, PA 19106 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125218, Applicable Terms and Conditions and All Associated Agreements | WIRECARD NORTH AMERICA INC<br>555 NORTH LANE SUITE 5040<br>CONSHOHOCKEN, PA 19428 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - 55125214, Applicable Terms and Conditions and All Associated Agreements | WIRECARD NORTH AMERICA INC<br>555 NORTH LANE SUITE 5040<br>CONSHOHOCKEN, PA 19428 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Lease: Building and Land, Dated: 06/01/2016 | XO COMMUNICATIONS SERVICES, LLC<br>C/O PORTFOLIO SOLUTIONS GROUP, LLC<br>ATTN: LEASE ADMINISTRATOR<br>1301 W. 22ND STREET SUITE 102<br>OAKBROOK, IL 60523 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Power Supply Agreement, Dated: 10/29/2010 | ZOOLOGICAL SOCIETY OF CINCINNATI<br>C/O LORI L. VOSS, CINCINNATI ZOO&BOTANICAL GARDEN<br>3400 VINE STREET<br>CINCINNATI, OH 45220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Indemnity Agreement, Dated: 10/14/2016 | ZURICH AMERICAN INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>165 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | BM1, LLC | ☐ D ☒ E/F ☐ G |
| 2.2 FE Aircraft Leasing Corp. | 341 White Pond Drive Akron, OH 44320 | FIRSTENERGY CORP. | ☐ D ☒ E/F ☐ G |
| 2.3 FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | FIRSTENERGY CORP. | ☐ D ☒ E/F ☐ G |
| 2.4 FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | FIRSTENERGY CORP. | ☐ D ☒ E/F ☐ G |
| 2.5 FirstEnergy Nuclear Generation, LLC | 341 White Pond Drive Akron, OH 44320 | FIRSTENERGY CORP. | ☐ D ☒ E/F ☐ G |
| 2.6 FirstEnergy Nuclear Operating Company | 341 White Pond Drive Akron, OH 44320 | FIRSTENERGY CORP. | ☐ D ☒ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Norton Energy Storage L.L.C. | 341 White Pond Drive Akron, OH 44320 | FIRSTENERGY CORP. | ❑ D  ☒ E/F  ❑ G |
| 2.8 | FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST A | ❑ D  ☒ E/F  ❑ G |
| 2.9 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST A | ❑ D  ☒ E/F  ❑ G |
| 2.10 | FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST B | ❑ D  ☒ E/F  ❑ G |
| 2.11 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST B | ❑ D  ☒ E/F  ❑ G |
| 2.12 | FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST C | ❑ D  ☒ E/F  ❑ G |
| 2.13 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST C | ❑ D  ☒ E/F  ❑ G |
| 2.14 | FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST D | ❑ D  ☒ E/F  ❑ G |
| 2.15 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST D | ❑ D  ☒ E/F  ❑ G |
| 2.16 | FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST E | ❑ D  ☒ E/F  ❑ G |
| 2.17 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST E | ❑ D  ☒ E/F  ❑ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | FirstEnergy Generation Mansfield Unit 1 Corp. | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST F | ☐ D<br>☒ E/F<br>☐ G |
| 2.19 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | MANSFIELD 2007 TRUST F | ☐ D<br>☒ E/F<br>☐ G |
| 2.20 | FirstEnergy Generation, LLC | 341 White Pond Drive Akron, OH 44320 | METLIFE CAPITAL, LIMITED PARTNERSHIP | ☐ D<br>☒ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/15/2018
            MM / DD / YYYY

✖ /s/ Kevin Warvell
Signature of individual signing on behalf of debtor

Kevin Warvell
Printed name

Chief Financial Officer
Position or relationship to debtor