UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-50757<br>) (Jointly Administered)<br>)<br>) Hon. Judge Alan M. Koschik<br>) |

## REQUEST TO BE REMOVED FROM NOTIFICATIONS

Please take notice that Julie A. Brennan, Esquire requests that she be removed from all filing notifications for the Bankruptcy Case No. 18-50757.

Respectfully submitted,

By: *Julie A Brennan*
Avrum Levicoff, Esquire
ALevicoff@Levicofflaw.com
Pa. I.D. #: 26044
Julie A. Brennan, Esquire
JBrennan@LevicoffLaw.com
Pa. I.D. #: 306987
The Levicoff Law Firm, P.C.

{L0737543.1}