## Exhibit A

Third Amended OCP Schedules

## Third Amended Schedule of Tier 1 OCPs

| Name | Address | Services |
|---|---|---|
| Calfee Halter & Griswold LLP | 1405 EAST SIXTH STREET, CLEVELAND, OH 44114 | Outside legal services - Regulatory and Asbestos Litigation Matters |
| Dewey Square Group, LLC | 607 14TH ST. NW, SUITE 500, WASHINGTON DC 20005 | Outside professional Services - Legislative Matters |

1

## Third Amended Schedule of Tier 2 OCPs

| Name | Address | Services |
|---|---|---|
| Babst, Calland, Clements and Zomnir, P.C. | 2 GATEWAY CENTER, 6TH FLOOR, PITTSBURGH, PA 15222 | Outside legal services - Environmental Matters |
| Benesch, Friedlander, Coplan & Aronoff LLP | 200 PUBLIC SQ #2300, CLEVELAND, OH 44114-2378 | Outside legal services - Environmental and Commercial Matters |
| Black, McCuskey, Souers & Arbaugh, LPA | 220 MARKET AVENUE S; SUITE 1000 CANTON OHIO 44702 | Outside legal services - Contract Matters |
| Day Pitney | 300 KANAWHA BLVD., EAST, CHARLESTON, WV 25301 | Outside legal services - State Regulatory |
| Deloitte Transactions & Business Analytics, LLP | 4022 SELLS DRIVE, HERMITAGE, TN 37076 | Outside professional services - Tax Advisory Services |
| Economists Incorporated | 2121 K STREET, SUITE 1100, WASHINGTON, DC 20037 | Outside professional services - Expert Witness |
| Esty & Associates | DAN ESTY, 213 PRESTON TERRACE, CHESHIRE, CT 06410 | Outside professional services - Expert Witness |
| Experis US, Inc. | 29973 NETWORK PLACE, CHICAGO, IL 60673-1299 | Outside professional services – Tax Audit Services |
| Gibson Dunn & Crutcher LLP | 333 SOUTH GRAND AVENUE, LOST ANGELES, CA 90071 | Outside legal services - Federal Regulatory Matters |
| Greenberg Traurig LLP | 54 STATE STREET, 6TH FLOOR, ALBANY, NY 12207 | Outside legal services - Federal Regulatory Matters |
| Harrington Hoppe & Mitchell Ltd | P.O. BOX 6077, YOUNGSTOWN, OH 44501-6077 | Outside legal services - Commercial Litigation |
| Hepler Broom LLC | P.O. BOX 510, 130 N. MAIN STREET, EDWARDSVILLE, IL 62025 | Outside legal services - Asbestos Litigation |
| J E Cichanowicz Incorporated | 236 N. SANTA CRUZ AVE., SUITE 202, LOS GATOS, CA 95030 | Outside professional services - Expert Witness |
| Jackson Kelly P LLC | 500 LEE STREET, EAST, SUITE 1600, CHARLESTON, WV 25301-3202 | Outside legal services - Arbitration Matters |
| Knox McLaughlin Gornall & Sennett, P.C. | 120 WEST TENTH STREET, ERIE, PA 16501 | Outside legal services - Workers' Comp Matters |
| Kolich & Associates LLC | 1521 HIGHTOWER DRIVE, UNIONTOWN OH 44685 | Outside legal services - State Regulatory Matters |
| Lanier Consulting LLC | P.O. BOX 1621, STOW, OH 44224 | Outside professional services - Consulting Services |
| Law Firm Of Russell R Johnson III | 2258 WHEATLANDS DRIVE, MANAKIN SABOT, VA 23103 | Outside legal services - Bankruptcy Cases Filed By Third Parties |
| Lewis Brisbois Bisgaard & Smith LLP | 633 W. 5TH STREET, LOS ANGELES, CA 90071 | Outside legal services - Asbestos Litigation Matters |
| Litchfield Cavo LLP | ONE GATEWAY CENTER, SUITE 600, 420 FORT DUQUESNE BLVD., PITTSBURGH, PA 15222-1435 | Outside legal services - Personal Injury Claim and Asbestos Litigation Matters |
| Loomis, Ewert, Parsley, Davis & Gotting, P.C. | 124 W ALLEGAN ST., SUITE 700, LANSING, MI 48933 | Outside legal services - Regulatory and Asbestos Litigation Matters |

