# EXHIBIT "D"

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
April 1, 2018 through April 30, 2018

---

## PROFESSIONAL SERVICES

| | | | | Hours | Amount |
|---|---|---|---|---|---|

| Date | Initials | Description | Hours |
|---|---|---|---|
| 4/1/2018 | BA | Email discussion with Prime Clerk re: wrong logo on FES page, worked to provide proper logo for Solutions. (1.4) Finalized all documents and details for FES restructuring site. (.9) Facilitated communications rollout to leadership team. Answered questions via email to ensure all team members prepared for morning questions. (2.4) Follow-up on media coverage of initial news release from Bankruptcy industry journals – WSJpro, Debtwire, Bloombergy.(2.8) | 7.50 |
| | TJB | Fielded WSJ inquiry and shared with team (.2) | 0.20 |
| | TSM | Exchange email with FE's D. Francis re: FE logo on FES PrimeClerk page (.4); confer on same with B. Adrian re: seeking fix (.2); review FES website tile and landing page, check buttons and look of PrimeClerk links (.4); review stories in Plain Dealer, Beacon Journal, other early coverage (.3); exchange email with Toledo Blade on Ch 11 filing (.2); exchange emails with T. Becker re: WS Journal query (.2); exchange emails with WSJ editor on PrimeClerk site, missing D. Schneider first day declaration, etc., and exchange emails with L. Beckerman on same (.8); review Schneider first day declaration (.5); exchange emails with local TV, other media during day (.5) | 3.50 |
| | KMS | Completed three evening news searches for FirstEnergy news stories post-release- with heavy reporting results. (8.5) Reviewed and edited several Q&A documents for formatting and consistency. Created a Master Q&A. (1.5) | 10.00 |
| 4/2/2018 | BA | Fielded incoming media inquiries – mainly local media to plant locations. (1.1) Attended leadership education meeting to provide communication answers and instructions on using the communication toolkit provided to all managers. (1.9) Troubleshoot incoming calls to the customer call center. (.4) Discussion with B. Farley re: attending his regular public meeting and talking points he should use regarding the recent filing and safety issues. (.7) Worked on talking points for D. Onuska re: talking points for public meeting, he is attending re: Nuclear Plant safety. (.6) Discussion re: employee mailbox and processing questions received. Worked on first day employee memo to be used following 1st Day hearing. (2.9) Participated in afternoon round-up meeting to ensure all details were covered. Continued to field inquiries. (2.1) | 9.70 |
| | TSM | Review investor calls and confer with B. Adrian on how to handle them (.4); confer by phone & email with D. Benyak on Thurs NRC open house at Perry (.5); field and respond to media calls on Ch 11 filing throughout day - WSJ, Crain's, ABC5, Pgh Business Times, NPR, CNN, Politico, Toledo Blade, others (9.5) | 10.40 |

1

| Date | Initials | Description | Hours |
|---|---|---|---|
| | ADP | On-site at WAC: Worked with T. Mulligan to field media inquiries from Crain's, WSJ, Reuters, Bloomberg (3.4); Worked to draft, edit and review, additional leadership and employee communications documents (4.6). | 8.00 |
| | KMS | Completed the third-round news search for FirstEnergy Solutions; (1.9) Organized and disseminated media clips to leadership, legal and financial Team. (1.1) | 3.00 |
| 4/3/2018 | BA | Finalized 1st Day hearing employee memo with edits from legal and leadership team. (1.9) Discussion with D. Moul re: GOL (Generation Online) article dissemination via the FE website (.8) Discussion with D. Griffing re: Masthead for Employee Update Newsletter to be used consistently when sending information on Restructuring to all employees. Discussion with C. Wagner at Sitirck re: creating digital masthead. (2.3) Follow-up on calls to Customer Center that were not placed to the right call center - handled accordingly. (2.4) Worked with Akin on language for retention motion. Discussion with MSS and in-house counsel (1.8) | 9.20 |
| | TSM | Exchange email with World Nuclear News editor re: correction in deactivation story (fixed) (.3); exchange email with R. Lonnett, forwarding Ch 11 Talking Points for outside citizens panel (.3); drive to US Bankruptcy Court with A. Pruitt and attend First Day hearing (5); exchange emails with FES team re: employee website updates on court proceedings (.3); exchange emails, calls with media following First Day hearing - Plain Dealer, Beacon Journal, Crain's, Bloomberg (3.5) | 9.40 |
| | ADP | Attend first-day motions at BK court to provide media guidance as needed with large crowd expected. Provided various reporters with access to leadership team and legal team as needed to provide comment on court activities following hearing. (5); On-site at WAC; updated and review communications documents; confer with T. Mulligan and B. Adrian on same. (3.6) | 8.60 |
| | CBW | Word doc revisions to masthead design for new Restructuring Update letterhead (.75); emails with A. Pruitt and B. Adrian re; same (.25). | 1.00 |
| 4/4/2018 | BA | Discussion and work on Masthead for Employee Update on restructuring. (.8). Starting culling questions coming from the Employee email box. Email discussion with Akin labor team on answers for drafting update. (3.6) Discussion with BK team on upcoming important dates such as UCC formation meeting, upcoming hearings, etc. for first employee update draft. (1.4) Email queries re: contacts for forwarding bondholder and shareholder calls and requests. (.8) Fielded incoming media inquiries from Plain Dealer, Beacon Journal. (2.9) | 9.50 |
| | MDF | Worked on Custom document graphics for Restructuring Update Letterhead with C. Wagner. | .30 |
| | TSM | Exchange email with media - Crain's, EE News; confer on same with team, and respond (.8); review news articles (.3); exchange emails with FES team re: remaining media questions, upcoming NRC open house at Perry Public Library (.5) | 1.60 |

