# EXHIBIT "E"

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
May 1, 2018 through May 31, 2018

---

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|---|---|---|---|
| 5/1/2018 | BA | Worked with Akin to make changes to retention motion per UST requests and comments from UCC. (.6) Culled employee questions from Employee email box for upcoming update notice. (1.2) | 1.80 |
| | TSM | Exchange email with S. Zalesny and review data on local emergency preparedness funding (1.5); take query from Cleveland Plain Dealer (.6); exchange email with D. Griffing on external affairs group (.6); review news reports (.4); review proposed edits to Ohio State U letter to DOE (.8); exchange email with A. Pruitt on NEI study and review same (1.5) | 5.40 |
| 5/2/2018 | BA | Continued working on employee update. Requested to include events and activities that will be covered in the Monday, May 7th hearing. (1.3) Continued working on releases and external affairs strategy (1.6). | 2.90 |
| | TSM | Review questions from employee mailbox (.4); review news reports (.3); confer with B. Adrian, K. Schmiemann on first-day motions memo to employees (.4); exchange emails with Adrian, B. Kahn (Akin Gump) re: press releases on NRC confirmation letter and reaction to PJM reliability study, and forward same to Kahn (.4); update media contacts list (.3); field media queries during day from RadWaste Monitor, Associated Press, Platts, conferring with D. Moul, communications team on latter (2.5) | 4.30 |
| | KMS | Review PJM reliability response memo (.2); confer with T. Mulligan re: same (.3) | 0.50 |
| 5/3/2018 | BA | Drafted Employee FAQ for update (1). Participated in conference call to discuss answers. (.7) | 1.70 |
| | TSM | Participate in External Affairs conference call (.8); follow up with Platts reporter on query re: uranium contracts (.4); review news reports (.3); draft memo on communication ideas re: PJM and forward same to B. Adrian, A. Pruitt (1.5); participate in conference call on employee communications with Adrian, D. Jurgens, L. Beckerman, L. Leyden (.7); exchange email with D. Moul on employee communications re: last week's PJM response (.3) | 4.00 |
| | ADP | Confer with T. Mulligan and B. Adrian on communication ideas around PJM reliability study and grid transmission issues.(.3) | 0.30 |
| 5/4/2018 | RC | Daily news searches in multiple outlets for coverage of bankruptcy coverage and public policy issues concerning transmission capacity Grid stability and closure of nuclear plants. Dates: 04/30/18 - 05/04/18 | 5.20 |

1

| | | | |
|---|---|---|---|
| | TSM | Draft an Employee Mailbox item on last week's PJM response and forward same to D. Moul and team (2); review news reports (.3); exchange emails with NRC Region I communications officer re: June 7 nuclear communicators meeting in Region I headquarters, King of Prussia, PA (.5) | 2.80 |
| 5/6/2018 | BA | Travel to Akron. To attend hearing and interface with any attending media. Will provide employee communication guidance on retention and incentive Motions. Attend External Affairs team planning meeting. [Travel to be billed at half billable rate]. (4.6) | 4.60 |
| | ADP | Travel to Akron (5) As lead communication team member on the external affairs team will participate in kick-off meeting with all advisors both Debtor and creditor, who will play a role in this function. [Travel to be billed at half Billable rate.] (5) | 5.00 |
| 5/7/2018 | BA | Attended Court hearing (2.3) On-site at WAC - worked on FES employee questions and update on employee wage and benefit motion (1.9). Drafted memo and FAQ re: same and edited per updates from legal and HR (2.7) | 6.90 |
| | TSM | Confer with B. Adrian, A. Pruitt on media list and compile updated list (1.2); review news coverage and exchange email on same with D. Moul (.5); review edits to Employee Mailbox items (.3) | 2.00 |
| | ADP | Attend court hearing (2); on-site at WAC to respond to media inquiries (2.9); draft communications documents for employees. (3.1) | 8.00 |
| 5/8/2018 | BA | Continued working on Employee update to finalize (2.5) Began working on employee retention and incentive details for upcoming hearing on 5/14. (1.3) Discussion with various FE communication team members re: FES.Com website and restructuring page and who is responsible for updating and arranging content. (2.9) Email discussion with L. Beckerman re: size and expected audience size for 341 meeting. (.3). Prep for External Affairs meet and greet dinner. (.7) | 7.70 |
| | MDF | Restructuring update document formatting. (.1) | 0.10 |
| | TSM | Review edits to Employee Mailbox employee responses (.3); review news reports (.3) | 0.60 |
| | ADP | On-site at WAC to respond to media inquiries; (1.9) draft communications documents for employees (2.9) and worked to ensure proper set up of FES.com/restructuring Website. (3.2) | 8.00 |
| 5/9/2018 | BA | Participated in External Affairs Working Group meeting on-site at WAC (3.3) Participated in Employee Communication conference call re: communicating the Schedule F filings and drafting employee memo to explain why employees are listed. (.4) | 3.70 |
| | BA | Travel from Akron to NYC. following external affairs meeting with all advisors. [Travel to be billed at half billable rate.] (5.2). | 5.20 |
| | MDF | Review website launch strategy and email with B. Adrian regarding same. (.1) | 0.10 |

