# EXHIBIT D

## Invoices



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

Mr. Rick Giannantonio
FirstEnergy Solutions Corp.
76 South Main Street
44308 Akron
OH

| | |
|---|---|
| Date | June 18, 2018 |
| Invoice No | 22200015830 |
| Our ref | 048046.000002 |
| Partner | Daniel F Stenger |
| Email | daniel.stenger@hoganlovells.com |
| Fed ID | 53-0084704 |

Bankruptcy

| Summary | Amount USD |
|---|---|
| Professional Services | 76,323.50 |
| Total Disbursements and Charges | 70.00 |
| Subtotal | 76,393.50 |
| **Total Due** | 76,393.50 |

**Payment Details**

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ Ulaanbaatar Zagreb. Business Service Centers: Johannesburg Louisville.

| Date | June 18, 2018 |
| Invoice No | 22200015830 |
| Our Ref | 048046.000002 |

**Period** April 30, 2018

| Detail by jurisdiction | Professional Services | Disbursements & Charges | Total USD |
|---|---|---|---|
| Hogan Lovells US LLP | 76,323.50 | 70.00 | 76,393.50 |
| Total | 76,323.50 | 70.00 | 76,393.50 |

| Disbursements & charges | Charges USD |
|---|---|
| Telephonic Appearance Fees | 70.00 |
| Total | 70.00 |

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ Ulaanbaatar Zagreb. Business Service Centers: Johannesburg Louisville.

| | | |
|---|---|---|
| | Date | June 18, 2018 |
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
| | Our Ref | 048046.000002 |

Bankruptcy

## Professional Services

### 03 - Retention of Professionals

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 04/02/18 | Amy Roma | HLUS | 835.00 | 0.70 | 584.50 | Review bankruptcy form (.2); coordinate review of Schedule 1 (.5) |
| 04/02/18 | Daniel F Stenger | HLUS | 890.00 | 2.00 | 1,780.00 | Continue work on updating retention application (1.3) and draft note to client regarding petition (.7) |
| 04/05/18 | Amy Roma | HLUS | 835.00 | 0.50 | 417.50 | Review Akin's revision to Retention Agreement (.2); coordinate filing matters (.3) |
| 04/05/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Work on final draft of retention application |
| 04/06/18 | Amy Roma | HLUS | 835.00 | 0.60 | 501.00 | Review Akin's revision to Retention Agreement (.2); coordinate filing matters (.4) |
| 04/06/18 | Daniel F Stenger | HLUS | 890.00 | 2.00 | 1,780.00 | Status review and finalize retention application |
| 04/09/18 | Amy Roma | HLUS | 835.00 | 0.70 | 584.50 | Review Akin's revision to Retention Agreement (.2); coordinate filing matters (.5) |
| 04/09/18 | Daniel F Stenger | HLUS | 890.00 | 1.50 | 1,335.00 | Revise confidential schedule 2 (.9) and e-mail exchanges with J. Newdeck (Akin) regarding same (.6) |
| 04/11/18 | Amy Roma | HLUS | 835.00 | 0.20 | 167.00 | Review Akin's revision to Retention Agreement |
| 04/16/18 | Amy Roma | HLUS | 835.00 | 3.30 | 2,755.50 | Draft supplement to the retention application, including revised order, schedule, and declaration (1.6); draft responses to US Trustee's questions (1.4); coordinate on additional conflicts and related parties searches (.3) |
| 04/16/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Work on supplemental declaration |

| | | |
|---|---|---|
| | Date | June 18, 2018 |
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
| | Our Ref | 048046.000002 |

Bankruptcy

## 03 - Retention of Professionals

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 04/17/18 | Amy Roma | HLUS | 835.00 | 3.60 | 3,006.00 | Draft supplement to the retention application, including revised order, schedule, and declaration (2.3); draft responses to US Trustee's questions (1.0); coordinate on additional conflicts and related parties searches (.3) |
| 04/17/18 | Daniel F Stenger | HLUS | 890.00 | 1.00 | 890.00 | Review questions from US Trustee on retention application (.3) and prepare initial responses (.7) |
| 04/18/18 | Amy Roma | HLUS | 835.00 | 3.70 | 3,089.50 | Draft supplement to the retention application, including revised order, schedule, and declaration |
| 04/18/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Continue work on supplement to retention application |
| 04/19/18 | Amy Roma | HLUS | 835.00 | 2.90 | 2,421.50 | Draft supplement to the retention application, including revised order, schedule, and declaration |
| 04/19/18 | Daniel F Stenger | HLUS | 890.00 | 1.00 | 890.00 | Work on responses to US Trustee's questions and revised declaration (.8); review draft motions (.2) |
| 04/20/18 | Amy Roma | HLUS | 835.00 | 0.90 | 751.50 | Draft supplement to the retention application |
| 04/20/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Submit responses to US Trustee questions on retention application |
| 04/23/18 | Amy Roma | HLUS | 835.00 | 1.40 | 1,169.00 | Draft supplement to the retention application (1.2); review Retention Plans Motion and the related declarations (.2) |

| | Date | June 18, 2018 |
|---|---|---|
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
| | Our Ref | 048046.000002 |

