**EXHIBIT D**
**INVOICES**

10254605.1

18-50757-amk    Doc 799-5    FILED 06/22/18    ENTERED 06/22/18 18:33:40    Page 1 of 37

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00001

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644418 |
| Tax I.D. | 34-0410308 |

RE:     Chapter 11

---

## <u>Summary Of Information</u>

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $78.05 |
| Total Fees And Costs | $78.05 |
| Current Invoice Due | $78.05 |
| Total Amount Due | $78.05 |

---

HAHN LOESER & PARKS LLP     attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio  44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

# HAHN ◉ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00001

| | | |
|---|---|---|
| | Invoice Date: | 06/22/18 |
| | Invoice No: | 644418 |

RE:     Chapter 11

| | | |
|---|---|---|
| Total Hours | | 0.00 |

**Timekeeper Summary**

| Date | Costs | Amount |
|---|---|---|
| 04/26/18 | Auto-Mileage Mileage - Rocco I. Debitetto Travel from Hinckley to Akron, Ohio and from Akron to Cleveland, Ohio to attend First Day Hearings on FirstEnergy case. | 35.10 |
| 04/26/18 | Parking Parking - Rocco I. Debitetto Parking for Hearings on FirstEnergy case. | 7.00 |
| 04/30/18 | Lexis | 35.42 |
| 04/30/18 | Lexis | 0.53 |
| | Total Current Costs | $78.05 |
| | Current Invoice Due | $78.05 |
| | Total Balance Due | $78.05 |

HAHN LOESER & PARKS LLP    attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio   44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00002

Invoice Date: 06/22/18
Invoice No: 644419
Tax I.D. 34-0410308

RE:     Asset Analysis and Recovery

## Summary Of Information

| | |
|---|---|
| Total Current Fees | $1,080.00 |
| Total Fees And Costs | $1,080.00 |
| Current Invoice Due | $1,080.00 |
| Total Amount Due | $1,080.00 |

HAHN LOESER & PARKS LLP    attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio   44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

# HAHN LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00002

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644419 |

RE:     Asset Analysis and Recovery

| Date | Atty | Professional Services | Hours |
|---|---|---|---|
| 04/23/18 | DAD | Review parent company settlement with noteholder and indenture trustee. | 1.10 |
| 04/23/18 | CBW | Examine articles regarding FirstEnergy Corp.'s proposed settlement with noteholders and unions (0.30); communication with RI Debitetto and LE Oscar regarding the same (0.20). | 0.50 |
| 04/24/18 | DAD | Review parent company settlement with noteholder and indenture trustee. | 0.40 |
| | | **Total Hours** | 2.00 |

**Timekeeper Summary**

| Atty | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Daniel A. DeMarco | Partner | 570.00 | 1.50 | 855.00 |
| Christopher B. Wick | Partner | 450.00 | 0.50 | 225.00 |

| | |
|---|---|
| Total Current Fees | $1,080.00 |
| Total Current Costs | $0.00 |
| Current Invoice Due | $1,080.00 |

HAHN LOESER & PARKS LLP     attorneys at law

cleveland  columbus  naples  fort myers  san diego  chicago

200 Public Square, Suite 2800  Cleveland, Ohio  44114  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⬤ LOESER

|  |  |
|---|---|
| Total Balance Due | $1,080.00 |



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00008

|  |  |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644421 |
| Tax I.D. | 34-0410308 |

RE:   Case Administration

## Summary Of Information

| | |
|---|---|
| Total Current Fees | $9,552.00 |
| Total Fees And Costs | $9,552.00 |
| Current Invoice Due | $9,552.00 |
| Total Amount Due | $9,552.00 |

# HAHN ● LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No:  214852.00008

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644421 |

RE:    Case Administration

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/13/18 | LEO | Follow up with Milbank and prepare for initial meeting. | 7.00 |
| 04/16/18 | CMB | Preparation of electronic pleadings bible - begin downloading of filings (1.90); review of filings and begin docketing hearings and response deadlines (0.40). | 2.30 |
| 04/16/18 | CMB | Retrieval and review of Amended Case Management Order for procedural requirements for filings. | 0.30 |
| 04/17/18 | CMB | Further updating of electronic pleadings bible (2.10); docket hearing and response deadlines from recent filings (0.50). | 2.60 |
| 04/19/18 | CMB | Retrieval and review of docket update and updating electronic pleadings bible (0.80); docket upcoming hearing and response deadlines (0.20). | 1.00 |
| 04/19/18 | RID | Meeting with HLP team to discuss initial issues and tasks. | 1.00 |
| 04/19/18 | DAD | Prepare work plan with LE Oscar, CB Wick, RI Debitetto. | 1.00 |
| 04/19/18 | CBW | Participate in working meeting with DA DeMarco, LE Oscar and RI Debitetto regarding potential fraudulent conveyance claims (0.90); follow-up with RI Debitetto regarding the division of labor (0.10). | 1.00 |
| 04/20/18 | CMB | Retrieval and review of docket update (0.10); update electronic pleadings bible (0.50); docketing of hearing and response deadlines (0.20). | 0.80 |

