# EXHIBIT 1

## Valuation Report

# Valuation of the Bay Shore Cogeneration Facility

**Presented to:**



FirstEnergy Corp.

76 S. Main Street

Akron, OH 44308

Presented by:

Thomas Houlihan
Director
1180 Peachtree Street N.E., Suite 1900
Atlanta, GA 30309
(404) 602-5038
Thomas.Houlihan@Navigant.com



1180 Peachtree Street, Suite 1900 Atlanta, GA 30309
404.840.1243 main

August 22, 2017

Mr. David Pinter
FirstEnergy Corp.
76 S. Main Street
Akron, OH 44308

RE: Valuation Services 136 MW Bay Shore cogeneration facility

Dear Sirs:

In accordance with our engagement letter dated July 28, 2017, Navigant Consulting, Inc. ("Navigant"), has been engaged by FirstEnergy Service Company on behalf of its affiliates Bay Shore Power Company ("BSPC") and FirstEnergy Generation, LLC ("FEG") (collectively, "FirstEnergy" or the "Client") to provide our opinion of the fair market value of the 136 MW Bay Shore cogeneration facility ("Bay Shore" or the "Power Plant") located in Lucas County, Ohio and certain components thereof.

We understand that FirstEnergy is evaluating a potential transaction involving the sale of Bay Shore (the "Transaction"). In connection with this Transaction, FirstEnergy requires an indication of value for the Bay Shore facility as well as the contribution of value from various components comprising the Bay Shore facility. Specifically, the opinion to be developed for this engagement is the current fair market value of the Power Plant.

For purposes of this assignment, we define fair market value ("Fair Value") as follows:

> "…the amount which would be likely to be obtained in an arm's-length transaction with respect to such property between an informed and willing buyer and an informed and willing seller, under no compulsion, respectively, to buy or sell."

Our premise of value assumes value in-continued-use as a going concern. Our analysis and report are solely for the use of FirstEnergy management ("Management") with the Transaction defined in the preceding paragraphs.

Other than as stated above, our report should not be reproduced, used for any other purpose, distributed to any other party without the express written consent of Navigant. Nothing contained in this report shall entitle any party other than the Company to rely on our findings or reports provided herein.

Our description of Bay Shore Cogeneration Facility, the objective scope of the valuation, approaches to value, and our value conclusion are included in the attached report. The report is subject to the Limiting Conditions and Assumptions included in Appendix F.



**LIMITING CONDITIONS**

We have performed this desktop valuation analysis and have not performed an inspection of the Power Plant. We have relied primarily on information from the Client regarding the Power Plant, have accepted this information as accurate, and have undertaken no measures to audit or attest to its accuracy.

We are independent of FirstEnergy and have no current or expected interest in the Power Plant. The conclusions of value and delivery of services are contingent on the assumptions and limiting conditions as described in the Statement of Limiting Conditions, attached hereto in Appendix F, as well as certain assumptions made pursuant to the facts and circumstances as of the date of the analysis.

Should you have any questions concerning our analysis or report, please do not hesitate to contact us.

Very truly yours,

Navigant Consulting, Inc.

**Presented by:**
By: Thomas Houlihan
Director, Transaction Advisory Services Practice

## TABLE OF CONTENTS

1. **INTRODUCTION** ..................................................................................................**5**
   - BASIS OF APPRAISAL ...................................................................................5
   - INTENDED USE OF THIS APPRAISAL ..........................................................5
   - DEFINITIONS..............................................................................................5
   - VALUATION DATE ......................................................................................5
   - DESCRIPTION OF BAY SHORE ....................................................................5
2. **SCOPE OF WORK**................................................................................................**2**
   - VALUATION STEPS......................................................................................2
   - ASSETS APPRAISED ....................................................................................2
   - OWNERSHIP INTEREST APPRAISED .............................................................2
   - SOURCES OF INFORMATION ........................................................................2
   - INSPECTION OF THE PROPERTY ..................................................................2
   - EXTRAORDINARY ASSUMPTIONS ...............................................................3
   - HYPOTHETICAL CONDITIONS .....................................................................3
   - ESTIMATED EXPOSURE PERIOD ..................................................................3
   - OTHER ASSUMPTIONS AND LIMITING CONDITIONS .....................................3
3. **HISTORY AND DESCRIPTION OF PROPERTY** ........................................**4**
4. **ECONOMIC OVERVIEW** ..................................................................................**5**
   - UNITED STATES ECONOMY .........................................................................5
5. **INDUSTRY ANALYSIS**......................................................................................**6**
   - UNITED STATES POWER SECTOR OUTLOOK .................................................6
   - PJM MARKET .............................................................................................7
6. **APPRAISAL METHODOLOGY** ........................................................................**8**
   - VALUATION APPROACHES............................................................................8
   - INCOME APPROACH .....................................................................................9
   - COST APPROACH........................................................................................11
   - MARKET APPROACH ..................................................................................12
7. **CONCLUSION OF VALUE** .............................................................................**13**
8. **ALLOCATION OF VALUE** ..............................................................................**14**
   - TANGIBLE ASSET CONTRIBUTION ..............................................................14
   - INTANGIBLE ASSET CONTRIBUTION ...........................................................16
   - **ALLOCATION OF VALUE** .........................................................................22
9. **APPENDIX** .........................................................................................................**23**
   - APPENDIX A: INCOME APPROACH ..............................................................24
   - APPENDIX B: MARKET APPROACH .............................................................25
   - APPENDIX C: ASSET ALLOCATION TABLES ................................................26
   - APPENDIX D: DERIVATION OF THE DISCOUNT RATE ..................................27
   - APPENDIX E : UNITED STATES ELECTRIC MARKETS ...................................33
   - APPENDIX F: STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS ....37

4

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 5 of 56

## 1. INTRODUCTION

### Basis of Appraisal

The purpose of the engagement was to estimate the Fair Value of Bay Shore as of the Valuation Date, as defined herein.

### Intended Use of This Appraisal

Distribution of this report, and the results contained therein, are restricted to: your firm; FirstEnergy, and advisors or affiliates directly involved in evaluating the potential Transaction. Other than as stated above, our report should not be reproduced, used for any other purpose, or distributed to any other third party without the express written consent of Navigant.

The results of Navigant's analysis should not be construed as a fairness opinion, a solvency opinion, or an investment recommendation, but rather as an estimate of Fair Value of Bay Shore as of the Valuation Date in a sale between market participants.

### Definitions

The abbreviations, acronyms and definitions used in this report are noted on first mention.

### Valuation Date

For purposes of this analysis the valuation date (the "Valuation Date") is August 31, 2017.

### Description of Bay Shore

Bay Shore consists of one active petcoke fired fluidized bed combustion boiler unit that can produce 136 megawatts of electricity and one oil-fired unit can produce 16 megawatts. The Facility is located in Maumee Bay, six miles east of Toledo in Oregon, Ohio. Unit 1 began operation as a pulverized coal unit in 1955 and three additional units (units 2-4) were added throughout the 1950's and 1960's. Unit 1 was repowered January 2002 using a circulating fluidized bed (CFB) boiler manufactured by Foster Wheeler, and the original Westinghouse turbine and generator from August 1955.



## 2. SCOPE OF WORK

### Valuation Steps

In conducting this Fair Value study, our investigation and analysis included, but was not limited to, the following steps.

➢ Discussions with Company management regarding the history and future operations of Bay Shore;

➢ Analysis of external research of the economic and competitive environment, including the industry in which Bay Shore operates, to assess current and anticipated trends;

➢ Analysis of general market data, including economic, governmental, and environmental forces, that may affect the value of Bay Shore;

➢ Prepare discounted cash flow analyses, utilizing key forecast assumptions for revenue growth, profit margins, depreciation, capital expenditures, and working capital requirements, as well as discount rates, and conclusions of value;

➢ Perform weighted average cost of capital analyses;

➢ Research and analysis of publicly traded or private companies engaged in the same or similar lines of business as Bay Shore for use in the market approach and weighted average cost of capital analyses;

➢ Participate in discussions with Company management pertaining to our analysis, methodologies, and key assumptions;

➢ Prepare a narrative report describing the procedures performed;

### Assets Appraised

Bay Shore consists of one active petcoke fired fluidized bed combustion boiler unit that can produce 136 megawatts of electricity, one oil-fired unit rated at 16 megawatts, and the balance of plant and infrastructure necessary for operating as a power facility. Our value conclusion includes an allocation of the entirety among the various plant components.

### Ownership Interest Appraised

Our conclusion of Fair Market Value considers a 100% ownership interest in the Power Plant.

### Sources of Information

We relied on data provided by FirstEnergy as fairly representing certain aspects of the Power Plant and we have not audited this data in the course of our valuation assignment. FirstEnergy projections referenced in this report were reviewed for reason and accepted for use in the development or support of our opinion. Additionally, we have relied upon the expert report of Sargent & Lundy to confirm that Bay Shore is well maintained and in good working order as indicated by the operator.

### Inspection of the Property

This analysis was performed as a Desktop Valuation Analysis. The Power Plant was not inspected or inventoried as part of this engagement.

2



## Extraordinary Assumptions

An extraordinary assumption implies that, if the assumption was found to be false, the opinion of value could be altered. Our analysis assumes that the fuel supply contracts will be renewed at favorable rates that are significantly below current market rates for petcoke.[1]

## Hypothetical Conditions

A hypothetical condition is a condition that is supposed for the purpose of the analysis. No hypothetical conditions were considered in connection with this valuation analysis.

## Estimated Exposure Period

The Uniform Standards of Professional Appraisal Practice Statement on Appraisal Standards defines the Exposure Period as "the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events assuming a competitive and open market." Based on historical observations of transactions involving similar assets we assume that the estimated Exposure Period for Bay Shore is 12 to 24 months.

## Other Assumptions and Limiting Conditions

The following assumptions and limiting conditions are used in our analysis:

- Bay Shore maintains current permits and approvals necessary for continued operation of the facility;
- The Power Plant has been operated and maintained in accordance with good utility practice prior to the Valuation Date.

The Report is subject to additional Limiting Conditions and Assumptions included as Appendix E hereto.

---

[1] Based on discussion with FirstEnergy, initial indications from BP are that the contract will be renewed at a rate of approximately $6.50 short ton beginning October-2020.



## 3. HISTORY AND DESCRIPTION OF PROPERTY



Bay Shore cogeneration facility ("Bay Shore" or the "Facility") is in Maumee Bay, six miles east of Toledo in Oregon, Ohio. Unit 1 began operation as a pulverized coal unit in 1955 and three additional units (units 2-4) were added throughout the 1950's and 1960's.

Unit 2–4 were shut down during 2012 in response to the Mercury and Air Toxics Standards (MATS) requirements. Unit 1 was repowered January 2002 using a circulating fluidized bed (CFB) boiler manufactured by Foster Wheeler, and the original Westinghouse turbine and generator from August 1955.

Bay Shore Unit 1 has a net power output of 136 MW and a maximum continuous steaming rate (MCR) of 1,380,000 lb/hr at 1,050°F/1,000°F and 2,000 psig. A portion of the steam flow, up to 380,000 lb/hr, is sent to the nearby BP-Husky facility that supplies the plant with petcoke and water processing. The firing temperature of CFB boilers produces low levels of NOX, and crushed limestone is added to petcoke fuel before firing to manage SO2 levels. The unit is equipped with a bag house for the collection of particulate matter and uses one of the five stacks on site. The plant uses once-through cooling with water from the neighboring Maumee Bay.

**Current Ownership**

Two FirstEnergy entities, Bay Shore Power Company ("BSPC") and FirstEnergy Generation, LLC ("FEG" or FEGC") (together, the "Owners"), own assets at Bay Shore. BSPC owns the CFB boiler and has a petcoke supply agreement with BP-Husky for 100% of its fuel supply. BSPC also sells steam back to BP-Husky under a steam supply agreement. BSPC is wholly owned by FirstEnergy Ventures Corp. ("FEV"), which in turn is wholly owned by FirstEnergy Corp.

FEG owns the unit 1 steam turbine and generator and generates electric products (energy, capacity, ancillary services) from steam provided by BSPC. FEG also owns the real estate and other necessary support buildings and equipment (water intake building, screen house, etc…) for plant operations. FEG is a wholly-owned subsidiary of FirstEnergy Solutions Corp. ("FES"), which in turn is wholly owned by FirstEnergy Corp.

4



## 4. ECONOMIC OVERVIEW

When valuing a company or its assets, it is important to consider the condition of, and outlook for, the economy or economies in which the company operates or sells its products or services. An overview of the trends in the economy and financial markets was considered to provide a perspective on the environment in which the Bay Shore Plant operated in the period leading to the Valuation Date. The following is an overview of the United States ("U.S.") economy. The purpose of the economic analysis is to assess the current state of the national economy and any impact the outlook for the economy could have on the Facility.

## United States Economy

**Consumer Spending[2]**

Real gross domestic product (GDP) increased 3.1 percent in the second quarter of 2017, according to the "third" estimate released by the Bureau of Economic Analysis. In 2016, consumer spending grew at a revised rate of 2.7%. Consumer spending, also referred to as "personal consumption," accounts for approximately 70% of the U.S. GDP.

The second quarter's figures in consumer spending were aided by a steady job market and household finances boosted by stock and home-equity gains. Disposable incomes, adjusted for inflation, posted the best back to-back quarters since the first half of 2015.

The second-quarter increase in real GDP reflected increases in both consumer spending on goods and services as well as increases in business investment, exports, and federal government spending. The increase in consumer spending was led by increases in housing and utilities, health care, and recreational goods and vehicles. The increase in business investment reflected increases in all three components: structures, equipment, and intellectual property products. Offsetting these increases in real GDP were declines in housing investment, inventory investment, and state and local government spending.

**Forecasters Predict Slightly Higher Growth and Lower Unemployment for the Second Half of 2017[3]**

The participants in the June Livingston Survey predict higher output growth for the second half of 2017 than they did in the December survey. The forecasters, who are surveyed by the Federal Reserve Bank of Philadelphia twice a year, project that the economy's output (real GDP) will rise at an annual rate of 2.1 percent during the first half of 2017, only slightly weaker than the prediction of 2.2 percent in the December 2016 survey. Growth in the second half of 2017 is expected to rise to 2.5 percent, only a bit higher than the prediction of 2.4 percent in the previous survey. Real GDP is predicted to grow steadily at a rate of 2.5 percent in the first half of 2018. The forecasters see the unemployment rate falling in the second half of this year, and their projections have been revised downward from the December 2016 survey. The forecasters predict that the unemployment rate will be 4.4 percent in June 2017 and 4.3 percent in December 2017. The unemployment rate is expected to continue to fall to 4.2 percent in June 2018. On an annual-average basis, the unemployment rate is expected to be 4.5 percent for 2017 and 4.2 percent in 2018.

---

[2] https://www.bea.gov/newsreleases/national/gdp/2017/gdp2q17_3rd.htm

[3] Livingston Survey, June 2017

5



**Forecasters Predict Declining Inflation from 2017 to 2018**

On an annual-average over annual-average basis, CPI inflation is expected to be 2.4 percent in 2017 and 2.3 percent in 2018. The projection for CPI inflation in 2017 remains unchanged from that of the December survey. PPI inflation for finished goods is expected to be 3.3 percent this year, a significant upward revision from 2.7 percent in the previous survey. The forecasters peg PPI inflation at 2.0 percent next year.

