**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-50757<br>(Jointly Administered)<br><br>Hon. Judge Alan M. Koschik |

## NOTICE OF CANCELLATION OF AUCTION FOR THE DEBTORS' RETAIL POWER SALES ASSETS

On August 3, 2018, the United States Bankruptcy Court for the Northern District of Ohio entered an order (the "**Bid Procedures Order**") [Docket No. 1098] which set the Bid Deadline[2] as August 23, 2018, at 5:00 p.m. (ET) and, in the event of the receipt of any Qualified Bids, scheduled the Auction for September 6, 2018.

**PLEASE TAKE NOTICE** that the Debtors did not receive any Qualified Bids (other than the Qualified Bid submitted by the Stalking Horse Purchaser) prior to the Bid Deadline. ACCORDINGLY, THE DEBTORS HAVE CANCELLED THE AUCTION AND, THUS, WILL NOT CONDUCT AN AUCTION FOR THE RETAIL POWER SALES ASSETS.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on September 21, 2018 at 10:00 a.m. (ET). At the Sale Hearing, the Debtors will seek approval of a sale of the Retail Power Sales Assets to the Stalking Horse Purchaser, as outlined in the Debtors' July 9, 2018 motion to approve the sale [Docket No. 908].

**PLEASE TAKE FURTHER NOTICE** that this Notice and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Bid Procedures Order or underlying motion, as applicable.

Dated: August 24, 2018                    Respectfully submitted,

/s/ Kate M Bradley
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*