# United States Bankruptcy Court

# Northern District of Texas

In re:   FirstEnergy Solutions Corp.         **Case No.: 18-50757**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Bradford Capital Holdings, LP** | **Advanced Rubber & Plastics Co.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Bradford Captial Holdings, LP** | |
| **P.O. Box 4353** | |
| **Clifton, NJ 07012** | |
| **Attn: Brian Brager** | |
| Phone: **(862) 249-1349** | |
| Emai: **bbrager@bradfordcapitalmgmt.com** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Advanced Rubber & Plastics Co.** |
| | **A Division of Motion Industries, Inc.** |
| | **DP Brown of Detroit** |
| | **1646 Champagne Dr. N.** |
| | **Saginaw, MI 48604** |

Scheduled Claim Number: 757262
Scheduled Claim Amount: $31,118.14
Proof of Claim Number: 417
Proof of Claim Amount: $31,138.23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Brager         Date: 10/30/18
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                         _____
                                        **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court
Northern District of Ohio
Attention: Clerk

AND TO:      FirstEnergy Solutions Corp. ("Debtor")
Case No. 18-50757

Proof of Claim # 417
Schedule #: 757262

Advanced Rubber & Plastics Co., A Division of Motion Industries, Inc. f/k/a DP Brown of Detroit, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this __26__ day of __October__ 2018.

Advanced Rubber & Plastics Co., A Division of
Motion Industries, Inc. f/k/a DP Brown of Detroit

By: _Sally G Brugler_
Name: Sally G Brugler
Title: Credit Manager

Bradford Capital Holdings, LP
By: Bradford Capital GP, LLC, its General Partner

By: _[signature]_
Name: Brian Brager
Title: Managing Member