**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 07, 2018

Mr. David Alan Beck
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Mr. Joshua K Brody
Kramer, Levin, Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Mr. Aaron Renenger
Milbank Tweed
1850 K. Street, N.W.
Suite 1100
Washington, DC 20006

Mr. Pratik A. Shah
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Gary Svirsky
O'Melveny & Myers
7 Times Square
New York, NY 10036

Re: Case No. 18-4107, *Office OH Consumers' Counsel v. FirstEnergy Solutions Corp, et al*
Originating Case No. : 5:18-bk-50757

Dear Counsel,

   This Court entered an order in case no. 18-314 granting the *Petition for Permission to Appeal* under 28 U.S.C. § 1292(b). We have today docketed the petition as a notice of appeal pursuant to FRAP 5(d)(2).

   Please note the appeal case number is **18-4107** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **November 21, 2018**.  *Additionally, the filing fee – if not already paid – and the transcript order, must be completed by this date.*

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:   Appearance of Counsel
                                Civil Appeal Statement of Parties & Issues
                                Disclosure of Corporate Affiliations (if applicable)
                                Application for Admission to 6th Circuit Bar (if applicable)

                Appellee:   Appearance of Counsel
                                Disclosure of Corporate Affiliations (if applicable)
                                Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Leon T. Korotko
                                              Case Manager
                                              Direct Dial No. 513-564-7014

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-4107

In re: FIRSTENERGY SOLUTIONS CORP

    Debtor

-------------------------------

OFFICE OF THE OHIO CONSUMERS' COUNSEL

    Appellant

v.

FIRSTENERGY SOLUTIONS CORP; FIRSTENERGY GENERATION, LLC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AD HOC NOTEHOLDERS GROUP; PASS-THROUGH CERTIFICATEHOLDERS

    Appellees