UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 ) (Jointly Administered) )  |
| Debtors. | ) Hon. Judge Alan M. Koschik ) |

## NOTICE OF CANCELLATION OF AUCTION FOR THE WEST LORAIN ASSETS

On December 19, 2018, the United States Bankruptcy Court for the Northern District of Ohio entered an order (the "**Bid Procedures Order**")[2] [Docket No. 1861] authorizing FirstEnergy Generation, LLC ("FG") to market, solicit bids, and conduct an auction for the sale and transfer of FG's assets related to the West Lorain Power Plant (the "West Lorain Assets"). The Bid Procedures Order set the Bid Deadline as January 9, 2019, at 5:00 p.m. (ET) and, in the event of the receipt of any Qualified Bids, scheduled the Auction for January 15, 2019.

**PLEASE TAKE NOTICE** that FG did not receive any Qualified Bids (other than the Qualified Bid submitted by the Stalking Horse Purchaser) prior to the Bid Deadline. Accordingly, FG has cancelled the Auction and, thus, will not conduct an auction of the West Lorain Assets.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on January 25, 2019, at 10:00 a.m. (ET). At the Sale Hearing, FG will seek approval of a sale of the West Lorain Assets to the Stalking Horse Purchaser, as outlined in FG's November 20, 2018 motion to approve the sale [Docket No. 1730].

**PLEASE TAKE FURTHER NOTICE** that this Notice and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Bid Procedures Order or underlying motion, as applicable.

Dated: January 10, 2019     Respectfully submitted,

/s/ Kate M. Bradley
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

 - and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors*
*and Debtors in Possession*