UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 ) (Jointly Administered) |
| Debtors. | ) ) Hon. Judge Alan M. Koschik ) |

**PROPOSED DOCKET FOR HEARING ON MATTERS SCHEDULED
FOR JANUARY 15, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**I.   Matters Set for and to Be Considered at January 15th Hearing**

1. Exelon Generation Company, LLC v. FirstEnergy Solutions Corp. [Adversary Case No. 18-05081]

   Matter:  Pre-trial Conference

2. Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Reclassified, Reduced Amount, Reclassified and Reduced Amount, Satisfied, Reduced Amount and Misfiled and Reclassified and Misfiled Claims) [Docket No. 1841]

   Related Documents:

   Declaration of Jeffrey Sielinski in Support of the Debtors' Seventh Omnibus Objection to Certain Proofs of Claim [Docket No. 1842]

   Filed Responses:

   Response to Debtors' Seventh Omnibus Objection to Certain Proofs of Claim Filed by Human Resources Consulting [Docket No. 1927]

   Status: This matter is going forward.

3. Debtors Eighth Omnibus Objection to Certain Proofs of Claim (Misfiled, Duplicative and Amended Claims) [Docket No. 1844]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), and Norton Energy Storage L.L.C. (6928), case no. 18-50764.  The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

Related Documents:

Declaration of Jeffrey Sielinski in Support of the Debtors' Eighth Omnibus Objection to Certain Proofs of Claim [Docket No. 1845]

Filed Responses: None.

Status: This matter is going forward.

4. Application of Debtors for Appointment of Middle River Power, LLC as Technical Advisor to the Debtors Effective as of November 1, 2018 [Docket No. 1876]

    Filed Responses: None.

    Status: This matter is going forward.

**II.    Matters Originally Set for January 15th Hearing and Proposed to Be Adjourned**

None.

Dated: January 14, 2019	Respectfully submitted,

*/s/ Kate M. Bradley*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

1047421