UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) (Jointly Administered) ) |
| Debtors. | )<br>) Hon. Judge Alan M. Koschik ) |

**PROPOSED DOCKET FOR HEARING**
**SCHEDULED FOR JANUARY 25, 2019**

I. **Matters Set for and to Be Considered on January 25 at 10:00 A.M.**

1. Motion of FirstEnergy Generation, LLC Pursuant to 11 U.S.C. §§ 105, 363, 365, and 503 and Fed. R. Bankr. P. 2002, 6004, and 6006 for Entry of (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices, (C) Notice of Auction and Sale Hearing, and (D) Related Relief and (II) Order (A) Approving the Sale of FirstEnergy Generation, LLC's West Lorain Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Certain Executory Contracts and Related Cure Amounts, and (C) Granting Related Relief [Docket No. 1730]

   Related Documents:

   Declaration of Tyler W. Cowan in Support of the Motion of FirstEnergy Generation, LLC Pursuant to 11 U.S.C. §§ 105, 363, 365, and 503 and Fed. R. Bankr. P. 2002, 6004, and 6006 for Entry of (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices, (C) Notice of Auction and Sale Hearing, and (D) Related Relief and (II) Order (A) Approving the Sale of FirstEnergy Generation, LLC's West Lorain Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Certain Executory Contracts and Related Cure Amounts, and (C) Granting Related Relief [Docket No. 1731]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

Declaration of Kevin T. Warvell in Support of the Motion of FirstEnergy Generation, LLC Pursuant to 11 U.S.C. §§ 105, 363, 365, and 503 and Fed. R. Bankr. P. 2002, 6004, and 6006 for Entry of (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices, (C) Notice of Auction and Sale Hearing, and (D) Related Relief and (II) Order (A) Approving the Sale of FirstEnergy Generation, LLC's West Lorain Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Certain Executory Contracts and Related Cure Amounts, and (C) Granting Related Relief [Docket No. 1732]

Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices, (C) Notice of Auction and Sale Hearing, and (D) Related Relief [Docket No. 1861]

Notice of Filing Proposed Order (A) Approving the Sale of FirstEnergy Generation, LLC's West Lorain Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Certain Executory Contracts and (C) Granting Related Relief [Docket No. 1980]

Filed Responses: None

Status: This matter is going forward.

## II. Matters Originally Set for January 25 and Proposed to Be Adjourned

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 363, 364, 365, and 503 and Fed. R. Bankr. P. 2002, 6004, and 6006 for Entry of (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices, (C) Notice of Auction and Sale Hearing, and (D) Related Relief and (II) Order (A) Approving the Sale of the Debtors' Retail Power Sales Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Certain Executory Contracts, and (C) Granting Related Relief [Docket No. 908]

   Related Documents:

   Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices, (C) Notice of Auction and Sale Hearing, and (D) Related Relief [Docket No. 1098]

   Status: This matter is adjourned.

Dated: January 24, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Bridget A. Franklin
　　　　　　　　　　　　　　　　　　　　**BROUSE MCDOWELL LPA**
　　　　　　　　　　　　　　　　　　　　Marc B. Merklin (0018195)
　　　　　　　　　　　　　　　　　　　　Kate M. Bradley (0074206)
　　　　　　　　　　　　　　　　　　　　Bridget A. Franklin (0083987)
　　　　　　　　　　　　　　　　　　　　388 South Main Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Akron, OH 44311-4407
　　　　　　　　　　　　　　　　　　　　Telephone: (330) 535-5711
　　　　　　　　　　　　　　　　　　　　Facsimile: (330) 253-8601
　　　　　　　　　　　　　　　　　　　　mmerklin@brouse.com
　　　　　　　　　　　　　　　　　　　　kbradley@brouse.com
　　　　　　　　　　　　　　　　　　　　bfranklin@brouse.com

　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**
　　　　　　　　　　　　　　　　　　　　Ira Dizengoff (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Lisa Beckerman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Brad Kahn (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 872-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 872-1002
　　　　　　　　　　　　　　　　　　　　idizengoff@akingump.com
　　　　　　　　　　　　　　　　　　　　lbeckerman@akingump.com
　　　　　　　　　　　　　　　　　　　　bkahn@akingump.com

　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　Scott Alberino (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Kate Doorley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　1333 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 887-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 887-4288
　　　　　　　　　　　　　　　　　　　　salberino@akingump.com
　　　　　　　　　　　　　　　　　　　　kdoorley@akingump.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Debtors and Debtors in Possession*

1048607.2