**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: December 31, 2018**

**IN RE:**

| **Debtors** | **CASE NO.:** |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

**Chapter 11 Judge:** Alan M. Koschik

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation) YES_X_ NO___

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation) YES_X_ NO___

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(If not, attach a written explanation) YES_X_ NO___

5. All United States Trustee Quarterly fees have been paid and are current.
YES_X_ NO___

6. Have you filed your prepetition tax returns.
(If not, attach a written explanation) YES___ NO_X_

**Explanation:** We have filed all pre-petition tax returns that were due. Certain pre-petition tax returns for the period of January 1, 2018 through March 31, 2018 will not be due until 2019.

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

**Dated:** 1/30/2019

**Responsible Officer of the Debtor in Possession**

VP, FES CFO, Treasurer & Corp Secretary
**Title**

*This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy cases and is in a format acceptable to the U.S. Trustee. The financial information contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP").*

*The unaudited consolidated financial statements have been derived from the books and records of the Debtors in these Chapter 11 cases. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S. GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and that these changes could be material.*

*The amounts currently classified as liabilities subject to compromise may be subject to future change as the Debtors complete their analysis of pre and post-petition liabilities.*

*The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and schedule of receipts and disbursements of the Debtors in the future. The Debtors caution readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.*

# OPERATING STATEMENT (P&L)

## Period Ending: December 31, 2018

| Case No: | 18-50757 | | 18-50762 | | 18-50760 | | 18-50759 | | 18-50763 | | 18-50764 | | | | 18-50761 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In $US Dollars | FirstEnergy Solutions Corp. | | FirstEnergy Generation, LLC | | FirstEnergy Nuclear Generation, LLC | | FE Aircraft Leasing Corp. | | FirstEnergy Generation Mansfield Unit 1 Corp. | | Norton Energy Storage L.L.C. | | Consolidated FirstEnergy Solutions Corp. [a] | | FirstEnergy Nuclear Operating Company | |
| | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing |
| **Revenue:** | | | | | | | | | | | | | | | | |
| Electric Sales | $ 219,081,624 | $ 1,876,278,628 | $ (5,751,723) | $ 531,705,685 | $ 130,861,594 | $ 884,446,120 | $ - | $ - | $ 5,679,779 | $ 62,050,310 | $ - | $ - | $ 219,081,624 | $ 1,876,278,628 | $ - | $ - |
| Other Revenues | 140 | 240,413 | (412,023) | 2,446,495 | - | - | - | 777,886 | - | - | - | - | (411,883) | 3,464,794 | 16,284 | 357,061 |
| **Total Revenue** | **$ 219,081,764** | **$ 1,876,519,041** | **$ (6,163,746)** | **$ 534,152,180** | **$ 130,861,594** | **$ 884,446,120** | **$ -** | **$ 777,886** | **$ 5,679,779** | **$ 62,050,310** | **$ -** | **$ -** | **$ 218,669,741** | **$ 1,879,743,422** | **$ 16,284** | **$ 357,061** |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Fuel | - | - | 24,094,481 | 162,524,825 | 12,977,929 | 50,188,630 | - | - | 766,050 | 7,603,788 | - | - | 37,838,460 | 220,317,243 | 194,135 | 917,754 |
| Purchased Power | 166,987,307 | 1,855,002,299 | 5,679,880 | 62,088,121 | - | - | - | - | - | - | - | - | 41,877,537 | 438,838,305 | - | - |
