# **EXHIBIT A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Payment Remittance Address:** | | **Direct Fee Review LLC**<br>**1000 N. West Street,**<br>**Suite 1200**<br>**Wilmington, DE 19801** | | | | | **FEIN: 27-0822707** | |

| | |
|---|---|
| **Invoice to:**<br>**FirstEnergy Solutions Corp**<br>**Attn: Mr. Rick Giannantonio**<br>**76 South Main Street**<br>**Akron, OH 44308** | **Invoice Date:** 2/15/2019<br>**Invoice Number:** 1032-0119<br>**Project:** FirstEnergy<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 12/01/18 Through 01/31/19** | | | | | | | | |
| 12/10/2018 | WJD | Client administration | Fee hearing | Review e-mail | From dfo re order revision | 225.00 | 0.20 | 45.00 |
| 12/11/2018 | WJD | Client administration | Fee hearing | Review e-mail | From call service re hearing | 225.00 | 0.10 | 22.50 |
| 12/11/2018 | WJD | Client administration | Interim fee application | Review e-mail | From jw am re instructions | 225.00 | 0.20 | 45.00 |
| 12/11/2018 | WJD | Client administration | Fee hearing | Attend fee hearing | 1st interim | 225.00 | 2.10 | 472.50 |
| 12/16/2018 | WJD | DFR | Monthly fee application | Draft fee application | Nov | 225.00 | 1.00 | 225.00 |
| 12/20/2018 | WJD | Client administration | Monthly fee application | Review e-mail | From kb bm re filed application | 225.00 | 0.10 | 22.50 |
| 1/8/2019 | WJD | Client administration | Court docket | Update and revise database | FES | 225.00 | 0.90 | 202.50 |
| 1/15/2019 | WJD | Client administration | Interim fee application | Review e-mail | From dfo re application status | 225.00 | 0.20 | 45.00 |
| 1/16/2019 | WJD | Lazard Freres & Co LLC | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.20 | 45.00 |
| 1/16/2019 | WJD | Sitrick and Company | Interim fee application | Review e-mail | From dfo re draft files | 225.00 | 0.20 | 45.00 |
| 1/16/2019 | WJD | ICF Resources, LLC | Interim fee application | Review e-mail | From dfo re data, drafts | 225.00 | 0.30 | 67.50 |
| 1/17/2019 | WJD | FTI | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.20 | 45.00 |
| 1/17/2019 | WJD | Hahn Loeser | Interim fee application | Review e-mail | From dfo re draft files | 225.00 | 0.20 | 45.00 |
| 1/17/2019 | WJD | Hogan Lovells | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.30 | 67.50 |
| 1/18/2019 | WJD | Client administration | Client docket | Update and revise database | FES | 225.00 | 0.90 | 202.50 |
| 1/18/2019 | WJD | Lazard Freres & Co LLC | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.90 | 202.50 |
| 1/18/2019 | WJD | Sitrick | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.60 | 135.00 |
| 1/18/2019 | WJD | Sitrick | Interim fee application | Review billing entry | 2nd interim | 225.00 | 0.50 | 112.50 |
| 1/19/2019 | WJD | ICF | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/19/2019 | WJD | ICF | Interim fee application | Review billing entry | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/19/2019 | WJD | FTI | Interim fee application | Review documents filed | 2nd interim | 225.00 | 1.00 | 225.00 |
| 1/19/2019 | WJD | FTI | Interim fee application | Review billing entry | 2nd interim | 225.00 | 1.40 | 315.00 |
| 1/19/2019 | WJD | Hahn Loeser | Interim fee application | Review documents filed | 2nd interim | 225.00 | 1.00 | 225.00 |
| 1/19/2019 | WJD | Hahn Loeser | Interim fee application | Review billing entry | 2nd interim | 225.00 | 1.10 | 247.50 |
| 1/20/2019 | WJD | Hogan Lovells | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.70 | 157.50 |
| 1/20/2019 | WJD | Hogan Lovells | Interim fee application | Review billing entry | 2nd interim | 225.00 | 0.60 | 135.00 |

**Payment Remittance Address:**     **Direct Fee Review LLC**                                    **FEIN: 27-0822707**
                                    **1000 N. West Street,**
                                    **Suite 1200**
                                    **Wilmington, DE 19801**

---

**Invoice to:**                                              **Invoice Date:**      2/15/2019
**FirstEnergy Solutions Corp**                               **Invoice Number:**    1032-0119
**Attn: Mr. Rick Giannantonio**                              **Project:**           FirstEnergy
**76 South Main Street**                                                            Bankruptcy Professional Fee Exam
**Akron, OH 44308**

