**IN RE:**

| Debtors | CASE NO.: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

**Chapter 11 Judge:**          Alan M. Koschik

As debtor in possession, I affirm:

1.   That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.   That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)          YES__X____          NO_____

3.   That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)          YES__X____          NO_____

4.   No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(If not, attach a written explanation)          YES__X____          NO_____

5.   All United States Trustee Quarterly fees have been paid and are current.
                                                              YES__X____          NO_____

6.   Have you filed your prepetition tax returns.
(If not, attach a written explanation)          YES_____          NO__X___

   **Explanation:** We have filed all pre-petition tax returns that were due.  Certain pre-petition tax returns for the period of
   January 1, 2018 through March 31, 2018 will not be due until April 2019 or later.

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents
is true and correct.

          Dated:          3/28/2019                    *Kevin Warvell*
                                                                  **Responsible Officer of the Debtor in Possession**

                                                                  VP, FES CFO, Treasurer & Corp Secretary
                                                                  **Title**

*This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting
requirements applicable in the bankruptcy cases and is in a format acceptable to the U.S. Trustee. The financial information
contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles
generally accepted in the United States of America ("U.S. GAAP").*

*The unaudited consolidated financial statements have been derived from the books and records of the Debtors in these Chapter
11 cases. The information furnished in this report includes primarily normal recurring adjustments, but not all of the
adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S.
GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of
accounting review and testing that the Debtors apply in the preparation of their quarterly and annual financial information in
accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial
information may be subject to change, and that these changes could be material.*

*The amounts currently classified as liabilities subject to compromise may be subject to future change as the Debtors complete
their analysis of pre and post-petition liabilities.*

*The results of operations contained herein are not necessarily indicative of results which may be expected from any other
period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and
schedule of receipts and disbursements of the Debtors in the future. The Debtors caution readers not to place undue reliance
upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.*

**FORM 1**

| Case No: | 18-50757 | | 18-50762 | | 18-50760 | | 18-50759 | | 18-50763 | | 18-50764 | | Consolidated FirstEnergy | | 18-50761 | |
| In $US Dollars | FirstEnergy Solutions Corp. | | FirstEnergy Generation, LLC | | FirstEnergy Nuclear Generation, LLC | | FE Aircraft Leasing Corp. | | FirstEnergy Generation Mansfield Unit 1 Corp. | | | | Solutions Corp. (a) | | FirstEnergy Nuclear Operating Company | |
| | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing | Current Month | Total Since Filing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | | | |
| Electric Sales | $ 174,090,691 | $ 2,269,922,418 | $ 51,508,000 | $ 641,283,557 | $ 68,612,672 | $ 986,589,554 | $ - | $ - | $ 4,115,757 | $ 69,850,664 | $ - | $ - | $ 174,090,691 | $ 2,269,922,418 | $ - | $ - |
