This document was signed electronically on April 4, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 4, 2019



**ALAN M. KOSCHIK**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 (AMK) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

## ORDER GRANTING MOTION OF THE DEBTORS
## FOR AN ORDER GRANTING LEAVE TO FILE THE
## HUMAN RESOURCES MANAGEMENT SERVICES CONTRACT UNDER SEAL

The *Motion of Debtors Pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure for an Order Granting Leave to File the Human Resources Management Services Contract Under Seal* (the "Motion") of the above

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is 341 White Pond Dr., Akron, OH 44320.

captioned debtors and debtors in possession (collectively, the "Movants") having been considered, it is:

**ORDERED** that the Motion is **GRANTED** and the Movants are authorized to file the following under seal: the ADP Contract[2] as an exhibit to the *Motion of the Debtors for Entry of an Order Authorizing FirstEnergy Solutions Corp. to Enter into and Perform Under a Human Resources Management Services Contract* [Docket No. 2327] and as attached to the *Notice of Filing Revised Exhibit B to Motion of Debtors for Entry of an Order Authorizing FirstEnergy Solutions Corp. to Enter Into and Perform Under a Human Resources Management Services Contract* [Docket No. 2447]. Movants shall be required to deliver the ADP Contract only to the Court, the U.S. Trustee, the counsel for the Official Committee of Unsecured Creditors, counsel to the ad hoc group of certain holders of (i) pollution control revenue bonds supported by notes issued by FirstEnergy Generation, LLC and FirstEnergy Nuclear Generation, LLC and (ii) certain unsecured notes issued by FirstEnergy Solutions Corp., and counsel to the Ad Hoc Group of Holders of the 6.85% Pass Through Certificates due 2034[3] and other parties only upon further order of the Court.

# # #

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

[3] Due to the highly confidential nature of the ADP Contract, said contract is provided to the aforementioned counsel on an "attorneys eyes only" basis and shall not be provided to the clients of said counsel. "Attorneys" as used herein includes other professionals, such as financial advisors, accountants and investment bankers.

**SUBMITTED BY:**

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors and Debtors in Possession*