## EXHIBIT D

## FINANCIAL PROJECTIONS

<h1 style="text-align:center">FINANCIAL PROJECTIONS</h1>

**Introduction to Financial Projections**

As a condition to Confirmation, the Bankruptcy Code requires, among other things, the Bankruptcy Court to find that entry of a Confirmation Order is not likely to be followed by either a liquidation or the need to further reorganize the Debtors or any successor to the Debtors. In accordance with this condition and in order to assist each holder of a Claim in determining whether to vote to accept or reject the Plan, the Debtors' management team ("**Management**"), with the assistance of its advisors, developed financial projections (the "**Financial Projections**") to support the feasibility of the Plan. [1]

The Financial Projections were prepared in good faith by Management, with the assistance of its advisors, and are based on a number of assumptions made by Management, within the bounds of their knowledge of the Debtors' business and operations, with respect to the future performance of the Debtors' operations. In addition, the Financial Projections contain statements which constitute "forward-looking statements" within the meaning of the Securities Act and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995. Forward-looking statements in these projections include the intent, belief, or current expectations of the Debtors and members of its Management with respect to the timing of, completion of, and scope of the current restructuring, the Plan, the Debtors' strategic business plan, bank financing, debt and equity market conditions, and the Debtors' future liquidity, as well as the assumptions upon which such statements are based. Although Management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized. Because future events and circumstances may well differ from those assumed and unanticipated events or circumstances may occur, the Debtors expect that the actual and projected results will differ and the actual results may be materially greater or less than those contained in the Financial Projections and from those contemplated by such forward-looking statements. No representations can be made as to the accuracy of the Financial Projections or the Debtors' ability to achieve the projected results. Therefore, the Financial Projections may not be relied upon as a guarantee or as any other form of assurance as to the actual results that will occur. The inclusion of the Financial Projections herein should not be regarded as an indication that the Debtors considered or consider the Financial Projections to reliably predict future performance. Accordingly, in deciding whether to vote to accept or reject the Plan, creditors should review the Financial Projections in conjunction with a review of the risk factors set forth in the Disclosure Statement and the assumptions and risks described herein, including all relevant qualifications and footnotes.

> **THE DEBTORS BELIEVE THAT THE CONFIRMATION DATE AND EFFECTIVE DATE OF THE PLAN ARE NOT LIKELY TO BE FOLLOWED BY THE LIQUIDATION OR FURTHER REORGANIZATION OF THE REORGANIZED DEBTORS. ACCORDINGLY, THE DEBTORS BELIEVE THAT THE PLAN SATISFIES THE FEASIBILITY REQUIREMENT OF SECTION 1129(A)(11) OF THE BANKRUPTCY CODE.**

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan of Reorganization of FirstEnergy Solutions Corp. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code.

2

The Debtors' boards of directors or managers were not asked to and did not approve, evaluate or endorse the Financial Projections or the assumptions underlying the Financial Projections. Moreover, the Financial Projections were not prepared with a view toward compliance with published rules of the Securities and Exchange Commission or the American Institute of Certified Public Accountants regarding projections. The Debtors' independent auditor has not examined, compiled, or performed any procedures with respect to the prospective financial information contained in this exhibit and, accordingly, it does not express an opinion or any other form of assurance on such information or its achievability. The Debtors' independent auditor assumes no responsibility for and denies any association with the prospective financial information.

The Debtors do not intend to and disclaim any obligation to: (1) furnish updated Financial Projections to holders of Claims or Equity Interests prior to the Effective Date or to any other party after the Effective Date, except as required by the Plan; (2) include any such updated information in any documents that may be required to be filed with the Securities and Exchange Commission; or (3) otherwise make such updated information publicly available.

3

**Select Assumptions of the Financial Projections**

The Financial Projections are based on, but not limited to factors such as industry performance, general business, economic, competitive, regulatory, market, and financial conditions, as well as the assumptions detailed below. Many of these factors and assumptions are beyond the control of the Debtors and do not take into account the uncertainty and disruptions of business that may accompany an in-court restructuring. Accordingly, the assumptions should be reviewed in conjunction with a review of the risk factors set forth in the Disclosure Statement.

- **Methodology:** In light of the form of distributions contemplated by the Plan (*i.e.*, cash or New Common Stock), the Financial Projections were developed on a consolidated basis rather than on a legal entity basis. The Financial Projections were developed by Management with the assistance of its advisors and are presented solely for purposes of the formulation and negotiation of the Plan in order to present the anticipated impact of the Plan. No representation or warranty, express or implied, is provided in relation to the fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein.

- **Plan and Effective Date:** The Financial Projections assume that the Plan will be consummated in accordance with its terms and that all transactions contemplated by the Plan will be consummated by September 30, 2019 (the "**Assumed Effective Date**").

- **Projection Period:** The Debtors prepared the Financial Projections based on, among other things, the anticipated future financial condition and results of operations of the Reorganized Debtors and the terms of the Plan. The Debtors prepared consolidated Financial Projections of the Debtors for the years ending December 31, 2019 through December 31, 2023. The balance sheet is presented and projected as of the Assumed Effective Date and through the Projection Period.

