# Exhibit E

Valuation Analysis

VALUATION ANALYSIS[1]

THE INFORMATION CONTAINED HEREIN IS NOT A PREDICTION OR GUARANTEE OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED THROUGH THE SALE OF ANY SECURITIES TO BE ISSUED PURSUANT TO THE PLAN. THE INFORMATION IS PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING ADEQUATE INFORMATION UNDER SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF CLAIMS AGAINST THE DEBTORS OR ANY OF THEIR AFFILIATES.

Solely for the purposes of the Plan and Disclosure Statement, Lazard Frères & Co. LLC ("**Lazard**"), as investment banker to the Debtors, has estimated the total enterprise value ("**Enterprise Value**") and implied equity value ("**Equity Value**") of the Reorganized Debtors and their subsidiaries on a consolidated basis and pro forma for the transactions contemplated by the Plan (the "**Valuation Analysis**"). The Valuation Analysis was based on financial information provided by the Debtors' management, including the Financial Projections attached to the Disclosure Statement as Exhibit [D] and information provided by other sources. The Valuation Analysis assumes that the Effective Date of the Plan occurs on September 30, 2019.

Based on the Financial Projections and other information described herein and solely for purposes of the Plan, Lazard estimates that the potential range of the Enterprise Value of the Reorganized Debtors is approximately $1,113 million to $1,355 million, (with the midpoint of such range being approximately $1,231 million).

In addition, based on the Financial Projections and other information described herein and solely for purposes of the Plan, Lazard estimated a potential range of the consolidated total Equity Value of the Reorganized Debtors, which consists of the Enterprise Value, less funded indebtedness, plus balance sheet cash on the Effective Date. Based on the financial projections and the Plan, Lazard has assumed that the Reorganized Debtors will have funded indebtedness of approximately $464 million and a pro forma cash balance of approximately $1,790[2] million as of the Effective Date. Based upon the estimated range of the total Enterprise Value of the Reorganized Debtors of approximately $1,113 million to $1,355 million described above, and assuming negative net debt of approximately $1,326 million, Lazard estimates that the potential range of total Equity Value for the Reorganized Debtors is approximately $2,439 million to $2,681 million (with the midpoint of such range being approximately $2,557 million).

THE ASSUMED ENTERPRISE VALUE RANGE, AS OF THE ASSUMED EFFECTIVE DATE, REFLECTS WORK PERFORMED BY LAZARD ON THE BASIS OF INFORMATION AVAILABLE TO LAZARD AS OF JANUARY 31, 2019 (THE "**VALUATION DATE**"). ALTHOUGH SUBSEQUENT DEVELOPMENTS MAY AFFECT LAZARD'S CONCLUSIONS, NEITHER LAZARD NOR THE DEBTORS HAVE ANY OBLIGATION TO UPDATE, REVISE OR REAFFIRM THE

---

[1] Terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Disclosure Statement.

[2] The pro forma cash balance used in the Valuation Analysis represents projected cash at emergence before any cash distributions on account of General Unsecured Claims and assuming cash distributions for the full amount of Estimated Administrative Expenses.

ESTIMATE. FOR PURPOSES OF THIS VALUATION, LAZARD ASSUMES THAT NO MATERIAL CHANGES AFFECTING THE UNDERLYING ENTERPRISE VALUE OCCUR BETWEEN THE VALUATION DATE AND THE ASSUMED EFFECTIVE DATE.

When performing its analyses, Lazard assumed that the Financial Projections had been reasonably prepared in good faith and on a basis reflecting the Debtors' most accurate currently available estimates and judgments as to the future operating and financial performance of the Reorganized Debtors. Lazard did not independently verify the Financial Projections in connection with preparing estimates of Enterprise Value, and no independent valuations or appraisals of the Debtors were sought or obtained in connection herewith. The Debtors developed the Financial Projections solely for the purposes of the formulation and negotiation of the Plan, and to provide "adequate information" pursuant to section 1125 of the Bankruptcy Code.

