**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-50757 (AMK)<br>) (Jointly Administered)<br>)<br>)<br>) Hon. Judge Alan M. Koschik<br>) |

**NOTICE OF FILING SOLICITATION VERSION OF FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF FIRSTENERGY SOLUTIONS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND SOLICITATION VERSION OF DISCLOSURE STATEMENT IN SUPPORT OF FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF FIRSTENERGY SOLUTIONS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that, on February 11, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the: (i) *Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2120] (the "Plan") and (ii) *Disclosure Statement for the Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2119] (the "Disclosure Statement") with the United States Bankruptcy Court for the Northern District of Ohio (the "Court").

PLEASE TAKE FURTHER NOTICE that on March 9, 2019, the Debtors filed the: (i) *First Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2250] and (ii) *Disclosure Statement for the First Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2251] with the Court.

PLEASE TAKE FURTHER NOTICE that on March 17, 2019, the Debtors filed the: (i) *Second Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2310] and (ii) *Disclosure Statement for the Second Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2313] with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH

**PLEASE TAKE FURTHER NOTICE** that on April 1, 2019, the Debtors filed the: (i) *Third Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2430] and (ii) *Disclosure Statement for the Third Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2431] with the Court.

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2019, the Debtors filed the: (i) *Fourth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2529] and (ii) *Disclosure Statement for the Fourth Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2530] with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 17, 2019, the Debtors filed the: (i) *Fifth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2658] (the "Fifth Amended Plan") and (ii) *Disclosure Statement for the Fifth Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2661] (the "Fifth Amended Disclosure Statement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Fifth Amended Disclosure Statement was held on May 20, 2019 before the Honorable Alan M. Koschik, United States Bankruptcy Judge for the Northern District of Ohio, during which the Fifth Amended Disclosure Statement, with revisions, was approved on the record.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the solicitation version of the Fifth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the solicitation version of the Fifth Amended Disclosure Statement as approved on the record at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice, including the Fifth Amended Plan and the Fifth Amended Disclosure Statement, and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

18-50757-amk    Doc 2675    FILED 05/20/19    ENTERED 05/20/19 18:23:49    Page 2 of 3

Dated:    May 20, 2019                   Respectfully submitted,

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

  - and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors*
*and Debtors in Possession*

3