```
                                  United States Bankruptcy Court
                                     Northern District of Ohio
In re:                                                                       Case No. 18-50757-amk
FirstEnergy Solutions Corp.                                                  Chapter 11
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0647-5           User: bhemi                  Page 1 of 7                    Date Rcvd: Jun 25, 2019
                               Form ID: 315                 Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust              +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 25 2019 23:25:20      United States Trustee,
                   U.S. Department of Justice,   Office of the United States Trustee,
                   Howard M. Metzenbaum U.S. Courthouse,   201 Superior Avenue E, Suite 441,
                   Cleveland, OH 44114-1234
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              A.J.  Webb    on behalf of Creditor    FES Creditor Group awebb@fbtlaw.com,
               awebb@ecf.inforuptcy.com
              A.J.  Webb    on behalf of Creditor    Sunrise Partners Limited Partnership awebb@fbtlaw.com,
               awebb@ecf.inforuptcy.com
              Aaron G. McCollough    on behalf of Interested Party    Duke Energy Ohio, Inc.
               amccollough@mcguirewoods.com
              Aaron G. McCollough    on behalf of Interested Party    North Allegheny Wind, LLC
               amccollough@mcguirewoods.com
              Adam  Ravin    on behalf of Creditor    Ad Hoc Group of Holders of the 6.85% Pass Through
               Certificates Due 2034 adam.ravin@lw.com,  Zachary.Proulx@lw.com
              Adam  Ravin    on behalf of Interested Party    Ad Hoc Group of Holders of the 6.85% Pass Through
               Certificates due 2034 adam.ravin@lw.com,  Zachary.Proulx@lw.com
              Alan S. Tenenbaum    on behalf of Interested Party    United States on behalf of the U.S.
               Environmental Protection Agency and the U.S. Nuclear Regulatory Commission
               alan.tenenbaum@usdoj.gov
              Alan S. Tenenbaum    on behalf of Interested Party    United States on behalf of U.S. Environmental
               Protection Agency alan.tenenbaum@usdoj.gov
              Andrew M. Parlen    on behalf of Interested Party    Ad Hoc Group of Holders of the 6.85% Pass
               Through Certificates due 2034 Andrew.parlen@lw.com
              Andrew M. Parlen    on behalf of Creditor    Ad Hoc Group of Holders of the 6.85% Pass Through
               Certificates Due 2034 Andrew.parlen@lw.com
              Andrew S. Nicoll    on behalf of Attorney    Porter, Wright, Morris & Arthur LLP
               anicoll@porterwright.com
              Anthony J. DeGirolamo    on behalf of Creditor    City of Norton ajdlaw@sbcglobal.net,
               amber_weaver@sbcglobal.net;G23630@notify.cincompass.com
              Anthony J. DeGirolamo    on behalf of Creditor    Marcus Thomas LLC ajdlaw@sbcglobal.net,
               amber_weaver@sbcglobal.net;G23630@notify.cincompass.com
              Barbara Jean Grabowski    on behalf of Creditor    Pennsylvania Department of Environmental
               Protection bgrabowski@pa.gov
              Brady C. Williamson    on behalf of Interested Party    Environmental Law and Policy Center
               bwilliam@gklaw.com,   kboucher@gklaw.com
              Brian  Carney    on behalf of Plaintiff    FirstEnergy Solutions Corp. bcarney@akingump.com
              Brian  Carney    on behalf of Plaintiff    FirstEnergy Generation, LLC bcarney@akingump.com
              Bridget Aileen Franklin    on behalf of Debtor    FirstEnergy Solutions Corp. bfranklin@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Bridget Aileen Franklin    on behalf of Attorney    Akin Gump Strauss Hauer & Feld LLP
               bfranklin@brouse.com,  tpalcic@brouse.com;mmiller@brouse.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Bridget Aileen Franklin    on behalf of Other Prof.    The Oxley Group bfranklin@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Bruce R. Schrader, II    on behalf of Other Prof.    Roetzel & Andress bschrader@ralaw.com
              Caroline Gange    on behalf of Creditor    Murray Energy Corporation Caroline.Gange@srz.com
              Chester B. Salomon    on behalf of Creditor    Traxys North America LLC csalomon@beckerglynn.com
              Christopher B. Wick    on behalf of Intervenor-Plaintiff    Official Committee Of Unsecured
               Creditors cwick@hahnlaw.com, cmbeitel@hahnlaw.com
              Christopher B. Wick    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               cwick@hahnlaw.com, cmbeitel@hahnlaw.com
              Christopher J. Niekamp    on behalf of Creditor    WesTech Engineering Incorporated cjn@nwm-law.com
              Christopher James Azzara    on behalf of Creditor    Beaver County Airport cazzara@smgglaw.com
              Chrysanthe E. Vassiles    on behalf of Debtor    FirstEnergy Solutions Corp. cvassiles@bmsa.com,
               wpoling@ecf.courtdrive.com;cvassiles@ecf.courtdrive.com
              Chrysanthe E. Vassiles    on behalf of Other Prof.    Black McCuskey Souers & Arbaugh, LPA
               cvassiles@bmsa.com, wpoling@ecf.courtdrive.com;cvassiles@ecf.courtdrive.com
              Clayton W. Davidson    on behalf of Interested Party Ad Hoc Large Retail    Customer Committee
               cdavidson@mcneeslaw.com, triser@mcneeslaw.com
              Conrad  Chiu    on behalf of Creditor    UMB Bank, National Association, as successor indenture
               trustee for certain secured pollution control notes and bonds issued by FirstEnergy Generation,
               LLC and FirstEnergy Nuclear Generation, LLC cchiu@pryorcashman.com
              Daniel A. DeMarco    on behalf of Intervenor-Plaintiff    Official Committee Of Unsecured Creditors
               dademarco@hahnlaw.com, cmbeitel@hahnlaw.com
              Daniel A. DeMarco    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dademarco@hahnlaw.com, cmbeitel@hahnlaw.com
              Danielle  Pham    on behalf of Interested Party    United States on behalf of the the U.S.
