# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

## THIRTEENTH MONTHLY FEE STATEMENT OF
## FTI CONSULTING, INC.
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVSIOR
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FROM APRIL 1, 2019 THROUGH AND INCLUDING APRIL 30, 2019

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 12, 2018, *nunc pro tunc* to April 11, 2018 |
| Time Period Covered by Statement: | April 1, 2019 – April 30, 2019 |
| Total Fees Requested in the Statement: | $128,870.40 (80% of $161,088.00) |
| Total Expenses Requested in the Statement: | $1,180.22 |
| Total Fees and Expenses for Which Interim Allowance is Sought: | $162,268.22 |
| Total Fees and Expenses to be Paid Under the Interim Compensation Order: | $130,050.62 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is 341 White Pond Dr., Akron, OH 44320.

18-50757-amk    Doc 2841    FILED 06/28/19    ENTERED 06/28/19 17:55:21    Page 1 of 21

Pursuant to sections 105(a), 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Northern District of Ohio (as amended, the "Local Rules"), the *Order Authorizing the Official Committee of Unsecured Creditors to Employ and Retain FTI Consulting, Inc. as Financial Advisor Effective as of April 11, 2018,* dated June 12, 2018 [Docket No. 729] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 427] (the "Interim Compensation Order"), the *Guidelines for Compensation and Expense Reimbursement of Professionals* ( the "Local Guidelines"), FTI Consulting, Inc. ("FTI"), financial advisors to the Official Committee of Unsecured Creditors (the "Committee" or "UCC") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits this thirteenth monthly fee statement (the "Monthly Fee Statement"), for the period of April 1, 2019 through and including April 30, 2019 (the "Fee Period").  By this Monthly Fee Statement, FTI seeks: (i) interim allowance of $162,268.22, for the total amount of fees and expenses incurred on behalf of the Committee during the Fee Period; (ii) payment in the amount of $128,870.40, which is equal to 80% of the total amount of compensation sought for actual and necessary services rendered to the Committee during the Fee Period; and (iii) reimbursement in the amount of $1,180.22 for actual and necessary costs and expenses incurred by FTI in connection with such services during the Fee Period.

## Itemization of Services and Disbursements Incurred

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule providing certain information regarding the FTI professionals and paraprofessionals for whose work in these Chapter 11 Cases compensation is sought in this Monthly Fee Statement. Professionals and paraprofessionals of FTI have billed a total of 187.4 hours in connection with these Chapter 11 Cases during the Fee Period.

- **Exhibit B** is a schedule of the number of hours billed by FTI professionals and paraprofessionals during the Fee Period with respect to each of the subject matter categories FTI established in accordance with its internal billing procedures.

- **Exhibit C** consists of FTI's records of fees incurred in the Fee Period in the rendition of the professional services to the Committee.

- **Exhibit D** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which FTI is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for FTI's out-of- pocket expenses.

- **Exhibit E** consists of FTI's records of expenses incurred in the Fee Period in the rendition of the professional services to the Committee.

## Reservation

2.    Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such time and expenses. Accordingly, FTI reserves the right to make further application to this Court for allowance of such fees and expenses incurred during this Fee Period but not included herein.

## Notice

3.    Notice of this Fee Statement has been provided in accordance with the Interim Compensation Order to: (a) the Debtors, FirstEnergy Solutions Corp., 341 White Pond Drive, Akron, OH, 44320 (Attn: Rick Giannantonio); (b) counsel for the Debtors, Akin Gump Strauss

Hauer & Feld LLP, One Bryant Park, 44th Floor, New York, NY 10036-6745 (Attn. Lisa Beckerman) 1333 New Hampshire Avenue, N.W., Washington, DC 20036 (Attn. Scott Alberino); (c) local counsel to the Debtors, Brouse McDowell LPA, 388 South Main St., Suite 500, Akron, OH 44311 (Attn: Kate Bradley and Marc Merklin); (d) the Office of the United States Trustee, Howard M. Metzenbaum, U.S. Courthouse, 201 Superior Avenue East, Suite 441, Cleveland, OH 44114 (Attn: Tiiara Patton); (e) counsel to FirstEnergy Corp. and its non-Debtor subsidiaries, Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114 (Attn: Heather Lennox and Thomas Wearsch).

