

July 1, 2019

Clerk of Court
United States Bankruptcy Court
Northern District of Ohio, Eastern Division
John F. Seiberling Federal Building
U.S. Courthouse
445 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

RE: FIRSTENERGY SOLUTIONS CORP, et al

To Whom It May Concern:

I want to object to the assumption and assignment of my customer contract to the new plan per the notice I received regarding Chapter 11 filing of Firstenergy Solutions. I would like to be released from this contract, which is up December 2019, without the early cancelation fee of $295. Firstenergy has been charging more than the normal AEP charges for more than a year and I do not want to work with them at all if I can help it.

I have enclosed a copy of my bill which is proof of service required. I hope this is all that you need and will send this to the appropriate counsel for the Debtors.

Thank you for your attention to this matter.

Sincerely,

Kevin P. Grady
Enc.

**AEP OHIO**

Non-Payment/Return Mail:
PO BOX 24401
CANTON, OH 44701-4401

Amount due on or before June 19, 2019 **$227.89**
Bill mailing date is Jun 3, 2019
Account #109-863-501-4-7

SERVICE ADDRESS: KEVIN P GRADY, 1725 MEADOWAY CT, JEFFRSN TWP, BLACKLICK, OH 43004-9759

4963-1  69885
100004963 01 AV   0.38

CY 03

KEVIN P GRADY
1725 MEADOWAY CT
BLACKLICK, OH 43004-9759

### Notes from AEP Ohio:

Your Budget Payment Plan amount due is **$227.89**. The amount due would be based on your Current Charges of **$164.20** if you were not on the Budget plan. Any accumulated balance will be billed on your anniversary month in **July**. Please see the line item charges for your accumulated balance.

### Usage History (kWh):



| Month | kWh |
|---|---|
| Jun 2018 | 1,174 |
| Jul | 1,405 |
| Aug | 1,293 |
| Sep | 1,325 |
| Oct | 1,383 |
| Nov | 1,264 |
| Dec | 2,637 |
| Jan | 3,536 |
| Feb | 4,807 |
| Mar | 3,798 |
| Apr | 2,987 |
| May | 1,299 |
| Jun 2019 | 1,304 |

### Current bill summary:
Billing from 05/03/19 - 06/03/19 (32 days)



kWh 1,304
**$164.20** Current Charges

Delivery Charge $82.31
Supplier Charges $81.89

### Methods of Payment

- aepohio.com
- PO Box 371496, Pittsburgh, PA 15250-7496
- 1-800-611-0964 (fee may apply)

### Need to get in touch?

Customer Operations Center: 1-844-237-6446
Outages: AEPOhio.com/outages or 1-800-672-2231

*Pd 6/12/19*
*# 10770*

ease tear on dotted line.

Turn over for important information!



## Service Address:

KEVIN P GRADY
1725 MEADOWAY CT
JEFFRSN TWP
BLACKLICK, OH 43004-9759

Account #109-863-501-4-7

## Line Item Charges:

| Previous Charges | | |
|---|---|---|
| Total Amount Due At Last Billing | $ | 226.95 |
| Payment 05/13/19 - Thank You | | -226.95 |
| **Previous Balance Due** | $ | .00* |
| Accumulated Budget Balance | | 73.26 |
| **Total Previous Balance** | $ | 73.26 |
| **Current AEP Ohio Charges** | | |
| **Tariff 820 - Residential Service   06/03/19** Service Delivery Identifier: 00040621048526990 | | |
| Transmission Service | $ | 21.69 |
| Distribution Service | | 46.83 |
| Customer Charge | | 8.40 |
| Deferred Asset Phase-In Rider | | 2.53 |
| Power Purchase Agreement Rider | | 2.86 |
| **Current Electric Charges** | $ | 82.31 |
| **AEP Ohio Current Budget Amount Due** | $ | 146.00* |

**FirstEnergy Solutions**

| Current FirstEnergy Solutions Corp Charges (888-254-6359) Supplier Account Number - 133023559 | | |
|---|---|---|
| Service Delivery Identifier: 00040621048526990  06/03/19 | | |
| Fixed Rate  $0.0628 (1304kWh X .0628000) | $ | 81.89 |
| **Current Supplier Balance Due** | $ | 81.89* |

| Total Account Balance | $ | 237.46 |
|---|---|---|
| **Total Balance Due** *Charges make up the "Total Balance Due" | $ | 227.89 |

## Usage Details:

⇅Values reflect changes between current month and previous month.



| | Usage: ↑ 15 kWh | Avg. Daily Cost: ↓ $0.14 | Avg. Temperature: ↑ 8 °F |

Total usage for the past 12 months: 26,898 kWh
Average (Avg.) monthly usage: 2,242 kWh

## Meter Read Details:

| Meter #645791828 | | | | | |
|---|---|---|---|---|---|
| Previous | Type | Current | Type | Metered | Usage |
| 73231 | Actual | 74535 | Actual | 1304 | 1,304 kWh |
| Service Period 05/02 - 06/03 | | | | | Multiplier 1 |

Next scheduled read date should be between Jul 1 and Jul 5.

## Notes from AEP Ohio:

**Price-to-Compare:** For **tariff 820,** in order for you to save money off of your utility's supply charges, a supplier must offer you a price lower than AEP Ohio's price of **$0.052 per** kWh for the same usage that appears on this bill. To review available competitive supplier offers, visit the Public Utilities Commission of Ohio's "Energy Choice Ohio" web site at www.energychoice.ohio.gov.

**For Informational Purposes only:** The below costs are NOT NEW CHARGES and are approximate values. AEP participates in programs required by the state of Ohio to support energy conservation and to secure renewable energy resources. For more information on energy efficiency programs, please visit **www.AEPOhio.com/Save**.

Renewable Programs: $1.49
Energy Efficiency Programs: $3.02
Peak Demand Reduction Programs: $1.40

**Make this bill the last one sent in the mail!** Go paperless and get email alerts when your bill is ready. Sign up at AEPPaperless.com!

A smart meter is installed on your premises. **If service is disconnected due to non-payment, it will be remotely disconnected and no physical notice will be left at your service address.** On the day of disconnection, service will be shut off after 10 a.m. Holidays are excluded.

As a participant in the AEP Ohio Customer Choice Program, your electric energy is being supplied by **FirstEnergy Solutions Corp**. This bill reflects AEP Ohio charges for delivery of the electric and all electric energy supply charges AEP Ohio has received from your supplier as of the Billing Date shown on this bill. For questions about your electric energy supply charges please contact FirstEnergy Solutions Corp at (888)254-6359. Please note that failure to pay charges for competitive retail electric services (CRES) may result in loss of those products and services, the cancellation of your contract with the CRES provider and your return to AEP Ohio's Standard Offer for energy supply services.

Due date does not apply to previous balance due.

Your **Budget Anniversary** month is **July**.

To avoid unnecessary delays in crediting your electric payment, please **do not paper clip or staple your check to the bill payment stub.**