| | |
|---|---|
| In re: | ) Chapter 11 ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 ) (Jointly Administered) |
| Debtors. | ) ) Hon. Judge Alan M. Koschik ) |

# SIXTH SUPPLEMENTAL DECLARATION OF SCOTT L. ALBERINO IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, SCOTT L. ALBERINO, being duly sworn, state the following under penalty of perjury:

1. I am an attorney admitted to practice in the District of Columbia and the State of Georgia, and I am a partner of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"). Akin Gump maintains an office at, among other places, 2001 K Street NW, Washington DC, 20006 and One Bryant Park, New York, New York, 10036. There are no disciplinary proceedings pending against me.

2. I am duly authorized to make this supplemental declaration (the "Sixth Supplemental Declaration") on behalf of Akin Gump in further support of the *Application to Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel to the Debtors and Debtors in*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

*Possession* [Docket No. 234] (the "Application").² I submit this Sixth Supplemental Declaration in accordance with Bankruptcy Code sections 327(a), 328(a) and 330, Bankruptcy Rules 2014(a) and 2016(b), and Local Rule 2016-1. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. On April 6, 2018, the Debtors filed the Application, together with, among other things, the *Declaration of Scott L. Alberino*, dated April 6, 2018, attached to the Application as Exhibit B (the "Alberino Declaration"). I previously submitted a first supplemental declaration (the "First Supplemental Declaration") on April 23, 2018 [Docket No. 394] to supplement the parties searched and other information contained in the Application. I also submitted a second supplemental declaration (the "Second Supplemental Declaration") on June 27, 2018 [Docket No. 849], a third supplemental declaration (the "Third Supplemental Declaration") on October 4, 2018 [Docket No. 1493], a fourth supplemental declaration (the "Fourth Supplemental Declaration") [Docket No. 1897] on January 1, 2019 and a fifth supplemental declaration (the "Fifth Supplemental Declaration") [Docket No. 2417] on March 29, 2019 to further supplement the parties searched and other information contained in the Application and the First Supplemental Declaration.

4. Set forth on Schedule 1, annexed hereto, is a supplemental listing of those additional parties that have been identified which were not already included in the Schedule 1 attached to the Alberino Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration, the Fourth Supplemental Declaration or the Fifth Supplemental Declaration (the "Additional Searched Parties"). Set forth on Schedule 2, annexed hereto, is a list of those Additional Searched Parties that Akin Gump

---

² Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

either (a) currently represents (or represents a related party thereto) in matters wholly unrelated to the chapter 11 cases and/or (b) has in the past represented (or represented a related party thereto) in matters wholly unrelated to the chapter 11 cases. Set forth on <u>Schedule 3</u>, annexed hereto, is a listing of those Additional Searched Parties that are currently, or may have in the past been, adverse to clients (or represents a related party thereto) of Akin Gump in matters wholly unrelated to the chapter 11 cases. Set forth on <u>Schedule 4</u>, annexed hereto, is a listing of those Additional Searched Parties that currently serve or have served on informal and/or official creditors' committees (or represents a related party thereto) represented by Akin Gump.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 19, 2019, in Washington D.C.

                                              Respectfully submitted,

                                              By: *Scott L. Alberino*
                                              Scott L. Alberino
                                              A Partner of the Firm

# Schedule 1

## Schedule of Searched Parties[1]

### Parties Listed on Filed 2019 Statements, as of June 27, 2019

Marathon Asset Management, LP  
Shenkman Capital Management, Inc.  
VR Advisory Services Ltd.

### Notice of Appearance Parties, as of June 27, 2019

JAIX Leasing Company  
Sodexo

### Claim Transferees

Energy Claims, LLC  
TRC Master Fund LLC  
Vendor Recovery Fund IV

### Parties Objecting to Disclosure Statement

Rexel USA, Inc.

### Parties Subject to Omnibus Claims Objections

Alvey, Cynthia Ann  
Beauregard, Debra  
Bonner, Neal L.  
Brennan Industrial Trk Dba Brennan Equipment Services  
Chiaverini, Fred  
Contitech USA, Inc.  
Cosgrove, Thomas S.  
GE Alstom Power  
Gibbs, Jeffrey H.  
Glaser, Thomas C.  
Hansen, Ralph L.  
Harding, Fred E.  
Hess, Scott A.  
Hruby Jr, Raymond A.  
Huff, David M  
Krysak, Joseph C.  

Lizer, Joseph R.  
Malone, Debra A.  
Messenger, James O.  
Morrison, Neil A.  
PSC Industrial Outsourcing, LP  
Reed, Tinker L.  
Saska, Thomas A.  
Sick, Inc.  
Siegfried, Douglas G.  
Spencer, Richard L.  
TE Connectivity Corp.  
Tuite, Brian T.  
West, John R.

---

[1] Only new entities not run in the previous conflicts checks are included on these supplemental schedules.

# Schedule 2

## Schedule of Searched Parties and/or Certain Related Parties that Akin Gump Currently Represents, or Has in the Past Represented, in Matters Unrelated to these Chapter 11 Cases

**Parties Listed on Filed 2019 Statements, as June 27, 2019**

*Akin Gump has represented in the past and currently represents the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' chapter 11 cases:*

Marathon Asset Management, LP

VR Advisory Services Ltd.

**Notice of Appearance Parties, as of as of June 27, 2019**

*Akin Gump has represented in the past the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' chapter 11 cases:*

Sodexo

**Claim Transferees**

*Akin Gump has not represented in the past and currently does not represents these Parties.*

**Parties Objecting to Disclosure Statement**

*Akin Gump has not represented in the past and currently does not represents these Parties.*

**Parties Subject to Omnibus Claims Objections**

*Akin Gump has represented in the past and currently represents the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' chapter 11 cases:*

GE Alstom Power

TE Connectivity Corp.

1

**Schedule 3**

**Schedule of Searched Parties and/or Certain Related Parties that are Currently, or Have in the Past Been, Adverse to Clients of Akin Gump**

GE Alstom Power
Marathon Asset Management, LP
PSC Industrial Outsourcing, LP
Sodexo
TRC Master Fund LLC

1

**Schedule 4**

**Schedule of Searched Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

GE Alstom Power
Marathon Asset Management, LP
Shenkman Capital Management, Inc.
VR Advisory Services Ltd.