| | |
|---|---|
| In re: | ) Chapter 11 ) |
| | ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) (Jointly Administered) ) |
| Debtors. | ) ) Hon. Judge Alan M. Koschik ) |

**PROPOSED DOCKET FOR HEARING ON MATTERS SCHEDULED
FOR JULY 23, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**I. Matters Set for and to Be Considered at June 23rd Hearing**

1. Debtors' Fifth Motion for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 2870]

   Related Documents: Declaration of Charles M. Moore In Support of the Debtors' Fifth Motion for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 2871]

   Filed Responses: None.

   Status: This matter is going forward.

2. Third Interim Application of Akin Gump Strauss Hauer & Feld LLP, Counsel for the Debtors, for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period From December 1, 2018 through March 31, 2019, Fees: $11,847,536.2, Expenses: $537,153.01 [Docket No 2629]

   Filed Responses:
   Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLP [Docket No. 2848]

   Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

3. Second Interim Application of BDO USA, LLP, as Accountant and Auditor to the Debtors and Debtors in Possession for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2018 through February 28, 2019, Fees: $597,249.00, Expenses: $17,178.74. [Docket No. 2630]

    Filed Responses:
    Fee Examiner's Final Report Regarding Second Interim Fee Application Request of BDO USA, LLP [Docket No. 2849]

    Status: This matter is going forward.

4. Third Interim Fee Application of Brouse McDowell, LPA, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses Incurred for Services Rendered During the Period From December 1, 2018 through March 31, 2019, Fees: $368,326.00, Expenses: $7,984.51. [Docket No. 2631]

    Filed Responses:
    Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Brouse McDowell, LPA [Docket No. 2850]

    Status: This matter is going forward.

5. Third Interim Fee Application of Hogan Lovells US LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors (December 1, 2018 through March 31, 2019), Fees: $525,724.00, Expenses: $511.35. [Docket No. 2632]

    Filed Responses:
    Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Hogan Lovells US LLP [Docket No. 2853]

    Status: This matter is going forward.

6. Third Interim Application of ICF Resources LLC, as Energy Markets Advisor to the Debtors, for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period From December 1, 2018 through March 31, 2019, Fees: $554,390, Expenses: $10,439.00. [Docket No. 2634]

    Filed Responses:
    Fee Examiner's Final Report Regarding Third Interim Fee Application Request of ICF Resources LLC [Docket No. 2855]

    Status: This matter is going forward.

7. Third Interim Fee Application of KPMG LLP as Tax Consultants to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2018 through March 31, 2019, Fees: $847,506.10, Expenses: $70.00. [Docket No. 2635]

   Filed Responses:
   Fee Examiner's Final Report Regarding Third Interim Fee Application Request of KPMG LLP [Docket No. 2856]

   Status: This matter is going forward.

8. Third Interim Application of Lazard Frères & Co. LLC as Investment Banker for the Debtors, for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period From December 1, 2018 through March 31, 2019, Fees: $3,785,052.00, Expenses: $24,533.54. [Docket No. 2636]

   Filed Responses:
   Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Lazard Frères & Co. LLC [Docket No. 2857]

   Status: This matter is going forward.

9. Third Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Corporate Communications Consultants to the Debtors (December 1, 2018 through March 31, 2019) for Sitrick and Company, Inc., Fees: $388,291.50, Expenses: $26,996.91. [Docket No. 2617]

   Filed Responses:
   Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Sitrick and Company, Inc. [Docket No. 2862]

   Status: This matter is going forward.

10. Third Application for Compensation and for Reimbursement of Expenses for Services Rendered During the Period December 1, 2018 through March 31, 2019 for Willkie Farr & Gallagher LLP, Fees: $670,847.50, Expenses: $26,111.27. [Docket No. 2628]

    Filed Responses:
    Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Willkie Farr & Gallagher LLP [Docket No. 2863]

    Status: This matter is going forward.

11. Second Interim Application of Honigman LLP, Counsel to the Independent Manager of FirstEnergy Generation, LLC, for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period December 1,

2018 through March 31, 2019, Fees: $210,157.00, Expenses: $6,161.30. [Docket No. 2633]

Filed Responses:
Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Honigman LLP [Docket No. 2854]

Status: This matter is going forward.

12. Second Interim Application of Ropes & Gray LLP, Counsel to the Independent Manager of FirstEnergy Nuclear Generation, LLC, for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period From December 1, 2018 Through March 31, 2019, Fees: $657,105.00, Expenses: $7,240.26. [Docket No. 2619]

    Filed Responses:
    Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Ropes & Gray LLP [Docket No. 2861]

    Status: This matter is going forward.

13. First Interim Fee Application of Middle River Power as Consultant to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period of November 1, 2018 to March 31, 2019, Fees: $1,500,000.00, Expenses: $105,688.72. [Docket No. 2637]

    Filed Responses:
    Fee Examiner's Final Report Regarding First Interim Fee Application Request of Middle River Power, LLC [Docket No. 2858]

    Status: This matter is going forward.

14. Second Interim Application of Quinn Emanuel Urquhart & Sullivan, LLP, For Allowance of Compensation For Services Rendered and For Reimbursement of Expenses Incurred During the Period of August 1, 2018 Through March 31, 2019, Fees: $46,290.72, Expenses: $67.68. [Docket No. 2639]

    Filed Responses:
    Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 2860]

    Status: This matter is going forward.

15. Third Application for Compensation for FTI Consulting, Inc., Other Professional, Fees: $1,158,146.00, Expenses: $3,311.13. [Docket No. 2624]

Filed Responses:
Fee Examiner's Final Report Regarding Third Interim Fee Application Request of FTI Consulting, Inc. [Docket No. 2851]

Status: This matter is going forward.

16. Third Application for Compensation for Hahn Loeser & Parks LLP, Creditor Committee Attorney, Fees: $216,469.50, Expenses: $1,204.58. [Docket No. 2627]

    Filed Responses:
    Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Hahn Loeser & Parks LLP [Docket No. 2852]

    Status: This matter is going forward.

17. Third Application for Compensation for Milbank LLP, Creditor Committee Attorney, Fees: $2,813,908.00, Expenses: $106,191.04. [Docket No. 2621]

    Filed Responses:
    Fee Examiner's Final Report Regarding Third Interim Fee Application Request of Milbank LLP [Docket No. 2859]

    Status: This matter is going forward.

18. Third Application for Compensation for PJT Partners LP, Other Professional, Fees: $700,000.00, Expenses: $2,614.97. [Docket No. 2622]

    Filed Responses:
    Fee Examiner's Combined Summary Report Regarding Third Interim Fee Application Requests [Docket No. 2864]

    Status: This matter is going forward.

**II. Matters Originally Set for July 23 Hearing and Proposed to Be Adjourned**

1. None.

Dated: July 22, 2019     Respectfully submitted,

/s/ Kate M. Bradley
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

1066672