UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

**NOTICE OF MOTION OF DEBTORS TO APPROVE
STIPULATION BETWEEN THE DEBTORS, VALLEY FORGE INSURANCE
COMPANY, AND CONTINENTAL INSURANCE COMPANY PROVIDING FOR
LIMITED RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

PLEASE TAKE NOTICE THAT on July 22, 2019, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Case"), filed with the Court the *Motion of Debtors to Approve Stipulation Between the Debtors, Valley Forge Insurance Company, and Continental Insurance Company Providing for Limited Relief from the Automatic Stay Under 11 U.S.C. § 362* (the "Motion").

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this Case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **August 6, 2019 at 4 p.m. (ET)**, you or your attorney must file with the Court a written response explaining your position at:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

United States Bankruptcy Court
Office of the Clerk
455 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

You must also serve a copy of your response on the undersigned counsel:

BROUSE MCDOWELL LPA
Marc B. Merklin
Kate M. Bradley
Bridget A. Franklin
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and –

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Lisa Beckerman
Brad Kahn
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino
Kate Doorley
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion will be held on **August 13, 2019, at 10:30 a.m.** prevailing Eastern Time, or as soon thereafter as this matter may be heard, before the Honorable Alan M. Koschik, 260 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308. The hearing may be continued from time-to-time until completed without further notice except as announced in open court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief without a hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice and the Motion and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 22, 2019 Respectfully submitted,

*/s/ Kate M. Bradley*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

1066189