Subject: First Energy Solutions Corp ("FES"), Chapter 11
Case No. 18-50757 (AMK) (Jointly Administered)          July 20, 2019

915 Stauffer Circle
West Grove, PA  19390
July 20, 2019

Clerk of Court
United States Bankruptcy Court
For the Northern District of Ohio,
Eastern Division
John F. Seiberling Federal
Building and U.S. Courthouse
455 U.S. Courthouse
2 South Main Street
Akron, OH  44308

Subject: First Energy Solutions Corp ("FES"), Chapter 11
Case No. 18-50757 (AMK) (Jointly Administered)

To Whom It May Concern:

The residents of the following address are notifying you that we are registering our objection to the assumption and assignment of our customer contract to a "new" FES or the confirmation of the Plan to do so:

Residents Names and Address:
Joseph Kropewnicki and Joanna Kropewnicki
915 Stauffer Circle
West Grove, PA  19390

As customers of any supplier, we have the right to select our own supplier who would provide this residence with the type of service we select at a competitive rate.  Our

1

contract with First Energy Solutions expires in July, 2019 based on a seven year price option which we entered with FES in 2012.   This is our notification to you that we do not want our energy contract with FES to be transferred or assumed by a "new" FES organization.

We are enclosing a copy of our recent PECO energy bill as required as proof of service.

If you required any additional information, please contact us at the above address.


Joseph J. Kropewnicki        Joanna M. Kropewnicki

With Enc.
CC:
Counsel for the Debtors
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036-6745
Attn:  Brad Kahn, Esq. and Zachary Wittenberg, Esq.)

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, DC  20006
Attn:  Scott L.Alberino, Esq. and Kate Doorley, Esq.

Local Counsel for the Debtors
Brouse McDowell LPA
388 South Main St., Suite 500
Akron, OH  44311

Subject:  First Energy Solutions Corp ("FES"), Chapter 11
         Case No. 18-50757 (AMK) (Jointly Administered)        July 20, 2019

Attn:  Kate Bradley, Esq. and Bridget A. Franklin, Esq.)

The Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH  44114
Attn:  Tiiara Patton, Esq.)

3



Name: **JOSEPH KROPWWNICKI**
Account Number: **02640-48099**
Phone Number: **610-869-7160**
Service Address: **915 Stauffer Cir, West Grove**

**Emergency and Repair**

**800-841-4141**

This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.

PECO ELECTRIC DELIVERY



ELECTRIC
**$144.36**

**FirstEnergy Solutions Corp**
341 White Pond Drive
B3
Akron OH 44320
800-977-0500

■ TAXES & FEES

PECO GAS DELIVERY



GAS
**$31.50**

GAS SUPPLY

**Dominion Energy Solutions**
P.O. Box 298
Pittsburgh PA 15230
877-739-3222

■ TAXES & FEES

**Billing Summary**

| | |
|---|---|
| Bill Date | 07/12/2019 |

Thank you for your payment of $181.00 on 07/02/2019

**Current Period Charges**

| | |
|---|---|
| Electric | $144.36 |
| Gas | $31.50 |
| Budget billing amount | $176.00 |
| **Total New Charges** | **$175.86** |

| Total Amount Due on 08/05/2019 | $176.00 |
|---|---|

**General Information**
Next scheduled meter reading:08/13/2019

**1-800-494-4000**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
**Customer Self Service - Manage Your Account 24/7**
Start, stop and move your service

---

Online: peco.com    In Person: 2301 Market St., Philadelphia, PA 19103    By Phone: 1-800-494-4000

Return only this portion with your check made payable to PECO. Please write your account number on your check.

 

**An Exelon Company**
2301 Market Street
Philadelphia, PA 19103-1380

Pay Today!
peco.com/ebill
Go paperless: receive and pay your bill online.

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

**Account # 02640-48099**    877-432-9384
Pay by phone, a convenience fee will apply.

| **Please pay this amount by 08/05/2019** | **$176.00** |
|---|---|

| **Payment Amount** | **$** |
|---|---|



0008983 01 AV 0.380  **AUTO   T7 0 8836 19390-137815   -C03-B1-P08991-I123 5 7

JOSEPH KROPWWNICKI
915 STAUFFER CIR
WEST GROVE, PA 19390-1378



PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

0264048099010017600921701760 08


## Meter Information

| Read Dates | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Difference | Multiplier X | Total Usage |
|---|---|---|---|---|---|---|---|---|
| 06/11-07/11 | 127901547 | General Service | Tot kWh | 35348 Actual | 36314 Actual | 966 | 1 | 966 |
| 06/11-07/11 | 019553089 | General Service | Total Ccf | 5229 Actual | 5250 Actual | 21 | 1.03 | 22 |

Total kWh Used: 966
Total Ccf Used: 22

## Electric Residential Service

**Service Period 06/11/2019 to 07/11/2019 - 30 days**

| PECO ELECTRIC DELIVERY | | $71.92 |
|---|---|---|
| Customer Charge | | 9.97 |
| Distribution Charges | 966 kWh X 0.06413 | 61.95 |
| ELECTRIC SUPPLY | | $72.45 |

**FirstEnergy**
Solutions

| FirstEnergy Solutions Corp Charges (800-977-0500) | |
|---|---|
| 966 KWH TOTAL@$0.075/KWH GENERATION | 72.45 |
| TAXES & FEES | -$0.01 |
| State Tax Adjustment | -0.01 |

**Total Current Charges** $144.36

### Your Usage Profile

ANNUAL ELECTRIC USAGE

peco.com/smartideas
Save energy and money

| | | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| **Period** | **Usage** | | | |
| Current Month | 966 | 32.2 | 30 | 76 |
| Last Month | 813 | 25.4 | 32 | 69 |
| Last Year | 1,161 | 40.0 | 29 | 77 |

Avg kWh per Month 712
Total Annual kWh Usage 8,552

## Gas Residential Heating Service

**Service Period 06/11/2019 to 07/11/2019 - 30 days**

| PECO GAS DELIVERY | | $21.47 |
|---|---|---|
| Customer Charge | | 11.75 |
| Distribution Charges | 22 Ccf X 0.36250 | 7.98 |
| Balancing Service Charges | 22 Ccf X 0.03507 | 0.77 |
| Distribution System Improvement Charge | | 0.97 |

### Budget Billing Deferred Balance

| Last Month's Deferred Balance | $23.53 |
|---|---|
| + Total Current Charges | $175.86 |
| – Current Budget Billing Amount Due | $176.00 |
| This Month's Deferred Balance | $23.39 |

### Message Center

From PECO:

New charges contain estimated total state taxes of $5.40, including $8.78 for State Gross Receipts Tax.

Your estimated electric price to compare is $0.0678 per kWh. This may change in March, June, September and December. For more information and supplier offers visit PAPowerSwitch.com and oca.state.pa.us.

Your estimated gas price to compare for your rate class is $0.6507 per Ccf. This may change in March, June, September and December. For more information on how to shop for natural gas visit PaGasSwitch.com and oca.state.pa.us.

Your **Total Account Balance of $199.39** includes your Total Amount Due and all other Arrearage/Agreement/Deferred balances that are on this account.

### Shopping Information Box

When shopping for a competitive electric/natural gas supplier, please provide the following:

Account Number: 02640-48099
**Electric Rate:** Electric Residential Service
**Gas Rate:** Gas Residential Heating Service

If you are purchasing the energy you use from a competitive supplier, it is important to understand the terms of your contract and expiration date.



18-50757-amk   Doc 2945   FILED 07/26/19   ENTERED 07/26/19 13:54:11   Page 8 of 8