UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) (Jointly Administered) ) |
| Debtors. | ) ) ) Hon. Judge Alan M. Koschik ) |

**CERTIFICATE OF NO OBJECTION TO THIRTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM APRIL 1, 2019 THROUGH AND INCLUDING APRIL 30, 2019 [DOC. 2841]**

The undersigned hereby certifies that, as of the date hereof, FTI Consulting, Inc. ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors, (i) has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the *Thirteenth Monthly Fee Statement of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors from April 1, 2019 Through and Including April 30, 2019* [Doc. 2841] (the "Thirteenth Monthly Fee Statement") appears thereon; and (ii) has not been served with any answer, objection or other response to the Thirteenth Monthly Fee Statement.

The Thirteenth Monthly Fee Statement was filed on June 28, 2019, and objections were due no later than July 29, 2019. Accordingly, pursuant to the *Order Establishing Procedures for*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is 341 White Pond Dr., Akron, OH 44320.

11019453.1

*Interim Compensation and Reimbursement of Expenses for Professionals* [Doc. 427], the Debtors are authorized to pay FTI the amount indicated below.

| Total Fees Requested | Total Expenses Requested | 80% of Fees Requested | Total Authorized to Pay |
|---|---|---|---|
| $161,088.00 | $1,180.22 | $128,870.40 | $130,050.62 |

/s/ *Rocco I. Debitetto*
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
ridebitetto@hahnlaw.com

and

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Evan R. Fleck, Esq. (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: DDunne@milbank.com
EFleck@milbank.com

*Co-Counsel to the Official Committee of Unsecured Creditors of FirstEnergy Solutions Corporation, et al.*