# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 (AMK) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

## CERTIFICATE OF NO OBJECTION TO THIRTEENTH MONTHLY FEE STATEMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS FROM APRIL 1, 2019 THROUGH APRIL 30, 2019

The undersigned hereby certifies that, as of the date hereof, Akin Gump Strauss Hauer & Feld LLP, as co-counsel to the Debtors, (i) has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the *Thirteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors from April 1, 2019 through April 30, 2019* [Docket No. 2866] (the "Monthly Fee Statement") appears thereon; and (ii) has not been served with any answer, objection, or other response to the Monthly Fee Statement.

The Monthly Fee Statement was filed on July 1, 2019, and objections were due no later than July 30, 2019. Accordingly, pursuant to the *Order Establishing Procedures for Interim*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage LLC (6928), case no. 18-50764. The Debtors' address is 341 White Pond Dr., Akron, OH 44320.

*Compensation and Reimbursement of Expenses for Professionals* [Docket No. 427] (the "<u>Interim Compensation Order</u>"), the Debtors are authorized to pay the amount indicated below.

| Total Fees Requested | Total Expenses Requested | 80% of Fees Requested | Total Authorized to Pay |
|---|---|---|---|
| $2,950,810.50 | $144,599.12 | $2,360,648.40 | $2,505,247.52 |

Dated: July 31, 2019  Respectfully submitted,

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (008397)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

 - and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
dbotter@akingump.com

 - and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors and Debtors in Possession*

1067664