UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-50757<br><br>(Jointly Administered)<br><br>Hon. Judge Alan M. Koschik |

**PROPOSED DOCKET FOR HEARING ON MATTERS SCHEDULED
FOR AUGUST 13, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**I.  Matters Set for and to Be Considered at August 13th Hearing**

**To Begin at 10:00 A.M.**

1. Pre-Hearing Conference on Plan Confirmation.

   Status:  This matter is going forward.

**To Begin at 10:15 A.M.**

2. Pretrial / Status Conference on FirstEnergy Solutions Corp. v. Bluestone Energy Sales Corp.

   Status:  This matter is going forward.

**To Begin at 10:30 A.M.**

3. Debtors' Nineteenth Omnibus Objection to Certain Proofs of Claim (Misfiled Claims) [Docket No. 2902]

   Related Documents:  Declaration of Jeffrey Sielinski in Support of the Debtors' Nineteenth Omnibus Objection to Certain Proofs of Claim [Docket No. 2903]

   Status:  This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186), and Norton Energy Storage L.L.C. (6928), case no. 18-50764.  The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

4. Debtors' Twentieth Omnibus Objection to Certain Proofs of Claim (Reduced Amount, Reduced Amount and Misfiled) [Docket No. 2906]

    Related Documents: Declaration of Jeffrey Sielinski in Support of the Debtors' Twentieth Omnibus Objection to Certain Proofs of Claim [Docket No. 2907]

    Status: This matter is going forward.

5. Motion of Debtors to Approve Stipulation Between the Debtors and Rexel USA, Inc. Regarding Claims Associated with the Rexel Agreements [Docket No. 2915]

    Filed Responses: None.

    Status: This matter is going forward.

6. Motion of Debtors to Approve Stipulation Among the Debtors and CAES Development Company L.L.C. Regarding Claims Associated with that Certain CAES Purchase and Sale Agreement [Docket No. 2917]

    Filed Responses: None.

    Status: This matter is going forward.

7. Motion of the Debtors to Approve Stipulation By and Among the Debtors, Valley Forge Insurance Company, and Continental Insurance Company Providing for Limited Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 2930]

    Filed Responses: None.

    Status: This matter is going forward.

II. **Matters Originally Set for August 13th Hearing and Proposed to Be Adjourned**

   1. None.

Dated: August 12, 2019                Respectfully submitted,

*/s/ Kate M. Bradley*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

1068720