**Exhibit A**

**FIRSTENERGY SOLUTIONS CORP., *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting / % | Number Rejecting / % | AmountAccepting / % | AmountRejecting / % | Class Voting Result |
|---|---|---|---|---|---|---|
| A3 | Unsecured PCN/FES Notes Claims Against FES | 569 / 92.07% | 49 / 7.93% | $1,982,126,373.00 / 99.93% | $1,379,787.23 / 0.07% | Accept |
| A4 | Mansfield Certificate Claims Against FES | 157 / 99.37% | 1 / 0.63% | $976,032,400.00 / 99.76% | $2,373,000.00 / 0.24% | Accept |
| A5 | General Unsecured Claims against FES FENOC | 4 / 100.00% | 0 / 0.00% | $100,700,000.00 / 100.00% | $0.00 / 0.00% | Accept |
| A6 | General Unsecured Claims against FirstEnergy Solutions Corp. | 21 / 77.78% | 6 / 22.22% | $297,742,188.04 / 33.13% | $601,054,842.47 / 66.87% | Reject |
| A7 | Mansfield Indemnity Claims Against FES | 10 / 100% | 0 / 0.00% | $178,028,882.75 / 100.00% | $0.00 / 0.00% | Accept |
| A8 | Convenience Claims against FirstEnergy Solutions | 16 / 100.00% | 0 / 0.00% | $4,625,700.51 / 100.00% | $0.00 / 0.00% | Accept |
| B4 | Secured FG PCN Reinstated Claims | 41 / 100% | 0 / 0.00% | $144,685,000.00 / 100% | 0 / 0.00% | Accept |
| B5 | Unsecured PCN/FES Notes Claims Against FG | 569 / 92.07% | 49 / 7.93% | $1,982,126,373.00 / 99.93% | $1,379,787.23 / 0.07% | Accept |
| B6 | Mansfield Certificate Claims Against FG | 157 / 99.37% | 1 / 0.63% | $976,032,400.00 / 99.76% | $2,373,000.00 / 0.24% | Accept |
| B7 | General Unsecured Claims against FirstEnergy Generation, LLC | 10 / 55.56% | 8 / 44.44% | $1,215,363,413.15 / 99.999% | $15,904.35 / 0.001% | Accept |
| B8 | Mansfield Indemnity Claims against FG | 10 / 100.00% | 0 / 0.00% | $178,028,882.75 / 100.00% | 0 / 0.00% | Accept |
| B9 | Convenience Claims against FirstEnergy Generation | 79 / 94.05% | 5 / 5.95% | $3,188,241.26 / 88.99% | $394,308.07 / 11.01% | Accept |
| C3 | Secured NG PCN Claims | 63 / 96.92% | 2 / 3.08% | $277,000,000.00 / 99.96% | $115,000.00 / 0.04% | Accept |
| C4 | Unsecured PCN/FES Notes Claims Against NG | 569 / 92.07% | 49 / 7.93% | $1,982,126,373.00 / 99.93% | $1,379,787.23 / 0.07% | Accept |
| C5 | Mansfield Certificate Claims Against NG | 157 / 99.37% | 1 / 0.63% | $976,032,400.00 / 99.76% | $2,373,000.00 / 0.24% | Accept |
| C6 | General Unsecured Claims against FirstEnergy Nuclear Generation, LLC | 1 / 100.00% | 0 / 0.00% | $1.00 / 100.00% | 0 / 0.00% | Accept |
| C7 | NG-FENOC General Unsecured Claims against NG | 0 / 0.00% | 1 / 100.00% | 0 / 0.00% | $313,700,000.00 / 100.00% | Reject |
| C8 | Convenience Claims against NG | No ballot submitted by a holder entitled to vote in this class | | | | Accept |
| D3 | FES-FENOC General Unsecured Claims against FENOC | 4 / 100.00% | 0 / 0.00% | $201,300,000.00 / 100.00% | $0.00 / 0.00% | Accept |
| D4 | General Unsecured Claims against FirstEnergy Nuclear Operating Company | 16 / 88.89% | 2 / 11.11% | $37,091,476.39 / 99.73% | $100,138.02 / 0.27% | Accept |
| D5 | NG-FENOC Unsecured Claims against FENOC | 0 / 0.00% | 1 / 100.00% | 0 / 0.00% | $313,700,000.00 / 100.00% | Reject |
| D6 | Convenience Claims against FENOC | 86 / 98.85% | 1 / 1.15% | $3,817,250.01 / 99.52% | $18,596.70 / 0.48% | Accept |
| E3 | Mansfield Certificate Claims Against FGMUC | 157 / 99.37% | 1 / 0.63% | $976,032,400.00 / 99.76% | $2,373,000.00 / 0.24% | Accept |
| E4 | General Unsecured Claims against FGMUC | 1 / 25.00% | 3 / 75.00% | $1.00 / 25.00% | $3.00 / 75.00% | Reject |
| E5 | Mansfield Indemnity Claims against FGMUC | 10 / 100.00% | 0 / 0.00% | $178,028,882.75 / 100.00% | 0 / 0.00% | Accept |
| E6 | Convenience Claims against FGMUC | No ballot submitted by a holder entitled to vote in this class | | | | Accept |
| F3 | General Unsecured Claims against FE Aircraft Leasing Corp. | 1 / 100.00% | 0 / 0.00% | $1.00 / 100.00% | $0.00 / 0.00% | Accept |
| G3 | General Unsecured Claims against Norton Energy Storage L.L.C. | 1 / 100.00% | 0 / 0.00% | $1.00 / 100.00% | $0.00 / 0.00% | Accept |