This document was signed electronically on August 14, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: August 14, 2019



**ALAN M. KOSCHIK**
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | Case No. 18-50757 (AMK) (Jointly Administered) |
| Debtors. | Hon. Judge Alan M. Koschik |

### AGREED ORDER GRANTING MOTION OF
### PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM STAY

Upon the motion [Docket No. 2885] (the "Motion")[2] of PNC Bank, National Association (the "Movant") for relief from the automatic stay imposed by 11 U.S.C. § 362 or in the alternative, adequate protection payments, as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage LLC (6928), case no. 18-50764. The Debtors' address is 341 White Pond Dr., Akron, OH 44320.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Movant provided appropriate notice of the Motion and the opportunity for any response to, and a hearing on, the Motion under the circumstances; and no response or objection to the Motion having been filed prior to the end of the required notice and response period; and section E.i.b of the amended case management order in these chapter 11 cases [Docket No. 280] and Local Bankruptcy Rule 9013-1(d); and the Movant and FirstEnergy Nuclear Operating Company ("FENOC") having reached an agreement on the terms of this order (the "Order"); and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105 and 362 of the Bankruptcy Code, the automatic stay is hereby modified to allow the Movant to (i) name FENOC as a defendant in a state court foreclosure action against the real property located at 951 Columbia Ct, Painesville, OH 44077 (the "Collateral") and (ii) proceed in such foreclosure action; *provided that*, notwithstanding anything in this Order to the contrary, the automatic stay shall be modified by this Order solely with respect to FENOC's lien on the Collateral.

3. The parties are authorized, but not directed, to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. Notice of the Motion as provided therein shall be deemed good and sufficient.

5. Notwithstanding the possible applicability of Bankruptcy Rules 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

SUBMITTED BY:

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

 - and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for FirstEnergy Nuclear Operating Company*

 - and -

/s/ Stephen R. Franks
**MANLEY DEAS KOCHALSKI LLC**
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (84781)
Sarah E. Barngrover (28840-64)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: (614) 220-5611
Facsimile: (614) 627-8181
srfranks@manleydeas.com

*Counsel for Movant*