This document was signed electronically on October 9, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 9, 2019



_____
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) |
| | ) Case No. 18-50757 (Jointly Administered) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Judge Alan M. Koschik |

**ORDER SETTING CONTINUED CONFIRMATION HEARING**
**ON THE DEBTORS' PROPOSED PLAN OF REORGANIZATION**

The Debtors' Seventh Amended Joint Plan of Reorganization (Docket No. 3056) was last set for a Confirmation Hearing on August 20-21, 2019. Pursuant to this Court's August 26, 2019 Order Sustaining the Objection of Utility and Electrical Workers Unions to Plan Confirmation, Adjourning Hearing, and Setting Status Conference (Docket No. 3109), the Confirmation Hearing has been adjourned to an unspecified date.

On October 8, 2019, during the most recent status conference held by the Court concerning plan confirmation, the Debtors and the Utility and Electrical Workers Unions (the "Unions") advised the Court that they have successfully negotiated amendments to their

collective bargaining agreements (the "CBAs") permitting the Debtors to assume the CBAs and that the Debtors are prepared to present to the Court for confirmation an amended plan of reorganization providing for the assumption of the CBAs. The Court has determined that it is appropriate now to schedule a continued Confirmation Hearing to consider confirmation of the Debtors' anticipated amended plan of reorganization, which the Court understands will be filed soon.

Based on the foregoing, and the matters discussed during the status conference on Plan Confirmation held yesterday, October 8, 2019,

**IT IS HEREBY ORDERED THAT:**

1. The Confirmation Hearing shall be continued on **October 15, 2019, at 10:00 a.m.**, consolidated with the scheduled omnibus hearing in this case, in Courtroom 260 of the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio.

# # #