UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 18-50757 (AMK) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) Hon. Judge Alan M. Koschik <br> ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | |
| Debtors. | |

**NOTICE OF FILING THIRD AMENDED EXHIBIT C TO *SIXTH AMENDED JOINT PLAN OF REORGANIZATION OF FIRSTENERGY SOLUTIONS CORP.,* ET. AL., *PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE, AS AMENDED***

      **PLEASE TAKE NOTICE** that, on July 23, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the plan supplement [Docket No. 2936] (the "Plan Supplement") for the *Sixth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp.,* et. al., *Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2934] (as amended, the "Plan")[2] with the United States Bankruptcy Court for the Northern District of Ohio (the "Court").

      **PLEASE TAKE NOTICE** that, on August 1, 2019, the Debtors filed the *Notice of Filing Amended Exhibit C to Sixth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2967].

      **PLEASE TAKE NOTICE** that, on August 16, 2019, the Debtors filed the *Notice of Filing the Second Amended Exhibit C to Sixth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3052].

      **PLEASE TAKE FURTHER NOTICE** that as set forth in the Plan Supplement, the Debtors reserved all rights to amend, modify or supplement the Plan Supplement and any and all documents contained therein, in accordance with the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain revisions to the Schedule of Rejected Executory Contracts and Unexpired Leases contained in Exhibit C attached to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a clean copy of the revised schedule portion of Exhibit C and attached hereto as **Exhibit B** is a redline of the revised schedule portion of Exhibit C, showing changes made since August 16, 2019.

**PLEASE TAKE FURTHER NOTICE** that this Notice and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

2

18-50757-amk    Doc 3275    FILED 10/11/19    ENTERED 10/11/19 16:53:01    Page 2 of 3

Dated: October 11, 2019                    Respectfully submitted,

/s/ Bridget A. Franklin
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.,
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors*
*and Debtors in Possession*

3