**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 (AMK) ) (Jointly Administered) |
| Debtors. | ) ) Hon. Judge Alan M. Koschik ) |

**NOTICE OF FILING OF REDLINE OF EIGHTH AMENDED JOINT PLAN OF REORGANIZATION OF FIRSTENERGY SOLUTIONS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on February 11, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the: (i) *Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2120] (the "Plan") and (ii) *Disclosure Statement for the Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2119] (the "Disclosure Statement") with the United States Bankruptcy Court for the Northern District of Ohio (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on March 9, 2019, the Debtors filed the: (i) *First Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2250] (the "First Amended Plan") and (ii) *Disclosure Statement for the First Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2251] (the "First Amended Disclosure Statement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2019, the Debtors filed the: (i) *Second Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2310] (the "Second Amended Plan") and (ii) *Disclosure Statement for the Second Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2313] (the "Second Amended Disclosure Statement") with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH

**PLEASE TAKE FURTHER NOTICE** that on April 1, 2019, the Debtors filed the: (i) *Third Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2430] (the "Third Amended Plan") and (ii) *Disclosure Statement for the Third Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2431] (the "Third Amended Disclosure Statement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2019, the Debtors filed the: (i) *Fourth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2529] (the "Fourth Amended Plan") and (ii) *Disclosure Statement for the Fourth Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2530] (the "Fourth Amended Disclosure Statement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 17, 2019, the Debtors filed the: (i) *Fifth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2658] and (ii) *Disclosure Statement for the Fifth Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2661] (the "Fifth Amended Disclosure Statement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2019, the Debtors filed the *Notice of Filing Solicitation Version of the Fifth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code and Solicitation Version of Disclosure Statement in Support of Fifth Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2675] which attached the solicitation version of the *Fifth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* as Exhibit A (the "Fifth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2019, the Court entered an order approving the Fifth Amended Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that on May 30, 2019, the Debtors filed the *Notice of Filing of Updated Solicitation Version of the Disclosure Statement for the Fifth Amended Joint Plan of FirstEnergy Solutions Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2721].

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2019, the Debtors filed the: (i) *Sixth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2934] (the "Sixth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on August 16, 2019, the Debtors filed the *Seventh Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3056] (the "Seventh Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on October 11, 2019, the Debtors filed the *Eighth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3270] (the "Eighth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on October 14, 2019, the Debtors filed a revised *Eighth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3278] (the "Revised Eighth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that certain revisions have been made to the Revised Eighth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a redline reflecting the revisions to the Eighth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that this Notice, including the Eighth Amended Plan, and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 14, 2019

Respectfully submitted,

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

4