# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FIRSTENERGY SOLUTIONS CORP., et al.[1] | ) Case No. 18-50757 |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Hon. Alan M. Koschik |
|  | ) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

NOTICE IS HEREBY GIVEN that appellant Ohio Valley Electric Corporation ("OVEC") hereby appeals to the United States Court of Appeals for the Sixth Circuit under 28 U.S.C. § 158(d)(2)(A) from the *Order Confirming the Eighth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3283] (the "Confirmation Order").

Pursuant to 28 U.S.C. § 158(c)(1), OVEC hereby elects to have the appeal heard by the United States District Court for the Northern District of Ohio (the "District Court") rather than by the Bankruptcy Appellate Panel for the Sixth Circuit (the "BAP").[2]

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764.  The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

[2]       OVEC will be filing a motion for direct certification of the Confirmation Order for appeal to the United States Court of Appeals for the Sixth Circuit.  However, in the event that a direct appeal is not certified by this Court or permission to appeal is subsequently denied by the Sixth Circuit, OVEC elects to have the appeal heard by the District Court as opposed to the BAP.

| Party | Attorneys |
|---|---|
| **APPELLANT**<br><br>*Ohio Valley Electric Corp.* | **DETTELBACH, SICHERMAN & BAUMGART LLC**<br>Richard A. Baumgart<br>55 Public Square, 21st Floor<br>Cleveland, Ohio 44113<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>David R. Seligman, P.C.<br>300 North LaSalle<br>Chicago, IL 60654<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Mark McKane, P.C.<br>Michael P. Esser<br>Kevin K. Chang<br>555 California Street<br>San Francisco, California 94104<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Erin E. Murphy<br>Kasdin M. Mitchell<br>655 Fifteenth Street, N.W.<br>Washington, District of Columbia 20005<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Matthew C. Fagen<br>601 Lexington Avenue<br>New York, New York 10022 |

18-50757-amk    Doc 3332    FILED 10/29/19    ENTERED 10/29/19 20:41:09    Page 2 of 5

| Party | Attorneys |
|---|---|
| **APPELLEES**<br><br>*FirstEnergy Solutions Corp. and its Debtor affiliates, as Debtors and debtors-in-possession* | **BROUSE MCDOWELL LPA**<br>Marc B. Merklin<br>John C. Fairweather<br>Lisa S. DelGrosso<br>Kate M. Bradley<br>388 South Main Street, Suite 500<br>Akron, OH 44311<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira Dizengoff<br>David Zensky<br>Abid Qureshi<br>Lisa Beckerman<br>Brian Carney<br>Brad Kahn<br>One Bryant Park<br>New York, New York 10036<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Scott Alberino<br>David Applebaum<br>Todd Brecher<br>Kate Doorley<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 |

18-50757-amk    Doc 3332    FILED 10/29/19    ENTERED 10/29/19 20:41:09    Page 3 of 5

Dated: October 29, 2019

*/s/ Mark McKane, P.C.*

David R. Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:   david.seligman@kirkland.com

Mark McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
Kevin K. Chang (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email:   mark.mckane@kirkland.com
             michael.esser@kirkland.com
             kevin.chang@kirkland.com

Erin E. Murphy
Kasdin M. Mitchell
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
Telephone:     (202) 879-5000
Facsimile:     (202) 879-5200
Email:   erin.murphy@kirkland.com
             kasdin.mitchell@kirkland.com

Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:   matthew.fagen@kirkland.com

*Counsel to Ohio Valley Electric Corporation*

4

## CERTIFICATE OF SERVICE

I, Mark McKane, certify that on October 29, 2019, a true and correct copy of the foregoing *Notice of Appeal and Statement of Election* was served via the Court's Electronic Case Filing System on those entities and individuals who are listed on the Court's Electronic Mail Notice List.

*/s/ Mark McKane, P.C.*
Mark McKane, P.C.