UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) Case No. 18-50757 (AMK) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

### NOTICE OF CERTAIN IMMATERIAL MODIFICATIONS TO JOINT PLAN OF REORGANIZATION OF FIRSTENERGY SOLUTIONS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on October 14, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Eighth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3278] (the "Plan")[2] with the United States Bankruptcy Court for the Northern District of Ohio (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on May 29, 2019, the Court entered the *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 2714], which attached the Bondholder Election Notice as Exhibit 25.

**PLEASE TAKE FURTHER NOTICE** that, on October 16, 2019, the Court entered the *Order Confirming the Eighth Amended Joint Plan of Reorganization of FirstEnergy Solutions Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 3283]. As set forth in the Plan, the Debtors reserved the right to make modifications to Plan after Confirmation in accordance with the Restructuring Support Agreement and the FE Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain immaterial modifications to the Plan and the Bondholder Election Notice with respect to the Unsecured

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Bondholder Cash Pool, which modifications will not impact the amount of distributions otherwise being provided under the Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a clean copy of the revised Plan and attached hereto as **Exhibit B** is a redline of the revised Plan, showing immaterial changes made to the Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a clean copy of the revised Bondholder Election Notice and attached hereto as **Exhibit D** is a redline of the revised Bondholder Election Notice, showing changes made to the Bondholder Election Notice.

**PLEASE TAKE FURTHER NOTICE** that this Notice, including the revised Plan and revised Bondholder Election Notice, and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 18, 2019  Respectfully submitted,

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
bkahn@akingump.com

 - and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

3