| | |
|---|---|
| In re:<br><br>FirstEnergy Solutions Corp., <u>et al</u>.[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 18-50757 (AMK)<br><br>Judge: Alan M. Koschik<br><br>**Re: Docket No. 2841, 2869, 3047, 3128, 3173** |

### FEE EXAMINER'S FINAL REPORT REGARDING
### FOURTH INTERIM FEE APPLICATION REQUEST OF
### <u>FTI CONSULTING, INC.</u>

Direct Fee Review LLC ("DFR"), appointed and employed as the Fee Examiner in the above-captioned bankruptcy proceedings and acting in its capacity regarding the Fourth Interim Fee Application Request of FTI Consulting, Inc. (the "Firm") for compensation for services rendered and reimbursement of expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the compensation period from April 1, 2019 through July 31, 2019 ("Fee Application") seeking approval of fees in the amount of $386,697.50 and the reimbursement of expenses in the amount of $3,598.15, submits its final report.

---

[1] The Debtors in these chapter 11 cases (collectively, the "<u>Chapter 11 Cases</u>"), along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

## BACKGROUND

1. In performance of audit procedures and in preparation of this report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained herein, DFR reviewed the monthly fee statement and the Application, including each of the billing and expense entries listed in the exhibits to the monthly statements, for compliance with the Bankruptcy Code, all applicable Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, at 28 C.F.R. Part 58, Appendix B (collectively the "United States Trustee Guidelines"), and the Interim Compensation Order.

2. DFR did not prepare informal memos related to monthly fee applications of the Firm. We included our questions and issues in an initial report and this final report. We have included all responses and any recommended resolutions in this final report.

## DISCUSSION

3. For the compensation period of April 1, 2019 through July 31, 2019 the Firm submitted fee applications in the amount of $386,697.50 as actual, reasonable and necessary fees and for expense reimbursement of $3,598.15. For the Fee Application period, $13,484.50 was disclosed as related to fee application preparation.

2

4. We deem it generally acceptable to have a maximum of 3% of total time charged in preparing fee applications. For Firms with more limited involvement, we consider an alternative standard of less than $50,000 in total spent on preparing fee applications. We apply these guidelines on a cumulative basis. We evaluate these charges with consideration to the length of time of the case and the practice experience of the firm. We noted that cumulatively through this period the Firm has charged $197,989.00 related to fee applications on a cumulative basis and we have calculated that 2.4% of the fees billed related to fee applications on a cumulative basis. We will continue to monitor these costs but do not recommend a reduction at this time.

5. We noted a charge where the timekeeper appeared to have little or no time charged on this date to this estate. We requested that the Firm review this charge and withdraw it if erroneous. The Firm provided the correct date for this charge which was a day where the timekeeper had time recorded. Because there is no recommendation for a reduction in reimbursement of expenses for this entry, no exhibit has been included.

6. Also, we noted the charge listed in Exhibit A, which seems unusually high. We requested that the Firm review this charge and explain the reasons for the amount or adjust it if appropriate. The Firm agreed to reduce this charge to the corresponding lowest class fare. We recommend that reimbursement of expenses be reduced by $192.00.

7. Activity descriptions shall individually identify all meetings and hearings (conferences and conference by telephone), each participant, the subject(s) of the meeting or hearing (conferences and conference by telephone) and the participant's role. Our procedures applied to the monthly fee applications identified entries with descriptions which did not

provide such detail. We requested that the Firm instruct timekeepers to identify all participants to any communications and we requested and the Firm confirmed that the identity of the participants referred to as "management team", "KPMG", "UCC", "debtors advisors", "FES ad hoc group", "debtors", "case professionals", "counsel" and "UCC advisors", are as previously described to us. Also, we requested and the Firm provided the participants for additional entries. Because there is no recommendation for a reduction in fees for these entries, no exhibit has been included.

8. Our review and procedures applied to the fee statements and the Fee Applications, including each of the billing and expense entries listed in the exhibits to the fee statements did not disclose any other material issues or questions.

**CONCLUSION**

9. Regarding the application and the fees and expenses discussed in the previous sections, DFR submits its **final** report for the Fourth Interim Fee Application Request of FTI Consulting, Inc. for compensation for services rendered and reimbursement of expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the compensation period from April 1, 2019 through July 31, 2019 and we recommend the approval of the fees of $386,697.50 and reimbursement of expenses in the amount of $3,406.15 ($3,598.15 minus $192.00).

Respectfully submitted,

**DIRECT FEE REVIEW LLC**
**FEE EXAMINER**

By: _____
W. J. Dryer

1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302.287.0955
dfr.wjd@gmail.com

5

# Exhibit A:

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/10/19 | Smith, Ellen | Rail - Roundtrip - Boston South Station - NY Penn Station, 04/09/19 - 04/10/19. Travel to attend FES case meetings. | $592.00 |

6