This document was signed electronically on March 25, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 25, 2020



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRSTENERGY SOLUTIONS CORP., *et al.*,[1] | ) | Case No. 18-50757 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Judge Alan M. Koschik |

### ORDER ON (A) DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (B) USEC'S JOINT BRIEF IN SUPPORT OF PARTIAL SUMMARY JUDGMENT BY USEC AND IN OPPOSITION TO PARTIAL SUMMARY JUDGMENT BY THE DEBTORS, (C) MEMORANDUM OF LAW IN SUPPORT OF USEC'S MOTION FOR RELIEF PURSUANT TO FED. R. CIV. P. 56(D), AND (D) DEBTORS' MOTION TO STRIKE THE DECLARATIONS OF CHRISTOPHER M. JAMES, EDWARD KEE, AND J. RICHARD DIETRICH

Upon consideration of (i) *Debtors' Objection to Claims Filed by USEC* [Docket No. 3383]; (ii) *USEC's Amended Opposition to Debtors' Objection to Claims Filed by USEC* [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

No. 3507]; (iii) *Debtors' Motion for Partial Summary Judgment* [Docket No. 3587]; (iv) *USEC'S Joint Brief in Support of Partial Summary Judgment by USEC and in Opposition to Partial Summary Judgment by the Debtors* [Docket No. 3669] ("USEC's Motion for Partial Summary Judgment"); (v) *Debtors' Consolidated Reply in Support of the Debtors' Motion for Partial Summary Judgment and Opposition to USEC's Cross-Motion for Summary Judgment* [Docket No. 3689]; (vi) *USEC's Reply in Support of Motion for Partial Summary Judgment* [Docket No. 3739]; (vii) *Memorandum of Law in Support of USEC's Motion for Relief Pursuant to Fed. R. Civ. P. 56(d)* ("USEC's Rule 56(d) Motion") [Docket No. 3671]; (viii) *Debtors' Opposition to USEC's Motion for Relief Pursuant to Fed. R. Civ. P. 56(d)* [Docket No. 3691]; (ix) *USEC's Reply in Support of Motion Pursuant to Fed. R. Civ. P. 56(d)* [Docket No. 3741]; (x) *Debtors' Motion to Strike the Declarations of Christopher M. James, Edward Kee, and J. Richard Dietrich* ("Debtors' Motion to Strike") [Docket No. 3692]; and (xi) *USEC's Memorandum of Law in Opposition to Debtors' Motion to Strike the Declarations of Christopher M. James, Edward Kee, and J. Richard Dietrich* [Docket No. 3779], (collectively, the "Motions"); and the Court having heard oral argument on the Motions on March 9, 2020, and the Court having announced its decision in open court on March 13, 2020,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors' Motion for Partial Summary Judgment is **GRANTED** in its entirety;

2. USEC's Motion for Partial Summary Judgment is **DENIED** in its entirety;

3. USEC's Rule 56(d) Motion is **DENIED** in its entirety;

4. The Debtors' Motion to Strike is **GRANTED** in its entirety;

5. The Debtors' Objection to Claims Filed by USEC is **SUSTAINED** as to Proofs of Claim Nos. 1090 and 1093, and USEC's claims against FirstEnergy Solutions Corp.

and FirstEnergy Generation, LLC are disallowed in their entirety; provided that the foregoing is without effect on the claims filed by USEC as to Proofs of Claim Nos. 1088 and 1094 against FirstEnergy Nuclear Generation, LLC and First Energy Nuclear Operating Company; and,

6. This Order incorporates by reference the Court's findings and conclusions as stated on the record in open court on March 13, 2020.

# # #

SUBMITTED BY:

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Lisa G. Beckerman (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
Christopher J. Gessner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
lbeckerman@akingump.com
jsorkin@akingump.com
cgessner@akingump.com

*Counsel for Debtors and Debtors in Possession*