## EXHIBIT C

### Attorneys and Paraprofessionals' Information
### Final Compensation Period
### (March 31, 2018 through February 27, 2020)

| Partner | Department | Year of Admission | 2018 Rate | 2019 Rate | 2020 Rate | Hours | Amount |
|---------|-----------|-------------------|-----------|-----------|-----------|-------|--------|
| Scott Alberino | Financial Restructuring | 2000 | $1,375.00 | $1,475.00 | $1,595.00 | 3,085.25 | $4,200,662.75 |
| Peter Altman | Litigation | 2006 | -- | $945.00 | -- | 13.70 | $12,946.50 |
| David Applebaum | Energy Regulation | 2001 | $970.00 | $1,020.00 | -- | 70.80 | $68,866.00 |
| Lisa Beckerman | Financial Restructuring | 1989 | $1,375.00 | $1,475.00 | $1,595.00 | 4,047.85 | $5,623,977.50 |
| David Botter | Financial Restructuring | 1990 | $1,375.00 | $1,475.00 | -- | 897.00 | $1,227,765.00 |
| Jesse Brush | Corporate | 2009 | -- | $1,000.00 | $1,095.00 | 375.30 | $385,180.00 |
| Rick Burdick | Corporate | 1976 | $1,350.00 | $1,400.00 | -- | 155.10 | $199,352.50 |
| Chip Cannon | Energy Regulation | 1995 | $1,045.00 | $1,100.00 | $1,175.00 | 1,787.80 | $1,919,282.50 |
| Brian Carney | Litigation | 2006 | $990.00 | $1,100.00 | -- | 517.60 | $510,416.50 |
| Cono Carrano | Intellectual Property | 1994 | -- | $1,060.00 | -- | 1.10 | $1,166.00 |
| Z. Julius Chen | Litigation | 2010 | -- | $925.00 | $1,015.00 | 531.50 | $491,831.25 |
| Sean D'Arcy | Public Law & Policy | 1992 | $910.00 | $1,000.00 | $1,135.00 | 1,467.95 | $1,396,329.50 |
| Tom Davidson | Communications | 1991 | -- | $1,060.00 | $1,155.00 | 22.90 | $24,378.50 |
| Kathryn Deal | Litigation | 2004 | $840.00 | $985.00 | -- | 247.50 | $235,740.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ira Dizengoff | Financial Restructuring | 1993 | $1,475.00 | $1,550.00 | $1,595.00 | 488.20 | $724,031.75 |
| Seamus Duffy | Litigation | 1987 | $970.00 | $1,060.00 | -- | 423.30 | $439,377.00 |
| Thomas Dupuis | Global Projects & Finance | 1994 | $970.00 | $1,040.00 | $1,135.00 | 53.10 | $54,563.00 |
| Alan Feld | Corporate | 2008 | -- | $965.00 | $1,095.00 | 30.50 | $31,070.50 |
| Daniel Fisher | Corporate | 2003 | $1,350.00 | $1,475.00 | $1,595.00 | 290.00 | $439,141.25 |
| Paul Hewitt | Litigation | 1979 | $1,100.00 | -- | -- | 4.30 | $4,730.00 |
| Alice Hsu | Corporate | 1999 | $930.00 | -- | -- | 3.70 | $3,441.00 |
| Charles Johnson | Public Law & Policy | 1994 | -- | $1,020.00 | -- | 27.50 | $28,050.00 |
| Brad Kahn | Financial Restructuring | 2008 | $1,070.00 | $1,250.00 | $1,350.00 | 3,791.90 | $4,360,082.00 |
| Karol Kepchar | Intellectual Property | 1992 | -- | $1,060.00 | -- | 2.20 | $2,332.00 |
| Esther Lander | Labor | 1997 | -- | -- | $1,115.00 | 1.80 | $2,007.00 |
| Melissa Laurenza | Public Law & Policy | 2006 | $880.00 | $985.00 | -- | 13.80 | $12,669.00 |
| Frederick Lee | Corporate | 2005 | $1,210.00 | -- | -- | 2.30 | $2,783.00 |
| Lauren Leyden | Labor | 2006 | $1,070.00 | $1,200.00 | $1,280.00 | 1,797.80 | $2,048,480.00 |
| Mark MacDougall | Litigation | 1985 | -- | $1,120.00 | -- | 1.40 | $1,568.00 |
| Allison Miller | Corporate | 2003 | $950.00 | $1,250.00 | -- | 7.80 | $7,740.00 |
| William Morris | Environmental | 1985 | $1,125.00 | $1,180.00 | -- | 69.60 | $81,378.00 |
| Sean O'Donnell | Litigation | 2000 | $1,240.00 | -- | -- | 166.40 | $169,844.50 |
| Anthony Pierce | Litigation | 1987 | $1,010.00 | -- | -- | 1.00 | $1,010.00 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 2 of 15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| David Quigley | Environmental | 1999 | $860.00 | $945.00 | $1,075.00 | 217.90 | $197,292.00 |
| Abid Qureshi | Financial Restructuring | 1995 | $1,375.00 | $1,475.00 | -- | 1,152.65 | $1,515,393.75 |
| Corey Roush | Litigation | 1997 | -- | $1,040.00 | -- | 1.00 | $1,040.00 |
| Meng Ru | Corporate | 2005 | $970.00 | -- | -- | 42.10 | $40,837.00 |
| Jeremy Schwer | Cross-Border Transactions | 1998 | $880.00 | $985.00 | -- | 187.20 | $171,319.50 |
| Pratik Shah | Litigation | 2001 | $1,070.00 | $1,120.00 | $1,195.00 | 430.60 | $472,281.50 |
| Joseph Sorkin | Litigation | 2001 | $1,045.00 | $1,120.00 | $1,350.00 | 1,747.40 | $1,797,668.50 |
| C. Fairley Spillman | Litigation | 1984 | $970.00 | -- | -- | 7.10 | $6,887.00 |
| Jocelyn Tau | Tax | 2010 | -- | $945.00 | -- | 2.60 | $2,457.00 |
| Henry Terhune | Public Law & Policy | 1989 | $880.00 | $985.00 | $1,055.00 | 1,019.85 | $958,060.00 |
| Lucas Torres | Corporate | 1992 | $1,140.00 | $1,200.00 | $1,280.00 | 414.40 | $494,308.00 |
| James Tucker | Public Law & Policy | 1997 | $930.00 | $1,020.00 | $1,115.00 | 705.30 | $683,683.50 |
| James Tysse | Litigation | 2008 | $860.00 | $985.00 | $1,075.00 | 85.10 | $79,054.50 |
| David Vondle | Intellectual Property | 2002 | $930.00 | -- | -- | 127.30 | $118,389.00 |
| Josh Williams | Tax | 2004 | $1,010.00 | $1,120.00 | $1,260.00 | 296.00 | $326,112.00 |
| Zachary Wittenberg | Corporate | 1999 | $1,095.00 | $1,150.00 | $1,240.00 | 2,037.50 | $2,248,704.75 |
| Rolf Zaiss | Tax | 1993 | $1,125.00 | $1,180.00 | $1,260.00 | 253.20 | $300,783.50 |
| David Zensky | Litigation | 1988 | $1,240.00 | $1,305.00 | -- | 347.20 | $422,760.50 |
| | | | Partner Blended Rate: $1,172.26 | | | | $34,549,224.50 |

