## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 04, 2020

Mr. Gary M. Kaplan
Farella, Braun & Martel
235 Montgomery Street, 30th Floor
San Francisco, CA 94104-0000

Mr. Pratik A. Shah
Akin Gump
2001 K Street, N.W.
Washington, DC 20036

      Re:  Case No. 20-3325, *In re: FirstEnergy Solutions Corp., et al*
           Originating Case No.: 5:18-bk-50757

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                  Sincerely yours,

                                  s/Laura A. Jones
                                  Case Management Specialist
                                  Direct Dial No. 513-564-7023

cc:  Mr. Brian Carney
      Mr. Z.W. Julius Chen
      Ms. Lisa S. DelGrosso
      Mr. John C. Fairweather
      Ms. Sandy Opacich
      Mr. David M. Zensky

Enclosure

No mandate to issue

Case No. 20-3325

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: FIRSTENERGY SOLUTIONS CORPORATION

    Debtor

------------------------------

MARYLAND SOLAR HOLDINGS, INC.

    Appellant

v.

FIRSTENERGY SOLUTIONS CORPORATION; FE AIRCRAFT LEASING CORPORATION; FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORPORATION; FIRSTENERGY GENERATION, LLC; FIRSTENERGY NUCLEAR GENERATION, LLC; FIRSTENERGY NUCLEAR OPERATING COMPANY; NORTON ENERGY STORAGE L.L.C.

    Appellees

   Upon consideration of the joint motion of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: August 04, 2020