UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 </br> ) </br> ) Case No. 18-50763 (AMK) |
| PLEASANTS CORP., *et al.*,[1] | ) Cases Jointly Administered under </br> ) Case No. 18-50757 (AMK) |
| Debtors. | ) </br> ) Hon. Judge Alan M. Koschik </br> ) |

**REPLY IN SUPPORT OF EMERGENCY MOTION TO CONTINUE AND HOLD IN ABEYANCE THE FINAL HEARING AND OTHER DEADLINES RELATED TO THE <u>AKIN GUMP STRAUSS HAUER & FELD FINAL FEE APPLICATION</u>**

The above-captioned debtors (collectively, the "<u>Debtors</u>"), by and through undersigned counsel, respectfully file this reply in support of the *Emergency Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer & Feld Final Fee Application* (the "<u>Motion</u>")[2] requesting that the Court continue and hold in abeyance Hearing on the Akin Gump Application and the Declaration Deadlines.

The Office of the Ohio Consumers' Counsel (the "<u>OCC</u>") objected to the Motion. As this Court is aware, however, the OCC did not file an objection to Akin Gump's Application, and any such objection by the OCC (and any other party) has been overruled. *See, e.g., Order (I) Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2019 through February 27, 2020 and (II) Setting a Date for a Hearing on Akin Gump Strauss Hauer & Feld LLP's Final Fee Application* [Docket No. 4279].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

No party is harmed by the Debtors' request to continue the Hearing or Declaration Deadlines, including specifically the OCC. The Debtors' request, moreover, is not being made for the sole purpose of delay. Moreover, the only parties affected by the relief are the Debtors, which are requesting it and Akin Gump, which is the applicant awaiting final approval of its fees and which has consented to the continuance.

Further, as set forth in the Motion, under Rule 9006 of the Bankruptcy Rules, as long as the request is made before the date set by the Court, then for cause shown, the Court can enlarge the period in its discretion with or without a motion or notice. Fed. R. Bankr. P. 9006(b)(1). The Debtors submit that cause exists to grant its Motion, for the reasons set forth therein, including because the requested declarations are related to a pending criminal investigation, as recognized by the Court in the Application Order.

[remainder of page intentionally left blank]

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested in the Motion.

Dated: January 8, 2021

Respectfully submitted,

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

*Counsel for Reorganized Debtors*