This document was signed electronically on January 8, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: January 8, 2021



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 18-50757 (Jointly Administered) |
| FIRSTENERGY SOLUTIONS CORP., *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Judge Alan M. Koschik |
| | ) |

### ORDER GRANTING IN PART EMERGENCY MOTION TO CONTINUE AND HOLD IN ABEYANCE THE FINAL HEARING AND OTHER DEADLINES RELATED TO THE AKIN GUMP STRAUSS HAUER & FELD FINAL FEE APPLICATION

On January 7, 2021, shortly after the close of regular business hours, the debtors and debtors-in-possession in these jointly administered cases (the "Debtors") filed their Emergency Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer & Feld Final Fee Application (Docket No. 4291) (the "Motion to Continue"). On January 8, 2021, the Office of the Ohio Consumers' Counsel (the "OCC") filed a response. (Docket No. 4292.)

On April 27, 2020, the Akin Gump Strauss Hauer & Feld ("Akin Gump") filed its Sixth Interim and Final Application of Akin Gump Strauss Hauer & Feld LLP (Docket No. 3998) (the "Final Fee Application").

On November 24, 2020, the Court entered its Order Directing Certain of the Debtors' Professionals to Make Sworn Statements in Support of the Sixth Interim and Final Application of Akin Gump Strauss Hauer & Feld LLP (Docket No. 4281) (the "Order to Supplement"). The Order to Supplement set a deadline of today, January 8, 2021, for the additional sworn statements to be filed. The Final Fee Application is currently set for hearing on January 19, 2021.

The Motion to Continue seeks to (a) extend the deadline for the supplemental sworn statements, and (b) continue the hearing on the Final Fee Application for approximately six months. The Motion states that Akin Gump does not object to the proposed extension and continuance, though it is also prepared to file the declarations and appear at the hearing if the Court does not grant the Motion.

The OCC's response describes the Motion to Continue as "cryptic" and argues that the Debtors do not offer sufficient explanation to establish cause for a six-month extension, given that the Order to Supplement was entered more than six weeks ago and the investigations referenced in that Order to Supplement became known in July of last year.

The Court concludes that cause exists to grant the Motion to Continue, but only to a limited extent, and to set a hearing on whether the Motion to Continue should be granted in full.

For the reasons set forth above,

**IT IS HEREBY ORDERED THAT**

1. The Motion to Continue is **GRANTED IN PART**.

2. The deadline for Akin Gump to file supplement sworn statements in support of the Final Fee Application, pursuant to the Order to Supplement, is **SUSPENDED** and will be reset by further order of the Court following the Hearing set below.

3. The hearing on the Final Fee Application is **ADJOURNED** to a future date that will be reset by further order of the Court following the Hearing set below.

4. A hearing on the Motion to Continue will be held on **Tuesday, January 19, 2021, at 10:00 a.m.**, telephonically via CourtSolutions. The courtroom deputy will make a separate entry on the docket regarding participation via CourtSolutions.

# # #