UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PLEASANTS CORP., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 18-50763 (AMK);<br>Cases Jointly Administered under<br>Case No. 18-50757 (AMK)<br><br>Hon. Judge Alan M. Koschik |

### AFFIDAVIT OF SERVICE

I, Seth Botos depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On January 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the General Service List attached hereto as **Exhibit A**:

- Emergency Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer & Feld Final Fee Application [Docket No. 4291]

- Reply in Support of Emergency Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer & Feld Final Fee Application [Docket No. 4293]

- Order Granting in Part Emergency Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer & Feld Final Fee Application [Docket No. 4294]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

Dated: January 12, 2021

/s/ Seth Botos
Seth Botos

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 12, 2021, by Seth Botos, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
General Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Co-Counsel to Debtor and Mark A. Roberts, Plan Administrator | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff, Lisa Beckerman, Brad Kahn, Brian Carney, Abid Qureshi, Joseph L. Sorkin, Christopher K. Gessner<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | idizengoff@akingump.com<br>lbeckerman@akingump.com<br>bkahn@akingump.com<br>bcarney@akingump.com<br>aqureshi@akingump.com<br>jsorkin@akingump.com<br>cgessner@akingump.com | Email |
| Co-Counsel to Debtor and Mark A. Roberts, Plan Administrator | Akin Gump Strauss Hauer & Feld LLP | Attn: Scott Alberino, Kate Doorley<br>2001 K Street, N.W.<br>Washington DC 20006 | salberino@akingump.com<br>kdoorley@akingump.com | Email |
| Counsel to State of Ohio, Bureau of Workers Compensation, and Department of Taxation | Amer Cunningham Co., L.P.A. | Attn: Richard P. Schroeter Jr., Thomas R. Houlihan & Joshua Vaughan<br>One Cascade Plaza<br>Suite 1510<br>Akron OH 44308 | rschroeter@amer-collect.com<br>jvaughan@amer-collect.com | Email |
| Counsel to Marcus Thomas LLC | Anthony J. DeGirolamo, Esq. | Attn: Anthony J. DeGirolamo<br>3930 Fulton Drive NW<br>Suite 100B<br>Canton OH 44718 | ajdlaw@sbcglobal.net | Email |
| Counsel for Ad Hoc Noteholder Group | Baker & Hostetler LLP | Attn: Joseph F. Hutchinson, Jr., Eric R. Goodman<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland OH 44114-1214 | egoodman@bakerlaw.com | Email |
| Counsel for Midcontinent Independent System Operator, Inc. and PKMJ Technical Solutions, Inc. d/b/a Rolls-Royce and Rolls-Royce Nuclear Field Services Inc. | BARNES &THORNBURG LLP | Attn: Robert C. Folland, Esq.<br>41 South High Street<br>Suite 3300<br>Columbus OH 43215 | Rob.Folland@btlaw.com | Email |
| Counsel to Duquesne Light Company | Bernstein-Burkley, P.C. | Attn: Keri P. Ebeck<br>707 Grant Street<br>Suite 2200<br>Pittsburgh PA 15219 | kebeck@bernsteinlaw.com | Email |
| Counsel to Blue Creek Wind Farm LLC and Casselman Windpower LLC | Bracewell LLP | Attn: Douglas F. Monkhouse<br>1445 Ross Avenue<br>Suite 3800<br>Dallas TX 75202 | | First Class Mail |
| Counsel for Blue Creek Wind Farm LLC and Casselman Windpower, LLC | Bracewell LLP | Attn: William A. (Trey) Wood III<br>711 Louisiana Street<br>Suite 2300<br>Houston TX 77002 | Trey.Wood@bracewell.com | Email |
| Counsel to American Centrifuge Enrichment, LLC and United States Enrichment Corp. | Brennan, Manna & Diamond, LLC | Attn: Michael A. Steel, Esq.<br>75 East Market Street<br>Akron OH 44308 | masteel@bmdllc.com | Email |
| Co-Counsel to Debtor and Mark A. Roberts, Plan Administrator | Brouse McDowell LPA | Attn: Marc B. Merklin, Bridget A. Franklin, Lisa S. DelGrosso, Anastasia J. Wade<br>388 South Main Street<br>Suite 500<br>Akron OH 44311-4407 | mmerklin@brouse.com<br>bfranklin@brouse.com<br>ldelgrosso@brouse.com<br>awade@brouse.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Special Outside Counsel to the Office of the Ohio Consumers' Counsel | Carpenter Lipps & Leland LLP | Attn: David A. Beck, Candice L. Kline<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus OH 43215 | beck@carpenterlipps.com<br>kline@carpenterlipps.com | Email |
| Counsel to the City of Norton | City of Norton | Attn: Anthony J. DeGirolamo, Esq.<br>3930 Fulton Drive NW<br>Suite 100B<br>Canton OH 44718 | ajdlaw@sbcglobal.net | Email |

