# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PLEASANTS CORP., *et al.*,[1] | ) Case No. 18-50763; |
| | ) Cases Jointly Administered under |
| | ) Case No. 18-50757 (AMK) |
| Debtors. | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

## NOTICE OF SECOND MOTION TO CONTINUE AND HOLD IN ABEYANCE THE FINAL HEARING AND OTHER DEADLINES RELATED TO THE AKIN GUMP STRAUSS HAUER & FELD FINAL FEE APPLICATION

PLEASE TAKE NOTICE THAT on June 23, 2021, the above-captioned debtors (collectively, the "Reorganized Debtors"), by and through undersigned counsel, filed with the Court the *Second Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer & Feld LLP Final Fee Application* (the "Motion").

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this Case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **July 7, 2021 at 4:00 p.m. (ET)**, you or your attorney must file with the Court a written response explaining your position at:

                United States Bankruptcy Court
                Office of the Clerk

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Reorganized Debtors' address is: 168 E. Market Street, Akron, OH 44308.

455 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

You must also serve a copy of your response on the undersigned counsel:

BROUSE MCDOWELL LPA
Marc B. Merklin
Bridget A. Franklin
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

*Counsel for Reorganized Debtors*

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion will be held on **July 13, 2021**, at **10:00 a.m.** prevailing Eastern Time, or as soon thereafter as this matter may be heard, before the Honorable Alan M. Koschik, 260 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308. The hearing may be continued from time-to-time until completed without further notice except as announced in open court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief without a hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice and the Motion and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Reorganized Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: June 23, 2021 Respectfully submitted,

/s/ Bridget A. Franklin
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

*Counsel for Reorganized Debtors*

1314012