This document was signed electronically on July 2, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: July 2, 2021



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PLEASANTS CORP., *et al.*,[1] | ) | Case No. 18-50763 (AMK) |
| | ) | Cases Jointly Administered under |
| | ) | Case No. 18-50757 (AMK) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | Hon. Judge Alan M. Koschik |
| | ) | |

### ORDER GRANTING IN PART SECOND MOTION TO CONTINUE AND HOLD IN ABEYANCE THE FINAL HEARING AND OTHER DEADLINES RELATED TO THE AKIN GUMP STRAUSS HAUER & FELD FINAL FEE APPLICATION

On June 23, 2021, the above-captioned debtors and debtors-in-possession in these jointly-administered cases (the "Reorganized Debtors") filed their Second Motion to Continue and Hold in Abeyance the Final Hearing and Other Deadlines Related to the Akin Gump Strauss Hauer &

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

Feld Final Fee Application (Docket No. 4366) (the "Second Motion to Continue"). Pursuant to the accompanying Notice of Motion (Docket No. 4367), the response deadline is July 7, 2021. However, the Motion to Continue concerns at least one deadline that expires today, July 2, 2021. The Court therefore finds it appropriate to enter this order granting the Motion to Continue in part now, and setting a hearing for full consideration of the Motion to Cotninue.

On April 27, 2020, the Akin Gump Strauss Hauer & Feld ("Akin Gump") filed its Sixth Interim and Final Application of Akin Gump Strauss Hauer & Feld LLP (Docket No. 3998) (the "Final Fee Application").

On November 24, 2020, the Court entered its Order Directing Certain of the Debtors' Professionals to Make Sworn Statements in Support of the Sixth Interim and Final Application of Akin Gump Strauss Hauer & Feld LLP (Docket No. 4281) (the "Order to Supplement"). The Order to Supplement set January 8, 2021, as the original deadline for the additional sworn statements to be filed (the "Declaration Deadline").

On January 7, 2021, the Reorganized Debtors filed their Emergency Motion to Continue and Hold in Abeyance the Final Hearing and other Deadlines Related to the Akin Gump Strauss Hauer & Feld Final Fee Application (Docket No. 4291) (the "First Motion to Continue"). One objection was filed. On January 8, 2021, the Court entered an order granting the First Motion to Continue in part, and setting a hearing to consider whether the First Motion to Continue should be granted in full. (Docket No. 4294.) The Court held a Hearing on the First Motion to Continue on January 19, 2021, and entered an order granting the First Motion to Continue on January 22, 2021 (Docket No. 4310) (the "First Continuance Order"). Pursuant to the First Continuance Order, the Declaration Deadline was extended to today, July 2, 2021, and the hearing on the Final Fee Application was continued to July 13, 2021.

The Second Motion to Continue seeks to (a) extend the Declaration Deadline and (b) continue the hearing on the Final Fee Application for approximately three months. The Second Motion to Continue states that Akin Gump does not object to the proposed extension and continuance.

The Court concludes that cause exists to grant the Second Motion to Continue in part now, and to set a hearing on whether the Second Motion to Continue should be granted in full.

For the reasons set forth above,

**IT IS HEREBY ORDERED THAT**

1. The Second Motion to Continue (Docket No. 4366) is **GRANTED, IN PART**.

2. The Declaration Deadline is **SUSPENDED** and will be reset by further order of the Court following the Hearing set below.

3. The hearing on the Final Fee Application is **ADJOURNED** to a future date that will be reset by further order of the Court following the Hearing set below.

4. A hearing on the Second Motion to Continue will be held at the omnibus hearing on <u>**Tuesday, July 13, 2021, at 10:00 a.m.**</u> in Courtroom 260 of the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio (the "Hearing").

    a. Parties may participate telephonically via CourtSolutions. The courtroom deputy will make a separate entry on the docket regarding participation via CourtSolutions.

    b. Pursuant to the **Notice of Resumed In-Person Hearing Procedures, With Permissive Option for Telephonic Appearance, for Judge Alan M. Koschik**, dated June 15, 2021 (the "Hearing Procedures Notice"), the Court presumes that parties will appear telephonically, but parties may request to

3

18-50757-amk    Doc 4369    FILED 07/02/21    ENTERED 07/02/21 14:22:43    Page 3 of 4

appear in person by calling courtroom deputy Mary Knotts at (330) 252-6134 no later than 3:00 p.m. the day before the hearing. The Hearing Procedures Notice is available on the Court's Web site, https://www.ohnb.uscourts.gov, under Judges' Info > Judge Alan M. Koschik > Docket Information. The direct URL of the Hearing Procedures Notice is

http://www.ohnb.uscourts.gov/sites/default/files/docket-information-amk/covid-19-notice-resumed-person-hearings-06-15-2021_1.pdf.

5. Parties in interest may file objections to the Second Motion to Continue no later than **Monday, July 12, 2021, at 4:00 p.m.**, notwithstanding the July 7, 2021 deadline set forth in the Reorganized Debtors' Notice of Motion (Docket No. 4367).

# # #