# 18-50757 Energy Harbor - Hearing 10/26/21 at 10:00

Parties wishing to appear or audit telephonically for the HEARING scheduled for October 26, 2021 at 10:00 am. must register with Court Solutions, a private vendor, at www.court-solutions.com. Parties may appear in person consistent with Judge Koschik's Notice of Resumed In Person Hearing Procedures dated June 15 2021 posted on the courts website. To Request in person participation, please notify the CRD @ (330) 252.6134 by 3:00 PM the day prior of the scheduled hearing. The Court will restrict the number of persons present at any time in Courtroom 260 to 25, in addition to the judge and the court staff Hearing scheduled for 10/26/2021 at 10:00 AM at 260 Fed Bldg Akron.