**This document was signed electronically on April 14, 2022, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: April 14, 2022**



_____
**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PLEASANTS CORP., *et al.*,[1] | ) | Case No. 18-50763 (AMK); |
| | ) | Cases Jointly Administered under |
| | ) | Case No. 18-50757 (AMK) |
| Reorganized Debtors. | ) | |
| | ) | Hon. Judge Alan M. Koschik |
| | ) | |

### ORDER APPROVING MOTION AUTHORIZING REORGANIZED DEBTORS TO TERMINATE THE RETENTION OF KROLL RESTRUCTURING ADMINISTRATION LLC AS CLAIMS AND NOTICING AGENT

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for entry of an order authorizing the reorganized debtors to terminate the retention of Kroll as the claims and noticing agent; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; an Energy Harbor LLC (0186), case no. 18-50757. The Reorganized Debtors' address is: 168 E. Market Street, Akron, OH 44308.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Reorganized Debtors provided appropriate notice of the Motion; and the Court having entered the final decree closing the chapter 11 cases, it is HEREBY ORDERED THAT:

1. The Motion shall be, and hereby is, GRANTED.

2. The services of Kroll Restructuring Administration LLC are terminated effective thirty days from the entry of this Order;

3. Kroll will prepare final claims registers for the Clerk's Office pursuant to any current guidelines implementing 28 U.S.C. § 156(c);

4. The above services to be rendered by Kroll shall be a charge to the estate.

# # #

SUBMITTED BY:

*/s/ Marc B. Merklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
bkahn@akingump.com

 - and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for the Reorganized Debtors*