| Name | Address | Services |
|---|---|---|
| Mansour Gavin LPA | NORTH POINT TOWER, 1001 LAKESIDE AVE., SUITE 1400, CLEVELAND, OH 44114 | Outside legal services - Commercial Matters |
| Marnen Mioduszewski Bordonaro Wagner & Sinnott, LLC | 516 WEST TENTH STREET, ERIE PA 16502 | Outside legal services - Workers Compensation |
| Mololamken LLP | 430 PARK AVE., FLOOR 6, NEW YORK, NY 10022 | Outside legal services - Federal Regulatory/Appeals |
| Morgan Lewis & Bockius LLP | 1701 MARKET STREET, PHILADELPHIA, PA 19103 | Outside legal services - State and Federal Regulatory Matters |
| Navigant Consulting Incorporated | 30 S. WACKER DRIVE, SUITE 1300, 4511 PAYSPHERE CIRCLE, CHICAGO, IL 60606 | Outside professional services - Consulting Services |
| Penny Legal Group, LLC | 800 NORTH THIRD STREET, SUITE 201, HARRISBURG, PA 17102 | Outside legal services - Federal Regulatory Matters |
| Persun & Hamlin Pc | P.O. BOX 659, 1700 BENT CREEK BLVD., MECHANICSBURG, PA 17055-0659 | Outside legal services - Tax Matters |
| Philip Elwell Troy, Esq. | 217 ASH COURT, WEXFORD, PA 15090 | Outside legal services - Federal Regulatory Matters |
| Porter Wright Morris & Arthur LLP | 41 SOUTH HIGH STREET, COLUMBUS, OH 43215 | Outside legal services - Environmental and State Regulatory Matters |
| R L Banks & Associates Inc | 2107 WILSON BLVD #750, ARLINGTON, VA 22201 | Outside professional services - Expert Witness |
| Rawle & Henderson LLP | THE WIDENER BUILDING, ONE SOUTH PENN SQUARE, PHILADELPHIA, PA 19107 | Outside Legal Services-Litigation Matters |
| Roetzel & Andress, LPA | 222 SOUTH MAIN STREET, AKRON, OH 44308 | Outside legal services - Workers Compensation. Employment, Trademark and Claim Matters |
| Ross Brittain & Schonberg | 6480 ROCKSIDE WOODS BLVD. SOUTH, SUITE 350, CLEVELAND, OH 44131 | Outside legal services - Labor Matters |
| Scanlon, Howley & Doherty, P.C. | 217 WYOMING AVENUE, SCRANTON, PA 18503 | Outside legal services - Electrical Contact Claim Matters |
| Skadden Arps Slate Meagher & Flom LLP And Affiliates | FOUR TIMES SQUARE, NEW YORK, NY 10036-6522 | Outside legal services - Federal Regulatory |
| Spillman, Thomas & Battle | 300 KANAWHA BLVD., EAST, CHARLESTON, WV 25301 | Outside legal services - Environmental Matters |
| Squire Patton Boggs US LLP | 4900 KEY TOWER, 127 PUBLIC SQUARE, CLEVELAND, OH 44114 | Outside legal services - Real Estate Matters and Bay Shore Asset Sale Transaction |
| Steptoe & Johnson PLLC | 400 WHITE OAKS BOULEVARD, BRIDGEPORT, WV 26330 | Outside legal services - Environmental and Employment Matters |
| The Brattle Group | 44 BRATTLE STREET, CAMBRIDGE, MA 02138-3736 | Outside professional services - Expert Witness |
| The Levicoff Law Firm, P.C. | 4 PPG PLACE, SUITE 200, PITTSBURGH, PA 15222 | Outside legal services - Personal Injury Claim Matters |
| Van Ness Feldman, LLP | 1050 THOMAS JEFFERSON STREET, NW, DC 20007 | Outside legal services - Contract Matters |
| Wilkinson Barker Knauer LLP | 1755 BLAKE STREET, SUITE 470, DENVER, COLORADO 80202 | Outside Legal Services-Litigation Matters |