Monthly Fee Statement: April 1, 2018 through April 30, 2018

| Date | Initials | Description | Hours |
|---|---|---|---|
| | TSM | Travel from Akron to NY after leading communications activities for the Filing on-site. Drafted all employee, media, vendor and other existing Constituent communication documents. Fielded all media inquiries post Filing. [Travel billed at half billable rate]. (5.0) | 5.00 |
| | ADP | On-site WAC; worked with C. Wagner for Restructuring Update document Design; (2) review questions from employees and update FAQ; confer with B. Adrian on same (4.8); field media inquiries. (1.3) | 8.10 |
| | CBW | Word doc design and revisions of masthead for new Restructuring Update Letterhead (3.0); emails with A. Pruitt and M. Fern re; same (.20). | 3.20 |
| 4/5/2018 | BA | Responded to misdirected calls to the Customer Call center - C. Lampman of Pennsylvania Dept. of Labor and Industry's Rapid Response Service Unit re: announced closures and mass layoffs. (.6) Discussion and talking points for S. Zalesny for use in his regular meeting at the URSB in Columbus at the Emergency operations center which is open to the public and media. (.7) Continued working with leadership and legal team on employee update #1 (.4.8). Troubleshooting incoming issues from various managers. (1.7) | 7.80 |
| | BA | Travel from Akron to NYC. Fielded incoming media calls as needed during travel to airport, waiting time, delayed flight, etc. Provided all communication documents for filing announcement and follow-up communications with all audiences. [Travel billed at half billable rate.] (5.30) | 5.30 |
| | TSM | Exchange emails with media - EE News, Rad Waste Monitor, Beacon Journal on lobbyist meeting with President Trump, and confer on same with A. Pruitt (1.5); attend NRC open house with FENOC engineers (2) | 3.50 |
| | TSM | Travel to Cleveland to attend the NRC open house at the Perry Nuclear Plant. [Travel billed at half billable rate.] (6.00) | 6.00 |
| | ADP | On-site at WAC: Participated in review and editing of Employee Update memo. (2.3) Discussion with B. Adrian and Sean Zalesny re: Statutory and public meeting (.7); correspondence with ThinkProgress and Beaver County Radio, (.4) Provided talking points and guidance to plant managers seeking guidance on Open issues or local media requests. (2.4) | 5.00 |
| | ADP | Travel back to NYC following on-site communication guidance during Chapter 11 announcement and follow-up with all audiences. Provided Drafting and discussion on all communication activities. [Travel billed at Half billable rate.] (5.00) | 5.00 |
| 4/6/2018 | BA | Email discussion with M. Imoberstag HR re: Employee Update and severance questions, etc. for Monday's issue of the Restructuring update. (3.7) Continued working on the draft of the Employee update. (.6) | 4.30 |
| | RC | 04/01/18 - 04/06/18: Search multiple media outlets around the country for relevant news coverage of FES (14.20); review and analyze same for impact on media strategy (3.00); communicate with team regarding findings (1). | 17.20 |
| | TSM | Exchange email with Beacon Journal on minor correction (fixed) (.5); exchange follow-up email on NRC open house with Lake County Gazette News (.3) | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | TSM | Travel to NY following media outreach during Townhall Meeting at the Perry Nuclear Plant. [Travel billed at half billable rate.] (5.50) | 5.50 |
| 4/7/2018 | TSM | Take call from J.Wolf, D-B safety supervisor, re: minor leak overnight (.4); phone D.Benyak to follow up (.3); exchange emails on same with J. Young, C. Moore, FES executive team (1.5) | 2.20 |
| 4/8/2018 | TSM | Exchange emails with WSJ reporter on 202c article, check with FES team on same and respond to WSJ questions (1.8); review news articles, review background on NRC site and send email to Cleveland Plain Dealer seeking correction (1) | 2.80 |
| | KMS | Completed the weekend news search for first week media coverage of FirstEnergy Solutions Chapter 11 filing coverage. (1.0) | 1.00 |
| 4/9/2018 | BA | Discussion of quote in the Cleveland Crain's re: large customer contracts from Matt Brakey -. Email discussion re: handling customer requests, dealing with the reporter on sources, reaching out to M. Brakey directly. (3.4) Finalizing Employee Update and putting on Restructuring Update masthead, Q&A, etc. final approval and dissemination (2.1). Coordination of PR teams and responsibilities between FE Corp and FES. (.7) Discussion re: updating FES Restructuring page and creating space on FES website for Releases (1.9) | 8.10 |