|  |  |  |  |
|---|---|---|---|
|  | ADP | External Affairs Working Group meeting at WAC (4); Schedule F Employee Communications (.5) | 4.50 |
|  | ADP | Travel to NYC following participation in External Affairs kick-off meeting [Travel to be billed at half billable rate.](5) | 5.00 |
| 5/11/2018 | BA | Worked with FE Communication team to finalize changes on FES.com and restructuring page. Finalized addition of FES press releases since the Filing. (1.9) Drafted employee memo for Schedule F -- explanation of how employee information will be available on the schedules. (3.8) | 5.70 |
|  | RC | Daily news searches in multiple outlets for coverage of bankruptcy coverage and public policy issues concerning transmission capacity Grid stability and closure of nuclear plants. Disseminated to leadership team, legal and financial advisors: News searches from 05/07/18 - 05/11/18 | 6.20 |
|  | ADP | Draft media statements for use when Schedule F is filed. (.7) review and edit employee memo on Schedule F. (.3) | 1.00 |
| 5/13/2018 | BA | Travel from NYC to Akron to attend hearing re: retention and incentive Motion. [Travel to be billed at half billable rate.] (5.3) | 5.30 |
| 5/14/2018 | BA | Attended court hearing regarding the - retention and incentive motion to handle additional media interest in this motion. (2.7) Continued working on the Employee memo for the schedules - edited per responses from Legal and HR. Discussion re: how the employee amounts would be listed. Changed the document.(4.2) | 6.90 |
|  | ADP | Respond to Bloomberg inquiry re: outcome of hearing (.4); review and edit Schedule F memo (1.6) | 2.00 |
| 5/15/2018 | BA | Travel from Akron to NYC following hearing and employee communication activities. [Travel to be billed at half billable rate.] (4.8). | 4.80 |
|  | ADP | Make edits to Schedule F memo; circulate to team for review (1.1); respond and draft statement for Associated Press inquiry (.4). | 1.50 |
| 5/16/2018 | TSM | Review docs from D. Griffing including relief scenarios, Rep. Arnt (OH) proposal, deactivation timeline (.8); review news coverage (.4); confer with A. Pruitt on Working Group call Thursday (.3); review query yesterday from Associated Press re: Mnuchin considering Defense Production Act and confer with A. Pruitt on response (1); confer with A. Pruitt on error in Law360 report on court approvals, forward name of editor for seeking correction and review subsequent correction (1.2); exchange email with Associated Press reporter (.4) | 4.10 |
|  | ADP | Correspondence with Dave Griffing regarding Law360 article correction; following up with Law360 reporter for correction (1). | 1.00 |
| 5/17/2018 | BA | Discussed possible response to PJM report regarding FES relief application (.3). Review media coverage (.6). Reviewed incoming questions from the employee email box (.3). | 1.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | TSM | Field query from RadWaste Monitor on 202c application and respond to same (.7); review news coverage (.4); take query from Bloomberg News on critical views of relief applications, draft response to same, forward response to communications group for comment, and email response to reporter (3); exchange email with NRC communications officer re: June 7 meeting for nuclear spokespeople (.5); exchange email with B. Adrian re: upcoming report from PJM criticizing FES relief application (.4) | 5.00 |
| 5/18/2018 | RC | Daily news searches in multiple outlets for coverage of bankruptcy coverage and public policy issues concerning transmission capacity Grid stability and closure of nuclear plants. Disseminated to leadership Team, legal and financial advisors: News searches from 05/14/18 - 05/18/18 | 5.40 |
| | TSM | Review email from D. Griffing re: upcoming external affairs activities and review background on same (1) | 1.00 |
| 5/21/2018 | BA | Drafted retiree benefits memo per request of FE communications team & AM and revise throughout day per various comments. (2.8) Discussion and draft help on PJM auction statement to prepare for results announcement on 5/23. (1.9) Research and read current coverage of FES and political coverage. (1.7) | 6.40 |
| | TSM | Review Ch 11 questions from employees (.3); review news coverage (.3); exchange email with B. Colbert on relief requests and review background on same (1.2); review B. Adrian draft on Retiree Benefits for employee web page, confer with B. Adrian on same, make revisions and circulate to team (.7) | 2.50 |
| 5/22/2018 | BA | Participated in call re: PJM auction 101. Discussion of employee memo. Worked with T. Mulligan onemployee memo. (1.8) | 1.80 |
| | TSM | Confer by email with D. Jergens, B. Adrian, A. Pruitt re: prep for PJM auction results Wednesday. (.5); take query from Cleveland P-D on Enviro Law Policy Ctr motion to lift stay, confer on same with team and respond to reporter (.3); review ELPC motion (.3); participate in conference call on PJM auction (.6); draft employee statement on auction, review and revise same with A. Pruitt and B. Adrian, forward to communications group, and update with suggested revisions (4) | 5.70 |
| | ADP | Call on PJM auction results and messages for Press release (.6); review communications documents. (.4) | 1.00 |
| 5/23/2018 | BA | Continued revising retiree memo (.9) Worked with J. Tucker of Akin on Public Affairs release re: PJM auction results. Conference call to discuss results of auction at end of day. (4.8) | 5.70 |
| | MDF | Masthead and documents emails with B. Adrian. | 0.30 |