Bankruptcy

## 03 - Retention of Professionals

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 04/23/18 | Daniel F Stenger | HLUS | 890.00 | 4.50 | 4,005.00 | E-mail correspondence with US Trustee regarding inquiry on retention application (.5); continue work on drafting revised Order and supplemental disclosure (3.6); forward same to US Trustee and Akin Gump team (.4) |
| 04/24/18 | Amy Roma | HLUS | 835.00 | 1.20 | 1,002.00 | Coordinate filing of supplement to retention application and revised order |
| 04/24/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Finalize revised retention order and supplemental declaration |
| 04/24/18 | Edward C Dolan | HLUS | 995.00 | 0.40 | 398.00 | Review supplemental disclosures and retention application |
| 04/25/18 | Amy Roma | HLUS | 835.00 | 1.20 | 1,002.00 | Prepare for bankruptcy hearing |
| 04/25/18 | Daniel F Stenger | HLUS | 890.00 | 2.70 | 2,403.00 | Prepare for hearing on retention motions |
| 04/26/18 | Amy Roma | HLUS | 835.00 | 1.70 | 1,419.50 | Participate in bankruptcy hearing (1.5); prepare for same (.2) |
| 04/26/18 | Daniel F Stenger | HLUS | 890.00 | 1.70 | 1,513.00 | Prepare for and participate in Bankruptcy court hearing on retention applications for firm and other professionals |
| | | | **Subtotal** | **41.90** | **36,090.00** | |

## 07 - Regulatory Advice

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 04/02/18 | Amy Roma | HLUS | 835.00 | 3.00 | 2,505.00 | Review NRC 2.206 petition (.9); perform research to support same (1.1); draft analysis for client (1.0) |
| 04/02/18 | Daniel F Stenger | HLUS | 890.00 | 3.50 | 3,115.00 | Review and revise notification letter to NRC of bankruptcy filing |

|          | Date       | June 18, 2018    |
|----------|------------|------------------|
|          | Invoice No | 22200015830      |
| Firstenergy Solutions Corp. | Our Ref | 048046.000002 |

Bankruptcy

## 07 - Regulatory Advice

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|------|------|-----|------|-------|--------|-----------|
| 04/02/18 | Sachin S Desai | HLUS | 685.00 | 1.00 | 685.00 | Review 2.206 petition concerning FirstEnergy and suggest edits to draft analysis |
| 04/03/18 | Sachin S Desai | HLUS | 685.00 | 1.10 | 753.50 | Revise draft response concerning 2.206 petition |
| 04/04/18 | Daniel F Stenger | HLUS | 890.00 | 5.00 | 4,450.00 | Calls with NRC Office of General Counsel regarding bankruptcy proceeding and order regarding authorization to pay taxes and fees (.6); calls with L. Beckerman (Akin) (.4); note to R. Giannantonio regarding 2.206 petition to NRC (4.0) |
| 04/04/18 | Steve Miller | HLUS | 785.00 | 1.00 | 785.00 | Discussions with potential experts regarding expert witness needs |
| 04/05/18 | Daniel F Stenger | HLUS | 890.00 | 1.50 | 1,335.00 | E-mail exchange with NRC Office of General Counsel and L. Beckerman regarding issuance of invoices for NRC fees |
| 04/09/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Work on expert witness for retention plan |
| 04/12/18 | Daniel F Stenger | HLUS | 890.00 | 2.00 | 1,780.00 | Review and comment on draft responses by FES to questions from PJM market monitor (1.7); note to B. Kahn (Akin) regarding same (.3) |
| 04/12/18 | Sachin S Desai | HLUS | 685.00 | 0.40 | 274.00 | Evaluate responses to PJM request for information |
| 04/13/18 | Daniel F Stenger | HLUS | 890.00 | 1.00 | 890.00 | Work regarding expert witness for key employee retention plan (.6); note to L. Beckerman regarding same (.4) |
| 04/16/18 | Daniel F Stenger | HLUS | 890.00 | 0.50 | 445.00 | Conference call with potential expert witness for retention plan |

| | |
|---|---|
| Date | June 18, 2018 |
| Invoice No | 22200015830 |
| Our Ref | 048046.000002 |

Firstenergy Solutions Corp.