# HAHN HL LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/20/18 | RID | Review and revise correspondence to Milbank attorneys highlighting various issues and suggesting division of labor strategy for Ohio counsel. | 0.50 |
| 04/23/18 | CMB | Retrieval and review of docket update (0.10); update electronic pleadings bibles (0.60). | 0.70 |
| 04/23/18 | RID | Prepare e-mail to CM Beitel regarding task list. | 0.20 |
| 04/24/18 | CMB | Docketing of hearings scheduled (0.20); prepare calendar of hearing dates (0.60). | 0.80 |
| 04/24/18 | CMB | Update general service list. | 0.10 |
| 04/25/18 | CMB | Receipt and review of e-mail from DA DeMarco transmitting Committee Certification Letter for docketing of Deadlines. | 0.10 |
| 04/25/18 | CMB | Communications with Docket Department regarding calendaring hearings. | 0.10 |
| 04/26/18 | CMB | E-mail communications with P. Milender regarding court policies. | 0.10 |
| 04/27/18 | CMB | Update electronic pleadings bible. | 1.60 |
| 04/27/18 | CBW | Attention to issues relating to the division of labor among counsel (0.20); communication with LE Oscar regarding coordination of lead Committee counsel (0.20). | 0.40 |
| 04/29/18 | RID | Review and revise motion to establish information protocol for Committee and committee representatives and proposed order granting same. | 0.50 |
| 04/29/18 | RID | E-mail with P. Milender regarding motion to establish information protocol for Committee and committee representatives. | 0.10 |
| 04/29/18 | RID | E-mail with committee member representative J. Goldstein. | 0.10 |
| 04/29/18 | RID | Review and respond to multiple e-mail from LE Oscar regarding committee matters. | 0.20 |
| 04/30/18 | CMB | Retrieval and review of docket for new filings (0.10); update electronic pleadings bible (0.60). | 0.70 |

|  |  | Total Hours | 23.20 |

# HAHN HL LOESER

Matter No: 214852.00008          Invoice Date:    06/22/18
Client Name: FirstEnergy Solutions Official Unsecured Creditors CommitteeInvoice No:644421
                                                                   Page 3

## Timekeeper Summary

| Atty | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Rocco I. Debitetto | Partner | 415.00 | 2.60 | 1,079.00 |
| Daniel A. DeMarco | Partner | 570.00 | 1.00 | 570.00 |
| Lawrence E. Oscar | Partner | 655.00 | 7.00 | 4,585.00 |
| Christopher B. Wick | Partner | 450.00 | 1.40 | 630.00 |
| Colleen M. Beitel | Paralegal | 240.00 | 11.20 | 2,688.00 |

|  |  |
|---|---|
| Total Current Fees | $9,552.00 |
| Total Current Costs | $0.00 |
| Current Invoice Due | $9,552.00 |
| Total Balance Due | $9,552.00 |

H A H N   L O E S E R   &   P A R K S   L L P   attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800, Cleveland, Ohio 44114, phone 216.621.0150, fax 216.241.2824, hahnlaw.com

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00009

|                | |
|----------------|------------|
| Invoice Date:  | 06/22/18   |
| Invoice No:    | 644422     |
| Tax I.D.       | 34-0410308 |

RE:    Claims Administration and Objections

---

### Summary Of Information

| | |
|---|---|
| Total Current Fees | $83.00 |
| Total Fees And Costs | $83.00 |
| Current Invoice Due | $83.00 |
| Total Amount Due | $83.00 |

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00009

|  | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644422 |

RE:     Claims Administration and Objections

| Date | Atty | Professional Services | Hours |
|------|------|------------------------|-------|
| 04/23/18 | RID | E-mail with E. Fleck (Milbank) regarding FirstEnergy settlement press release. | 0.20 |
|  |  | Total Hours | 0.20 |

**Timekeeper Summary**

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 0.20 | 83.00 |

|  | |
|---|---|
| Total Current Fees | $83.00 |
| Total Current Costs | $0.00 |
| Current Invoice Due | $83.00 |
| Total Balance Due | $83.00 |



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00010

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644423 |
| Tax I.D. | 34-0410308 |

RE:    Corporate Governance and Board Matters

---

## Summary Of Information

| | |
|---|---|
| Total Current Fees | $1,049.00 |
| Total Fees And Costs | $1,049.00 |
| Current Invoice Due | $1,049.00 |
| Total Amount Due | $1,049.00 |