**Short- and Long-Term Interest Rates Are Predicted to Rise over Time**

The panelists strengthened their forecasts for the interest rates on three-month Treasury bills over those of six months ago. At the end of June 2017, the interest rate on three-month Treasury bills is predicted to be 1.00 percent. The forecasters predict that the three-month rate will reach 1.30 percent at the end of December 2017 and continue to rise to 1.60 percent at the end of June 2018. The three-month Treasury bill interest rate is expected to reach 2.02 percent at the end of December 2018. All forecasts for the short-term interest rate were revised upward from the December 2016 survey. Unlike the strong upward revisions of the three-month Treasury bills, the revisions to the 10-year rate are mildly downward. The interest rate on 10-year Treasury bonds is predicted to reach 2.40 percent at the end of June 2017, a downward revision from 2.50 percent in the survey of six months ago. The forecasters continue to predict that the 10-year rate will rise to 2.75 percent at the end of December 2017 and continue to rise to 3.00 percent at the end of June 2018. The 10-year Treasury bond interest rate is expected to reach 3.30 percent at the end of December 2018.

**No Change in Long-Term Output Growth Forecasts**

While There's a Slight Increase in Long-Term Inflation Forecasts The forecasters continue to predict that real GDP will grow 2.20 percent annually over the next 10 years, as they did in the survey of six months ago. The forecasters now predict that inflation (measured by the CPI) will be 2.32 percent annually over the next 10 years, only a bit higher than the forecast of 2.30 percent in the December 2016 survey. Forecasters Continue to See Rising Stock Prices This Year and Next The panelists predict that the S&P 500 index will finish the first half of 2017 at a level of 2410.0. Stock prices are expected to rise to 2470.0 at the end of 2017 and continue to rise to 2550.0 at the end of June 2018. The index is forecasted to reach to 2630.0 by the end of 2018. All forecasts for stock prices were revised upward from the December 2016 survey.

## 5. INDUSTRY ANALYSIS

## United States Power Sector Outlook

Traditionally, the U.S. electric system was dominated by regulated integrated utilities, each operating its local generation, transmission, and distribution systems. Following the successful deregulation of other industries, such as telecommunications and air travel, in the 1990s, states began to examine ways to restructure the electric industry. California was the first state to begin restructuring its electric sector, but put the initiative on hold for several years following an energy crisis in which electric supplies were constrained and prices increased dramatically. Though the California experience caused many states to halt restructuring efforts, numerous others continued with their restructuring plans. This has led to a national electric system landscape where some states continue to operate under a traditional regulated regime and others have moved towards competitive generation at the retail level.

The utilities sector continued to undergo rapid transformation over the past decade. Technology advances; infrastructure investment; focus on renewables and distributed generation; empowered customers; market and regulatory reforms; and new market entrants create an environment of constant change.

The last few years produced many asset-level generation deals where independent power producers and financial investors acquired power-generating facilities from diversified utilities. Many of these transactions were conducted at historically low valuations, as depressed natural gas and power prices resulted in historically low valuations.

6



**Electric Generation [4]**

In general, electricity in the U.S. is generated by large centralized power stations (typically 300 – 3,000 MW) and is delivered to load centers by the regional transmission and distribution networks. An alternative to this traditional system is distributed generation, which is small-scale energy generation (typically 1 kW – 5 MW) that is located close to the point of use. Home-based solar, wind, and geothermal installations are examples of distributed generation that has gained in popularity.

The generating units operated by an electric utility vary by intended usage, that is, by the three major types of load (generally categorized as base, intermediate, and peak) requirements the utility must meet. A base-load generating unit is normally used to satisfy all or part of the minimum or base-load of the system and, as a consequence, produces electricity at an essentially constant rate and runs continuously. Base-load units are generally the largest of the three types of units, but they cannot be brought on line or taken off line quickly. Peak-load generating units can be brought on line quickly and are used to meet requirements during the periods of greatest or peak load on the system. They are normally smaller plants using gas and combustion turbines. Intermediate-load generating units meet system requirements that are greater than base-load but less than peak-load. Intermediate-load units are used during the transition between base-load and peak-load requirements.

The generation sector will continue to face significant challenges in most regions, due to low natural gas prices, low power prices, increasing competition from renewables, and regulatory pressure on fossil fuel generation

## PJM Market

Bay Shore operates within the PJM operating region. PJM is a regional transmission organization that operates a competitive wholesale electricity market and manages the reliability of the transmission grid within its region. PJM centrally dispatches generation and coordinates the movement of wholesale electricity in all or part of 13 states (Delaware, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia and West Virginia) and the District of Columbia. PJM's role as a federally regulated regional transmission organization ("RTO") means that it acts independently and impartially in managing the regional transmission system and the wholesale electricity market. PJM is headquartered in Valley Forge, Pennsylvania.

PJM serves approximately 65 million people, dispatches 177,000 MW of generating capacity over 82,000 miles of transmission lines, has more than 1,300 electric generators, and has administered more than $80 billion in energy and energy-service trades since the regional markets opened in 1997. [5]

Additional information on the US Electricity Market and PJM is included as Appendix E hereto.

---

[4] EIA, "The U.S. Electric Power Industry Infrastructure: Functions and Components" www.eia.gov/cneaf/electricity/chg_stru_update/chapter3.html

[5] FERC Energy Primer, November 2015 (www.ferc.gov/market-oversight/guide/energy-primer.pdf)

7

18-50757-amk   Doc 819-1   FILED 06/26/18   ENTERED 06/26/18 19:24:11   Page 12 of 56



## 6. APPRAISAL METHODOLOGY

### Valuation Approaches

To estimate the market value of the Power Plant, we considered the three traditional approaches employed in the valuation of an asset: the Income Approach, Cost Approach and Market Approach. The International Valuation Standards Council defines the three approaches to value, as follows:

*The Cost Approach* is based on the principal of substitution, which states that an informed purchaser would pay no more for an asset than the cost of producing or purchasing a similar asset in similar condition. This approach to value is generally based on the current expected cost to recreate or duplicate an asset less an appropriate allowance for a decrease in value due to the passage of time as well as any obsolescence. It is not based on the actual costs that were incurred to build the subject asset if there were unusual circumstances surrounding its construction or if an identical asset would not be constructed as of the valuation date.

*The Market Approach* is based on the principle that similar assets should have similar values in market transactions between willing buyers and willing sellers acting at arm's length. This approach provides an indication of value of a business, business ownership interest or asset using a comparison of the business or asset to be valued to similar businesses, business ownership interests or assets recently sold or to the asking prices of similar interests offered for sale. The Market Approach can be utilized when there are a sufficient number of comparable sales of similar assets to establish a pattern of prices.

*The Income Approach* is based on the principle that an asset is worth the discounted value of the future income streams that it will produce. Implementation of the Income Approach generally requires the development of a projection of the future income stream and the estimation of an appropriate rate of return for the discounting calculation.

In reaching this indication of value, we determined that results of two of the approaches, the Market Approach and the Cost Approach, had limited application. We rely on the Income Approach in reaching our valuation conclusion. As mentioned above, the Income approach calculates future cash flows and converts these cash flows to their present value by applying a market based cost of capital. The Income Approach captures the unique contract and operating characteristics of the Power Plant that cannot accurately be captured in the Market and Cost Approaches.

The following sections contain an overview of each approach to value, as well as a discussion of the specific methodologies relevant to the analyses performed.

8



## Income Approach

The Income approach focuses on the income-producing capability of the asset. The underlying premise of this approach is that the value of an asset can be measured by the present worth of the net economic benefit (cash receipts less cash outlays) to be received over the life of the subject asset. The steps followed in applying this approach include estimating the expected cash flows directly attributable to the asset and converting these after-tax cash flows to present value through "discounting." The discounting process applies a rate of return that accounts for both the time value of money and investment risk factors.

When considering the Income Approach, the value of an asset is estimated based on expected future economic benefits discounted to present value at a rate of return commensurate with the risk associated with the investment. Projected cash flows for Bay Shore are discounted to present value using an estimated weighted average cost of capital ("WACC"), reflecting returns to both equity and debt investors.

Debt-free net cash flow ("DFNCF") is defined as follows:

+ Debt-Free Net Income
+ Depreciation and Amortization
- Capital Expenditures
+/- Changes in Working Capital
= Debt-free Net Cash Flow

The annual DFNCF's over the discrete period are individually discounted back to present value. Under the premise of a going concern, the cash flow stream of Bay Shore will continue for the economic life of the station; which for the purposes of this appraisal is assumed to be at the end of the projection period. The summation of the discounted annual net cash flows after discounting represents the Fair Value of the subject business enterprise or asset.

## Projection Assumptions

A summary of the operating parameters considered in developing projections for Bay Shore is described below.

**Generating Capacity and Electricity Generation** – The generating capacity of a power station is measured in MW and represents its maximum electric output at any point in time. This can be expressed as either the gross capacity, which is the total that is generated by the turbine-generators, or the net capacity, which is the total available for sale after the electric needs of a plant are satisfied. Currently the Bay Shore unit operates at a net dependable capacity ("NDC") of approximately 136MW and an average Unforced Capacity Rating ("UCAP") for 2017 of 112 MW.

**Capacity Factor** – The actual generation in a period divided by the amount that could have been generated in that period at full load operation is known as the capacity factor and is expressed as a percentage of total average capacity. For the projection period, Bay Shore is expected to be operating at an average annual capacity factor of over 85% under normal operating conditions.

**Net Generation** – Net generation is calculated by taking the concluded capacity factor times 8,760 (hours per year) times the net available capacity of Bay Shore.

**Revenue Forecast** – Power prices and projections for Bay Shore are based on First Energy's projection for the years 2017 through 2020. For the years following 2020 Navigant's projection assumes power prices will grow a constant annual rate of 2.5%, in line with Annual Energy Outlook 2017 reference case projections.

9



**Capacity Price** - Capacity price projections apply management projections for the years 2017 through 2020. These projections are inline with actual auction-clearing prices for the period. For the years beyond 2020, where auction clearing prices are not yet available, our model assumes capacity prices will grow a constant annual rate of 2.5%, in line with Annual Energy Outlook 2017 reference case projections.

**Ancillary Revenue** – Ancillary revenue for Bay Shore is based on historical results and projected to be $0.02 MWh during 2017. For projection purposes Navigant's model assumes ancillary revenue will increase annually at the rate of inflation.

**Reactive Power** - Reactive Power Revenue effective on November 16, 2015 is assumed for all years.

**Fuel Cost** – Fuel costs are based on Bay Shore's heat rate and managements projection of fuel prices.

**Operating costs** – Estimated operating cost for Bay Shore are based on management projections includes production cost (direct operations and maintenance + fuel expense) as well as expenses related to general maintenance, non-capital modifications, and planning and facilities.

**Income Taxes** - Income generated by Bay Shore is subject to federal and state taxes. Overall, the weighted average tax rate of Bay Shore is 38.9 percent.

**Depreciation and Amortization** - Tax depreciation is based on the simplifying assumption that all of the property including future capital expense would have a 20-year depreciable life for tax purposes.

**Capital expenditures ("capex")** – An operating plant continually requires replacement of components due to normal wear and tear, specific incidents, obsolescence, and compliance with regulatory requirements. The projected capital expenditures for Bay Shore were developed based on the Company's capex and major maintenance estimates through 2020. For the periods after 2020, we referenced the capex estimates reflected in the December-2013 Sargent and Lundy report[6] to develop estimates through the end of the projection period.[7]

**Projection Period** – Our projections reflect the assumption that Bay Shore will operate for the maximum estimated useful life of 75 years.[8] The projection period for the plant begins September 01, 2017 and extending through the full year 2030.

**Residual or Terminal Value** –A terminal value is typically considered at the end of the projection period to account for the age of the subject and any value attributable to economic contribution beyond the projection period. Our projections assume that Bay Shore operates for the full extent of its service life, therefor no terminal value is assumed beyond the projection period.

## CONCLUSION OF VALUE - INCOME APPROACH

Based on the income approach described above, Navigant has developed a Fair Value of Bay Shore of **$42,000,000 –or- $309/kW** as of August 31, 2017.

---

[6] Remaining Useful Life Assessment for the Bay Shore Power Plant, Sargent and Lundy, December 2013.

[7] Navigant made some adjustments to the final years of the projections to exclude major maintenance items that normally would not be pursued within 5 years of the expected terminal date for the facility.

[8] With sound maintenance programs and good operating practice, a service life of 70 or more years for a coal-fired unit can be achieved. For example, there are 425 coal units now (2013) in operation in the U.S. with over 50 years of service…" Sargent and Lundy, December 2013.

10



## Cost Approach

Generally, there are two ways to value property using the Cost Approach: (i) determine the cost of reproducing a duplicate asset using the same materials and design at current prices, less loss in value from depreciation (the "Reproduction Cost Method"), and (ii) calculate the cost of replacing the subject asset at current prices with its functional equivalent, less loss in value from depreciation (the "Replacement Cost Method"). In cases where an asset providing the same function would be built today in the same way as the subject asset, the Reproduction Cost Method and Replacement Cost Method should yield similar results.

In a situation where an asset providing the same function would not be built in the same way today, the Replacement Cost Method is the better measure of the assets' value. The principle of substitution states that a prudent purchaser would pay no more for a property than the cost of constructing the same or an alternative property without undue delay. The general concept of the Cost Approach contemplates a normal construction effort in that the property, or its functional alternative, as appropriate, would be constructed as a whole, in one continuous sequence, by a general contractor acting for the owner and under the supervision of its representatives.

A general range of value for a newly constructed coal fired power plant can be derived using assumptions in AEO20169, which estimates current (overnight) construction costs for coal-fired generation to be $3,100 to $5,000 per kW.

| Type of Plant | 2016 $/kW |
|---|---|
| Single Unit Advanced PC | $ 3,453 |
| Dual Unit Advanced PC | $ 3,121 |
| Single Unit Advanced PC with CCS | $ 5,561 |
| Dual Unit Advanced PC with CCS | $ 5,026 |
| Single Unit IGCC | $ 4,681 |
| Dual Unit IGCC | $ 4,026 |
| Ultra Supercritical Coal (USC) | $ 3,636 |
| Ultra Supercritical Coal with CCS (USC/CCS) | $ 5,084 |
| Pulverized Coal Greenfield with 10%-15% biomass (GCBC) | $ 4,620 |

### CONCLUSION OF VALUE – COST APPROACH

As evidenced by historical transactions involving power plants, buyers of similar (existing) assets have historically placed little, if any, weight on value implied by the estimated replacement cost or cost to build when bidding on existing generation assets. This is likely due to the observation by industry participants that, while estimates vary, capital investments in new coal plants are projected to be prohibitively greater than those required for alternative sources of generation.

The subject Power Plant generates value from a variety of sources including steam sales agreements, sale of energy on the open market, capacity supply contracts, and favorable fuel supply agreements. The cost approach was not deemed to provide a reliable indication of value because it does not capture the value generated by the asset based on these unique attributes. Accordingly, we did not develop the Cost Approach any further.