| Professional & Contractor Services | 13,565,858 | 126,940,430 | 12,328,766 | 85,046,152 | 53 | 27,515 | - | - | - | - | - | - | 25,894,678 | 212,014,096 | 13,104,619 | 117,442,580 |
| Labor and Employee Benefits | 1,382,685 | 13,089,057 | 3,362,104 | 57,149,172 | - | - | - | 327 | - | - | - | - | 4,744,789 | 70,238,556 | 31,208,560 | 313,653,512 |
| General Business and Travel | 842,184 | 1,463,662 | 197,994 | 764,507 | 127,206 | 129,944 | - | (6,192) | - | - | - | - | 967,384 | 2,351,921 | 714,705 | 5,781,691 |
| Dues, Fees, Licenses & Permits | 4,770,780 | 6,232,029 | 396,213 | 1,556,824 | 75,810 | 117,364 | - | - | - | - | - | - | 5,242,802 | 7,906,217 | 5,776,993 | 32,997,830 |
| Lease Rental Costs | 113,408 | 1,020,676 | 230,777 | 2,165,237 | 51,440 | 462,962 | - | - | - | - | - | - | 395,625 | 3,648,876 | 220,688 | 1,839,570 |
| Other Operating Expenses [b] | 4,984,435 | 144,630,752 | 422,473,321 | 475,135,188 | 48,605,801 | 611,214,638 | - | 6,192 | 110,319,812 | 129,428,695 | - | - | 500,344,149 | 1,306,881,362 | (56,172,811) | (490,251,095) |
| Provision for Depreciation and Amortization | 661,645 | 6,169,322 | 1,823,741 | 20,495,058 | 12,283,088 | 107,724,824 | - | 403,286 | 212,568 | 1,913,117 | - | - | 14,981,042 | 135,367,515 | - | - |
| General Taxes | 1,819,696 | 15,375,881 | 1,391,976 | 10,924,517 | 1,360,865 | 12,804,857 | - | - | 21,015 | 206,489 | - | - | 4,650,632 | 39,482,944 | 3,238,589 | 15,549,353 |
| **Total Operating Expenses** | **194,927,999** | **2,169,924,108** | **471,979,253** | **877,849,600** | **76,482,192** | **782,670,734** | **-** | **403,613** | **111,319,446** | **139,152,089** | **-** | **-** | **636,937,099** | **2,437,097,036** | **(1,712,522)** | **(2,018,805)** |
| **Operating Margin** | **24,153,766** | **(293,405,068)** | **(478,143,000)** | **(343,697,421)** | **55,379,402** | **101,775,386** | **-** | **374,274** | **(105,639,667)** | **(77,101,779)** | **-** | **-** | **(418,267,358)** | **(557,353,614)** | **1,728,806** | **2,375,866** |
| **Other Income / (Expense)** | | | | | | | | | | | | | | | | |
| Other Income (Expense) | (444,371,259) | (270,488,536) | (89,621,787) | (87,927,552) | (55,318,262) | (33,310,589) | 113,740 | (2,469,357) | - | 1,820 | - | - | (54,833,118) | 10,529,103 | 753,630 | 6,989,486 |
| Interest Expense | (205,282) | (2,202,816) | (2,069,756) | (12,882,765) | (4,544,218) | (24,057,481) | - | - | (4,419,624) | (40,979,939) | - | - | (2,019,248) | (19,285,586) | (231,522) | (2,111,306) |
| Capitalized Financing Costs | 894 | 12,945 | 96,690 | 605,448 | - | - | - | - | 30 | 1,709 | - | - | 97,614 | 620,102 | - | - |
| **Other Income and Expenses** | **(444,575,648)** | **(272,678,407)** | **(91,594,854)** | **(100,204,870)** | **(59,862,480)** | **(57,368,070)** | **113,740** | **(2,469,357)** | **(4,419,594)** | **(40,976,410)** | **-** | **-** | **(56,764,752)** | **(8,136,382)** | **522,109** | **4,878,180** |
| Income Taxes | (71,490,755) | (5,783,506) | 110,652,272 | 66,963,943 | 14,702,285 | 4,924,889 | (39,805) | 607,172 | 19,735,691 | 22,642,536 | - | - | 59,584,337 | 73,591,456 | (2,250,915) | (7,254,046) |
| **Net Income / (Loss)** | **$ (491,912,537)** | **$ (871,866,982)** | **$ (459,085,582)** | **$ (376,938,347)** | **$ 10,219,207** | **$ 49,332,205** | **$ 73,936** | **$ (1,487,912)** | **$ (80,323,569)** | **$ (95,435,653)** | **$ -** | **$ -** | **$ (416,437,773)** | **$ (491,898,540)** | **$ -** | **$ -** |