---

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/21/2019 | WJD | Lazard Freres & Co LLC | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/21/2019 | WJD | Sitrick | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.50 | 112.50 |
| 1/21/2019 | WJD | ICF | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/21/2019 | WJD | FTI | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.50 | 112.50 |
| 1/21/2019 | WJD | Hahn Loeser | Interim fee application | Review billing entry | 2nd interim | 225.00 | 0.50 | 112.50 |
| 1/21/2019 | WJD | Hogan Lovells | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.40 | 90.00 |
| 1/23/2019 | WJD | Brouse McDowell LPA | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.10 | 22.50 |
| 1/23/2019 | WJD | Brouse McDowell LPA | Interim fee application | Review e-mail | From kb bm re data files | 225.00 | 0.10 | 22.50 |
| 1/23/2019 | WJD | DFR | Interim fee application | Draft fee application | 1st interim | 225.00 | 0.50 | 112.50 |
| 1/24/2019 | WJD | Client administration | Interim fee application | Review e-mail | From dfo re draft | 225.00 | 0.20 | 45.00 |
| 1/24/2019 | WJD | KPMG | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.20 | 45.00 |
| 1/24/2019 | WJD | KPMG | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/24/2019 | WJD | ICF | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.20 | 45.00 |
| 1/24/2019 | WJD | Brouse McDowell | Interim fee application | Review e-mail | From kb bm re data files | 225.00 | 0.20 | 45.00 |
| 1/24/2019 | WJD | ICF | Interim fee application | Update and revise final report | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/24/2019 | WJD | KPMG | Interim fee application | Review billing entry | 2n interim | 225.00 | 0.80 | 180.00 |
| 1/24/2019 | WJD | KPMG | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/24/2019 | WJD | Client administration | Interim fee application | Review e-mail | From kb mb re application | 225.00 | 0.10 | 22.50 |
| 1/25/2019 | WJD | KPMG | Interim fee application | Review e-mail | From dfo re report draft | 225.00 | 0.10 | 22.50 |
| 1/25/2019 | WJD | ICF | Interim fee application | Review e-mail | From dfo re report draft | 225.00 | 0.20 | 45.00 |
| 1/25/2019 | WJD | Willkie Farr Gallagher | Interim fee application | Review e-mail | from dfo re draft and data files | 225.00 | 0.40 | 90.00 |
| 1/25/2019 | WJD | Willkie Farr Gallagher | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.80 | 180.00 |
| 1/25/2019 | WJD | Willkie Farr Gallagher | Interim fee application | Review billing entry | 2nd interim | 225.00 | 0.80 | 180.00 |

| | | | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Staff** | **Description** | | | | | | |

**Payment Remittance Address:** Direct Fee Review LLC
1000 N. West Street,
Suite 1200
Wilmington, DE 19801

**FEIN:** 27-0822707

**Invoice to:**
FirstEnergy Solutions Corp
Attn: Mr. Rick Giannantonio
76 South Main Street
Akron, OH 44308

**Invoice Date:** 2/15/2019
**Invoice Number:** 1032-0119
**Project:** FirstEnergy Bankruptcy Professional Fee Exam

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/26/2019 | WJD | Willkie Farr Gallagher | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.60 | 135.00 |
| 1/26/2019 | WJD | Lazard Freres & Co LLC | Interim fee application | Review e-mail | from dfo re draft | 225.00 | 0.30 | 67.50 |
| 1/26/2019 | WJD | Lazard Freres & Co LLC | Interim fee application | Update and revise final report | 2nd interim | 225.00 | 0.30 | 67.50 |
| 1/26/2019 | WJD | Brouse McDowell LPA | Interim fee application | Review e-mail | from dfo re draft and data | 225.00 | 0.20 | 45.00 |
| 1/27/2019 | WJD | Brouse McDowell | Interim fee application | Review documents filed | 2nd interim | 225.00 | 0.50 | 112.50 |
| 1/28/2019 | WJD | Lazard | Interim fee application | Review e-mail | From dfo re final report | 225.00 | 0.30 | 67.50 |
| 1/28/2019 | WJD | Willkie Farr & Gallagher LLP | Interim fee application | Review e-mail | From dfo re draft report | 225.00 | 0.20 | 45.00 |
| 1/28/2019 | WJD | Lazard | Interim fee application | Review e-mail | From dfo re final report draft | 225.00 | 0.20 | 45.00 |
| 1/28/2019 | WJD | Lazard | Interim fee application | Prepare and file | 2nd interim final report | 225.00 | 0.30 | 67.50 |
| 1/28/2019 | WJD | Brouse McDowell | Interim fee application | Review billing entry | 2nd interim | 225.00 | 1.10 | 247.50 |
| 1/28/2019 | WJD | Brouse McDowell | Interim fee application | Update and revise initial report | 2nd interim | 225.00 | 0.40 | 90.00 |
| 1/29/2019 | WJD | ICF | Interim fee application | Review e-mail | From dfo re final report | 225.00 | 0.20 | 45.00 |
| 1/29/2019 | WJD | ICF | Interim fee application | Review e-mail | From dfo re response | 225.00 | 0.10 | 22.50 |
| 1/29/2019 | WJD | Brouse McDowell | Interim fee application | Review e-mail | From dfo re draft report | 225.00 | 0.30 | 67.50 |
| 1/31/2019 | WJD | Akin Gump | Interim fee application | Review e-mail | From dfo re data files | 225.00 | 0.20 | 45.00 |
| 1/31/2019 | WJD | Akin Gump | Interim fee application | Review documents filed | 2nd interim | 225.00 | 1.60 | 360.00 |
| | | | | | | | 30.40 | $ 6,840.00 |

| | | | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **Payment Remittance Address:** | | **Direct Fee Review LLC**<br>1000 N. West Street,<br>Suite 1200<br>Wilmington, DE 19801 | | | | | | **FEIN: 27-0822707** |

**Invoice to:**
**FirstEnergy Solutions Corp**
**Attn: Mr. Rick Giannantonio**
**76 South Main Street**
**Akron, OH 44308**

| | |
|---|---|
| **Invoice Date:** | 2/15/2019 |
| **Invoice Number:** | 1032-0119 |
| **Project:** | FirstEnergy<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 12/01/18 Through 01/31/19** | | | | | | | | |
| 12/04/18 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Read email & download files | P Pullo w Oct fee app | 225.00 | 0.10 | 22.50 |
| 12/06/18 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Read & Reply to email | emails & tel msg w T Patton re detailed Opportune invoice | 225.00 | 0.10 | 22.50 |
| 12/06/18 | DFO | Hogan Lovells | 2nd Quarter | Read email & download files | G Passabang w Sept fee app | 225.00 | 0.10 | 22.50 |
| 12/10/18 | DFO | Akin Gump | 1st Quarter | Review Fee & expense Chart | Review chart & email comments to J Thompson | 225.00 | 0.40 | 90.00 |
| 12/10/18 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Read email & download files | A Ambeault w Oct fee files | 225.00 | 0.10 | 22.50 |
| 12/12/18 | DFO | Akin Gump | 1st Quarter | Read email & download files | G Passabangi w 1st Interim Fee order | 225.00 | 0.10 | 22.50 |
| 12/12/18 | DFO | PJT Partners LP | 2nd Quarter | Read email & download files | T Buckingham w Oct fee app | 225.00 | 0.10 | 22.50 |
| 12/12/18 | DFO | Lazard Freres & Co LLC | 2nd Quarter | Read email & download files | C Rivera w Oct fee App | 225.00 | 0.10 | 22.50 |
| 12/15/18 | DFO | FTI Consulting, Inc. | 2nd Quarter | Read email & download files | T Buckingham w Oct fee app | 225.00 | 0.10 | 22.50 |
| 12/17/18 | DFO | FTI Consulting, Inc. | 2nd Quarter | Read email & download files | M Hyland w Oct excel files | 225.00 | 0.10 | 22.50 |
| 12/21/18 | DFO | Honigman | 2nd Quarter | Read email & download files | C Rivera w 1st & 2nd fee Apps | 225.00 | 0.10 | 22.50 |
| 12/21/18 | DFO | Ropes & Gray | 2nd Quarter | Read email & download files | C Rivera w Nov fee App | 225.00 | 0.10 | 22.50 |
| 12/27/18 | DFO | Hogan Lovells | 2nd Quarter | Review docket, update database & download files | Oct fee app | 225.00 | 0.10 | 22.50 |
| 12/31/18 | DFO | Brouse McDowell | 2nd Quarter | Read email & download files | J Frans w 8th fee App | 225.00 | 0.10 | 22.50 |
| 01/03/19 | DFO | Milbank Tweed | 2nd Quarter | Read email & download files | J Westwood w Oct fee app | 225.00 | 0.10 | 22.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Payment Remittance Address:** | | **Direct Fee Review LLC**<br>**1000 N. West Street,**<br>**Suite 1200**<br>**Wilmington, DE 19801** | | | | | | **FEIN: 27-0822707** |