| Other Revenues | 159 | 240,733 | 501,526 | 2,983,516 | - | - | - | 777,886 | - | - | - | - | 501,685 | 4,002,135 | 163,821 | 572,723 |
| **Total Revenue** | $ 174,090,851 | $ 2,270,163,150 | $ 52,009,526 | $ 644,267,073 | $ 68,612,672 | $ 986,589,554 | $ - | $ 777,886 | $ 4,115,757 | $ 69,850,664 | $ - | $ - | $ 174,592,376 | $ 2,273,924,553 | $ 163,821 | $ 572,723 |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Fuel | - | - | 12,921,144 | 204,996,679 | 2,511,666 | 55,436,171 | - | - | (22,846) | 8,168,278 | - | - | 15,409,964 | 268,601,128 | - | - |
| Purchased Power | 158,692,575 | 2,146,083,431 | 4,115,859 | 69,891,712 | - | - | - | - | - | - | - | - | 38,572,005 | 518,251,368 | - | - |
| Professional & Contractor Service | 15,303,846 | 164,459,629 | 5,137,781 | 93,899,099 | 53 | 27,621 | - | - | - | - | - | - | 20,441,680 | 258,386,348 | 11,835,224 | 133,955,231 |
| Labor and Employee Benefit | 2,512,524 | 16,921,716 | 7,005,820 | 70,751,665 | (12,683) | (12,683) | - | 327 | - | - | - | - | 9,505,661 | 87,661,025 | 31,593,719 | 379,964,742 |
| General Business and Trave | 47,902 | 1,533,660 | 54,597 | 901,541 | - | 129,944 | - | (6,192) | - | - | - | - | 102,499 | 2,558,954 | 629,929 | 7,005,475 |
| Dues, Fees, Licenses & Permit | 127,497 | 6,507,760 | 124,233 | 2,098,476 | 0 | 118,544 | - | - | - | - | - | - | 251,730 | 8,724,780 | 3,241,158 | 39,580,259 |
| Lease Rental Costs | 150,858 | 1,232,763 | 165,320 | 2,568,446 | 54,470 | 571,902 | - | - | - | - | - | - | 370,648 | 4,373,111 | 331,808 | 2,448,809 |
| Other Operating Expense | 10,740,063 | 168,022,854 | 6,212,191 | 487,560,138 | 61,713,354 | 734,343,433 | - | 6,192 | 1,239,881 | 131,793,266 | - | - | 83,968,628 | 1,476,318,059 | (47,310,076) | (581,912,899) |
| Provision for Depreciation and Amortizatio | 664,315 | 7,496,576 | (172,652) | 22,140,978 | 13,093,831 | 133,181,876 | - | 403,286 | - | 1,913,117 | - | - | 13,585,494 | 163,797,741 | - | - |
| General Taxes | 1,882,989 | 19,056,263 | 1,386,259 | 13,519,500 | 1,434,475 | 15,661,302 | - | - | 21,225 | 248,939 | - | - | 4,724,948 | 48,657,205 | 1,879,113 | 19,582,764 |
| **Total Operating Expenses** | 190,122,571 | 2,531,314,650 | 36,950,551 | 968,328,234 | 78,795,165 | 939,458,110 | - | 403,613 | 1,238,260 | 142,123,600 | - | - | 186,933,258 | 2,837,329,718 | 2,230,481 | 1,598,170 |
| **Operating Margin** | (16,031,720) | (261,151,500) | 15,058,975 | (324,061,161) | (10,182,493) | 47,131,444 | - | 374,274 | 2,877,497 | (72,272,936) | - | - | (12,340,882) | (563,405,166) | (2,066,659) | (1,025,447) |
| | | | | | | | | | | | | | | | | |
| **Other Income / (Expense)** | | | | | | | | | | | | | | | | |
| Other Income / (Expense | 13,946,202 | (243,032,256) | (1,263,219) | (90,982,441) | 19,522,946 | 45,615,661 | 101,313 | (2,256,501) | (4,781,052) | 1,820 | - | - | 15,784,546 | 85,502,503 | 2,437,398 | 11,140,713 |
| Interest Expense | (99,181) | (2,475,756) | (2,510,146) | (17,817,001) | (5,020,633) | (34,234,248) | - | - | - | (50,262,811) | - | - | (1,901,760) | (23,144,863) | (234,177) | (2,585,322) |
| Capitalized Financing Cost | 71 | 13,513 | - | 698,530 | - | - | - | - | - | 1,740 | - | - | 71 | 713,783 | - | - |
| **Other Income and Expenses** | 13,847,092 | (245,494,499) | (3,773,364) | (108,100,911) | 14,502,313 | 11,381,413 | 101,313 | (2,256,501) | (4,781,052) | (50,259,251) | - | - | 13,882,856 | 63,071,423 | 2,203,221 | 8,555,391 |
| | | | | | | | | | | | | | | | | |
| Income Taxes | 3,109,938 | (5,626,119) | (2,839,112) | 63,448,142 | (705,527) | 2,621,125 | (22,876) | 559,109 | 549,977 | 23,929,390 | - | - | (112,464) | 68,839,278 | (136,561) | (7,529,944) |
| | | | | | | | | | | | | | | | | |
| **Net Income / (Loss)** | $ 925,310 | $ (512,272,118) | $ 8,446,499 | $ (368,713,930) | $ 3,614,292 | $ 61,133,982 | $ 78,436 | $ (1,323,119) | $ (1,353,578) | $ (98,602,798) | $ - | $ - | $ 1,429,510 | $ (431,494,465) | $ (0) | $ - |