- **Energy Pricing and Basis:** Forward energy pricing is based on AEP-Dayton Hub ("**AD-Hub**") forward pricing as of December 12, 2018, adjusted for expected reductions in energy pricing in the first quarter of 2019. The same market forward date is used within a proprietary model to forecast congestion and loss expense rates within the PJM region. MISO congestion and loss are forecasted using historical rates.

- **Capacity Pricing:** Capacity revenue reflects the actual results of the Base Residual Auctions with PJM Interconnection, L.L.C. ("**PJM**"). None of the Debtors' generating units are assumed to clear megawatts ("**MWs**") in the 2022 / 2023 Planning Year. The Financial Projections include expenses associated with capacity replacement purchases contracted as part of incremental auctions in PJM. The Financial Projections do not contemplate costs that may be incurred for Capacity Performance or Capacity Deficiency penalties assessed by PJM for failure to meet certain capacity requirements in accordance with PJM's tariffs.

- **Retail Business:** The Financial Projections represent a recovery of the business that contemplates retail volumes modestly increasing year-over-year from 27 terawatt hours ("**TWh's**") of projected load in 2019 to 48 TWh's of projected load in 2023. The Financial Projections further contemplate infrastructure and employee investment in the retail business segment to support the increased projected volumes for each of its retail sales channels. Margins for each sales channel include a combination of existing committed sales and future uncommitted sales based on estimates developed by Management.

4

- **Nuclear Unit Deactivations:** Nuclear units are assumed to deactivate, pursuant to deactivation notices provided to PJM, on: (a) May 31, 2020 for Davis-Besse; (b) May 31, 2021 for Perry; (c) May 31, 2021 for Beaver Valley unit 1; and (d) October 31, 2021 for Beaver Valley unit 2.

- **Nuclear Business:** The Financial Projections were developed with a goal of maximizing cash flow of the business prior to each station's deactivation date (noted above), while maintaining safe and reliable operations. As such, the Financial Projections contemplate reductions in operating and maintenance, capital expenditures, and planned outage spend below levels that may otherwise be needed to support extended operations beyond each unit's currently scheduled deactivation date. The Financial Projections were developed with a goal of maintaining optionality to extend the life of the plants if legislative support is realized and / or if meaningful market reforms materialize in the future. Additionally, the Financial Projections assume all regulatory requirements are satisfied to permit the Reorganized Debtors to operate the nuclear generation assets.

- **Nuclear Deactivation Costs:** Spent fuel management costs included in the Financial Projections are based on estimates provided by TLG Services Inc. ("**TLG**")[2] and assume an approximately sixty-month process to remove spent fuel from the nuclear units and place them in dry cask safe storage on a spent fuel storage installation. The Financial Projections do not assume any cash reimbursement of spent fuel management costs will be received from the United States Department of Energy ("**DOE**") during the Projection Period, however, the Financial Projections do contemplate a projected receivable from the DOE, assuming an illustrative 92.5% recovery on spent fuel management costs incurred during the Projection Period. The Financial Projections include required funding for estimated shortfalls from nuclear decommissioning trusts ("**NDTs**") associated with the Debtors' nuclear units. The values of the NDTs are based on forecasted earnings in the NDTs from November 30, 2018 to the month of closure, assuming an approximate 4.75% annual return on NDT investments or 2.00% real rate of return. The Financial Projections illustratively assume that surplus funding from the NDTs will not be utilized to fund any spent fuel management costs, and further assumes that projected NDT surpluses at certain units will not be used to fund projected deficits in the NDTs for other units.

- **Nuclear Regulation:** New Holdco provides a parental support agreement to NG of up to $400 million, subject to regulatory approvals as appropriate. The NRC can rely on such parental support agreements to provide assurance that U.S. merchant nuclear plants, including NG's nuclear units, have necessary financial resources to maintain safe operations, particularly in the event of extraordinary circumstances, such as extended outages of the units. The Debtors' capital is available to satisfy this requirement.

- **Fossil Unit Deactivations:** Fossil units are assumed to deactivate, pursuant to deactivation notices provided to PJM, on: (a) February 5, 2019 for Bruce Mansfield units 1 and 2; (b) June 1, 2021 for Bruce Mansfield unit 3; (c) May 31, 2020 for W.H. Sammis units 1-4; (d) June 1, 2022 for W.H. Sammis units 5-7; and (e) June 1, 2022 for Pleasants units 1-2.

- **Fossil Business:** The Financial Projections were developed with a goal of maximizing cash flow of the business prior to each station's deactivation date, while maintaining safe and reliable operations. As such, the Financial Projections contemplate reductions in operating and

---

[2] TLG is an engineering firm specializing in nuclear decommissioning. TLG was engaged by the Debtors to provide a preliminary cost analysis with respect to the decommissioning of the Debtors' nuclear units.

5

maintenance, capital expenditures and planned outage spend below levels that may otherwise be needed to support extended operations beyond each units' currently scheduled deactivation date. The Financial Projections and associated headcount levels further assume that the Debtors are able to negotiate modifications to collective bargaining agreements at Bruce Mansfield and W.H. Sammis to utilize the support of contractors for certain job functions. If modifications are not achieved, O&M costs may be higher than what is included in the Financial Projections and deactivation dates may be accelerated. The Financial Projections assume Bruce Mansfield power station coal combustion residual costs are reduced from current levels of over $6 per megawatt hour ("**MWh**") to approximately $3 per MWh by fourth quarter of 2019. Moreover, the Financial Projections assume the West Lorain power station is sold in the first quarter of 2019.