Lazard's estimated Enterprise Value range for the Reorganized Debtors does not constitute a recommendation to any holder of Allowed Claims as to how such person should vote or otherwise act with respect to the Plan. Lazard's Valuation Analysis does not constitute an opinion as to fairness from a financial point of view of the consideration to be received or paid under the Plan, of the terms and provisions of the Plan or with respect to any other matter. Lazard has not been asked to and does not express any view as to what the trading value of the Reorganized Debtors' securities would be on issuance at any time.

The valuation estimates set forth herein represent a valuation analysis of the Reorganized Debtors generally based on the application, to the extent deemed appropriate by Lazard, of customary valuation techniques, including discounted cash flow ("**DCF**") analysis, comparable publicly traded companies analysis and precedent transactions analysis. The valuation estimates do not purport to reflect or constitute appraisals, liquidation values or estimates of the actual market value that may be realized through the sale of any securities, which may be significantly different than the amounts set forth herein. The value of an operating business is subject to numerous uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business. As a result, the estimated Enterprise Value range of the Reorganized Debtors set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein. Neither the Reorganized Debtors, Lazard, nor any other person assumes responsibility for any differences between the Enterprise Value range and such actual outcomes. Actual market prices of any securities will depend upon, among other things, the operating performance of the Reorganized Debtors, prevailing interest rates, conditions in the financial markets, the anticipated holding period of securities received, developments in the Reorganized Debtors' industry and economic conditions generally and other factors which generally influence the prices of securities.

## A. VALUATION METHODOLOGIES

In preparing its valuation, Lazard performed a variety of financial analyses and considered a variety of factors. The following is a brief summary of the material financial analyses considered by Lazard, which, to the extent deemed appropriate by Lazard, consisted of (i) DCF analyses, (ii) comparable publicly traded companies analyses and (iii) precedent transactions analyses. Lazard employed a sum-of-the-parts approach that separately valued the Debtors' three operating segments, including the nuclear generation segment (the "**Nuclear Operations**"), the fossil generation segment (the "**Fossil Operations**"), and the competitive retail electricity segment ("**FES Retail**"). This summary does not purport to be a complete description of the analyses performed or factors considered by Lazard in the preparation of the Valuation

Analysis. The preparation of a valuation analysis is a complex analytical process involving subjective determinations with respect to which methodologies of financial analysis are most appropriate and the application of those methodologies to particular facts and circumstances in a manner that is not readily susceptible to summary description.

i.    DCF Analysis

The DCF analysis is a forward-looking enterprise valuation methodology that estimates the value of an asset or business by calculating the present value of expected future cash flows to be generated by that asset or business. Under this methodology, projected future cash flows are discounted by the asset or business' weighted average cost of capital (the "**Discount Rate**"). The Discount Rate reflects the estimated blended rate of return that would be required by debt and equity investors to invest in the asset or business. The enterprise value of the asset or business is determined by calculating the present value of the asset or business' unlevered after-tax free cash flows based on the asset or business' financial projections plus, in most cases, an estimate for the value of the asset or business beyond the forecast period, known as the terminal value. The terminal value is derived by making certain adjustments to the forecasted cash flows to estimate "steady-state" cash flows beyond the forecast period and the applying a perpetuity growth rate. When valuing discrete, finite lived assets, however, a life-of-plant DCF analysis was performed that did not include any terminal value.

To estimate the Discount Rate applicable to the Reorganized Debtors' various operating segments, Lazard calculated the cost of equity and the after-tax cost of debt for the Reorganized Debtors, assuming a targeted debt-to-total capitalization ratio for each segment. Lazard calculated the cost of equity for each of the Reorganized Debtors' various operating segments using the "Capital Asset Pricing Model," which assumes that the required equity return is a function of the risk-free cost of capital and the covariance of a publicly traded stock's performance relative to the return on the broader market, as well as taking into consideration size and other factors affecting the company being valued.