               Department of Energy danielle.pham@usdoj.gov
              Danielle  Pham    on behalf of Interested Party    United States on behalf of the Federal Energy
               Regulatory Commission danielle.pham@usdoj.gov
              Danielle  Pham    on behalf of Defendant    Federal Energy Regulatory Commission
               danielle.pham@usdoj.gov
              Danielle L. Dietrich    on behalf of Creditor    Schneider Downs Meridian, LP, as Receiver for
               Krayn Wind, LLC ddietrich@tuckerlaw.com,
               lbuckreis@tuckerlaw.com;rbergman@tuckerlaw.com;agilbert@tuckerlaw.com
              Danielle L. Dietrich    on behalf of Creditor    Ellwood Group, Inc. ddietrich@tuckerlaw.com,
               lbuckreis@tuckerlaw.com;rbergman@tuckerlaw.com;agilbert@tuckerlaw.com
              David  Beck    on behalf of Interested Party    Ohio Consumers' Counsel beck@carpenterlipps.com,
               figueroa@carpenterlipps.com;scaggs@carpenterlipps.com
              David  Beck    on behalf of Interested Party    The Office of the Ohio Consumers Counsel
               beck@carpenterlipps.com, figueroa@carpenterlipps.com;scaggs@carpenterlipps.com
              David  Hillman    on behalf of Creditor    Murray Energy Corporation David.Hillman@srz.com
              David A. Lockshaw, Jr.    on behalf of Creditor    Appendix R Solutions, Inc.
               dlockshaw@dickinsonwright.com, cmaynard@dickinsonwright.com
              David J. Coyle    on behalf of Interested Party    Vermillion Power L.L.C. dcoyle@shumaker.com
              David Lynn Yaussy    on behalf of Debtor    FirstEnergy Solutions Corp. dyaussy@spilmanlaw.com
              David Lynn Yaussy    on behalf of Attorney David Lynn Yaussy dyaussy@spilmanlaw.com
              David M. Neumann    on behalf of Creditor    Schwebel Baking Company dneumann@meyersroman.com,
               jray@meyersroman.com;mnowak@meyersroman.com
              Debra  Felder    on behalf of Creditor    High Trail Wind Farm, LLC dfelder@orrick.com,
               lmcgowen@orrick.com,leslie.freiman@edpr.com,randy.sawyer@edpr.com
              Douglas F. Monkhouse    on behalf of Creditor    Blue Creek Wind Farm LLC and Casselman Windpower
               LLC doug.monkhouse@bracewell.com, mary.kearney@bracewell.com
              Douglas F. Monkhouse    on behalf of Creditor    Casselman Windpower LLC
               doug.monkhouse@bracewell.com, mary.kearney@bracewell.com
              Douglas F. Monkhouse    on behalf of Creditor    Blue Creek Wind Farm LLC
               doug.monkhouse@bracewell.com, mary.kearney@bracewell.com
              Edward J. Stechschulte    on behalf of Interested Party    Office and Professional Employees
               International Union, Local 19, AFL-CIO/CLC estechschulte@kiflaw.com
              Elia O. Woyt    on behalf of Creditor    MetLife Capital, Limited Partnership eowoyt@vorys.com,
               eowoyt@vorys.com;mdwalkuski@vorys.com
              Ellen  Ostrow    on behalf of Creditor    Allegheny Ridge Wind Farm, LLC eeostrow@hollandhart.com
              Ellen  Ostrow    on behalf of Creditor    Meyersdale Windpower, LLC eeostrow@hollandhart.com
              Eric R. Goodman    on behalf of Creditor    Ad Hoc Noteholder Group egoodman@bakerlaw.com,
               sszalay@bakerlaw.com
              Erik Alan Schramm, Sr.    on behalf of Creditor    Panhandle Cleaning and Restoration
               hems@ohiovalleylaw.com
              Forrest  Smith    on behalf of Creditor    Pennsylvania Department of Environmental Protection
               forsmith@pa.gov
              Frank James Guadagnino    on behalf of Plaintiff    Exelon Generation Company, LLC
               fguadagnino@mcguirewoods.com
              Frank James Guadagnino    on behalf of Interested Party    Exelon Generation Company, LLC
               fguadagnino@mcguirewoods.com
              Gary Mark Kaplan    on behalf of Creditor    Maryland Solar LLC c/o Farella Braun + Martel LLP
               gkaplan@fbm.com
              Gary Mark Kaplan    on behalf of Interested Party    First Solar, Inc. gkaplan@fbm.com
              George A. Davis    on behalf of Interested Party    Ad Hoc Group of Holders of the 6.85% Pass
               Through Certificates due 2034 george.davis@lw.com
              George A. Davis    on behalf of Creditor    Ad Hoc Group of Holders of the 6.85% Pass Through
               Certificates Due 2034 george.davis@lw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        George Thomas Snyder   on behalf of Creditor   Meadville Forging Company, L.P.