WHEREFORE, FTI seeks: (i) interim allowance of $162,268.22 for the total amount of fees and expenses incurred on behalf of the Committee during the Fee Period; (ii) payment in the amount of $128,870.40, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered to the Committee during the Fee Period; and (iii) reimbursement in the amount of $1,180.22 for actual and necessary costs and expenses incurred by FTI in connection with such services during the Fee Period.

[*Remainder of Page Left Intentionally Blank*]

4

Dated: June 28, 2019                              /s/ Andrew Scruton

Andrew Scruton
Senior Managing Director
Three Times Square
New York, NY 10036
Telephone: (646) 453-1222
Email: Andrew.Scruton@FTIConsulting.com

*Financial Advisor to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) (Jointly Administered) |
|  | ) |
| Debtors. | ) |
|  | ) Hon. Judge Alan M. Koschik |
|  | ) |

## <u>VERIFICATION</u>

I, Andrew Scruton, pursuant to 28 U.S.C. §1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, "<u>FTI</u>"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in this Chapter 11 Case.

2.      I have read the foregoing *Thirteenth Monthly Fee Statement of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors from April 1, 2019 Through and Including April 30, 2019* (the "<u>Fee Statement</u>"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Statement are true and correct and materially comply with

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is 341 White Pond Dr., Akron, OH 44320.

1

the applicable orders, rules, guidelines and requirements as set forth by Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Northern District of Ohio and the *Guidelines for Compensation and Expense Reimbursement of Professionals.*

3.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge, and belief.


 Dated: June 28, 2019                                    FTI CONSULTING, INC


                                                  /s/ Andrew Scruton
                                                  Andrew Scruton
                                                  Senior Managing Director
                                                  Three Times Square
                                                  New York, NY 10036
                                                  Telephone: (646) 453-1222
                                                  Email: Andrew.Scruton@FTIConsulting.com

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Imhoff, Dewey | Senior Managing Director | 1,095 | 5.5 | $6,022.50 |
| Scruton, Andrew | Senior Managing Director | 1,095 | 22.0 | 24,090.00 |
| Simms, Steven | Senior Managing Director | 1,195 | 2.4 | 2,868.00 |
| Smith, Ellen | Senior Managing Director | 1,050 | 47.0 | 49,350.00 |
| Arsenault, Ronald | Managing Director | 800 | 17.2 | 13,760.00 |
| Ng, William | Managing Director | 880 | 18.4 | 16,192.00 |
| Hyland, Megan | Senior Director | 795 | 18.8 | 14,946.00 |
| Lee, Calvin | Senior Director | 785 | 22.3 | 17,505.50 |
| Maloney, Caelum | Senior Consultant | 545 | 10.2 | 5,559.00 |
| Papas, Zachary | Senior Consultant | 480 | 21.0 | 10,080.00 |
| Hellmund-Mora, Marili | Associate | 275 | 2.6 | 715.00 |
| **GRAND TOTAL** | | | **187.4** | **$161,088.00** |

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 35.8 | $30,066.00 |
| 7 | Analysis of Business Plan | 70.8 | 57,729.00 |
| 9 | Analysis of Employee Compensation Programs | 20.1 | 19,419.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 4.2 | 3,415.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 30.5 | 28,179.00 |
| 21 | General Meetings with Committee & Committee Counsel | 20.1 | 18,906.50 |
| 24 | Preparation of Fee Application | 5.9 | 3,372.50 |
| | **GRAND TOTAL** | **187.4** | **$161,088.00** |