3

| Senior Counsel or Counsel | Department | Year of Admission | 2018 Rate | 2019 Rate | 2020 Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Aaron Bartelli | Global Projects & Finance | 2007 | $825.00 | -- | -- | 166.80 | $135,397.25 |
| Michael Bonsignore | Corporate | 2009 | $860.00 | $940.00 | -- | 327.70 | $281,942.00 |
| Todd Brecher | Energy Regulation | 2009 | $790.00 | $865.00 | -- | 1,122.70 | $917,620.50 |
| Ashely Edison Brown | Intellectual Property | 2011 | $790.00 | -- | -- | 41.30 | $32,627.00 |
| Jesse Brush | Corporate | 2009 | $890.00 | -- | -- | 67.40 | $59,986.00 |
| Desiree Busching | Labor | 2012 | $890.00 | $980.00 | $1,025.00 | 1,451.50 | $1,343,505.00 |
| Christopher Carty | Litigation | 2010 | $890.00 | $980.00 | -- | 1,170.55 | $1,098,173.50 |
| Jon Chatalian | Tax | 1999 | -- | $975.00 | -- | 20.00 | $19,500.00 |
| Z.W. Julius Chen | Litigation | 2010 | $820.00 | -- | -- | 203.60 | $166,952.00 |
| Martine Cicconi | Litigation | 2011 | $815.00 | $885.00 | -- | 23.00 | $19,277.00 |
| Jonathan Ciner | Tax | 1999 | $885.00 | $1,040.00 | $1,110.00 | 535.70 | $550,377.00 |
| Menachem Danishefsky | Tax | 2011 | -- | $950.00 | $985.00 | 240.50 | $226,404.00 |
| Nicole D'Avazo | International Trade | 2007 | $815.00 | -- | -- | 1.70 | $1,385.50 |
| Sharon Davidov | Tax | 2013 | -- | $975.00 | -- | 10.50 | $10,237.50 |
| Kate Doorley | Financial Restructuring | 2012 | $915.00 | $1,035.00 | $1,090.00 | 2,984.50 | $2,840,614.25 |
| Kelly Eno | Litigation | 2014 | $765.00 | $870.00 | -- | 78.70 | $68,469.00 |
| Alan Feld | Corporate | 2008 | -- | $965.00 | -- | 16.80 | $16,212.00 |
| Eric Field | Labor | 1998 | $1,090.00 | $1,170.00 | $1,240.00 | 175.30 | $204,374.00 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 4 of 15