Exhibit A
General Service List
Served as set forth below

| Description | Firm | Address | Email | Method |
|---|---|---|---|---|
| Counsel to ERM-West, Inc. and its affiliated entities | Clark Hill PLC | Attn: Paul A. Wilhelm<br>500 Woodward Avenue<br>Suite 3500<br>Detroit MI 48226 | pwilhelm@clarkhill.com | Email |
| Counsel to ERM-West, Inc. and its affiliated entities | Clark Hill Strasburger | Attn: Gina D. Shearer<br>2600 Dallas Parkway<br>Suite 600<br>Frisco TX 75034 | | First Class Mail |
| Counsel to BDO USA, LLP | Coffey Law LLC | Attn: Thomas W. Coffey<br>2430 Tremont Avenue<br>Cleveland OH 44113 | tcoffey@tcoffeylaw.com | Email |
| Counsel to the State of Ohio Department of Health | Collections Enforcement | Attn: Joseph M. McCandlish, Sr Assistant Attorney General<br>150 E. Gay Street<br>21st Floor<br>Columbus OH 43215-3130 | Joseph.McCandlish@ohioattorneygeneral.gov | Email |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Deb Secrest<br>Department of Labor and Industry, Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel for Luz Gongora | Corzin, Sanislo & Ufholz, LLC | Attn: Harold A. Corzin, Christine K. Corzin<br>304 N. Cleveland-Massillon Road<br>Akron OH 44333 | Hcorzin@csu-law.com<br>Ccorzin@csu-law.com | Email |
| Counsel to FES Creditor Group | Davis Polk & Wardwell LLP | Attn: Elliot Moskowitz, Darrien S. Klein, Michael J. Russano & Natasha Tsiouris<br>450 Lexington Avenue<br>New York NY 10017 | elliot.moskowitz@davispolk.com<br>darren.klein@davispolk.com<br>natasha.tsiouris@davispolk.com | Email |
| Local Counsel for the City of Hagerstown, Maryland | Day Ketterer, Ltd. | Attn: Peter G. Tsarnas<br>11 South Forge Street<br>Akron OH 44304 | ptsarnas@dayketterer.com | Email |
| Counsel to Commonwealth of Pennsylvania, Department of Environmental Protection | Department of Environmental Protection | Attn: John H. Herman, Brian L. Greenert<br>Southwest Office of Chief Counsel<br>400 Waterfront Drive<br>Pittsburgh PA 15222-4745 | joherman@pa.gov<br>bgreenert@pa.gov | Email |
| For the Commonwealth of Pennsylvania, Department of Environmental Protection | Department of Environmental Protection | Attn: Vera N. Kanova<br>Office of Chief Counsel<br>400 Market Street<br>Harrisburg PA 17101-2063 | verkanova@pa.gov | Email |
| Counsel to Appendix R Solutions, Inc. | Dickinson Wright PLLC | Attn: David A. Lockshaw, Jr.<br>150 E. Gay Street, Sutie 2400<br>Columbus OH 43215 | | First Class Mail |
| Counsel to Enerfab Power & Industrial, Inc. | Dinsmore & Shohl Llp | Attn: Kim Martin Lewis, Alexandra S. Horwitz<br>255 East Fifth St.<br>Suite 1900<br>Cincinnati OH 45202 | kim.lewis@dinsmore.com<br>allie.horwitz@dinsmore.com | Email |
| Counsel to Office and Professional Employees International Union, Local 19, AFL-CIO/CLC | Donato Iorio and Kalniz, Iorio & Reardon Co., L.P.A. | Attn: Edward J. Stechschulte<br>5550 W. Central Avenue<br>Toledo OH 43615 | estechschulte@ioriolegal.com | Email |
| United States Environmental Protection Agency - Region 5 | Environmental Protection Agency | Attn: Legal Department<br>25089 Center Ridge Road<br>Westlake OH 44145-4170 | | First Class Mail |
| United States Environmental Protection Agency - Region 5 | Environmental Protection Agency | Attn: Legal Department<br>Ralph Metcalfe Federal Building<br>77 West Jackson Blvd.<br>Chicago IL 60604-3590 | | First Class Mail |
| United States Environmental Protection Agency - Headquarters | Environmental Protection Agency | Attn: Office of General Counsel 2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington DC 20045 | | First Class Mail |
| Counsel to Creditor and Party in Interest MARYLAND SOLAR LLC | Farella Braun + Martel LLP | Attn: Gary M. Kaplan<br>235 Montgomery Street<br>18th Floor<br>San Francisco CA 94104 | gkaplan@fbm.com | Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)