| | MDF | Conference call with B. Adrian; T. Mulligan, and A. Pruitt regarding FES restructuring website landing page (.4); website landing page mockup and email regarding same. (.6) | 1.00 |
| | TSM | Exchange email with Cleveland Plain Dealer, following up on request for correction on sufficiency of deactivation fund (1); confer with B. Adrian and A. Pruitt, draft email for FES team suggesting strategy for news coverage of supportive Apr 4 NRC Public Notice and exchange email with team on same (1.3); take phone call from Davis-Besse Project Manager T.Hatcher re: Sept 29 Community Day at plant (.6); review background on 2017 Community Day and confer with B. Adrian, A. Pruitt on same (.6); field queries from Argus Media, Bloomberg News, EE News on Energy Secy Perry's comments today on 202(c), draft proposed response, exchange email with team on same and forward statement to media (2); review email from B. Farley on quote in Crain's article from energy broker M. Brakey and confer on same with team (.6); review and revise employee mailbox questions, conferring with B. Adrian, A. Pruitt (.5); participate in conference call with B. Adrian, A. Pruitt, M. Fern on updates to FES website (.4); exchange email with Beaver County Times reporter on fate of Mansfield plant (.4) | 7.40 |
| | ADP | Proof communications documents (.6) confer with C. Wagner on document Graphic for Restructuring Update letterhead (.3); internal call with B. Adrian, M. Fern (.4) | 1.30 |
| | CBW | Email correspondence with A. Pruitt to discuss masthead graphic for new Restructuring Update Letterhead. (.30) | 0.30 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 4/10/2018 | BA | Began discussions re: topics for next Employee Update - to include timeline of process. (1.7)  C. Moore requested talking points or FAQ on incentives and retention plans. (2.1) Continued to troubleshoot as inquiries come in from various plant manager. or leadership team members. (1.9) | 5.70 |
| | TSM | Review C. Moore, D. Schneider exchange on T. Ingraham responses re: Chapter 11 (.3); review news stories (.3); confer with Moore, B. Adrian, A. Pruitt re: communications plan on employee motions, process-support motions (.4); take queries from Beaver County Times, Crain's Cleveland Business, Akron Beacon Journal, confer on same with team and respond (3.5); review agenda for Weds Formation Meeting conference call (.3) | 4.80 |
| | ADP | Confer with B. Adrian, T. Mulligan re: communications plan on employee motions, process-support motions. (.4) | 0.40 |
| 4/11/2018 | BA | Scheduling and planning for communication needs for hearings and events. (.7) Prepped for and participated in conference call with A&M and Aiken re: topics to cover in the upcoming Employee Update. (1.8) | 2.50 |
| | TSM | Review news stories (.3); take and respond to queries from RadWaste Monitor, Pgh Post-Gazette, Bloomberg, Law360, WKSU radio, WSJ, conferring on same with team (4.5); participate in conference call with legal, financial team, re: employee questions (.4) | 5.20 |
| | ADP | Participated in FES communications call update to discuss outstanding Communication items that need action. (.40) | 0.40 |
| 4/12/2018 | BA | Email discussion with D. Griffing re: External Affairs teams and placing a Sitrick team member on it to help with media strategy. (.4) Begin drafting Employee Update, provide questions to A&M and Akin to get draft moving. (3.4) | 3.80 |
| | TSM | Review Brattle/Nuclear Matters report on econ impacts and confer on same with team (.8); review news reports (.3); field queries during day from RadWaste Monitor, Crain's, Debtwire, WSJ, Cleveland PD, Bloomberg, Akron BJ (3); exchange email with Moody's analyst re: draft issuer report on decommission, share draft with team and respond (.5); confer separately by phone and email with Exelon and Nuclear Matters PR people re: media plans for Brattle/Nuclear Matters report (1); review D.Moul PPT presentation for Nuclear Energy Caucus next Tues (.5); review material on process support agreement (.5) | 6.60 |
| 4/13/2018 | BA | Email request to G. Sekulich of FE Corp Communications requesting collateral created for Zen Legislation for use with the External Affairs activities. (.7) Completed the drafting of the next Employee Update and shared with group for comments. (2.8) Continued fielding requests from leadership (1.9) | 5.40 |
| | RC | 04/07/18 - 04/13/18: Daily multiple media outlets searched around the country for relevant news coverage of FES (11.00); review and analyze same for impact on media strategy (2.00); disseminate with leadership, legal and financial teams (.50). | 13.50 |