| | | | |
|---|---|---|---:|
| | TSM | Revise employee statement for use as pubic/media statement, reviewing and reflecting comments from team, confer on same with A. Pruitt and B. Adrian, and forward to team (2.5); review news coverage (.4); confer with B. Adrian on retiree memo, add info phone number to same, and forward to J. Herriman at A&M (.3); confer with B. Adrian, A. Pruitt on arranging conference call with external affairs ground (.2); review draft press release from S. Alberino and revise through afternoon based on comments from team (3.8); confer with K. Schmiemann on prepping release for distribution via PR Newswire (.3); field queries from Utility Dive, Bloomberg (.5); participate in conference call with FES execs to review PJM auction results (.7); notify K. Schmiemann that distribution of release will be postponed to Thursday (.2) | 8.90 |
| | ADP | Confer with T. Mulligan and B. Adrian on employee statement/media statement; confer with B. Adrian and T. Mulligan on retiree memo; confer with B. Adrian, T. Mulligan on arranging conference call with external affairs (1). | 1.00 |
| | KMS | Confer with T. Mulligan re: preparation of press release (.3) prepare press release (.5); confer with T,. Mulligan re: postponement until Thursday (.2). | 1.00 |
| 5/24/2018 | BA | Participated in External Affairs conference call. (.5) Continued working on PJM employee memo and release. Finalized employee memo, worked with P. Hamrick on dissemination time to employees. Final proof of release at PRN for dissemination. (3.4) Circled back with HR department on status of Retiree memo. (.3) | 4.20 |
| | TSM | Compile chart to illustrate auction results (1.5); confer by phone with L. Conley, A. Laymon re: additional figures for chart, revise accordingly, circulate to team and update based on comments (.9); review news coverage (.4); participate in External Affairs conference call (.6); take queries from and provide responses to Reuters, E&E News, Bloomberg, Utility Dive, Cleveland P-D, conferring with team (4); confer by phone with D. Moul re: media statement (.3); take query from Midwest Energy News and provide response (.5); follow up follow up by phone and email with Midwest Energy News to clarify error after conferring with A. Laymon, R. Giannantonio, B. Kahn (.8); exchange email with FE communications team re: Midwest Energy News query (.5) | 9.50 |
| | ADP | External affairs call; send press release to EA working group; review communications documents (.5). | 0.50 |
| 5/25/2018 | BA | Worked on first month's invoice for payment of professional fees to finalize to be sent to all notice parties. (1.4) | 1.40 |
| | RC | Daily news searches in multiple outlets for coverage of bankruptcy coverage and public policy issues concerning transmission capacity grid stability and closure of nuclear plants. Disseminated to leadership team, legal and financial advisors.: News searches from 05/21/18 - 05/25/18 | 6.00 |
| | TSM | Review S. Alberino email re: possible PR response to negative article from E&E News and confer by email on same with communications group (1.4); review news coverage (.5); review background materials on PA and OH relief efforts to prep for next week (3) | 4.90 |