Bankruptcy

## 07 - Regulatory Advice

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 04/16/18 | Steve Miller | HLUS | 785.00 | 1.00 | 785.00 | Discussions with candidates regarding possible expert witness service |
| 04/17/18 | Steve Miller | HLUS | 785.00 | 0.50 | 392.50 | Call to candidate regarding expert testimony possibility |
| 04/18/18 | Daniel F Stenger | HLUS | 890.00 | 2.00 | 1,780.00 | Begin review of motions regarding employee retention plan (1.7) and telephone conference with L. Beckerman regarding same (.3) |
| 04/19/18 | Daniel F Stenger | HLUS | 890.00 | 4.00 | 3,560.00 | Review and revise declarations from Akin Gump for approval of key employee retention plan |
| 04/19/18 | Sachin S Desai | HLUS | 685.00 | 0.20 | 137.00 | Discuss with D. Stenger potential insights to share with client on status of NRC decommissioning rulemaking |
| 04/20/18 | Amy Roma | HLUS | 835.00 | 1.00 | 835.00 | Review drafts of the KERP motion and its supporting declarations, including revised slides prepared by A&M that will be attached as an exhibit to the Cumberland declaration |
| 04/20/18 | Daniel F Stenger | HLUS | 890.00 | 4.00 | 3,560.00 | Review and comment on draft motion and declarations supporting approval of key employee retention plan |
| 04/23/18 | Sachin S Desai | HLUS | 685.00 | 0.80 | 548.00 | Review public and other information on the status of the decommissioning rulemaking (.3) and draft response to client on status of rulemaking (.5) |

| | | |
|---|---|---|
| | Date | June 18, 2018 |
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
| | Our Ref | 048046.000002 |

Bankruptcy

## 07 - Regulatory Advice

| Date | Name | LLP | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 04/24/18 | Daniel F Stenger | HLUS | 890.00 | 3.50 | 3,115.00 | Work on presentation regarding recovery of spent fuel management costs (1.2); note to K. Nesser (FENOC) regarding status of NRC decommissioning transition rulemaking (2.3) |
| 04/24/18 | Sachin S Desai | HLUS | 685.00 | 1.80 | 1,233.00 | Draft slides on spent fuel claim issues |
| 04/25/18 | Amy Roma | HLUS | 835.00 | 0.50 | 417.50 | Review FENOC's cessation of operations notification to NRC |
| 04/25/18 | Daniel F Stenger | HLUS | 890.00 | 1.30 | 1,157.00 | Comment on FENOC correspondence to NRC regarding permanent cessation of operations |
| 04/26/18 | Daniel F Stenger | HLUS | 890.00 | 1.80 | 1,602.00 | Telephone conference with NRC staff on status of rulemaking on transition of power reactors to decommissioning (.3) and memorandum to K. Nesser (FENOC) regarding same (1.5) |
| 04/27/18 | Daniel F Stenger | HLUS | 890.00 | 2.50 | 2,225.00 | Draft presentation slides on recovery of spent fuel management costs |
| 04/30/18 | Daniel F Stenger | HLUS | 890.00 | 1.60 | 1,424.00 | Continue work on draft presentation for creditors on cost recovery for spent fuel storage |
| | | | **Subtotal** | **47.00** | **40,233.50** | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Professional Services** | | | | **88.90** | **USD 76,323.50** |

| | Date | June 18, 2018 |
|---|---|---|
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
| | Our Ref | 048046.000002 |

Bankruptcy

## Summary

| Timekeeper Name | Hours | Rate | Fees |
|---|---|---|---|
| Daniel F Stenger | 53.60 | 890.00 | 47,704.00 |
| Amy Roma | 27.10 | 835.00 | 22,628.50 |
| Edward C Dolan | 0.40 | 995.00 | 398.00 |
| Steve Miller | 2.50 | 785.00 | 1,962.50 |
| Sachin S Desai | 5.30 | 685.00 | 3,630.50 |
| **Total Professional Services** | **88.90** | | **USD 76,323.50** |

|  | Date | June 18, 2018 |
|---|---|---|
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
|  | Our Ref | 048046.000002 |

Bankruptcy

## Summary

| Task | Task Code Description | Hours | Fees |
|---|---|---|---|
| 03 | Retention of Professionals | 41.90 | 36,090.00 |
| 07 | Regulatory Advice | 47.00 | 40,233.50 |
| **Total Professional Services** | | **88.90** | **USD 76,323.50** |

| | | |
|---|---|---|
| | Date | June 18, 2018 |
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
| | Our Ref | 048046.000002 |

Bankruptcy

## Disbursement and Charges

| Description | Amount |
|---|---|
| Telephonic Appearance Fees | 70.00 |
| **Total for Other Charges** | **USD 70.00** |

|  | Date | June 18, 2018 |
|---|---|---|
| Firstenergy Solutions Corp. | Invoice No | 22200015830 |
|  | Our Ref | 048046.000002 |

Bankruptcy

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through June 18, 2018
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance USD |
|---|---|---|---|---|---|---|---|
| 22200015830 | 06/18/18 | 76,323.50 | 70.00 | 76,393.50 | 0.00 | | 76,393.50 |
| Outstanding Invoices: | | | | | | | 76,393.50 |