---

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00010

|  | | |
|---|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644423 |

RE:    Corporate Governance and Board Matters

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/25/18 | RID | Research regarding committee member duties and e-mail to P. Milender regarding same. | 0.40 |
| 04/25/18 | DAD | Research regarding Committee member duties. | 0.40 |
| 04/25/18 | LEO | Review sources and research Committee member duties. | 1.00 |
| | | Total Hours | 1.80 |

**Timekeeper Summary**

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 0.40 | 166.00 |
| Daniel A. DeMarco | Partner | 570.00 | 0.40 | 228.00 |
| Lawrence E. Oscar | Partner | 655.00 | 1.00 | 655.00 |

| | |
|---|---|
| Total Current Fees | $1,049.00 |
| Total Current Costs | $0.00 |
| Current Invoice Due | $1,049.00 |
| Total Balance Due | $1,049.00 |

HAHN LOESER & PARKS LLP    attorneys at law

cleveland  columbus  naples  fort myers  san diego  chicago

200 Public Square, Suite 2800  Cleveland, Ohio  44114  phone 216.621.0150  fax 216.241.2824  hahnlaw.com



# HAHN LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00012

Invoice Date:     06/22/18
Invoice No:      644424
Tax I.D.   34-0410308

RE:     Employment and Fee Applications

---

### Summary Of Information

| | |
|---|---|
| Total Current Fees | $6,166.50 |
| Total Fees And Costs | $6,166.50 |
| Current Invoice Due | $6,166.50 |
| Total Amount Due | $6,166.50 |

# HAHN LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No:  214852.00012

| | | |
|---|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644424 |

RE:    Employment and Fee Applications

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/09/18 | DAD | Revise retention application. | 0.00 |
| 04/12/18 | DAD | Revise retention application. | 0.00 |
| 04/13/18 | RID | Consideration of retention application requirements, conflict checks, and disclosures. | 1.00 |
| 04/15/18 | DAD | Revise retention application (0.20); verified statement (0.50) and order (0.20). | 0.90 |
| 04/17/18 | CMB | Receipt and review of e-mail from M. Miller requesting precedent for retention application for counsel for unsecured committee for Ohio Northern Bankruptcy Court (0.10); retrieval of form and circulate to M. Miller (0.20). | 0.30 |
| 04/17/18 | LEO | Review conflict matter and attention to potential conflicts. | 2.00 |
| 04/17/18 | CBW | Attention to resolving potential conflict issues regarding representation (0.70); communication with LE Oscar and RI Debitetto regarding the same (0.30). | 1.00 |
| 04/18/18 | RID | Address retention and pro hac issues raised by lead counsel and prepare instructions to CM Beitel regarding same. | 1.00 |
| 04/18/18 | LEO | Attention to potential conflict clearance and planning. | 2.00 |
| 04/19/18 | RID | Prepare instructions to CM Beitel regarding information agent retention. | 0.20 |

HAHN LOESER & PARKS LLP   attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio  44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

# HAHN HL LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/20/18 | CMB | Communications with RI Debitetto regarding US Trustee Guidelines for Compensation (0.10); retrieval and circulate US Trustee Guidelines to RI Debitetto along with Exhibit C - Budget Staffing (0.10); review of Case Management Order and Interim Compensation Order for procedures related to staffing or budgeting and responsive e-mail to RI Debitetto re same (0.30) | 0.50 |
| 04/20/18 | CMB | Research precedent retention applications for information or solicitation agent for committee for Northern District of Ohio bankruptcy court and circulate findings to RI Debitetto. | 0.80 |
| 04/20/18 | RID | Address questions from Milbank regarding application to employ and retain KCC Advisors. | 0.50 |
| 04/25/18 | RID | Attention to FirstEnergy retention application. | 1.00 |
| 04/26/18 | RID | Attention to FirstEnergy retention application, including review of supplemental conflict parties received from Milbank. | 1.00 |
| 04/29/18 | RID | Review and revise application to retain Kurtzman Carson, affidavit in support, and proposed order. | 0.50 |
| 04/29/18 | RID | E-mail with P. Milender regarding application to retain Kurtzman Carson, affidavit in support, and proposed order. | 0.10 |

|  |  | Total Hours | 12.80 |
|--|--|-------------|-------|

**Timekeeper Summary**

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 5.30 | 2,199.50 |
| Daniel A. DeMarco | Partner | 570.00 | 0.90 | 513.00 |
| Lawrence E. Oscar | Partner | 655.00 | 4.00 | 2,620.00 |
| Christopher B. Wick | Partner | 450.00 | 1.00 | 450.00 |
| Colleen M. Beitel | Paralegal | 240.00 | 1.60 | 384.00 |

|  | Total Current Fees | $6,166.50 |
|--|-------------------|-----------|

HAHN LOESER & PARKS LLP    attorneys at law

cleveland  columbus  naples  fort myers  san diego  chicago

200 Public Square, Suite 2800  Cleveland, Ohio  44114  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⬤ LOESER

|                      |            |
|----------------------|-----------:|
| Total Current Costs  |      $0.00 |
| Current Invoice Due  |  $6,166.50 |
| Total Balance Due    |  $6,166.50 |