---

[9] https://www.eia.gov/analysis/studies/powerplants/capitalcost/pdf/capcost_assumption.pdf

11



## Market Approach

The purpose of this valuation study is to estimate what a third-party buyer might pay for the subject as of the valuation date. As such, we need to evaluate the potential buyer's position and to anticipate the considerations of the buyer, and the seller, in negotiating this hypothetical transaction.

The sales comparison approach is intended to compare similar assets and arrive at a value using relevant public information on recent third-party transactions. Using this approach, a value estimate is produced by comparing the subject assets with prices measured on a consistent basis for similar assets in the open market (e.g., per square foot, per acre, per unit of productive capacity). Market sales values are considered especially relevant because it is assumed that the parties to the negotiated transactions have performed a thorough analysis and are fully informed. Ultimately, the relevance and reliability of this approach depends on the availability of comparable of sales data

There are several factors that influence the price paid for assets, these include percentage of the asset that is sold in the transaction, age, fuel, technology, location, or contractual commitments that could be either above or below. While the contribution from some of these factors can be reasonably estimated in order to reconcile the price paid for two similar assets, many require adjustments that are more subjective and can detract from the ability to identify truly comparable assets and their prices.

### Comparison Transactions

We reviewed sales data from SNL Financial for the past 5-years and identified well over 100 announced and/or executed transactions ("Comparison Transactions") since January 1, 2012.

From this data set we then eliminated transactions that were not located in the PJM region, transactions without a reported sales price and those that reported an aggregate price involving the purchase of a portfolio of power assets. The aggregate sales data has limited value since those transactions typically incorporate assets in different power markets and/or different types of generation assets within a market. We then excluded all transactions involving assets that were not coal and/or CFB units and those that were not arms-length transactions between buyers and sellers. Following these adjustments, it was established that there were no comparable transactions for consideration in the Market Approach.

### CONCLUSION OF VALUE – MARKET APPROACH

In the sales comparison approach, transaction values are significantly influenced by factors including percentages of assets sold, age and the resulting remaining useful life of the plant, terms of the sale, location, the value of associated contracts, etc. After taking all of these factors into consideration, we determined that there were no suitable transactions for consideration in the Market Approach. Accordingly, we did not develop the Market Approach any further.

12



## 7. CONCLUSION OF VALUE

We have considered all three approaches to analyze the value of Bay Shore as of the Valuation Date. The results of the Cost Approach and Market Approach did not provide a reliable indication of value so we have based our conclusion primarily on the results of the Income Approach. Based on the results of our analysis we have concluded that the Fair Value of the Facility as of August 31, 2017 can be reasonably estimated to be:

**$42,000,000**

**–or-**

**$309/kW**

13



## 8. ALLOCATION OF VALUE

In connection with this appraisal assignment, we were also tasked with identifying the tangible and intangible assets of the Power Plant to determine the allocation of the Fair Value amongst the Owner interests. In conducting this task, we first identified the tangible and intangible assets of the Power Plant and considered two separate approaches for attributing Fair Value to the assets and amongst the Owners interest in those assets.

### Tangible Asset Contribution

In this first approach, we consider the Owners respective interest in the Bay Shore Power Plant by determining each Owners historical financial contribution to the Power Plants cumulative tangible assets.

To identify tangible assets for the Power Plant, we reviewed the Net Value Report ("NVR") as of June-2016, which is the most current record of cost available for the facility[10.] Per Management, the NVR includes all accumulated costs associated with placing and maintaining the asset in service. We referenced the NVR as a starting point in our analysis to identify tangible assets and determine the Owners discrete investment in the plant components. The following table reflects the accumulated cost attributable to each asset, organized by Owner.

| Bay Shore Power (BSPC) Bay Shore Power Station | Accumulated Cost |
|---|---|
| **Account** | |
| 31110 Structures, Improvements | 1,244,251 |
| 31200 Boiler Plant Equipment | 188,106,371 |
| 31500 Acc. Electric Equipment | 20,305,531 |
| 31600 Misc. Power Plant Equip. | 13,327 |
| Asset Location Total | 209,669,480 |
| | |
| Boiler Plant Equipment | 8,749,380 |
| **BSPC Total** | **218,418,860** |

| FE Generation Corp (FEGC) Bay Shore 1 | Accumulated Cost |
|---|---|
| **Account** | |
| 31110 Structures, Improvements | 1,757,169 |
| 31200 Boiler Plant Equipment | 14,117,455 |
| 31400 Turbogenerator Units | 13,147,576 |
| 31500 Acc. Electric Equipment | 2,288,679 |
| 31600 Misc. Power Plant Equip. | 552,897 |
| 34200 Fuel Holders, Prod, Acc | 152,072 |
| | **32,015,849** |
| | |
| **BAY SHORE COMMON FACILITY** | |
| 31110 Structures, Improvements | 1,684,627 |
| 31200 Boiler Plant Equipment | 23,060,133 |
| 31400 Turbogenerator Units | 10,178,723 |
| 31500 Acc. Electric Equipment | 323,759 |
| 31600 Misc. Power Plant Equip. | 746,107 |
| 39400 Tools, Shop, Garage Equip | 1,646 |
| | **35,994,995** |
| | |
| **BAY SHORE CT** | |
| 34110 Structures, Improvements | 31,347 |
| 34200 Fuel Holders,Producer,Acc. | 12,152 |
| 34300 Prime Movers | 1,053,070 |
| 34400 Generators | 321,319 |
| 34500 Acc Electric Equipment | 546,688 |
| 34600 Misc. Power Plant Equipment | 59 |
| | **1,964,635** |
| **FEGC Total** | **69,975,479** |

---

[10] Assets were considered impaired during 2016 and written down so no updates were made to the NVR following the June-2016 report.

14



The following table summarizes the Owner's interest in the Bay Shore Power Plant based the contribution of their assets to the Power Plants cumulative tangible assets.

**Fair Value Distribution Based on Accumulated Cost**

| | Accumulated Cost | % of Accumulated Cost |
|---|---|---|
| **Bay Shore Power Station** | | |
| Boiler Plant Equipment | 218,420,000 | 76% |
| Elect Eq, Structures, & PPE | 69,980,000 | 24% |
| | 288,400,000 | |

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 20 of 56



## Intangible Asset Contribution

In this second approach, we consider the Owners respective interest in the Bay Shore Power Plant by determining the fair value of any intangible assets, identifying the beneficiary of any value arising from the intangible, and allocating that value amongst the Owners discreet interest in each intangible asset.

### Contract Intangibles

In the valuation of an energy company such as Bay Shore that produces a commodity, intangible assets are primarily contract-based intangibles[11] that have one of the following characteristics:

- It is separable, i.e. is capable of being separated from the entity (sale, exchange, rent, etc.) either individually or together with a related contract, asset or liability; or
- The control of future economic benefits arising from the intangible is warranted by contractual or other legal rights.

For purposes of this analysis, we must identify the contract based intangible value that is attributable to the amount by which contract value exceeds market value. This excess value is created by a contract with terms that favor one or both Owners and should be considered in our final distribution of Fair Value.

Based on these factors we identified the following assets for consideration:

- Petcoke Contract
- O&M Contract
- Steam Supply Contract

### APPROACHES TO VALUE – INTANGIBLE ASSETS

Generally accepted valuation practice indicates that intangible assets may be valued using the standard valuation approaches identified earlier in this report. We considered the three approaches to value and determined the income approach to be the most relevant approach for our purposes.

### Market & Cost Approach

The market approach and cost approach were considered, but determined to be incompatible due to the unique nature of the contracts under consideration.

### Income Approach

A common income approach method is to calculate the contract intangible asset value for each contract by comparing the value of the revenue stream associated with the contract in place to the value of the corresponding revenue stream utilizing market based data. The difference between the two asset value estimates provides an indication of the contract intangible asset value. We utilize this procedure for our evaluation of each of the contracts identified for the Power Plant.

---

[11] Contract-based intangible assets represent the value of legal rights or economic benefit that arise from contractual arrangements.

16



## PETCOKE CONTRACT INTANGIBLE VALUE

FirstEnergy management provided key terms for all contracts, including start and end dates, fixed and variable price components (where applicable), contract volumes, etc.

### Approach

We analyzed the petcoke contract for potential intangible asset value using a form of the DCF Method under the Income Approach. Instead of discounting debt-free cash flows, however, the economic benefit for this analysis are equal to the difference between (i) contract-based petcoke costs[12] and (ii) market-based petcoke costs.

***Key Assumptions -*** We compared the contract-based petcoke costs with market-based costs that were estimated based on market prices sourced from in several industry data providers[13] as of Valuation Date. Based on discussions with Management these were considered a reasonable proxy for market based petcoke cost.

We utilized this market based price information to calculate the above -or- below market variance in each projected year for the contract. The economic benefits were then discounted to present value at a discount rate which was calculated according to the process detailed in Appendix D.

***Discount Rate -*** The selected intangible asset discount rate must reflect the risk of the asset relative to that of the overall business. Based on our analysis of the relative risk of the petcoke contracts, we concluded it should be consistent with overall company risk and therefore selected a discount rate equal to the WACC of 9.04 percent.

***Remaining Life -*** The petcoke contract is valued over the expected life of the Power Facility, reflecting managements expectation that the petcoke contract will be extended at favorable terms which are reflected in our projections for the plant and our analysis of the petcoke contract value.

***Conclusion -*** Based on the analysis described above, our concluded fair value of the petcoke contract intangible as of the Valuation Date is approximately **$102,700,000.**

---

[12] The terms of the contract Bay Shore has with BP provide petcoke at $4.50 per short ton ("st") through 2020, $6.50 per ton starting with 2021 and increasing at an inflation based factor annually thereafter.

Midwest Green Coke price (Chicago Area) published in Jacobs Consultancy Pace Petroleum Coke Quarterly was quoted $24-$32/ST FOB vessel and $10-$28/ST FOB source as of the Valuation Date. Energy Argus August Gulf Coast price range listed as $56-$70/MT.

17



## O&M CONTRACT VALUE

**Approach**

We analyzed the O&M contract for potential intangible asset value using a form of the DCF Method under the Income Approach. Instead of discounting debt-free cash flows, however, the economic benefit for this analysis are equal to the difference between (i) contract-based costs and (ii) market-based costs.

***Key Assumptions -*** We compared the contract-based O&M costs with market-based projections that were calculated using based on the 2017 Avoidable Cost Rates used by the PJM Market Monitor. Based on discussions with Management these were considered a reasonable proxy for market based O&M cost.

We utilized this market based price information to calculate the above -or- below market variance in each projected year for the contract. The economic benefits were then discounted to present value at a discount rate which was calculated according to the process detailed in Appendix D.

***Discount Rate -*** The selected intangible asset discount rate must reflect the risk of the asset relative to that of the overall business. Based on our analysis of the relative risk of the O&M contract, we conclude that it should be lower than the overall company risk as we expect the purchaser of this facility to operate the facility with a dedicated staff -or- outsource this function at market rates. Therefore, we selected a discount rate equal to the WACC of 8.01 percent.

***Remaining Life -*** The O&M contract is valued through 2020, which is the termination date of the current agreement. This reflects the expectation that the contract will not be extended if the plant were to transfer to a third party in an arm's length transaction. This expectation is reflected in our projections for the plant and our analysis of the contract value.

***Conclusion -*** Based on the analysis described above, our concluded fair value of the O&M contract intangible as of the Valuation Date is approximately **$19,980,000.**

18

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 23 of 56



**FEGC STEAM SUPPLY CONTRACT VALUE**

FirstEnergy management provided key terms for all contracts, including start and end dates, fixed and variable price components (where applicable), contract volumes, etc.

We analyzed the steam supply contract for potential intangible asset value using a form of the DCF Method under the Income Approach. Instead of discounting debt-free cash flows, however, the economic benefit for this analysis are equal to the difference between (i) contract-based costs and (ii) market-based costs.

*Key Assumptions -* We compared the contract-based steam supply costs with actual cost to produce the steam utilizing market based fuel prices and O&M expense attributable to the boiler operations which can be considered a reasonable proxy for market based steam production cost.  O&M expense attributable to the boiler operations was provided by FirstEnergy management.

We utilized this information to calculate the above -or- below market variance in each projected year for the contract. The economic benefits were then discounted to present value at a discount rate which was calculated according to the process detailed in Appendix D and summarized in the following paragraph.

*Discount Rate -* The selected intangible asset discount rate must reflect the risk of the asset relative to that of the overall business. Based on our analysis of the relative risk of the steam supply contract, we conclude that it should be lower than the overall company risk as we expect the purchaser of this facility to operate the facility with a dedicated staff -or- outsource this function at market rates. Therefore, we selected a discount rate equal to the WACC of 8.01 percent.

*Remaining Life -* The steam supply contract is valued through 2020, which is the termination date of the current agreement.  This reflects the expectation that the contract will not be extended if the plant were to transfer to a third party in an arm's length transaction. This expectation is reflected in our projections for the plant and our analysis of the contract value.

*Conclusion -* Based on the analysis described above, our concluded fair value of the steam supply contract intangible as of the Valuation Date is approximately **$14,530,000.**

19



**BP Steam Supply Contract Value**

FirstEnergy management provided key terms for all contracts, including start and end dates, fixed and variable price components (where applicable), contract volumes, etc.

We analyzed the steam supply contract for potential intangible asset value using a form of the DCF Method under the Income Approach. Instead of discounting debt-free cash flows, however, the economic benefit for this analysis are equal to the difference between (i) contract-based costs and (ii) market-based costs.

*Key Assumptions -* We compared the contract-based steam supply costs with actual cost to produce the steam utilizing market based price of $30 per short ton for pet coke and actual O&M expense attributed to the boiler operations by FEGC. These components of production cost result in a reasonable estimate for market based cost of steam production.  O&M expense attributable to the boiler operations was provided by FirstEnergy management and is based on the company's actual historical cost for services to the plant boiler.

We utilized this information to calculate the above -or- below market variance in each projected year for the contract. The economic benefits were then discounted to present value at a discount rate which was calculated according to the process detailed in Appendix D and summarized in the following paragraph.

*Discount Rate -* The selected intangible asset discount rate must reflect the risk of the asset relative to that of the overall business. Based on our analysis of the relative risk of the steam supply contract, we conclude that it should be lower than the overall company risk as we expect the purchaser of this facility to operate the facility with a dedicated staff -or- outsource this function at market rates. Therefore, we selected a discount rate equal to the WACC of 8.01 percent.

*Remaining Life -* The steam supply contract is valued through 2020, which is the termination date of the current agreement.  This reflects the expectation that the contract will not be extended if the plant were to transfer to a third party in an arm's length transaction. This expectation is reflected in our projections for the plant and our analysis of the contract value.

*Conclusion -* Based on the analysis described above, our concluded fair value of the steam supply contract intangible as of the Valuation Date is approximately **($71,000).**

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 25 of 56



### CONCLUSION - INTANGIBLE ASSET CONTRIBUTION

We have considered all three approaches to analyze the value of intangible assets identified at Bay Shore as of the Valuation Date. In conducting this analysis, we determined that the results of the Cost Approach and Market Approach did not provide a reliable indication of value so we have based our conclusion primarily on the results of the Income Approach. The Income Approach was utilized to calculate the contract intangible asset value of each contract by comparing the value of the revenue stream associated with the contract in place to the value of the corresponding revenue stream utilizing market based data.