**Dated: 01/30/2019**

**Responsible Officer of the Debtor in Possession**

**Notes:**

(a) Consolidated FirstEnergy Solutions Corp. does not include FirstEnergy Nuclear Operating Company.

(b) For the month ended December 31, 2018, FirstEnergy Generations, LLC recorded an non-cash impairment charge of its fossil generation assets of approximately $500 million in "other operating expenses."

**FORM 2**

# BALANCE SHEET
## Period Ending: December 31, 2018

| Debtor: | Case Number: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| Debtor: | Case Number: |
|---|---|
| FirstEnergy Nuclear Operating Company | 18-50761 |

| In $US Dollars | Current Month [a] | Prior Month [a] | Current Month | Prior Month |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash & Cash Equivalents | $ 1,090,791,137 | $ 1,050,107,969 | $ 16,389,320 | $ 2,311,976 |
| Accounts Receivable - Trade / Other | 168,914,358 | 153,138,807 | - | - |
| Prepayments & Other | 158,086,778 | 160,170,333 | 10,841,536 | 14,391,985 |
| Materials and Supplies | 93,930,877 | 100,821,410 | - | - |
| Other Current Assets | 113,271,970 | 125,052,786 | 294,905,536 | 328,120,832 |
| **Total Current Assets** | **1,624,995,120** | **1,589,291,306** | **322,136,392** | **344,824,793** |
| **Property, Plant and Equipment** | | | | |
| Net Plant, excluding CWIP | 203,526,812 | 622,711,388 | - | - |
| CWIP | 7,378,580 | 69,491,998 | - | - |
| **Total Property, Plant and Equipment** | **210,905,393** | **692,203,386** | **-** | **-** |
| **Other Long-Term Assets** | | | | |
| Nuclear Plant Decommissioning Trusts | 1,780,511,814 | 1,821,414,531 | - | - |
| Accumulated Deferred Income Taxes | 2,039,706,427 | 1,978,414,221 | 52,504,754 | 25,453,198 |
| Other | 404,234,065 | 399,862,605 | 713,143,013 | 715,621,530 |
| **Total Long-Term Assets** | **4,224,452,306** | **4,199,691,357** | **765,647,767** | **741,074,728** |
| **Total Assets** | **$ 6,060,352,819** | **$ 6,481,186,048** | **$ 1,087,784,159** | **$ 1,085,899,521** |
| **Post-Petition Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable - Trade | $ 23,071,363 | $ 14,242,721 | $ 15,776,362 | $ 11,054,472 |
| Accounts Payable - Other | 90,103,494 | 83,313,421 | 43,160,522 | 35,549,369 |
| Other Current Liabilities | 627,741,885 | 536,621,573 | 122,860,333 | 106,824,547 |
| **Total Post-Petition Current Liabilities** | **740,916,742** | **634,177,716** | **181,797,217** | **153,428,387** |
| **Long-term Liabilities** | | | | |
| Long-term Debt | - | - | - | - |
| Other Long-Term Liabilities | 80,233,902 | 104,643,019 | 30,747,761 | 31,663,629 |
| **Total Post-Petition Long-Term Liabilities** | **80,233,902** | **104,643,019** | **30,747,761** | **31,663,629** |
| **Liabilities Subject to Compromise (LSTC) [b]** | | | | |
| LSTC - Trade [c] | 26,455,142 | 26,385,961 | 19,204,989 | 29,806,796 |
| LSTC - Other | 7,848,040,278 | 7,944,601,716 | 907,835,021 | 923,269,376 |
| **Total LSTC** | **7,874,495,420** | **7,970,987,677** | **927,040,011** | **953,076,172** |
| **Equity** | | | | |
| Equity | (2,635,293,245) | (2,228,622,363) | (51,800,830) | (52,268,668) |
| **Total Equity** | **(2,635,293,245)** | **(2,228,622,363)** | **(51,800,830)** | **(52,268,668)** |
| **Total Liabilities and Equity** | **$ 6,060,352,819** | **$ 6,481,186,048** | **$ 1,087,784,159** | **$ 1,085,899,521** |

Dated: 01/30/2019

Responsible Officer of the Debtor in Possession

**Notes**

(a) FirstEnergy Solutions Corp. and it's subsidiaries balance sheets are presented on a consolidated basis consistent with their historical SEC reporting methodology.

(b) Liabilities subject to compromise (LSTC) includes amounts for asset retirement obligations, employee related items such as pension or OPEB, deferred sale and leaseback liability for Bruce Mansfield Unit 1 and tax-related liabilities that are not included in the Debtors' statements and schedules.

(c) The LSTC - Trade balance reflects vouched, prepetition, third party trade payables. Prepetition third party trade accruals of approximately $76.2 million are reflected in LSTC – Other line item.

**FORM 3**

# SUMMARY OF OPERATIONS
# Period Ended: December 31, 2018

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| Schedule of Postpetition Taxes Payable<br>In $US Dollars | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | $ - | $7,452,865 | ($7,452,865) | $ - |
| State: | - | 1,461,206 | (1,461,206) | - |
| Local: | - | 496,165 | (496,165) | - |
| **FICA Withheld:** | - | 1,569,290 | (1,569,290) | - |
| **Employers FICA:** | - | 1,400,027 | (1,400,027) | - |
| **Unemployment Tax:** | | | | |
| Federal: | - | 496 | (496) | - |
| State: | - | 4,205 | (4,205) | - |
| **Sales, Use & Excise Taxes:** | 70,069 | 299,069 | (233,888) | 135,249 |
| **Property Taxes:** | 11,569,311 | 2,151,722 | - | 13,721,033 |
| **Workers' Compensation** | - | - | - | - |
| **Other:** | - | - | - | - |
| **TOTALS:** | **$11,639,380** | **$14,835,044** | **($12,618,142)** | **$13,856,282** |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 | Total |
|---|---|---|---|---|
| Post-Petition Accounts Payable [a] | 38,847,725 | - | - | **$38,847,725** |
| Accounts Receivable [b] | 78,732,641 | 1,490,386 | - | **$80,223,026** |

**Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:**

Beside the relief contained in the orders granting the First Day Motions, the filing of Schedules and Statement of Financial Affairs for each of the Debtors, the order extending the Debtors' exclusive periods to file a plan of reorganization and solicit acceptances thereto, the order granting the motion to approve the settlement among the Debtors, Non-Debtor affiliates and certain other settlement parties, and the restructuring support agreement between the Debtors and certain Consenting Creditors with attached plan term sheet filed with the Court, nothing else to report this period.

**Dated: 01/30/2019**

**Responsible Officer of the Debtor in Possession**

**Notes**

**(a)** Includes vouched post-petition third-party accounts payable. Balances over 30 days represent vendors with payment terms greater than 30 days.