| | |
|---|---|
| **Invoice to:**<br>**FirstEnergy Solutions Corp**<br>**Attn: Mr. Rick Giannantonio**<br>**76 South Main Street**<br>**Akron, OH 44308** | **Invoice Date:** 2/15/2019<br>**Invoice Number:** 1032-0119<br>**Project:** FirstEnergy<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 12/01/18 Through 01/31/19** | | | | | | | | |
| 01/04/19 | DFO | Hahn Loeser | 2nd Quarter | Read email & download files | C Beitel w Oct fee app | 225.00 | 0.10 | 22.50 |
| 01/04/19 | DFO | Milbank Tweed | 2nd Quarter | Read email & download files | J Westwood w Nov fee app | 225.00 | 0.10 | 22.50 |
| 01/04/19 | DFO | Akin Gump | 2nd Quarter | Review docket, update database & download files | Nov Fee app | 225.00 | 0.10 | 22.50 |
| 01/07/19 | DFO | Milbank Tweed | 2nd Quarter | Read email & download files | M Koch w Oct & Nov ledes files | 225.00 | 0.10 | 22.50 |
| 01/07/19 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Read email & download files | A Ambeault w Nov ledes files | 225.00 | 0.10 | 22.50 |
| 01/08/19 | DFO | Milbank Tweed | 2nd Quarter | math check & data correlation | | 225.00 | 3.70 | 832.50 |
| 01/09/19 | DFO | Akin Gump | 2nd Quarter | Read email & download files | B Khan w Nov ledes files | 225.00 | 0.10 | 22.50 |
| 01/09/19 | DFO | PJT Partners LP | 2nd Quarter | Read email & download files | J DeAlmeida w Nov fee files | 225.00 | 0.10 | 22.50 |
| 01/09/19 | DFO | Sitrick | 2nd Quarter | Read email & download files | S Aytch w Oct & Nov fee files | 225.00 | 0.10 | 22.50 |
| 01/10/19 | DFO | Milbank Tweed | 2nd Quarter | math check & data correlation | continue review procedures & email M Koch re ledes file tables | 225.00 | 0.80 | 180.00 |
| 01/10/19 | DFO | Hahn Loeser | 2nd Quarter | Read email & download files | C Beitel & T Buckingham w Nov fee files | 225.00 | 0.10 | 22.50 |
| 01/11/19 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | math check & data correlation | | 225.00 | 2.30 | 517.50 |
| 01/11/19 | DFO | KPMG LLP | 2nd Quarter | Telephone Call | M Plangman re conference call | 225.00 | 0.10 | 22.50 |
| 01/11/19 | DFO | KPMG LLP | 2nd Quarter | Telephone Call | M Plangman, S Carlin & Meekins re billing entry descriptions | 225.00 | 0.30 | 67.50 |

**Payment Remittance Address:**   **Direct Fee Review LLC**   **FEIN: 27-0822707**
  1000 N. West Street,
  Suite 1200
  Wilmington, DE 19801

| Invoice to:<br>FirstEnergy Solutions Corp<br>Attn: Mr. Rick Giannantonio<br>76 South Main Street<br>Akron, OH 44308 | Invoice Date:<br>Invoice Number:<br>Project: | 2/15/2019<br>1032-0119<br>FirstEnergy<br>Bankruptcy Professional Fee Exam |
|---|---|---|

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/11/19 | DFO | BDO | 2nd Quarter | Read email & download files | C Rivera w Aug - Nov fee apps | 225.00 | 0.10 | 22.50 |
| 01/11/19 | DFO | Hogan Lovells | 2nd Quarter | Read email & download files | C Rivera w Nov fee app | 225.00 | 0.10 | 22.50 |
| 01/11/19 | DFO | KPMG LLP | 2nd Quarter | Read & Reply to email | M Plangman re descriptions of task activities | 225.00 | 0.10 | 22.50 |
| 01/12/19 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | math check & data correlation | continue review procedures & email M Koch re ledes file tables | 225.00 | 1.60 | 360.00 |
| 01/12/19 | DFO | Hahn Loeser | 2nd Quarter | math check & data correlation | | 225.00 | 2.30 | 517.50 |
| 01/14/19 | DFO | Hahn Loeser | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 0.80 | 180.00 |
| 01/15/19 | DFO | FTI Consulting, Inc. | 2nd Quarter | Read email & download files | M Hyland w Nov fee files | 225.00 | 0.10 | 22.50 |
| 01/15/19 | DFO | Prime Clerk | 2nd Quarter | Read email & download files | P Pullo w (13) monthly & interim fee apps | 225.00 | 0.40 | 90.00 |
| 01/15/19 | DFO | Prime Clerk | 2nd Quarter | Read email & download files | T Buckingham w (7) monthly & interim fee apps | 225.00 | 0.20 | 45.00 |
| 01/15/19 | DFO | Lazard Freres & Co LLC | 2nd Quarter | Review Billing Entires | Legal bills | 225.00 | 0.20 | 45.00 |
| 01/15/19 | DFO | Sitrick | 2nd Quarter | math check & data correlation | | 225.00 | 1.10 | 247.50 |
| 01/15/19 | DFO | PJT Partners LP | 2nd Quarter | Read email & download files | T Buckingham w amended & interim fee app | 225.00 | 0.10 | 22.50 |
| 01/16/19 | DFO | PJT Partners LP | 2nd Quarter | Review Billing Entires | Read monthly fee apps re legal expense | 225.00 | 0.20 | 45.00 |
| 01/16/19 | DFO | Lazard Freres & Co LLC | 2nd Quarter | Draft Initial Report | | 225.00 | 0.20 | 45.00 |
| 01/16/19 | DFO | PJT Partners LP | 2nd Quarter | Review Billing Entires | read expense detail & determine no legal exp | 225.00 | 0.10 | 22.50 |