Dated:  03/28/2019

_Kevin Warvell_ (signature)

Responsible Officer of the Debtor in Possession

Notes:
(a) Consolidated FirstEnergy Solutions Corp. does not include FirstEnergy Nuclear Operating Compan

FORM 2

# BALANCE SHEET
# Period Ending: February 28, 2019

| Debtor: | Case Number: | | |
|---|---|---|---|
| **FirstEnergy Solutions Corp.** | **18-50757** | | |
| **FirstEnergy Generation, LLC** | **18-50762** | | |
| **FirstEnergy Nuclear Generation, LLC** | **18-50760** | | |
| **FE Aircraft Leasing Corp.** | **18-50759** | | |
| **FirstEnergy Generation Mansfield Unit 1 Corp.** | **18-50763** | Debtor: | Case Number: |
| **Norton Energy Storage L.L.C.** | **18-50764** | **FirstEnergy Nuclear Operating Company** | **18-50761** |

| In $US Dollars | Current Month [a] | Prior Month [a] | | Current Month | Prior Month |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash & Cash Equivalents | $ 1,111,782,893 | $ 1,138,943,530 | $ | 20,377,033 | $ 24,096,052 |
| Accounts Receivable - Trade / Other | 128,549,221 | 146,482,247 | | - | - |
| Prepayments & Other | 134,823,675 | 136,766,501 | | 20,574,122 | 21,670,871 |
| Materials and Supplies | 85,972,842 | 82,965,819 | | - | - |
| Other Current Assets | 126,508,497 | 134,031,756 | | 258,294,826 | 291,391,769 |
| **Total Current Assets** | **1,587,637,127** | **1,639,189,852** | | **299,245,981** | **337,158,693** |
| | | | | | |
| **Property, Plant and Equipment** | | | | | |
| Net Plant, excluding CWIP | 203,158,817 | 203,820,034 | | | |
| CWIP | 6,701,915 | 6,499,510 | | - | - |
| **Total Property, Plant and Equipment** | **209,860,732** | **210,319,544** | | **-** | **-** |
| | | | | | |
| **Other Long-Term Assets** | | | | | |
| Nuclear Plant Decommissioning Trusts | 1,875,416,150 | 1,864,860,903 | | - | - |
| Accumulated Deferred Income Taxes | 2,031,065,703 | 2,031,688,784 | | 51,178,475 | 52,128,223 |
| Other | 417,718,993 | 412,422,622 | | 728,518,234 | 729,077,882 |
| **Total Long-Term Assets** | **4,324,200,846** | **4,308,972,309** | | **779,696,710** | **781,206,105** |
| | | | | | |
| **Total Assets** | **$ 6,121,698,705** | **$ 6,158,481,705** | | **$ 1,078,942,691** | **$ 1,118,364,797** |
| | | | | | |
| **Post-Petition Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable - Trade | $ 19,376,463 | $ 15,507,812 | $ | 14,887,505 | $ 12,871,834 |
| Accounts Payable - Other | 75,722,096 | 82,054,454 | | 23,484,953 | 29,784,844 |
| Other Current Liabilities | 621,179,460 | 647,535,969 | | 133,783,248 | 167,409,445 |
| **Total Post-Petition Current Liabilities** | **716,278,020** | **745,098,235** | | **172,155,706** | **210,066,123** |
| | | | | | |
| **Long-term Liabilities** | | | | | |
| Long-term Debt | - | - | | - | - |
| Other Long-Term Liabilities | 110,807,820 | 98,683,744 | | 32,982,083 | 34,388,219 |
| **Total Post-Petition Long-Term Liabilities** | **110,807,820** | **98,683,744** | | **32,982,083** | **34,388,219** |
| | | | | | |
| **Liabilities Subject to Compromise (LSTC) [b]** | | | | | |
| LSTC - Trade [c] | 26,437,474 | 26,315,220 | | 18,718,905 | 18,715,699 |
| LSTC - Other | 7,830,451,121 | 7,844,838,406 | | 905,043,623 | 906,461,395 |
| **Total LSTC** | **7,856,888,594** | **7,871,153,625** | | **923,762,528** | **925,177,094** |
| | | | | | |
| **Equity** | | | | | |
| Equity | (2,562,275,729) | (2,556,453,899) | | (49,957,626) | (51,266,638) |
| **Total Equity** | **(2,562,275,729)** | **(2,556,453,899)** | | **(49,957,626)** | **(51,266,638)** |
| | | | | | |
| **Total Liabilities and Equity** | **$ 6,121,698,705** | **$ 6,158,481,705** | | **$ 1,078,942,691** | **$ 1,118,364,797** |

Dated: 03/28/2019

*Kevin Warvell*

**Responsible Officer of the Debtor in Possession**

**Notes**

(a) FirstEnergy Solutions Corp. and it's subsidiaries balance sheets are presented on a consolidated basis consistent with their historical SEC reporting methodology.

(b) Liabilities subject to compromise (LSTC) includes amounts for asset retirement obligations, employee related items such as pension or OPEB, deferred sale and leaseback liability for Bruce Mansfield Unit 1 and tax-related liabilities that are not included in the Debtors' statements and schedules.

(c) The LSTC - Trade balance reflects vouched, prepetition, third party trade payables. Prepetition third party trade accruals of approximately $74.7 million are reflected in LSTC – Other line item.

**FORM 3**

# SUMMARY OF OPERATIONS
## Period Ended: February 28, 2019

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| Schedule of Postpetition Taxes Payable | | | | |
|---|---|---|---|---|
| In $US Dollars | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
| **Income Taxes Withheld:** | | | | |
| Federal: | - | $11,857,547 | ($11,857,547) | $0 |
| State: | - | 2,144,896 | (2,144,896) | - |
| Local: | - | 776,152 | (776,152) | - |
| **FICA Withheld:** | - | 4,994,490 | (4,994,490) | - |
| **Employers FICA:** | - | 4,973,784 | (4,973,784) | - |
| **Unemployment Tax:** | | | | |
| Federal: | - | 10,524 | (10,524) | - |
| State: | - | 116,752 | (116,752) | - |
| **Sales, Use & Excise Taxes:** | (6,087) | 229,507 | (167,145) | 56,274 |
| **Property Taxes:** | 15,837,529 | 2,129,001 | (1,308,296) | 16,658,234 |
| **Workers' Compensation** | - | - | - | - |
| **Other:** | - | - | - | - |
| **TOTALS:** | **$13,856,282** | **$27,232,652** | **($26,349,585)** | **$16,714,508** |

### AGING OF ACCOUNTS RECEIVABLE
### AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 | Total |
|---|---|---|---|---|
| Post-Petition Accounts Payable [(a)] | 33,692,469 | 571,500 | - | **$34,263,969** |
| Accounts Receivable [(b)] | 75,999,853 | 1,492,843 | 13,036 | **$77,505,732** |

**Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:**

Beside the relief contained in the orders granting the first day motions, the filing of Schedules and Statement of Financial Affairs for each of the Debtors, the order extending the Debtors' exclusive periods to file a plan of reorganization and solicit acceptances thereto, the order granting the motion to approve the settlement among the Debtors, Non-Debtor affiliates and certain other settlement parties, the motion to approve the restructuring support agreement between the Debtors and certain Consenting Creditors with attached plan term sheet filed with the Court and the disclosure statement and accompanying plan of reorganization filed with the Court, nothing else to report this period.