- **Pleasants Power Station:** The Debtors filed a motion to approve the Asset Purchase Agreement with AE Supply on February 1, 2019 [Docket No. 2052]. The Bankruptcy Court entered an order approving the motion on March 7, 2019. [Docket No. 2217]. The Financial Projections assume the terms of the Asset Purchase Agreement and the ownership and related economic benefits and costs of the Pleasants power station will be transferred to the Reorganized Debtors on the Assumed Effective Date.

- **Fossil Remediation / Little Blue Run:** The Financial Projections assume continued disbursements associated with the remediation of the Little Blue Run impoundment and other related fossil sites. There are surety bonds posted for approximately $200 million with respect to Little Blue Run and Hatfield's Ferry and also approximately $13 million cash collateral posted with respect to Hollow Rock. The Financial Projections assume that these existing surety bonds and cash collateral remain in place. With respect to the surety bonds posted with respect to Little Blue Run and Hatfield, the sureties have credit support provided by FE Corp. per the Credit Agreement dated December 6, 2016 through the Assumed Effective Date. To the extent that the sureties seek to access this credit support prior to the Assumed Effective Date, the surety bonds would be cash collateralized and the claim for such funding by FE Corp. would be waived by FE Corp. per the Settlement Agreement. The Financial Projections also include ongoing maintenance costs for Debtors' retired sites including Ashtabula, East Lake and Lake Shore. However, the Financial Projections do not contemplate any costs for remediation or value recovery from the retired sites.

- **Shared Services Separation:** The Debtors are assumed to either create or outsource its own corporate overhead / shared services function by October 31, 2019, with one-time costs incurred throughout the 2019 calendar year. Post-separation run-rate costs are assumed to gradually decline as fossil and nuclear units begin to deactivate, with reductions effective starting in calendar year 2021.

- **Legislative Support:** The Financial Projections do not contemplate any potential state or federal legislative support for the nuclear or fossil generation assets.

- **Fresh Start Accounting:** The Financial Projections reflect an anticipated emergence from chapter 11 on September 30, 2019. The Financial Projections do not, however, consider the potential impact of the application of "fresh start" accounting under Accounting Standards Codification 852, "Reorganizations" ("**ASC 852**") that may apply upon the Effective Date. If the Debtors do fully implement fresh start accounting, differences from the depiction presented are anticipated and those differences may be material. Upon emergence, the Debtors will be required to determine the amount by which its reorganization value as of the Effective Date exceeds, or is less than, the fair value at the time, which may be based on, any event, such valuation, as well as the determination

6

of the fair value of the Debtors' assets and liabilities, will be made as of the Effective Date. The differences between the amounts of any or all of the foregoing items as assumed in the Financial Projections and the actual amounts thereof as of the Effective Date may be material.

- **Taxes:** The Financial Projections assume there are no federal income tax obligations for the Projection Period. The analysis for any potential state income tax obligations is under review. Actual tax obligations may differ materially from the Financial Projections.

- **New Credit Facility:** The Financial Projections illustratively assume a new credit facility is established at some future date after the Assumed Effective Date for the purpose of funding incremental PJM retail collateral obligations, particularly in the latter years of the Projection Period when supporting generation from the fossil and nuclear units decline as a result of plant deactivations, in an amount up to $250 million secured by accounts receivable from the retail business. The Financial Projections assume the new facility has an annual interest rate of 5.00% paid monthly in arrears.

- **New FE Notes:** The Financial Projections assume the unsecured notes to be issued by FE Corp., per the terms of the Settlement Agreement, are monetized at the Assumed Effective Date at their par value, and the proceeds are available for distributions to unsecured creditors or for general business purposes.

- **Other Assumptions:** The Financial Projections also assume that: (1) there will be no material change in legislation or regulations, or the administration thereof, that will have an unexpected effect on the operations of the Debtors; (2) there will be no change in generally accepted accounting principles in the United States that will have a material effect on the reported financial results of the Debtors; (3) the potential application of fresh start accounting will not materially change the Debtors' accounting procedures; and (4) there will be no material contingent, unliquidated or indemnity claims applicable to the Debtors.

*THE INDEPENDENT AUDITOR FOR THE DEBTORS HAS NOT EXAMINED, COMPILED OR OTHERWISE PERFORMED ANY PROCEDURES ON THE FOLLOWING PROSPECTIVE FINANCIAL INFORMATION, AND CONSEQUENTLY, DOES NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE PROSPECTIVE FINANCIAL INFORMATION.*