Although formulaic methods are used to derive the key assumptions for the DCF methodology, their application and interpretation involve complex considerations and judgments concerning potential variances in the projected financial and operating characteristics of the Reorganized Debtors and each of its operating segments, which in turn affect their cost of capital and terminal values (if any).

ii.    Comparable Publicly Traded Companies Analysis

The comparable publicly traded companies analysis utilizes the trading multiples of publicly traded companies that have operating and financial characteristics that are relatively similar to the operating segments of the Reorganized Debtors. Under this methodology, the enterprise value for each selected public company was determined by examining the trading prices of the equity securities of such company in the public markets and adding the value of outstanding net debt for such company, preferred equity and minority interest, and adjusting for the value of any unconsolidated investments. Once the enterprise value of the selected comparable companies is calculated, it is commonly expressed as a multiple of various measures of financial performance (for example, EBITDA). In addition, each of the selected public companies' operational profile, operating margins, profitability, and leverage were examined. Based on these analyses, financial multiples and ratios are calculated to apply to the projected results for the various

segments of the Reorganized Debtors.  Lazard focused primarily on EBITDA multiples when estimating the value of the Reorganized Debtors' various operating segments.

A key factor in this approach is the selection of companies with relatively similar business and operational characteristics to each of the Reorganized Debtors' operating segments.  Common criteria for selecting comparable companies for the analysis include, among other things, industry, business model, revenue composition, geographic footprint, growth prospects, margin profile, customer type and capital intensity.  The selection of appropriate comparable companies is often difficult, a matter of judgment and subject to limitations due to sample size, the availability of meaningful market-based information and reliable financial projections from third-party financial research firms.

    iii.      Precedent Transactions Analysis

The precedent transactions analysis estimates the value of an asset or business by examining public merger and acquisition transactions.  The valuations paid in such acquisitions or implied in such mergers are analyzed as ratios of various financial results or operating metrics.  The transaction multiples are calculated based on the purchase price (including any debt assumed) paid to acquire companies or assets that are comparable to the operating segments of the Reorganized Debtors or their assets.  Since precedent transactions analysis reflects aspects of value other than the intrinsic value of a company or asset, there are limitations as to its applicability in determining Enterprise Value in certain circumstances.  Lazard reviewed recent M&A transactions involving nuclear power plants, coal power plants, and competitive retail electricity suppliers.  Many of the transactions analyzed occurred in different fundamental, credit and other market conditions from those currently prevailing in the current marketplace, and therefore, only a select number of the transactions analyzed could be used as appropriate indications of value in the current market.

In determining the relevance of various precedent transactions for purposes of estimating the Enterprise Value of the Reorganized Debtors' various operating segments, Lazard considered a number of factors with respect to the circumstances surrounding each of the transactions analyzed, some of which were related to certain unique characteristics of the power industry.  For example, when evaluating the relevance of precedent transactions for purposes of estimating the value of a power generating company, it is critically important to consider, among other factors, the geographic region in which the acquired assets operate, the specific nature and fuel type of the assets acquired and the existence of any long-term power purchase agreements associated with the acquired assets.  Power generating companies operating in different regions of the United States are subject to different regulatory frameworks, and the various power markets that comprise the United States' electric grid are influenced by unique and varying regional dynamics.

    B.   APPLICATION OF VALUATION METHODOLOGIES TO THE REORGANIZED DEBTORS' OPERATING SEGMENTS

In performing the sum-of-the-parts valuation analysis described above, Lazard estimated the enterprise values of each of the Debtors' three operating segments, including (i) the Nuclear Operations, (ii) the Fossil Operations and (iii) FES Retail, separately, based on the application of the customary valuation techniques deemed applicable and appropriate for each.  Lazard considered the varying cash flows, degree of operational uncertainty, and availability of relevant precedent transactions and comparable companies, among other factors, in determining which of the customary valuation techniques were most suitable for purposes of estimating the value of each of the Reorganized Debtors' operating segments.