        gsnyder@stonecipherlaw.com
        Gina D. Shearer   on behalf of Creditor   ERM-West, Inc. gina.shearer@clarkhillstrasburger.com,
        teresa.barrera@clarkhillstrasburger.com
        Gus Kallergis   on behalf of Attorney   Calfee, Halter & Griswold LLP gkallergis@calfee.com
        Harold A. Corzin   on behalf of Creditor Luz Gongora hcorzin@csu-law.com, ccorzin@aol.com
        Heather Lennox   on behalf of Interested Party   FirstEnergy Corp. hlennox@jonesday.com
        J. Matthew Fisher   on behalf of Creditor Michael Gorchock fisher@aksnlaw.com, doan@aksnlaw.com
        James Bentley   on behalf of Creditor   Murray Energy Corporation James.Bentley@srz.com
        James A. Copeland   on behalf of Creditor   Commerzbank AG james.copeland@nortonrosefulbright.com
        James Michael Doerfler   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
        as Trustee for Certain Bonds and Notes jdoerfler@reedsmith.com, kgwynne@reedsmith.com
        James S. Carr   on behalf of Creditor   JAIX Leasing Company
        BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;KDWBankruptcyDepartment@
        KelleyDrye.com
        James W. Ehrman   on behalf of Creditor   BNSF Railway Company jwe@weadvocate.net,
        newpleadings@gmail.com;ecf-7d83ee620d47@ecf.pacerpro.com
        Jared S. Roach   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
        Trustee for Certain Bonds and Notes jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
        Jarrod Stone   on behalf of Creditor   Westchester Fire Insurance Company jstone@manierherod.com,
        rmiller@manierherod.com;mcollins@manierherod.com
        Jason D. Curry   on behalf of Other Prof.   Sitrick and Company, Inc jason.curry@quarles.com,
        sybil.aytch@quarles.com
        Jeanne S. Lofgren   on behalf of Creditor   Meadville Forging Company, L.P.
        jlofgren@stonecipherlaw.com
        Jeffrey David Van Volkenburg   on behalf of Creditor James J. Muto jdvanvolkenburg@vv-wvlaw.com,
        mjordan@vv-wvlaw.com
        Jeffrey David Van Volkenburg   on behalf of Creditor Carol L. Muto jdvanvolkenburg@vv-wvlaw.com,
        mjordan@vv-wvlaw.com
        Jeffrey M. Levinson   on behalf of Creditor   UMB Bank, National Association, as successor
        indenture trustee for certain secured pollution control notes and bonds issued by FirstEnergy
        Generation, LLC and FirstEnergy Nuclear Generation, LLC jml@jml-legal.com
        Jeremy M. Campana   on behalf of Creditor   URENCO Nederland B.V. jeremy.campana@thompsonhine.com,
        ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Interested Party   Buckeye Power, Inc.
        jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   URENCO Limited jeremy.campana@thompsonhine.com,
        ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   Louisiana Energy Services LLC
        jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   Buckeye Power, Inc. jeremy.campana@thompsonhine.com,
        ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   URENCO Deutschland GmbH
        jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   Wolverine Power Supply Cooperative, Inc.
        jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   URENCO Enrichment Company Limited
        jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com
        Jeremy M. Campana   on behalf of Creditor   URENCO UK Limited jeremy.campana@thompsonhine.com,
        ECFDocket@thompsonhine.com
        John Herman   on behalf of Creditor   Pennsylvania Department of Environmental Protection
        joherman@pa.gov
        John Thompson   on behalf of Interested Party   North Allegheny Wind, LLC
        jthompson@mcguirewoods.com
        John Thompson   on behalf of Interested Party   Duke Energy Ohio, Inc. jthompson@mcguirewoods.com
        John Cleaveland Fairweather   on behalf of Debtor   FirstEnergy Solutions Corp.