| Task Category | Date | Professional | Hours | Activity |
| --- | --- | --- | --- | --- |
| 1 | 4/1/2019 | Hyland, Megan | 0.2 | Assess February operating results. |
| 1 | 4/1/2019 | Smith, Ellen | 0.9 | Analyze nuclear license transfer issues. |
| 1 | 4/2/2019 | Hyland, Megan | 0.4 | Revise February financial update report. |
| 1 | 4/2/2019 | Ng, William | 1.2 | Prepare revisions to financial update report. |
| 1 | 4/3/2019 | Smith, Ellen | 1.1 | Prepare update on external affairs working group activities. |
| 1 | 4/4/2019 | Lee, Calvin | 0.1 | Analyze March taxes and fees report. |
| 1 | 4/4/2019 | Lee, Calvin | 0.2 | Analyze March hedging and trading report. |
| 1 | 4/4/2019 | Lee, Calvin | 0.3 | Analyze March critical vendor and lien report. |
| 1 | 4/4/2019 | Ng, William | 0.8 | Review revised financial update report. |
| 1 | 4/5/2019 | Hyland, Megan | 0.4 | Assess February operating results. |
| 1 | 4/5/2019 | Ng, William | 0.4 | Review update on status of legislative actions. |
| 1 | 4/8/2019 | Lee, Calvin | 0.4 | Analyze article regarding Pennsylvania nuclear legislation. |
| 1 | 4/8/2019 | Lee, Calvin | 0.3 | Analyze article regarding draft legislation on Ohio clean air bill language. |
| 1 | 4/8/2019 | Smith, Ellen | 1.2 | Analyze nuclear license transfer issues. |
| 1 | 4/9/2019 | Hyland, Megan | 0.3 | Review update on legislative initiatives. |
| 1 | 4/11/2019 | Maloney, Caelum | 0.3 | Update professional fees tracker. |
| 1 | 4/12/2019 | Smith, Ellen | 0.9 | Prepare update on external affairs working group strategy. |
| 1 | 4/15/2019 | Smith, Ellen | 1.3 | Analyze nuclear license transfer issues. |
| 1 | 4/18/2019 | Hyland, Megan | 0.2 | Review March reporting package. |
| 1 | 4/19/2019 | Hyland, Megan | 0.2 | Review professional fees tracker. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/19/2019 | Maloney, Caelum | 0.5 | Update professional fees tracker. |
| 1 | 4/19/2019 | Smith, Ellen | 0.9 | Prepare update on external working group strategy. |
| 1 | 4/22/2019 | Maloney, Caelum | 3.2 | Prepare March financial update deck. |
| 1 | 4/22/2019 | Maloney, Caelum | 1.0 | Review March reporting package. |
| 1 | 4/22/2019 | Maloney, Caelum | 2.0 | Continue to prepare March financial update report. |
| 1 | 4/22/2019 | Ng, William | 0.5 | Review memorandum regarding equitable mootness. |
| 1 | 4/22/2019 | Ng, William | 0.2 | Attend call with Counsel to discuss equitable mootness memorandum. |
| 1 | 4/22/2019 | Scruton, Andrew | 0.6 | Review update on prospects for regulatory relief. |
| 1 | 4/22/2019 | Smith, Ellen | 1.9 | Assess nuclear license transfer application. |
| 1 | 4/23/2019 | Hyland, Megan | 0.6 | Provide comments on March financial update report. |
| 1 | 4/23/2019 | Maloney, Caelum | 2.0 | Revise March financial update report. |
| 1 | 4/24/2019 | Hyland, Megan | 0.4 | Review and comment on March financial update report. |
| 1 | 4/24/2019 | Ng, William | 0.4 | Analyze status of the Debtors' political initiatives. |
| 1 | 4/25/2019 | Maloney, Caelum | 0.7 | Update March financial due diligence presentation. |
| 1 | 4/26/2019 | Hyland, Megan | 0.2 | Review risk policy amendment materials. |
| 1 | 4/26/2019 | Hyland, Megan | 0.4 | Review professional fees tracker. |
| 1 | 4/26/2019 | Smith, Ellen | 1.0 | Participate in weekly external affairs update call. |
| 1 | 4/29/2019 | Hyland, Megan | 0.5 | Revise March financial update report. |
| 1 | 4/29/2019 | Hyland, Megan | 0.6 | Attend call with Debtors re: risk policies. |
| 1 | 4/29/2019 | Maloney, Caelum | 0.5 | Incorporate revisions to the March financial update report. |

18-50757-amk    Doc 2841    FILED 06/28/19    ENTERED 06/28/19 17:55:21    Page 11 of 21