| Name | Department | Year | Rate 1 | Rate 2 | Rate 3 | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Jessica Fitts | Litigation | 2012 | -- | $940.00 | -- | 28.10 | $26,414.00 |
| Christopher Gessner | Litigation | 2013 | $765.00 | $870.00 | $960.00 | 1,169.40 | $1,017,408.00 |
| Adam Hockensmith | Litigation | 2012 | $810.00 | -- | -- | 184.50 | $149,445.00 |
| Scott Johnson | Energy Regulation | 2010 | $815.00 | $885.00 | $950.00 | 47.80 | $41,140.00 |
| Amanda Kane | Litigation | 2010 | $820.00 | -- | -- | 72.70 | $59,614.00 |
| Angeline Koo | Litigation | 2005 | $835.00 | -- | -- | 253.00 | $211,255.00 |
| Sarah Kaehler | Corporate | 2011 | $885.00 | -- | -- | 4.00 | $3,540.00 |
| Stacy Kobrick | Litigation | 2003 | -- | $735.00 | -- | 31.10 | $22,858.50 |
| David Lee | Intellectual Property | 1999 | $790.00 | -- | -- | 2.50 | $1,975.00 |
| Madeline Lewis | Tax | 2014 | -- | -- | $950.00 | 145.70 | $138,415.00 |
| Stephanie Lindemuth | Litigation | 2013 | $810.00 | $915.00 | -- | 705.40 | $600,532.50 |
| Daniel Lynch | Global Projects & Finance | 2010 | -- | $865.00 | -- | 5.00 | $4,325.00 |
| William Mongan | Litigation | 2012 | $860.00 | $940.00 | -- | 165.30 | $144,902.00 |
| John Murphy | Litigation | 2010 | $885.00 | -- | -- | 15.90 | $14,071.50 |
| Vera Neinast | Energy Regulation | 1980 | -- | $835.00 | $895.00 | 110.10 | $93,433.50 |
| Joanna Newdeck | Financial Restructuring | 2006 | $990.00 | $1,100.00 | -- | 475.40 | $475,442.00 |
| Andrew Oelz | Environmental | 2001 | $815.00 | $905.00 | -- | 210.30 | $177,838.50 |
| Richard Page | Tax | 2010 | -- | -- | $985.00 | 4.90 | $4,826.50 |
| Katherine Porter | Litigation | 2011 | -- | $960.00 | $985.00 | 17.90 | $17,184.00 |