Page 2 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 5 of 12

| Role | Firm | Address | Email | Method |
|---|---|---|---|---|
| Counsel to Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: Susanna Y. Chu<br>888 First St. NE<br>Washington DC 20426 | Susanna.Chu@ferc.gov | Email |
| The Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: Kimberly D. Bose, Secretary, Nathaniel J. Davis, Sr., Deputy Secretary<br>888 First Street, NE<br>Washington DC 20426 | | First Class Mail |
| Debtors | FirstEnergy Solutions Corp. | Attn: Rick Giannantonio<br>341 White Pond Dr., Building B3<br>Akron OH 44320 | giannanr@firstenergycorp.com | Email |
| Counsel to The Andersons, Inc. | FisherBroyles, LLP | Attn: Patricia B. Fugée<br>27100 Oakmead Drive, #306<br>Perrysburg OH 43551 | patricia.fugee@fisherbroyles.com | Email |
| Counsel to Chemsteel Construction Company | Frantz Ward LLP | Attn: John F. Kostelnik<br>200 Public Square<br>Suite 3000<br>Cleveland OH 44114 | jkostelnik@frantzward.com | Email |
| Counsel to FES Creditor Group | Frost Brown Todd LLC | Attn: Douglas L. Lutz & A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com<br>dlutz@fbtlaw.com | Email |
| Counsel to James E. Rupert | Goldman & Rosen, Ltd. | Attn: Marc P. Gertz<br>11 S. Forge St.<br>Akron OH 44304 | | First Class Mail |
| Counsel to International Brotherhood of Electrical Workers Local 29, AFL-CIO, International Brotherhood of Electrical Workers Local 245, AFL-CIO, International Brotherhood of Electrical Workers Local 1413, AFL-CIO, International Brotherhood of Electrical Workers Local 272, AFL-CIO, Utility Workers Union of America, Local 351, AFL-CIO, Utility Workers Union of America, Local 457, AFL-CIO | Goldstein Gragel LLC | Attn: Joyce Goldstein<br>1111 Superior Avenue<br>Suite 620<br>Cleveland OH 44114 | jgoldstein@ggcounsel.com | Email |
| Counsel to Utility Workers Union of America, Local 270, AFL-CIO | Goldstein Gragel LLC | Attn: Joyce Goldstein, Richard L. Stoper, Jr.<br>1111 Superior Avenue<br>Suite 620<br>Cleveland OH 44114 | jgoldstein@ggcounsel.com<br>rstoper@ggcounsel.com | Email |
| Counsel to Baker Bohnert, LLC | Graydon Head & Ritchey LLP | Attn: Jeffrey J. Hanneken<br>312 Walnut Street<br>Suite 1800<br>Cincinnati OH 45202 | Jhanneken@Graydon.law | Email |
| Proposed Local Counsel for the Official Committee of Unsecured Creditors | Hahn Loeser & Parks LLP | Attn: Lawrence E. Oscar, Daniel A. DeMarco, Christopher B. Wick, Rocco I. Debitetto<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | leoscar@hahnlaw.com<br>dademarco@hahnlaw.com<br>cwick@hahnlaw.com<br>ridebitetto@hahnlaw.com | Email |
| Counsel to Panhandle Cleaning & Restoration | Hanlon, Estadt, McCormick & Schramm Co., LPA | Attn: Eric A. Schramm<br>46457 National Road West<br>St. Clairsville OH 43950 | hems@ohiovalleylaw.com | Email |
| Counsel for High Trail Wind Farm, LLC | HIGH TRAIL WIND FARM, LLC | Attn: Leslie A. Freiman, Esq., Randy Sawyer, Esq.<br>C/O EDP Renewables North America LLC<br>808 Travis, Suite 700<br>Houston TX 77002 | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com | Email |
| Counsel to Allegheny Ridge Wind Farm, LLC, EnergySolutions, LLC & Meyersdale Windpower, LLC | Holland & Hart LLP | Attn: Mona L. Burton & Ellen Ostrow<br>222 S. Main Street<br>Suite 2200<br>Salt Lake City UT 84101 | mburton@hollandhart.com | Email |
| Counsel to Allegheny Ridge Wind Farm, LLC, EnergySolutions, LLC, and Meyersdale Windpower, LLC | Holland & Hart LLP | Attn: Risa Lynn Wolf-Smith<br>555 17th Street<br>Suite 3200<br>Denver CO 80202 | rwolf@hollandhart.com | Email |
| Counsel to DTE REF Management Company, LLC and DTE ES Operations, LLC, as manager for Mansfield Refined Coal LLC | Hunton Andrews Kurth LLP | Attn: Michael P. Goldman, Henry P. (Toby) Long, III<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond VA 23219 | mgoldman@HuntonAK.com<br>hlong@HuntonAK.com | Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)
Page 3 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 6 of 12