5

| Date | Initials | Description | Hours |
|---|---|---|---|
| | TSM | Exchange follow-up email with Nuclear Matters PR person re: report to be issued on Monday (.3); confer with B. Adrian and review Nuclear Benefits fact sheets for lobbying campaign (.6); review news reports (.3); exchange email, phone calls with Bloomberg, Engineering News Review, Cleveland PD (2.5); confer by phone with D. Benyak re: NRC inspector visit to D-B plant on Monday and exchange email on same with team (.5); review Employee Update for Monday (.3) | 4.50 |
| 4/14/2018 | BA | Revised Employee Update based on comments received. (.8) | 0.80 |
| 4/16/2018 | BA | Finalized Employee Update with all final edits. (2.1) Handled call that was sent from Customer Call center (.4) Discussion re: Westinghouse activities for their upcoming townhall meeting and what the external affairs team can provide. (.8) | 3.30 |
| | TSM | Review final version of Employee Update (.3); review news reports (.4); take queries during day from Engineering News-Record, Top Floor Power (1.2); confer with A. Pruitt, B. Adrian re: first conference of External Affairs Working Group and review memo on same (1) | 2.90 |
| | ADP | Working group discussion call (.4); Final review of Employee Restructuring Update. (.1) | .50 |
| 4/17/2018 | BA | Provided Prime Clerk with direction on incoming Retiree calls. (.3) Handled call to Customer Call center that wasn't appropriate to the call location. (.4) Continued working on employee communications requested by leadership team. (2.7) | 3.40 |
| | TSM | Exchange email with NEI PR team re: queries from NPR, Toledo Blade (.5); review news reports (.4); take query from RadWaste Monitor on D. Moul testimony to Pa. Nuclear Caucus (.3) | 1.20 |
| 4/18/2018 | TSM | Review news reports (.4); participate in nuclear energy backgrounder conference call and PPT with D. Benyak, B. Wallace, A. Pruitt (1.7); take queries during day from Exchange Monitor, Argus Media, Toledo Blade and confer on same with team (2) | 4.10 |
| | ADP | Participate in nuclear energy backgrounder conference call and PPT with D. Benyak and B. Wallace. (2.0). | 2.00 |
| 4/19/2018 | BA | Drafted Employee memo re: Notice of Filing and 341 Notice. Drafted, revised and arranged dissemination. (2.3) Drafted Memo for the Davis Besse plant to quash rumors that vendors were not being paid in order to fund the recent outage activities. Worked work C. Moore of A&M to draft, edit and disseminate the employee memo quickly. (3.4) Supplied language requested by the US Trustee for the Sitrick retention application. (.4) | 6.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 4/19/2018 | TSM | Confer with B. Adrian re: D. Moul note on PrimeClerk memo sent to employees and edit Employee Update on same (1.5); review news reports (.4); take queries from Bloomberg, RadWaste Monitor, Axios, Washington Examiner, E&E News, Toledo Blade, NPR (3); review Cessation of Operations draft letter to NRC (.5); confer with group on proposed GOL article and send memo on same to G.Sekulich (1) | 6.40 |
| | ADP | Participated in External affairs working group call for current update on Activities with state and local legislators. (1.0) | 1.00 |
| 4/20/2018 | RC | 04/16/18 - 04/20/18: Daily multiple media outlets searched around the country for relevant news coverage of FES (4.50); review and analyze same for impact on media strategy (1); disseminate all coverage to designated team (.20). | 5.70 |
| | TSM | Exchange emails with Axios reporter on 202(c) issue (.7); review news articles (.4); field queries from NPR Pittsburgh, Bloomberg, RadWaste Monitor (2.3); compose draft press release on Apr 25 confirmation letter to NRC and review comments on same from team (3.9) | 7.30 |
| 4/22/2018 | TSM | Review clarification in Cleveland PD, confer on same with editor and reporter, exchange email on same with team (.8); review C. Moore's email and comments from team on agreement in principle, FE earnings call (.6) | 1.40 |
| 4/23/2018 | BA | Drafted Employee FAQ update re: Agreement in Principle statement made by FE Corp. also provided FAQs on recent incentive and retention employee motions. Revised per comments, finalized onto Restructuring Update Masthead and supervised dissemination. (4.3) Responded to media inquiries re: Agreement in Principle announcement (.7) Email discussion re: possible clarifying statement re: AIP with External Affairs groups. (.6) Prep for response with NRC certification letter. (.4) | 6.00 |