5

| Date | | Description | Hours |
|---|---|---|---|
| 5/29/2018 | BA | Discussion re: PoliticoPro subscription with D. Griffing and D. Jurgens (.3) Discussion with D. Griffing re: employee update and potential need for smaller EA team to meet in DC to finalize external outreach plan and communication needs. (.6) Worked on fee filing requirements for monthly filings. (1.8) | 2.70 |
| | TSM | Write first draft of press release positive response from federal govt. on 202c application (3); confer with A. Pruitt, B. Adrian on talking points (.5); review news coverage (.4); exchange emails with NRC senior communications officer re: June 7 nuclear communicators meeting at NRC Region I HQ and make travel arrangements for same (2.2) | 6.10 |
| | ADP | Discussion re: status of talking points for external affairs team and necessary issues to be covered. (.5)Organized and drafted initial external affairs talking points for circulation to small team for comments. (.9) | 1.40 |
| 5/30/2018 | BA | Email discussion with N. Farrell FE/HR re: status of outstanding Retiree memo. (.2) Began working on 202c responses for potential affirmative Federal assistance and no federal assistance. (1.6) | 1.80 |
| | TSM | Share draft of 202c press release with D. Griffing (.3); review news coverage (.4); field query from RadWaste Monitor on NRC rulemaking on decommissioning, confer on same with communications group, forward statement suggested by D. Benyak (.8); confer with D. Griffing, D. Jergens on June 7 NRC meeting (.3) | 1.80 |
| 5/31/2018 | BA | Continued working on External Affairs Talking Points (1.4) Email discussion re: Bloomberg leak of Trump memo re: assistance to coal and nuclear plants for national security reasons. (.9) | 2.30 |
| | TSM | Take query from Debtwire on potential creditor recoveries, confer with communications group on same, and respond to reporter (.6); field and respond to query from Toledo Blade re: ELPC legal motion and comments from Ohio Consumers' Counsel (.4); review news coverage (.4); take query from Bloomberg re: draft memo indicating Trump Admin plans to order relief for plants, forward query to communications group, exchange texts on same with D. Griffing, follow up by email with Bloomberg reporter (2.4) | 3.80 |

**SUBTOTAL:** [222.10  110833.75]

**TOTAL TIME CHARGES**  222.10  $110,833.75

**EXPENSES**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 5/6/2018 | **AIRFARE** | | |
| 5/6/2018 | Expense Report<br>Angela Pruitt<br>05/06/2018<br>American Airlines | 1<br>$25.00 | 25.00 |
| | Corniche<br>Itinerary/Invoice:<br>American Airlines<br>Date of Travel: 05/06/2018<br>Angela Pruitt | 1<br>$1,047.14 | 1,047.14 |
| | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 05/06/2018<br>Brenda Adrian | 1<br>$1,438.39 | 1,438.39 |
| 5/9/2018 | Expense Report<br>Angela Pruitt<br>05/09/2018<br>United Airlines | 1<br>$25.00 | 25.00 |
| | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 05/09/2018<br>Angela Pruitt | 1<br>$767.20 | 767.20 |
| | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 05/09/2018<br>Brenda Adrian | 1<br>$49.00 | 49.00 |
| 5/13/2018 | Corniche<br>Itinerary/Invoice:<br>United Airlines<br>Date of Travel: 05/13/2018<br>Brenda Adrian | 1<br>$765.20 | 765.20 |
| | **SUBTOTAL:** | | **[4,116.93]** |