---

**HAHN LOESER & PARKS LLP   attorneys at law**

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio  44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00013

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644425 |
| Tax I.D. | 34-0410308 |

RE:     Employment and Fee Application Objections

---

## **Summary Of Information**

| | |
|---|---|
| Total Current Fees | $166.00 |
| Total Fees And Costs | $166.00 |
| Current Invoice Due | $166.00 |
| Total Amount Due | $166.00 |

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00013

|  | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644425 |

RE:     Employment and Fee Application Objections

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/25/18 | RID | Research regarding preemptive objections to fees in retention applications and e-mail to P. Millender regarding same. | 0.40 |

|  |  |
|---|---|
| Total Hours | 0.40 |

**Timekeeper Summary**

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 0.40 | 166.00 |

|  |  |
|---|---|
| Total Current Fees | $166.00 |
| Total Current Costs | $0.00 |
| Current Invoice Due | $166.00 |
| Total Balance Due | $166.00 |



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00015

Invoice Date: 06/22/18
Invoice No: 644426
Tax I.D. 34-0410308

RE: Litigation: Contested Matters & Adv. Proceedings

---

### Summary Of Information

| | |
|---|---|
| Total Current Fees | $14,453.50 |
| Total Fees And Costs | $14,453.50 |
| Current Invoice Due | $14,453.50 |
| Total Amount Due | $14,453.50 |

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00015

|  | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644426 |

RE:     Litigation: Contested Matters & Adv. Proceedings

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/16/18 | CMB | Preparation of Notice of Appearance for CB Wick (0.30); preparation of Notice of Appearance for LE Oscar (0.30); preparation of Notice of Appearance for RI Debitetto (0.30); preparation of Notice of Appearance for DA DeMarco (0.30); preparation of Notice of Appearance for D. Dunne (0.30); preparation of Notice of Appearance for P. Milender (0.30); preparation of Notice of Appearance for E. Fleck (0.30); preparation of Notice of Appearance for A. Leblanc (0.30). | 2.40 |
| 04/16/18 | CMB | Preparation of Motion for Pro Hac Admission, Affidavit and proposed Order for P. Milender (1.00); preparation of Motion for Pro Hac Admission, Affidavit and proposed Order for E. Fleck (1.00); preparation of Motion for Pro Hac Admission, Affidavit and proposed Order for D. Dunne (1.00); preparation of Motion for Pro Hac Admission, Affidavit and proposed Order for A. Leblanc (1.00); circulate draft pro hac motions to RI Debitetto for review and approval (0.10); circulate draft Pro Hac Motions to Milbank professionals for review and execution (0.10). | 4.20 |

# HAHN HL LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/16/18 | CMB | E-mail to DA DeMarco transmitting draft Notices of Appearance for review and approval (0.10); receipt of comments from DA DeMarco and finalizing of draft Notices of Appearance (0.20); circulate draft Notices of Appearance to Milbank professionals for review and approval for filing (0.10). | 0.40 |
| 04/16/18 | LEO | Review first day motions and supporting statements, and consider positions of the creditors' committee. | 2.00 |
| 04/17/18 | CMB | Receipt and review of e-mail from P. Milender inquiring whether separate Notices of Appearance can be combined into one for filing (0.10); receipt and review of responsive e-mail from RI Debitetto advising we are complying with Court requirements in order for all professionals to electronically receive notifications (0.10). | 0.20 |
| 04/18/18 | CMB | Communications with P. Milender and E. Fleck regarding Affidavits for pro hac admission to be signed (0.10); finalize pro hac applications and circulate to P. Milender and E. Fleck (0.40); receipt and review of e-mail from E. Fleck and P. Milender transmitting executed affidavits (0.10); electronic filing of Motion for pro hac admission for E. Fleck (0.30); electronic filing of Motion for pro hac admission for P. Milender (0.30); upload proposed orders (0.20); e-mail service and U.S. mail service of pro hac motions (0.60); e-mail to M. Langford advising that his e-mail address with Prime Clerk in incorrect - e-mail bounced back for failure to send (0.10). | 2.10 |
| 04/18/18 | CMB | E-mail communications with RI Debitetto regarding status of filing Notices of Appearance. | 0.10 |
| 04/18/18 | RID | Consideration of initial legal research issues raised by LE Oscar. | 0.20 |
| 04/19/18 | CMB | Finalize, prepare for and attention to electronic filing of Motion for Pro Hac admission for D. Dunne (0.30); finalize, prepare for and attention to electronic submission of proposed Order (0.20); attention to service of pro hac Motion by U.S. mail and e-mail upon service parties (0.30). | 0.80 |