The following table summarizes our findings for each contract. Detailed calculations are provided as exhibits in Appendix C to this report.

|  | PV Above Market Value of Contract | % of Intangibles Value |
|---|---|---|
| BP - Steam Supply Agreement | $ (71,000) | -0.1% |
| STG1 - Steam Supply Agreement | $ 14,530,000 | 10.6% |
| O&M Agreement | $ 19,980,000 | 14.6% |
| Fuel Supply Agreement | $ 102,700,000 | 74.9% |
| | $ 137,139,000 | |

21



## ALLOCATION OF VALUE

In conducting this allocation of value, we identified the tangible and intangible assets of the Power Plant and considered two separate approaches for attributing value to the assets and allocating Fair Value to the Owners.

**Physical Asset Contribution**

The first approach considers the allocation of Fair Value amongst the Owners interests based on each Owners historical financial contribution to the Power Plants cumulative tangible assets. The following table summarizes the Owners respective interest in the Bay Shore Power Plant based on this approach.

**Fair Value Distribution - Accumulated Cost**

| | Accumulated Cost | % of Accumulated Cost | Allocation to Plant Fair Value | Allocation to Entity |
|---|---|---|---|---|
| **Bay Shore Power Station** | | | | |
| Boiler Plant Equipment | 218,420,000 | 76% | 31,808,738 | BSPC |
| Elect Eq, Structures, & PPE | 69,980,000 | 24% | 10,191,262 | FEGC |
| | $ 288,400,000 | | $ 42,000,000 | |

**Intangible Asset Contribution**

The second approach considers the allocation of Fair Value amongst the Owners interests in the Bay Shore Power Plant by determining the Fair Value of intangible assets, identifying the beneficiary of any value arising from each intangible, and allocating that value amongst the Owners discreet interest in each intangible asset. The following table summarizes our findings for this approach.

**Fair Value Distribution - Contract Intangibles Value**

| | PV Above Market Value of Contract | % of Intangibles Value | Allocation to Plant Fair Value | Allocation to Entity |
|---|---|---|---|---|
| BP - Steam Supply Agreement | (71,000) | -0.1% | (21,744) | BSPC |
| STG1 - Steam Supply Agreement | 14,530,000 | 10.6% | 4,449,938 | FEGC |
| O&M Agreement | 19,980,000 | 14.6% | 6,119,047 | BSPC |
| Fuel Supply Agreement | 102,700,000 | 74.9% | 31,452,760 | BSPC |
| | $ 137,139,000 | | $ 42,000,000 | |

## CONCLUSION – ALLOCATION OF VALUE

It is our opinion that the contribution of the intangible assets provides a more accurate basis for distributing value than an allocation based on cumulative historical investment. The value of these contract intangibles is easily support by an analysis of the associated revenue stream and current market data, whereas the Owners historical financial contribution to the tangible assets is not reflective of the current value of the tangible assets, which likely have little or no value in the current marketplace without the benefit of the contract intangibles.

22



## 9. APPENDIX

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 28 of 56



## APPENDIX A: INCOME APPROACH

24

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of  August 31, 2017
DISCOUNTED CASH FLOW ANALYSIS
(IN USD)

| Revenue and Expenses | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Unit Output** | | | | | | | | | | |
| Capacity (MW) | 136 | 136 | 136 | 136 | 136 | 136 | 136 | 136 | 136 | 136 |
| UCAP (MW) | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 |
| Generation (MWh) | 344,917 | 1,059,875 | 872,830 | 1,049,200 | 1,024,570 | 1,024,570 | 1,024,570 | 1,024,570 | 1,018,613 | 1,012,656 |
| **Revenue (1)** | | | | | | | | | | |
| Energy Revenue | 9,464,589 | 30,764,583 | 25,879,499 | 30,707,483 | 30,736,289 | 31,504,696 | 32,292,314 | 33,099,622 | 33,729,862 | 34,370,926 |
| Capacity Revenue | 6,592,674 | 7,364,645 | 5,509,981 | 1,831,402 | 4,505,250 | 4,617,881 | 4,733,328 | 4,851,661 | 4,972,953 | 5,097,277 |
| Capacity - Potential (4) | - | - | - | 1,818,315 | | | | | | |
| Ancillary | 7,140 | 21,198 | 17,457 | 20,984 | 21,425 | 21,875 | 22,334 | 22,803 | 23,282 | 23,771 |
| Reactive Power (5) | 134,904 | 403,606 | 403,606 | 403,606 | 403,606 | 412,082 | 420,323 | 428,730 | 437,304 | 446,051 |
| Steam Sales - BP (6) | 2,584,132 | 7,907,086 | 6,641,953 | 7,922,148 | 8,088,513 | 8,258,372 | 8,431,798 | 8,608,865 | 8,789,652 | 8,974,234 |
| **Total Revenue** | **$18,783,439** | **$ 46,461,118** | **$ 38,452,495** | **$ 42,703,938** | **$ 43,755,083** | **$ 44,814,906** | **$ 45,900,097** | **$ 47,011,681** | **$ 47,953,052** | **$ 48,912,258** |
| **Fuel & Consumables Expense** | | | | | | | | | | |
| Fuel - Pet Coke (10) | 767,485 | 2,250,000 | 1,866,219 | 2,507,542 | 3,293,049 | 3,362,203 | 3,432,809 | 3,504,898 | 3,557,696 | 3,611,165 |
| Limestone Expense | 1,811,078 | 5,620,886 | 5,812,848 | 5,835,065 | 5,817,747 | 5,939,919 | 6,064,657 | 6,192,015 | 6,285,292 | 6,379,755 |
| Ash Disposal | 1,564,568 | 4,219,339 | 4,393,191 | 4,506,399 | 4,493,024 | 4,587,377 | 4,683,712 | 4,782,070 | 4,854,107 | 4,927,061 |
| Fuel - Other | 281,505 | 635,010 | 653,393 | 672,994 | 670,997 | 685,087 | 699,474 | 714,163 | 724,921 | 735,816 |
| **Fuel & Consumables Expense** | **$ 4,424,636** | **$ 12,725,235** | **$ 12,725,651** | **$ 13,522,000** | **$ 14,274,816** | **$ 14,574,587** | **$ 14,880,653** | **$ 15,193,147** | **$ 15,422,016** | **$ 15,653,797** |
| **G&A** | **651,781** | **$ 1,990,950** | **$ 2,032,760** | **$ 2,075,448** | **$ 2,119,032** | **$ 2,163,532** | **$ 2,208,966** | **$ 2,255,354** | **$ 2,302,717** | **$ 2,351,074** |
| **Operations & Maintenance (O&M) (8)** | | | | | | | | | | |
| Labor (including Overheads) (9) | 3,143,645 | 9,502,511 | 9,625,279 | 10,105,341 | 10,317,553 | 10,534,222 | 10,755,441 | 10,981,305 | 11,211,912 | 11,447,362 |
| Materials and Equipment | 563,183 | 2,051,837 | 1,745,769 | 2,309,862 | 2,358,369 | 2,407,895 | 2,458,461 | 2,510,088 | 2,562,800 | 2,616,619 |
| Professional and Contractor | 1,859,590 | 5,027,265 | 3,898,357 | 2,181,969 | 2,227,574 | 2,274,574 | 2,322,340 | 2,371,109 | 2,420,902 | 2,471,741 |
| Insurance | 40,648 | 144,844 | 151,835 | 158,509 | 161,838 | 165,236 | 168,706 | 172,249 | 175,866 | 179,559 |
| Property & OH CAT Taxes | 282,950 | 795,604 | 812,074 | 812,285 | 829,343 | 846,759 | 864,541 | 882,696 | 901,233 | 920,159 |
| All Other O&M | 140,200 | 516,531 | 427,200 | 427,200 | 436,171 | 445,331 | 454,683 | 464,231 | 473,980 | 483,934 |
| **Direct O&M** | **$ 6,030,215** | **$ 18,038,592** | **$ 16,660,514** | **$ 15,995,166** | **$ 16,331,064** | **$ 16,674,017** | **$ 17,024,171** | **$ 17,381,679** | **$ 17,746,694** | **$ 18,119,374** |
| **EBITDA** | **$ 7,676,807** | **$ 13,706,340** | **$ 7,033,569** | **$ 11,111,324** | **$ 11,030,170** | **$ 11,402,770** | **$ 11,786,306** | **$ 12,181,501** | **$ 12,481,626** | **$ 12,788,013** |
| Tax Depreciation | 563,778 | 3,422,534 | 3,660,635 | 3,793,155 | 3,718,148 | 3,592,340 | 3,371,720 | 3,322,940 | 3,631,256 | 3,848,337 |
| **EBIT** | **$ 7,113,029** | **$ 10,283,806** | **$ 3,372,935** | **$ 7,318,169** | **$ 7,312,023** | **$ 7,810,430** | **$ 8,414,587** | **$ 8,858,562** | **$ 8,850,370** | **$ 8,939,676** |
| Tax Expense @ 38.9% | 2,766,968 | 4,000,401 | 1,312,072 | 2,846,768 | 2,844,377 | 3,038,257 | 3,273,274 | 3,445,980 | 3,442,794 | 3,477,534 |
| **Net Income** | **$ 4,346,061** | **$6,283,406** | **$2,060,863** | **$4,471,401** | **$ 4,467,646** | **$4,772,173** | **$5,141,312** | **$5,412,581** | **$5,407,576** | **$5,462,142** |
| Add: Tax Depreciation | 563,778 | 3,422,534 | 3,660,635 | 3,793,155 | 3,718,148 | 3,592,340 | 3,371,720 | 3,322,940 | 3,631,256 | 3,848,337 |
| Less: Capital Expenditures/Reimbursable | 995,721 | 4,680,000 | 8,521,000 | 2,325,000 | 3,270,000 | 805,000 | 505,000 | 4,930,000 | 6,590,000 | 2,110,000 |
| **Debt-free cash flow available for distribution** | **$ 3,914,118** | **$ 5,025,940** | **$ (2,799,502)** | **$ 5,939,556** | **$ 4,915,794** | **$ 7,559,513** | **$ 8,008,032** | **$ 3,805,521** | **$ 2,448,832** | **$ 7,200,479** |
| Time Adjustment | 0.3333 | 1.3333 | 2.3333 | 3.3333 | 4.3333 | 5.3333 | 6.3333 | 7.3333 | 8.3333 | 9.3333 |
| Present value factor  **9.0%** | 0.97 | 0.89 | 0.82 | 0.75 | 0.69 | 0.63 | 0.58 | 0.53 | 0.49 | 0.45 |
| **Present value--debt-free cash flow** | **$ 3,802,842** | **$ 4,478,317** | **$ (2,287,713)** | **$ 4,451,413** | **$ 3,378,786** | **$ 4,765,231** | **$ 4,629,554** | **$ 2,017,672** | **$ 1,190,745** | **$ 3,211,029** |
| **Sum of PV of FCF**  **42,000,000** | | | | | | | | | | |

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of August 31, 2017
DISCOUNTED CASH FLOW ANALYSIS
(IN USD)

| Revenue and Expenses | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|
| **Unit Output** | | | | |
| Capacity (MW) | 136 | 136 | 136 | 136 |
| UCAP (MW) | 112 | 112 | 112 | 112 |
| Generation (MWh) | 1,006,699 | 1,000,742 | 994,786 | 988,829 |
| **Revenue (1)** | | | | |
| Energy Revenue | 35,022,963 | 35,686,120 | 36,360,545 | 37,046,387 |
| Capacity Revenue | 5,224,709 | 5,355,326 | 5,489,210 | 5,626,440 |
| Capacity - Potential (4) | | | | |
| Ancillary | 24,270 | 24,780 | 25,300 | 25,831 |
| Reactive Power (5) | 454,972 | 464,071 | 473,352 | 482,819 |
| Steam Sales - BP (6) | 9,162,693 | 9,355,110 | 9,551,567 | 9,752,150 |
| **Total Revenue** | **$ 49,889,606** | **$ 50,885,406** | **$ 51,899,974** | **$ 52,933,628** |
| **Fuel & Consumables Expense** | | | | |
| Fuel - Pet Coke (10) | 3,665,311 | 3,720,139 | 3,775,654 | 3,831,859 |
| Limestone Expense | 6,475,413 | 6,572,276 | 6,670,352 | 6,769,648 |
| Ash Disposal | 5,000,938 | 5,075,745 | 5,151,488 | 5,228,174 |
| Fuel - Other | 746,849 | 758,021 | 769,333 | 780,785 |
| Fuel & Consumables Expense | **$ 15,888,512** | **$ 16,126,182** | **$ 16,366,826** | **$ 16,610,467** |
| **G&A** | **$ 2,400,447** | **$ 2,450,856** | **$ 2,502,324** | **$ 2,554,873** |
| **Operations & Maintenance (O&M) (8)** | | | | |
| Labor (including Overheads) (9) | 11,687,757 | 11,933,200 | 12,183,797 | 12,439,657 |
| Materials and Equipment | 2,671,568 | 2,727,671 | 2,784,952 | 2,843,436 |
| Professional and Contractor | 2,523,648 | 2,576,645 | 2,630,754 | 2,686,000 |
| Insurance | 183,330 | 187,180 | 191,111 | 195,124 |
| Property & OH CAT Taxes | 939,482 | 959,211 | 979,355 | 999,921 |
| All Other O&M | 494,096 | 504,472 | 515,066 | 525,882 |
| **Direct O&M** | **$ 18,499,881** | **$ 18,888,379** | **$ 19,285,035** | **$ 19,690,021** |
| **EBITDA** | **$ 13,100,766** | **$ 13,419,990** | **$ 13,745,789** | **$ 14,078,268** |
| Tax Depreciation | 3,869,113 | 3,899,837 | 3,945,563 | 3,933,707 |
| **EBIT** | **$ 9,231,654** | **$ 9,520,153** | **$ 9,800,226** | **$ 10,144,561** |
| Tax Expense @ 38.9% | 3,591,113 | 3,703,339 | 3,812,288 | 3,946,234 |
| **Net Income** | **$5,640,540** | **$5,816,813** | **$5,987,938** | **$6,198,327** |
| Add: Tax Depreciation | 3,869,113 | 3,899,837 | 3,945,563 | 3,933,707 |
| Less: Capital Expenditures/Reimbursable | 1,065,000 | 2,140,000 | 1,225,000 | 612,500 |
| **Debt-free cash flow available for distribution** | $ 8,444,653 | $ 7,576,651 | $ 8,708,501 | $ 9,519,534 |
| Time Adjustment | 10.3333 | 11.3333 | 12.3333 | 13.3333 |
| Present value factor     9.0% | 0.41 | 0.38 | 0.34 | 0.32 |
| **Present value--debt-free cash flow** | **$ 3,453,725** | **$ 2,841,884** | **$ 2,995,682** | **$ 3,003,247** |

| Sum of PV of FCF | 42,000,000 |
|---|---|

| | |
|---|---|
| Client | FIRST ENERGY CORP |
| Project | VALUATION OF BAY SHORE COGENERATION FACILITY |
| Val Date | August 31, 2017 |
| | |
| Projections Year 1 through 4 | Provided by First Energy |
| Projections Year 5 through 14 | Navigant Consulting, Utilized Assumptions Noted Here and in Report |
| | |
| Blended Tax Rate | 38.9% |
| Discount Rate - Power Plant Projection | 9.0% |
| Discount Rate - PetCoke Contract Projection | 9.0% |
| Discount Rate - Other Intangible Projections | 8.0% |
| Capacity Utilization | 86% |
| Energy Revenue Growth Rate | 2.5% |
| Capacity Revenue Growth Rate | 2.5% |
| Market Fuel Cost Growth Rate | 2.1% |
| Variable O&M Growth Rate | 2.1% |
| Fixed O&M Growth Rate | 2.1% |
| General Inflation Rate | 2.1% |
| Ancillary | 2.1% |
| Reactive Power | 2.1% |
| Steam Sales - BP | 2.1% |
| Fuel & Consumables Expense | 2.1% |
| Capex | 2.1% |
| Capacity Factor Reduction (start 2025) | 0.5% |
| | |
| Pet Coke - Market Price (2017) | 30.00 |
| Pet Coke Cost per Klb Steam | 1.49 |
| | |
| Pet Coke - Contract Price | 4.50 |
| Pet Coke Cost per Klb Steam | 0.22 |
| | |
| Pet Coke - New Contract Price (Oct-2020) | 6.50 |
| Pet Coke Cost per Klb Steam | 0.32 |