**(b)** Does not match accounts receivable reflected in Form 3, as accounts receivable reflected in Form 3 includes accounts receivable that has been earned but not billed.

**FORM 4**

# MONTHLY CASH STATEMENT
## Period Ending: December 31, 2018

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| Cash Activity Analysis (Cash Basis Only): In $US Dollars | Acct. x5604 | Acct. x3176 | Acct. x8799 | Acct. x7460 | Acct. x0085 | Acct. x8929 | Acct. x0077 |
|---|---|---|---|---|---|---|---|
| A. Beginning Balance | $1,036,504,070 | $2,311,407 | $3,355,564 | $651,815 | $11,628,847 | $0 | $757 |
| B. Receipts | 203,195,729 | 8,757,016 | 5,084 | 1,062 | 18,945 | - | 1 |
| Transfers, net | (88,646,492) | 89,334,992 | (669,133) | (1,027) | (18,339) | - | (757) |
| C. Balance Available | 1,151,053,307 | 100,403,415 | 2,691,515 | 651,849 | 11,629,453 | - | 1 |
| D. Less Disbursements | (73,964,432) | (84,014,664) | - | - | - | - | - |
| E. ENDING BALANCE | 1,077,088,875 | 16,388,751 | 2,691,515 | 651,849 | 11,629,453 | $0 | $1 |
| | (a)(b) | (c) | (d) | (a) | (a) | | |

**Account x5604:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x5604

**Account x3176:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x3176

**Account x8799:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x8799

**Account x7460:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x7460

**Account x0085:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x0085

**Account x8929:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x8929

**Account x0077:**
1. **Depository Name & Location** JPMorgan Chase Bank, N.A.
2. **Account Number** x0077

**Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):**

Not Applicable

**Dated: 01/30/2019**

**Responsible Officer of the Debtor in Possession**

**Notes**

(a) Balance of these three accounts is reflective of the cash balance in the consolidated balance sheet in Form 3 for the following debtors: FirstEnergy Solutions Corp., FirstEnergy Generation, LLC, FirstEnergy Nuclear Generation, LLC, FE Aircraft Leasing Corp., FirstEnergy Generation Mansfield Unit 1 Corp., Norton Energy Storage L.L.C. The difference between the bank account balance and the balance on the balance sheet is driven by various book vs. bank reconciling items.

(b) Balance does not match the bank account statement balance as the bank account statement balance does not include the daily overnight investment sweep amounts ($821.0 million overnight sweep on December 31, 2018).

(c) Balance is reflective of the cash balance in Form 3 of the balance sheet for FirstEnergy Nuclear Operating Company. The difference between the bank account balance and the balance on the balance sheet is driven by various book vs. bank reconciling items.

(d) Escrow deposit account reflected as a pre-payment on Form 3 for the balance sheet including the following debtors: FirstEnergy Solutions Corp., FirstEnergy Generation, LLC, FirstEnergy Nuclear Generation, LLC, FE Aircraft Leasing Corp., FirstEnergy Generation Mansfield Unit 1 Corp., Norton Energy Storage L.L.C.

## MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS
## Period Ending: December 31, 2018

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

Name: Multiple

Capacity:

| | |
|---|---|
| | Shareholder |
| x | Officer |
| x | Director |
| x | Insider |

Detailed Description of Duties: Seven officers / insiders and three independent directors

| In $US Dollars | | Month of December 2018 |
|---|---|---|
| **Current Compensation Paid:** | **$** | **952,458** |
| **Current Benefits Paid:** | | |
| Health Insurance | | 9,347 |
| Life Insurance | | 352 |
| Retirement | | - |
| Company Vehicle | | - |
| Entertainment | | - |
| Expense Reimbursement | | 6,791 |
| Other Benefits | | 585.44 |
| **Total Benefits** | **$** | **17,075** |
| **Current Other Payments Paid:** | | |
| Rent Paid | | - |
| Loans | | - |
| Other (Company paid Umbrella Liability Insurance) | | 388 |
| **Total Other Payments** | **$** | **388** |
| **Total of all payments for the current month:** | **$** | **969,921** |