**Payment Remittance Address:**       **Direct Fee Review LLC**                                    **FEIN: 27-0822707**
                                      1000 N. West Street,
                                      Suite 1200
                                      Wilmington, DE 19801

| Invoice to:<br>FirstEnergy Solutions Corp<br>Attn: Mr. Rick Giannantonio<br>76 South Main Street<br>Akron, OH 44308 | Invoice Date: 2/15/2019<br>Invoice Number: 1032-0119<br>Project: FirstEnergy<br>Bankruptcy Professional Fee Exam |
|---|---|

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | Name | Quarter | Activity | Detail | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/16/19 | DFO | Sitrick | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 3.90 | 877.50 |
| 01/16/19 | DFO | Sitrick | 2nd Quarter | Draft Initial Report | | 225.00 | 0.40 | 90.00 |
| 01/16/19 | DFO | ICF Resources | 2nd Quarter | math check & data correlation | | 225.00 | 0.60 | 135.00 |
| 01/16/19 | DFO | ICF Resources | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 1.90 | 427.50 |
| 01/16/19 | DFO | ICF Resources | 2nd Quarter | Draft Initial Report | | 225.00 | 0.30 | 67.50 |
| 01/16/19 | DFO | Hogan Lovells | 2nd Quarter | Write & send email | C Bryant re ledes files | 225.00 | 0.10 | 22.50 |
| 01/16/19 | DFO | Ropes & Gray | 2nd Quarter | Write & send email | B Kahn re searchable files for newly retained firms | 225.00 | 0.10 | 22.50 |
| 01/16/19 | DFO | KPMG LLP | 2nd Quarter | Write & send email | M Plangman re excel files | 225.00 | 0.10 | 22.50 |
| 01/16/19 | DFO | FTI Consulting, Inc. | 2nd Quarter | math check & data correlation | | 225.00 | 2.00 | 450.00 |
| 01/17/19 | DFO | Hogan Lovells | 2nd Quarter | Read email & download files | D Stenger w ledes files | 225.00 | 0.10 | 22.50 |
| 01/17/19 | DFO | FTI Consulting, Inc. | 2nd Quarter | Draft Initial Report | complete review procedures & draft report | 225.00 | 0.50 | 112.50 |
| 01/17/19 | DFO | Hahn Loeser | 2nd Quarter | Draft Initial Report | complete review procedures & draft report | 225.00 | 0.60 | 135.00 |
| 01/17/19 | DFO | Hogan Lovells | 2nd Quarter | math check & data correlation | | 225.00 | 2.70 | 607.50 |
| 01/17/19 | DFO | Hogan Lovells | 2nd Quarter | Draft Initial Report | | 225.00 | 0.30 | 67.50 |
| 01/17/19 | DFO | Akin Gump | 2nd Quarter | math check & data correlation | | 225.00 | 2.10 | 472.50 |
| 01/18/19 | DFO | Akin Gump | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 2.80 | 630.00 |
| 01/19/19 | DFO | KPMG LLP | 2nd Quarter | Read email & download files | M Plangman w excel file | 225.00 | 0.10 | 22.50 |
| 01/20/19 | DFO | Akin Gump | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 1.90 | 427.50 |

**Payment Remittance Address:**  **Direct Fee Review LLC**  **FEIN: 27-0822707**
1000 N. West Street,
Suite 1200
Wilmington, DE 19801

| Invoice to:<br>**FirstEnergy Solutions Corp**<br>**Attn: Mr. Rick Giannantonio**<br>**76 South Main Street**<br>**Akron, OH 44308** | **Invoice Date:** 2/15/2019<br>**Invoice Number:** 1032-0119<br>**Project:** FirstEnergy<br>Bankruptcy Professional Fee Exam |
|---|---|