Dated: 03/28/2019

**Responsible Officer of the Debtor in Possession**

### Notes
**(a)** Includes vouched post-petition third-party accounts payable. Balances over 30 days represent vendors with payment terms greater than 30 days.
**(b)** Does not match accounts receivable reflected in Form 3, as accounts receivable reflected in Form 3 includes accounts receivable that has been earned but not billed.

FORM 4

# MONTHLY CASH STATEMENT
## Period Ending:  February 28, 2019

**Debtor:**                      **Case No:**

| Debtor | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| Cash Activity Analysis (Cash Basis Only) In $US Dollars | Acct. x5604 | Acct. x3176 | Acct. x8799 | Acct. x7460 | Acct. x0085 | Acct. x8929 | Acct. x0077 |
|---|---|---|---|---|---|---|---|
| A. Beginning Balance | $1,125,094,194 | $24,095,483 | $2,696,293 | $651,943 | $11,631,128 | $0 | $0 |
| B. Receipts | 166,925,607 | 379,143 | 4,323 | 1,045 | 18,648 | - | - |
|     Transfers, net | (104,375,026) | 104,375,026 | - | - | - | - | - |
| C. Balance Available | 1,187,644,775 | 128,849,651 | 2,700,616 | 652,989 | 11,649,776 | - | - |
| D. Less Disbursements | (89,601,824) | (108,473,188) | - | - | - | - | - |
| E. ENDING BALANCE | 1,098,042,952 | $20,376,464 | $2,700,616 | $652,989 | $11,649,776 | $0 | $0 |
| | (a)(b) | (c) | (d) | (a) | (a) | | |

**Account x5604:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x5604

**Account x3176:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x3176

**Account x8799:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x8799

**Account x7460:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x7460

**Account x0085:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x0085

**Account x8929:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x8929

**Account x0077:**
    1. Depository Name & Location     JPMorgan Chase Bank, N.A.
    2. Account Number     x0077

**Other monies on hand (specify type and location) i.e., CD's, bonds, etc.)**

**Not Applicable**

Dated:  03/28/2019           **Responsible Officer of the Debtor in Possession**

**Notes**

**(a)** Balance of these three accounts is reflective of the cash balance in the consolidated balance sheet in Form 3 for the following debtors: FirstEnergy Solutions Corp., FirstEnergy Generation, LLC, FirstEnergy Nuclear Generation, LLC, FE Aircraft Leasing Corp., FirstEnergy Generation Mansfield Unit 1 Corp., Norton Energy Storage L.L.C. The difference between the bank account balance and the balance on the balance sheet is driven by various book vs. bank reconciling items.

**(b)** Balance does not match the bank account statement balance as the bank account statement balance does not include the daily overnight investment sweep amounts ($844.0 million overnight sweep on February 28, 2019).

**(c)** Balance is reflective of the cash balance in Form 3 of the balance sheet for FirstEnergy Nuclear Operating Company. The difference between the bank account balance and the balance on the balance sheet is driven by various book vs. bank reconciling items.

**(d)** Escrow deposit account reflected as a pre-payment on Form 3 for the balance sheet including the following debtors: FirstEnergy Solutions Corp., FirstEnergy Generation, LLC, FirstEnergy Nuclear Generation, LLC, FE Aircraft Leasing Corp., FirstEnergy Generation Mansfield Unit 1 Corp., Norton Energy Storage L.L.C.

**FORM 5**

## MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS
### Period Ending: February 28, 2019

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| Name: | Multiple | Capacity: | | Shareholder |
|---|---|---|---|---|
| | | | x | Officer |
| | | | x | Director |
| | | | x | Insider |

**Detailed Description of Duties:**      Seven officers / insiders and three independent directors

| In $US Dollars | Month of February 2019 |
|---|---|
| **Current Compensation Paid:** | $ 1,682,271 |
| **Current Benefits Paid:** | |
| Health Insurance | 11,308 |
| Life Insurance | 371 |
| Retirement | - |
| Company Vehicle | - |
| Entertainment | - |
| Expense Reimbursement | 7,643 |
| Other Benefits | 656 |
| **Total Benefits** | $ 19,979 |
| **Current Other Payments Paid:** | |
| Rent Paid | - |
| Loans | - |
| Other (Company paid Umbrella Liability Insurance) | 388 |
| **Total Other Payments** | $ 388 |
| **Total of all payments for the current month:** | $ 1,702,637 |

Dated: _____ 3/28/2019

_Kevin Warvell_

**Responsible Officer of the Debtor in Possession**

**FORM 6**

# SCHEDULE OF IN-FORCE INSURANCE

### Period Ending: February 28, 2019

| Debtor: | Case No: |
|---|---|
| FirstEnergy Solutions Corp. | 18-50757 |
| FirstEnergy Generation, LLC | 18-50762 |
| FirstEnergy Nuclear Generation, LLC | 18-50760 |
| FirstEnergy Nuclear Operating Company | 18-50761 |
| FE Aircraft Leasing Corp. | 18-50759 |
| FirstEnergy Generation Mansfield Unit 1 Corp. | 18-50763 |
| Norton Energy Storage L.L.C. | 18-50764 |