# New Holdco
## Unaudited Financial Summary

| For the Year Ending December 31: | | 2019 | | 2020 | | 2021 | | 2022 | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | | TWh's | $ | TWh's | $ | TWh's | $ | TWh's | $ | TWh's | $ |
| **Sales** | **Notes** | | | | | | | | | | |
| Retail Sales | [1] | 26.9 | $ 1,330 | 31.6 | $ 1,467 | 38.9 | $ 1,805 | 44.0 | $ 2,212 | 48.1 | $ 2,412 |
| PJM Spot Sales, Net | [2] | 20.4 | 644 | 15.9 | 504 | (8.5) | (230) | (38.3) | (1,072) | (48.1) | (1,363) |
| Capacity Revenue | [3] | | 340 | | 225 | | 156 | | 56 | | - |
| **Total Sales** | | 47.3 | $ 2,314 | 47.5 | $ 2,196 | 30.4 | $ 1,731 | 5.7 | $ 1,196 | - | $ 1,048 |
| **Variable Costs** | | | | | | | | | | | |
| Fossil Fuel Expense | [4] | 14.6 | (362) | 19.3 | (481) | 17.5 | (435) | 5.5 | (134) | - | - |
| Nuclear Fuel Expense | [5] | 31.8 | (66) | 27.4 | (1) | 12.3 | (10) | - | (1) | - | - |
| Purchased Power | [6] | 0.9 | (31) | 0.8 | (27) | 0.6 | (22) | 0.2 | (8) | - | - |
| Other Variable Expenses | [7] | | (367) | | (337) | | (495) | | (803) | | (875) |
| **Total Variable Costs** | | 47.3 | $ (826) | 47.5 | $ (846) | 30.4 | $ (962) | 5.7 | $ (947) | - | $ (875) |
| **Variable Margin** | | | $ 1,488 | | $ 1,350 | | $ 769 | | $ 249 | | $ 173 |
| Fossil O&M | [8] | | (166) | | (163) | | (137) | | (90) | | (10) |
| Nuclear O&M | [9] | | (638) | | (546) | | (339) | | 0 | | 0 |
| Service Company Billings | [10] | | (197) | | (76) | | (52) | | (15) | | (19) |
| Retail O&M | [11] | | (33) | | (45) | | (50) | | (63) | | (69) |
| Unallocated FES O&M | [12] | | (22) | | (12) | | (8) | | (1) | | - |
| Restructuring Professional Fees | [13] | | (131) | | - | | - | | - | | - |
| Pension / Proxy Pension | [14] | | (67) | | (15) | | (9) | | (1) | | (0) |
| Property Taxes | [15] | | (30) | | (37) | | (26) | | (8) | | - |
| Retail Sales Taxes | [16] | | (22) | | (21) | | (10) | | (6) | | (6) |
| Other O&M, net | [17] | | (11) | | 0 | | 0 | | 0 | | - |
| **EBITDA** | | | $ 170 | | $ 437 | | $ 139 | | $ 65 | | $ 69 |
| Nuclear Capital Expenditures | [18] | | (99) | | (57) | | (24) | | 0 | | 0 |
| Fossil Capital Expenditures | [19] | | (36) | | (41) | | (17) | | (5) | | (1) |
| Retail Capital Expenditures | [20] | | (1) | | (11) | | (11) | | (1) | | (1) |
| Fossil Remediation Costs | [21] | | (19) | | (17) | | (32) | | (33) | | (18) |
| Asset Sales | [22] | | 152 | | - | | - | | 21 | | - |
| Nuclear Deactivation Costs | [23] | | - | | (69) | | (11) | | (59) | | (169) |
| Collateral | [24] | | 34 | | - | | - | | - | | - |
| Change in Working Capital | [25] | | 28 | | (10) | | (91) | | (60) | | (9) |
| **Unlevered Free Cash Flow** | | | $ 228 | | $ 231 | | $ (47) | | $ (72) | | $ (129) |
| Tax NOL Receipts | [26] | | 5 | | - | | - | | - | | - |
| Principal Payments | [27] | | - | | - | | (157) | | (307) | | - |
| Cash Interest | [28] | | (3) | | (20) | | (23) | | (17) | | (8) |
| Interest Income | [29] | | 12 | | 17 | | 17 | | 14 | | 11 |
| FE Settlement Consideration | [30] | | 872 | | - | | - | | - | | - |
| Insurance Proceeds | [31] | | 75 | | - | | - | | - | | - |
| Distributions to Unsecured Creditors | [32] | | (452) | | - | | - | | - | | - |
| Class B3 (FG PCNs) Distribution, Net | [33] | | (182) | | - | | - | | - | | - |
| **Levered Free Cash Flow** | | | $ 556 | | $ 227 | | $ (210) | | $ (382) | | $ (125) |
| **Ending Cash Balance** | [34] | | $ 1,605 | | $ 1,833 | | $ 1,622 | | $ 1,240 | | $ 1,115 |