i.      Nuclear Operations

Lazard estimated the value of the Reorganized Debtors' Nuclear Operations based only on the application of the DCF methodology to two different operating scenarios provided by the Debtors' management.  The first operating scenario is based on the Financial Projections for the Nuclear Operations attached to the Disclosure Statement as Exhibit [D], while the second operating scenario was prepared by the Debtors' management in order to understand and take into account the potential implications of receiving additional revenue, as a result of legislative action in Ohio and Pennsylvania, on account of being a provider of zero emissions electricity.  The DCF valuations resulting from an analysis of each scenario were then weighted based upon the potential probability, as determined by the Debtors' management, of receiving legislative approval in Ohio and Pennsylvania that would result in the realization of such additional revenues. Lazard did not utilize comparable publicly traded companies analysis or precedent transactions analysis given that Lazard does not believe there are any publicly traded merchant power companies or M&A transactions that are sufficiently comparable to the Debtors' Nuclear Operations, among other reasons.

ii.      Fossil Operations

Lazard estimated the value of the Reorganized Debtors' Fossil Operations based only on precedent transactions analysis.  Given that the Debtors' Fossil Operations are projected to generate negative cash flows over the remaining operating lives of the two owned power plants (W.H. Sammis and Bruce Mansfield), the application of the DCF methodology yields a negative implied value for the Fossil Operations.  Lazard believes, however, that the DCF analysis methodology does not adequately reflect the value embedded in the Fossil Operations' physical and intangible assets (for example, transmission rights), as well as option value. Furthermore, Lazard did not utilize comparable publicly traded companies analysis given that Lazard does not believe there are any publicly traded merchant power companies that are sufficiently comparable to the Debtors' Fossil Operators, among other reasons.

Lazard analyzed recent M&A transactions involving fossil generating companies and related assets to identify precedent transactions that are relevant to estimating the value of the Fossil Operations.   In determining the relevance of the precedent transactions reviewed, Lazard considered the characteristics of the assets involved in the precedent transactions (including geography, age, heat rate and operating performance of the assets, among other factors) and the unique circumstances surrounding each of the precedent transactions (including the existence of power purchase agreements, and the motivations of the relevant buyers and sellers, among other factors).  Lazard calculated the enterprise value multiple of nameplate capacity ("Capacity Multiple") implied by each of the relevant precedent transactions.  The implied Capacity Multiples were then applied to the total nameplate capacity of the Fossil Operations' generating units that were projected to be in operation as of the Effective Date to derive an estimate of the Enterprise Value of the Reorganized Debtors' Fossil Operations.

Lazard did not independently value the Pleasants power plant, which the Reorganized Debtors are acquiring from the FE Non-Debtor Parties pursuant to the FE Settlement Agreement on the Effective Date.  At the direction of the Debtors' management, Lazard has assumed that the Pleasants Plant's enterprise value is equal to its book value as of March 31, 2018.

iii.      FES Retail

Lazard relied on each of the three customary valuation techniques described above and considered the relevance of each in estimating the potential Enterprise Value range for FES Retail.

THE SUMMARY SET FORTH ABOVE DOES NOT PURPORT TO BE A COMPLETE DESCRIPTION OF THE ANALYSES PERFORMED BY LAZARD. THE PREPARATION OF A VALUATION ESTIMATE INVOLVES VARIOUS DETERMINATIONS AS TO THE MOST APPROPRIATE AND RELEVANT METHODS OF FINANCIAL ANALYSIS AND THE APPLICATION OF THESE METHODS IN THE PARTICULAR CIRCUMSTANCES AND, THEREFORE, SUCH AN ESTIMATE IS NOT READILY SUITABLE TO SUMMARY DESCRIPTION. IN PERFORMING THESE ANALYSES, LAZARD AND THE DEBTORS MADE NUMEROUS ASSUMPTIONS WITH RESPECT TO INDUSTRY PERFORMANCE, BUSINESS AND ECONOMIC CONDITIONS, AND OTHER MATTERS. THE ANALYSES PERFORMED BY LAZARD ARE NOT NECESSARILY INDICATIVE OF ACTUAL VALUES OR FUTURE RESULTS, WHICH MAY BE SIGNIFICANTLY MORE OR LESS FAVORABLE THAN SUGGESTED BY SUCH ANALYSES.