        jfairweather@brouse.com, sgibson@brouse.com
        John Cleaveland Fairweather   on behalf of Plaintiff   FirstEnergy Generation, LLC
        jfairweather@brouse.com, sgibson@brouse.com
        John Cleaveland Fairweather   on behalf of Plaintiff   FirstEnergy Solutions Corp.
        jfairweather@brouse.com, sgibson@brouse.com
        John F. Kostelnik   on behalf of Creditor   Chemsteel Construction Company
        jkostelnik@frantzward.com, dlbeatrice@frantzward.com
        John H. Ginsberg   on behalf of Creditor   Pension Benefit Guaranty Corporation
        ginsberg.john@pbgc.gov, efile@pbgc.gov
        John P. Archer   on behalf of Other Prof.   Kohrman Jackson & Krantz LLP jpa@kjk.com, ckv@kjk.com
        John R. Ashmead   on behalf of Creditor   U.S. Bank Trust National Association ashmead@sewkis.com
        Jonathan A. Margolies   on behalf of Creditor   Burns & McDonnell jmargolies@mcdowellrice.com,
        ksims@mcdowellrice.com
        Joseph M. McCandlish   on behalf of Attorney   STATE OF OHIO DEPARTMENT OF HEALTH
        Joseph.McCandlish@ohioattorneygeneral.gov, colnationalecf@weltman.com
        Joseph R. Sgroi   on behalf of Attorney   Honigman LLP jsgroi@honigman.com
        Joseph R. Sgroi   on behalf of Attorney   Honigman Miller Schwartz and Cohn LLP
        jsgroi@honigman.com
        Joshua Ryan Vaughan   on behalf of Creditor   Ohio Department of Taxation and Ohio Bureau of
        Wokers' Compensation jvaughan@amer-collect.com,
        SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joyce   Goldstein    on behalf of Creditor    Utility Workers Union of America, Local 457, AFL-CIO
               jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Joyce   Goldstein    on behalf of Interested Party    Utility Workers Union of America, Local 270,
               AFL-CIO jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Joyce   Goldstein    on behalf of Creditor    International Brotherhood of Electrical Workers Local
               245, AFL-CIO jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Joyce   Goldstein    on behalf of Creditor    International Brotherhood of Electrical Workers Local
               1413, AFL-CIO jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Joyce   Goldstein    on behalf of Creditor    Utility Workers Union of America, Local 351, AFL-CIO
               jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Joyce   Goldstein    on behalf of Creditor    International Brotherhood of Electrical Workers Local
               272, AFL-CIO jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Joyce   Goldstein    on behalf of Creditor    International Brotherhood of Electrical Workers Local
               29, AFL-CIO jgoldstein@ggcounsel.com,   rstoper@ggcounsel.com
              Julie Anderson Bickis    on behalf of Debtor    FirstEnergy Solutions Corp. jbickis@stark-knoll.com
              Kate   Doorley    on behalf of Debtor    FirstEnergy Solutions Corp. kdoorley@akingump.com
              Kate M. Bradley    on behalf of Other Prof.    Hogan Lovells US LLP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Other Prof.    ICF Resources, LLC kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Other Prof.    Direct Fee Review LLC kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Other Prof.    KPMG LLP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Attorney    Milbank, Tweed, Hadley & McCloy LLP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Attorney    Willkie Farr & Gallagher LLP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Spec. Counsel    Quinn Emanuel Urquhart & Sullivan, LLP
               kbradley@brouse.com,   tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Plaintiff    FirstEnergy Generation, LLC kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Debtor    FirstEnergy Solutions Corp. kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Defendant    FirstEnergy Solutions Corp. kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Attorney    Akin Gump Strauss Hauer & Feld LLP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Plaintiff    FirstEnergy Solutions Corp. kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Financial Advisor    FTI Consulting, Inc. kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Creditor Committee    Hahn Loeser & Parks LLP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Other Prof.    PJT Partners LP kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Other Prof.    Lazard Freres & Co LLC kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kate M. Bradley    on behalf of Other Prof.    Sitrick and Company, Inc kbradley@brouse.com,
               tpalcic@brouse.com;mmiller@brouse.com
              Kathy Jo Kolich    on behalf of Debtor    FirstEnergy Solutions Corp. KJKLAW@YAHOO.COM
              Keith E. Whitson    on behalf of Creditor    PJM Settlement, Inc. kwhitson@schnader.com,