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/29/2019 | Ng, William | 0.3 | Review summary of status of nuclear license transfer. |
| 1 | 4/29/2019 | Ng, William | 1.1 | Analyze materials regarding risk management policies. |
| 1 | 4/29/2019 | Ng, William | 0.6 | Attend call with the Debtors to discuss revisions to risk policies. |
| 1 | 4/29/2019 | Ng, William | 0.6 | Prepare revisions to March financial update report. |
| 1 | 4/29/2019 | Smith, Ellen | 0.6 | Participate in call with Debtors to review amendments to wholesale and retail risk policies. |
| 1 | 4/29/2019 | Smith, Ellen | 1.1 | Review amendments to wholesale and retail risk policies. |
| 1 | 4/30/2019 | Scruton, Andrew | 1.2 | Review and comment on summary of operating performance for March. |
| 1 | 4/30/2019 | Scruton, Andrew | 1.1 | Participate in update call with Counsel on the license transfer process. |
| **1 Total** | | | **35.8** | |
| 7 | 4/1/2019 | Arsenault, Ronald | 2.3 | Analyze variances between October 2018 and January 2019 business plans. |
| 7 | 4/1/2019 | Scruton, Andrew | 0.6 | Review outline of presentation on the business plan. |
| 7 | 4/4/2019 | Arsenault, Ronald | 2.9 | Prepare analysis of the disclosure statement business plan. |
| 7 | 4/4/2019 | Arsenault, Ronald | 1.6 | Review disclosure statement business plan supporting data. |
| 7 | 4/4/2019 | Ng, William | 1.3 | Review shared services charges analysis. |
| 7 | 4/4/2019 | Ng, William | 0.6 | Review draft business plan report. |
| 7 | 4/4/2019 | Smith, Ellen | 1.1 | Review business plan analysis. |
| 7 | 4/5/2019 | Arsenault, Ronald | 2.8 | Prepare presentation on business plan analysis. |
| 7 | 4/5/2019 | Arsenault, Ronald | 2.4 | Finalize draft of business plan variance analysis. |
| 7 | 4/5/2019 | Ng, William | 0.6 | Attend call with the Debtors regarding the proposed settlement of disputed shared services charges. |
| 7 | 4/5/2019 | Scruton, Andrew | 0.9 | Assess presentation on updated business plan. |