| Name | Department | Year of Admission | 2018 Rate | 2019 Rate | 2020 Rate | Hours | Amount |
|------|-----------|-------------------|-----------|-----------|-----------|-------|--------|
| Rachel Presa | Litigation | 2011 | $885.00 | -- | -- | 552.60 | $487,281.00 |
| Yehuda Raskin | Corporate | 2016 | -- | -- | $925.00 | 176.90 | $163,632.50 |
| Rehan Safiullah | Intellectual Property | 2008 | $825.00 | -- | -- | 21.10 | $17,407.50 |
| Carroll Skehan | Litigation | 2012 | $750.00 | -- | -- | 65.10 | $48,825.00 |
| Saurabh Sharad | Litigation | 2015 | -- | -- | $925.00 | 1.00 | $925.00 |
| M. Christine Slavik | Litigation | 2013 | $860.00 | -- | -- | 11.00 | $9,460.00 |
| Sydney Spector | Litigation | 2013 | $810.00 | -- | -- | 20.00 | $16,200.00 |
| Yaw Temeng | Corporate | 2014 | -- | -- | $820.00 | 5.40 | $4,428.00 |
| Tiffanye Threadcraft | Corporate | 2013 | -- | -- | $960.00 | 126.40 | $121,344.00 |
| Raymond Tolentino | Litigation | 2013 | -- | $840.00 | -- | 49.70 | $41,748.00 |
| Christopher Treanor | Public Law & Policy | 2012 | $750.00 | $840.00 | -- | 30.60 | $25,659.00 |
| John White | Energy Regulation | 2014 | $725.00 | $805.00 | $885.00 | 957.00 | $780,647.25 |
| Jeffrey Wiener | Labor | 2014 | $765.00 | $870.00 | -- | 93.00 | $78,952.50 |
| J. Porter Wiseman | Energy Regulation | 2008 | $815.00 | $905.00 | $965.00 | 510.30 | $436,375.50 |
| Sarah Withers | Corporate | 2014 | $765.00 | $870.00 | $885.00 | 256.70 | $223,599.00 |
| Daniel Zimmerman | Corporate | 2002 | $910.00 | $980.00 | -- | 11.20 | $10,577.00 |
| | | | Counsel or Senior Counsel Blended Rate: $900.46 | | | | $13,664,734.75 |
| **Associate** | **Department** | **Year of Admission** | **2018 Rate** | **2019 Rate** | **2020 Rate** | **Hours** | **Amount** |
| Zachary Adorno | Financial Restructuring | 2016 | $620.00 | $760.00 | -- | 1,786.25 | $1,164,567.00 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 6 of 15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Douglas Badini | Corporate | 2017 | $590.00 | $690.00 | -- | 311.00 | $184,220.00 |
| Annie Banks | Litigation | 2016 | $520.00 | -- | -- | 4.30 | $2,236.00 |
| Adam Bereston | Litigation | 2017 | $495.00 | -- | -- | 1.00 | $495.00 |
| David Bethea | Litigation | 2015 | $645.00 | $770.00 | -- | 501.90 | $331,534.75 |
| Alexandra Boyd | Litigation | 2018 | $495.00 | -- | -- | 20.20 | $9,999.00 |
| Matthew Breen | Financial Restructuring | 2017 | -- | $560.00 | -- | 14.80 | $8,288.00 |
| Nathaniel Botwinick | Litigation | 2017 | -- | -- | $810.00 | 1.50 | $1,215.00 |
| Natasha Burnett | Corporate | 2017 | $590.00 | $690.00 | $810.00 | 718.00 | $493,452.00 |
| Michael Chen | Litigation | 2019 | -- | $540.00 | $650.00 | 960.50 | $534,548.00 |
| Patrick Chen | Financial Restructuring | 2018 | $540.00 | $660.00 | $775.00 | 1,530.40 | $918,402.50 |
| Travis Cherry | Corporate | 2017 | -- | $690.00 | -- | 48.90 | $34,857.00 |
| Russell Collins | Litigation | 1998 | $430.00 | -- | -- | 4.20 | $1,806.00 |
| Menachem Danishefsky | Tax | 2011 | $835.00 | -- | -- | 181.20 | $151,302.00 |
| Miranda Dore | Labor | 2018 | $495.00 | -- | -- | 30.90 | $15,295.50 |
| Elizabeth England | Labor | 2013 | $725.00 | -- | -- | 110.70 | $80,257.50 |
| Kelly Eno | Litigation | 2014 | $765.00 | -- | -- | 137.70 | $105,340.50 |
| Julie Feldman | Corporate | 2009 | $600.00 | -- | -- | 2.60 | $1,560.00 |
| Bianca Figueroa-Santana | Litigation | 2018 | $590.00 | $690.00 | -- | 40.80 | $26,522.00 |
| Michael Fires | Litigation | 2018 | $495.00 | -- | -- | 63.90 | $31,630.50 |