| Party | Firm | Address | Email | Method |
|---|---|---|---|---|
| IRS Insolvency Section | Insolvency Group 6 | 1240 East Ninth St<br>Room 493<br>Cleveland OH 44199 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| The International Brotherhood of Electrical Workers | International Brotherhood of Electrical Workers | Attn: Legal Department<br>900 Seventh Street, N.W.<br>Washington DC 20001 | | First Class Mail |
| Counsel to FirstEnergy Corp. | Jones Day | Attn: Heather Lennox, Thomas M. Wearsch, T. Daniel Reynolds, Thomas A. Wilson<br>901 Lakeside Avenue<br>Cleveland OH 44114-1190 | hlennox@jonesday.com<br>twearsch@jonesday.com<br>tdreynolds@jonesday.com<br>tawilson@jonesday.com | First Class Mail and Email |
| Counsel to BNB Napoleon Solar, LLC | Kasowitz Benson Torres LLP | Attn: David S. Rosner, Esq., Michele L. Angell, Esq.<br>1633 Broadway<br>New York NY 10019 | DRosner@kasowitz.com<br>MAngell@kasowitz.com | Email |
| Counsel to JAIX Leasing Company | Kelley Drye & Warren LLP | Attn: Kristin S. Elliott<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>kelliott@kelleydrye.com | Email |
| Counsel for Wilmington Savings Fund Society, FSB, as Trustee | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, in its capacity as indenture trustee and pass through trustee under various indenture agreements and trust agreements in connection with the Bruce Mansfield Unit 1 sale-leaseback | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers, Michael D. Langford<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta GA 30309 | tmeyers@kilpatricktownsend.com<br>mlangford@kilpatricktownsend.com | Email |
| Counsel to BNSF Railway Company | Kirkland & Ellis LLP | Attn: Bridget K. O'Connor<br>1301 Pennsylvania Avenue, N.W.<br>Washington DC 20004 | bridget.oconnor@kirkland.com | Email |
| Counsel to Ohio Valley Electric Company | Kirkland & Ellis LLP | Attn: Marc Kieselstein P.C.<br>300 North LaSalle<br>Chicago IL 60654 | marc.kieselstein@kirkland.com | Email |
| Counsel to Ohio Valley Electric Company | Kirkland & Ellis LLP | Attn: Mark McKane, P.C.<br>555 California Street<br>29th Floor<br>San Francisco CA 94104 | mark.mckane@kirkland.com | Email |
| Counsel to Ad Hoc Noteholder Group | Kramer Levin Naftalis & Frankel LLP | Attn: Joshua Brody, P. Bradley O'Neill, Joseph A. Shifer, Natan M. Hamerman<br>1177 Avenue of the Americas<br>New York NY 10036 | boneill@kramerlevin.com<br>jshifer@kramerlevin.com<br>nhamerman@kramerlevin.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of Holders of the 6.85% Pass Through Certificates due 2034 and Mansfield Certificateholders Group | Latham & Watkins LLP | Attn: Andrew Parlen, Adam S. Ravin & Zachary F. Proulx<br>885 Third Avenue<br>New York NY 10022-4834 | andrew.parlen@lw.com<br>adam.ravin@lw.com<br>zachary.proulx@lw.com | Email |
| Co-Counsel to Ad Hoc Group of Holders of the 6.85% Pass Through Certificates Due 2034 and Mansfield Certificateholders Group | Latham & Watkins LLP | Attn: George A. Davis, Adam S. Ravin & Zachary F. Proulx<br>885 Third Avenue<br>New York NY 10022 | george.davis@lw.com<br>adam.ravin@lw.com<br>zachary.proulx@lw.com | Email |
| Counsel to UMB Bank, National Association, as successor indenture trustee for certain secured pollution control notes and bonds issued by FirstEnergy Generation, LLC and FirstEnergy Nuclear Generation, LLC | Levinson, LLP | Attn: Jeffrey M. Levinson<br>55 Public Square<br>Suite 1750<br>Cleveland OH 44113 | jml@jml-legal.com | Email |
| Counsel for Westchester First Insurance Company and its Affiliated Sureties | MANIER & HEROD, P.C. | Attn: Jarrod W. Stone<br>1201 Demonbreun Street<br>Suite 900<br>Nashville TN 37203 | jstone@manierherod.com | Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)
Page 4 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 7 of 12