| | TSM | Finish updating draft press release on NRC certification letter and circulate to team (1); review agreement in principle between FE and creditors, confer on same with team, draft press statement and provide same to WSJ and Bloomberg (1.2); monitor FE Q1 earnings call (.8); review news coverage (.3); exchange emails with D. Griffing re: query from Toledo Blade on economic impact of Davis-Besse on Ottawa County, review studies and forward info to Blade reporter (2.5); take query from Associated Press reporter on nuclear plant deactivation, forwarding documents on same (.6); return call from The Deal reporter (.3); exchange emails with B. Adrian, A. Pruitt, D. Griffing re: draft Akin-Gump statement on agreement in principle, and offer revised version (1.2); review motions from L. Beckerman on executive retention programs (.3) | 8.20 |
| 4/24/2018 | TSM | Confer with B. Adrian, A. Pruitt on response to agreement in principle (.4); exchange emails with communications group on edits to NRC certification press release (1.1); review restructuring questions (.7); review news reports (.4); field media queries from NPR Pittsburgh, The Press (Ottawa County) (2.7); review additional comments on NRC press release and confer with K. Schmiemann on distributing release Wednesday morning (1.5) | 6.80 |

|  |  |  |  |
|---|---|---|---|
|  | KMS | Reviewed and set up the FES Certification press release for distribution over the wire. (1.0) | 1.00 |
| 4/25/2018 | BA | External Affairs discussion with D. Griffing and K. Mizer re: strategy moving forward and next steps. (1.3) | 1.30 |
|  | BA | Travel to Akron. Will attend hearing to interface with any reporters who might attend. Will work with management team on responses to media inquiries and updates for Employees. [Travel billed at half billable rate.] (4.70) | 4.70 |
|  | EVL | Daily multiple media outlets searched around the country for relevant news coverage of FES on 4/23-4/25 (1.8); media coverage disseminated to designated team. (.20) | 2.00 |
| 4/25/2018 | TSM | Exchange email with team re: launch of NRC press release (.5); participate in conference call with public affairs group (.8); exchange emails with J. Young and NRC representative on today's press release (.3); review news reports (.4); exchange emails on press release during day with Bloomberg, WSJ, Cleveland PD, Akron BJ, Pittsburgh PG, Exchange Monitor, Axios, EE News, NBC Toledo, the Energy Daily (4) | 6.00 |
|  | ADP | Participated in EA working group call (.4); meeting with D. Griffing, K. Mizner and B. Adrian. 1.0) | 1.4 |
|  | ADP | Travel to Akron – will provide drafting of employee updates and Communication action as needed for inquiries from the media. [Travel billed at half billable rate.] (5.0) | 5.00 |
| 4/26/2018 | BA | Attended BK hearing - discussion with J. Funk of Cleveland Plain dealer following hearing. (2.8) Provided information to J. Funk requested following hearing. (.7) Worked on proper party to handle ongoing changes to FES.COM/ restructuring and modifications to the regular FES.com to have a place for Releases, etc. (3.4) Discussion with D. Moul re: PJM letter re: reliability of transmission grid and need for the Nuclear Plants to stay in service. Discussion of language to use with response to PJM. Worked on draft response. (3.6) | 10.50 |
|  | TSM | Exchange emails with D. Schneider, D. Moul, team re: media questions on reversibility of deactivation notice (1); review news reports (.3); squelch media rumors on 202c decision (.8); confer with A. Pruitt, B. Adrian on PJM press release (1) | 2.80 |
|  | ADP | Attending court hearing (2.4); on site at WAC to respond to media inquiries; (1.8); participated in PJM statement discussion with D. Moul, (.8) Worked with Team on drafting public statement and FAQ. (3.2). | 8.00 |
| 4/27/2018 | BA | Continued working on PJM response release. (1.9) Research and education on retention motions filed (1.4) Drafted External Affairs excel "to do" list (3.3) | 6.60 |
|  | BA | Travel to New York following on-site communication activities re: hearing, PJM transmission and employee restructuring update. [Travel billed at half Billable rate.] (4.8) | 4.80 |