**GROUND TRANSPORTATION**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 5/6/2018 | ECL<br>Invoice Number: 95220<br>Date of Service: 05/06/2018<br>Brenda Adrian | 1<br>$106.96 | 106.96 |
| | Expense Report<br>Angela Pruitt<br>05/06/2018<br>CLE | 1<br>$90.00 | 90.00 |

7

| Date | Description | | Amount |
|---|---|---|---|
| 5/9/2018 | ECL<br>Invoice Number: 95619<br>Date of Service: 05/09/2018<br>Angela Pruitt | 1<br>$175.36 | 175.36 |
| | ECL<br>Invoice Number: 95619<br>Date of Service: 05/09/2018<br>Brenda Adrian | 1<br>$133.05 | 133.05 |
| | Expense Report<br>Brenda Adrian<br>05/06-05/09/2018<br>Hertz | 1<br>$253.52 | 253.52 |
| 5/13/2018 | ECL<br>Invoice Number: 95619<br>Date of Service: 05/13/2018<br>Brenda Adrian | 1<br>$114.48 | 114.48 |
| 5/20/2018 | ECL<br>Invoice Number: 96064<br>Date of Service: 05/20/2018<br>Brenda Adrian | 1<br>$134.41 | 134.41 |
| | **SUBTOTAL:** | **[1,007.78]** | |

**LODGING**

| Date | Description | | Amount |
|---|---|---|---|
| 5/9/2018 | Expense Report<br>Brenda Adrian<br>05/06-05/09/2018<br>Courtyard Mariott | 1<br>$956.87 | 956.87 |
| | Expense Report<br>Angela Pruitt<br>05/06-05/09/2018<br>Courtyard Mariott | 1<br>$932.22 | 932.22 |
| 5/15/2018 | Courtyard Mariott<br>05/15/2018 | 1<br>$434.88 | 434.88 |
| | **SUBTOTAL:** | **[2,323.97]** | |

**MEALS**

| Date | Description | | Amount |
|---|---|---|---|
| 5/6/2018 | Expense Report<br>Brenda Adrian<br>05/06/2018<br>Nuevo Modern | 1<br>$50.54 | 50.54 |
| | Expense Report<br>Angela Pruitt<br>05/06/2018<br>Nuevo Modern | 1<br>$49.48 | 49.48 |
| 5/7/2018 | Expense Report<br>Angela Pruitt<br>05/07/2018<br>Ken Stuart's | 1<br>$193.53 | 193.53 |

| Date | Description | | |
|---|---|---|---|
| 5/9/2018 | Expense Report<br>Brenda Adrian<br>05/09/2018<br>Arby's | 1<br>$3.83 | 3.83 |
| 5/9/2018 | Expense Report<br>Brenda Adrian<br>05/09/2018<br>Great Lakes Brew | 1<br>$23.22 | 23.22 |
| | Expense Report<br>Brenda Adrian<br>05/09/2018<br>Cak Marketplace | 1<br>$2.76 | 2.76 |
| | **SUBTOTAL:** | **[323.36]** | |

**PARKING**

| | | | |
|---|---|---|---|
| 5/7/2018 | Expense Report<br>Brenda Adrian<br>05/07/2018<br>ABM Parking | 1<br>$8.00 | 8.00 |
| | **SUBTOTAL:** | **[8.00]** | |

**PR NEWSWIRE**

| | | | |
|---|---|---|---|
| 5/24/2018 | PR Newswire<br>Invoice Number: 103151204<br>Date of Service: 05/24/2018<br>US1 National Newsline<br>FirstEnergy Solutions Comments on Results of PJM Capacity Auction | 1<br>$5,660.00 | 5,660.00 |

**OTHER**

| | | | |
|---|---|---|---|
| 5/30/2018 | Quarles & Brady LLP | 1<br>$541.50 | 541.50 |
| | **SUBTOTAL:** | **[5,660.00]** | |

| | | | |
|---|---|---|---|
| | **TOTAL ADDITIONAL CHARGES:** | | **$13,981.54** |