# HAHN ☻ LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/19/18 | CMB | Receipt and review of e-mail from P. Milender regarding Notices of Appearance for filing (0.10); electronic filing of Notices of Appearances for D. Dunne, E. Fleck, P. Milender, LE Oscar, DA DeMarco, DB Wick and RI Debitetto (0.90); service of Notices of Appearance by US Mail and e-mail upon service parties (0.30). | 1.30 |
| 04/20/18 | CMB | Receipt and review of e-mail from P. Milender transmitting executed Affidavit for A. Leblanc and approve pro hac motion for filing (and request we prepare pro hac motion for A. Renenger and notice of appearance (0.10); finalize, prepare for and electronic filing of Motion for Pro Hac Admission for A. Leblanc (0.30); finalize, prepare for and electronic submission of proposed Order Granting Pro Hac Admission for A. Leblanc (0.20); finalize, prepare for and electronic filing of Notice of Appearance of A. Leblanc in main case (0.30); service of Pro Hac Motion and Notice of Appearance by e-mail and US mail to the service list (0.60). | 1.50 |
| 04/20/18 | CMB | Preparation of Motion for Pro Hac Admission, Affidavit and proposed Order for A. Renenger (0.60); prepare Notice of Appearance for A. Renenger (0.30); prepare Notice of Appearance for A. Renenger for filing in the adversary proceeding (0.20); prepare Notice of Appearance for A. Leblanc for filing in adversary proceeding (0.20); circulate draft Motion and Notices to RI Debitetto for review (0.10); e-mail to P. Milender transmitting Motion for Pro Hac Admission for A. Renenger and Notices of Appearance for review and execution (0.10). | 1.50 |
| 04/20/18 | CMB | Circulate Orders Granting Pro Hac Admission for P. Milender, E. Fleck and D. Dunne to professionals and service by US Mail and e-mail to general service list. | 0.50 |
| 04/20/18 | RID | Attention to pro hac vice motions of multiple Milbank attorneys, including review and revision of same (0.50); prepare instructions to CM Beitel regarding same (0.20). | 0.70 |
| 04/20/18 | CBW | Review and revise pro hac motions and notices of appearance for lead counsel to the Committee. | 0.50 |

# HAHN ● LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/22/18 | RID | Address research regarding director and officer duties (2.50); e-mail to E. Fleck regarding same (0.10). | 2.60 |
| 04/23/18 | CMB | Receipt and review of e-mail from RI Debitetto regarding to-do list of items to be completed (0.10); retrieval and review of docket for procedures for attending hearings telephonically (0.20); telephone conference with M. Knotts regarding procedure for appearing telephonically in adversary proceeding (0.20); e-mail with RI Debitetto regarding procedure for appearing telephonically (0.10); arrange for RI Debitetto to appear telephonically with CourtSolutions (0.20); retrieval and review of case docket and initial drafting of case calendar of scheduled hearings (2.10). | 2.90 |
| 04/23/18 | CMB | Receipt and review of e-mail from N. Stacey transmitting A. Renenger executed Affidavit (0.10); finalize, prepare for and electronic filing of Motion for Pro Hac Admission for A. Renenger (0.30); finalize, prepare for and electronic submission of proposed Order Granting Pro Hac Admission (0.20); finalize, prepare for and electronic filing of adversary proceeding Notice of Appearance for A. Renenger (0.20); service of Pro Hac Motion and Notice of Appearance on general service list by e-mail and US mail (0.40). | 1.20 |
| 04/23/18 | CMB | E-mail to N. Stacey and P. Milender transmitting file-stamped copies of Notices of Appearance and Pro Hac Motion as filed. | 0.10 |
| 04/23/18 | RID | Consideration of next steps and additional tasks likely needed by Milbank in correction with forthcoming hearing. | 0.40 |
| 04/23/18 | RID | Review and revise notices of appearance (0.20); prepare instructions to CM Beitel regarding same (0.10). | 0.30 |
| 04/23/18 | LEO | Prepare for hearing. | 1.00 |
| 04/24/18 | CMB | Research for precedent motions to adjourn hearings where debtor's refuse to consent to adjournment, especially before Judge Koschik (1.50); circulate findings to RI Debitetto and CB Wick (0.10); conference with CB Wick regarding responding to co-counsel with examples (0.10). | 1.70 |