**APPENDIX B: MARKET APPROACH**

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 33 of 56

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of August 31, 2017
MARKET APPROACH - IDENTIFIED TRANSACTIONS

| ANNOUNCE DATE | COMPLETE | UNIT NAME | OWNERSHIP(%) | PRIMARY FUEL TYPE | STATUS | UNIT IN SERVICE YEAR | DEAL OPERATING CAPACITY (MW) | STATE | NERC SUBREGION | SELLER | ANNOUNCED VALUE ($000) | INSTALLED NAMEPLATE CAPACITY (MW) | ($/KW) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/2017 | | Miami Fort ST 7 | 100.00 | Bituminous Coal | Operating | 1975 | 510.0 | OH | R-PJM | DPL Inc. | 50,000 | 801.9 | 62 |
| 4/24/2017 | | Miami Fort ST 8 | 100.00 | Bituminous Coal | Operating | 1978 | 510.0 | OH | R-PJM | DPL Inc. | 50,000 | 801.9 | 62 |
| 9/14/2016 | 1/30/2017 | Gen J M Gavin ST 2 | 50.00 | Bituminous Coal | Operating | 1975 | 649.5 | OH | R-PJM | AEP | 2,170,000 | 5,317.6 | 408 |
| 9/14/2016 | 1/30/2017 | Gen J M Gavin ST 1 | 50.00 | Bituminous Coal | Operating | 1974 | 649.5 | OH | R-PJM | AEP | 2,170,000 | 5,317.6 | 408 |
| 9/14/2016 | 1/30/2017 | Gen J M Gavin ST 2 | 50.00 | Bituminous Coal | Operating | 1975 | 649.5 | OH | R-PJM | AEP | 2,170,000 | 5,317.6 | 408 |
| 9/14/2016 | 1/30/2017 | Gen J M Gavin ST 1 | 50.00 | Bituminous Coal | Operating | 1974 | 649.5 | OH | R-PJM | AEP | 2,170,000 | 5,317.6 | 408 |
| 6/3/2016 | 12/6/2016 | Brandon Shores ST 2 | 100.00 | Bituminous Coal | Operating | 1991 | 640.0 | MD | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Brandon Shores ST 1 | 100.00 | Bituminous Coal | Operating | 1984 | 640.0 | MD | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Conemaugh ST 2 | 16.25 | Bituminous Coal | Operating | 1971 | 138.1 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Conemaugh ST 1 | 16.25 | Bituminous Coal | Operating | 1970 | 138.1 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Herbert A Wagner ST 3 | 100.00 | Bituminous Coal | Operating | 1966 | 305.0 | MD | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Herbert A Wagner ST 2 | 100.00 | Bituminous Coal | Operating | 1959 | 118.0 | MD | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Keystone ST 2 | 12.34 | Bituminous Coal | Operating | 1968 | 104.9 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Keystone ST 1 | 12.34 | Bituminous Coal | Operating | 1967 | 104.9 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Montour ST 2 | 100.00 | Bituminous Coal | Operating | 1973 | 768.4 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Montour ST 11 | 100.00 | Bituminous Coal | Operating | 1973 | 11.8 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 6/3/2016 | 12/6/2016 | Montour ST 1 | 100.00 | Bituminous Coal | Operating | 1971 | 768.3 | PA | R-PJM | Talen Energy | 5,085,047 | 9,701.1 | 524 |
| 2/25/2016 | 2/7/2017 | NE Power Cogen | 100.00 | Waste Coal | Operating | 1989 | 52.0 | PA | R-PJM | Engie SA | 3,300,000 | 8,844.5 | 373 |
| 11/25/2015 | 2/2/2016 | Seward Waste Coal | 100.00 | Waste Coal | Operating | 2004 | 521.0 | PA | R-PJM | GenOn Energy | 82,500 | 585.0 | 141 |
| 11/25/2015 | 12/31/2015 | Marina Thermal ST 1 | 100.00 | Coal | Operating | 2003 | 8.0 | NJ | R-PJM | DCO Energy L | 48,140 | NA | NA |
| 10/29/2014 | 12/31/2014 | Conemaugh ST 2 | 31.28 | Bituminous Coal | Operating | 1971 | 265.9 | PA | R-PJM | Exelon | 415,000 | 1,380.2 | 301 |
| 10/29/2014 | 12/31/2014 | Conemaugh ST 1 | 31.28 | Bituminous Coal | Operating | 1970 | 265.9 | PA | R-PJM | Exelon | 415,000 | 1,380.2 | 301 |
| 10/29/2014 | 12/31/2014 | Keystone ST 2 | 41.98 | Bituminous Coal | Operating | 1968 | 356.8 | PA | R-PJM | Exelon | 415,000 | 1,380.2 | 301 |
| 10/29/2014 | 12/31/2014 | Keystone ST 1 | 41.98 | Bituminous Coal | Operating | 1967 | 356.8 | PA | R-PJM | Exelon | 415,000 | 1,380.2 | 301 |
| 8/22/2014 | 4/1/2015 | Kincaid ST 1 | 100.00 | Subbituminous Coal | Operating | 1967 | 579.0 | IL | R-PJM | Energy Capital | 3,447,885 | 7,133.5 | 483 |
| 8/22/2014 | 4/1/2015 | Kincaid ST 2 | 100.00 | Subbituminous Coal | Operating | 1968 | 579.0 | IL | R-PJM | Energy Capital | 3,447,885 | 7,133.5 | 483 |
| 8/22/2014 | 4/2/2015 | Conesville ST 4 | 40.00 | Bituminous Coal | Operating | 1973 | 312.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | J M Stuart ST 4 | 39.00 | Bituminous Coal | Operating | 1974 | 225.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | J M Stuart ST 3 | 39.00 | Bituminous Coal | Operating | 1972 | 225.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | J M Stuart ST 2 | 39.00 | Bituminous Coal | Operating | 1970 | 225.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | J M Stuart ST 1 | 39.00 | Bituminous Coal | Operating | 1971 | 225.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | Killen Station ST 2 | 33.00 | Bituminous Coal | Operating | 1982 | 198.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | Miami Fort ST 8 | 64.00 | Bituminous Coal | Operating | 1978 | 326.4 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | Miami Fort ST 7 | 64.00 | Bituminous Coal | Operating | 1975 | 326.4 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 8/22/2014 | 4/2/2015 | W H Zimmer ST1 | 46.50 | Bituminous Coal | Operating | 1991 | 625.0 | OH | R-PJM | Duke Energy | 2,800,000 | 6,569.4 | 426 |
| 6/16/2014 | 12/30/2014 | East Bend ST 2 | 100.00 | Bituminous Coal | Operating | 1981 | 600.0 | KY | R-PJM | DPL Inc. | 12,400 | 207.5 | 60 |
| 4/17/2014 | 5/21/2014 | Ebensburg Power Compan | 100.00 | Waste Coal | Operating | 1991 | 50.0 | PA | R-PJM | NextEra | 1,300 | 28.6 | NA |
| 10/18/2013 | 4/1/2014 | Grant Town Power Plant C | 50.00 | Waste Coal | Operating | 1992 | 40.0 | WV | R-PJM | Edison Mission | 2,980,000 | NA | NA |
| 10/18/2013 | 4/1/2014 | Powerton ST 5 | 100.00 | Subbituminous Coal | Operating | 1972 | 769.0 | IL | R-PJM | Edison Mission | 2,980,000 | NA | NA |
| 10/18/2013 | 4/1/2014 | Powerton ST 6 | 100.00 | Subbituminous Coal | Operating | 1975 | 769.0 | IL | R-PJM | Edison Mission | 2,980,000 | NA | NA |
| 10/18/2013 | 4/1/2014 | Waukegan ST 8 | 100.00 | Subbituminous Coal | Operating | 1962 | 361.0 | IL | R-PJM | Edison Mission | 2,980,000 | NA | NA |
| 10/18/2013 | 4/1/2014 | Waukegan ST 7 | 100.00 | Subbituminous Coal | Operating | 1958 | 328.0 | IL | R-PJM | Edison Mission | 2,980,000 | NA | NA |
| 10/18/2013 | 4/1/2014 | Will County ST 4 | 100.00 | Subbituminous Coal | Operating | 1963 | 520.0 | IL | R-PJM | Edison Mission | 2,980,000 | NA | NA |
| 3/11/2013 | 8/29/2013 | Kincaid ST 2 | 100.00 | Subbituminous Coal | Operating | 1968 | 579.0 | IL | R-PJM | Dominion | 472,000 | 3,307.6 | 143 |
| 3/11/2013 | 8/29/2013 | Kincaid ST 1 | 100.00 | Subbituminous Coal | Operating | 1967 | 579.0 | IL | R-PJM | Dominion | 472,000 | 3,307.6 | 143 |
| 1/22/2013 | 4/22/2013 | Westwood Gen Station | 25.00 | Waste Coal | Operating | 1987 | 7.5 | PA | R-PJM | Olympus | 1,300 | 9.0 | 144 |
| 1/22/2013 | 4/22/2013 | Westwood Gen Station | 75.00 | Waste Coal | Operating | 1987 | 22.5 | PA | R-PJM | Olympus | 1,300 | 9.0 | 144 |
| 9/26/2012 | 11/20/2012 | Westwood Gen Station | 100.00 | Waste Coal | Operating | 1987 | 30.0 | PA | R-PJM | Integrys | 6,200 | 36.0 | 172 |
| 8/9/2012 | 11/30/2012 | Brandon Shores ST 2 | 100.00 | Bituminous Coal | Operating | 1991 | 640.0 | MD | R-PJM | Exelon | 330,000 | 2,844.3 | 116 |
| 8/9/2012 | 11/30/2012 | Brandon Shores ST 1 | 100.00 | Bituminous Coal | Operating | 1984 | 640.0 | MD | R-PJM | Exelon | 330,000 | 2,844.3 | 116 |
| 8/9/2012 | 11/30/2012 | C P Crane ST 2 | 100.00 | Subbituminous Coal | Operating | 1963 | 195.0 | MD | R-PJM | Exelon | 330,000 | 2,844.3 | 116 |
| 8/9/2012 | 11/30/2012 | C P Crane ST 1 | 100.00 | Subbituminous Coal | Operating | 1961 | 190.0 | MD | R-PJM | Exelon | 330,000 | 2,844.3 | 116 |
| 8/9/2012 | 11/30/2012 | Herbert A Wagner ST 2 | 100.00 | Bituminous Coal | Operating | 1959 | 118.0 | MD | R-PJM | Exelon | 330,000 | 2,844.3 | 116 |
| 8/9/2012 | 11/30/2012 | Herbert A Wagner ST 3 | 100.00 | Bituminous Coal | Operating | 1966 | 305.0 | MD | R-PJM | Exelon | 330,000 | 2,844.3 | 116 |
| 7/22/2012 | 12/14/2012 | Avon Lake ST 9 | 100.00 | Bituminous Coal | Operating | 1970 | 640.0 | OH | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Chalk Point ST2 | 100.00 | Bituminous Coal | Operating | 1965 | 337.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Chalk Point ST1 | 100.00 | Bituminous Coal | Operating | 1964 | 331.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Cheswick ST 1 | 100.00 | Bituminous Coal | Operating | 1970 | 563.0 | PA | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Conemaugh ST 2 | 16.45 | Bituminous Coal | Operating | 1971 | 139.8 | PA | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Conemaugh ST 1 | 16.45 | Bituminous Coal | Operating | 1970 | 139.8 | PA | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Dickerson ST 3 | 100.00 | Bituminous Coal | Operating | 1962 | 173.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Dickerson ST1 | 100.00 | Bituminous Coal | Operating | 1959 | 173.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Dickerson ST 2 | 100.00 | Bituminous Coal | Operating | 1960 | 173.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Keystone ST 1 | 20.37 | Bituminous Coal | Operating | 1967 | 173.1 | PA | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Keystone ST 2 | 20.37 | Bituminous Coal | Operating | 1968 | 173.1 | PA | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Morgantown ST1 | 100.00 | Bituminous Coal | Operating | 1970 | 596.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Morgantown ST2 | 100.00 | Bituminous Coal | Operating | 1971 | 609.0 | MD | R-PJM | GenOn | 3,636,248 | NA | NA |
| 7/22/2012 | 12/14/2012 | Seward Waste Coal | 100.00 | Waste Coal | Operating | 2004 | 521.0 | PA | R-PJM | GenOn | 3,636,248 | NA | NA |



**APPENDIX C: ASSET ALLOCATION TABLES**

26

**FIRST ENERGY CORP**

VALUATION OF BAY SHORE COGENERATION FACILITY
As Of   August 31, 2017
ALLOCATION OF VALUE BASED ON ACCUMULATED COST
(IN USD)

| Bay Shore Power (BSPC) | Accumulated Cost |
| --- | --- |
| **Bay Shore Power Station** | |
| **Account** | |
| 31110 Structures, Improvements | 1,244,251 |
| 31200 Boiler Plant Equipment | 188,106,371 |
| 31500 Acc. Electric Equipment | 20,305,531 |
| 31600 Misc. Power Plant Equip. | 13,327 |
| Asset Location Total | 209,669,480 |
| | |
| Boiler Plant Equipment | 8,749,380 |
| **BSPC Total** | **$   218,418,860** |

| FE Generation Corp (FEGC) | Accumulated Cost |
| --- | --- |
| **Bay Shore 1** | |
| **Account** | |
| 31110 Structures, Improvements | 1,757,169 |
| 31200 Boiler Plant Equipment | 14,117,455 |
| 31400 Turbogenerator Units | 13,147,576 |
| 31500 Acc. Electric Equipment | 2,288,679 |
| 31600 Misc. Power Plant Equip. | 552,897 |
| 34200 Fuel Holders, Prod, Acc | 152,072 |
| | **32,015,849** |
| **BAY SHORE COMMON FACILITY** | |
| 31110 Structures, Improvements | 1,684,627 |
| 31200 Boiler Plant Equipment | 23,060,133 |
| 31400 Turbogenerator Units | 10,178,723 |
| 31500 Acc. Electric Equipment | 323,759 |
| 31600 Misc. Power Plant Equip. | 746,107 |
| 39400 Tools, Shop, Garage Equip | 1,646 |
| | **35,994,995** |
| **BAY SHORE CT** | |
| 34110 Structures, Improvements | 31,347 |
| 34200 Fuel Holders,Producer,Acc. | 12,152 |
| 34300 Prime Movers | 1,053,070 |
| 34400 Generators | 321,319 |
| 34500 Acc Electric Equipment | 546,688 |
| 34600 Misc. Power Plant Equipment | 59 |
| | **1,964,635** |