**Dated:** 1/30/2019

**Responsible Officer of the Debtor in Possession**

**FORM 6**

# SCHEDULE OF IN-FORCE INSURANCE

**Period Ending: December 31, 2018**

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Liability Insurance | ACE Bermuda Insurance Ltd. / Aon Bermuda | 7/1/2019 |
| Punitive Damages Insurance | Aegis Security Insurance Company/ AEGIS Insurance Services Inc. | 7/1/2019 |
| Directors and Officers Liability Insurance Policy | Aegis Security Insurance Company/ AEGIS Insurance Services Inc. | 9/1/2019 |
| Excess Follow Form Policy | Aegis Security Insurance Company/ AEGIS Insurance Services Inc. | 9/1/2019 |
| Liability Insurance | Allied World Assurance Company Ltd. / Aon Bermuda | 7/1/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Excess Liability Insurance Policy | Arch Ins. Bermuda Ltd. / Aon Bermuda | 7/1/2019 |
| Arch Insurance Company Directors and Officers Liability | Arch Insurance Company | 9/1/2019 |
| Excess Liability Insurance Policy | Associated Electric & Gas Ins Services Ltd | 7/1/2019 |
| Excess Workers Compensation | Associated Electric & Gas Ins Services Ltd | 7/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | Associated Electric & Gas Ins Services Ltd | 10/1/2019 |
| Excess Cyber Liability Indemnity Policy | Associated Electric & Gas Ins Services Ltd | 2/1/2019 |
| Directors and Officers Liability Policy | AXIS Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | Berkshire Hathaway Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | Berkshire Hathaway Specialty Insurance Company | 3/30/2019 |
| Marine Policy Of Insurance | Continental Insurance Company | 7/1/2019 |
| Directors and Officers Liability Policy | Continental Insurance Company | 9/1/2019 |
| Excess Management Liability Insurance | Endurance American Insurance Company | 9/1/2019 |
| Marine Policy Of Insurance | Endurance American Insurance Company (New) | 7/1/2019 |
| Excess General Liability Indemnity Policy | Energy Insurance Mutual Ltd | 7/1/2019 |
| Excess Directors and Officers Liability Indemnity Policy | Energy Insurance Mutual Ltd | 9/1/2019 |
| Excess Fiduciary | Energy Insurance Mutual Ltd | 9/1/2019 |
| Property Insurance | Energy Insurance Mutual Ltd | 10/1/2019 |
| Property Insurance | Energy Insurance Mutual Ltd | 10/1/2019 |
| Excess Cyber Liability Indemnity Policy | Energy Insurance Mutual Ltd | 2/1/2019 |
| Terrorism and/or Sabotage and Sabotage Liability | Energy Insurance Services Inc. | 1/1/2019 |
| Directors and Officers Liability Excess Chubb Policy | Federal Insurance Company | 9/1/2019 |
| Executive Protection Portfolio Policy | Federal Insurance Company | 9/1/2019 |
| Crime Excess Policy | Federal Insurance Company | 4/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | Freberg Environmental Inc. | 10/1/2019 |
| Aviation Insurance Policy | Global Aerospace, Inc. | 6/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | HDI Global Insurance Company | 10/1/2019 |
| Directors & Officers Liablity Policy | Illinois National Insurance Company | 9/1/2019 |
| Excess Edge Policy | Illinois National Insurance Company | 9/1/2019 |
| Crisis Insurance | National Union Fire Insurance Company of Pittsburgh, PA | 4/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | Navigators Management Co. Inc. | 10/1/2019 |
| Excess Non-Nuclear Property Insurance Policy | Neil Specialty Insurance Company | 4/1/2019 |
| Excess Non-Nuclear Property Insurance Policy | Neil Specialty Insurance Company | 4/1/2019 |
| Excess Non-Nuclear Property Insurance Policy | Neil Specialty Insurance Company | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Blanket Excess, Decontamination Liability, Decommissioning Liability and Excess Property Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Neil I Accidental Outage Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Neil I Accidental Outage Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Neil I Accidental Outage Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Commercial Excess Property Policy | Princeton Excess & Surplus Lines Insurance Co | 10/1/2019 |
| Directors & Officers Liability Policy | QBE Insurance Corporation | 9/1/2019 |
| Directors & Officers Liability Policy | Starr Indemnity & Liability Company | 3/30/2019 |
| Evidence Of Cover | Talbot Underwriting Services (US) Ltd. (Validus) | 10/1/2019 |
| Directors and Officers Liability Policy | U.S. Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | U.S. Specialty Insurance Company | 3/30/2019 |
| Worldwide Vessel Pollution Policy | Water Quality Insurance Syndicate | 7/1/2019 |
| Liability Insurance | XL Insurance Bermuda Ltd. / Aon Bermuda | 7/1/2019 |
| Excess Insurance Policy | XL Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | XL Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | XL Specialty Insurance Company | 3/30/2019 |
| Directors and Officers Liability Policy | Zurich American Insurance Company | 9/1/2019 |
| Xsprop | Zurich American Insurance Company | 10/1/2019 |
| Commercial Crime Policy | Zurich American Insurance Company | 4/1/2019 |

Dated: 01/30/2019

Responsible Officer of the Debtor in Possession

FORM 7

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx5604

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00022125 DDA 802 211 00119 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
341 WHITE POND DRIVE
AKRON OH 44320-1119