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | Name | Quarter | Task | Detail | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/21/19 | DFO | Akin Gump | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 3.80 | 855.00 |
| 01/21/19 | DFO | Lazard Freres & Co LLC | 2nd Quarter | Draft Initial Report | edit, convert & fwd to D Hales | 225.00 | 0.20 | 45.00 |
| 01/21/19 | DFO | Sitrick | 2nd Quarter | Draft Initial Report | edit, convert & fwd to J Curry | 225.00 | 0.20 | 45.00 |
| 01/21/19 | DFO | ICF Resources | 2nd Quarter | Draft Initial Report | edit, convert & fwd to D Gerhardt | 225.00 | 0.20 | 45.00 |
| 01/21/19 | DFO | FTI Consulting, Inc. | 2nd Quarter | Draft Initial Report | edit, convert & fwd to M Hyland | 225.00 | 0.20 | 45.00 |
| 01/21/19 | DFO | Hahn Loeser | 2nd Quarter | Draft Initial Report | edit, convert & fwd to M Gallagher | 225.00 | 0.20 | 45.00 |
| 01/21/19 | DFO | Hogan Lovells | 2nd Quarter | Draft Initial Report | edit, convert & fwd to D Stenger | 225.00 | 0.20 | 45.00 |
| 01/22/19 | DFO | Ropes & Gray | 2nd Quarter | Read email & download files | P Pullo w Dec fee app | 225.00 | 0.10 | 22.50 |
| 01/23/19 | DFO | Brouse McDowell | 2nd Quarter | Write & send email | K Bradley re ledes file | 225.00 | 0.10 | 22.50 |
| 01/23/19 | DFO | KPMG LLP | 2nd Quarter | math check & data correlation | | 225.00 | 1.60 | 360.00 |
| 01/23/19 | DFO | ICF Resources | 2nd Quarter | Read email & download files | D Gerhardt re report | 225.00 | 0.10 | 22.50 |
| 01/24/19 | DFO | Client Administration | 2nd Quarter | Review Billing Entires | DFR Interim app & email WJD w comments | 225.00 | 0.10 | 22.50 |
| 01/24/19 | DFO | KPMG LLP | 2nd Quarter | Continue Review Procedures | | 225.00 | 0.30 | 67.50 |
| 01/24/19 | DFO | KPMG LLP | 2nd Quarter | Draft Initial Report | | 225.00 | 0.20 | 45.00 |
| 01/24/19 | DFO | Sitrick | 2nd Quarter | Draft Initial Report | t/c w J Curry re report | 225.00 | 0.10 | 22.50 |
| 01/24/19 | DFO | ICF Resources | 2nd Quarter | Draft Initial Report | t/c w D Gerhardt re report | 225.00 | 0.30 | 67.50 |
| 01/24/19 | DFO | ICF Resources | 2nd Quarter | Draft Final Report | | 225.00 | 0.20 | 45.00 |
| 01/24/19 | DFO | Client Administration | 2nd Quarter | Review Billing Entires | Revised DFR Interim app | 225.00 | 0.10 | 22.50 |
| 01/24/19 | DFO | KPMG LLP | 2nd Quarter | Draft Initial Report | edit, convert & fwd to M Plangman | 225.00 | 0.20 | 45.00 |

| | | | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **Payment Remittance Address:** | | **Direct Fee Review LLC**<br>1000 N. West Street,<br>Suite 1200<br>Wilmington, DE 19801 | | | | | | **FEIN: 27-0822707** |

**Invoice to:**
**FirstEnergy Solutions Corp**
**Attn: Mr. Rick Giannantonio**
**76 South Main Street**
**Akron, OH 44308**