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Liability Insurance | ACE Bermuda Insurance Ltd. / Aon Bermuda | 7/1/2019 |
| Punitive Damages Insurance | Aegis Security Insurance Company/ AEGIS Insurance Services Inc. | 7/1/2019 |
| Directors and Officers Liability Insurance Policy | Aegis Security Insurance Company/ AEGIS Insurance Services Inc. | 9/1/2019 |
| Excess Follow Form Policy | Aegis Security Insurance Company/ AEGIS Insurance Services Inc. | 9/1/2019 |
| Liability Insurance | Allied World Assurance Company Ltd. / Aon Bermuda | 7/1/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Cyber Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Nuclear Energy Liability Policy | American Nuclear Insurers | 12/31/2019 |
| Excess Liability Insurance Policy | Arch Ins. Bermuda Ltd. / Aon Bermuda | 7/1/2019 |
| Arch Insurance Company Directors and Officers Liability | Arch Insurance Company | 9/1/2019 |
| Excess Liability Insurance Policy | Associated Electric & Gas Ins Services Ltd | 7/1/2019 |
| Excess Workers Compensation | Associated Electric & Gas Ins Services Ltd | 7/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | Associated Electric & Gas Ins Services Ltd | 10/1/2019 |
| Excess Cyber Liability Indemnity Policy | Associated Electric & Gas Ins Services Ltd | 2/1/2020 |
| Directors and Officers Liability Policy | AXIS Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | Berkshire Hathaway Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | Berkshire Hathaway Specialty Insurance Company | 3/30/2019 |
| Marine Policy Of Insurance | Continental Insurance Company | 7/1/2019 |
| Directors and Officers Liability Policy | Continental Insurance Company | 9/1/2019 |
| Excess Management Liability Insurance | Endurance American Insurance Company | 9/1/2019 |
| Marine Policy Of Insurance | Endurance American Insurance Company (New) | 7/1/2019 |
| Excess General Liability Indemnity Policy | Energy Insurance Mutual Ltd | 7/1/2019 |
| Excess Directors and Officers Liability Indemnity Policy | Energy Insurance Mutual Ltd | 9/1/2019 |
| Excess Fiduciary | Energy Insurance Mutual Ltd | 9/1/2019 |
| Property Insurance | Energy Insurance Mutual Ltd | 10/1/2019 |
| Property Insurance | Energy Insurance Mutual Ltd | 10/1/2019 |
| Excess Cyber Liability Indemnity Policy | Energy Insurance Mutual Ltd | 2/1/2020 |
| Terrorism and/or Sabotage and Sabotage Liability | Energy Insurance Services Inc. | 1/1/2020 |
| Directors and Officers Liability Excess Chubb Policy | Federal Insurance Company | 9/1/2019 |
| Executive Protection Portfolio Policy | Federal Insurance Company | 9/1/2019 |
| Crime Excess Policy | Federal Insurance Company | 4/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | Freberg Environmental Inc. | 10/1/2019 |
| Aviation Insurance Policy | Global Aerospace, Inc. | 6/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | HDI Global Insurance Company | 10/1/2019 |
| Directors & Officers Liability Policy | Illinois National Insurance Company | 9/1/2019 |
| Excess Edge Policy | Illinois National Insurance Company | 9/1/2019 |
| Crisis Insurance | National Union Fire Insurance Company of Pittsburgh, PA | 4/1/2019 |
| Property Insurance Policy- Policy Of All Risk Property Insurance Including Machinery Breakdown | Navigators Management Co. Inc. | 10/1/2019 |
| Excess Non-Nuclear Property Insurance Policy | Neil Specialty Insurance Company | 4/1/2019 |
| Excess Non-Nuclear Property Insurance Policy | Neil Specialty Insurance Company | 4/1/2019 |
| Excess Non-Nuclear Property Insurance Policy | Neil Specialty Insurance Company | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Blanket Excess, Decontamination Liability, Decommissioning Liability and Excess Property Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Neil I Accidental Outage Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Neil I Accidental Outage Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Primary Property And Decontamination Liability Insurance | Nuclear Electric Insurance Limited | 4/1/2019 |
| Neil I Accidental Outage Insurance Policy | Nuclear Electric Insurance Limited | 4/1/2019 |
| Commercial Excess Property Policy | Princeton Excess & Surplus Lines Insurance Co | 10/1/2019 |
| Directors & Officers Liability Policy | QBE Insurance Corporation | 9/1/2019 |
| Directors & Officers Liability Policy | Starr Indemnity & Liability Company | 3/30/2019 |
| Evidence Of Cover | Talbot Underwriting Services (US) Ltd. (Validus) | 10/1/2019 |
| Directors and Officers Liability Policy | U.S. Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | U.S. Specialty Insurance Company | 3/30/2019 |
| Worldwide Vessel Pollution Policy | Water Quality Insurance Syndicate | 7/1/2019 |
| Liability Insurance | XL Insurance Bermuda Ltd. / Aon Bermuda | 7/1/2019 |
| Excess Insurance Policy | XL Specialty Insurance Company | 7/1/2019 |
| Directors and Officers Liability Policy | XL Specialty Insurance Company | 9/1/2019 |
| Directors and Officers Liability Policy | XL Specialty Insurance Company | 3/30/2019 |
| Directors and Officers Liability Policy | Zurich American Insurance Company | 9/1/2019 |
| Xsprop | Zurich American Insurance Company | 10/1/2019 |
| Commercial Crime Policy | Zurich American Insurance Company | 4/1/2019 |