8

# New Holdco
## Unaudited Supplemental Financial Information

*EBITDA by Business Segment*
*($ in millions)*

|  |  | | For the Year Ending December 31, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 2019 | | 2020 | | 2021 | | 2022 | | 2023 |
| **Fossil** |  | | | | | | | | | |
| *Net Generation (TWh's)* |  | *14.6* | | *19.3* | | *17.5* | | *5.5* | | *-* |
| *$ / MWh* | $ | *31.63* | $ | *31.59* | $ | *30.27* | $ | *31.80* | $ | *-* |
| Energy Revenue*, Net | $ | 463 | $ | 608 | $ | 530 | $ | 174 | $ | - |
| Ancillary Revenue |  | 9 | | 8 | | 6 | | 2 | | - |
| Capacity Revenue |  | 184 | | 131 | | 123 | | 55 | | - |
| **Total Fossil Revenue** | **$** | **656** | **$** | **748** | **$** | **659** | **$** | **231** | **$** | **-** |
| Fossil Fuel Expense |  | (362) | | (481) | | (435) | | (134) | | - |
| **Fossil Variable Margin** | **$** | **294** | **$** | **267** | **$** | **224** | **$** | **97** | **$** | **-** |
| **Nuclear** |  | | | | | | | | | |
| *Net Generation (TWh's)* |  | *31.8* | | *27.4* | | *12.3* | | *-* | | *-* |
| *$ / MWh* | $ | *32.29* | $ | *31.64* | $ | *31.97* | $ | *-* | $ | *-* |
| Energy Revenue*, Net | $ | 1,026 | $ | 868 | $ | 392 | $ | - | $ | - |
| Ancillary Revenue |  | 7 | | 6 | | 3 | | - | | - |
| Capacity Revenue |  | 159 | | 113 | | 44 | | - | | - |
| **Total Nuclear Revenue** | **$** | **1,192** | **$** | **987** | **$** | **440** | **$** | **-** | **$** | **-** |
| Nuclear Fuel Expense |  | (66) | | (1) | | (10) | | (1) | | - |
| **Nuclear Variable Margin** | **$** | **1,126** | **$** | **986** | **$** | **430** | **$** | **(1)** | **$** | **-** |
| **Retail** |  | | | | | | | | | |
| *TWh's* |  | *26.9* | | *31.6* | | *38.9* | | *44.0* | | *48.1* |
| Retail Sales | $ | 1,330 | $ | 1,467 | $ | 1,806 | $ | 2,213 | $ | 2,412 |
| Retail Cost of Sales* |  | (1,263) | | (1,350) | | (1,677) | | (2,061) | | (2,239) |
| **Retail Variable Margin** | **$** | **67** | **$** | **118** | **$** | **129** | **$** | **152** | **$** | **173** |
| Capacity Replacement Purchases, Other Variable Margin |  | 2 | | (20) | | (13) | | 1 | | (0) |
| **Total Variable Margin** | **$** | **1,488** | **$** | **1,350** | **$** | **769** | **$** | **249** | **$** | **173** |
| Fossil O&M | $ | (166) | $ | (163) | $ | (137) | $ | (90) | $ | (10) |
| Nuclear O&M |  | (638) | | (546) | | (339) | | 0 | | 0 |
| Retail O&M, Sales Taxes |  | (56) | | (66) | | (59) | | (69) | | (75) |
| Property Taxes |  | (30) | | (37) | | (26) | | (8) | | - |
| All Other O&M |  | (429) | | (102) | | (68) | | (17) | | (19) |
| **EBITDA** | **$** | **170** | **$** | **437** | **$** | **139** | **$** | **65** | **$** | **69** |

|  | Capacity (MWs Cleared) | | | |  | Total Generation (TWh's) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fossil Stations** | PY '19/'20 | PY '20/'21 | PY '21/'22 |  |  | | | | | |
| Bruce Mansfield | 1,961 | 1,715 | - |  |  | 4.1 | 3.6 | 1.6 | - | - |
| W.H. Sammis | 1,504 | 1,028 | 1,233 |  |  | 8.2 | 7.4 | 7.7 | 3.5 | - |
| Pleasants | 981 | 1,159 | 1,100 |  |  | 2.4 | 8.3 | 8.3 | 2.0 | - |
| **Total Fossil** | **4,446** | **3,902** | **2,332** |  |  | **14.6** | **19.3** | **17.5** | **5.5** | **-** |
| **Nuclear Stations** |  | | |  |  | | | | | |
| Beaver Valley | 1,526 | 1,797 | - |  |  | 14.8 | 14.8 | 8.5 | - | - |
| Davis-Besse | 752 | 845 | - |  |  | 7.6 | 2.1 | - | - | - |
| Perry | 1,009 | 1,198 | - |  |  | 9.3 | 10.6 | 3.7 | - | - |
| **Total Nuclear** | **3,287** | **3,840** | **-** |  |  | **31.8** | **27.4** | **12.3** | **-** | **-** |
| **Total** | **7,733** | **7,741** | **2,332** |  |  | **46.4** | **46.7** | **29.8** | **5.5** | **-** |

* Amounts presented on an un-hedged market basis using December 12, 2018 AD-Hub forward pricing.

Note: Pleasants' generation in 2019 represents generation for the 3-months ended December 31, 2019. Total generation for Pleasants for 2019 is projected to be 8.7 TWh's.