               1282467420@filings.docketbird.com
              Keith E. Whitson    on behalf of Creditor    PJM Interconnection, LLC kwhitson@schnader.com,
               1282467420@filings.docketbird.com
              Keri   Ebeck    on behalf of Creditor    Thomas Cantwell kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri   Ebeck    on behalf of Creditor    Kerri Ann Bachner, individually and as Administratix of the
               Estate of Kevin Patrick Bachner kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri   Ebeck    on behalf of Creditor    Alisa M. Gorchock, individually and as Administratix of the
               Estate of John M. Gorchock kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri   Ebeck    on behalf of Creditor    Teresa A. Miller, Individually and as Administratix of the
               Estate of James D. Miller kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri   Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kim Martin Lewis    on behalf of Creditor Committee    Enerfab Power & Industrial, Inc
               kim.lewis@dinsmore.com,   lisa.geeding@dinsmore.com
              Laura Dawn Metzger    on behalf of Interested Party    Walleye Power, LLC lmetzger@orrick.com
              Lawrence E. Oscar    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               leoscar@hahnlaw.com,   hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
              Lawrence E. Oscar    on behalf of Intervenor-Plaintiff    Official Committee Of Unsecured Creditors
               leoscar@hahnlaw.com,   hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
              Lisa S. DelGrosso    on behalf of Plaintiff    FirstEnergy Generation, LLC ldelgrosso@brouse.com
              Lisa S. DelGrosso    on behalf of Plaintiff    FirstEnergy Solutions Corp. ldelgrosso@brouse.com
              Marc   Kieselstein    on behalf of Intervenor-Defendant    Ohio Valley Electric Corporation
               marc.kieselstein@kirkland.com,
               dseligman@kirkland.com;ciara.foster@kirkland.com;matthew.fagen@kirkland.com;nacif.taousse@kirklan
               d.com;alexandra.schwarzman@kirkland.com;jackie.duhl@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Marc   Merklin     on behalf of Plaintiff    FirstEnergy Generation, LLC mmerklin@brouse.com,
           tpalcic@brouse.com;mmiller@brouse.com
          Marc   Merklin     on behalf of Plaintiff    FirstEnergy Solutions Corp. mmerklin@brouse.com,
           tpalcic@brouse.com;mmiller@brouse.com
          Marc   Merklin     on behalf of Debtor    FirstEnergy Solutions Corp. mmerklin@brouse.com,
           tpalcic@brouse.com;mmiller@brouse.com
          Marc   Sacks     on behalf of Interested Party    United States on behalf of the the U.S. Department
           of Energy marcus.s.sacks@usdoj.gov
          Marc   Sacks     on behalf of Interested Party    United States on behalf of the Federal Energy
           Regulatory Commission marcus.s.sacks@usdoj.gov
          Marc   Sacks     on behalf of Defendant    Federal Energy Regulatory Commission
           marcus.s.sacks@usdoj.gov
          Marc P. Gertz     on behalf of Creditor James E. Rupert mpgertz@dayketterer.com,
           dmichna@dayketterer.com
          Maria   Carr     on behalf of Creditor    Wilmington Savings Fund Society, FSB
           mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
          Mark   McKane     on behalf of Intervenor-Defendant    Ohio Valley Electric Corporation
           Mark.Mckane@kirkland.com, adrienne-levin-5018@ecf.pacerpro.com
          Mark   McKane     on behalf of Creditor    Ohio Valley Electric Corporation Mark.Mckane@kirkland.com,
           adrienne-levin-5018@ecf.pacerpro.com
          Mark J. Sheriff     on behalf of Creditor     ABC-Amega, Inc. msheriff@tt-law.com
          Mary K. Whitmer     on behalf of Creditor    BNSF Railway Company mkw@weadvocate.net,
           mary-k-whitmer-0919@ecf.pacerpro.com
          Matthew   Gold     on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew A. Feldman     on behalf of Other Prof.    Hogan Lovells US LLP mao@willkie.com
          Matthew A. Feldman     on behalf of Creditor Committee    Hahn Loeser & Parks LLP mao@willkie.com
          Matthew A. Feldman     on behalf of Financial Advisor    FTI Consulting, Inc. mao@willkie.com
          Matthew A. Feldman     on behalf of Attorney    Milbank, Tweed, Hadley & McCloy LLP mao@willkie.com
          Matthew A. Feldman     on behalf of Other Prof.    Sitrick and Company, Inc mao@willkie.com
          Matthew A. Feldman     on behalf of Debtor    FirstEnergy Solutions Corp. mao@willkie.com
          Matthew A. Feldman     on behalf of Attorney    Akin Gump Strauss Hauer & Feld LLP mao@willkie.com
          Matthew A. Feldman     on behalf of Other Prof.    PJT Partners LP mao@willkie.com