| Task Category | Date | Professional | Hours | Activity |
|:---:|:---:|:---|:---:|:---|
| 7 | 4/5/2019 | Smith, Ellen | 1.1 | Assess information for business plan update report. |
| 7 | 4/6/2019 | Lee, Calvin | 0.2 | Analyze projected billings to Debtors regarding January - June 2019 shared services. |
| 7 | 4/7/2019 | Hyland, Megan | 1.4 | Review materials to update business plan report. |
| 7 | 4/7/2019 | Ng, William | 0.9 | Review business plan analysis. |
| 7 | 4/7/2019 | Papas, Zachary | 3.7 | Prepare analysis of disclosure statement business plan by segment. |
| 7 | 4/7/2019 | Papas, Zachary | 3.9 | Prepare business plan update presentation. |
| 7 | 4/7/2019 | Smith, Ellen | 3.8 | Prepare business plan update report. |
| 7 | 4/7/2019 | Smith, Ellen | 2.2 | Continue prepare business plan update report. |
| 7 | 4/8/2019 | Hyland, Megan | 1.0 | Review changes to business plan update report. |
| 7 | 4/8/2019 | Papas, Zachary | 3.6 | Prepare analysis of retail business plan. |
| 7 | 4/8/2019 | Papas, Zachary | 1.9 | Prepare executive summary of business plan update presentation. |
| 7 | 4/8/2019 | Papas, Zachary | 3.8 | Prepare analysis of fossil business plan. |
| 7 | 4/8/2019 | Papas, Zachary | 3.7 | Prepare analysis of nuclear business plan. |
| 7 | 4/8/2019 | Scruton, Andrew | 2.4 | Provide comments on business plan update report. |
| 7 | 4/8/2019 | Smith, Ellen | 3.8 | Prepare business plan update report. |
| 7 | 4/9/2019 | Papas, Zachary | 0.4 | Revise executive summary of business plan update presentation. |
| 7 | 4/9/2019 | Scruton, Andrew | 1.7 | Review revisions to analysis of business plan. |
| 7 | 4/9/2019 | Smith, Ellen | 4.2 | Provide comments for business plan update report. |
| 7 | 4/9/2019 | Smith, Ellen | 3.8 | Continue to provide comments for business plan update report. |
| 7 | 4/10/2019 | Smith, Ellen | 3.6 | Assess business plan update in preparation for UCC meeting. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 4/29/2019 | Arsenault, Ronald | 2.6 | Review proposed trading transaction limits. |
| **7 Total** | | | **70.8** | |
| 9 | 4/4/2019 | Hyland, Megan | 0.2 | Review proposed pension settlement. |
| 9 | 4/4/2019 | Lee, Calvin | 0.9 | Analyze estimated pension cost summary. |
| 9 | 4/4/2019 | Lee, Calvin | 0.3 | Analyze proposed language of pension settlement. |
| 9 | 4/5/2019 | Ng, William | 0.8 | Review pension charges support calculations. |
| 9 | 4/9/2019 | Imhoff, Dewey | 0.4 | Assess pension cost projections. |
| 9 | 4/9/2019 | Lee, Calvin | 0.3 | Analyze updated pension cost projections. |
| 9 | 4/11/2019 | Imhoff, Dewey | 1.6 | Review pension costs. |
| 9 | 4/15/2019 | Ng, William | 0.8 | Review pension service costs charged to the Debtors. |
| 9 | 4/16/2019 | Imhoff, Dewey | 0.6 | Review executive compensation for potential new executive. |
| 9 | 4/17/2019 | Hyland, Megan | 0.2 | Review executive compensation for potential new management. |
| 9 | 4/18/2019 | Hyland, Megan | 0.5 | Assess executive compensation and hiring process for new role. |
| 9 | 4/18/2019 | Imhoff, Dewey | 1.2 | Analyze materials regarding proposed executive compensation. |
| 9 | 4/18/2019 | Ng, William | 0.5 | Attend call with the Debtors to discuss proposed executive compensation. |
| 9 | 4/18/2019 | Ng, William | 0.7 | Analyze materials regarding the proposed nuclear executive compensation. |
| 9 | 4/18/2019 | Scruton, Andrew | 0.5 | Review correspondence re: revised compensation arrangements. |
| 9 | 4/18/2019 | Smith, Ellen | 1.3 | Review chief nuclear officer compensation and candidate. |
| 9 | 4/19/2019 | Lee, Calvin | 0.6 | Analyze presentation regarding proposed incentive plan for chief nuclear officer. |
| 9 | 4/19/2019 | Ng, William | 0.3 | Analyze proposed compensation for a new executive. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 4/19/2019 | Smith, Ellen | 2.2 | Analyze proposed compensation for new executive. |
| 9 | 4/22/2019 | Hyland, Megan | 0.3 | Review proposed compensation for new executive. |
| 9 | 4/22/2019 | Ng, William | 0.3 | Analyze proposed compensation data. |
| 9 | 4/22/2019 | Ng, William | 0.3 | Review status of employment of new chief nuclear officer. |
| 9 | 4/23/2019 | Scruton, Andrew | 0.8 | Review summary of compensation for new chief nuclear officer. |
| 9 | 4/24/2019 | Arsenault, Ronald | 2.0 | Review update on chief nuclear officer and proposed compensation. |
| 9 | 4/24/2019 | Imhoff, Dewey | 1.7 | Assess proposed executive compensation. |
| 9 | 4/24/2019 | Smith, Ellen | 0.8 | Review proposed executive compensation. |
| **9 Total** | | | **20.1** | |
| 14 | 4/2/2019 | Arsenault, Ronald | 0.6 | Review diligence request list related to potential claim settlement. |
| 14 | 4/3/2019 | Hyland, Megan | 0.5 | Review proposed claim settlement. |