| Julia Furlong | Financial Restructuring | 2015 | $710.00 | $855.00 | -- | 1,400.30 | $1,020,648.50 |
|---|---|---|---|---|---|---|---|
| Victoria Fydrych | Litigation | 2020 | -- | -- | $565.00 | 31.20 | $17,628.00 |
| Andrew Gear | Labor | 2017 | $495.00 | -- | -- | 16.40 | $8,118.00 |
| Christopher Gessner | Litigation | 2013 | $765.00 | -- | -- | 1,084.80 | $800,228.25 |
| Patrick Glackin | Litigation | 2019 | -- | $540.00 | -- | 8.90 | $4,806.00 |
| Nina Goepfert | Litigation | 2018 | -- | $630.00 | -- | 2.20 | $1,386.00 |
| Jessica Goudreault | Litigation | 2019 | $520.00 | $540.00 | -- | 765.70 | $405,308.00 |
| John Hill | Corporate | 2019 | -- | $540.00 | $650.00 | 80.60 | $51,807.00 |
| Chance Hiner | Financial Restructuring | 2017 | $540.00 | -- | -- | 74.30 | $40,122.00 |
| Virginia Hiner | Communications | 2018 | -- | $510.00 | $575.00 | 57.90 | $30,582.00 |
| An Hoang | Intellectual Property | Not Yet Admitted | -- | $510.00 | -- | 8.60 | $4,386.00 |
| Erica Holland | Litigation | 2016 | $645.00 | -- | -- | 60.20 | $38,829.00 |
| Eric Johnson | Corporate | 2016 | -- | $690.00 | -- | 2.70 | $1,863.00 |
| Brooks Kenyon | Intellectual Property | 2019 | $520.00 | -- | -- | 31.10 | $16,172.00 |
| Brandon Kinnard | Corporate | 2016 | $645.00 | $770.00 | -- | 22.50 | $15,037.50 |
| Stacy Kobrick | Litigation | 2003 | $700.00 | -- | -- | 15.30 | $10,710.00 |
| Anne Kolker | Litigation | 2017 | $495.00 | -- | -- | 37.40 | $18,513.00 |
| Sharanyaa Kruti Vasan | Global Projects & Finance | 2016 | $495.00 | $555.00 | -- | 35.60 | $17,688.00 |
| Jillian Kulikowski | Litigation | 2019 | -- | $540.00 | -- | 2.40 | $1,296.00 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 8 of 15