| Party | Firm | Address | Email | Method |
|---|---|---|---|---|
| Counsel to PNC Bank, National Association | Manley Deas Kochalski LLC | Attn: Stephen R. Franks, Edward H. Cahill, John R. Cummins, Adam B. Hall, Karina Velter, Sarah E. Barngrover<br>P.O. Box 165028<br>Columbus OH 43216-5028 | srfranks@manleydeas.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, Co-Counsel to Ad Hoc Group of Holders of the 6.85% Pass Through Certificates Due 2034 | McDonald Hopkins LLC | Attn: Michael J. Kaczka, Scott N. Opincar, Maria G. Carr<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland OH 44114 | mkaczka@mcdonaldhopkins.com<br>sopincar@mcdonaldhopkins.com<br>mcarr@mcdonaldhopkins.com | Email |
| Counsel to North Allegheny Wind, LLC and Duke Energy Ohio, Inc. | MCGUIREWOODS LLP | Attn: Aaron G. McCollough<br>77 West Wacker Drive<br>Suite 4100<br>Chicago IL 60601-1818 | amccollough@mcguirewoods.com | Email |
| Counsel to North Allegheny Wind, LLC and Duke Energy Ohio, Inc. | MCGUIREWOODS LLP | Attn: John H. Thompson<br>2001 K Street N.W.<br>Suite 400<br>Washington DC 20006-1040 | jthompson@mcguirewoods.com | Email |
| Metlife Capital, Limited Partnership | Metlife Capital, Limited Partnership | Attn: Mark Bisci<br>One Metlife Way<br>Whippany NJ 07981 | | First Class Mail |
| Counsel to Schwebel Baking Company | Meyers, Roman, Friedberg & Lewis LPA | Attn: Richard M. Bain<br>28601 Chagrin Blvd.<br>Suite 500<br>Cleveland OH 44122 | rbain@meyersroman.com | Email |
| Counsel to The Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc, Aaron L. Renenger, Erin E. Dexter<br>1850 K Street, NW<br>Suite 1100<br>Washington DC 20006 | aleblanc@milbank.com<br>arenenger@milbank.com<br>edexter@milbank.com | Email |
| Counsel to The Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Attn: Evan R. Fleck, Dennis F. Dunne, Parker Milender, Alexander B. Lees<br>55 Hudson Yards<br>New York NY 10001 | efleck@milbank.com<br>ddunne@milbank.com<br>pmilender@milbank.com<br>alees@milbank.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW, 12th Floor<br>Washington DC 20036 | kcordry@naag.org | First Class Mail and Email |
| Counsel to National Labor Relations Board | National Labor Relations Board | Attn: Molly G. Sykes<br>1015 Half St. SE<br>Washington DC 20003 | Molly.sykes@nlrb.gov | Email |
| Counsel to National Labor Relations Board | National Labor Relations Board | Attn: Zachary A. Hebert<br>1000 Liberty Avenue<br>Suite 904<br>Pittsburgh PA 15222 | Zachary.Hebert@nlrb.gov | Email |
| Counsel to WesTech Engineering Incorporated and Bluestone Energy Sales Corp. | Niekamp, Weisensell, Mutersbaugh & Mastrantonio, LLP | Attn: Christopher J. Niekamp, Thomas Delventhal, Wade T. Doerr<br>23 South Main Street<br>Third Floor<br>Akron OH 44308-1822 | cjn@nwm-law.com<br>tom@nwm-law.com<br>wade@nwm-law.com | Email |
| Counsel to Commerzbank AG | Norton Rose Fulbright US LLP | Attn: Howard S. Beltzer, Esq. & James A. Copeland, Esq.<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | howard.beltzer@nortonrosefulbright.com<br>james.copeland@nortonrosefulbright.com | Email |
| The Office of Professional Employees International Union | Office and Professional Employees International Union | Attn: Legal Department<br>80 Eighth Avenue<br>20th Floor<br>New York NY 10011 | | First Class Mail |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General of Pennsylvania | Attn: Melissa L. Van Eck<br>15th Floor, Strawberry Square<br>Harrisburg PA 17120 | mvaneck@attorneygeneral.gov | Email |
| Office of the United States Trustee for Northern District of Ohio | Office of the United States Trustee | Attn: Tiiara Patton<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue East, Suite 441<br>Cleveland OH 44114 | tiiara.patton@usdoj.gov | First Class Mail and Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)