8

|  |  |  |  |
|---|---|---|---|
|  | TSM | Confer with A. Pruitt, B. Adrian on draft press release on PJM reliability study, review comments from D. Moul and revise release (4.2); review news reports (.3); field queries from Exchange Monitor, Cleveland.com, Toledo Blade (1.2); confer with A. Pruitt on query from WTVG/ABC13 (.2); confer with D. Moul, team on response to Blade query and respond to follow-up from Blade (.8) | 6.70 |
|  | ADP | On-site at WAC - worked on finalizing PJM statement release. (2.4) Responded to media inquiries; (1.9) worked on draft of EA roll-out plan (2.2) | 6.50 |
|  | ADP | Travel back to NYC following on-site communication services including Drafting PJM release statement, employee update and responses to daily Issues that arise for various departments. [Travel billed at half rate.] (5.0) | 5.00 |
| 4/28/2018 | TSM | Review and confer with team on email from J.Ellis of FES re: Ohio State U letter in support of FES nuclear position (1) | 1.00 |
| 4/29/2018 | TSM | Review background and exchange emails with B. Adrian, A. Pruitt on Monday press conference by Pa., WVa. Congressmen supporting FES (.8); exchange emails with team on additional edits to Ohio State U letter (.8) | 1.60 |
| 4/30/2018 | BA | Fielded email inquiries re: PJM report on reliability. (1.1) Worked on finalizing FES response. (.8) | 1.90 |
|  | TSM | Exchange emails with B. Adrian, A. Pruitt on PJM response press release (1.2); review news reports (.3); exchange email with J. Ellis on Ohio State U letter and forward to External Affairs Group (.7); field queries and respond to Bloomberg, Cleveland.com, Toledo Blade, S&P, Utility Dive (2); exchange emails and review edits to PJM response press release and oversee distribution via PR Newswire (3.5); forward same to Pittsburg P-G, Axios, Cleveland PD, Bloomberg, WSJ, EE News, others (1.5) | 9.20 |
|  | ADP | Call with D. Griffing re: PJM response (.1) | 0.10 |
|  | KMS | Reviewed and set up the PJM Response press release for distribution over the wire. | 1.50 |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | [400.20 | 196,390.25] |
| **TOTAL TIME CHARGES** | 400.20 | $196,390.25 |