# HAHN LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/24/18 | CMB | Receipt and review of e-mail from CB Wick inquiring whether any objections have been filed to the Motion set for hearing on 4/26 (0.10); retrieval and review of docket to determine whether objections filed (0.10); responsive e-mail to CB Wick advising all matters scheduled for hearing on 4/26 are uncontested (0.10). | 0.30 |
| 04/24/18 | CMB | Receipt and review of e-mail from P. Milender regarding preparing for 4/26 hearings (0.10);compile working binders for committee counsel for all matters scheduled for hearing on 4/26 (3.80); prepare index of filings (0.30) | 4.20 |
| 04/24/18 | CMB | Receipt and review of e-mail from E. Dexter to RI Debitetto approving proposed orders for submission to Court (0.10); receipt and review of follow-up e-mail from E. Dexter advising to hold on submission (0.10). | 0.20 |
| 04/24/18 | CBW | Address potential non-consensual adjournment of various matters and follow up with Milbank regarding same. | 0.60 |
| 04/25/18 | CMB | Communications with RI Debitetto regarding preparing for 4/26 hearings (0.10); finish compiling working binders of matters scheduled for hearing (1.50); telephone conference with M. Knotts confirming matters tentatively continued on Judge's docket are not going forward (0.20); conference with RI Debitetto regarding same (0.10). | 1.90 |
| 04/25/18 | RID | Preparation for hearing on 4/26, including multiple e-mail to P. Milender regarding same. | 1.00 |
| 04/25/18 | RID | Meeting with CM Beitel regarding material for 4/26 hearing. | 0.30 |
| 04/26/18 | CMB | E-mail communications with M. Miller regarding HLP attorney bar registration numbers. | 0.10 |
| 04/26/18 | RID | Hearing on first day motions. | 1.50 |
| 04/26/18 | RID | E-mail with P. Milender regarding assistance requested by Milbank in connection with Omnibus Hearing. | 0.20 |
| 04/26/18 | DAD | Attention to follow up from 4/26/18 hearings. | 0.20 |
| 04/26/18 | LEO | Hearing on first day motions and corresponding pre- and post-hearing conferences with counsel. | 2.00 |

# HAHN ⬤ LOESER

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/30/18 | RID | Address Milbank inquiries in respect of common interest doctrine. | 0.70 |
| 04/30/18 | JCL | Research requirements for asserting common interest doctrine privilege under Ohio and 6th Circuit law. | 2.20 |
| 04/30/18 | JCL | Draft e-memorandum regarding the requirements for asserting common interest doctrine privilege under Ohio and 6th Circuit law. | 0.70 |

|  |  | Total Hours | 44.70 |

## Timekeeper Summary

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 7.90 | 3,278.50 |
| Daniel A. DeMarco | Partner | 570.00 | 0.20 | 114.00 |
| Lawrence E. Oscar | Partner | 655.00 | 5.00 | 3,275.00 |
| Christopher B. Wick | Partner | 450.00 | 1.10 | 495.00 |
| James C. Lanigan | Associate | 230.00 | 2.90 | 667.00 |
| Colleen M. Beitel | Paralegal | 240.00 | 27.60 | 6,624.00 |

|  | Total Current Fees | $14,453.50 |
|--|--------------------|------------|
|  | Total Current Costs | $0.00 |
|  | Current Invoice Due | $14,453.50 |
|  | Total Balance Due | $14,453.50 |

# HAHN ● LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00016

|                | |
|----------------|------------|
| Invoice Date:  | 06/22/18   |
| Invoice No:    | 644427     |
| Tax I.D.       | 34-0410308 |

RE:    Meetings and Comunications with Creditors

## Summary Of Information

| | |
|---|---|
| Total Current Fees | $1,279.50 |
| Total Fees And Costs | $1,279.50 |
| Current Invoice Due | $1,279.50 |
| Total Amount Due | $1,279.50 |

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00016

|  | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644427 |

RE:    Meetings and Comunications with Creditors

| Date | Atty | Professional Services | Hours |
|------|------|-----------------------|-------|
| 04/24/18 | RID | Review and respond to e-mail inquiry from unsecured creditor inquiring about status of case and implications of tentative settlement announcement by FirstEnergy Corp. | 0.20 |
| 04/27/18 | RID | Prepare e-mail to J. Goldstein (Committee member) responding to inquiries regarding administration of tasks and fee applications in bankruptcy. | 0.20 |
| 04/27/18 | LEO | Teleconference with J. Goldstein regarding administrative and fee issues. | 0.70 |
| 04/27/18 | LEO | Follow up with Milbank by drafting memorandum. | 0.50 |
| 04/30/18 | LEO | Prepare for meeting with J. Goldstein. | 0.50 |
| | | **Total Hours** | 2.10 |

### Timekeeper Summary

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 0.40 | 166.00 |
| Lawrence E. Oscar | Partner | 655.00 | 1.70 | 1,113.50 |
| | | | **Total Current Fees** | **$1,279.50** |