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of August 31, 2017
ALLOCATION OF VALUE - TOTAL PLANT & INTANGIBLES
(IN USD)

**FMV of Facility     $ 42,000,000**

## Fair Value Distribution - Accumulated Cost

| | Accumulated Cost | % of Accumulated Cost | Allocation to Plant Fair Value | Allocation to Entity |
|---|---|---|---|---|
| **Bay Shore Power Station** | | | | |
| Boiler Plant Equipment | 218,420,000 | 76% | 31,808,738 | BSPC |
| Elect Eq, Structures, & PPE | 69,980,000 | 24% | 10,191,262 | FEGC |
| | $ 288,400,000 | | $ 42,000,000 | |

## Fair Value Distribution - Contract Intangibles Value

| | PV Above Market Value of Contract | % of Intangibles Value | Allocation to Plant Fair Value | Allocation to Entity |
|---|---|---|---|---|
| BP - Steam Supply Agreement | (71,000) | -0.1% | (21,744) | BSPC |
| STG1 - Steam Supply Agreement | 14,530,000 | 10.6% | 4,449,938 | FEGC |
| O&M Agreement | 19,980,000 | 14.6% | 6,119,047 | BSPC |
| Fuel Supply Agreement | 102,700,000 | 74.9% | 31,452,760 | BSPC |
| | $ 137,139,000 | | $ 42,000,000 | |

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of August 31, 2017
VALUE OF ABOVE/BELOW MARKET CONTRACTS
(IN USD)

| Favorable Pet Coke Purchase Agreement | | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|
| **Pet Coke (short tons)** | | 170,552 | 500,000 | 414,715 | 518,802 | 506,623 | 506,623 | 506,623 | 506,623 |
| Pet Coke - Market Price | | $ 30.00 | $ 32.11 | $ 32.55 | $ 31.93 | $ 31.84 | $ 32.51 | $ 33.19 | $ 33.89 |
| Pet Coke - Contract Price | | $ 4.50 | $ 4.50 | $ 4.50 | $ 4.83 | $ 6.50 | $ 6.64 | $ 6.78 | $ 6.92 |
| **Pet Coke Expense - Market Price** | | $ 5,116,567 | $ 16,052,591 | $ 13,497,263 | $ 16,565,324 | $ 16,132,062 | $ 16,470,835 | $ 16,816,722 | $ 17,169,874 |
| **Pet Coke Expense - Contract Price** | | $ 767,485 | $ 2,250,000 | $ 1,866,219 | $ 2,507,542 | $ 3,293,049 | $ 3,362,203 | $ 3,432,809 | $ 3,504,898 |
| | | $ 4,349,082 | $ 13,802,591 | $ 11,631,044 | $ 14,057,782 | $ 12,839,013 | $ 13,108,632 | $ 13,383,913 | $ 13,664,976 |
| | 9.0% | 0.97 | 0.89 | 0.82 | 0.75 | 0.69 | 0.63 | 0.58 | 0.53 |
| **NPV - Contract Benefit** | **$ 102,700,000** | $ 4,225,440 | $ 12,298,671 | $ 9,504,722 | $ 10,535,634 | $ 8,824,674 | $ 8,263,186 | $ 7,737,425 | $ 7,245,116 |

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of August 31, 2017
VALUE OF ABOVE/BELOW MARKET CONTRACTS
(IN USD)

| Favorable Pet Coke Purchase Agreement | | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| **Pet Coke (short tons)** | | 503,677 | 500,732 | 497,786 | 494,841 | 491,895 | 488,950 |
| Pet Coke - Market Price | | $ 34.60 | $ 35.32 | $ 36.06 | $ 36.81 | $ 37.58 | $ 38.36 |
| Pet Coke - Contract Price | | $ 7.06 | $ 7.21 | $ 7.36 | $ 7.52 | $ 7.68 | $ 7.84 |
| **Pet Coke Expense - Market Price** | | $ 17,426,093 | $ 17,685,502 | $ 17,948,121 | $ 18,213,971 | $ 18,483,071 | $ 18,755,441 |
| **Pet Coke Expense - Contract Price** | | $ 3,557,696 | $ 3,611,165 | $ 3,665,311 | $ 3,720,139 | $ 3,775,654 | $ 3,831,859 |
| | | $ 13,868,397 | $ 14,074,337 | $ 14,282,810 | $ 14,493,831 | $ 14,707,418 | $ 14,923,582 |
| | | 0.49 | 0.45 | 0.41 | 0.38 | 0.34 | 0.32 |
| **NPV - Contract Benefit** | **$ 102,700,000** | $ 6,743,509 | $ 6,276,402 | $ 5,841,436 | $ 5,436,412 | $ 5,059,280 | $ 4,708,131 |

**FIRST ENERGY CORP**
**VALUATION OF BAY SHORE COGENERATION FACILITY**
**As Of** **August 31, 2017**
VALUE OF ABOVE/BELOW MARKET CONTRACTS
(IN USD)

| FEGC Steam Supply Agreement Benefit - STG1 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| Generation (MWh) | 344,917 | 1,059,875 | 872,830 | 1,049,200 |
| Total Steam to STG#1 (Klbs) | 2,288,448 | 7,032,048 | 5,791,041 | 6,961,216 |
| Total FEG Payment (Contract) $ Klb. | $ 3.40 | $ 3.40 | $ 3.40 | $ 3.40 |
| **Total FEG Payment $** | **$ 7,780,724** | **$ 23,908,963** | **$ 19,689,540** | **$ 23,668,136** |
| Limestone Expense per Klb | 0.42 | 0.43 | 0.44 | 0.45 |
| Ash Disposal Expense per Klb | 0.45 | 0.46 | 0.47 | 0.48 |
| Oil Expense | 0.10 | 0.10 | 0.10 | 0.10 |
| Limestone Expense | 967,795 | 3,036,336 | 2,552,997 | 3,133,319 |
| Ash Disposal Expense | 1,022,253 | 3,207,191 | 2,696,655 | 3,309,631 |
| Oil Expense | 223,227 | 700,347 | 588,863 | 722,717 |
| | 2,213,275 | 6,943,874 | 5,838,515 | 7,165,667 |
| Market Based Pet Coke Expense per Klb | 1.49 | 1.49 | 1.49 | 1.49 |
| **Pet Col** @ $ 30.00 | **$ 3,417,821** | **$ 10,502,436** | **$ 8,648,979** | **$ 10,396,648** |
| Total Expense per Klb | 2.46 | 2.48 | 2.50 | 2.52 |
| **Total Expense** | **$ 5,631,096** | **$ 17,446,309** | **$ 14,487,494** | **$ 17,562,315** |
| **O&M & Corp Support Charges** | **$ 3,714,232** | **$ 11,112,251** | **$ 11,112,251** | **$ 11,112,251** |
| **Cashflow - FEGC Steam Contract** | **(1,564,604)** | **(4,649,597)** | **(5,910,205)** | **(5,006,430)** |
| | *0.33* | *1.33* | *2.33* | *3.33* |
| Discount Factor 8.0% | 0.97 | 0.90 | 0.84 | 0.77 |
| **PV - Cashflow Benefit Steam Subsidy** | **(1,524,810)** | **(4,195,205)** | **(4,937,040)** | **(3,871,850)** |

**NPV - Steam Subsidy to 14,530,000**

Exhibit 4.3

**FIRST ENERGY CORP**
**VALUATION OF BAY SHORE COGENERATION FACILITY**
As Of    August 31, 2017
VALUE OF ABOVE/BELOW MARKET CONTRACTS
(IN USD)

| BP Steam Supply Agreement | | 2017 | | 2018 | | 2019 | | 2020 |
|---|---|---|---|---|---|---|---|---|
| Generation (MWh) | | 344,917 | | 1,059,875 | | 872,830 | | 1,049,200 |
| Total Steam to BP-H (Klbs) | | 439,366 | | 1,350,105 | | 1,111,840 | | 1,336,506 |
| | | | | | | | | |
| Total BP Payment  $ Klb. | $ | 4.66 | $ | 4.66 | $ | 4.66 | $ | 4.66 |
| **Total BP Payment  $** | | **2,047,448** | | **6,291,490** | | **5,181,176** | | **6,228,118** |
| | | | | | | | | |
| Limestone Expense per Klb | | 0.42 | | 0.43 | | 0.44 | | 0.45 |
| Ash Disposal Expense per Klb | | 0.45 | | 0.46 | | 0.47 | | 0.48 |
| Oil Expense | | 0.10 | | 0.10 | | 0.10 | | 0.10 |
| Limestone Expense | | 185,810 | | 582,956 | | 490,158 | | 601,576 |
| Ash Disposal Expense | | 196,266 | | 615,759 | | 517,739 | | 635,427 |
| Oil Expense | | 42,858 | | 134,462 | | 113,058 | | 138,757 |
| | $ | 424,934 | $ | 1,333,176 | $ | 1,120,955 | $ | 1,375,759 |
| | | | | | | | | |
| Market Based Pet Coke Expense per Klb | | 1.49 | | 1.49 | | 1.49 | | 1.49 |
| Pet Coke            @ $        30.00 | $ | 656,198 | $ | 2,016,396 | $ | 1,660,545 | $ | 1,996,085 |
| | | | | | | | | |
| Total Expense per Klb | $ | 2.46 | $ | 2.48 | $ | 2.50 | $ | 2.52 |
| **Total Expense at Market Prices ($30 Pet Coke)** | $ | **1,081,132** | $ | **3,349,572** | $ | **2,781,500** | $ | **3,371,845** |
| | | | | | | | | |
| **O&M & Corp Support Charges** | $ | **928,558** | $ | **2,778,063** | $ | **2,778,063** | $ | **2,778,063** |
| | | | | | | | | |
| **Cashflow - BP Steam Contract** | $ | **37,758** | $ | **163,855** | $ | **(378,387)** | $ | **78,211** |
| | | *0.33* | | *1.33* | | *2.33* | | *3.33* |
| Discount Factor          8.0% | | 0.97 | | 0.90 | | 0.84 | | 0.77 |
| **PV - Cashflow** | | **36,797** | | **147,842** | | **(316,082)** | | **60,486** |

| NPV - Steam Contract to B        (71,000) |
|---|

**FIRST ENERGY CORP**
VALUATION OF BAY SHORE COGENERATION FACILITY
As Of August 31, 2017
VALUE OF ABOVE/BELOW MARKET CONTRACTS
(IN USD)

| Favorable O&M Contract | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| Total Steam Production | 2,727,815 | 8,382,153 | 6,902,882 | 8,297,722 |
| Total Facility O&M (excl Corporate Support) | 21,280,628 | 21,280,628 | 21,280,628 | 21,280,628 |
| Estimated Corporate Support Charges for Facility | 6,500,000 | 6,500,000 | 6,500,000 | 6,500,000 |
| Estimated Actual O&M for Boiler Ops (excl. Corp Support) | 3,556,489 | 10,640,314 | 10,640,314 | 10,640,314 |
| Estimated Actual Corp Support Charges (for Boiler Ops) | 1,086,301 | 3,250,000 | 3,250,000 | 3,250,000 |
| **Total Expense for Facility O&M & Corp Support** | **4,642,790** | **13,890,314** | **13,890,314** | **13,890,314** |
| Actual 2016 O&M Expense Charged to Boiler Ops (per O&M contract) | 2,288,448 | 6,846,587 | 6,846,587 | 6,846,587 |
| **Cashflow Benefit O&M Subsidy** | **$ 2,354,342** | **$ 7,043,727** | **$ 7,043,727** | **$ 7,043,727** |
| Discount Factor 8.01% | *0.97* | *0.90* | *0.84* | *0.77* |
| **PV - Cashflow Benefit O&M Subsidy** | **2,294,463** | **6,355,362** | **5,883,918** | **5,447,445** |

| NPV - O&M Contract to BSPC | 19,980,000 |
|---|---|



## APPENDIX D: DERIVATION OF THE DISCOUNT RATE

**Derivation of the Discount Rate Applied In The Power Plant and Petcoke Contract DCF Analysis**

In developing our DCF analyses, we considered the weighted average of the after-tax return that would be required by typical debt and equity holders in Bay Shore as if it were operating on a stand-alone basis. This approach allows us to eliminate the effects of a particular financing structure. We considered a combination of market factors in our determination of the appropriate discount rates for this analysis.

The magnitude of a discount rate is related to the perceived risk of the investment as well as current capital costs. The concept of risk involves an investment situation, which lies between complete certainty of monetary return (no risk), and complete uncertainty of monetary return (infinite risk). When an investor contemplates two investments, each having the same expected monetary return, an investor would prefer the investment bearing the least risk. Therefore, the higher the risk, the higher the expected return.

The discount rate applied to the free cash flows was based on the weighted average cost of capital ("WACC") for a likely acquirer of Bay Shore. WACC measures the costs of debt and equity weighted by the percentage of debt and percentage of equity in plant's estimated target capital structure. The formula for calculating WACC is as follows:

$$\text{WACC} = [\frac{D}{V}(K_D(1-t)) \ + \ \frac{E}{V}(K_E)]$$

where:

$K_D$ = Cost of debt financing

$K_E$ = Cost of equity financing

$D$ = Estimated market value of debt

$E$ = Estimated market value of equity

$V$ = Value of total invested capital (debt plus equity)

$t$ = Assumed tax rate

27

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 43 of 56



**Cost of Equity**

The cost of equity applied in the WACC calculation is calculated through the Capital Asset Pricing Model ("CAPM")[14] which estimates the return required by investors given a company or assets risk profile. In this case we are considering a business that consists of a single coal fired power plant.  There are no publicly-traded companies that consist only of a single coal fired power plant, therefore, we used the data from publicly-traded plant owner-operators with appropriate adjustments to estimate the cost of equity for a potential investor in Bay Shore.