## CHECKING SUMMARY

Commercial Checking With Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$254,663,310.24** |
| Deposits and Additions | 61 | 14,872,902,890.42 |
| Electronic Withdrawals | 7 | - 163,300,181.15 |
| Other Withdrawals, Fees & Charges | 19 | - 14,708,181,779.43 |
| **Ending Balance** | **87** | **$256,084,240.08** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 1.94% |
| Interest Paid This Period | $415,579.41 |
| Interest Paid Year-to-Date | $4,182,230.84 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3371012007Xj | $781,840,760.05 |
| 12/03 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 6050500337Jo | 8,632,377.57 |
| 12/03 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1012900337Zm | 7,797,282.01 |
| 12/03 | JPMorgan Mmmf Dividend 100% US Treasury Capital 3163 29921900 Trn: 3371009814Xj | 1,322,480.09 |
| 12/04 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3381000159Xj | 787,826,550.38 |
| 12/04 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1022400338Zm | 7,539,728.04 |
| 12/05 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0835000339Zm | 6,369,765.22 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5895500339Jo | 177,511.45 |
| 12/06 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3401000157Xj | 804,256,209.96 |
| 12/06 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0967600340Zm | 3,123,236.72 |
| 12/07 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3411000155Xj | 722,272,790.11 |
| 12/07 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1117300341Zm | 5,116,825.20 |
| 12/07 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 2704200341Jo | 198.24 |
| 12/07 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 2704100341Jo | 25.00 |
| 12/10 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3441000156Xj | 725,396,250.07 |
| 12/10 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1023700344Zm | 9,703,905.47 |
| 12/11 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3451000154Xj | 730,513,075.27 |
| 12/11 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0974800345Zm | 6,824,678.10 |
| 12/12 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3461000156Xj | 740,216,980.74 |
| 12/12 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0784800346Zm | 7,744,710.59 |
| 12/13 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3471000155Xj | 747,041,658.84 |
| 12/13 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0942900347Zm | 3,617,530.39 |
| 12/13 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 2951900347Jo | 17,895.36 |
| 12/14 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3481000174Xj | 740,370,649.87 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5076200348Jo | 25,072,000.00 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1077400348Zm | 2,860,696.38 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5076300348Jo | 64,937.34 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Solutions Corp. Akron OH 44320- Trn: 3991000348Jo | 18,339.03 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Solutions Corp. Akron OH 44320- Trn: 4006700348Jo | 1,026.94 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Solutions Corp. Akron OH 44320- Trn: 3983800348Jo | 757.44 |
| 12/17 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3511000153Xj | 743,400,053.67 |
| 12/17 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0926300351Zm | 9,720,491.89 |
| 12/18 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3521000158Xj | 771,397,687.39 |
| 12/18 | | 3,743,157.62 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0927200352Zm | |
| 12/19 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3531000156Xj | 781,118,179.28 |
| 12/19 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0759300353Zm | 3,837,393.63 |
| 12/19 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5682900353Jo | 48,031.28 |
| 12/19 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5682400353Jo | 34,155.72 |
| 12/20 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3541000156Xj | 784,861,336.90 |
| 12/20 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0925600354Zm | 29,304,481.56 |
| 12/21 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3551000156Xj | 755,710,464.49 |
| 12/21 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3750700355Jo | 23,451,059.76 |
| 12/21 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1078800355Zm | 3,638,395.03 |
| 12/21 | Book Transfer Credit B/O: Firstenergy Solutions Corp. Akron OH 44320- Trn: 3534900355Jo | 669,133.38 |
| 12/21 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3750800355Jo | 28,690.46 |
| 12/24 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3581000156Xj | 808,494,696.27 |
| 12/24 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0981900358Zm | 13,973,934.14 |
| 12/26 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3601000152Xj | 812,802,224.68 |
| 12/26 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0512400360Zm | 360,996.01 |
| 12/26 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4237600360Jo | 130,398.53 |
| 12/26 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4237800360Jo | 41,497.00 |
| 12/27 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3611000157Xj | 807,658,720.19 |
| 12/27 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0800200361Zm | 7,361,922.84 |
| 12/28 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3621000155Xj | 808,191,611.73 |
| 12/28 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1117700362Zm | 5,356,629.57 |
| 12/28 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3573000362Jo | 87,536.27 |
| 12/28 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3572900362Jo | 6,934.17 |
| 12/31 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 3651000155Xj | 815,648,005.01 |
| 12/31 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1160500365Zm | 5,649,388.02 |
| 12/31 | | 19,272.65 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4724500365Jo | |
| 12/31 | Interest Payment | 415,579.41 |
| **Total Deposits and Additions** | | **$14,872,902,890.42** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5091600339Jo | $89,334,991.65 |
| 12/05 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 6026700339Jo | 6,735,432.91 |
| 12/12 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 6146300346Jo | 14,433,614.92 |
| 12/13 | Fedwire Debit Via: RBS Citizens, N.A./241070417 A/C: Firstenergy Solutions Corp US Imad: 1213B1Qgc07C022375 Trn: 5939800347Jo | 608,250.00 |
| 12/19 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5176900353Jo | 32,570,453.04 |
| 12/19 | Fedwire Debit Via: Bmo Harris Bank NA/071000288 A/C: Intl Fcstone Financial Inc Customerus Ref:/Time/17:19 Imad: 1219B1Qgc01C019411 Trn: 6464000353Jo | 500,000.00 |
| 12/26 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 3574800360Jo | 19,117,438.63 |
| **Total Electronic Withdrawals** | | **$163,300,181.15** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3371012779Xj | $787,826,550.38 |
| 12/04 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3381000614Xj | 804,256,209.96 |
| 12/06 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3401000631Xj | 722,272,790.11 |
| 12/07 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3411000516Xj | 725,396,250.07 |
| 12/10 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3441000554Xj | 730,513,075.27 |
| 12/11 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3451000553Xj | 740,216,980.74 |
| 12/12 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3461000589Xj | 747,041,658.84 |
| 12/13 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3471000576Xj | 740,370,649.87 |
| 12/14 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3481000592Xj | 743,400,053.67 |
| 12/17 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3511000653Xj | 771,397,687.39 |
| 12/18 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3521000602Xj | 781,118,179.28 |
| 12/19 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3531000601Xj | 784,861,336.90 |
| 12/20 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3541000627Xj | 755,710,464.49 |