| | | |
|---|---|---|
| **Invoice Date:** | 2/15/2019 |
| **Invoice Number:** | 1032-0119 |
| **Project:** | FirstEnergy |
| | Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/24/19 | DFO | Brouse McDowell | 2nd Quarter | Read email & download files | K Bradley w ledes files | 225.00 | 0.10 | 22.50 |
| 01/24/19 | DFO | ICF Resources | 2nd Quarter | Draft Final Report | edit, convert & fwd to D Gerhardt | 225.00 | 0.20 | 45.00 |
| 01/25/19 | DFO | Middle River | 2nd Quarter | Review docket, update database & download files | Retention order | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | Brouse McDowell | 3rd Quarter | Review docket, update database & download files | Dec fee app | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | Akin Gump | 2nd Quarter | Write & send email | B Khan re new firms' contact info | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | Milbank Tweed | 2nd Quarter | Write & send email | M Koch re ledes files | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Continue Review Procedures | | 225.00 | 1.10 | 247.50 |
| 01/25/19 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Draft Initial Report | | 225.00 | 0.60 | 135.00 |
| 01/25/19 | DFO | Ropes & Gray | 2nd Quarter | Write & send email | M Somerstein, S Moeller Sally re elrc searchable files | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | Honigman | 2nd Quarter | Write & send email | S Sgori, G Walter re elrc searchable files | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | BDO | 2nd Quarter | Write & send email | K Newmarch re elrc searchable files | 225.00 | 0.10 | 22.50 |
| 01/25/19 | DFO | Brouse McDowell | 2nd Quarter | math check & data correlation | | 225.00 | 2.50 | 562.50 |
| 01/25/19 | DFO | Brouse McDowell | 3rd Quarter | Continue Review Procedures | | 225.00 | 0.90 | 202.50 |
| 01/26/19 | DFO | Sitrick | 3rd Quarter | Read email & download files | S Aytch w Dec fee files | 225.00 | 0.10 | 22.50 |
| 01/26/19 | DFO | Hogan Lovells | 2nd Quarter | Draft Initial Report | emails w D Stenger re report | 225.00 | 0.10 | 22.50 |

| | | | | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|

**Payment Remittance Address:**   **Direct Fee Review LLC**   **FEIN: 27-0822707**
1000 N. West Street,
Suite 1200
Wilmington, DE 19801

**Invoice to:**
**FirstEnergy Solutions Corp**
**Attn: Mr. Rick Giannantonio**
**76 South Main Street**
**Akron, OH 44308**

**Invoice Date:** 2/15/2019
**Invoice Number:** 1032-0119
**Project:** FirstEnergy Bankruptcy Professional Fee Exam

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Date | Staff | Firm | Period | Category | Detail | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/26/19 | DFO | Lazard Freres & Co LLC | 2nd Quarter | Draft Final Report | review B Dunn response & draft report | 225.00 | 0.20 | 45.00 |
| 01/26/19 | DFO | Akin Gump | 2nd Quarter | Continue Review Procedures | | 225.00 | 1.10 | 247.50 |
| 01/26/19 | DFO | Brouse McDowell | 2nd Quarter | Continue Review Procedures | | 225.00 | 0.20 | 45.00 |
| 01/26/19 | DFO | Brouse McDowell | 2nd Quarter | Draft Initial Report | | 225.00 | 0.60 | 135.00 |
| 01/27/19 | DFO | Akin Gump | 2nd Quarter | Continue Review Procedures | | 225.00 | 4.90 | 1,102.50 |
| 01/28/19 | DFO | Lazard Freres & Co LLC | 2nd Quarter | Draft Final Report | edit, convert & fwd to B Dunn | 225.00 | 0.20 | 45.00 |
| 01/28/19 | DFO | Willkie, Farr & Gallagher LLP | 2nd Quarter | Draft Initial Report | edit, convert & fwd to A Ambeault | 225.00 | 0.20 | 45.00 |
| 01/28/19 | DFO | Milbank Tweed | 2nd Quarter | Read email & download files | emails w M Koch & download excel files | 225.00 | 0.10 | 22.50 |
| 01/29/19 | DFO | Brouse McDowell | 2nd Quarter | Draft Initial Report | edit, convert & fwd to K Bradley | 225.00 | 0.20 | 45.00 |
| 01/29/19 | DFO | Hogan Lovells | 2nd Quarter | Draft Initial Report | t/c w C Bryant & D Stenger re report | 225.00 | 0.20 | 45.00 |
| 01/29/19 | DFO | FTI Consulting, Inc. | 2nd Quarter | Draft Initial Report | t/c messages & emails w W Ng & M Hyland re report | 225.00 | 0.10 | 22.50 |
| 01/30/19 | DFO | FTI Consulting, Inc. | 2nd Quarter | Draft Initial Report | t/c w W Ng & M Hyland re report | 225.00 | 0.20 | 45.00 |
| 01/30/19 | DFO | Milbank Tweed | 2nd Quarter | Read email & download files | A Heckman w Aug & Sept excel files | 225.00 | 0.10 | 22.50 |
| 01/30/19 | DFO | Milbank Tweed | 2nd Quarter | math check & data correlation | continue review procedures | 225.00 | 1.10 | 247.50 |