Dated: 03/28/2019

Responsible Officer of the Debtor in Possession

FORM 7

**JPMorganChase** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

February 01, 2019 through February 28, 2019

Account Number: xxxxxxxxxxx5604

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00022489 DDA 802 211 06019 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
341 WHITE POND DRIVE
AKRON OH 44320-1119



# CHECKING SUMMARY
Commercial Checking With Interest

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$253,682,914.67** |
| Deposits and Additions | 50 | 15,913,761,288.75 |
| Electronic Withdrawals | 6 | - 193,976,849.48 |
| Other Withdrawals, Fees & Charges | 19 | - 15,719,408,945.44 |
| **Ending Balance** | **75** | **$254,058,408.50** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 2.11% |
| Interest Paid This Period | $405,322.93 |
| Interest Paid Year-to-Date | $859,912.55 |

Interest paid in 2018 for account xxxxxxxxxxx5604 was $4,182,230.84.

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0321012186Xj | $871,411,279.72 |
| 02/01 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1433300032Zm | 2,522,680.35 |
| 02/01 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3644300032Jo | 327,991.94 |
| 02/01 | JPMorgan Mmmf Dividend 100% US Treasury Capital 3163 29921900 Trn: 0321009665Xj | 1,566,264.38 |
| 02/04 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0351000160Xj | 876,988,450.71 |
| 02/04 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0974400035Zm | 7,729,743.08 |

# DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 02/05 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0361000158Xj | 879,511,131.06 |
| 02/05 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0985900036Zm | 5,250,510.02 |
| 02/06 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0371000159Xj | 887,240,874.14 |
| 02/06 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0927900037Zm | 5,581,752.33 |
| 02/06 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5149000037Jo | 282,450.64 |
| 02/06 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5148900037Jo | 3,588.32 |
| 02/07 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0381000158Xj | 818,116,358.20 |
| 02/07 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0933100038Zm | 5,165,782.04 |
| 02/08 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0391000158Xj | 795,276,516.34 |
| 02/08 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1121300039Zm | 5,699,479.35 |
| 02/08 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4296900039Jo | 37,536.47 |
| 02/11 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0421000157Xj | 800,442,298.38 |
| 02/11 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0954700042Zm | 10,785,399.90 |
| 02/12 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0431000160Xj | 806,179,314.20 |
| 02/12 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0948700043Zm | 7,183,245.90 |
| 02/13 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0441000158Xj | 816,964,714.10 |
| 02/13 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0893600044Zm | 4,437,887.00 |
| 02/13 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5063100044Jo | 5,994.00 |
| 02/14 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0451000156Xj | 824,147,960.00 |
| 02/14 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0907400045Zm | 2,675,978.79 |
| 02/15 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0461000158Xj | 802,792,468.80 |
| 02/15 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0869800046Zm | 2,904,966.95 |
| 02/15 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5009300046Jo | 20,035.14 |
| 02/19 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0501000159Xj | 805,488,482.73 |
| 02/19 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0808100050Zm | 18,268,987.12 |
| 02/20 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0511000157Xj | 808,393,449.68 |
| 02/20 | | 16,758,939.80 |