9

# New Holdco
## Unaudited Projected Consolidated Balance Sheet

|  |  | As of: | | | | | |
|---|---|---|---|---|---|---|---|
| ($ in millions) | Notes | 9/30/19 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | 12/31/23 |
| **Assets:** | | | | | | | |
| Cash and Cash Equivalents | [34] | $ 1,555 | $ 1,605 | $ 1,833 | $ 1,622 | $ 1,240 | $ 1,115 |
| Accounts Receivable, Net | [35] | 194 | 209 | 207 | 209 | 227 | 242 |
| Materials and Supplies | [36] | 109 | 101 | 101 | 104 | 25 | 25 |
| Other Current Assets | [37] | 140 | 139 | 147 | 215 | 272 | 278 |
| **Total Current Assets** | | **$ 1,998** | **$ 2,054** | **$ 2,289** | **$ 2,151** | **$ 1,764** | **$ 1,659** |
| PP&E, Net | [38] | 698 | 656 | 461 | 104 | - | - |
| Nuclear Decommissioning Trust | [39] | 1,889 | 1,909 | 2,014 | 1,914 | 1,752 | 1,798 |
| Other Long Term Assets | [40] | 200 | 200 | 202 | 212 | 267 | 423 |
| **Total Assets** | | **$ 4,785** | **$ 4,819** | **$ 4,966** | **$ 4,381** | **$ 3,783** | **$ 3,879** |
| **Liabilities & Equity:** | | | | | | | |
| Current Portion of Long Term Debt | [41] | $ - | $ - | $ 157 | $ 307 | $ - | $ - |
| New Credit Facility | [42] | - | - | 18 | 91 | 147 | 153 |
| Accounts Payable | [43] | 117 | 121 | 110 | 78 | 42 | 43 |
| Other Current Liabilities | [44] | 59 | 92 | 82 | 20 | 17 | 22 |
| **Total Current Liabilities** | | **$ 176** | **$ 213** | **$ 366** | **$ 496** | **$ 207** | **$ 218** |
| Long Term Debt | [45] | 464 | 464 | 307 | - | - | - |
| Asset Retirement Obligation | [46] | 2,072 | 2,068 | 2,002 | 1,778 | 1,488 | 1,411 |
| **Total Liabilities** | | **$ 2,712** | **$ 2,744** | **$ 2,675** | **$ 2,275** | **$ 1,694** | **$ 1,629** |
| Equity | [47] | 2,073 | 2,075 | 2,291 | 2,107 | 2,088 | 2,251 |
| **Total Liabilities & Equity** | | **$ 4,785** | **$ 4,819** | **$ 4,966** | **$ 4,381** | **$ 3,783** | **$ 3,879** |

10

# NOTES TO FINANCIAL PROJECTIONS

**Note 1 - Retail Sales**

Sales through retail sales channel including large commercial and industrial, government aggregation, mass market, provider of last resort ("**POLR**"), structured and municipal / co-op. Forecasted sales volumes represent a combination of committed sales and anticipated future new, uncommitted sales.

**Note 2 - PJM Spot Sales, net**

Sales to open market (PJM), net of amounts purchased to service retail load. Pricing based on December 12, 2018 AD-Hub forwards. Periods with negative PJM spot sales (starting in 2021) indicate that the Debtors are a net purchaser from PJM rather than a net seller to PJM. This is driven by the deactivation of the various generation assets without a corresponding decline in projected retail load.

**Note 3 - Capacity Revenue**

Revenue from PJM for cleared capacity for each of the Debtors' fossil and nuclear generating assets, net of unassigned replacement capacity purchases transacted in the PJM incremental auctions.

**Note 4 - Fossil Fuel Expense**

Coal expense, coal delivery expense, reagent costs and fuel handling costs. Unit cost for 2019 reflects terms of the agreement with Consolidation Coal (Murray Energy). Unit cost in 2020 and beyond based on forward spot market pricing as of August 2018.

**Note 5 - Nuclear Fuel Expense**

Costs associated with the procurement and use of nuclear fuel including uranium, enrichment and fabrication and is projected on a cash basis.

**Note 6 - Purchased Power**

Energy purchases from MISO regional transmission operator needed to service retail load outside of PJM. The Financial Projections assume that the Bankruptcy Court orders authorizing the rejection of the PPA Appeal Proceeding Contracts are not overturned on appeal and that the Debtors no longer purchases power from the counterparties to such contracts.

**Note 7 - Other Variable Expenses**

Includes a combination of retail and generation energy (transmission) delivery expenses, retail capacity expense and retail renewable energy credit expenses.

**Note 8 - Fossil O&M**

Station-specific fossil expenses including labor and benefits, contractor costs, fleet support and planned outage spend. Costs exclude any allocation of corporate overhead or Service Company Billings (captured separately).

**Note 9 - Nuclear O&M**

Station-specific nuclear expenses including labor and benefits, contract costs, fleet support and planned outage spend. Costs exclude any allocation of corporate overhead or Service Company Billings (captured separately).

11

### Note 10 - Service Company Billings

Combination of shared services costs currently billed to the Debtors from FirstEnergy Service Company for shared corporate overhead, one-time implementation costs incurred as part of the shared services separation effort, and post-separation run-rate costs for each of the Debtors' business segments.

### Note 11 - Retail O&M

Retail-specific labor and benefit costs, agent fees, community grants, mailers, call center expenses, sales commissions, data fees, retail bad debt expenses and other miscellaneous retail costs.

### Note 12 - Unallocated FES O&M

Corporate overhead costs not included as part of billings from FirstEnergy Service Company, including certain finance and accounting, legal, executive, insurance, board of director related costs and other miscellaneous corporate costs. This amount also includes costs related to legislative relief efforts in 2019.

### Note 13 - Restructuring Professional Fees

Estimates for all restructuring advisory fees and transaction fees for the Debtors, advisors to the creditor groups party to the Restructuring Support Agreement and Process Support Agreement, advisors to the UCC and other select restructuring related professionals.

### Note 14 - Pension / Proxy Pension

Pre-emergence costs represent estimated allocated portion of pension service costs for FES, FG and FENOC employees. Post-emergence costs include an illustrative "proxy" retirement program equal to approximately 5% of the salaries and wages for all the Debtors' employees.