          Matthew A. Feldman     on behalf of Other Prof.    Direct Fee Review LLC mao@willkie.com
          Matthew A. Feldman     on behalf of Other Prof.    KPMG LLP mao@willkie.com
          Matthew A. Feldman     on behalf of Attorney    Willkie Farr & Gallagher LLP mao@willkie.com
          Matthew A. Feldman     on behalf of Other Prof.    Lazard Freres & Co LLC mao@willkie.com
          Matthew A. Feldman     on behalf of Other Prof.     ICF Resources, LLC mao@willkie.com
          Matthew A. Feldman     on behalf of Spec. Counsel    Quinn Emanuel Urquhart & Sullivan, LLP
           mao@willkie.com
          Matthew E McClintock     on behalf of Interested Party    Sierra Club mattm@goldmclaw.com,
           teresag@restructuringshop.com
          Melissa L. Van Eck     on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
           mvaneck@attorneygeneral.gov
          Melissa L. Van Eck     on behalf of Creditor PA Department of Revenue Office of Attorney General
           mvaneck@attorneygeneral.gov
          Melissa M. Macejko     on behalf of Creditor    City of Youngstown mmacejko@suharlaw.com,
           melissamacejko@sbcglobal.net;mstewart@suharlaw.com
          Michael   Esser     on behalf of Creditor    Ohio Valley Electric Corporation
           michael.esser@kirkland.com, adrienne-levin-5018@ecf.pacerpro.com
          Michael   Esser     on behalf of Intervenor-Defendant    Ohio Valley Electric Corporation
           michael.esser@kirkland.com, adrienne-levin-5018@ecf.pacerpro.com
          Michael A. Galasso     on behalf of Creditor    Rexel USA, Inc. mgalasso@rkpt.com, bbass@rkpt.com
          Michael A. Steel     on behalf of Creditor    American Centrifuge Enrichment, LLC masteel@bmdllc.com,
           attysteel@gmail.com;syoho@bmdllc.com
          Michael A. Steel     on behalf of Creditor    United States Enrichment Corp. masteel@bmdllc.com,
           attysteel@gmail.com;syoho@bmdllc.com
          Michael D. Langford     on behalf of Creditor    Wilmington Savings Fund Society, FSB
           mlangford@kilpatricktownsend.com,
           sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com
          Michael D. Lorton     on behalf of Interested Party Michael D. Lorton mdlorton@umich.edu
          Michael E. Idzkowski     on behalf of Creditor    State of Ohio EPA and ODNR
           michael.idzkowski@ohioattorneygeneral.gov, Sandra.finan@ohioattorneygeneral.gov
          Michael Flynn McBride     on behalf of Debtor    FirstEnergy Solutions Corp. mfm@vnf.com
          Michael G. Oliva     on behalf of Other Prof.    Loomis Ewert Parsley Davis & Gotting PC
           mgoliva@loomislaw.com
          Michael J. Kaczka     on behalf of Creditor    Wilmington Savings Fund Society, FSB
           mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
          Michael J. Kaczka     on behalf of Creditor    Ad Hoc Group of Holders of the 6.85% Pass Through
           Certificates Due 2034 mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
          Michele L. Angell     on behalf of Creditor    BNB Napoleon Solar, LLC mangell@kasowitz.com,
           courtnotices@kasowitz.com
          Molly Gallagher Sykes     on behalf of Creditor    National Labor Relations Board
           molly.sykes@nlrb.gov, Paul.Thomas@nlrb.gov
          Molly J. Kjartanson     on behalf of Other Prof.    Sitrick and Company, Inc
           molly.kjartanson@quarles.com, sybil.aytch@quarles.com
          Nathan   Haynes     on behalf of Other Prof.    Greenberg Traurig, LLP haynesn@gtlaw.com
          Neil   Schor     on behalf of Other Prof.    Harrington, Hoppe & Mitchell, Ltd. nschor@hhmlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Nicholas McDaniel    on behalf of Interested Party    United States on behalf of the U.S.
               Environmental Protection Agency and the U.S. Nuclear Regulatory Commission
               nicholas.a.mcdaniel@usdoj.gov
              Nick A. Nykulak    on behalf of Other Prof.    Ross Brittain & Schonberg, Co., LPA
               nnykulak@rbslaw.com
              Orville L. Reed    on behalf of Debtor    FirstEnergy Solutions Corp. oreed@stark-knoll.com
              Patricia B. Fugee    on behalf of Creditor    The Andersons, Inc. patricia.fugee@fisherbroyles.com,
               ecf@cftechsolutions.com
              Patrick Michael Casey    on behalf of Interested Party    United States on behalf of U.S. Nuclear
               Regulatory Commission patrick.casey@usdoj.gov
              Patrick Michael Casey    on behalf of Interested Party    United States on behalf of the U.S.
               Environmental Protection Agency and the U.S. Nuclear Regulatory Commission
               patrick.casey@usdoj.gov
              Patrick Michael Casey    on behalf of Interested Party    United States on behalf of U.S.