| 14 | 4/3/2019 | Lee, Calvin | 0.7 | Analyze motion from Debtors to approve stipulation for claim settlement. |
| 14 | 4/4/2019 | Ng, William | 1.1 | Analyze proposed claims stipulation. |
| 14 | 4/5/2019 | Lee, Calvin | 0.5 | Analyze proposed claim stipulation. |
| 14 | 4/9/2019 | Lee, Calvin | 0.8 | Analyze memo regarding the investigation of third-party claims. |
| **14 Total** | | | **4.2** | |
| 16 | 4/1/2019 | Ng, William | 0.6 | Analyze reply briefs filed with respect to plan releases. |
| 16 | 4/1/2019 | Simms, Steven | 0.4 | Review update on plan status. |
| 16 | 4/2/2019 | Hyland, Megan | 0.4 | Review updates on plan and disclosure statement objections. |
| 16 | 4/2/2019 | Scruton, Andrew | 0.5 | Prepare correspondence on next steps re: disclosure statement and confirmation. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/2/2019 | Simms, Steven | 0.4 | Review update on plan status. |
| 16 | 4/3/2019 | Lee, Calvin | 0.2 | Analyze update regarding the disclosure statement hearing. |
| 16 | 4/3/2019 | Scruton, Andrew | 0.7 | Participate in update call with Counsel on issues re: releases and pension contribution. |
| 16 | 4/4/2019 | Hyland, Megan | 0.5 | Review update on issues re: plan |
| 16 | 4/4/2019 | Lee, Calvin | 0.1 | Analyze update regarding ruling on plan. |
| 16 | 4/4/2019 | Lee, Calvin | 0.7 | Analyze revised draft of restructuring support agreement. |
| 16 | 4/4/2019 | Lee, Calvin | 0.4 | Analyze updated draft of restructuring support agreement order circulated. |
| 16 | 4/4/2019 | Lee, Calvin | 0.4 | Continue to analyze revised draft of restructuring support agreement. |
| 16 | 4/4/2019 | Ng, William | 0.4 | Analyze impact of ruling with respect to the disclosure statement. |
| 16 | 4/4/2019 | Simms, Steven | 0.6 | Review update on plan status. |
| 16 | 4/5/2019 | Hyland, Megan | 0.8 | Review update on disclosure statement issues. |
| 16 | 4/5/2019 | Lee, Calvin | 0.2 | Analyze plan and disclosure statement update. |
| 16 | 4/5/2019 | Lee, Calvin | 0.6 | Participate in call (partial) with Debtors to discuss next steps regarding plan and disclosure statement. |
| 16 | 4/5/2019 | Ng, William | 0.8 | Attend call with the Debtors to discuss plan to resolve issues related to the disclosure statement. |
| 16 | 4/5/2019 | Ng, William | 0.8 | Analyze potential options for the Debtors to resolve disputes with FE Corp. |
| 16 | 4/5/2019 | Scruton, Andrew | 0.6 | Correspond with UCC advisors on revised strategy re: disclosure statement and confirmation. |
| 16 | 4/6/2019 | Lee, Calvin | 0.1 | Analyze update regarding restructuring support agreement and disclosure statement order. |
| 16 | 4/8/2019 | Lee, Calvin | 0.4 | Analyze draft of recovery update report. |
| 16 | 4/8/2019 | Simms, Steven | 0.3 | Review update re: plan. |
| 16 | 4/9/2019 | Lee, Calvin | 0.2 | Analyze memo regarding the treatment of causes of action under the plan of reorganization. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/9/2019 | Lee, Calvin | 0.7 | Analyze draft settlement proposal regarding non-consensual third party releases. |
| 16 | 4/9/2019 | Scruton, Andrew | 1.3 | Review settlement term sheet with Counsel in preparation for UCC meeting. |
| 16 | 4/10/2019 | Lee, Calvin | 1.4 | Analyze draft settlement proposal regarding non-consensual third party releases. |
| 16 | 4/11/2019 | Hyland, Megan | 0.6 | Review update on disclosure statement issues. |
| 16 | 4/11/2019 | Lee, Calvin | 0.6 | Analyze additional draft settlement proposal regarding non-consensual third party releases. |
| 16 | 4/11/2019 | Lee, Calvin | 0.4 | Continue to analyze additional draft settlement proposal regarding non-consensual third party releases. |
| 16 | 4/11/2019 | Ng, William | 0.4 | Review preliminary plan voting analysis. |
| 16 | 4/11/2019 | Scruton, Andrew | 1.2 | Prepare correspondence on settlement terms related to releases. |
| 16 | 4/12/2019 | Smith, Ellen | 2.1 | Review update on settlement terms related to releases. |
| 16 | 4/14/2019 | Hyland, Megan | 0.2 | Review latest settlement proposal for outstanding disclosure statement issues. |
| 16 | 4/15/2019 | Lee, Calvin | 0.7 | Analyze updated proposed term sheet for settlement agreement. |
| 16 | 4/15/2019 | Lee, Calvin | 0.7 | Analyze revised draft of disclosure statement. |
| 16 | 4/15/2019 | Lee, Calvin | 0.3 | Analyze revised draft of voting ballot. |
| 16 | 4/15/2019 | Lee, Calvin | 0.6 | Continue to analyze revised draft of disclosure statement. |
| 16 | 4/15/2019 | Scruton, Andrew | 0.8 | Correspond with Counsel on plan settlement status and plan timetable. |
| 16 | 4/16/2019 | Hyland, Megan | 0.5 | Review update on disclosure statement/plan issues. |
| 16 | 4/16/2019 | Lee, Calvin | 0.2 | Analyze update regarding non-consensual third party releases and revised plan confirmation milestones. |