| Name | Department | Year | Rate 1 | Rate 2 | Rate 3 | Hours | Total |
|------|-----------|------|--------|--------|--------|-------|-------|
| Alex Lau | Labor | 2019 | -- | $540.00 | -- | 4.30 | $2,322.00 |
| James Leighton | Financial Restructuring | 2017 | $540.00 | $660.00 | -- | 1,832.30 | $1,042,782.00 |
| Jacqueline Lewis | Corporate | 2018 | $520.00 | -- | -- | 6.00 | $3,120.00 |
| Madeline Lewis | Tax | 2014 | $770.00 | $890.00 | -- | 204.60 | $169,410.00 |
| Caleb Loschen | Corporate | 2020 | -- | $540.00 | $565.00 | 47.80 | $26,694.50 |
| Amand Lowe | Litigation | 2017 | $495.00 | -- | -- | 3.50 | $1,732.50 |
| John B. Jack Lyman | Environmental | 2014 | -- | $775.00 | -- | 84.30 | $65,332.50 |
| Elise Bernlohr Maizel | Litigation | 2017 | $590.00 | $690.00 | -- | 407.50 | $241,110.00 |
| Brett Manisco | Litigation | 2017 | $495.00 | $555.00 | -- | 26.60 | $13,611.00 |
| Kendall Manlove | Litigation | 2015 | $715.00 | -- | -- | 3.50 | $2,502.50 |
| John Mattiace | Labor | 2010 | -- | $890.00 | -- | 42.80 | $38,092.00 |
| Alexander Merritt | Litigation | 2016 | $520.00 | -- | -- | 17.30 | $8,996.00 |
| Colette McNeela | Corporate | 2019 | $520.00 | -- | -- | 23.10 | $12,012.00 |
| Andrew McWhorter | Litigation | Not Yet Admitted | -- | $540.00 | -- | 22.20 | $11,988.00 |
| Shanna Miles | Litigation | 2009 | -- | $690.00 | $810.00 | 84.80 | $62,964.00 |
| Zachary Newman | Litigation | 2019 | -- | $540.00 | -- | 33.70 | $18,198.00 |
| Rebecca Ney | Corporate | 2019 | -- | $540.00 | $650.00 | 120.10 | $75,029.00 |
| Sean Nolan | Litigation | 2018 | $520.00 | -- | $760.00 | 46.00 | $26,933.50 |
| Grace O'Donnell | Labor | 2018 | -- | $630.00 | $725.00 | 190.10 | $118,025.50 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 9 of 15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Elyssa Pak | Corporate | 2019 | -- | -- | $565.00 | 23.40 | $13,221.00 |
| Erin Parlar | Litigation | 2015 | $715.00 | $815.00 | -- | 362.30 | $265,034.50 |
| Lide Paterno | Litigation | 2015 | $590.00 | $690.00 | $820.00 | 414.10 | $282,418.00 |
| Kimberly Pathman | Labor | 2015 | $590.00 | -- | -- | 23.60 | $13,924.00 |
| Bailey Pepe | Litigation | 2015 | -- | $815.00 | -- | 154.10 | $125,591.50 |
| Jennifer Poon | Litigation | 2016 | $590.00 | -- | -- | 27.90 | $16,461.00 |
| Yehuda Raskin | Corporate | 2016 | $715.00 | $815.00 | -- | 344.20 | $278,563.00 |
| Daniella Roseman | Litigation | 2016 | $590.00 | $690.00 | -- | 478.25 | $287,387.50 |
| Margo Rusconi | Litigation | 2019 | -- | -- | $535.00 | 11.70 | $6,259.50 |
| Alexander Schnapp | Corporate | 2019 | -- | -- | $565.00 | 31.80 | $17,967.00 |
| Olivia Schomburger | Tax | Not Yet Admitted | -- | $560.00 | -- | 21.30 | $11,928.00 |
| Andrew Schreiber | Intellectual Property | 2018 | $520.00 | -- | -- | 133.90 | $69,628.00 |
| Sangita Sahasranaman | Tax | 2018 | $540.00 | $560.00 | -- | 79.90 | $44,440.00 |
| Andrew Schwerin | Intellectual Property | 2015 | $590.00 | -- | -- | 88.40 | $52,156.00 |
| Saurabh Sharad | Litigation | 2015 | $715.00 | $815.00 | -- | 568.80 | $415,342.00 |
| Courtney Stahl | Labor | 2013 | $725.00 | -- | -- | 29.30 | $21,242.50 |
| Jason Sison | Corporate | 2016 | $590.00 | -- | -- | 1.00 | $590.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | -- | $560.00 | $700.00 | 246.00 | $138,600.00 |
| Benjamin Taylor | Financial Restructuring | 2016 | -- | $855.00 | $945.00 | 281.20 | $243,812.25 |

10

| Name | Department | Year | Rate 1 | Rate 2 | Rate 3 | Hours | Total |
|------|-----------|------|--------|--------|--------|-------|-------|
| Miles Taylor | Financial Restructuring | 2018 | $540.00 | $560.00 | $700.00 | 859.00 | $480,744.00 |
| Tvuia Tendler | Tax | 2017 | -- | $760.00 | -- | 2.40 | $1,824.00 |
| Julie Thompson | Financial Restructuring | 2015 | $620.00 | $760.00 | $860.00 | 1,635.80 | $1,051,397.00 |
| Allison Thorton | Litigation | 2017 | $495.00 | -- | -- | 19.80 | $9,801.00 |
| Tiffanye Threadcraft | Corporate | 2013 | $765.00 | $870.00 | -- | 148.90 | $125,196.00 |
| Kaitlyn Tongalson | Litigation | 2017 | $590.00 | $690.00 | -- | 165.80 | $95,582.00 |
| Daniel Vira | Tax | 1992 | -- | -- | $670.00 | 20.40 | $13,668.00 |
| John White | Energy Regulation | 2014 | $725.00 | -- | -- | 517.10 | $374,897.50 |
| Jeffrey Wiener | Labor | 2014 | $765.00 | -- | -- | 552.10 | $414,515.25 |
| Richard R. Williams | Litigation | 2014 | $765.00 | $870.00 | -- | 493.20 | $382,947.00 |
| Brian Williamson | Environmental | 2018 | $495.00 | $510.00 | $575.00 | 138.30 | $70,092.00 |
| Rachel Wisotsky | Labor | 2016 | $645.00 | $770.00 | -- | 1,036.65 | $708,450.25 |
| Sarah Withers | Corporate | 2014 | $765.00 | -- | -- | 316.70 | $242,275.50 |
| Molly Whitman | Litigation | 2013 | $725.00 | -- | -- | 12.30 | $8,917.50 |
| Vivian Wong | Corporate | 2017 | -- | $690.00 | $810.00 | 104.30 | $76,455.00 |
| Joshua Wright | Corporate | 2018 | -- | $630.00 | -- | 5.90 | $3,717.00 |
| Kelly Brown | Senior Staff Attorney | 2008 | -- | $900.00 | $945.00 | 20.00 | $18,580.50 |
| Viktoria De Las Casas | Staff Attorney | 2015 | $330.00 | $350.00 | -- | 19.40 | $6,620.00 |
| Christine Doniak | Senior Staff Attorney | 1998 | $705.00 | $745.00 | -- | 747.50 | $540,903.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Karen Woodhouse | Staff Attorney | 2002 | $360.00 | -- | -- | 148.70 | $53,532.00 |
| Melody Young | Staff Attorney | 2003 | $395.00 | $415.00 | -- | 237.90 | $96,544.50 |
| Jeffrey Zissa | Staff Attorney | 1989 | $570.00 | -- | -- | 7.80 | $4,446.00 |
| | | Associate Blended Rate: $652.50 | | | | | $15,680,936.75 |