Page 5 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 8 of 12

| Description | Firm | Address | Email | Method |
|---|---|---|---|---|
| Attorney for State of Ohio, Ohio Environmental Protection Agency and the Ohio Department of Natural Resoures | Ohio Attorney General | Attn: Michael E. Idzkowski, Timothy J. Kern<br>Environmental Enforcement Section<br>30 East Broad Street, 25th Floor<br>Columbus OH 43215 | michael.idzkowski@ohioattorneygeneral.gov<br>Timothy.Kern@OhioAttorneyGeneral.gov | Email |
| Counsel to the State of Ohio | Ohio Attorney General Office | Attn: Trish D. Lazich<br>615 W. Superior Avenue, 11th Floor<br>Cleveland OH 44113 | Trish.Lazich@ohioattorneygeneral.gov | Email |
| Counsel for High Trail Wind Farm, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Debra Felder, Esq.<br>1152 15th Street, NW<br>Washington DC 20005 | dfelder@orrick.com | Email |
| Counsel for High Trail Wind Farm, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Lorraine McGowen, Esq.<br>51 West 52nd Street<br>New York NY 10019 | lmcgowen@orrick.com | Email |
| Counsel to South Side Area School District | Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attn: Richard J. Parks<br>7 West State Street<br>Suite 100<br>Sharon PA 16146 | rjp@pietragallo.com | Email |
| Counsel to UMB Bank, National Association, in its capacity as indenture trustee, paying agent, and collateral trustee under various indenture agreements, including, without limitation, certain pollution control revenue bond indentures and certain first mortgage bond indentures, and trust agreements issued by FirstEnergy Generation, LLC and FirstEnergy Nuclear Generation, LLC | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Matthew W. Silverman, Conrad K. Chiu<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>msilverman@pryorcashman.com<br>cchiu@pryorcashman.com | First Class Mail and Email |
| Counsel to the Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee under various indenture agreements | Reed Smith LLP | Attn: James M. Doerfler, Jared S. Roach<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA 15222 | jdoerfler@reedsmith.com<br>jroach@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee under various indenture agreements | Reed Smith LLP | Attn: Kurt F. Gwynne, Emily K. Devan<br>1201 Market Street<br>Suite 1500<br>Wilimington DE 19801 | kgwynne@reedsmith.com | Email |
| Counsel to PJM Interconnection, L.L.C. and PJM Settlement, Inc. | Schnader Harrison Segal & Lewis LLP | Attn: Keith E. Whitson<br>120 Fifth Avenue<br>Fifth Avenue Place, Suite 2700<br>Pittsburgh PA 15222 | kwhitson@schnader.com | Email |
| Counsel to Murray Energy Corporation | SCHULTE ROTH & ZABEL LLP | Attn: David M. Hillman, James T. Bentley, Caroline F. Gange<br>919 Third Avenue<br>New York NY 10022 | James.bentley@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Legal Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Legal Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Pennsylvania Department of Revenue | Senior Deputy Attorney General | Attn: Robert C. Edmundson<br>564 Forbes Avenue<br>5th Floor, Manor Complex<br>Pittsburgh PA 15219 | redmundson@attorneygeneral.gov | Email |
| Counsel to U.S. Bank Trust National Association, in its capacity as Owner Trustee of the Mansfield 2007 Trusts A-F | Seward & Kissel LLP | Attn: John R. Ashmead, Gregg S. Bateman, Robert J. Gayda<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>bateman@sewkis.com<br>gayda@sewkis.com | Email |
| Counsel to Vermillion Power L.L.C. | Shumaker, Loop & Kendrick, LLP | Attn: David J. Coyle<br>1000 Jackson Street<br>Toledo OH 43604 | dcoyle@slk-law.com | Email |
| Counsel to MetLife Capital, Limited Partnership | Sidley Austin LLP | Attn: Jennifer Hagle<br>555 W 5th St,<br>Los Angeles CA 90013 | jhagle@sidley.com | First Class Mail and Email |