**EXPENSES**

| | | | Qty/Price | |
|---|---|---|---|---|
| | **AIRFARE** | | | |
| 4/3/2018 | Expense Report<br>Tom Mulligan<br>04/03/2018<br>Delta | | 1<br>$25.00 | 25.00 |
| | Expense Report<br>Tom Mulligan<br>04/03/2018<br>Delta | | 1<br>$833.40 | 833.40 |
| 4/5/2018 | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 04/05/2018<br>Brenda Adrian | | 1<br>$306.19 | 306.19 |
| | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 04/05/2018<br>Angela Pruitt | | 1<br>$306.19 | 306.19 |
| | Expense Report<br>Brenda Adrian<br>04/05/2018<br>United Airlines | | 1<br>$25.00 | 25.00 |
| | Expense Report<br>Brenda Adrian<br>04/05/2018<br>United Airlines | | 1<br>$33.00 | 33.00 |
| 4/21/2018 | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 04/25/2018<br>Angela Pruitt | | 1<br>$1,391.39 | 1,391.39 |
| 4/21/2018 | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 04/25/2018<br>Brenda Adrian | | 1<br>$1,391.39 | 1,391.39 |
| | **SUBTOTAL:** | | | **[4,311.56]** |
| | **GROUND TRANSPORTATION** | | | |
| 4/4/2018 | ECL<br>Invoice Number: 93542<br>Date of Service: 04/04/2018<br>Tom Mulligan | | 1<br>$267.09 | 267.09 |
| | Expense Report<br>Tom Mulligan<br>04/04/2018 | | 1<br>$23.25 | 23.25 |

10

| Date | Description | Qty | Amount |
|---|---|---|---|
| | Sunoco Expense Report Tom Mulligan 04/04/2018 Hertz | 1 $325.42 | 325.42 |
| 4/5/2018 | ECL Invoice Number: 93542 Date of Service: 04/05/2018 Tom Mulligan | 1 $234.10 | 234.10 |
| | ECL Invoice Number: 93542 Date of Service: 04/05/2018 Angela Pruitt | 1 $164.72 | 164.72 |
| 4/5/2018 | ECL Invoice Number: 93542 Date of Service: 04/05/2018 Brenda Adrian | 1 $132.74 | 132.74 |
| 4/6/2018 | ECL Invoice Number: 93542 Date of Service: 04/06/2018 Tom Mulligan | 1 $261.52 | 261.52 |
| | Expense Report Brenda Adrian 04/06/2018 Hertz | 1 $233.01 | 233.01 |
| | Expense Report Tom Mulligan 04/06/2018 Hertz | 1 $33.32 | 33.32 |
| | Expense Report Tom Mulligan 04/06/2018 BP | 1 $9.00 | 9.00 |
| 4/25/2018 | ECL Invoice Number: 94823 Date of Service: 04/25/2018 Angela Pruitt | 1 $140.22 | 140.22 |
| | ECL Invoice Number: 94823 Date of Service: 04/25/2018 Brenda Adrian | 1 $109.16 | 109.16 |
| | Expense Report Brenda Adrian 04/25- 4/27/2018 Hertz | 1 $219.79 | 219.79 |
| 4/27/2018 | ECL Invoice Number: 94823 Date of Service: 04/27/2018 Angela Pruitt | 1 $173.54 | 173.54 |
| | ECL Invoice Number: 94823 | 1 $128.54 | 128.54 |