H A H N   L O E S E R   &   P A R K S   L L P    attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio  44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

Matter No: 214852.00016                          Invoice Date:        06/22/18
Client Name: FirstEnergy Solutions Official Unsecured Creditors CommitteeInvoice No: 644427
                                                                    Page 2

|  |  |
|---|---|
| Total Current Costs | $0.00 |
| Current Invoice Due | $1,279.50 |
| Total Balance Due | $1,279.50 |

HAHN LOESER & PARKS LLP    attorneys at law

cleveland  columbus  naples  fort myers  san diego  chicago

200 Public Square, Suite 2800  Cleveland, Ohio  44114   phone 216-621-0150  fax 216-241-2824  hahnlaw.com



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00017

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644428 |
| Tax I.D. | 34-0410308 |

RE:    Non-Working Travel

---

### Summary Of Information

| | |
|---|---|
| Total Current Fees | $456.50 |
| Less Courtesy Discount | (456.50) |
| Net Current Fees | $0.00 |
| Total Fees And Costs | $0.00 |
| Current Invoice Due | $0.00 |
| Total Amount Due | $0.00 |

# HAHN ⬤ LOESER

FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00017

| | |
|---|---|
| Invoice Date: | 06/22/18 |
| Invoice No: | 644428 |

RE:     Non-Working Travel

| Date | Atty | Professional Services | Hours |
|---|---|---|---|
| 04/26/18 | RID | Non-working travel from Hinckley, Ohio to Akron, Ohio and from Akron, Ohio to Cleveland, Ohio for Omnibus Hearing. | 1.10 |
| | | Total Hours | 1.10 |

**Timekeeper Summary**

| Atty | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Rocco I. Debitetto | Partner | 415.00 | 1.10 | 456.50 |

| | |
|---|---|
| Total Current Fees | $456.50 |
| Less Courtesy Discount | (456.50) |
| Net Current Fees Due | $0.00 |
| Total Current Costs | $0.00 |
| Current Invoice Due | $0.00 |
| Total Balance Due | $0.00 |



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00024

<table>
<tr><td>Invoice Date:</td><td>06/22/18</td></tr>
<tr><td>Invoice No:</td><td>644429</td></tr>
<tr><td>Tax I.D.</td><td>34-0410308</td></tr>
</table>

RE:  FirstEnergy Solutions Corp. v. Federal Energy
     Regulatory Comm. Adversary Proceeding

### Summary Of Information

| | |
|---|---|
| Total Current Fees | $5,056.00 |
| Total Fees And Costs | $5,056.00 |
| Current Invoice Due | $5,056.00 |
| Total Amount Due | $5,056.00 |

HAHN LOESER & PARKS LLP    attorneys at law

cleveland   columbus   naples   fort myers   san diego   chicago

200 Public Square, Suite 2800   Cleveland, Ohio  44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com



FirstEnergy Solutions Official Unsecured Creditors
Committe
c/o Patrick J. Healy
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Matter No: 214852.00024

| | Invoice Date: | 06/22/18 |
|---|---|---|
| | Invoice No: | 644429 |

RE: FirstEnergy Solutions Corp. v. Federal Energy
Regulatory Comm. Adversary Proceeding

| Date | Atty | Professional Services | Hours |
|---|---|---|---|
| 04/23/18 | CMB | Receipt and review of e-mail from P. Milender approving A. LeBlanc notice of appearance in adversary proceeding for filing (0.10); finalize, prepare for and electronic filing of Notice of Appearance for A. Leblanc in adversary proceeding (0.20); service of Notice of Appearance by e-mail and US mail upon general service list (0.40). | 0.70 |
| 04/23/18 | CMB | Prepare Notices of Appearance for LE Oscar, DA DeMarco, CB Wick and RI Debitetto for filing in adversary proceeding (0.60); finalize, prepare for and electronic filing of Notices of Appearance for LE Oscar, DA DeMarco, CB Wick and RI Debitetto (0.50); service of Notices of Appearance on general service list by e-mail and US mail (0.60). | 1.70 |
| 04/23/18 | CMB | Receipt and review of e-mails from E. Dexter and RI Debitetto throughout evening regarding filing of Motion to Intervene in adversary proceeding (0.30); prepare Certificate of Service for Motion to Intervene (0.30). | 0.60 |
| 04/23/18 | RID | E-mail with P. Millender (Milbank) regarding status of FERC adversary proceeding and forthcoming hearing and committee intervention. | 0.30 |
| 04/23/18 | RID | Review and revise motion to intervene in FERC adversary proceeding. | 1.70 |

18-50757-amk    Doc 799-5    FILED 06/22/18    ENTERED 06/22/18 18:33:40    Page 34 of 37