 The model is presented arithmetically by the following equation:

$K_E = R_f + (\beta \times Rp_m) + R_c + R_s$

*where:*

$K_E$  =  *Cost of equity financing*

$R_f$  =  *A risk-free rate of return is generally measured by the rate of return on U.S.  Treasury securities. The 20-year U.S. Treasury security for the Valuation Date was [2.47] percent.[15]*

$\beta$  =  *Beta is a measure of systematic risk, which represents the covariance of the rate of return on the subject asset or company with the rate of return on the market.  A beta coefficient of 1.00 implies that a company's return varies directly with the overall market.  Guideline companies used in determination of the beta were based industry participants, with a particular focus on merchant generating or small electric utilities with a risk profile similar to a likely third-party purchaser of Bay Shore.  Based on the profile of our guideline companies in the following table we determined the levered equity beta[16] coefficient for a likely acquirer of Bay Shore to be 0.35.*

*The levered beta coefficient was based on similar publicly traded comparable companies and was utilized in our CAPM calculation.*

$Rp_m$  =  *Market equity risk premium, is the excess of the market rate of return, over the risk-free rate that investors have historically demanded for an investment in equities.  Quantification of the market premium has been the subject of much research by security analysts.  We reference the Duff & Phelps 2017 Valuation Handbook, to determine that as of the Valuation Date the total rate of return on large capitalization common stocks exceeded the risk-free rate by an average of 6.9 percent for a long-term horizon.[17]*

$Rc$  =  *The small company stock premium is the average premium in excess of the cost of equity derived from the CAPM that the investor requires to invest in a business with low market capitalization.  Based on our analysis, Bay Shore was categorized in the 10th decile small stock premium; therefore, we applied the 6.0 percent small stock premium.[18]*

---

[14] W.F. Sharpe, "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk," *Journal of Finance*, 19:425-442 (September 1964); J. Linter, "The Valuation of Risk Assets and the Selection of Risky Investments in Stock Portfolios and Capital Budgets," *Review of Economics and Statistics*, 47:13-37 (February 1965).

[15] Source:  Federal Reserve Statistical Release.

[16] Source:  Bloomberg two-year weekly beta, utilizing the S&P 500 as a proxy for the market.

[17] Source:  Business Valuation Review, Volume 25, no. 2.

[18] Source:  Source: Duff & Phelps Valuation Handbook 2017 10th decile small stock premium.

28



*Rs = The company specific risk premium represents the additional risk specific to an investment in a company. We applied a company specific risk premium of 4.0 based on a consideration of specific risk factors related to the Facility as of the Valuation Date. This risk premium reflects 1.0 percent premium for the risk associated with uncertainty related to compliance with environmental constraints and regulatory oversight and 3.0 percent premium to account for risk that fuel supply contract will not renew.*

Based on the variables presented above, the rate of return on equity capital for Bay Shore is calculated as follows:

$K_e$ = 2.47% + (0.35 * 6.9%) + 6.0% + 4.0% = 14.9%

## Cost of Debt

The pretax cost of debt for Bay Shore was determined based on the Baa corporate bond rate equal to 4.31 percent. As interest expense is deductible for income tax purposes, the pretax cost of debt was adjusted to an after-tax cost of debt.

The rate of return on debt capital is calculated as follows:

$$K_d = 4.31\% * (1 - 33.8\%) = 2.99\%$$

## Capital Structure

The estimated proportion of debt and equity financing is an important component of the WACC calculation. In our analysis, a capital structure was applied based on the capital structures of the comparable companies discussed later in this report. The capital structure was used to weight the cost of debt and equity financing for Bay Shore. We applied weightings of 49.0 percent debt and 51.0 percent equity to the capital structure of Bay Shore.

**The calculations are based on the Weighted Average Cost of Capital to determine the overall discount rate of approximately 9.04 percent.**

29



**Derivation of the Discount Rate Applied in The O&M Contract DCF Analysis and Steam Contract DCF Analysis**

In developing our DCF analyses for the O&M contract and steam supply contract, we considered the weighted average of the after-tax return that would be required by typical debt and equity holders in Bay Shore as if it were operating on a stand-alone basis. This approach allows us to eliminate the effects of a particular financing structure. We considered a combination of market factors in our determination of the appropriate discount rates for this analysis.

The magnitude of a discount rate is related to the perceived risk of the investment as well as current capital costs. The concept of risk involves an investment situation, which lies between complete certainty of monetary return (no risk), and complete uncertainty of monetary return (infinite risk). When an investor contemplates two investments, each having the same expected monetary return, an investor would prefer the investment bearing the least risk. Therefore, the higher the risk, the higher the expected return.

The discount rate applied to the free cash flows was based on the weighted average cost of capital ("WACC") for a likely acquirer of Bay Shore. WACC measures the costs of debt and equity weighted by the percentage of debt and percentage of equity in plant's estimated target capital structure. The formula for calculating WACC is as follows:

$$\text{WACC} = [\frac{D}{V}(K_D(1-t)) + \frac{E}{V}(K_E)]$$

where:

$K_D$ = Cost of debt financing

$K_E$ = Cost of equity financing

$D$ = Estimated market value of debt

$E$ = Estimated market value of equity

$V$ = Value of total invested capital (debt plus equity)

$t$ = Assumed tax rate

30



**Cost of Equity**

The cost of equity applied in the WACC calculation is calculated through the Capital Asset Pricing Model ("CAPM")[19] which estimates the return required by investors given a company or assets risk profile. In this case we are considering a business that consists of a single coal fired power plant. There are no publicly-traded companies that consist only of a single coal fired power plant, therefore, we used the data from publicly-traded plant owner-operators with appropriate adjustments to estimate the cost of equity for a potential investor in Bay Shore.

The model is presented arithmetically by the following equation:

$$K_E = R_f + (\beta \times Rp_m) + R_c + R_s$$

*where:*

$K_E$ = *Cost of equity financing*

$R_f$ = *A risk-free rate of return is generally measured by the rate of return on U.S. Treasury securities. The 20-year U.S. Treasury security for the Valuation Date was 2.47 percent.[20]*

$\beta$ = *Beta is a measure of systematic risk, which represents the covariance of the rate of return on the subject asset or company with the rate of return on the market. A beta coefficient of 1.00 implies that a company's return varies directly with the overall market. Guideline companies used in determination of the beta were based industry participants, with a particular focus on merchant generating or small electric utilities with a risk profile similar to a likely third-party purchaser of Bay Shore. Based on the profile of our guideline companies in the following table we determined the levered equity beta[21] coefficient for a likely acquirer of Bay Shore to be 0.35.*

*The levered beta coefficient was based on similar publicly traded comparable companies and was utilized in our CAPM calculation.*

$Rp_m$ = *Market equity risk premium, is the excess of the market rate of return, over the risk-free rate that investors have historically demanded for an investment in equities. Quantification of the market premium has been the subject of much research by security analysts. We reference the Duff & Phelps 2017 Valuation Handbook, to determine that as of the Valuation Date the total rate of return on large capitalization common stocks exceeded the risk-free rate by an average of 6.9 percent for a long-term horizon.[22]*

$Rc$ = *The small company stock premium is the average premium in excess of the cost of equity derived from the CAPM that the investor requires to invest in a business with low market capitalization. Based on our analysis, Bay Shore was categorized in the 10th decile small stock premium; therefore, we applied the 6.0 percent small stock premium.[23]*

---

[19] W.F. Sharpe, "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk," *Journal of Finance*, 19:425-442 (September 1964); J. Linter, "The Valuation of Risk Assets and the Selection of Risky Investments in Stock Portfolios and Capital Budgets," *Review of Economics and Statistics*, 47:13-37 (February 1965).

[20] Source: Federal Reserve Statistical Release.

[21] Source: Bloomberg two-year weekly beta, utilizing the S&P 500 as a proxy for the market.

[22] Source: Business Valuation Review, Volume 25, no. 2.

[23] Source: Source: Duff & Phelps Valuation Handbook 2017 10th decile small stock premium.

31



*Rs = The company specific risk premium represents the additional risk specific to an investment in a company. We applied a company specific risk premium of 2.0 percent based on a consideration of specific risk factors related to the Facility as of the Valuation Date. This risk premium reflects 2.0 percent premium for the risk associated with uncertainty related to compliance with environmental constraints and regulatory oversight. It is assumed that the O&M contract and Steam Supply contract would be terminated following a sale of the Power Plant to a third party, so there is no risk premium assumed for renewal risk .*

Based on the variables presented above, the rate of return on equity capital for Bay Shore is calculated as follows:

Ke  = 2.47% + (0.35 * 6.9%) + 6.0% + 2.0% = 12.9%

### Cost of Debt

The pretax cost of debt for Bay Shore was determined based on the Baa corporate bond rate equal to 4.31 percent. As interest expense is deductible for income tax purposes, the pretax cost of debt was adjusted to an after-tax cost of debt.

The rate of return on debt capital is calculated as follows:

$$K_d = 4.31\% * (1 - 33.8\%) = 2.85\%$$

### Capital Structure

The estimated proportion of debt and equity financing is an important component of the WACC calculation. In our analysis, a capital structure was applied based on the capital structures of the comparable companies discussed later in this report. The capital structure was used to weight the cost of debt and equity financing for Bay Shore. We applied weightings of 49.0 percent debt and 51.0 percent equity to the capital structure of Bay Shore.

**The calculations are based on the Weighted Average Cost of Capital to determine the overall discount rate of approximately 8.01 percent.**

32

**FIRST ENERGY CORP**

VALUATION OF BAY SHORE COGENERATION FACILITY

As Of August 31, 2017

WACC CALCULATION - POWER PLANT & PET COKE CONTRACT

*($000s)*

| Ticker | Company Name | 7/31/2017 Stock Price | Shares Outstanding | Market Value of Equity | Total Debt (1) | Market Value of Capital | Debt to Capital | Equity to Capital | Effective Tax Rate (2) | Levered Equity Beta (3) | Unlevered Equity Beta (4) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AEP | American Electric Power Company, Inc | 70.54 | 491.84 | $34,694 | $21,404 | $56,098 | 38.2% | 61.8% | 34.2% | 0.31 | 0.22 |
| DUK | Duke Energy Corporation | 85.12 | 699.95 | $59,580 | $53,003 | $112,583 | 47.1% | 52.9% | 31.0% | 0.22 | 0.14 |
| ED | Consolidated Edison, Inc. | 82.86 | 305.674 | $25,328 | $16,376 | $41,704 | 39.3% | 60.7% | 35.9% | 0.11 | 0.08 |
| EXC | Exelon Corporation | 38.34 | 960.088 | $36,810 | $36,332 | $73,142 | 49.7% | 50.3% | 38.7% | 0.27 | 0.17 |
| PEG | Public Service Enterprise Group Incorp | 44.97 | 505.89 | $22,750 | $12,521 | $35,271 | 35.5% | 64.5% | 31.7% | 0.37 | 0.27 |
| FE | FirstEnergy Corp. | 31.91 | 444.304 | $14,178 | $22,822 | $37,000 | 61.7% | 38.3% | 35.3% | 0.44 | 0.21 |
| CPN | Calpine Corporation | 14.38 | 360.67 | $5,186 | $11,979 | $17,165 | 69.8% | 30.2% | 30.2% | 1.18 | 0.45 |
| | | | | | | Average | 48.7% | 51.3% | 33.8% | 0.41 | 0.22 |
| | | | | | | Median | 47.1% | 52.9% | 33.5% | 0.31 | 0.21 |
| | | | | | | **Selected (5)** | **48.7%** | **51.3%** | **33.8%** | | **0.22** |

**Relever Beta**

| | |
|---|---|
| Unlevered Equity Beta | 0.22 |
| Target Equity-to-Capital Weight | 48.7% |
| Target Debt-to-Equity | 95.1% |
| Selected Tax Rate | 33.8% |
| ==> *Calculated Levered Equity Beta (6)* | **0.35** |

**Cost of Equity (Ke)**

| | |
|---|---|
| Risk Free Rate (Rf) (7) | 2.47% |
| Equity Risk Premium (Rm - Rf) (8) | 6.9% |
| Levered Equity Beta | 0.35 |
| Small Stock Risk Premium (SSRP) (9) | 6.0% |
| Specific Risk Premium (CSRP) (10) | 4.0% |
| ==> *Calculated Cost of Equity (11)* | **14.9%** |

**Cost of Debt (Kd)**

| | |
|---|---|
| Pretax Cost of Debt (12) | 4.31% |
| Combined Effective Tax Rate | 33.8% |
| ==> *Calculated After-Tax Cost of Debt (13)* | **2.85%** |

**Capital Structure and WACC**

| | |
|---|---|
| Equity-to-Capital Weight | 7.65% |
| Debt-to-Capital Weight | 1.39% |
| ==> *Conclusion (14)* | **9.04%** |

Notes:

(1) Source: Capital IQ. Book value of debt used as an approximation of market value.

(2) Source: Capital IQ. 2015 Data applied based on average reported tax for comparison companies.

(3) Represents a two year weekly historical beta. Based on the average beta for the most similar comparable companies as identified above. Source: Capital IQ

(4) Unlevered Equity Beta = Levered Equity Beta / [ 1 + (1 - Tax Rate) x (Debt-to-Capital / Equity-to-Capital)]

(5) Average of comparison company data.

(6) Levered Equity Beta = Unlevered Equity Beta x [1+ (1 - Tax Rate ) x (Debt-to-Capital / Equity-to-Capital)]

(7) Source: Federal Reserve Statistical Release. The risk-free rate was based on 20-year treasury constant maturity as of the Valuation Date.

(8) Source: Duff & Phelps Valuation Handbook, 2017

(9) Source: Duff & Phelps Valuation Handbook 2017. Utilized the 10th decile small stock premium considering the size of the Enterprise.

(10) Based on a consideration of specific risk factors related to the Facility as of the Valuation Date. Includes +200 bp for fuel/regulatory and +200 bp to account for risk that fuel supply contract will not renew.

(11) Cost of Equity (CAPM) = Rf + B x (Rm - Rf) + SSRP + CSRP

(12) Source: Federal Reserve Statistical Release. The pretax cost of debt was based on Moody's Baa Corporate rated bond as of the Valuation Date.

(13) After-Tax Cost of Debt = Baa Corporate Bond Yield x (1 - Tax Rate)

(14) WACC = Ke * (Equity Weight) + (Kd * Debt Weight)

**FIRST ENERGY CORP**

**VALUATION OF BAY SHORE COGENERATION FACILITY**

**As Of** August 31, 2017

WACC CALCULATION - CONTRACT INTANGIBLE VALUE

*($000s)*

| Ticker | Company Name | 7/31/2017 Stock Price | Shares Outstanding | Market Value of Equity | Total Debt (1) | Market Value of Capital | Debt to Capital | Equity to Capital | Effective Tax Rate (2) | Levered Equity Beta (3) | Unlevered Equity Beta (4) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AEP | American Electric Power Company, Inc | 70.54 | 491.84 | $34,694 | $21,404 | $56,098 | 38.2% | 61.8% | 34.2% | 0.31 | 0.22 |
| DUK | Duke Energy Corporation | 85.12 | 699.95 | $59,580 | $53,003 | $112,583 | 47.1% | 52.9% | 31.0% | 0.22 | 0.14 |
| ED | Consolidated Edison, Inc. | 82.86 | 305.674 | $25,328 | $16,376 | $41,704 | 39.3% | 60.7% | 35.9% | 0.11 | 0.08 |
| EXC | Exelon Corporation | 38.34 | 960.088 | $36,810 | $36,332 | $73,142 | 49.7% | 50.3% | 38.7% | 0.27 | 0.17 |
| PEG | Public Service Enterprise Group Incorp | 44.97 | 505.89 | $22,750 | $12,521 | $35,271 | 35.5% | 64.5% | 31.7% | 0.37 | 0.27 |
| FE | FirstEnergy Corp. | 31.91 | 444.304 | $14,178 | $22,822 | $37,000 | 61.7% | 38.3% | 35.3% | 0.44 | 0.21 |
| CPN | Calpine Corporation | 14.38 | 360.67 | $5,186 | $11,979 | $17,165 | 69.8% | 30.2% | 30.2% | 1.18 | 0.45 |
| | | | | | | Average | 48.7% | 51.3% | 33.8% | 0.41 | 0.22 |
| | | | | | | Median | 47.1% | 52.9% | 33.5% | 0.31 | 0.21 |
| | | | | | | **Selected (5)** | **48.7%** | **51.3%** | **33.8%** | | **0.22** |

**Relever Beta**

| | |
|---|---|
| Unlevered Equity Beta | 0.22 |
| Target Equity-to-Capital Weight | 48.7% |
| Target Debt-to-Equity | 95.1% |
| Selected Tax Rate | 33.8% |
| ==> *Calculated Levered Equity Beta (6)* | **0.35** |

**Cost of Equity (Ke)**

| | |
|---|---|
| Risk Free Rate (Rf) (7) | 2.47% |
| Equity Risk Premium (Rm - Rf) (8) | 6.9% |
| Levered Equity Beta | 0.35 |
| Small Stock Risk Premium (SSRP) (9) | 6.0% |
| Specific Risk Premium (CSRP) (10) | 2.0% |
| ==> *Calculated Cost of Equity (11)* | **12.9%** |

**Cost of Debt (Kd)**

| | |
|---|---|
| Pretax Cost of Debt (12) | 4.31% |
| Combined Effective Tax Rate | 33.8% |
| ==> *Calculated After-Tax Cost of Debt (13)* | **2.85%** |

**Capital Structure and WACC**

| | |
|---|---|
| Equity-to-Capital Weight | 6.62% |
| Debt-to-Capital Weight | 1.39% |
| ==> *Conclusion (14)* | **8.01%** |

Notes:

(1)  Source: Capital IQ.  Book value of debt used as an approximation of market value.