## OTHER WITHDRAWALS, FEES & CHARGES *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3551000592Xj | 808,494,696.27 |
| 12/24 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3581000409Xj | 812,802,224.68 |
| 12/26 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3601000611Xj | 807,658,720.19 |
| 12/27 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3611000541Xj | 808,191,611.73 |
| 12/28 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3621000552Xj | 815,648,005.01 |
| 12/31 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 3651000422Xj | 821,004,634.58 |
| **Total Other Withdrawals, Fees & Charges** | | **$14,708,181,779.43** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/03 | $266,429,659.58 | 12/17 | 259,720,491.89 |
| 12/04 | 257,539,728.04 | 12/18 | 253,743,157.62 |
| 12/05 | 168,016,580.15 | 12/19 | 220,849,127.59 |
| 12/06 | 253,123,236.72 | 12/20 | 279,304,481.56 |
| 12/07 | 255,116,825.20 | 12/21 | 254,307,528.41 |
| 12/10 | 259,703,905.47 | 12/24 | 263,973,934.14 |
| 12/11 | 256,824,678.10 | 12/26 | 250,532,891.54 |
| 12/12 | 243,311,095.67 | 12/27 | 257,361,922.84 |
| 12/13 | 253,009,280.39 | 12/28 | 255,356,629.57 |
| 12/14 | 277,997,633.72 | 12/31 | 256,084,240.08 |

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| | 12/01 | **TO** | 12/31 | **AT** | 1.92% |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx3176

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000420 DDA 001 211 00119 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY NUCLEAR OPERATING COMPANY
76 S MAIN ST
AKRON OH 44308-1812

# CHECKING SUMMARY

Commercial Checking With Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,311,406.53** |
| Deposits and Additions | 12 | 98,092,008.09 |
| Electronic Withdrawals | 5 | - 84,014,663.81 |
| **Ending Balance** | **17** | **$16,388,750.81** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 1.94% |
| Interest Paid This Period | $69,360.31 |
| Interest Paid Year-to-Date | $501,764.88 |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 6050600337Jo | $7,460.00 |
| 12/05 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5870500339Jo | 89,334,991.65 |
| 12/05 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5889200339Jo | 12,380.38 |
| 12/07 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 2704300341Jo | 33,213.50 |
| 12/13 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 2952000347Jo | 43,805.35 |
| 12/14 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5076600348Jo | 8,474,273.39 |
| 12/19 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5682500353Jo | 11,911.29 |
| 12/21 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3750200355Jo | 5,318.86 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4237900360Jo | 24,394.88 |
| 12/28 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3573100362Jo | 65,066.65 |
| 12/31 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4732000365Jo | 9,831.83 |
| 12/31 | Interest Payment | 69,360.31 |
| **Total Deposits and Additions** | | **$98,092,008.09** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 6026300339Jo | $13,994,688.73 |
| 12/12 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 6146700346Jo | 33,386,576.63 |
| 12/13 | Fedwire Debit Via: RBS Citizens, N.A./241070417 A/C: Firstenergy Nuclear Operating Compaus Imad: 1213B1Qgc07C022307 Trn: 5914700347Jo | 608,250.00 |
| 12/19 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5177000353Jo | 6,735,068.68 |
| 12/26 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 3570200360Jo | 29,290,079.77 |
| **Total Electronic Withdrawals** | | **$84,014,663.81** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/03 | $2,318,866.53 | 12/19 | 45,504,858.05 |
| 12/05 | 77,671,549.83 | 12/21 | 45,510,176.91 |
| 12/07 | 77,704,763.33 | 12/26 | 16,244,492.02 |
| 12/12 | 44,318,186.70 | 12/28 | 16,309,558.67 |
| 12/13 | 43,753,742.05 | 12/31 | 16,388,750.81 |
| 12/14 | 52,228,015.44 | | |

## INTEREST RATE ON COLLECTED BALANCE

**INTEREST RATE(S)**

12/01 **TO** 12/31 **AT** 1.92%



10004200202000000062

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING
LENDER
JPMorgan Chase Bank, N.A. Member FDIC