**Payment Remittance Address:**  **Direct Fee Review LLC**  **FEIN: 27-0822707**
1000 N. West Street,
Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| **Invoice to:** | **Invoice Date:** 2/15/2019 |
| **FirstEnergy Solutions Corp** | **Invoice Number:** 1032-0119 |
| **Attn: Mr. Rick Giannantonio** | **Project:** FirstEnergy |
| 76 South Main Street | Bankruptcy Professional Fee Exam |
| Akron, OH 44308 | |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 12/01/18 Through 01/31/19** | | | | | | | | |
| 01/31/19 | DFO | Middle River | 3rd Quarter | Read email & download files | G Pasabangi w Nov-Dec fee app | 225.00 | 0.10 | 22.50 |
| 01/31/19 | DFO | Akin Gump | 2nd Quarter | Continue Review Procedures | | 225.00 | 0.70 | 157.50 |
| 01/31/19 | DFO | Akin Gump | 2nd Quarter | Draft Initial Report | | 225.00 | 1.90 | 427.50 |
| 01/31/19 | DFO | Willkie, Farr & Gallagher LLP | 3rd Quarter | Review docket, update database & download files | Dec fee app | 225.00 | 0.10 | 22.50 |
| 01/31/19 | DFO | Milbank Tweed | 2nd Quarter | Continue Review Procedures | | 225.00 | 2.30 | 517.50 |
| 01/31/19 | DFO | Milbank Tweed | 2nd Quarter | Draft Initial Report | | 225.00 | 0.70 | 157.50 |
| 01/31/19 | DFO | Lazard Freres & Co LLC | 3rd Quarter | Read email & download files | A Ashraf w Dec fee app | 225.00 | 0.10 | 22.50 |
| 01/31/19 | DFO | Milbank Tweed | 3rd Quarter | Read email & download files | T Buckingham w Dec fee app | 225.00 | 0.10 | 22.50 |
| | | | | | | | 68.10 $ | 15,322.50 |
| | | | | | | | 98.50 $ | 22,162.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Payment Remittance Address:** | | **Direct Fee Review LLC**<br>1000 N. West Street,<br>Suite 1200<br>Wilmington, DE 19801 | | | | **FEIN: 27-0822707** |

| | |
|---|---|
| **Invoice to:**<br>**FirstEnergy Solutions Corp**<br>**Attn: Mr. Rick Giannantonio**<br>**76 South Main Street**<br>**Akron, OH 44308** | **Invoice Date:** 2/15/2019<br>**Invoice Number:** 1032-0119<br>**Project:** FirstEnergy<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

**Cost Reimbursement:**

| Date | Description | Count | | Rate | | Amount |
|---|---|---|---|---|---|---|
| | | | | | | - |
| | Courtcall | 0 | $ | - | | - |
| | | 0 | $ | - | | - |
| | | 0 | $ | - | | - |
| | | 0 | $ | - | | - |
| | | | $ | - | | - |
| | | | | | **Total Costs** | **$ -** |

| | | |
|---|---|---|
| **Please remit to:** | **Invoice Total** | **$ 22,162.50** |
| **Direct Fee Review LLC**<br>WJ Dryer<br>1000 N. West Street,<br>Suite 1200<br>Wilmington, DE 19801 | **Total Amount Payable** | **$ 28,638.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Payment Remittance Address:** | Direct Fee Review LLC<br>1000 N. West Street,<br>Suite 1200<br>Wilmington, DE 19801 | | | | | **FEIN: 27-0822707** |

**Invoice to:**
FirstEnergy Solutions Corp
Attn: Mr. Rick Giannantonio
76 South Main Street
Akron, OH 44308

**Invoice Date:** 2/15/2019
**Invoice Number:** 1032-0119
**Project:** FirstEnergy
Bankruptcy Professional Fee Exam

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|

**For Services 12/01/18 Through 01/31/19**

| Statement: INVOICES/PAYMENTS | Total Fees | 20 Percent Holdback | 80 Percent Payable | Costs | Payments | Balance |
|---|---|---|---|---|---|---|
| | | | | | | $ - |
| 10/15/2018 1032-0918 | $ 24,862.50 | $ 4,972.50 | $ 19,890.00 | $ - | | $ 24,862.50 |
| 11/15/2018 1032-1018 | $ 12,127.50 | $ 2,425.50 | $ 9,702.00 | $ - | | $ 36,990.00 |
| 12/15/2018 1032-1118 | $ 4,050.00 | $ 810.00 | $ 3,240.00 | $ - | | $ 41,040.00 |
| 12/21/2018 PAYMENT | | | | | $ 34,564.50 | $ 6,475.50 |
| 02/15/2019 1032-0119 | $ 22,162.50 | $ 4,432.50 | $ 17,730.00 | $ - | | $ 28,638.00 |
| TOTAL | $ 63,202.50 | $ 12,640.50 | $ 50,562.00 | $ - | $ 34,564.50 | |