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0652700051Zm | |
| 02/20 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5540800051Jo | 24,355.75 |
| 02/21 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0521000159Xj | 826,662,436.80 |
| 02/21 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0751700052Zm | 4,484,553.98 |
| 02/22 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0531000159Xj | 814,864,636.14 |
| 02/22 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3444500053Jo | 30,491,444.40 |
| 02/22 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1085100053Zm | 4,450,149.54 |
| 02/22 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3444600053Jo | 7,263.98 |
| 02/25 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0561000158Xj | 819,847,898.50 |
| 02/26 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0571000158Xj | 824,298,048.04 |
| 02/26 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0957400057Zm | 19,613,268.29 |
| 02/27 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0581000157Xj | 824,298,048.04 |
| 02/27 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 0926000058Zm | 6,424,868.53 |
| 02/27 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5780600058Jo | 91,569.23 |
| 02/27 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5780500058Jo | 70,511.12 |
| 02/28 | JPMorgan Mmmf Redemption 100% US Treasury Capital 3163 29921900 Trn: 0591000158Xj | 843,911,316.33 |
| 02/28 | Book Transfer Credit B/O: Firstenergy Service Company Akron OH 44308-1812 Trn: 1066700059Zm | 3,653,085.57 |
| 02/28 | Interest Payment | 405,322.93 |
| **Total Deposits and Additions** | | **$15,913,761,288.75** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/06 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 2413200037Jo | $74,375,025.96 |
| 02/06 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 4713600037Jo | 28,707,633.15 |
| 02/13 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 4888300044Jo | 25,799,372.20 |
| 02/20 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5126600051Jo | 28,581,096.21 |
| 02/22 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 3069300053Jo | 30,000,000.00 |
| 02/27 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5544400058Jo | 6,513,721.96 |
| **Total Electronic Withdrawals** | | **$193,976,849.48** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0321013014Xj | $876,988,450.71 |
| 02/04 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0351000670Xj | 879,511,131.06 |
| 02/05 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0361000553Xj | 887,240,874.14 |
| 02/06 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0371000522Xj | 818,116,358.20 |
| 02/07 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0381000558Xj | 795,276,516.34 |
| 02/08 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0391000586Xj | 800,442,298.38 |
| 02/11 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0421000596Xj | 806,179,314.20 |
| 02/12 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0431000552Xj | 816,964,714.10 |
| 02/13 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0441000552Xj | 824,147,960.00 |
| 02/14 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0451000553Xj | 802,792,468.80 |
| 02/15 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0461000682Xj | 805,488,482.73 |
| 02/19 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0501000622Xj | 808,393,449.68 |
| 02/20 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0511000622Xj | 826,662,436.80 |
| 02/21 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0521000586Xj | 814,864,636.14 |
| 02/22 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0531000626Xj | 819,847,898.50 |
| 02/25 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0561000640Xj | 824,298,048.04 |
| 02/26 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0571000592Xj | 824,298,048.04 |
| 02/27 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0581000538Xj | 843,911,316.33 |
| 02/28 | JPMorgan Mmmf Investment 100% US Treasury Capital 3163 29921900 At Nav of 1.0000 Trn: 0591000623Xj | 843,984,543.25 |
| **Total Other Withdrawals, Fees & Charges** | | **$15,719,408,945.44** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 02/01 | $252,522,680.35 | 02/08 | 255,737,015.82 |
| 02/04 | 257,729,743.08 | 02/11 | 260,785,399.90 |
| 02/05 | 255,250,510.02 | 02/12 | 257,183,245.90 |
| 02/06 | 227,160,158.14 | 02/13 | 228,644,508.80 |
| 02/07 | 255,165,782.04 | 02/14 | 252,675,978.79 |

Page 4 of 6


## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | | DATE | AMOUNT |
|------|--------|---|------|--------|
| 02/15 | 252,904,966.95 | | 02/25 | 250,000,000.00 |
| 02/19 | 268,268,987.12 | | 02/26 | 269,613,268.29 |
| 02/20 | 238,202,199.34 | | 02/27 | 250,073,226.92 |
| 02/21 | 254,484,553.98 | | 02/28 | 254,058,408.50 |
| 02/22 | 254,450,149.54 | | | |



## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

02/01 **TO** 02/28 **AT** 2.09%

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

18-50757-amk    Doc 2426    FILED 04/01/19    ENTERED 04/01/19 15:01:16    Page 13 of 27

**JPMorganChase** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00000417 DDA 001 211 06019 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY NUCLEAR OPERATING COMPANY
76 S MAIN ST
AKRON OH 44308-1812



# CHECKING SUMMARY   Commercial Checking With Interest

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$24,095,482.87** |
| Deposits and Additions | 11 | 104,754,168.59 |
| Electronic Withdrawals | 4 | - 108,473,187.78 |
| **Ending Balance** | **15** | **$20,376,463.68** |
| | | |
| Annual Percentage Yield Earned This Period | | 2.11% |
| Interest Paid This Period | | $68,676.08 |
| Interest Paid Year-to-Date | | $149,305.39 |

Interest paid in 2018 for account xxxxxxxxxxx3176 was $501,764.88.

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3644100032Jo | $30,673.56 |
| 02/06 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3108400037Jo | 74,375,025.96 |
| 02/06 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5150700037Jo | 61,374.37 |
| 02/08 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 4297000039Jo | 37,912.23 |
| 02/13 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5063200044Jo | 1,260.04 |
| 02/15 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5009400046Jo | 4,298.69 |
| 02/20 | | 43,378.66 |

**JPMorganChase** ⬤

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5540900051Jo | |
| 02/22 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3444900053Jo | 30,000,000.00 |
| 02/22 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 3444700053Jo | 10,144.73 |
| 02/27 | Book Transfer Credit B/O: Firstenergy Service CO Akron OH 44308- Trn: 5780900058Jo | 121,424.27 |
| 02/28 | Interest Payment | 68,676.08 |
| **Total Deposits and Additions** | | **$104,754,168.59** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 02/06 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 4713400037Jo | $25,833,238.31 |
| 02/13 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 4882000044Jo | 20,545,330.09 |
| 02/20 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5126700051Jo | 50,385,522.28 |
| 02/27 | Book Transfer Debit A/C: Firstenergy Service Company Akron OH 44308- Trn: 5535200058Jo | 11,709,097.10 |
| **Total Electronic Withdrawals** | | **$108,473,187.78** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|-------:|
| 02/01 | $24,126,156.43 |
| 02/06 | 72,729,318.45 |
| 02/08 | 72,767,230.68 |
| 02/13 | 52,223,160.63 |
| 02/15 | 52,227,459.32 |
| 02/20 | 1,885,315.70 |
| 02/22 | 31,895,460.43 |
| 02/27 | 20,307,787.60 |
| 02/28 | 20,376,463.68 |