### Note 15 - Property Taxes

Estimated property taxes for each of the Debtors' nuclear and fossil generating assets.

### Note 16 - Retail Sales Taxes

Sales and gross receipt taxes associated with sales through the retail business segment.

### Note 17 - Other O&M, net

Primarily costs incurred prior to emergence from bankruptcy including, without limitation, retail sale transaction break-up fees and the Debtors' allocated portion of costs associated with the Pleasants outage completed in the fall 2018, pursuant to terms of the Pleasants Agreements.

### Note 18 - Nuclear Capital Expenditures

Station-specific capital project costs for the nuclear power stations. Projections account for reduced spend associated with the deactivation of the units.

### Note 19 - Fossil Capital Expenditures

Station-specific capital project costs for the fossil power stations. Projections account for reduced spend associated with the deactivation of the units.

**Note 20 - Retail Capital Expenditures**

Ongoing maintenance capital costs for the retail business and costs associated with implementation, investment and development of enhanced information technology prospecting, billing, marketing, pricing and customer portal tools.

**Note 21 - Fossil Remediation Costs**

Costs related to the remediation of Little Blue Run, Bruce Mansfield, W.H. Sammis power stations and other non-operating sites owned by the Debtors. The Financial Projections include certain costs for the Pleasants power station per the terms of the Pleasants Agreements.

**Note 22 - Asset Sales**

Amount represents net cash proceeds from the sale of the West Lorain power station, which closed on March 29, 2019, and proceeds from the sale of inventory following the deactivation of the fossil and nuclear generation assets in 2022. See note 36 for more information regarding assumed sale of fossil inventory and materials and supplies.

**Note 23 - Nuclear Deactivation Costs**

These costs include spent fuel management costs associated with the deactivation of each of the Debtors' nuclear power stations. These costs also include projected deficit funding of the NDT for Beaver Valley unit 1, which is illustratively projected to be approximately $67 million at the projected deactivation date for the unit. License termination costs are assumed to be directly funded from the NDTs over the Projection Period with a net zero impact to cash flow.

**Note 24 - Collateral**

Primarily related to the return of retail collateral held by various counterparties including PJM, MISO, POLR customers, other retail customers, and counterparties to certain hedging and forward agreements. Post-emergence collateral is assumed to be funded by cash and / or the New Credit Facility (reflected on balance sheet, cash costs for interest captured in Cash Interest).

**Note 25 - Change in Working Capital**

Changes in operating working capital of the business including accounts receivable, accounts payable, inventory, accrued compensation and benefits and other prepayments.

**Note 26 - Tax Net Operating Loss ("NOL") Receipts**

Forecasted pre-emergence NOL receipts from FE Corp. per the Intercompany Income Tax Allocation Agreement. Amounts are illustrative and subject to material change.

13

## Note 27 - Principal Payments

Represents principal payments on post-emergence secured debt. Principal repayments, interest rates and balances as of September 30, 2019 by issuance are listed below:

| *($ in millions)* | Interest | 9/30/19 | Principal Repayment | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP | Rate | Balance | 2019 | | 2020 | | 2021 | | 2022 | | 2023 | | Total |
| 074876HP1 | 4.250% | $ 50 | $ | - | $ | - | $ | (50) | $ | - | $ | - | $ (50) |
| 677525VZ7 | 4.250% | 107 | | - | | - | | (107) | | - | | - | (107) |
| 074876HR7 | 4.375% | 65 | | - | | - | | - | | (65) | | - | (65) |
| 67766WXN7 | 4.375% | 59 | | - | | - | | - | | (59) | | - | (59) |
| 67766WXM9 | 4.375% | 116 | | - | | - | | - | | (116) | | - | (116) |
| 677525WA1 | 4.375% | 68 | | - | | - | | - | | (68) | | - | (68) |
| **Totals** | | **$ 464** | **$** | **-** | **$** | **-** | **$** | **(157)** | **$** | **(307)** | **$** | **-** | **$ (464)** |

## Note 28 - Cash Interest

Interest on post-emergence secured debt and illustrative New Credit Facility.

## Note 29 - Interest Income

Interest income on consolidated cash balance assuming 1% rate of return.

## Note 30 - FE Settlement Consideration

Net cash proceeds received by the Debtors at emergence as a result of the FE Settlement Agreement, as detailed below (in millions):

| | | |
|---|---|---|
| FE Settlement Cash | $ | 225 |
| New FE Notes | | 628 |
| 2018 NOL Tax Floor | | 14 |
| Pleasants Agreements, Net | | 5 |
| **Total FE Settlement Consideration** | **$** | **872** |

The credit for Shared Services of up to $113 million is included in the Debtors' projected cash balance.

## Note 31 - Insurance Proceeds

Estimated proceeds from the insurance claims related to the Bruce Mansfield power station. The estimated amount presumes, for purposes of the Financial Projections, recovery of actual cash value. As of the date of this disclosure, the insurance claim amount has not been finalized, nor have the Debtors made an election as to valuation methodology. The claim that will be filed with the insurers may exceed the amount in the Financial Projections and / or the insurers may dispute the amount of the claim.

## Note 32 - Distributions to Unsecured Creditors

Cash distributions to unsecured creditors per the Plan. This estimated amount assumes all parties that have the option to elect cash distributions under the Plan will do so.

14

### Note 33 – Secured FG PCN Designated Claims Distribution, Net

Aggregate distribution for Secured FG PCN Designated Claims or Class B3 with net proceeds from prior asset sales to satisfy corresponding liens. The sources of funding for these distributions will be the Debtors and available funds held on account with the indenture trustee which will be released per the terms of the Plan. The following CUSIPs will be satisfied in full: 677525TF4, 074876HQ9, 708686EE6.

### Note 34 - Cash Balance

Consolidated cash balance of the Debtors for all entities and subsidiaries.

### Note 35 - Accounts Receivable

Accounts receivable primarily consist of outstanding sales to retail customers, wholesale customers and net amounts due from PJM.

### Note 36 - Materials and Supplies

The Debtors' materials and supplies inventory consists of fuels, plant materials and operating supplies, reagents and renewable energy credits. The Financial Projections include estimated net cash proceeds in 2022 from the assumed liquidation of fossil fuels and reagents as a result of decommissioning activities. The net proceeds from the sale of fossil inventory and materials and supplies are assumed to be 25% of the projected net book value of the assets.

### Note 37 - Other Current Assets

Other current assets primarily consist of collateral related to the retail deposits held by various counterparties, including PJM, MISO, POLR customers, other retail customers and counterparties to certain hedging and forward contracts. Balance also includes non-collateral related prepaid expenses.

### Note 38 - PP&E, Net

Property, plant and equipment ("**PP&E**") is composed primarily of the Debtors' generation assets. The net book value projected as of September 30, 2019 is an implied valuation based on a reorganized equity value of approximately $2 billion after cash distributions to unsecured creditors per the terms of the Plan. The Debtors' book value of PP&E is subject to material change based on accounting analysis of the Debtors' financials upon emergence. The Financial Projections assume as each generation unit is deactivated, the net book value of each unit is fully impaired.

### Note 39 - Nuclear Decommissioning Trust

Represents investments held in trust for the satisfaction of nuclear license termination liabilities associated with the decommissioning of the Debtors' nuclear generation units. The actual balances of the NDTs are subject to material differences to these projections based on actual market returns or losses and volatility. The projected NDT surpluses / (deficits) and balances by unit at their respective decommissioning dates are listed below:

15

|  | **Beaver Valley 1** | **Beaver Valley 2** | **Perry** | **Davis-Besse** |
|---|---|---|---|---|
| Surplus / (Deficit) at Deactivation | $(67) million | $64 million | $21 million | $140 million |
| Projected Balance at Deactivation | $337 million | $457 million | $603 million | $631 million |

**Note 40 - Other Long-Term Assets**

Represents projected cash collateral balances for the two surety bonds for Little Blue Run and Hatfield's Ferry, assuming that the credit support provided by FE Corp., per the Credit Agreement dated December 6, 2016, is accessed by the sureties before the Assumed Effective Date. The account also includes projected receivable from the DOE for reimbursement of nuclear spent fuel costs, assuming an illustrative 92.5% recovery on spent fuel management costs incurred during the Projection Period. DOE reimbursement of these expenditures is assumed to be received outside of the Projection Period.

**Note 41 - Current Portion of Long-Term Debt**

Amount of principal that will be due within one year of the date of the balance sheet.

**Note 42 - New Credit Facility**

Illustrative credit facility assumed to be established at some future date after the Assumed Effective Date for the purpose of funding incremental PJM retail collateral obligations, particularly in the latter years of the Projection Period when supporting generation from the fossil and nuclear units decline through plant deactivations, in an amount up to $250 million secured by accounts receivable from the retail business.

**Note 43 - Accounts Payable**

Represents outstanding obligations to third-party trade vendors.

**Note 44 - Other Current Liabilities**

Represents accrued expenses and are primarily related to interest, sales and property taxes, payroll, employee incentive and retention programs and other accrued expenses.

**Note 45 - Long Term Debt**

Represents long-term portion of principal outstanding on reinstated secured PCN's. The reinstated PCN's are assumed to have interest rates ranging between 4.250% and 4.375%, paid semi-annually. Full principal repayment is assumed to coincide with the put-date of each issuance.

**Note 46 - Asset Retirement Obligation**

Represents the liability associated with the license termination costs for decommissioning the nuclear generation assets and liabilities associated with remediation for Little Blue Run, other impoundments or landfills and closure costs for the fossil generation assets. The below table shows the projected fossil and nuclear related obligations for the Projection Period (in millions):

16

| As of: | 9/30/19 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | 12/31/23 |
|---|---|---|---|---|---|---|
| FG | $184 | $180 | $163 | $132 | $101 | $85 |
| NG | 1,888 | 1,888 | 1,839 | 1,646 | 1,387 | 1,326 |
| **Total** | **$2,072** | **$2,068** | **$2,002** | **$1,778** | **$1,488** | **$1,411** |

### Note 47 - Equity

Represents the net book value of stockholders' equity in the Reorganized Debtors. Estimated book value projected as of September 30, 2019 is based on the Debtors' valuation of the business and distributable value to unsecured creditors. The value at September 30, 2019 is adjusted for cash distributions to unsecured creditors per the terms of the Plan. Reference Exhibit E for additional details on distributable value.