               Environmental Protection Agency patrick.casey@usdoj.gov
              Paul A. Wilhelm    on behalf of Creditor    ERM-West, Inc. pwilhelm@clarkhill.com
              Pete White    on behalf of Creditor    Murray Energy Corporation Pete.White@srz.com
              Peter R. Morrison    on behalf of Interested Party    Board of Directors of FirstEnergy Corp.
               peter.morrison@squirepb.com, cle_dckt@squirepb.com
              Peter R. Morrison    on behalf of Other Prof.    Squire Patton Boggs (US) LLP
               peter.morrison@squirepb.com, cle_dckt@squirepb.com
              Raymond Gifford    on behalf of Other Prof.    Wilkinson Barker Knauer LLP rgifford@wbklaw.com
              Renee A. Bacchus    on behalf of Creditor    United States of America, IRS Renee.Bacchus@usdoj.gov,
               USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
              Richard A. Baumgart    on behalf of Creditor    Ohio Valley Electric Corporation
               rbaumgart@dsb-law.com
              Richard A. Baumgart    on behalf of Intervenor-Defendant    Ohio Valley Electric Corporation
               rbaumgart@dsb-law.com
              Richard Alan Getty    on behalf of Defendant    Bluestone Energy Sales Corp.
               rgetty@gettylawgroup.com,
               astith@gettylawgroup.com;tezzell@gettylawgroup.com;menglish@gettylawgroup.com;klambert@gettylawgr
               oup.com
              Richard E. Bordonaro    on behalf of Interested Party    Marnen Mioduszewski Bordonaro Wagner &
               Sinnott rbordonaro@mmbwslaw.com
              Richard G. Hardy    on behalf of Creditor    ASHTA Chemicals Inc. rhardy@ulmer.com
              Richard G. Hardy    on behalf of Interested Party    Krayn Wind LLC rhardy@ulmer.com
              Richard J. Parks    on behalf of Creditor    South Side Area School District rjp@pietragallo.com,
               ms@pietragallo.com;jk@pietragallo.com
              Richard M. Bain    on behalf of Creditor    Schwebel Baking Company rbain@meyersroman.com,
               mnowak@meyersroman.com;jray@meyersroman.com
              Richard P. Schroeter, Jr    on behalf of Creditor    Ohio Department of Taxation and Ohio Bureau of
               Wokers' Compensation rschroeter@amer-collect.com,
               sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com
              Richard W. Mancino    on behalf of Debtor    FirstEnergy Solutions Corp. mao@willkie.com
              Risa Lynn Wolf    on behalf of Creditor    Allegheny Ridge Wind Farm, LLC rwolf@hollandhart.com,
               lmlopezvelasquez@hollandhart.com
              Risa Lynn Wolf    on behalf of Interested Party    Allegheny Ridge Wind Farm, LLC
               rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
              Risa Lynn Wolf    on behalf of Creditor    Meyersdale Windpower, LLC rwolf@hollandhart.com,
               lmlopezvelasquez@hollandhart.com
              Robert Darnell    on behalf of Interested Party    United States on behalf of U.S. Nuclear
               Regulatory Commission robert.darnell@usdoj.gov
              Robert Darnell    on behalf of Interested Party    Office of the Ohio Attorney General, acting on
               behalf of the Ohio Environmental Protection Agency and the Ohio Department of Natural Resources
               robert.darnell@usdoj.gov
              Robert Darnell    on behalf of Interested Party    United States on behalf of U.S. Environmental
               Protection Agency robert.darnell@usdoj.gov
              Robert Darnell    on behalf of Interested Party    United States on behalf of the U.S.
               Environmental Protection Agency and the U.S. Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Pennsylvania Department of Revenue
               redmundson@attorneygeneral.gov
              Robert C. Edmundson    on behalf of Creditor PA Department of Revenue Office of Attorney General
               redmundson@attorneygeneral.gov
              Robert C. Edmundson    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               redmundson@attorneygeneral.gov
              Robert C. Folland    on behalf of Creditor    Midwest Independent System Operator, Inc.
               rob.folland@btlaw.com, rcfolland@gmail.com;kskamfer@btlaw.com
              Robert C. Folland    on behalf of Creditor Committee    PKMJ Technical Services, Inc. dba
               Rolls-Royce rob.folland@btlaw.com, rcfolland@gmail.com;kskamfer@btlaw.com
              Robert M. Stefancin    on behalf of Creditor    BNSF Railway Company rms@weadvocate.net,
               robert-stefancin-0240@ecf.pacerpro.com
              Robert M. Stefancin    on behalf of Creditor    DTE REF Management Company, LLC rms@weadvocate.net,
               robert-stefancin-0240@ecf.pacerpro.com
              Robert M. Stefancin    on behalf of Creditor    DTE ES Operations, LLC rms@weadvocate.net,
               robert-stefancin-0240@ecf.pacerpro.com
              Rocco I. Debitetto    on behalf of Financial Advisor    FTI Consulting, Inc.
               ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rocco I. Debitetto   on behalf of Other Prof.   Lazard Freres & Co LLC ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Other Prof.   Direct Fee Review LLC ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Intervenor-Plaintiff   Official Committee Of Unsecured Creditors ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Attorney   Willkie Farr & Gallagher LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Other Prof.   KPMG LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Other Prof.   Sitrick and Company, Inc ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Creditor Committee   Hahn Loeser & Parks LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Spec. Counsel   Quinn Emanuel Urquhart & Sullivan, LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Other Prof.   Hogan Lovells US LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Other Prof.   PJT Partners LP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Attorney   Akin Gump Strauss Hauer & Feld LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Other Prof.   ICF Resources, LLC ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Attorney   Milbank, Tweed, Hadley & McCloy LLP ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Rocco I. Debitetto   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
        Ross Brittain & Schonberg, Co., LPA   nnykulak@rbslaw.com
        Ryan F. Kelley   on behalf of Creditor   Suprock Technologies LLC rkelley@pierceatwood.com, mpottle@pierceatwood.com;aredmond@pierceatwood.com
        Saloni Shah   on behalf of Creditor   Liberty Mutual Insurance Company sshah@leolawpc.com, emartinez@leolawpc.com
        Scott N. Opincar   on behalf of Creditor   Wilmington Savings Fund Society, FSB sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
        Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
        Sonia A. Chae   on behalf of Interested Party   U.S. Securities & Exchange Commission chaes@sec.gov
        Sonia A. Chae   on behalf of Interested Party   United States Securities and Exchange Commission chaes@sec.gov
        Stephen B. Gerald   on behalf of Interested Party   AP Services LLC sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   Curtiss-Wright Electro-Mechanical Corporation sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   Curtiss-Wright Flow Control Corporation sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   Curtiss-Wright Flow Control Service, LLC sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   Curtiss-Wright Flow Control Service Corporation sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   Nova Machine Products, Inc. sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   EST Group, Inc. sgerald@wtplaw.com
        Stephen B. Gerald   on behalf of Interested Party   Curtiss-Wright Flow Control Company Canada sgerald@wtplaw.com
        Stephen D. Lerner   on behalf of Interested Party   Board of Directors of FirstEnergy Corp. stephen.lerner@squirepb.com
        T. Daniel Reynolds   on behalf of Interested Party   FirstEnergy Corp. tdreynolds@jonesday.com
        Thomas A. Wilson   on behalf of Interested Party   FirstEnergy Corp. tawilson@jonesday.com
        Thomas Scott Leo   on behalf of Creditor   Liberty Mutual Insurance Company sleo@leolawpc.com, emartinez@leolawpc.com
        Tiiara N. A. Patton ust401   on behalf of U.S. Trustee   United States Trustee tiiara.patton@usdoj.gov
        Timothy J. Kern   on behalf of Creditor   State of Ohio EPA and ODNR Timothy.Kern@OhioAttorneyGeneral.gov
        Todd A. Atkinson   on behalf of Interested Party   Krayn Wind LLC tatkinson@ulmer.com
        Todd C. Meyers   on behalf of Creditor   Wilmington Savings Fund Society, FSB tmeyers@kilpatricktownsend.com, sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com
        Vera Kanova   on behalf of Creditor   Pennsylvania Department of Environmental Protection verkanova@pa.gov
        William A. Wood, III   on behalf of Creditor   Blue Creek Wind Farm LLC trey.wood@bracewell.com
        William A. Wood, III   on behalf of Creditor   Casselman Windpower LLC trey.wood@bracewell.com
        William J. Ihlenfeld, II   on behalf of Creditor   Mirion Technologies (MGPI), Inc wihlenfeld@baileyglasser.com, jkittinger@baileyglasser.com;kbarrett@baileyglasser.com
        Zachary A. Hebert   on behalf of Creditor   National Labor Relations Board zachary.hebert@nlrb.gov
        Zachary F. Proulx   on behalf of Creditor   Ad Hoc Group of Holders of the 6.85% Pass Through Certificates Due 2034 zachary.proulx@lw.com

                                                                                                                                  TOTAL: 276

 

# U. S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO

## Transcript Request Form

| 1. Date: **June 25, 2019** | 2. Name: **Eric R. Goodman** | 3. Phone Number: **216.861.7418** |
|---|---|---|
| 4. Mailing Address:<br>**Key Tower**<br>**127 Public Square, Suite 2000** | 5. City: **Cleveland** | 6. State/Zip: **Ohio, 44114** |
| 7. Case/Adversary Number:<br>**18–50757–amk** | 8. Case Name:<br>**FirstEnergy Solutions Corp.** | 9. Judge Assigned:<br>**ALAN M. KOSCHIK** |
| 10. Date of Proceeding<br>**06/25/2019** | 11. Location of the Proceeding:<br>Akron | |
| 12. Transcript Requested (Specify portion(s) for which transcript is requested):<br>Entire Hearing | | |
| 13. Category *(See Maximum Transcript Fee Rates as set by the Judicial Conference of the US on OHNB website for explanation of transcript order types below.)*<br><br>Expedited | 14. Comments/Special Instructions:<br>Please also email transcript to sszalay@bakerlaw.com – thank you. | |
| 15. Request Transcript to be emailed to:<br>egoodman@bakerlaw.com | 16. Transcript to be prepared by: Legal Electronic Recordings | |
| 17. Processed by (Court Use Only): Brenda Heminger | | |

**Date:** June 25, 2019           Josiah C. Sell (Acting)
Form ohnb 315          Clerk Of Court