| 16 | 4/16/2019 | Scruton, Andrew | 0.5 | Review revisions to the plan and disclosure statement. |
| 16 | 4/16/2019 | Simms, Steven | 0.3 | Review update on settlement terms related to releases. |
| 16 | 4/17/2019 | Hyland, Megan | 0.5 | Review potential land sales and plan settlement updates. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/17/2019 | Lee, Calvin | 0.6 | Analyze draft agreement regarding non-consensual third-party waivers from the plan of reorganization. |
| 16 | 4/17/2019 | Lee, Calvin | 0.3 | Analyze revised draft of the plan term sheet. |
| 16 | 4/18/2019 | Lee, Calvin | 0.4 | Analyze draft proposed motion to approve the consent and waiver to the settlement agreement. |
| 16 | 4/18/2019 | Lee, Calvin | 0.5 | Analyze revised draft of the disclosure statement. |
| 16 | 4/19/2019 | Hyland, Megan | 0.3 | Review update on disclosure statement/plan issues. |
| 16 | 4/19/2019 | Lee, Calvin | 0.4 | Analyze memo regarding the status of Debtors' plan. |
| 16 | 4/19/2019 | Scruton, Andrew | 0.7 | Correspond with UCC advisors on revised disclosure statement and plan. |
| 16 | 4/22/2019 | Simms, Steven | 0.4 | Review update on disclosure statement and plan issues. |
| 16 | 4/22/2019 | Smith, Ellen | 1.0 | Participate in weekly update call with UCC advisors. |
| 16 | 4/25/2019 | Scruton, Andrew | 0.5 | Review revisions to plan. |
| 16 | 4/26/2019 | Lee, Calvin | 0.3 | Analyze revisions to restructuring support agreement order reflecting comments from US Trustee and others. |
| **16 Total** | | | **30.5** | |
| 21 | 4/1/2019 | Scruton, Andrew | 0.5 | Participate in update call with UCC advisors to discuss issues for UCC update call. |
| 21 | 4/8/2019 | Hyland, Megan | 0.3 | Attend call with UCC advisors re: discussion topics for UCC meeting. |
| 21 | 4/8/2019 | Lee, Calvin | 0.3 | Participate in call with UCC advisors to discuss agenda for UCC meeting. |
| 21 | 4/8/2019 | Lee, Calvin | 0.2 | Analyze suggested agenda sent by Milbank regarding the upcoming 4/10 in-person UCC meeting. |
| 21 | 4/10/2019 | Hyland, Megan | 2.9 | Attend meeting (partial) with UCC to discuss business plan and plan updates. |
| 21 | 4/10/2019 | Lee, Calvin | 1.3 | Participate in call of in-person committee meeting to discuss business plan update, operations update, progress of plan and disclosure statement renegotiation. |
| 21 | 4/10/2019 | Lee, Calvin | 3.1 | Continue participating in call of in-person committee meeting to discuss business plan update, operations update, progress of plan and disclosure statement renegotiation. |
| 21 | 4/10/2019 | Scruton, Andrew | 1.3 | Attend meeting with UCC and the Debtors re: case developments. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 4/10/2019 | Scruton, Andrew | 3.1 | Participate in meeting with UCC to discuss business plan and other case developments. |
| 21 | 4/10/2019 | Smith, Ellen | 1.3 | Participate in in-person UCC meeting to discuss plan and business plan updates. |
| 21 | 4/10/2019 | Smith, Ellen | 3.1 | Continue to participate in in-person UCC meeting to discuss plan and business plan updates. |
| 21 | 4/24/2019 | Hyland, Megan | 0.4 | Attend (partial) UCC call to discuss new chief nuclear officer and other regulatory issues. |
| 21 | 4/24/2019 | Lee, Calvin | 0.4 | Participate in call (partial) with UCC to discuss proposed executive compensation. |
| 21 | 4/24/2019 | Ng, William | 0.7 | Attend UCC call to discuss proposed executive compensation. |
| 21 | 4/24/2019 | Scruton, Andrew | 0.5 | Participate in UCC call (partial) to discuss proposed executive compensation. |
| 21 | 4/24/2019 | Smith, Ellen | 0.7 | Attend UCC call to discuss proposed executive compensation. |
| **21 Total** | | | **20.1** | |
| 24 | 4/1/2019 | Hyland, Megan | 0.2 | Finalize February fee application. |
| 24 | 4/11/2019 | Hellmund-Mora, Marili | 0.6 | Prepare the March fee application in compliance with bankruptcy guidelines. |
| 24 | 4/11/2019 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the March fee application in compliance with bankruptcy guidelines. |
| 24 | 4/12/2019 | Hellmund-Mora, Marili | 1.1 | Revise the March fee application exhibits for compliance with bankruptcy guidelines. |
| 24 | 4/16/2019 | Hyland, Megan | 1.0 | Review March time detail for compliance with bankruptcy guidelines. |
| 24 | 4/19/2019 | Hyland, Megan | 0.2 | Review March fee application for compliance with bankruptcy guidelines. |
| 24 | 4/24/2019 | Hyland, Megan | 1.2 | Review March fee application for compliance with bankruptcy guidelines. |
| 24 | 4/29/2019 | Hyland, Megan | 0.3 | Revise March fee application for compliance with bankruptcy guidelines. |
| 24 | 4/29/2019 | Ng, William | 0.4 | Review draft fee statement for March relative to bankruptcy rules. |
| **24 Total** | | | **5.9** | |
| **Grand Total** | | | **187.4** | |

**EXHIBIT D**
**FIRSTENERGY SOLUTIONS CORP., ET AL. - CASE NO. 18-50757**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019**

| Expense Type | Amount |
|---|---:|
| Lodging | $525.00 |
| Transportation | 655.22 |
| **Total** | **$1,180.22** |

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|--------------|--------------|----------------|--------|
| 04/11/19 | Smith, Ellen | Lodging | Hotel - 04/09/19 - 04/11/19. Travel to NY for FES meetings. | $525.00 |
| | | **Lodging Total** | | **$525.00** |
| 04/05/19 | Scruton, Andrew | Transportation | Taxi from Milbank office to FTI office. Travel to attend FES case meeting. | $9.36 |
| 04/09/19 | Smith, Ellen | Transportation | Bus fare from Newburyport to Boston South station. Travel to NY to attend FES case meetings. | $16.00 |
| 04/10/19 | Scruton, Andrew | Transportation | Taxi from home to Milbank office to attend FES case meeting. | $37.86 |
| 04/10/19 | Smith, Ellen | Transportation | Rail - Roundtrip - Boston South Station - NY Penn Station, 04/09/19 - 04/10/19. Travel to attend FES case meetings. | $592.00 |
| | | **Transportation Total** | | **$655.22** |
| | | **Grand Total** | | **$1,180.22** |