| Legal Assistant | Department | Year of Admission | 2018 Rate | 2019 Rate | 2020 Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Refugio Acker-Ramirez | Research | N/A | $255.00 | 265.00 | $285.00 | 11.50 | $2,984.50 |
| Anna Anisimova | Law Clerk | N/A | $305.00 | -- | -- | 58.40 | $17,812.00 |
| Boris Belkin | Corporate | N/A | -- | $395.00 | $415.00 | 43.50 | $17,860.50 |
| Brian Bevins | Research | N/A | $255.00 | $265.00 | -- | 16.00 | $4,169.00 |
| L. Daniel Chau | Ediscovery | N/A | $340.00 | $355.00 | -- | 13.30 | $4,556.50 |
| Jonathan Chasin | Litigation | N/A | $195.00 | $205.00 | -- | 16.20 | $3,300.00 |
| Elizabeth Conte | Research | N/A | -- | $265.00 | -- | 2.00 | $530.00 |
| Sarah D'Addese | Financial Restructuring | N/A | $250.00 | -- | -- | 100.80 | $25,200.00 |
| Taylor Daly | Public Law & Policy | N/A | $250.00 | -- | -- | 3.00 | $690.00 |
| Paul Edwards | Litigation | N/A | $330.00 | -- | -- | 54.50 | $17,985.00 |
| Kareen Ejoh | Litigation | N/A | $260.00 | -- | -- | 26.30 | $6,838.00 |
| Ryan Ellis | Public Law & Policy | N/A | -- | $660.00 | -- | 2.00 | $1,320.00 |
| James Elustondo | Financial Restructuring | N/A | $235.00 | -- | -- | 17.40 | $4,089.00 |
| Chaterine Engelman | Corporate | N/A | $195.00 | -- | -- | 1.30 | $253.50 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 12 of 15

| Omar Farid | Public Law & Policy | N/A | $230.00 | -- | -- | 4.60 | $1,058.00 |
| Garrett Fisher | Summer Associate | N/A | -- | $370.00 | -- | 2.00 | $740.00 |
| Michael Greer | Research | N/A | $285.00 | -- | -- | 16.80 | $4,788.00 |
| Michael Ginsborg | Research | N/A | $255.00 | $265.00 | -- | 46.90 | $12,290.50 |
| Patricia Gunn | Corporate | N/A | $410.00 | $415.00 | -- | 13.50 | $5,557.50 |
| Adria Hicks | Litigation | N/A | $325.00 | $335.00 | $350.00 | 133.60 | $44,374.00 |
| Dmitry Iofe | Ediscovery | N/A | $340.00 | $355.00 | -- | 162.30 | $56,382.00 |
| Kenneth John Markowitz | Environmental | N/A | -- | $895.00 | -- | 4.80 | $4,296.00 |
| Brenda Kemp | Financial Restructuring | N/A | $330.00 | -- | -- | 32.10 | $10,593.00 |
| Kristen Kennedy | Research | N/A | $255.00 | -- | -- | 0.80 | $204.00 |
| Nathan King | Public Law & Policy | N/A | $235.00 | $250.00 | -- | 38.40 | $9,096.00 |
| Dagmara Krasa-Berstell | Financial Restructuring | N/A | $385.00 | $395.00 | $415.00 | 471.60 | $183,212.00 |
| Amy Laaraj | Litigation | N/A | -- | $335.00 | -- | 17.10 | $5,887.50 |
| Jennifer Langmack | Litigation | N/A | $320.00 | $335.00 | -- | 21.20 | $7,051.00 |
| Sean Lay | Ediscovery | N/A | -- | $325.00 | -- | 15.80 | $5,135.00 |
| Lois LeBar | Global Projects & Finance | N/A | $430.00 | $435.00 | $455.00 | 218.30 | $96,265.50 |
| Leslie Lanphear | Research | N/A | $315.00 | -- | -- | 1.30 | $409.50 |
| Masai Leonard | Ediscovery | N/A | $310.00 | $325.00 | -- | 30.20 | $9,587.00 |
| Sophia Levy | Financial Restructuring | N/A | $235.00 | $235.00 | $245.00 | 100.90 | $23,783.50 |

18-50757-amk    Doc 3998-3    FILED 04/27/20    ENTERED 04/27/20 19:32:42    Page 13 of 15

| Name | Department | | Rate 1 | Rate 2 | Rate 3 | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Jim Ma | Ediscovery | N/A | $365.00 | $380.00 | -- | 71.00 | $26,202.50 |
| Julia McEnroe | Litigation | N/A | $325.00 | -- | -- | 15.80 | $5,135.00 |
| James Moore | Trial Services | N/A | -- | $270.00 | -- | 8.30 | $2,241.00 |
| Camillo Morales | Public Law & Policy | N/A | $230.00 | $245.00 | -- | 82.80 | $19,369.50 |
| Alondra Munoz | Litigation | N/A | $195.00 | $205.00 | $215.00 | 201.50 | $41,219.50 |
| Samuel Olswanger | Public Law & Policy | N/A | $350.00 | $370.00 | $450.00 | 446.70 | $161,625.00 |
| W. Matt Pinkney | Trial Services | N/A | $185.00 | $195.00 | -- | 97.40 | $18,059.00 |
| Madeline Perez | Litigation | N/A | $240.00 | -- | -- | 1.00 | $240.00 |
| Francesco Racanti | Trial Services | N/A | $185.00 | -- | -- | 33.80 | $6,253.00 |
| Molly Reichert | Financial Restructuring | N/A | $235.00 | $250.00 | $260.00 | 277.70 | $68,719.00 |
| Emony Robertson | Litigation | N/A | $205.00 | $220.00 | -- | 17.80 | $3,664.00 |
| Jaime Rodriguez | Research | N/A | $255.00 | $265.00 | -- | 12.80 | $3,308.00 |
| George Ruge | Litigation | N/A | $350.00 | $375.00 | -- | 282.30 | $99,705.00 |
| Atena Sheibani - Nejad | Summer Associate | N/A | -- | $370.00 | -- | 8.50 | $3,145.00 |
| Turner Smith | Corporate | N/A | $205.00 | -- | -- | 7.00 | $1,435.00 |
| Tracy Southwell | Financial Restructuring | N/A | $385.00 | 395.00 | -- | 157.50 | $61,129.50 |
| Nicole Tippa | Litigation | N/A | $320.00 | -- | -- | 48.10 | $15,392.00 |
| Katrina Umstead | Health | N/A | -- | $220.00 | -- | 27.40 | $6,028.00 |
| Geoffrey Verhoff | Public Law & Policy | N/A | $675.00 | $855.00 | $1,075.00 | 496.35 | $371,722.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bennett Walls | Litigation | N/A | $195.00 | $205.00 | -- | 14.80 | $2,995.00 |
| Elizabeth Watson | Corporate | N/A | -- | $230.00 | -- | 2.80 | $644.00 |
| Shawn Whites | Energy Regulation | N/A | $270.00 | $290.00 | $305.00 | 495.40 | $140,683.00 |
| Doris Yen | Research | N/A | $255.00 | $265.00 | -- | 8.30 | $2,170.50 |
| | | | Legal Assistant Blended Rate: $365.44 | | | | $1,649,383.25 |

**Total Hours: 73,193.10**

**Total Fees: $65,544,279.25**

**Total Blended Rate: $895.50**