| | | | | |
|---|---|---|---|---|
| Counsel to Roth Bros., Inc., a Sodexo Company | Sodexo, Inc. | Attn: Antoinette Young, Assistant General Counsel<br>9801 Washingtonian Blvd, 12th Floor<br>Gaithersburg MD 20878 | antoinette.young@sodexo.com | Email |
| Counsel to Board of Directors of FirstEnergy Corp. | Squire Patton Boggs (US) LLP | Attn: Peter R. Morrison<br>4900 Key Tower<br>127 Public Square<br>Cleveland OH 44114 | peter.morrison@squirepb.com | Email |
| Counsel to Board of Directors of FirstEnergy Corp. | Squire Patton Boggs (US) LLP | Attn: Stephen D. Lerner; Peter Morrison<br>221 E. Fourth St.<br>Suite 2900<br>Cincinnati OH 45202 | stephen.lerner@squirepb.com<br>peter.morrison@squirepb.com | Email |
| Proposed Special Investigation Counsel to the Independent Directors of the Debtors and Conflicts Counsel to the Debtors | STARK & KNOLL CO., L.P.A. | Attn: Orville L. Reed, III, David W. Hilkert, Julie A. Bickis<br>3475 Ridgewood Road<br>Akron OH 44333 | oreed@stark-knoll.com<br>dhilkert@stark-knoll.com<br>jbickis@stark-knoll.com | Email |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Lisa Madigan<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Douglas F. Gansler<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Mike Cox<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing MI 48909 | miag@mi.gov | First Class Mail and Email |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Paula T. Dow<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Richard Cordray<br>30 E. Broad St.<br>14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Tom Corbett<br>1600 Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| Counsel to Beaver County Airport | Strassburger McKenna Gutnick & Gefsky | Attn: Christopher J. Azzara<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh PA 15222 | cazzara@smgglaw.com | Email |
| Counsel to ABC-Amega, Inc. | Thomas & Thomas Attorneys At Law | Attn: Mark Sheriff<br>2323 Park Avenue<br>Cincinnati OH 45206 | mark.sheriff@tt-law.com | Email |
| Counsel to URENCO Limited, and its following direct and indirect subsidiaries: Louisiana Energy Services LLC, URENCO Enrichment Company Limited, URENCO Nederland B.V., URENCO UK Limited and URENCO Deutschland GmbH | Thompson Hine LLP | Attn: Jeremy M. Campana<br>3900 Key Center<br>127 Public Square<br>Cleveland OH 44114-1291 | Jeremy.campana@thompsonhine.com | Email |
| Counsel for Ellwood Group, Inc. and Schneider Downs Meridian, LP, as Receiver for Krayn Wind, LLC | TUCKER ARENSBERG, P.C. | Attn: Michael A. Shiner<br>1500 One PPG Place<br>Pittsburgh PA 15222 | mshiner@tuckerlaw.com | Email |
| The United States Department of Energy | U.S. Department of Energy | Attn: Legal Department<br>1000 Independence Ave., SW<br>Washington DC 20585 | The.Secretary@hq.doe.gov | First Class Mail and Email |
| Counsel for United States Department of Energy and the Federal Energy Regulatory Commission | U.S. Department of Justice Civil Division | Attn: Marc S. Sacks<br>1100 L Street, NW<br>Room 10022<br>Washington DC 20005 | marcus.s.sacks@usdoj.gov | Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)
Page 7 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 10 of 12

| Description | Entity | Address | Email | Method |
|---|---|---|---|---|
| Counsel for United States Department of Energy and the Federal Energy Regulatory Commission | U.S. Department of Justice Civil Division | Attn: Marc S. Sacks<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | marcus.s.sacks@usdoj.gov | First Class Mail and Email |
| Attorney General of the United States | U.S. Department of Justice Tax Division | Civil Trial Section, Northern Region<br>P.O. Box 55, Ben Franklin Station<br>Washington DC 20044 | | First Class Mail |
| Counsel to United States Environmental Protection Agency ("EPA") and the Nuclear Regulatory Commission | U.S. Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Alan S. Tenenbaum<br>601 D Street, NW<br>Room 6008<br>Washington DC 20004 | alan.tenenbaum@usdoj.gov | Email |
| Counsel to United States Environmental Protection Agency ("EPA") and the Nuclear Regulatory Commission | U.S. Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Alan S. Tenenbaum<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington DC 20044-7611 | alan.tenenbaum@usdoj.gov | Email |
| Counsel to United States Environmental Protection Agency ("EPA") and the Nuclear Regulatory Commission ("NRC") | U.S. Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Patrick M. Casey, Nicholas A. McDaniel<br>601 D Street, NW<br>Room 6114 & Room 8928<br>Washington DC 20004 | patrick.casey@usdoj.gov<br>nicholas.a.mcdaniel@usdoj.gov | Email |
| Counsel to United States Environmental Protection Agency ("EPA") and the Nuclear Regulatory Commission ("NRC") | U.S. Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Patrick M. Casey, Nicholas A. McDaniel<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington DC 20044-7611 | patrick.casey@usdoj.gov<br>nicholas.a.mcdaniel@usdoj.gov | Email |
| The Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Legal Department<br>Washington DC 20555-0001 | | First Class Mail |
| Counsel to United States Securities and Exchange Commission | U.S. Securities and Exchange Commission | Attn: Sonia Chae, Senior Attorney, Bankruptcy<br>175 W. Jackson Blvd.<br>Suite 1450<br>Chicago IL 60604 | chaes@sec.gov | Email |
| Counsel to ASHTA Chemicals Inc. and Krayn Wind LLC | Ulmer & Berne LLP | Attn: Richard G. Hardy, Todd A. Atkinson<br>1660 W. 2nd Street<br>Suite 1100<br>Cleveland OH 44113-1448 | rhardy@ulmer.com<br>tatkinson@ulmer.com | Email |
| Office of the United States Attorney | United States Attorney | Attn Bankruptcy Division<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue, Suite 400<br>Cleveland OH 44113-1852 | | First Class Mail |
| The United Workers Union of America | UWUA Local 175 | Attn: Gregory S. Adams, President<br>2307 Embury Park Rd.<br>Dayton OH 45414 | local175@swohio.twcbc.com | First Class Mail and Email |
| Attorney for MetLife Capital, Limited Partnership | VORYS, SATER, SEYMOUR AND PEASE LLP | Attn: Elia O. Woyt<br>106 South Main Street<br>Suite 1100<br>Akron OH 44308 | eowoyt@vorys.com | Email |
| Counsel to Walgreen Co. | Walgreen Co. | Attn: Karen M. Fine, Director and Managing Counsel, Commercial Litigation<br>104 Wilmot Road<br>MS#144P<br>Deerfield IL 60015 | karen.fine@walgreens.com | Email |
| Counsel to Krayn Wind LLC | Weil, Gotshal & Manges LLP | Attn: Kelly DiBlasi, Matthew S. Barr, John P. Mastando III, Robert M. Swenson<br>767 Fifth Avenue<br>New York NY 10152-0119 | kelly.diblasi@weil.com<br>matt.barr@weil.com<br>john.mastando@weil.com<br>robert.swenson@weil.com | Email |
| Counsel to Curtiss-Wright Flow Control Corporation, Curtiss-Wright Flow Control Service, LLC, Nova Machine Products, Inc., Curtiss-Wright Electro-Mechanical Corporation, and Curtiss-Wright Flow Control Company Canada | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | sgerald@wtplaw.com | Email |
| Counsel to BNSF Railway Company | WHITMER & EHRMAN LLC | Attn: James W. Ehrman, Mary K. Whitmer, Robert M. Stefancin<br>2344 Canal Road<br>Suite 401<br>Cleveland OH 44113-2535 | jwe@weadvocate.net<br>mkw@weadvocate.net<br>rms@weadvocate.net | Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)
Page 8 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 11 of 12

| | | | | |
|---|---|---|---|---|
| Counsel to DTE REF Management Company, LLC and DTE ES Operations, LLC, as manager for Mansfield Refined Coal LLC | Whitmer & Ehrman LLC | Attn: Robert M. Stefancin<br>2344 Canal Road<br>Suite 401<br>Cleveland OH 44113-2535 | rms@weadvocate.net | Email |
| Proposed Special Investigation Counsel to the Independent Directors of the Debtors and Conflicts Counsel to the Debtors | WILLKIE FARR & GALLAGHER LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Richard Mancino, Matthew Freimuth<br>787 Seventh Avenue<br>New York NY 10019 | mfeldman@willkie.com<br>jminias@willkie.com<br>rmancino@willkie.com<br>mfreimuth@willkie.com | Email |

In re: FirstEnergy Solutions Corp., et al.
Case No. 18-50757 (AMK)
Page 9 of 9

18-50757-amk    Doc 4295    FILED 01/12/21    ENTERED 01/12/21 14:08:14    Page 12 of 12