| Date | Description | | Quantity / Amount | Total |
|---|---|---|---|---|
| | Date of Service: 04/27/2018<br>Brenda Adrian | | | |
| 4/30/2018 | Expense Report<br>Brenda Adrian<br>04/02/2018<br>Uber | | 1<br>$14.44 | 14.44 |
| | **SUBTOTAL:** | | | **[2,469.86]** |
| | **LODGING** | | | |
| 4/1/2018 | Expense Report<br>Brenda Adrian<br>04/01/18 - 04/04/18<br>Courtyard Marriott | | 1<br>$480.60 | 480.60 |
| 4/3/2018 | Expense Report<br>Tom Mulligan<br>04/01/18 - 04/03/18<br>Courtyard Marriott | | 1<br>$550.58 | 550.58 |
| | Expense Report<br>Tom Mulligan<br>04/01/18 - 04/03/18<br>Courtyard Marriott | | 1<br>$15.00 | 15.00 |
| 4/4/2018 | Expense Report<br>Angela Pruitt<br>04/01/18 - 04/04/18<br>Courtyard Marriott | | 1<br>$640.80 | 640.80 |
| 4/6/2018 | Expense Report<br>Tom Mulligan<br>04/06/2018<br>Courtyard Marriott | | 1<br>$113.01 | 113.01 |
| 4/25/2018 | Expense Report<br>Brenda Adrian<br>04/25- 4/27/2018<br>Hotel Republic | | 1<br>$418.37 | 418.37 |
| | **SUBTOTAL:** | | | **[2,218.36]** |
| | **MEALS** | | | |
| 4/1/2018 | Expense Report<br>Tom Mulligan<br>04/01/2018<br>My People Matter | | 1<br>$5.68 | 5.68 |
| | Expense Report<br>Tom Mulligan<br>04/01/2018<br>Gervasi Vineyard | | 1<br>$225.00 | 225.00 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 4/2/2018 | Expense Report<br>Brenda Adrian<br>04/02/2018<br>First Energy | 1<br>$14.06 | 14.06 |
| | Expense Report<br>Brenda Adrian<br>04/02/2018<br>Ken Stewarts Grill | 1<br>$295.08 | 295.08 |
| | Expense Report<br>Angela Pruitt<br>04/02/2018<br>Courtyard Marriott | 1<br>$13.74 | 13.74 |
| 4/3/2018 | Expense Report<br>Tom Mulligan<br>04/03/2018<br>Barley House | 1<br>$32.00 | 32.00 |
| | Expense Report<br>Angela Pruitt<br>04/03/2018<br>Courtyard Marriott | 1<br>$13.88 | 13.88 |
| | Expense Report<br>Angela Pruitt<br>04/03/2018<br>Nuevo Modern | 1<br>$93.45 | 93.45 |
| 4/4/2018 | Expense Report<br>Brenda Adrian<br>04/04/2018<br>Tres Potrillos | 1<br>$86.30 | 86.30 |
| | Expense Report<br>Tom Mulligan<br>04/04/2018<br>Hudson News | 1<br>$4.99 | 4.99 |
| | Expense Report<br>Tom Mulligan<br>04/04/2018<br>Courtyard Marriott | 1<br>$2.60 | 2.60 |
| | Expense Report<br>Angela Pruitt<br>04/04/2018<br>Sure House Coffee | 1<br>$7.50 | 7.50 |
| | Expense Report<br>Angela Pruitt<br>04/04/2018<br>Courthouse Marriott | 1<br>$87.51 | 87.51 |
| 4/5/2018 | Expense Report<br>Brenda Adrian<br>04/05/2018<br>MSE Branded Food | 1<br>$21.35 | 21.35 |
| | Expense Report<br>Brenda Adrian<br>04/05/2018<br>Courtyard Marriott | 1<br>$67.84 | 67.84 |

|  |  |  |  |
|---|---|---|---|
|  | Expense Report<br>Tom Mulligan<br>04/05/2018<br>Bowl of Pho | 1<br>$30.00 | 30.00 |
|  | Expense Report<br>Tom Mulligan<br>04/05/2018<br>Courtyard Marriott | 1<br>$8.21 | 8.21 |
| 4/6/2018 | Expense Report<br>Tom Mulligan<br>04/06/2018<br>Hudson News | 1<br>$12.98 | 12.98 |
| 4/25/2018 | Expense Report<br>Brenda Adrian<br>04/25/2018<br>Earl of Sandwich | 1<br>$33.86 | 33.86 |
|  | Expense Report<br>Angela Pruitt<br>04/25/2018<br>Dante Boccuzzi | 1<br>$135.45 | 135.45 |
| 4/26/2018 | Expense Report<br>Brenda Adrian<br>04/26/2018<br>Kingfish | 1<br>$192.24 | 192.24 |
|  | Expense Report<br>Brenda Adrian<br>04/26/2018<br>Quiznos | 1<br>$2.00 | 2.00 |
| 4/27/2018 | Expense Report<br>Brenda Adrian<br>04/27/2018<br>Upstair Snack Bar | 1<br>$6.60 | 6.60 |

**SUBTOTAL:** [1,392.32]

**PR NEWSWIRE**

| 4/25/2018 | PR Newswire<br>Invoice Number: 103128215<br>Date of Service: 04/25/2018<br>US1 National Newsline<br>FirstEnergy Solutions Files Certification Letter with NRC Affirming Plans to Deactivate Three Nuclear Generating Plants | 1<br>$4,895.00 | 4,895.00 |

Monthly Fee Statement: April 1, 2018 through April 30, 2018

| Date | Description | Qty | Amount |
|---|---|---|---|
| 4/30/2018 | PR Newswire<br>Invoice Number: 103130835 $5,150.00<br>Date of Service: 04/30/2018<br>US1 National Newsline<br>FirstEnergy Solutions Responds to PJM Interconnection Reliability Study | 1 | 5,150.00 |

**SUBTOTAL:** [10,045.00]

**TOTAL ADDITIONAL CHARGES:** $20,437.10