# HAHN LOESER

| Date | Atty | Professional Services | Hours |
|---|---|---|---|
| 04/23/18 | RID | Review and revise proposed order granting motion to intervene in FERC adversary proceeding. | 0.30 |
| 04/23/18 | RID | Drafting of motion to expedite hearing on motion to intervene in FERC adversary proceeding and proposed order granting same. | 1.30 |
| 04/23/18 | RID | Multiple e-mail with A. Renenger (Milbank) regarding motion to intervene in FERC adversary proceeding and motion to expedite. | 0.40 |
| 04/23/18 | RID | Prepare instructions to CM Beitel regarding motion to intervene in FERC adversary proceeding. | 0.30 |
| 04/24/18 | CMB | Communications with RI Debitetto and E. Dexter approving documents for filing (0.10); finalize, prepare for and electronic filing of Motion to Intervene (0.30); finalize, prepare for and electronic filing of Motion for Expedited Consideration (0.10); telephone conference with M. Knotts and B. Heminger at Court advising of filings (0.10); service of Motion to Intervene and Motion for Expedited Consideration on general service list by e-mail and US Mail (0.60); finalize, prepare for and electronic submission of proposed Order granting Motion to Intervene (0.20); finalize, prepare for and electronic submission of proposed Order granting Expedited Consideration (0.20). | 1.60 |
| 04/24/18 | CMB | Receipt and review of e-mail from E. Dexter transmitting revised proposed Order Granting Intervention for circulation. | 0.10 |
| 04/24/18 | CMB | Receipt and review of e-mail from E. Dexter regarding sign-off on orders (0.10); finalize, prepare for and electronic submission of Order Granting Motion to Intervene and Order Granting Emergency Consideration (0.20); e-mail to E. Dexter confirming submission of proposed orders (0.10). | 0.40 |
| 04/24/18 | CMB | File Notice of Appearance for CB Wick in adversary proceeding. | 0.20 |
| 04/24/18 | RID | Prepare for case status conference including preparing strategy for presenting Motion to Intervene in FERC adversary proceeding on expedited basis and e-mail with Milbank working group regarding same. | 0.60 |

# HAHN LOESER

| Date | Atty | Professional Services | Hours |
|------|------|------------------------|-------|
| 04/24/18 | RID | Attend case status conference and hearing on Motion to Intervene in FERC adversary proceeding (0.90); e-mail with Milbank attorneys throughout hearing regarding developments and strategy (0.30). | 1.20 |
| 04/24/18 | RID | Revise proposed order granting Motion to Expedite Hearing on Motion to Intervene in FERC adversary proceeding (0.30) and prepare e-mail to Milbank attaching and addressing same (0.10). | 0.40 |
| 04/24/18 | RID | Prepare instructions to CM Beitel regarding filing and service of Motion to Expedite hearing on Motion to Intervene in FERC adversary proceeding. | 0.20 |
| 04/24/18 | RID | Revise proposed order Motion to Intervene in FERC adversary proceeding (0.50); prepare e-mail with Milbank attaching and addressing same (0.20). | 0.70 |
| 04/24/18 | RID | Conferences with CM Beitel regarding forthcoming filings and submissions in connection with FERC Adversary Proceeding. | 0.20 |
| 04/24/18 | CBW | Participate in FirstEnergy adversary proceeding status call wherein the Court considered the Committee's Motion to Intervene (0.60); communication with RI Debitetto regarding revisions to the proposed order (0.20). | 0.80 |
| 04/30/18 | CBW | Examine memoranda in opposition to Plaintiff's Motion for Preliminary Injunction filed by Federal Regulatory Commission and Ohio Valley Electric Corp. | 0.60 |

|  |  | Total Hours | 14.30 |

## Timekeeper Summary

| Atty | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Rocco I. Debitetto | Partner | 415.00 | 7.60 | 3,154.00 |
| Christopher B. Wick | Partner | 450.00 | 1.40 | 630.00 |
| Colleen M. Beitel | Paralegal | 240.00 | 5.30 | 1,272.00 |

|  | Total Current Fees | $5,056.00 |

HAHN LOESER & PARKS LLP      attorneys at law

cleveland  columbus  naples  fort myers  san diego  chicago

200 Public Square, Suite 2800  Cleveland, Ohio  44114  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN HL LOESER

| | |
|---|---:|
| Total Current Costs | $0.00 |
| Current Invoice Due | $5,056.00 |
| Total Balance Due | $5,056.00 |

HAHN LOESER & PARKS LLP   attorneys at law

cleveland  columbus  naples  fort myers  san diego  chicago

200 Public Square, Suite 2800  Cleveland, Ohio  44114  phone 216.621.0150  fax 216.241.2824  hahnlaw.com