(2)  Source: Capital IQ. 2015 Data applied based on average reported tax for comparison companies.

(3)  Represents a two year weekly historical beta.  Based on the average beta for the most similar comparable companies as identified above.  Source: Capital IQ

(4)  Unlevered Equity Beta = Levered Equity Beta / [ 1 + (1 - Tax Rate) x (Debt-to-Capital / Equity-to-Capital)]

(5)  Average of comparison company data.

(6)  Levered Equity Beta = Unlevered Equity Beta x [1+ (1 - Tax Rate ) x (Debt-to-Capital / Equity-to-Capital)]

(7)  Source:  Federal Reserve Statistical Release.  The risk-free rate was based on 20-year treasury constant maturity as of the Valuation Date.

(8)  Source: Duff & Phelps Valuation Handbook, 2017

(9)  Source: Duff & Phelps Valuation Handbook 2017.  Utilized the 10th decile small stock premium considering the size of the Enterprise.

(10)  Based on a consideration of specific risk factors related to the Facility as of the Valuation Date.  Includes  200 bp for fuel/regulatory.

(11)  Cost of Equity (CAPM) = Rf + B x (Rm - Rf) + SSRP + CSRP

(12)  Source:  Federal Reserve Statistical Release.  The pretax cost of debt was based on Moody's Baa Corporate rated bond as of the Valuation Date.

(13)  After-Tax Cost of Debt = Baa Corporate Bond Yield x (1 - Tax Rate)

(14)  WACC = Ke * (Equity Weight) + (Kd * Debt Weight)



## APPENDIX E : UNITED STATES ELECTRIC MARKETS [24]

**History of Markets and Deregulation**

Following dramatic increases in oil prices in the early 1970's the Federal Department of Energy was established in 1977, creating the independent Federal Energy Regulatory Commission ("FERC") to regulate interstate electric and gas issues. Subsequently, Congress passed a plethora of energy legislation including the Public Utility Regulatory Policies Act of 1978 ("PURPA"). In part, PURPA forced utilities to purchase power from PURPA Qualifying Facilities and pay the utilities' avoided costs (marginal cost of generation), and also gave FERC additional powers to regulate the interstate wheeling of electric power.

PURPA encouraged the formation of an independent power industry with the promise of reduced generation capacity costs, improved efficiency, smaller unit size closer to the customers, which would reduce the need for building new transmission lines and, lower consumer costs.

Although PURPA was limited to Qualifying Facilities, the legislation developed much interest by independent producers and regulated utility affiliates in building larger units for sale into the PURPA-inspired markets, markets that were, for the most part, barred by the Public Utilities Holding Company Act ("PUHCA").

The next major development occurred in 1992 when Congress assisted FERC's efforts by passing the Energy Policy Act of 1992. Under this act, a new class of generators was created called Exempt Wholesale Generators ("EWGs"). EWGs were permitted to:

- Generate and sell power at wholesale without being subject to PUHCA; i.e., without price regulation;

- Invest in generation facilities outside the United States as long as none of that generation was sold to customers within the United States; and

- Enter into affiliation with regulated utilities as long as local state regulatory commissions approved.

Even more significantly, the Energy Policy Act of 1992 allowed regulated utilities to spin off their generation facilities to become EWGs if approved by FERC and the local state regulators that have jurisdiction of the regulated utility's rates. In October 1993, Securities and Exchange Commission ("SEC") rules were published to allow holding companies to invest in EWGs, under specified conditions, without SEC approval.

On April 24, 1996, in response to a multitude of cases involving the independent power producers, municipal, and other utilities claiming discrimination in the provision of transmission service, FERC promulgated Orders 888 and 889, which set a common framework for the provision of non-discriminatory transmission services to all generators participating in the market. All investor-owned utilities were required to file non-discriminatory tariffs for the provision of transmission services. Order 888 also

---

[24] Navigant Consulting Inc.'s "Revised Draft Study of the Effects of Energy Deregulation on the Appropriate Methods of Valuation of Generating Stations and other Divested Property" which was prepared for the State of New York's Office of Real Property Services; January 2000; pages 1-1 through 1-5.

33



required a separation of the functions of generation and transmission (or 'functional unbundling') within regulated utility companies. The plan was that each function—generation, transmission, and distribution—would be priced separately and that the owners of transmission facilities could not offer preferential treatment for their own generation.

FERC left much of the details as to how its policies on deregulation were to be implemented to the local participants—generators, transmission owners, distribution owners, marketers, and municipal utilities. As can be expected, each party attempted to see that rules were promulgated to protect its self-interests. As a result, in New England strict rules were enacted to protect the integrity and efficiency of the transmission system--rules that also added restrictions to the connection of new generation facilities to the transmission grid.

Owners and buyers of the older regulated facilities banked on the older units having value in a competitive market, in part, because of their access to the transmission system and through that to the market. The owners hoped that displacement of these older units by newer units was unlikely because, it was argued, the transmission system could not handle the additional capacity requirements for most proposed generation facilities. To handle the orderly addition of new generating facilities, a queuing system was set up and various transmission congestion studies were required of each project to reflect the needs of current generators plus those generators with preference in the queue. For most developers of new generation, the requirements were unmanageable and placed their proposed projects in serious jeopardy.

On October 29, 1998, FERC issued two orders of significance in this regard. These Orders were ER98-3853-000 and EL98-69-000, commonly referred to as the Bucksport decision. In these Orders, FERC made it clear that the queue was not to be an impediment to connection to the transmission system and that FERC had little intention of providing the older generation with any grandfathered advantage. Most participants in the market believed now, for the first time, that FERC intended to fully open the electric market as quickly as possible. Many of the purchasers of investor-owned facilities had to accept significant loss in value of those older facilities as a result of Bucksport decision.

Some electricity markets are unbundled with prices for electric power to the ultimate customer split into 'wholesale' and 'retail' components. Wholesale power is the sale of the basic electricity products between generating companies, or other market participants who will resell the power. Retail power is power sold to the ultimate customer, which starts with the cost to purchase the power on the wholesale market and adds on the cost of the transmission and distribution system, as well as stranded costs and other regulatory assets which remain regulated and subject to a regulated rate of return. The additional costs added for retail sales can be two to three times or more than the cost of wholesale power selling in the market.

**Power Industry and Oversight**

***North American Electric Reliability Corporation*** - On July 20, 2006, the North American Electric Reliability Corporation ("NERC") was certified as the Electric Reliability Organization ("ERO") in the United States, pursuant to Section 215 of the Federal Power Act of 2005. Included in this certification was a provision for the ERO to delegate authority for the purpose of proposing and enforcing reliability standards by entering into delegation agreements with regional entities. NERC works with eight regional entities to improve the reliability of the bulk power system. The eight NERC regions are reflected in the following Map.

34

18-50757-amk   Doc 819-1   FILED 06/26/18   ENTERED 06/26/18 19:24:11   Page 52 of 56





Reliability First Corporation ("RFC") is one of the eight approved Regional Entities in North America, under NERC, and the entity responsible for overseeing reliability standards in Bay Shore's operating region.

***Reliability First Corporation-*** Headquartered in Fairlawn, Ohio, RFC's primary responsibilities include developing reliability standards and monitoring compliance to those reliability standards for all owners, operators and users of the bulk electric system and providing seasonal and long-term assessments of bulk electric system reliability within the Region. The Boundaries of RFC are defined by the service territories of Load Serving Entities and include all of New Jersey, Delaware, Pennsylvania, Maryland, District of Columbia, West Virginia, Ohio, Indiana, Lower Michigan and portions of Upper Michigan, Wisconsin, Illinois, Kentucky, Tennessee and Virginia.

***PJM -*** is a fully functioning regional transmission organization, as well as the world's largest wholesale electricity market. PJM's members and customers include electric generators, transmission owners, electric distributors, power marketers, and large consumers. PJM's role as a federally regulated RTO means that it acts independently and impartially in managing the regional transmission system and the wholesale electricity market. The company is headquartered in Valley Forge, Pennsylvania.

PJM's market system is comprised of four markets: day-ahead energy, real-time energy, ancillary services, and a capacity market, which is known as the Reliability Pricing Model ("RPM").

**Energy Market**

PJM has a long-established system of Locational Marginal Pricing ("LMP") for electrical energy. It is based on bids that are submitted to buy and sell electricity at particular locations and times on the system. If the lowest-priced electricity can reach all locations, prices are the same across the entire grid. If there is transmission congestion and only more-expensive electricity can meet that demand, then the LMP is higher in that location. Electricity is traded over both Day-Ahead and Real-Time Markets. The Day-Ahead Market is a forward market in which hourly LMPs are calculated for the next operating day based on generation offers, demand bids and scheduled bilateral transactions. The Real-Time Market is a spot market in which current LMPs are calculated at five-minute intervals based on actual grid operating conditions.

35



**Capacity Market**

PJM also operates a capacity market to complement its existing energy LMP system. The capacity market is designed to ensure the adequate availability of necessary resources that can be called upon to ensure the reliability of the grid. The capacity market design provides a forward mechanism to evaluate the ongoing reliability requirements in a transparent way to provide opportunity for generation, demand response and transmission solutions. In the PJM Region, the basis for the capacity market design is the RPM.

The RPM includes an auction that is held during the month of May three years prior to the start of the delivery year. In addition, the RPM includes three incremental auctions that are held prior to the delivery year and a bilateral market that is facilitated through an internet-based application. These auctions provide transparent information to all market participants far enough in advance so that sufficient actions could be made to preserve system reliability in the long run.

**Ancillary Services**

Ancillary services capacity is procured through the Regulation and Synchronized Reserve markets, the Day-Ahead Scheduling Reserve ("DASR") market, and at cost-based rates for reactive power and black start service. Offer prices are submitted on a daily basis and are applicable for the entire operating day.

**Financial Transmission Rights ("FTR")**

FTRs provide market participants with an offset against congestion costs in the day-ahead energy market. PJM conducts an annual FTR auction as well as monthly FTR auctions.

36

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 54 of 56



**APPENDIX F: STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS**

This valuation report has been prepared pursuant to the following Statement of Assumptions and Limiting Conditions.

1. **Report Distribution** – This report has been prepared solely for the purpose stated in our engagement letter and should not be used for any other purpose. Except as specifically stated in the report, neither our report nor its contents is to be referred to or quoted, in whole or in part, in any registration statement, prospectus, loan agreement, or other agreement or document without our prior written approval. In addition, except as set forth in the report, our analysis and report presentation are not intended for general circulation or publication, nor are they to be reproduced nor distributed to other third parties without our prior written consent.

2. **Scope of Analysis** – The appraisal of any financial instrument, asset or business is a matter of informed judgment. The accompanying appraisal has been prepared on the basis of information and assumptions set forth in the attached report, associated appendices, our underlying work papers, and these limiting conditions and assumptions.

3. **Nature of Opinion** – Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the fair market value of the underlying assets and liabilities between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed valuation date. For various reasons, the price at which the assets and liabilities might be sold in a specific transaction between specific parties on a specific date might be significantly different from the fair market value as expressed in our report.

4. **Going Concern Assumption, No Undisclosed Contingencies** – Our analysis: (i) assumes that as of the valuation date the Partnership and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Partnership and its assets as of the valuation date; and (iii) assumes that the Partnership had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

5. **Lack of Verification of Information Provided** – With the exception of audited financial statements, we have relied on information supplied by the Partnership without audit or verification. We have assumed that all information furnished is complete, accurate and reflects Management's good faith efforts to describe the status and prospects of the Partnership at the valuation date from an operating and a financial point of view. As part of this engagement we have relied upon publicly available data from recognized sources of financial information, which have not been verified in all cases.

6. **Reliance on Forecasted Data** – Any use of Management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between

37

18-50757-amk    Doc 819-1    FILED 06/26/18    ENTERED 06/26/18 19:24:11    Page 55 of 56



prospective and actual results because events and circumstances frequently do not occur as expected and these differences may be material.

7. **Subsequent Events** – The terms of our engagement are such that we have no obligation to update this report or to revise the valuation because of events and transactions occurring subsequent to the Valuation Date.

8. **Legal Matters** – We assume no responsibility for legal matters including interpretations of either the law or contracts. We have made no investigation of legal title and have assumed that owner(s) claim(s) to property are valid. We have given no consideration to liens or encumbrances except as specifically stated. We assumed that all required licenses, permits, etc. are in full force and effect. We assume no responsibility for the acceptability of the valuation approaches used in our report as legal evidence in any particular court or jurisdiction. The suitability of our report and opinion for any legal forum is a matter for the client and the client's legal advisor to determine.

9. **Testimony** – Neither Navigant Consulting, Inc. nor any individual signing or associated with this report shall be required to give testimony or appear in court or other legal proceedings unless specific arrangements have been made in advance.

10. **USPAP** – Unless otherwise stated in our opinion, our engagement is not required to be conducted pursuant to the Uniform Standards of Professional Appraisal Practice.

11. **Verification of Legal Description or Title** – As part of this engagement, we will not assume any responsibility for matters of a legal nature. No investigation of legal description or title to the property will be made and we will assume that your claim to the property is valid. No consideration will be given to liens or encumbrances which may be against the property, except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state, local zoning, environmental and similar laws and regulations is assumed, unless otherwise stated and responsible ownership and competent property management are assumed.

12. **Verification of Hazardous Conditions** - We did not investigate the extent of any hazardous substances that may exist, as we are not qualified to test for such substances or conditions.  If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value estimated is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value.  No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

13. **Condition of Property** — We assume no liability whatsoever with respect to the condition of the subject property or for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future.  Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

38