This Page Intentionally Left Blank

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx8799

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000338 DDA 001 211 00119 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
341 WHITE POND DRIVE
AKRON OH 44320-1119

# CHECKING SUMMARY

Commercial Checking With Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,355,564.38** |
| Deposits and Additions | 1 | 5,084.42 |
| Electronic Withdrawals | 1 | - 669,133.38 |
| **Ending Balance** | **2** | **$2,691,515.42** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 1.94% |
| Interest Paid This Period | $5,084.42 |
| Interest Paid Year-to-Date | $31,323.57 |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Interest Payment | $5,084.42 |
| **Total Deposits and Additions** | | **$5,084.42** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | Book Transfer Debit A/C: Firstenergy Solutions Corp. Akron OH 44320- Trn: 3534900355Jo | $669,133.38 |
| **Total Electronic Withdrawals** | | **$669,133.38** |

Your service charges, fees and earnings credit have been calculated through account analysis.


## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/21 | $2,686,431.00 |
| 12/31 | 2,691,515.42 |

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| 12/01 | TO | 12/31 | AT | 1.92% | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING LENDER
JPMorgan Chase Bank, N.A. Member FDIC

**JPMorganChase**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx7460

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000337 DDA 001 211 00119 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
341 WHITE POND DRIVE
AKRON OH 44320-1119

## CHECKING SUMMARY

Commercial Checking With Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$651,814.54** |
| Deposits and Additions | 1 | 1,061.88 |
| Electronic Withdrawals | 1 | - 1,026.94 |
| **Ending Balance** | **2** | **$651,849.48** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 1.94% |
| Interest Paid This Period | $1,061.88 |
| Interest Paid Year-to-Date | $7,876.42 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Interest Payment | $1,061.88 |
| **Total Deposits and Additions** | | **$1,061.88** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | Book Transfer Debit A/C: Firstenergy Solutions Corp. Akron OH 44320- Trn: 4006700348Jo | $1,026.94 |
| **Total Electronic Withdrawals** | | **$1,026.94** |

Your service charges, fees and earnings credit have been calculated through account analysis.



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/14 | $650,787.60 |
| 12/31 | 651,849.48 |

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| | 12/01 | **TO** | 12/31 | **AT** | 1.92% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx0085

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000198 DDA 001 211 00119 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
FIRSTENERGY SOLUTIONS CORP
341 WHITE POND DRIVE
AKRON OH 44320-1119

## CHECKING SUMMARY

Commercial Checking With Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$11,628,846.94** |
| Deposits and Additions | 1 | 18,944.63 |
| Electronic Withdrawals | 1 | - 18,339.03 |
| **Ending Balance** | **2** | **$11,629,452.54** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 1.94% |
| Interest Paid This Period | $18,944.63 |
| Interest Paid Year-to-Date | $113,415.03 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Interest Payment | $18,944.63 |
| **Total Deposits and Additions** | | **$18,944.63** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | Book Transfer Debit A/C: Firstenergy Solutions Corp. Akron OH 44320- Trn: 3991000348Jo | $18,339.03 |
| **Total Electronic Withdrawals** | | **$18,339.03** |

Your service charges, fees and earnings credit have been calculated through account analysis.


December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx0085

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/14 | $11,610,507.91 |
| 12/31 | 11,629,452.54 |

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| | 12/01 | **TO** | 12/31 | **AT** | 1.92% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx8929

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00000750 WBS 001 211 00119 NNNNNNNNNNN 1 000000000 C1 0000
FIRSTENERGY NUCLEAR GENERATION, LLC
FIRSTENERGY NUCLEAR GENERATION, LLC
76 S. MAIN ST
AKRON OH 44308-1812

## Commercial Checking With Interest

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $0.00 | |
| Deposits and Credits | 0 | $0.00 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$0.00** | |

Interest Rate(s): 12/01 to 12/31 at 1.92%

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number: xxxxxxxxxxx0077

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000197 DDA 001 211 00119 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
FIRSTENERGY SOLUTIONS CORP
341 WHITE POND DRIVE
AKRON OH 44320-1119

## CHECKING SUMMARY

Commercial Checking With Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$757.44** |
| Deposits and Additions | 1 | 0.52 |
| Electronic Withdrawals | 1 | - 757.44 |
| **Ending Balance** | **2** | **$0.52** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 1.94% |
| Interest Paid This Period | $0.52 |
| Interest Paid Year-to-Date | $757.96 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Interest Payment | $0.52 |
| **Total Deposits and Additions** | | **$0.52** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | Book Transfer Debit A/C: Firstenergy Solutions Corp. Akron OH 44320- Trn: 3983800348Jo | $757.44 |
| **Total Electronic Withdrawals** | | **$757.44** |

Your service charges, fees and earnings credit have been calculated through account analysis.


## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/14 | $0.00 |
| 12/31 | 0.52 |

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| | 12/01 | **TO** | 12/31 | **AT** | 1.92% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**