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| | 02/01 | **TO** | 02/28 | **AT** | 2.09% |

18-50757-amk    Doc 2426    FILED 04/01/19    ENTERED 04/01/19 15:01:16    Page 15 of 27



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC






This Page Intentionally Left Blank

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

February 01, 2019 through February 28, 2019
Account Number: xxxxxxxxxxx8799

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000336 DDA 001 211 06019 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
341 WHITE POND DRIVE
AKRON OH 44320-1119



# CHECKING SUMMARY

Commercial Checking With Interest

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$2,696,293.02** |
| Deposits and Additions | 1 | 4,322.91 |
| **Ending Balance** | **1** | **$2,700,615.93** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 2.11% |
| Interest Paid This Period | $4,322.91 |
| Interest Paid Year-to-Date | $9,100.51 |

Interest paid in 2018 for account xxxxxxxxxxx8799 was $31,323.57.

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | Interest Payment | $4,322.91 |
| **Total Deposits and Additions** | | **$4,322.91** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/28 | $2,700,615.93 |

# INTEREST RATE ON COLLECTED BALANCE

**INTEREST RATE(S)**

| | | | | | |
|---|---|---|---|---|---|
| 02/01 | **TO** | 02/28 | **AT** | 2.09% | |

18-50757-amk    Doc 2426    FILED 04/01/19    ENTERED 04/01/19 15:01:16    Page 18 of 27



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



18-50757-amk    Doc 2426    FILED 04/01/19    ENTERED 04/01/19 15:01:16    Page 19 of 27

**JPMorganChase**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00000335 DDA 001 211 06019 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
341 WHITE POND DRIVE
AKRON OH 44320-1119



# CHECKING SUMMARY   Commercial Checking With Interest

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$651,943.40** |
| Deposits and Additions | 1 | 1,045.25 |
| **Ending Balance** | **1** | **$652,988.65** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 2.11% |
| Interest Paid This Period | $1,045.25 |
| Interest Paid Year-to-Date | $2,201.05 |

Interest paid in 2018 for account xxxxxxxxxxx7460 was $7,876.42.

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | Interest Payment | $1,045.25 |
| **Total Deposits and Additions** | | **$1,045.25** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/28 | $652,988.65 |

# INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

|  |  |  |  |  |
|---|---|---|---|---|
| 02/01 | **TO** | 02/28 | **AT** | 2.09% |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

February 01, 2019 through February 28, 2019
Account Number: xxxxxxxxxxx0085

---

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00000194 DDA 001 211 06019 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
FIRSTENERGY SOLUTIONS CORP
341 WHITE POND DRIVE
AKRON OH 44320-1119



## CHECKING SUMMARY
Commercial Checking With Interest

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$11,631,128.11** |
| Deposits and Additions | 1 | 18,647.96 |
| **Ending Balance** | **1** | **$11,649,776.07** |
| | | |
| Annual Percentage Yield Earned This Period | | 2.11% |
| Interest Paid This Period | | $18,647.96 |
| Interest Paid Year-to-Date | | $39,268.16 |

Interest paid in 2018 for account xxxxxxxxxxx0085 was $113,415.03.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | Interest Payment | $18,647.96 |
| **Total Deposits and Additions** | | **$18,647.96** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/28 | $11,649,776.07 |

## INTEREST RATE ON COLLECTED BALANCE

**INTEREST
RATE(S)**

02/01 **TO** 02/28 **AT** 2.09%

Page 1 of 2

18-50757-amk    Doc 2426    FILED 04/01/19    ENTERED 04/01/19 15:01:16    Page 22 of 27


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC





**JPMorgan Chase**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000731 WBS 001 211 06019 NNNNNNNNNN 1 000000000 C1 0000
FIRSTENERGY NUCLEAR GENERATION, LLC
FIRSTENERGY NUCLEAR GENERATION, LLC
76 S. MAIN ST
AKRON OH 44308-1812



## Commercial Checking With Interest

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |
| Interest Rate(s): | 02/01 to 02/28 at 2.09% |  |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

18-50757-amk    Doc 2426    FILED 04/01/19    ENTERED 04/01/19 15:01:16    Page 24 of 27

This Page Intentionally Left Blank

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00000193 DDA 001 211 06019 NNNNNNNNNNN 1 000000000 61 0000
FIRSTENERGY SOLUTIONS CORP.
FIRSTENERGY SOLUTIONS CORP
341 WHITE POND DRIVE
AKRON OH 44320-1119



## CHECKING SUMMARY    Commercial Checking With Interest

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

Annual Percentage Yield Earned This Period                 0.00%

Interest paid in 2018 for account xxxxxxxxxxx0077 was $757.96.

Your service charges, fees and earnings credit have been calculated through account analysis.

## INTEREST RATE ON COLLECTED BALANCE

**INTEREST
RATE(S)**

            02/01        **TO**        02/28        **AT**        2.09%


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC